# Exhibit 1

**LUMP SUM**
**ENGINEERING, PROCUREMENT, AND CONSTRUCTION AGREEMENT**

**(US)**


ENDBRIDGE SOLAR (ELDORADO), LLC


*And*


ROSENDIN ELECTRIC INC.

TABLE OF CONTENTS

**Page**

**ARTICLE I DEFINITIONS, TERMINOLOGY, AND PRIORITY** ................................ **5**

    1.1    Definitions ................................................................................ 5
    1.2    Terminology ............................................................................ 31
    1.3    Order of Precedence ............................................................. 31

**ARTICLE II RELATIONSHIP OF COMPANY, CONTRACTOR, AND SUBCONTRACTORS** ................................................................. **33**

    2.1    Status of Contractor .............................................................. 33
    2.2    Subcontractors ...................................................................... 34

**ARTICLE III CONTRACTOR'S RESPONSIBILITIES** ............................................ **37**

    3.1    Scope of Work ....................................................................... 37
    3.2    Labor ...................................................................................... 40
    3.3    Quality and Risk Management ................................................ 44
    3.4    Safety .................................................................................... 45
    3.5    Contractor Required Authorizations ...................................... 45
    3.6    Compliance with Laws .......................................................... 45
    3.7    Environmental Matters and Cleanup ...................................... 45
    3.8    Books, Records, and Controls .............................................. 46
    3.9    Company's Right to Inspect; Correction of Defects ............... 48
    3.10  Security ................................................................................. 49
    3.11  Cooperation and Non-Interference ....................................... 50
    3.12  Taxes and Fees .................................................................... 50
    3.13  Liens ..................................................................................... 53
    3.14  Responsibility for Site Conditions ......................................... 54
    3.15  Management of Certain Site Conditions ................................ 54
    3.16  Field Checks ......................................................................... 55
    3.17  Protection of Third Parties and Property ............................... 55
    3.18  Administrative Deliverables and Responsibilities .................. 57
    3.19  Responsibility for Equipment ................................................ 60
    3.20  Responsibility for Materials ................................................... 61
    3.21  Spare Parts and Special Tools ............................................. 62
    3.22  Emergency Remedies and Required Actions ........................ 62
    3.23  Engineering Services ............................................................ 62
    3.24  Procurement Services .......................................................... 65

**ARTICLE IV COMPANY'S RESPONSIBILITIES** .................................................. **67**

    4.1    Payment ................................................................................ 67
    4.2    Authorizations ....................................................................... 67
    4.3    Company Representative ....................................................... 67
    4.4    RFIs and Transmittals from Company ................................... 68
    4.5    Access ................................................................................... 68

4.6     Company Supplied Materials ................................................. 68

**ARTICLE V SCHEDULE OF WORK** ............................................... **69**

5.1     Commencement of Work ..................................................... 69
5.2     Project Schedule ................................................................. 69
5.3     Time is of the Essence ......................................................... 71
5.4     Company's Right to Accelerate the Work .............................. 71

**ARTICLE VI CHANGES** ................................................................. **71**

6.1     Modifying the Work ............................................................. 71
6.2     Amending this Agreement .................................................... 72
6.3     Electronic Transmission of Signature Pages ......................... 72
6.4     Change Directives & Change Orders..................................... 72
6.5     Change Requests ................................................................ 75
6.6     Force Majeure..................................................................... 79
6.7     Weather .............................................................................. 81
6.8     Conditions Precedent .......................................................... 82

**ARTICLE VII CONTRACT PRICE: PAYMENTS TO CONTRACTOR**..................... **82**

7.1     Contract Price ..................................................................... 82
7.2     Contractor Compensation .................................................... 83
7.3     Invoice Review..................................................................... 86
7.4     Final Payment...................................................................... 86
7.5     Payments Withheld............................................................... 88
7.6     Payment of Subcontractors .................................................. 89
7.7     Interest and Disputed Invoices.............................................. 89
7.8     No Payment in the Event of Material Breach .......................... 89
7.9     Payment Not Acceptance ..................................................... 89
7.10    Invoice Package .................................................................. 90

**ARTICLE VIII TITLE AND RISK OF LOSS** ...................................... **90**

8.1     Title.................................................................................... 90
8.2     Risk of Loss ........................................................................ 91

**ARTICLE IX INSURANCE**............................................................... **91**

9.1     Contractor Insurance ........................................................... 91
9.2     Company Insurance.............................................................. 95
9.3     Waiver of Claims Upon Acceptance of Insurance Payments... 96

**ARTICLE X COMPLETION** ............................................................. **97**

10.1    Deficiency Lists.................................................................... 97
10.1    Substation Mechanical Completion....................................... 97
10.2    Circuit Mechanical Completion ............................................. 97
10.3    Performance Testing Completion .......................................... 98
10.4    Substantial Completion......................................................... 98

10.5    Final Completion .................................................................. 98
10.6    [NOT USED] ......................................................................... 98

**ARTICLE XI WARRANTY** ................................................................. **99**

11.1    Contractor Warranty ........................................................... 99
11.2    Warranty Remedy................................................................ 100
11.3    Limitation of Warranty ...................................................... 102
11.4    Emergency Remedy ............................................................ 102

**ARTICLE XII GUARANTEE OF TIMELY COMPLETION** .................................. **102**

12.1    Guarantee of Timely Completion ..................................... 102
12.2    Liquidated Damages.......................................................... 103

**ARTICLE XIII CONTRACTOR'S REPRESENTATIONS**..................................... **106**

13.1    Standing ............................................................................ 106
13.2    No Violation of Applicable Law or Litigation.................... 106
13.3    Contractor Required Governmental Authorizations ......... 106
13.4    No Breach........................................................................... 106
13.5    Necessary Action .............................................................. 107
13.6    Solvency ............................................................................ 107
13.7    Contract Price ................................................................... 107
13.8    Financial Capacity ............................................................ 107
13.9    Qualifications .................................................................... 107
13.10   Examination & Investigation............................................ 107
13.11   No Representation by Company or Any Member of Company Group.................................................................... 109
13.12   Intellectual Property Rights .............................................. 109
13.13   Data Security .................................................................... 109

**ARTICLE XIV DEFAULT, TERMINATION, AND SUSPENSION**.......................... **110**

14.1    Default by Contractor – Termination for Cause...................... 110
14.2    Unrestricted Termination .................................................. 113
14.3    Suspension of Work........................................................... 114
14.4    Sole Remedy and Enforcement......................................... 116

**ARTICLE XV INDEMNITY** ................................................................. **116**

15.1    Contractor's General Indemnity ....................................... 116
15.2    Company's Indemnity ....................................................... 118
15.3    Reduction of Contractor's Indemnity Obligations for Company Group Negligence and Insurance Proceeds ......... 118
15.4    Consequential Damages and Extra-Contractual Damages ... 119
15.5    Unavailability of Insurance Not a Limitation on Obligations ... 120
15.6    Invalid Provisions............................................................. 120
15.7    Indemnification Procedures .............................................. 120
15.8    Maximum Liability Limitation........................................... 120

**ARTICLE XVI DISPUTE RESOLUTION**.................................................................... **121**

16.1    Negotiation and Mediation of Disputes and Disagreements .. 121
16.2    Remedies.................................................................................. 121
16.3    Continuation of Services ......................................................... 122
16.4    Company's Right to Set Off Company's Damages ................ 123
16.5    Fairness and Calculation of Liquidated Damages.................. 123

**ARTICLE XVII PROPRIETARY AND CONFIDENTIAL INFORMATION;**
   **INFORMATION SECURITY; PUBLICITY** ............................ **123**

17.1    Proprietary and Confidential Information ............................... 123
17.2    Notice Preceding Compelled Disclosure............................... 124
17.3    Security and Back-up Procedures. ........................................ 124
17.4    Breach Notification................................................................. 124
17.5    Security Requirements ........................................................... 125
17.6    Restrictions on Public Announcements ................................. 125
17.7    Company Brand....................................................................... 125
17.8    Remedies................................................................................. 125

**ARTICLE XVIII FINANCIAL SECURITY** ................................................................. **125**

18.1    Failure to Provide Financial Security ..................................... 125
18.2    [NOT USED] ............................................................................ 126
18.3    [NOT USED] ............................................................................ 126
18.4    [NOT USED] ............................................................................ 126
18.5    Creditworthiness of Contractor .............................................. 126

**ARTICLE XIX MISCELLANEOUS PROVISIONS** ................................................. **126**

19.1    Entire Agreement.................................................................... 126
19.2    Joint Effort............................................................................... 126
19.3    Captions .................................................................................. 126
19.4    Notice ...................................................................................... 126
19.5    Severability ............................................................................. 127
19.6    Assignment ............................................................................. 127
19.7    No Waiver ................................................................................ 128
19.8    Governing Law......................................................................... 128
19.9    Further Assurances ................................................................ 128
19.10   Counterparts ........................................................................... 128
19.11   Acceptance of Gifts or Other Gratuities ............................... 128
19.12   Drug and Alcohol Policy.......................................................... 129
19.13   [NOT USED] ............................................................................ 129
19.14   Non-Discrimination ................................................................ 129
19.15   Contractor Assistance............................................................ 130
19.16   Non-Solicitation....................................................................... 131

<u>TERMS & CONDITIONS</u>

THIS ENGINEERING, PROCUREMENT, AND CONSTRUCTION AGREEMENT (this "<u>Agreement</u>") is entered into as of November 30, 2023 (the "<u>Effective Date</u>"), by and between ENBRIDGE SOLAR (ELDORADO), LLC a Delaware corporation ("<u>Company</u>"), and ROSENDIN ELECTRIC INC., a California corporation ("<u>Contractor</u>").

<u>RECITALS:</u>

A.      Company desires to develop a 400 MW utility-scale solar generation facility (the "**Facility**") described as the "Eldorado" facility to be located at Callahan County, Texas;

B.      Contractor has significant expertise in the design, engineering, procurement, construction, start-up, commissioning, and testing of power generation facilities similar to the Facility;

C.      Contractor desires to provide, itself or through approved Subcontractors, all of the work and services necessary for the design, engineering, procurement, construction, commissioning, and testing of the Facility in accordance with the requirements of this Agreement as a fully functional facility on a stipulated, fixed-price basis;

D.      The Parties intend that Company shall not incur any cost or liability until it issues to Contractor the Initial Notice to Proceed or as otherwise set forth in this Agreement; and

E.      The Parties intend that Contractor is guaranteeing that the Work will achieve the Critical Milestones no later than each of their Critical Milestone Dates, which dates shall be subject to Time Adjustments only on the limited and express grounds set forth in this Agreement and that the Facility will be designed and constructed to perform at levels of performance provided for in this Agreement.

F.      Notwithstanding the use of the term "Lump Sum", this Agreement is intended to be a separated contract that divides the Lump Sum into separately stated prices for materials (the Aggregate Equipment Price, as defined below) and another for all skill and labor (e.g., fabrication, installation, and other labor) to be performed by the Contractor (the Aggregate Labor and Skills Price, as defined below).

NOW THEREFORE, the Parties agree as follows:

**ARTICLE I**
**DEFINITIONS, TERMINOLOGY, AND PRIORITY**

**1.1      Definitions**

The following terms have the meanings specified:

"<u>AAA</u>" means the American Arbitration Association.

"<u>Acceleration Analysis</u>" means an analysis showing the extent to which a Time Adjustment could be eliminated through acceleration of the Work and the incremental cost thereof, including any associated Price Adjustment if acceleration is elected by Company unless such election is pursuant to Section 5.4, below.

"<u>Adjustment</u>" means either a Price Adjustment or a Time Adjustment.

"<u>Adverse Weather Day</u>" means a Day on which:

(a)    Company issues a Transmittal suspending a majority of the Work scheduled for such Day (as measured in hours) on the basis of weather (other than Force Majeure), including wet soil conditions or high waves; or

(b)    weather (other than Force Majeure) (e.g., wet soil conditions; lightning; high winds; extreme cold; blizzards; high waves), including rain in excess of 0.4 inches per Day (but excluding rain that is not in excess of 0.4 inches per Day), occurring on the Site prevents Contractor Group from performing a majority of all Work scheduled for such Day (as measured in hours) notwithstanding Contractor's use of GIP to mitigate the impact of the severe weather on such Work.

"<u>Adverse Weather Deductible</u>" means the first thirty (30) Adverse Weather Days incurred by Contractor.

"<u>Affiliate</u>" means, when used with respect to a specified Person at any time, any other Person that directly or indirectly (including through one or more intermediaries) Controls, is controlled by, or is under common control with such specified Person at such time; *provided, however,* that Enbridge (U.S.), Inc. and its subsidiaries of every tier and any Enbridge Operated JV shall be deemed Affiliates of Company for purposes of this Agreement.

"<u>Aggregate Equipment Price</u>" has the meaning set forth in the definition of Lump Sum.

"<u>Aggregate Labor and Skills Price</u>" has the meaning set forth in the definition of Lump Sum.

"<u>Agreement</u>" means:

(a)    the Terms and Conditions,

(b)    the Exhibits, and

(c)    all effective Amendments, Change Directives and Change Orders.

"<u>Amendment</u>" means a modification of any portion of this Agreement in the form of a written amendment that is executed by a duly appointed representative of each Party with corporate authority to execute such amendment. An Amendment is the only instrument that can modify:

(a)    the Terms and Conditions; or

(b)    Exhibit D (Forms).

Exhibits A (Scope of Work), B (Specifications), C (Compensation) can be modified by an Amendment, a Change Directive, or a Change Order.

"<u>Ancillary Costs</u>" means:

(a)    Contractor's profits, overhead, mark-up(s), or other fee(s);

(b)    corporate or non-Site office overhead, including rent, utilities, office equipment, and supplies;

(c)    salaries for executive, legal, accounting;

(d)    salaries for administrative employees not located on the Site;

(e)    executive management, non-site safety director, and corporate officer costs;

(f)     travel expenses, accommodations, vehicles, and per diems for the personnel referenced in (c) and (d) above (other personnel are reimbursed such amounts in accordance with Attachment C-1 to the extent Work is being undertaken on a Time & Material Basis);

(g)     insurance premiums, deductibles, and health care and retirement accounts for any salaried employees;

(h)     bonuses of any kind;

(i)     financing costs and costs of debt;

(j)     legal and accounting expenses of any kind;

(k)     costs of internet, phone, desk, chair, office equipment, or copier purchase or usage (for office locations that are not located at the Site);

(l)     income taxes;

(m)     any costs or mark-up associated with program management or off-site project management;

(n)     any loss of productivity or loss of efficiency except as otherwise expressly permitted elsewhere in this Agreement;

(o)     costs of administering and managing Subcontracts and Subcontractors;

(p)     Contractor's contingencies;

(q)     costs arising from or associated with rejected Equipment or Materials, except for CSM;

(r)     depreciation of any kind, including Equipment depreciation costs;

(s)     for Work undertaken on a Time & Material Basis, the costs of rework or repairs undertaken to remedy Excessive Defects;

(t)     for Work undertaken on a Lump Sum Basis or a Unit Price Basis, the costs of rework or repairs to the Work when Company or an inspection determines that the Work was not in accordance with the Specifications, GIP, or any other requirement of this Agreement subject to the Contractor's right to dispute such Company determination pursuant to Article XVI;

(u)     the costs of any down time or standby time during which any Contractor Group personnel or Equipment are not being actively used in performing the Work in accordance with GIP (except in cases where Contractor is entitled to Standby Compensation under the other provisions of this Agreement);

(v)     Claims/Losses or other costs and expenses that are identified as being the responsibility of Contractor under this Agreement;

(w)     training of any personnel, other than Work-specific training expressly required by the Scope of Work or a Change Order; and

(x)     Contractor's warranty obligations pursuant to Article XI.

"Applicable Law" means any:

(a)     law, statute, order, decree, resolution, injunction, license, permit, permission, consent, approval, authorization, agreement, code, standard, requirement, rule, or

regulation of any Government Instrumentality having jurisdiction over the matter in question, including specified standards or objective criteria contained in an applicable license, permit, permission, or approval, which standards or criteria must be met in order for the Parties to fulfill their respective obligations lawfully;

(b)    anti-corruption and/or anti-bribery laws of any jurisdiction(s) applicable to the Party or its activities in connection with this Agreement, as such laws may be amended or superseded from time to time;

(c)    law concerning tax evasion or the facilitation of tax evasion, money laundering, or terrorist financing of any jurisdictions applicable to the Party or its activities in connection with this Agreement, as such laws may be amended or superseded from time to time;

(d)    all laws, standards, codes, guidelines, principles, and conventions related to the prevention of child labor, forced labor, slavery, human trafficking, and the use of inhumane or coercive employment practices that are applicable to the Party;

(e)    sanctions laws and regulations issued by a Government Instrumentality having jurisdiction over the Party or its activities in connection with this Agreement;

(f)    other legislative or administrative action of a Government Instrumentality applicable to the Party; or

(g)    final decree, judgment, or order of a court or duly constituted arbitral tribunal of competent jurisdiction to which the Party is bound.

Applicable Law includes Governmental Authorizations that either Company or Contractor is required to obtain pursuant to this Agreement (whether obtained before or after the Effective Date).

"Apprenticeship Plan" has the meaning set forth in Section 3.2(j)(i)(C).

"As-Built Drawings" means the controlled and complete set of documents upon which the Contractor records material differences between the Work as executed and the Work as designed and depicted in the documents issued by the Contractor for construction Work.

"Baseline Project Schedule" means the schedule of key dates for timely completion of the Work set forth in Addendum A-3A (Baseline Project Schedule). The Baseline Project Schedule can be modified only by an Amendment, Change Directive, or Change Order. For purposes of clarity, Contractor's Project Schedule cannot modify the Baseline Project Schedule.

"BOM" has the meaning set forth in Section 3.24(c).

"Bonds" means Contractor's performance and payment bonds required by this Agreement.

"Business Day" means any Day other than a Saturday, a Sunday, or a holiday recognized in the State of Texas.

"Capacity Guarantee" has the meaning set forth in Exhibit B, Appendix G2

"Capacity Guarantee Cure Period" means forty (40) Business Days.

"Capacity Shortfall" means the numerical difference of the Target Capacity and the Measured Capacity in kW.

"Capacity Shortfall Liquidated Damages Amount" means an amount equal to One-Thousand Five-Hundred Seventy-One Dollars ($1,571.00) per kW for each kW the Measured Capacity is below the Capacity Guarantee.

"Capacity Test" means the performance acceptance test set forth in Exhibit B, Appendix G-2.

"CFR" means the Code of Federal Regulations.

"Change" means a modification of a portion of Exhibit A (Scope of Work), B (Specifications), or C (Compensation) by a Change Directive or Change Order; *provided, however*, that modifications to the Baseline Project Schedule shall not constitute a Change to the extent they are made to reflect Time Adjustments required by this Agreement.

"Change Directive" means a written order from Company to Contractor in the form of Attachment D-1 (Change Directive Form) that specifies an Adjustment, a Change, or any other modification of the Work.

"Change in Law" means the application to a Party of an Applicable Law that did not exist as of the Effective Date that is limited to:

(a)    any change in Applicable Law related to the imposition of a Government Authority of any import tariff, customs duties, price supports or similar taxes or fees or any change in any Applicable Law that results in, or causes an increase in, or imposition of, any costs, tariffs, duties, quotas, tariff rate quotas, fines, penalties, fees, minimum pricing, or other restrictions related to the importation of Materials (other than CSM) into the United States; and

(b)    any change in Applicable Law related to the *Inflation Reduction Act* including any Further Guidance regarding requirements under the *Inflation Reduction Act*,

*provided, however*, that (i) any other change in Applicable Law, and (ii) a change in any income tax law, will not constitute a Change in Law. Provided, further, that in the event any other Applicable Law adversely affects the Work and that, due to the timing of the effectiveness of such change in Applicable Law, would not have applied to the Facility or the Work but for the occurrence of an event entitling Contractor to a Time Adjustment extending the Substantial Completion date, such change shall nonetheless be considered a Change in Law.

"Change Order" means a written document signed by both Parties and in the form of Addendum D-3A (Change Order Form) that contains the terms agreed upon by the Parties with respect to an Adjustment, a Change, or any other modification of the Work.

"Change Request" means Contractor's written request to Company that:

(a)    satisfies all of the requirements of Section 6.5;

(b)    is in the form of Attachment D-2 (Change Request Form); and

(c)    seeks an Adjustment, a Change, any other modification of the Work or which is submitted in response to a Change Directive.

"Checkout" shall mean, with respect to any system, subsystem, Materials, CSM or component of the Facility forming part of the Work, the performance of inspections, tests, initial operations, and other verifications required in accordance with the Scope of Work, the Specifications, the CSM Supplier Technical Specifications, the Materials

manufacturer(s) written requirements, GEOP and the Quality Program prior to energization and commissioning.

"Circuit" means a delineated group of inverter blocks consisting of medium voltage step-up transformers, recombiner panels, data acquisition system and fiber network, meteorological equipment and the associated inverters and inverter skids, Modules, mounting structures, direct current collection system, medium voltage alternating current collection system, system grounding, combiner boxes and/or load break disconnects, interconnecting equipment, and other equipment to be installed and commissioned in such Circuit. For clarity, the boundary point for each Circuit shall terminate at its applicable medium voltage breaker within the HV Facility.

"Claims/Losses" means any one or more of the following:

(a)    claim of any kind and description, including any action, suit, arbitration, contractual Indemnity, or proceeding asserted by any Person (whether asserted by any third party, any Government Instrumentality, any member of Company Group, or any member of Contractor Group); and

(b)    loss of any kind and description (whether sustained by any third party, any Government Instrumentality, any member of Company Group, or any member of Contractor Group), including any cost, expense, judgment, settlement, arbitral award, debt, damage, fine, penalty, interest, or liability (including court costs and attorneys' fees),

with respect to both (a) and (b), irrespective of whether the claim or loss was foreseeable or not or if it arises:

(i)    in or from property damage (real or personal), additional work, delay, defective work or equipment, negligence, strict liability without regard to fault, personal injury (including death), emotional distress, contamination of or injury to the Environment, failure to comply with Environmental Laws, Intellectual Property damage, or economic loss;
(ii)    at equity;
(iii)    at common law;
(iv)    by statute;
(v)    under the law of contracts (including breach of this Agreement by Contractor), tort law, or property law.

"Code" means the Internal Revenue Code of 1986, as amended.

"Codes and Standards" means any industrial, national, federal, state, territorial, local, or municipal law, rule, regulation, statute, ordinance, code, standard, interpretation, or other requirement of any Government Instrumentality, institute, or organization pertaining or related to the Facility or the Work, including any code or standard referenced in the Specifications or the Exhibits. In the event of an inconsistency or conflict between any Codes and Standards, the Code or Standard imposing the greater duty on Contractor Group or providing the greater right or privilege to Company Group will govern, except that Company may direct that the requirements of this Agreement that conflict with any Code or Standard shall prevail over such Code or Standard through a Change Directive or Change Order.

"Circuit Mechanical Completion" means that point in time when Contractor submitted to Company the Attachment D12 (Circuit Mechanical Completion Certificate) that is accepted by Company in accordance with Section 10.3.

"Company" has the meaning set forth in the preamble.

"Company's Specified Materials, Manufacturers, and Subcontractors" means and refers to those companies and that information listed in Exhibit A (Scope of Work) and the Attachments thereto.

"Company-Caused Delay" means:

(a)     the failure of Company Group to achieve a Company Deliverable by the date required in the Scope of Work; and

(b)     such failure prevented Contractor from commencing or progressing scheduled Work; and

(c)     no other cause would have concurrently prevented Contractor from performing such scheduled Work *except* in relation to Company-Caused Delay concerning failure of Company to provide the following Company Deliverables by the associated dates specified in Exhibit A, Attachment A-1 (Scope of Work), Addendum A-1A (Company-Provided Materials & Authorizations):

    (i)     provision of the main power transformer; and

    (ii)    provision of back-feed power.

Notwithstanding the foregoing, Company may, but under no circumstances is obligated to, in its sole and unfettered discretion, issue a Transmittal notifying the Contractor of a Company-Caused Delay event if, in the Company's sole opinion that Company has caused a delay not relating to a Company Deliverable.

"Company-Caused Rework" means:

(a)     the correction, repair, or replacement of: (i) Work that fails, is defective, or is not in accordance with this Agreement, or (ii) CSM; and

(b)     that such correction, repair or replacement of Work or CSM is (i) (A) caused by Company Group or (B) is caused by the CSM itself, and (ii) is not caused by Contractor Group.

"Company Deliverable" means an obligation of Company to achieve a precursor to a portion of Contractor's Work on or before a specific date and that is expressly identified in the Scope of Work as a "Company Deliverable."

"Company Disclosed IP" means all intellectual property rights in all hardware, software, systems, trade-marks, Specifications, Confidential Information or other information or intellectual property (including business rules and business processes) disclosed or provided to Contractor Group hereunder to perform the Work.

"Company Group" means:

(a)     Company;

(b)     (i) for the Indemnities set forth in this Agreement, the Affiliates of Company or (ii) for all other provisions of this Agreement, the United States Affiliates of Company; and

(c)     the managers, directors, officers, employees, agents, servants, representatives (including Company Representative), contractors (excluding Contractor Group), and subcontractors (excluding Contractor Group), including the CSM Suppliers, of (a)-(b).

"Company Representative" means the person(s) designated as such by Company in Attachment C-4 (Company Representatives).

"Company Supplied Materials" or "CSM" means any Materials provided by the Company for integration into the Facility as set forth in Exhibit A (Scope of Work), Attachment A-1 (Scope of Work), Addendum A-1A (Company-Provided Materials & Authorizations).

"Company Supplied Materials Agreement" or "CSM Agreement" means an agreement to purchase CSM and related materials and technical services between the Company and a CSM Supplier that is attached to this Agreement as Exhibit A-1 Scope of Work, Addendum A-1B Company Provided Preliminary Drawings & Technical Information.

"Company Supplied Materials Supplier" or "CSM Supplier" means a supplier of CSM.

"Confidential Information" means:

(a)    this Agreement, Contractor Documents, Dispute Notices, Transmittals, and RFIs;

(b)    and all other written, electronic, and verbal communications among Company Group and Contractor Group pursuant to this Agreement, including information recorded or stored in a digital format on electronic, magnetic, or optical media that is marked "confidential" at the time of first disclosure, or any information disclosed verbally which the disclosing Party notifies (via a Transmittal) the receiving Party contains confidential information within five (5) Business Days of first verbal disclosure; or

(c)    is uploaded to, downloaded from, or stored on the project site used by the Company and Contractor for the administration of Project documentation ████████████████████████████████████████████████

*except to the extent* that such information (a) is, or becomes, publicly available other than as a result of a disclosure in violation of a confidentiality obligation or a breach of this Agreement; (b) was already known to the recipient prior to the Effective Date without any obligation of confidentiality; or (c) becomes available on a non-confidential basis from a source other than the disclosing Party (if such source was not subject to any prohibition against transmitting the information to the recipient). Confidential Information also includes written information generated by a Party that contains, reflects, or is derived from Confidential Information.

"Consequential Damages" means damages in respect of (a) a loss of profits or revenues, (b) a delay of profits or revenues, (c) a loss of productivity (except to the extent expressly stated to be recoverable by Contractor under this Agreement), (d) a loss of production, (e) a loss of opportunity, (f) a loss of efficiency (except to the extent expressly stated to be recoverable by Contractor under this Agreement), (g) a loss of use, (h) delay (except to the extent delay damages are expressly stated to be recoverable by Contractor under this Agreement), (i) interest owed on debt to third parties, and (j) damages similar to (a)(i) that arise from the specific nature of the claimant's circumstances.

"Construction Services" means delivery, fabrication, assembly, construction, testing, commissioning, and correction, including professional and technical personnel, labor, supervision, administration, Materials (other than CSM), transportation, Equipment, and such other Work and materials necessary to be performed or supplied to meet the requirements of this Agreement, including (except as otherwise specifically excluded in Exhibit A) any Work which is not expressly described in this Agreement, but which is nevertheless necessary for the proper execution of the Work, but does not include

Engineering Services or Procurement Services except to the extent the Construction Services are ancillary to the Engineering Services or Procurement Services.

"Contractor" has the meaning set forth in the preamble.

"Contractor Compensation" means those amounts that Contractor is entitled to under this Agreement and has earned for completion of Work in accordance with the Scope of Work, the Specifications, and the other requirements of this Agreement, in all cases calculated in accordance with the requirements of Exhibit C (Compensation). For purposes of clarity, Contractor Compensation does not include costs or expenses to the extent they were incurred as a result of any failure of Contractor to comply with any provision of this Agreement.

"Contractor Document" means any document in respect of the Work that Contractor is required to deliver to Company pursuant to this Agreement including: Work Plans, answers to Company RFIs, security plans, execution plans, cost management plans, risk management plans, schedule management plans, Contractor's Project Schedules (other than the Baseline Project Schedule), recovery plans, progress documents, Weekly Progress Reports, and documents Contractor is required to provide to Company pursuant to Section 3.8.

"Contractor Group" means:

(a)     Contractor;

(b)     Subcontractor(s);

(c)     the Affiliates of (a)-(b); and

(d)     the managers, directors, officers, employees, agents, servants, representatives, contractors, and subcontractors of (a)-(c).

"Contractor Lien" means any claim, lien, charge, or encumbrance of any type on the Site, the Work, the Facility, or any part of or interest in any of the Site, the Work, or the Facility made by any member of Contractor Group.

"Contractor Person-in-Charge" means the individual designated in Exhibit A (Scope of Work), Attachment A-2 (Key Persons), or by Contractor's Transmittal to Company to (a) serve as Contractor's representative on the Site, (b) receive Transmittals, and (c) fulfill the requirements of Contractor under this Agreement.

"Contractor's Project Schedule" means the most recent schedule of key dates for timely completion of the Work provided by Contractor to Company in the Weekly Progress Report, which is periodically updated by Contractor based on the actual progress of the Work.

"Control" means, when used with respect to any specified Person:

(a)     the possession, directly or indirectly, of the power or authority to direct or cause the direction of the management and policies of such specified Person, whether through ownership of voting securities, as a trustee, by contract, or otherwise; or

(b)     the ownership of more than 50% of the voting ownership interest in such specified Person.

"Correspondence Log" means the log maintained by Company of all Dispute Notices, Transmittals, and other significant correspondence pursuant to this Agreement.

"Critical Milestone" means each of the Contractor milestones set forth in Addendum A-3B (Critical Milestone Dates), including Mechanical Completion, Commissioning Completion, Performance Testing Completion, Substantial Completion, and Final Completion.

"Critical Milestone Date" means the date for Contractor's achievement of each Critical Milestone as set forth in Addendum A-3B (Critical Milestone Dates), in each case, as adjusted by Time Adjustments.

"Critical Path" means the sequence of project activities which add up to the longest overall duration determining the shortest time possible to complete the Facility. An activity on the Critical Path cannot be started until its predecessor activity is complete. Each activity on the Critical Path is called a critical activity. If a critical activity is delayed, then the entire Project will be delayed by the same amount (unless another activity on the Critical Path can be accelerated).  The Critical Path may change from time to time as activities are completed ahead of or behind schedule.

"Critical Path Analysis" means a schedule analysis performed utilizing the critical path method, in accordance with GIP, including identification of the sequence of activities in the Baseline Project Schedule necessary to complete the Work that is required to achieve each Critical Milestone by its Critical Milestone Date using the software and methodology set forth in Addendum A-3C (Project Controls Reporting Requirements). This analysis shall include all activities comprising the Work, the time necessary to actually complete each activity, the relationships between sequential activities, and those activities that can be performed in parallel.

"Critical Path Delay" means the number of Days in the Critical Path Analysis that Contractor's achievement of a Critical Milestone Date is delayed by (a) Change, (b) an Undiscoverable Site Condition, (c) Unrestricted Suspension, (d) Force Majeure, (e) Company-Caused Delay, (f) Company-Caused Rework, (g) incurring an Adverse Weather Day in excess of the Adverse Weather Deductible, or (h) a Change in Law.

"Day" means a calendar day.

"DBM" means design basis memorandum, which is the document attached hereto as Exhibit A, which may be amended or modified, that sets forth Company's requirements concerning the purpose, scope, design criteria, and/or technical requirements associated with the design of the Work.

"Design Engineers" means engineers, who are either licensed by the state or perform their work under the supervision of a licensed engineer within the same discipline, who perform Engineering Services associated with the Work on this Project and who are skilled and experienced in the Work.

"Deficiency List" means the list of deficiency items that must be completed to achieve Mechanical Completion, Commissioning Completion, Performance Testing Completion, Substantial Completion, or Final Completion (as applicable) together with an estimate of the time to complete or correct each item. Until the achievement of Substantial Completion, each Deficiency List may be updated, supplemented, and amended by Company from time to time (as items are remedied and new ones are discovered). Company's failure to include any item on a Deficiency List will not alter Contractor's responsibility to complete all Work in accordance with this Agreement.

"Disabling Code" means any software, script, active content, hardware, system, or any combination of the foregoing including, but not limited to any virus, Trojan horse, worm, ransomware, backdoor, spyware, rootkit, keylogger, logic bomb, or kill switch or combination of any of the foregoing that is intended or designed to, is operable to, is likely

to or has the effect of disabling, deleting, erasing, denying authorized access to, permitting unauthorized access to, repossessing, damaging, destroying, corrupting or otherwise affecting or interfering with the provision of the Services or the normal use of any hardware, software or systems or any data or files on or used in conjunction with any of the aforementioned.

"Dispute Notice" means the written notice that one Party gives to the other in the event of any dispute or disagreement arising out of or relating to the implementation or performance of this Agreement, which notice shall describe the nature of the dispute. To be valid, all Dispute Notices must be:

(a)      written; and

(b)      signed by the Party sending the Dispute Notice.

Dispute Notices meeting the preceding requirements shall be deemed received on:

(i)      the Day the email is sent (if the email was sent on or before 5:00 p.m. Central Time, as observed in Houston, Texas, on a Business Day); or

(ii)     the next Business Day (if the email was sent after 5:00 p.m. Central Time as observed in Houston Texas, or on a non-Business Day,

in each case irrespective of whether such email was actually received or read. If email is unavailable to the Dispute Notice sender, the Dispute Notice shall be deemed received on the earlier of (A) the first Business Day on which signed receipt occurs, and (B) the first Business Day on which a courier attempts delivery to the recipient's address between the hours of 9:00 a.m. and 5:00 p.m. local time. All Dispute Notices must be recorded in the Correspondence Log.

"Dollar" or "$" means the United States dollar.

"Drawings" means the plans, sketches, and drawings set forth in Addendum A-1A (Drawings) or added via a Change Directive or Change Order and which are to be submitted by Contractor to Company pursuant to this Agreement.

"Effective Date" has the meaning set forth in the preamble.

"Enbridge Operated JV" means:

(a)      any Person (i) for which Enbridge (U.S.) Inc. or any of its Affiliates is appointed as the sole "operator" or manager" of such Person, or (ii) for which Enbridge (U.S.) Inc. or any of its Affiliates is contracted by such Person, in accordance with the terms of such Person's applicable governance agreements, to be solely responsible for managing one or more specified portions of such Person's operations (*e.g.*, development, permitting, construction, physical operations, or commercial operations), *provided however* the defined term "Enbridge Operated JV" under this clause (a)(ii) shall only apply to the extent of matters related to such specified portion(s) of such Person's operations; and (iii) Enbridge (U.S.) Inc. or any of its Affiliates own in the aggregate at least 50% of the voting interest in such Person; and

(b)      any Person Controlled by any Person satisfying conditions (i) – (iii) of the foregoing clause (a).

"Energy Production Guarantee" has the meaning set forth in Exhibit B, Appendix H.

"Energy Production Shortfall Liquidated Damages" means an amount equal to Six-Hundred Forty-Four Dollars and Seventy-Eight cents ($644.78) per MWh for each MWh the Measured Energy Generation is below the Energy Production Guarantee.

"Energy Test" means the performance acceptance test set forth in Exhibit B, Appendix H.

"Engineering Services" means those services described in this Agreement and provided by, or on behalf of, the Contractor for the design and engineering of the Project, but does not include Construction Services or Procurement Services except to the extent the Engineering Services are ancillary to the Construction Services or Procurement Services.

"Engineering Standard of Care" means the reasonable standards of care customarily exercised by recognized comparable engineering firms performing engineering services of a similar nature to those Engineering Services to be performed by, or on behalf of, Contractor pursuant to this Agreement.

"Environment" or "Environmental" means the components of the earth and of the environment and includes:

(a)     air, land, and water;

(b)     all layers of the atmosphere;

(c)     all organic and inorganic matter and living organisms; and

(d)     the interacting natural systems that include the components referred to in clauses (a)-(c) above.

"Environmental Laws" means (a) all Applicable Laws, as amended from time to time, that regulate or relate to (i) the protection or clean-up of the Environment; (ii) the manufacture, sale, use, treatment, storage, transportation, handling, or disposal of Hazardous Substances; (iii) the preservation or protection of land, waterways, surface water, groundwater, drinking water, air, wildlife, plants, or other natural resources; or (iv) the health and safety of persons or property in relation to Hazardous Substances; and (b) any principle of common or civil law or equity, including any cause of action in nuisance, trespass, negligence, or strict liability, applicable to (a)(i)-(iv) above.

"Equipment" means any items used in the performance of the Work by the Contractor Group including machinery, vehicles, construction tools, supplies, personal protective equipment (including face masks), airplanes, helicopters, drones, aircraft of any sort, in each case, whether owned, operated, leased, hired, chartered, or otherwise procured by any member of Contractor Group, and which are not to be incorporated into the Work.

"Excessive Defects" means two or more defect(s), deficiency(ies), or non-conformance(s) with the requirements of this Agreement in excess of the frequency, severity, and/or nature expected from a party exercising GIP.

"Exhibit" means one of the following, together with all Attachments and Addendums thereto, whether attached to this Agreement physically or by reference:

(a)     Exhibit A – Scope of Work;

(b)     Exhibit B – Specifications;

(c)     Exhibit C – Compensation; and

(d)     Exhibit D – Forms.

"Extra-Contractual Damages" means damages arising out of tort, fraud, equity, or statute (but excluding statutory prompt payment penalties) that are not based on a contractual theory of liability, including punitive and exemplary damages.

"Facility" means the completed product as a result of Contractor performing the Work.

"Final Capacity Shortfall Liquidated Damages" has the meaning set forth in Section 12.2(b)(iv).

"Final Completion" means that point in time when Contractor has submitted to Company Attachment D15 (Final Completion Certificate) that is accepted by Company in accordance with Section 10.4.

"Final Payment Amount" has the meaning set forth in Section 7.4(b)(i).

"Force Majeure" means any circumstance that is not within the reasonable control, directly or indirectly, of the Party affected, but only if and to the extent that:

(a)     such circumstance cannot be prevented, avoided, or removed by such Party utilizing reasonable efforts including the expenditure of reasonable amounts;

(b)     such event adversely affects the ability of such Party to perform its obligations under this Agreement;

(c)     such Party has taken all reasonable precautions, exercised GIP, used due care, and employed alternative measures to avoid and lessen the effect of the event on such Party's ability to perform, including the expenditure of reasonable (but not significant) amounts of money; and

(d)     such Party's conduct or misconduct did not cause such event.

Subject to the satisfaction of the conditions set forth above, Force Majeure shall include the following acts or events:

(i)     a natural disaster resulting in an emergency declaration or a major disaster declaration (or similar declaration) by the President of the United States pursuant to the Robert T. Stafford Disaster Relief and Emergency Assistance Act (or pursuant to similar authority) or the governor of the State of Texas;

(ii)    port of entry closure, rationing or allocation;

(iii)   pandemic, epidemic or quarantine (provided that such pandemic, epidemic or quarantine shall only be considered an event of Force Majeure to the extent Contractor is required by a Governmental Authority or in the exercise of GIP to implement measures beyond those required prior to the Effective Date as a result of COVID-19);

(iv)    wars, riots, terrorism, blockades, embargoes rebellions, insurrections, sabotage, expropriation, confiscation or nationalization;

(v)     transportation disasters, whether maritime, railway, land, or aerial;

(vi)    strikes or other labor conflicts that are not motivated by breach of any employment contract by the affected Party;

(vii)   acts or omissions of a Government Instrumentality, including a delay in issuance of a Government Authorization, that have not been induced voluntarily or filed by the affected Party, nor that arise from a breach of its obligations;

(viii)    fire, explosion, earthquake, volcano, tornado, tidal wave, or flood or smoke conditions;

(ix)    storms named by the World Meteorological Organization;

(x)    delayed issuance, withdrawal, revocation, or injunction of a Governmental Authorization required for any portion of the Work (unrelated to any acts or omissions of Contractor Group);

(xi)    safety-related suspensions or other suspensions of Work or other orders by a Government Instrumentality (unrelated to any acts or omissions of Contractor Group); and

(xii)    impacts to the Baseline Project Schedule related to the importation of aluminum arising from the effects of the Russia-Ukraine war.

It is expressly understood that Force Majeure shall not include any of the following events:

(A)    economic hardship;

(B)    late payment of money;

(C)    unavailability of labor or equipment (except to the extent caused by an event of Force Majeure otherwise allowed hereunder);

(D)    changes in market conditions (except to the extent caused by an event of Force Majeure otherwise allowed hereunder);

(E)    late performance by the Party claiming Force Majeure to the extent caused by such Party's failure to strictly comply with the requirements of this Agreement, unless such failure to strictly comply is due to Force Majeure;

(F)    delay of any member of Contractor Group in complying with this Agreement or in the making of payment for, or delivery of, Equipment or Materials, unless such delay is due to Force Majeure;

(G)    late submission of documents or Drawings to Company Representative that does not afford Company the specified time for review, unless such late submission is due to Force Majeure;

(H)    weather, water, lake, river, and sea conditions of any kind (including waves, wind, storms, lightning, and currents) other than storms or natural disasters described in subparts (i), (viii), and (ix) of this definition;

(I)    Site Conditions (except to the extent caused by or contributed to by an event of Force Majeure otherwise allowed hereunder);

(J)    any Company-directed suspensions pursuant to Article XIV (except to the extent caused by an event of Force Majeure otherwise allowed hereunder); or

(K)    any cost escalations or changes in currency exchange rates;

(L)    [NOT USED];

(M)    other than as set forth in subpart (iii) of this definition, suspension or delay of Work in connection with a disease, an epidemic, or a pandemic (including COVID-19), whether a declared disaster or not, except to the extent that such suspension or delay of Work is: (I) required by Applicable Law (*e.g.*, quarantining of personnel required by Applicable Law); or (II) caused by the action, delay, or inaction of a Government Instrumentality (itself caused by disease, epidemic, or pandemic (including COVID-19));

(N)    measures and restrictions that, as of the Effective Date, are being implemented or have been implemented by businesses in the United States to help prevent the spread of disease, epidemic, or pandemic (including COVID19), including (I) working in smaller crew sizes; (II) local, regional, national, or international travel limitations; and (III) maintaining distance between personnel;

(O)    decreased availability of or longer lead times for securing Materials, Equipment, food, or lodging arising from a disease, an epidemic, or a pandemic (including COVID19), except to the extent (i) such disease, epidemic, or pandemic is of a substantially different nature in scope, severity, or impact than COVID-19, and/or (ii) that any member of Contractor Group has received an order from a Government Instrumentality requisitioning the same or that it is impossible to obtain personal protective equipment, food, or lodging for its workforce; or

(P)    a change in any income tax law.

"Further Guidance"  means statutory amendments; temporary, proposed or final Treasury Regulations; any guidance or explanations published by the US Department of the Treasury, the Congressional Research Service, or the Joint Committee on Taxation; any Internal Revenue Service ("**IRS**") guidance published in the "Internal Revenue Bulletin" and/or "Cumulative Bulletin"; any notice, announcement, revenue ruling or revenue procedure, private letter ruling, technical advice memorandum, legal memorandum issued by IRS Chief Counsel, or similar authority issued by the IRS; any judgment, decision or opinion of the U.S. Tax Court, the U.S. Court of Federal Claims, a U.S. District Court, a U.S. Court of Appeals, or the U.S. Supreme Court.; or any other legislative, administrative or judicial guidance in each case, interpreting or applying the Inflation Reduction Act.

"GAAP" means United States Generally Accepted Accounting Principles.

"GIP" means good industry practices, which are the actions, practices, methods, techniques, and standards (including modifications over time) that:

(a)    should be adopted by a party exercising due care, diligence, and that degree of knowledge, skill and care, prudence, foresight, and use of funding that would reasonably and ordinarily be provided by qualified, skilled, experienced and competent professional contractors performing work under the same or similar circumstances and, if applicable, under the same professional license);

(b)    are generally accepted by that segment of the United States energy industry owning and/or operating facilities that are similar to the Facility;

(c)    conform in all their aspects to the transportation, installation, operation, maintenance, and repair guidelines of the manufacturer, as applicable to the Facility, Materials, and Equipment, taking into account their size, service, and type; and

(d)    conform to this Agreement, Applicable Law, the Specifications, and Codes and Standards.

In the event of an inconsistency or a conflict among or between any of clauses (a)-(d) above and any other provision or requirement of this Agreement, the provision or requirement imposing the greater duty on Contractor Group or providing the greater right or privilege to Company will govern.

"Governmental Authorization" means any approval, consent, authorization, license, permit, permission, or other requirement of any Government Instrumentality, including those identified or set forth in Exhibit A (Scope of Work).

"Government Instrumentality" means any national, federal, provincial, territorial, state, or local government, or any ministry, department, court, commission, board, agency, institution, or similar authority having jurisdiction over any of the Work, the Facility, any member of Company Group, or any member of Contractor Group.

"Guarantees" means the guarantees set out in Exhibit B, Attachment B-7 (Guarantees).

"Hazardous Substance" means any organic or inorganic material now or hereafter deemed by any Government Instrumentality to be a "regulated substance," "hazardous substance," "toxic substance," "pesticide," "hazardous waste," or any similar classification based on its deleterious properties, including its flammability, corrosiveness, radioactivity, explosiveness, or cancer or reproductive toxicity.

"HV Facility" means all aspects of the Work related to and including the substation and the transmission line to the "Point of Interconnection" identified in Exhibit A.

"Indemnify" means release, reimburse, protect, indemnify, compensate, make whole, make good, hold harmless, and defend (including taking such steps and incurring such fees, costs, and expenses as may be necessary to defend any Claims/Losses asserted or incurred as a result of claims by parties that are not a Parties to this Agreement), whether pre-litigation or in connection with any proceedings in any court or other tribunal, and shall include the obligation to pay attorneys' fees, court costs, and expert fees). The words "Indemnity," "Indemnification," and "Indemnifying" have the correlative meanings.

"Indigenous Peoples" means members of American Indian and Alaskan Native tribal entities who have government-to-government relationships with the federal government of the U.S. including their representatives.

"Initial Capacity Shortfall Liquidated Damages" has the meaning set forth in Section 12.2(b)(iv).

"Initial Notice to Proceed" means the first Notice to Proceed given by Company pursuant to this Agreement to Contractor to begin the construction Work.

"Initial Notice to Proceed Date" means the date on which the Initial Notice to Proceed is delivered by Company.

"Insolvency Event" means, in relation to a Person, any of the following events:

(a)     a receiver, manager, receiver and manager, trustee, administrator, monitor, or similar officer is appointed in respect of the Person or any asset of the Person;

(b)     a liquidator or provisional liquidator is appointed in respect of the Person;

(c)     any application (other than an application withdrawn or dismissed within sixty (60) Days) is made to a court by the Person or by any other party for an order; an order is made; a meeting is convened; a resolution is passed; or a notice of intention is filed, for the purpose of, or with respect to, any of the following:

(i)      appointing a Person referred to in clauses (a) or (b) above;

(ii)     winding up or dissolving the Person;

(iii)    declaring, adjudging, or admitting the Person to be insolvent or bankrupt;

(iv)    implementing a stay of proceedings with respect to the Person as against, among others, the Person's creditors; or

(v)    proposing or implementing a proposal, plan, or scheme of reorganization, compromise, or arrangement in respect of the Person (other than as part of a solvent reorganization, arrangement, amalgamation, merger, or consolidation);

(d)    the Person becomes, admits in writing that it is, is declared, or is deemed under any Applicable Law to be, insolvent;

(e)    any writ of enforcement, garnishee order, attachment order, injunction, or similar order, distress, execution, or other process is made, levied, or issued against or in relation to any asset of the Person in each instance, to the extent reasonable evidence exists to indicate that any of the foregoing will materially and adversely impact Contractor's ability to perform the Work hereunder.

"Intellectual Property" means intellectual property, including:

(a)    inventions (whether patentable or unpatentable and whether or not reduced to practice), patents, patent applications, and patent disclosures, together with any reissuances, continuations, continuations-in-part, revisions, extensions, and re-examinations thereof;

(b)    copyrightable works, copyrights, and any applications, registrations, and renewals in connection therewith;

(c)    designs, industrial designs, and any applications, registrations, and renewals in connection therewith;

(d)    mask works, integrated circuit topographies, and any applications, registrations, and renewals in connection therewith;

(e)    proprietary, technical, or confidential information, including trade secrets, processes, procedures, know-how, show-how, formulae, methods, data, databases, and corresponding information contained therein; and

(f)    any right or protection existing from time to time in a specific jurisdiction, whether registered or not, under any patent law or other invention or discovery law, copyright law, performance or moral rights law, trade secret law, confidential information law, integrated circuit topography law, semi-conductor chip protection law, or similar law, including any related Applicable Law.

"Interconnection Agreement" means the agreement between the Transmission Service Provider and Company for the connection of the Facility to the Local Transmission System attached hereto as Exhibit A (Scope of Work).

"Interconnection Requirements" means the applicable Independent System Operator rules, the Transmission System Code, Local Transmission System requirements, and the system impact assessment, customer impact assessment, and the Interconnection Agreement documents attached as Exhibit B-8 (Interconnection Requirements).

"Interest" means an interest rate that is two percent (2%) per annum in excess of the Secured Overnight Financing Rate published by the New York Federal Reserve (e.g., if the Secured Overnight Financing Rate is three percent (3%) per annum, the Interest would be five percent (5%) per annum) unless Applicable Law prescribes a different rate of interest in relation to late payments in which case that rate shall apply.

"Job Books" means all purchasing and other information relating to the Work, including: (a) a drawing index; (b) a reference index; (c) copies of Contractor's and Subcontractors' Permits; (d) copies of all contracts and purchase orders for Major Subcontractor's

equipment (non-priced); (e) Subcontractor information for Equipment purchased (as received from Subcontractors) including instruction and maintenance manuals from Subcontractors; (f) one copy of the As-Built Drawings and documentation; (g) training manuals; (h) a cable and raceway schedule; (i) operating manuals; (j) electrical one-line diagrams for the Project; (k) field testing of power and fiber optic cable; (l) a compilation of final Project safety records; and (m) records necessary to confirm Wage and Apprenticeship Requirement compliance.

"Key Person" means the Persons in those Contractor positions designated in Attachment A-2 (Contractor Key Persons).

"Latent Defect" means:

(a)     the failure of any Work to meet the terms of this Agreement or the warranties set forth in Article XI; and

(b)     such failure could not have been discovered by a reasonable inspection conducted prior to the end of the Warranty Period.

"Local Transmission System" means the electricity transmission and distribution utilities operating in the State of Texas by the Electric Reliability Council of Texas or its successors or assigns.

"Lump Sum" means the lump sum amount(s) set forth for all or a portion of the Work in Exhibit C (Compensation) or in a Change Directive or Change Order, which amount(s) shall be paid to Contractor for its profit and all costs and expenses for the applicable Work, including Ancillary Costs. The Lump Sum is separated, in accordance with the definition of separated contract as defined in 34 Tex. Admin Code Rule § 3.291(a)(13), as follows:

(a)

(b)



A Lump Sum may be modified only by Price Adjustment(s). As consideration to Contractor for the full and complete performance of the Work for which the Lump Sum applies and all costs of any kind or nature incurred in connection therewith, Contractor shall accept the Lump Sum.

"Lump Sum Basis" means the payment to Contractor of the Lump Sum for all or a portion of the Work as set forth in Exhibit C (Compensation).

"<u>Major Subcontractor</u>" means a Subcontractor that performs services on Site and has charged or is reasonably expected to charge in excess of TWO-HUNDRED FIFTY-THOUSAND DOLLARS ($250,000) for all Work undertaken or reasonably expected to be undertaken by such Subcontractor in the aggregate pursuant to one or more Subcontracts.

"<u>Materials</u>" means any machinery, goods, items, parts, spare parts, consumables, and supplies that will be used in the Work or become part of the Facility, including CSM.

"<u>Substation Mechanical Completion</u>" means that point in time when Contractor submits to Company the Attachment D11 (Substation Mechanical Completion Certificate) that is accepted by Company pursuant to Section 10.2.

"<u>Minimum Capacity</u>" means 0.95 times the Target Capacity.

"<u>Month</u>" or "<u>Monthly</u>" means a calendar month or the period of time between the same dates in successive months, as the context requires.

"<u>Notice to Proceed</u>" means a Transmittal by Company to Contractor of the date upon which Contractor shall commence the Work designated in such Notice to Proceed, including for mobilization or portions of the Work.

"<u>Notice to Proceed Date</u>" means the date on which a Notice to Proceed is delivered by Company.

"<u>Party</u>" means Company or Contractor, as applicable; and "<u>Parties</u>" means Company and Contractor.

"<u>Performance Holdback</u>" means all amounts withheld by Company from Contractor in accordance with Section 7.2(c).

"<u>Performance Testing Completion</u>" means that point in time when the Contractor has submitted to Company the Attachment D-13 (Performance Testing Completion Certificate) that is accepted by Company pursuant to Section 10.4.

"<u>Person</u>" means any individual, company, corporation, partnership, joint venture, trust, unincorporated organization, association, Government Instrumentality, or other legal entity.

"<u>Preliminary Services</u>" means any portion of the Work and all other services and work relating to the Facility that were performed by Contractor or any Subcontractor or otherwise on behalf of Contractor prior to the Effective Date but relating to the subject matter of this Agreement.

"<u>Prevailing Wage</u>" means wages at rates not less than the prevailing rates for construction, alteration, or repair of a similar character in the locality in which the Project is located as most recently determined by the Secretary of Labor, in accordance with subchapter IV of chapter 31 of title 40, United States Code, as listed for the applicable classification of laborer or mechanic on the applicable wage determination if such a wage determination is required and issued) for the type of construction and geographic area or other applicable wage as determined by the Secretary of Labor and as provided for as a "prevailing wage determination" issued by the Department of Labor and published on www.sam.gov.

"<u>Price Adjustment</u>" means, subject to the terms of this Agreement:

(a)     entitlement to additional (or reduction of) Contractor Compensation due to the occurrence of (i) a Change directed by Company under a Change Directive or accepted by Company pursuant to a Change Request, (ii) Undiscoverable Site Conditions, (iii) Company-Caused Rework, (iv) Change in Law; or

(b)      entitlement to Standby Compensation for (i) Unrestricted Suspension, or (ii) Company-Caused Delay.

Contractor may seek a Price Adjustment for the causes set out in (a) and (b), above, only. Notwithstanding anything else contained in this Agreement, no Price Adjustment shall be provided for:

(i)      COVID-19 pandemic or the actions of Government Instrumentalities related to the COVID-19 pandemic unless such efforts are due to the direct actions of Company.

"Procured Goods" means those goods, supplies, Materials, required to be obtained by the Contractor for incorporation into the Work and procured by the Contractor as part of its Procurement Services.

"Procurement Services" means the procurement of Procured Goods performed by the Contractor, on its own account, as required by this Agreement.

"Project" means the facility or portion thereof being constructed by Contractor pursuant to Exhibit A (Scope of Work).

"Proper Invoice" means Contractor's written request for Contractor Compensation that conforms with all requirements of this Agreement and that contains all of the following:

(a)      Contractor's name and address;

(b)      the date of the Proper Invoice and period during which the Work was conducted or Materials were supplied;

(c)      [NOT USED];

(d)      a description, including quantity where appropriate, of the Materials that were supplied;

(e)      the amount payable for the Work that was conducted or Materials that were supplied and the payment terms; and

(f)      the name, title, telephone number and mailing address of the person to whom payment is to be sent.

"Proper Invoice Payment" means a payment to Contractor of Contractor Compensation upon performance of a portion of the Work in accordance with Exhibit C.

"Public Official" includes, without limitation, any minister, civil servant, director, officer, employee, official or other person acting for or on behalf of any: (a) government, state, or municipality, including any departments or agencies of such bodies; (b) government-owned or controlled company or entity; (c) public international organization (e.g., the International Monetary Fund, the World Bank, or the European Union); (d) political party, or a candidate for political office; or (e) persons performing duties or functions of a public nature for or on behalf of Indigenous Peoples.

"PWA Damages" has the meaning set forth in Section 3.2(j)(ii).

"Qualified Apprentices" means "qualified apprentices" within the meaning of Section 45(b)(8)(E)(ii) of the Code, which defines such term as an individual who is employed by the taxpayer or by any contractor or subcontractor and who is participating in a registered apprenticeship program, which means a registered apprenticeship program as an apprenticeship registered under the Act of August 16, 1937 (commonly known as the

National Apprenticeship Act, 50 Stat. 664, chapter 663, 29 U.S.C. 50 et seq.) or a recognized State apprenticeship agency that meets the standards of subpart A of part 29 and part 30 of title 29 of the Code of Federal Regulations.

"Reviewed Work Plan" means a Work Plan for which Company has provided a Transmittal to Contractor confirming that Company has completed its review of such Work Plan. The fact that a Work Plan has become a Reviewed Work Plan does not:

(a)     constitute an approval, endorsement, or confirmation of such Work Plan (or any part thereof);

(b)     constitute an acknowledgment by Company that any such Work Plan (or any part thereof) satisfies the requirements of this Agreement, including GIP, Codes and Standards, Applicable Law, the Scope of Work, and the Specifications;

(c)     relieve Contractor of any of its obligations to perform the Work in such manner that the Work satisfies the requirements of this Agreement, including GIP, Codes and Standards, Applicable Law, the Scope of Work, and the Specifications; or

(d)     relieve Contractor of any liability or responsibility hereunder, including any Indemnity in this Agreement, arising from its execution of such Work Plan; or

(e)     entitle Contractor to any additional relief due to the Work Plan's content or any modifications thereto, except to the extent of Company-required modifications to the Work Plans constituting a Change in the Work.

"RFI" means a request for information either (a) from Contractor to Company pursuant to Section 3.18(g) or (b) from Company to Contractor pursuant to Section 4.4.

"RFP Communications" means (a) any request(s) for proposal or quotation issued by Company for the Work required by this Agreement; (b) Contractor's proposal(s) and/or response(s) to such request(s) for proposal or quotation; and (c) any related communications, correspondence, requests for information or clarification, and answers to requests for information or clarification, in each case, whether electronic, written, or verbal.

"Scope of Work" means the description of Work to be performed by Contractor as set forth in Attachment A-1 (Scope of Work).

"Security Incident" means any actual or reasonably suspected incident in which security measures protecting the confidentiality, integrity or access to data, applications, networks, or devices with respect to which Contractor performs or provides the Work or that are involved in providing or supporting the Work have been circumvented, eluded, or violated. For clarity, "Security Incident" includes incidents affecting either information technology or operational technology.

"Serial Failure" means (i) except with respect to Substation Components, the breach of Section 11.1(a) (whether occurring simultaneously, concurrently, or consecutively) prior to Warranty Expiration of five percent (5%) of the same component or aspect of the Work, and (ii) with respect to Substation Components three (3) or more breaches of Section 11.1(a) (whether occurring simultaneously, concurrently or consecutively) prior to Warranty Expiration of the same Substation Component.

"Site" means (a) the right-of-way and easements in which the Work is constructed, including all permanent access roads (b) property that will be used for the Work in which Company possesses any property right, and (c) all temporary work space and temporary access roads and any other areas identified in the Scope of Work as being part of the Site that will be used for the Work.

"Site Conditions" means the natural or man-made physical, lake, river, subsea, seafloor, surface, subsurface, and other conditions at the Site and/or the surrounding area, including:

(a)     conditions relating to the Environment;

(b)     conditions related to transportation, access, waste disposal, handling or storage of materials;

(c)     the availability or quality of electric power or water;

(d)     the availability or quality of roads;

(e)     climatic conditions or seasons (except to the extent such conditions constitute Force Majeure or Adverse Weather);

(f)     topography, air or water (including raw water) quality conditions;

(g)     ground surface conditions;

(h)     surface soil conditions;

(i)     sound attenuation;

(j)     subsurface geology;

(k)     geotechnical or geothermal conditions;

(l)     the nature or quantity of surface or subsurface materials to be encountered;

(m)     rock conditions, hard rock, soft rock, glacial mix, boulders, cobbles, slate, transition zones, or bedrock properties;

(n)     sand or quicksand;

(o)     caves, karsts, or sinkholes;

(p)     volcanos, hot springs, mud volcanos, naturally occurring gases, or geysers;

(q)     hydrographical conditions, hydrological conditions, underground water, or aquifers;

(r)     abandoned oil, gas, water, or other wells;

(s)     faults, fault distribution, or seismic conditions;

(t)     reefs, shell, coral, petrified wood, or tree stumps;

(u)     sunken vessels or archaeological, historical, cultural, or religious sites, places, or monuments;

(v)     debris, obstacles, or impediments;

(w)     endangered species, biological resources, or biological hazards;

(x)     naturally occurring radiation or radioactive rock;

(y)     the location of underground utilities, equipment, or facilities (except to the extent constituting an Undiscoverable Site Condition);

(z)     the potential for landslides or slippage of backfill or topsoil;

(aa)  water body conditions, waves, or currents, including those of rivers, lakes, bays, or oceans;

(bb)  wrecks and debris on or beneath the river, lake, or seafloor; and

(cc)  restricted Work areas.

"Specifications" means all of the requirements, conditions, qualifications, and instructions governing the Work contained in Exhibit B (Specifications). In the event of a conflict between any Specifications, or between the Specifications and any other provision or requirement of this Agreement, the Specification, provision, or requirement imposing the greater duty on Contractor Group or providing the greater right or privilege to Company Group will govern. Specifications can be modified with a Change Directive, Change Order, or Amendment.

"Standby Compensation" means payment of standby time, demobilization/remobilization, and/or mitigation for Contractor Group personnel and Equipment only when the following conditions occur:

(a)  the Work that was scheduled during a Day cannot be performed due to occurrence of one of the circumstances set forth in clause (b) of the definition of Price Adjustment;

(b)  Contractor incurred (i) standby charges for such impacted personnel or Equipment for which Company has not issued a Transmittal recommending their demobilization; (ii) demobilization or remobilization charges for such impacted personnel or Equipment; and/or (iii) costs to mitigate the duration of standby for, or the need to demobilize, such impacted personnel or Equipment; and

(c)  Contractor could not have avoided such charges by Contractor's exercise of GIP.

Upon satisfaction of the conditions set forth in (a) - (c) above, Contractor shall have the right to file a Change Request seeking to be paid the amounts set forth in clause (b) of this definition. Standby Compensation shall be Contractor's sole and exclusive remedy for the occurrence of circumstances set forth in clause (b) of the definition of Price Adjustment, as applicable (and shall constitute liquidated damages). Notwithstanding any provision in this Agreement:(A) the duration of Standby Compensation for a single event or related series of events shall not exceed thirty (30) Days in the aggregate (whether or not such Days are incurred consecutively); (B) Contractor shall not be paid Standby Compensation in respect of any demobilized personnel or Equipment after the date on which demobilization has been completed (or should have been completed) and/or the date on which such personnel or Equipment has recommenced Work (or should have recommenced Work); (C) Standby Compensation shall not be paid in cases of concurrent delay (that is, when circumstances for which Contractor is not entitled to Standby Compensation simultaneously would have prevented Contractor's personnel or Equipment from performing Work); and (D) Standby Compensation shall not be paid when the affected personnel or Equipment would not have been required for the Work.

"Startup Process" means the process of commissioning the installed Materials, which may include energizing systems, purging, and packing.

"State Tax(es)" means the Texas sales and use tax required to be paid (and for which no exemption is available) and business personal property tax in connection with the Work.

"Subcontract" means an agreement, a contract, a work or service release order, or a purchase order between (a) Contractor and any Subcontractor or (b) a Subcontractor in one tier and a Subcontractor in another tier. All Subcontracts must be in writing.

"Subcontractor" means any Person that provides, sells, or rents, supplies, consumables, Equipment, machinery, or services to Contractor for the Work, or any Person that sells or rents supplies, consumables, Equipment, machinery, or services to another Subcontractor.

"Subcontractor List" has the meaning set forth in Section 2.2(d).

"Substantial Completion" means that point in time when Contractor has submitted the Attachment D14 (Substantial Completion Certificate) that is accepted by Company pursuant to Section 10.4.

"Substation Components" means main power transformer, breakers, control building, auxiliary power transformer, current transformer / potential transformer metering transformers, and meters.

"Target Capacity" has the meaning set forth in Exhibit B, Appendices G-2, J and K.

"Tax" or "Taxes" has the meaning set forth in Section 3.12(a).

"Terms and Conditions" means all portions of this Agreement beginning with the cover page up to and including the signature page (and for purposes of clarity, excluding the Exhibits).

"Time Adjustment" means an extension to or acceleration of a Critical Milestone Date arising from:

(a)     Change,

(b)     Change in Law

(c)     an Undiscoverable Site Condition,

(d)     Unrestricted Suspension,

(e)     Force Majeure,

(f)     Company-Caused Delay,

(g)     Company-Caused Rework; or

(h)     incurring an Adverse Weather Day in excess of the Adverse Weather Deductible.

Contractor may seek a Time Adjustment for clauses (a)-(g) only.

"Time & Materials" means compensation to Contractor of the rates set forth in Addendums C1A (Labor Rates) and C1B (Equipment Rates) or in a Change Directive or Change Order, as applicable, for Work that Contractor Group has completed in accordance with the Specifications, GIP, and the other requirements of this Agreement or. Contractor is not entitled to compensation for any amount for Time & Materials for (a) the costs of any down time or standby time during which any Contractor personnel or Equipment are not being actively used in performing the Work at the Site (except to the extent Standby Compensation is compensable in accordance with part (b) of the definition of "Price Adjustment"); or (b)  failure to comply with any provision of this Agreement. The Time & Materials rates are deemed to compensate Contractor for all of its costs, expenses, profit, and overhead for Work undertaken on a Time & Material Basis, including Ancillary Costs. The Time & Materials rates set forth in Addendums C-1A (Labor Rates) and C1B (Equipment Rates) or in a Change Directive or Change Order, as applicable, shall not be subject to increase or decrease via Price Adjustments.

"Time & Material Basis" means the payment to Contractor of Time & Materials rates for a portion of the Work.

"Transmission Service Provider" means Lone Star Transmission, LLC, or its successors or assign.

"Transmittal" means the delivery via electronic mail of a demand, offer, response, or other communication that one Party is required or permitted to give to the other Party pursuant to this Agreement. Each Transmittal shall include in its remark or subject line the word "Transmittal." Transmittals meeting the preceding requirements shall be deemed received on (a) the Day the electronic mail is sent (if the email was sent on or before 5:00 p.m. Central Time, as observed in Houston, Texas, on a Business Day); or (b) the next Business Day (if the email was sent after 5:00 p.m. Central Time, as observed in Houston, Texas, or on a non-Business Day), in each case irrespective of whether such email was actually received or read. All Transmittals shall be recorded in the Correspondence Log.

"Undiscoverable Site Condition" means a Site Condition that satisfies all of the following requirements:

(a)     the existence of (or likelihood of encountering) the Site Condition was not identified in (i) any portion of this Agreement (including the Exhibits), (ii) any reports (including geotechnical reports) received by Contractor Group prior to the Effective Date and attached hereto as Exhibits, or (iii) any other written document or communication received by Contractor Group prior to the Effective Date;

(b)     a contractor exercising GIP would not have discovered or been aware of (prior to the Effective Date) the existence of (or likelihood of encountering) the Site Condition based on the geotechnical work performed by Contractor prior to the Effective Date pursuant to one or more Limited Notice(s) to Proceed issued in relation to the Project; and

(c)     Contractor otherwise did not have knowledge (prior to or within thirty (30) Days of the Effective Date) of the existence of (or likelihood of encountering) the Site Condition.

Notwithstanding the preceding, an Undiscoverable Site Condition shall not exist if (A) Contractor Group's actions or inactions caused or contributed to the formation or existence of such Site Condition; (B) Force Majeure caused or contributed to the formation or existence of such Site Condition (Undiscoverable Site Conditions caused by Force Majeure shall be handled exclusively under the standards and Adjustments provided in this Agreement for Force Majeure); or (C) weather of any kind, sea conditions/currents, river conditions/currents, or lake conditions/currents caused or contributed by the existence of such Site Condition (Undiscoverable Site Conditions caused by weather shall be handled exclusively under the standards and Adjustments provided in this Agreement for weather).

"Unit Price Basis" means the payment to Contractor of Unit Prices for a portion of the Work.

"Unit Prices" means the payment to Contractor of the unit price amounts set forth in Exhibit C (Compensation) or in a Change Directive or Change Order for Work that Contractor Group has completed in accordance with the Specifications, GIP, and the other requirements of this Agreement. The Unit Prices are deemed to compensate Contractor for all of its costs, expenses, profit, and overhead for the Work, including Ancillary Costs. The Unit Prices set forth in Exhibit C (Compensation) or in a Change Directive or Change Order shall not be subject to increase or decrease via Price Adjustments.

"Unrestricted Suspension" means the issuance by Company of a Transmittal pursuant to Section 14.3(d) to suspend all or a part of the Work for Company's convenience. For the avoidance of doubt, an Unrestricted Suspension does not include any suspension by Company made in accordance with Section 14.3(b) (Contractor-caused suspension) or Section 14.3(c) (suspension due to Force Majeure or weather), unless such a suspension was found by a court or arbitral panel having competent jurisdiction to be improper.

"Wage and Apprentice Requirement" means the requirements to pay prevailing wages and use qualified apprentices under Section 45(b)(6)(B)(iii) or 48(a)(9)(A)(i) of the Code or any guidance issued thereunder.

"Warranty Expiration" means the date that is the latest to occur of:

(a)     two (2) years after Substantial Completion;

(b)     for any component or aspect of the Work that has been repaired or replaced pursuant to Article XI after Substantial Completion, the later of: (i) two (2) years after Substantial Completion, and (ii) one (1) year after the completion of each such repair or replacement;

(c)     for any component or aspect of the Work which has experienced Serial Failure, the later of: (i) two (2) years after Substantial Completion, and (ii) one (1) year after the completion of each such repair or replacement of such Serial Failure;

(d)     for any portion of the Work terminated in whole or in part pursuant to Section 14.2 (Unrestricted Termination), two (2) years after the effective date of such termination (instead of Substantial Completion); and

(e)     for any portion of the Work terminated other than pursuant to Section 14.2, two (2) years after the effective date of such termination (instead of Substantial Completion).

"Week" means the seven (7) Day period beginning on Sunday and ending on Saturday.

"Weekly Progress Report" means the Weekly reports provided by Contractor to Company in accordance with this Agreement, including Section 3.18(b), Exhibit A, and Attachment D-10 (Progress Report Form) and including the additional progress reports described in Section 3.18(c).

"Work" means all of Contractor's obligations, duties, and responsibilities under this Agreement for the Mechanical Completion, Substantial Completion, and Final Completion, including project management, procurement, engineering, design, fabrication, erection, installation, manufacture, construction, inspection, repair (including warranty matters), commissioning, testing, and other services and work set forth in the Scope of Work. For the purposes of clarity, the Work includes Contractor's performance of the Engineering Services, Procurement Services, and Construction Services.

"Work Plan" means a Contractor work plan that (a) is in accordance with GIP and (b) describes in detail the anticipated method of delivering all aspects of the Work, including identification of the scope of any Work to be performed by Subcontractors and the scope of any Work to be self-performed by Contractor.

### 1.2    Terminology

Unless the context of this Agreement otherwise requires:

(a)    references to "this Agreement" or any other agreement or document will be construed as a reference to such agreement or document as amended, modified, or otherwise supplemented from time to time;

(b)    references to "any Person" include such Person's successors and assigns (subject to Article XIX, if applicable);

(c)    references to "Articles," "Sections," and "Exhibits" are to Articles and Sections of, and Exhibits to, this Agreement, as applicable, each of which is made a part of this Agreement for all purposes;

(d)    the meanings specified are applicable to both the singular and plural;

(e)    wherever the words "include," "includes," or "including" are used in this Agreement, they will be deemed to be followed by the words "without limitation" or "but not limited to";

(f)    all references to "herein," "hereof," "hereunder," and similar terms will be deemed to refer to this entire Agreement;

(g)    references to any gender include all others if applicable in the context;

(h)    except as otherwise specifically provided in this Agreement, references to the "discretion" of Company or similar words shall mean "sole and unfettered discretion", and the Company shall have full freedom to take or not take such action without affecting any of its rights hereunder;

(i)    words having well-known technical utility-scale solar industry meanings are used in this Agreement in accordance with such recognized meanings; and

(j)    references to correspondence, documents, writings, and written and similar words shall include handwritten, printed, and electronic versions of same.

### 1.3    Order of Precedence

(a)    The Parties shall interpret this Agreement so as to give each of its provisions equal weight. However, in the event an ambiguity or conflict arises between any provisions in this Agreement, the following order of precedence will prevail to resolve the ambiguity:

(i)    Amendment to Terms and Conditions (latest to earliest);

(ii)    Terms and Conditions;

(iii)    Amendment to Exhibit D (Forms) (latest to earliest);

(iv)    Exhibit D (Forms);

(v)    Amendment, Change Directive, or Change Order with respect to Exhibit(s) A (Scope of Work), B (Specifications), or C (Compensation) (latest to earliest); and

(vi)    Exhibit(s) A (Scope of Work), B (Specifications) (Attachment B-2 (Project-Specific Specifications) taking precedence over Attachment B-1 (Standard Specifications)), or C (Compensation).

(b)    Notwithstanding the order of precedence set forth in Section 1.3(a), in the event that there are multiple, conflicting standards for Contractor's performance set forth in this Agreement, then the Exhibit, provision, or requirement imposing the greater duty on the Contractor Group or providing the greater right or privilege to the Company Group will govern, provided that in all cases the requirements of this Agreement (other than compliance with GIP) shall prevail over GIP.

(c)    If the Specifications require something different than either a written detail on a Drawing or a Drawing itself such that the Work cannot be completed in a manner to satisfy both the requirements of the Specifications and any aspect of any Drawing, then Contractor shall immediately notify Company via RFI or Transmittal of such discrepancies and shall not proceed with the Work related to such discrepancy until Company provides clarification. If a written detail on a Drawing requires something different than is depicted in the Drawing itself such that the Work cannot be completed in a manner to satisfy both the written Drawing detail and the Drawing plan, then Contractor shall promptly notify (via a Transmittal) Company of any conflicts discovered by it among the Drawing plans, Drawing details, and Specifications, and the manner in which Contractor intends to resolve such conflict.

(d)    No Change Order shall alter, amend, or effect a waiver of any provision of the Terms and Conditions.

(e)    No Contractor Document (including any Work Plan or Reviewed Work Plan) shall alter, amend, or effect a waiver of any provision of this Agreement, irrespective of whether Company reviews, comments on, acknowledges, or receives such Contractor Document. This Agreement shall always take precedence over all Contractor Documents.

(f)    No Dispute Notice, Transmittal, RFI, or other correspondence shall alter, amend, or effect a waiver of any provision of this Agreement. In the event that any Company or Contractor correspondence conflicts with any provision of this Agreement, such Company Dispute Notice, Transmittal, RFI, or other correspondence will be read, construed, and enforced as if such conflicting statement were excluded from the Dispute Notice, Transmittal, RFI, or other correspondence, but only to the extent that or degree by which such statement conflicts with this Agreement.

(g)    Certain of the Exhibits, Attachments, and Addendums set forth in this Agreement constitute Company policies or Governmental Authorizations. The purpose of including Company policies and Governmental Authorizations in this Agreement is solely to make such Company policies or Governmental Authorizations applicable to and binding on Contractor Group. As such, whether or not a Company policy or Governmental Authorization refers to some or all of Contractor Group, the requirements set forth in the policy or Governmental Authorization are binding on Contractor Group and shall be deemed applicable to each member of Contractor Group. However, the inclusion of such policies (but not Governmental Authorizations) as part of this Agreement does not place any contractual responsibility or obligation on Company or any member of Company Group. No member of Contractor Group shall be entitled to assert any contractual defenses or claims against Company that rely on any member of Company Group's failure to follow such policies.

(h)    Certain of the provisions, Exhibits, Attachments, and Addendums set forth in this Agreement may refer to the Company or a member of Company Group providing

a "review", "acceptance", or "approval" of an aspect of the Work or a Contractor Document.  The use of the words "review", "acceptance", or "approval", in this context is deemed to mean only that Company or such member of Company Group has been given the opportunity to comment on or reject such aspect of the Work or Contractor Document.  The fact that an aspect of the Work or Contractor Document has been "reviewed", "accepted", or "approved" in this context:

(i)     does not constitute an acknowledgment by Company that any such Work (or any part thereof) satisfies the requirements of this Agreement, including GIP, Codes and Standards, Applicable Law, the Scope of Work, and the Specifications;

(ii)    does not relieve Contractor of any of its obligations to perform the Work in such manner that the Work satisfies the requirements of this Agreement including GIP, Codes and Standards, Applicable Law, the Scope of Work, and the Specifications;

(iii)   does not relieve Contractor of any liability or responsibility hereunder, including any Indemnity in this Agreement, arising from its execution of such Work;

(iv)    does not estop Company from asserting any non-compliance by Contractor with an obligation hereunder; and

(v)     does not entitle Contractor to any additional relief due to the Company's review, acceptance or approval of such Work or Contractor Document.

(i)     <u>Term</u>.  This Agreement commences on the Effective Date and will continue through 11:59 p.m. Central Time, as observed in Houston, Texas, on the third (3rd) anniversary of the Effective Date unless otherwise terminated as provided herein.


## <u>ARTICLE II</u>
## <u>RELATIONSHIP OF COMPANY, CONTRACTOR, AND SUBCONTRACTORS</u>

### 2.1    Status of Contractor

(a)     <u>Independent Contractor</u>. Contractor shall perform the Work and execute its obligations and duties under this Agreement as an independent contractor. Neither Contractor nor any Subcontractor will be deemed for any purpose to be an agent, servant, employee, partner, joint venturer, or representative of Company in any capacity. The fact that Contractor is an independent contractor does not relieve it from its responsibility to fully, completely, timely, and safely perform the Work in compliance with this Agreement.

(b)     <u>Contractor Solely Responsible for the Work</u>. Contractor shall be solely responsible for the performance of the Work, and the Work will be performed by Contractor using its own means and methods and at its own risk, subject to the other provisions of this Agreement. Any provisions of this Agreement that may appear to give Company the right to direct or control Contractor as to details of performing the Work, or to exercise any measure of control over the Work, shall be deemed to mean that Contractor shall follow the instructions of Company in the results of the Work only and not in the means by which the Work is to be accomplished. If Contractor undertakes Work in a manner that differs from the requirements of the Scope of Work (taking into account all effective Change Directives and Change Orders) or that uses means or methods different from those Contractor had

assumed would be used, then Contractor shall not be entitled to an Adjustment or additional Contractor Compensation due to such variances, subject to the other provisions of this Agreement. Contractor shall ensure that any changes in means and methods do not conflict with (a) the Specifications, or (b) any Government Authorization or similar approval by a Government Instrumentality.

(c)    Intent. Contractor acknowledges that by entering into this Agreement, Company has placed great trust and confidence in Contractor to complete the Work in a timely and economical manner so that Company will timely receive a Facility that conforms fully with the intent of this Agreement. Contractor agrees that it shall utilize its best skill, effort, and judgment to undertake and complete the Procurement and Construction Services:

(i)    in accordance with the Baseline Project Schedule;

(ii)    in an economical manner;

(iii)    with competent business administration;

(iv)    with sufficient qualified skilled labor;

(v)    with adequate and sufficient Materials (other than CSM);

(vi)    with adequate and sufficient Equipment; and

(vii)    with full-time, on-Site, and day-to-day supervision; and

(viii)    at all times in accordance with the provisions of this Agreement.

All Engineering Services shall be performed in accordance with the Engineering Standard of Care.

### 2.2    Subcontractors

(a)    Supervision of Subcontractors. Contractor may have Subcontractors perform portions of the Work pursuant to Subcontracts; *provided*, *however*, that no Subcontractor may be present on the Site without contemporaneous supervision by Contractor's representative(s) without first providing Company with a Transmittal at least one (1) Day prior to any Major Subcontractor working on the Site without Contractor's presence.

(b)    Subcontractor Requirements. Contractor shall engage only Subcontractors that are reputable, qualified, and financially solvent, and that have an established record of successful performance in their respective trades. If requested by Company, prior to entering into a Subcontract, Contractor shall provide to Company:

(i)    copies of the proposed and/or executed agreement(s) between Contractor and any Major Subcontractor including all exhibits, but with pricing information redacted;

(ii)    an analysis of any Subcontractor's safety record, reputation, qualifications, and financial standing with respect to the category of Work it will be undertaking; and

(iii)    such other information regarding any Subcontractor as Company may reasonably request.

No Subcontractor is intended to be, or will be deemed to be, a third-party beneficiary of this Agreement. Nothing contained in this Agreement will (A) create a contractual relationship between a Subcontractor and Company or (B) obligate Company to pay a Subcontractor. Entry into a Subcontract will not relieve Contractor of any of its obligations to perform the Work in accordance with this Agreement. Any review or comments to a Subcontract or Subcontractor provided by Company(including a Subcontractor's inclusion as an optional or approved Subcontractor in an Exhibit, Attachment, or Addendum) shall not (I) constitute an approval, endorsement, or confirmation of any Subcontractor or any Subcontract or any portion thereof; (II) constitute an acknowledgment by Company that any Subcontractor or any Subcontract or portion thereof satisfies the requirements of this Agreement; (III) relieve Contractor of any of its obligations to perform the Work in accordance with this Agreement; or (IV) relieve Contractor of any liability or responsibility hereunder, including any Indemnity in this Agreement.

(c)  Responsibility for Subcontractors. Contractor shall submit a Subcontractor management plan for Company review and approval prior to the commencement of Work. Contractor is responsible to Company for the acts and omissions of Subcontractors and Persons directly or indirectly employed by Subcontractors, and no act of any Subcontractor shall absolve Contractor for the acts or omissions of Subcontractor or any Persons directly or indirectly employed by Contractor Group. Contractor shall submit a subcontractor management plan concerning all Subcontractor(s) who will be on Site for review and approval by the Company prior to the commencement of the Work. Without limiting the foregoing, Contractor is responsible for:

(i)  the coordination and performance of all Subcontractors with respect to any portion of the Work, including all Equipment and all Engineering Services, Procurement Services, and Construction Services;

(ii)  obtaining and maintaining copies of all miscellaneous vendor and Subcontractor documentation, such as test certificates, test reports, and operating and maintenance manuals;

(iii)  negotiating all guarantees, warranties, deliveries, performance schedules, and payment and cancellation schedules with all Subcontractors using commercially reasonable best efforts to ensure that all Subcontracts are consistent with the Scope of Work, the Work Plans, and Contractor's obligations under this Agreement;

(iv)  performing shop inspections during manufacturing by Subcontractors and witnessing shop/performance testing performed by Subcontractors at their manufacturing facilities or otherwise exercising quality control measures in connection therewith in accordance with GIP and in accordance with Technical Specification L – Quality attached as part of Exhibit B hereto;

(v)  expediting and generally overseeing the progress being made by all Subcontractors;

(vi)  ensuring no Contractor Liens are placed by any Subcontractors for Work performed for which Contractor has received payment from Company in accordance with this Agreement;

(vii)  obtaining the release of any Contractor Lien placed by a Subcontractor for Work performed for which Contractor has received payment from

Company in accordance with this Agreement within ten (10) Business Days after Contractor becomes aware of such Contractor Lien;

(viii)  ensuring Subcontractors' compliance with Applicable Laws, and the requirements of this Agreement including GIP, Codes and Standards, the Scope of Work, the Specifications, and the Work Plans, as applicable; and

(ix)  reviewing all billings and making all progress payments in accordance with any Subcontract requirement; and

(x)  any compensation or payment owed by Contractor to any Subcontractor(s) to the extent the same exceeds the Adjustments or Contractor Compensation to which Contractor is entitled under this Agreement for Work undertaken by any Subcontractor(s).

(d)  Major Subcontractor List. No later than five (5) Business Days after the Effective Date, Contractor shall provide Company with

(i)  a description of any Work to be undertaken by such potential Major Subcontractor(s).

(e)  Proposed Subcontractors. No later than fifteen (15) Business Days after the Effective Date, Contractor shall provide a Transmittal to Company containing the identities of the Major Subcontractors it proposes to engage and utilize for each category of Work set forth on the Subcontractor List.

(f)  Subcontract Review. Contractor shall review each Subcontract prior to execution to ensure that there are no unidentified conflicts between its provisions and the provision of this Agreement. Contractor shall use commercially reasonable best efforts to incorporate by reference or otherwise include applicable provisions of this Agreement in each Subcontract (or an addendum thereto), including the following:

(i)  a provision requiring each Subcontractor to comply with the provisions of this Agreement insofar as they apply to the Work to be performed by such Subcontractor;

(ii)  a rate schedule for Equipment and labor that shall remain fixed throughout the duration of the Subcontract;

(iii)  to the maximum extent commercially practicable, a provision requiring each Subcontractor to comply with Applicable Laws and GIP (using the same definitions and orders of precedence provided in this Agreement);

(iv)  to the extent practical, warranty provisions (including in relation to Serial Defect, as applicable) that are consistent with, and at least the same duration as, those set forth in Article XI of this Agreement;

(v)  a provision requiring Subcontractor to (A) be bound by the dispute resolution procedures set forth in this Agreement and (B) agree to participate in those procedures if requested by Company;

(vi)  remedies for termination and suspension;

(vii)  insurance coverage that is reasonable and customary for the type and scope of the Work to be done by Subcontractor and that is otherwise consistent (except with respect to policy limits) with the other requirements set forth in Article IX;

(viii)    a provision requiring each Subcontractor to provide to Contractor for each Invoice period during which such Subcontractor performed Work: (A) a separate invoice for Work performed by such Subcontractor for such Invoice period, and (B) a statement showing all prior invoices for such Subcontractor's Work and identifying whether each amount on each such invoice has or has not been paid, in each case, in accordance with the requirements of Section 7.6; provided that in lieu of requiring the information set forth in subpart (B) of this section, Contractor may provide such information so long as such Subcontractors furnish statutory lien releases;

(ix)    upon this Agreement's termination, a provision requiring such Subcontract, at Company's option, to be automatically assigned, without further action, to Company (or any replacement to Contractor), except that Company may, at its option, reject any such assignment of the Subcontract;

(x)    a provision requiring Subcontractor to give Company a copy of any notice of non-payment at the same time as such notice is due to Contractor in accordance with the provisions of the Subcontract or Applicable Law; and

(xi)    a provision requiring Subcontractor to comply with the Wage and Apprenticeship Requirements.

(g)    <u>Provision of Executed Subcontracts</u>. If requested by Company, Contractor shall provide Company with a copy of each executed Major Subcontract (including all exhibits, work or service release orders, change orders, and other ancillary documents related to same, but with pricing information redacted) within five (5) Business Days of the execution of such document(s) (or, if a document does not require execution to be effective, then within five (5) Business Days of the issuance of such document).

(h)    <u>Subcontractor Non-Payment</u>. No later than:

(i)    the same date Contractor gives notice of non-payment to any Subcontractor in accordance with Applicable Law; or

(ii)    five (5) Business Days after receiving notice of any default, or dispute involving non-payment under a Subcontract,

Contractor shall provide Company with all documents relevant to such dispute and a Transmittal explaining the issues in dispute. Contractor shall not be entitled to payment for any amounts that have not been timely paid to a Subcontractor unless such amounts were properly withheld by Contractor under the terms of the respective Subcontract and shall promptly credit or refund Company any such amounts that were previously paid by Company.

(i)    <u>No Third-Party Beneficiary</u>. No Subcontractor shall be deemed a third-party beneficiary of, or have any interest in, this Agreement.

<div align="center">

**ARTICLE III**
**CONTRACTOR'S RESPONSIBILITIES**

</div>

### 3.1    Scope of Work

(a)    <u>Generally</u>.

(i)    Contractor agrees to perform and complete the Work set forth in this Agreement in accordance with GIP, the requirements of this Agreement,

and Applicable Law, provided that the Engineering Services shall only need to comply with the Engineering Standard of Care. The standard of performance set forth in this Section 3.1(a)(i) shall apply to all aspects of the Work, and this Section 3.1(a)(i) shall be deemed to be incorporated by reference into each provision of the Agreement describing the Work or Contractor's obligations hereunder.

(ii)     Contractor shall furnish, undertake, and provide all supervision, labor, utilities, services, and Equipment required to perform and complete the Work, including correction of defects and deficiencies in the Work, and shall take full responsibility for the adequacy, stability, and safety of all operations and methods necessary for the performance of the Work. Contractor shall take full responsibility for compliance with all Interconnection Requirements to the extent the same are applicable to the Work; and provided further that Contractor shall not be responsible for payment of any sums to any Person required by the Interconnection Requirements and CSM Agreement requirements. Everything that Contractor is required to do, perform, furnish or provide under the terms of this Agreement shall be at the cost or expense of Contractor, subject to the other provisions of this Agreement.

(iii)    Contractor shall execute the Work with due diligence in order to meet the Critical Milestone Dates set forth in Addendum A-3B (Critical Milestone Dates), subject to the provisions of this Agreement.

(iv)    Contractor shall use reasonable efforts during its performance of the Work to identify any modification to the Work that would benefit Company for reasons that may include, among other things, reducing the total cost of the Work, improving the performance of the Facility or quality of the Work, or expediting the time periods required for the completion of the Work.

(v)     Contractor agrees that Company has the right to substantially enlarge, reduce, or otherwise modify the Scope of Work, provided that any such Changes comply with the provisions of Article VI and provided that such Changes are within the general scope of the Work.

(b)     Incidental Activities. Where the Scope of Work describes the Work in general terms, and except as otherwise specifically excluded, and this Agreement does not prohibit an action, Contractor understands and agrees that the Scope of Work includes any incidental activities that can be reasonably inferred as necessary or appropriate to complete the Work in accordance with GIP. Contractor is not entitled to additional Contractor Compensation for such incidental activities.

(c)     Contractor Documents.

(i)      Within ten (10) Days following the Initial or Final Notice to Proceed, Contractor shall provide to Company a Contractor Document submittal schedule setting out the anticipated dates of issue of all Contractor Documents including Drawings, Specifications, and documents set out in Exhibit A (Scope of Work) and the Attachments thereto.

(ii)     Each Contractor Document shall be provided to Company in the form of a Transmittal no later than the date required by this Agreement. If a date is not specified, the Contractor Document shall be due no later than the date reasonably requested by Company (via a Transmittal) in accordance with GIP.

(iii)   Each Contractor Document shall be prepared and provided in accordance with the requirements of this Agreement.

(iv)   With each Transmittal of a Contractor Document, Contractor represents, warrants, and covenants that the Work and means and methods described in such Contractor Document shall be in accordance with the requirements of this Agreement, including GIP, Codes and Standards, Applicable Laws, the Scope of Work, and the Specifications.

(v)   Once Contractor has submitted a Contractor Document to Company (via a Transmittal), Contractor shall be required to comply with the terms, conditions, and requirements of such Contractor Document, each of which shall be binding on Contractor. In the event of a conflict between a Contractor Document and the Agreement, and Agreement will prevail and Contractor shall resubmit a revised Contractor Document that does not conflict with the Agreement.

(vi)   Company does not approve Contractor Documents or any portion or aspect of the Work, procedures, or other content set forth therein. While Company (or members of Company Group) may from time to time provide comments to Contractor Documents or certain portions or aspects of the Work, such comments do not constitute any form of approval or acceptance.

(vii)   Contractor shall provide a Job Book for labor containing all records needed by Company to substantiate Wage and Apprenticeship Requirement compliance and tracking.

(d)   <u>Work Plans</u>. In addition to the requirements for all Contractor Documents set forth in Section 3.1(c), the following additional covenants shall be applicable to Work Plans:

(i)   Contractor shall submit each Work Plan (or amendment to a prior Work Plan) to Company (via a Transmittal) in accordance with the requirements set forth in Exhibit A (Scope of Work), but in any event, within a sufficient and reasonable amount of time to allow Company to review such Work Plan prior to the planned commencement of the Work set forth therein.

(ii)   No later than ten (10) Business Days after receipt of a Work Plan (or amended Work Plan), Company shall provide a Transmittal to Contractor either (A) confirming that Company has completed its review of the Work Plan, (B) setting forth any comments or questions Company has in respect of such Work Plan, or (C) stating that Company has not yet completed its review of the Work Plan, in which case Company and Contractor shall work in good faith to complete the review in a timely fashion with the intention of minimizing delays to the Work, such review to be completed by Company no later than fifteen (15) Business Days from the date of submission by Contractor to Company of the subject Work Plan (or amended Work Plan). Failure by Company to comply with the foregoing requirements set out in (C) shall constitute a Company-Caused Delay for the purposes of the definition of "Time Adjustment" (but not the definition of "Price Adjustment"). Contractor shall promptly address any comments or questions raised by Company, and the Parties shall use their commercially reasonable efforts to promptly complete Company's review of each Work Plan. Contractor shall not be entitled to: (I) any Adjustment or (II) any other damages or losses in respect of delays due to comments or questions

raised by Company in respect of any Work Plan, including based on delay, loss of productivity, loss of efficiency, or interference with the Work.

(iii)    The Transmittal of Company confirming that it has completed review of a Work Plan shall not: (A) constitute an approval, endorsement, or confirmation of any Work Plan or any portion thereof; (B) constitute an acknowledgment by Company that any Work Plan or portion thereof satisfies the requirements of this Agreement; (C) relieve Contractor of any of its obligations to perform the Work in accordance with this Agreement; (D) relieve Contractor of any liability or responsibility hereunder, including any Indemnity in this Agreement; or (E) entitle Contractor to any additional relief due to the Work Plan's content or any modifications thereto unless such modifications constitute a "Change" as defined herein, in which case a Change Order must be executed to give effect to such Change.

(iv)    Contractor shall commence and undertake only the Work that is set forth in a Reviewed Work Plan. Prior to deviating from a Reviewed Work Plan, Contractor shall submit an amended Work Plan for Company's review pursuant to Section 3.1(d)(i). It shall constitute a breach of this Agreement for Contractor to: (A) undertake Work that is not included in a Reviewed Work Plan; (B) conduct Work in a manner that is not in accordance with a Reviewed Work Plan; or (C) otherwise deviate from a Reviewed Work Plan.

(e)    Cooperation with the Transmission Service Provider and Local Governmental Instrumentalities. Contractor shall, in support of Company's obligations to the Transmission Service Provider, provide all engineering design and other documents required by the Transmission Service Provider to allow grid access, import of electrical energy (back-feed power) and export of electrical energy (synchronization) from the Facility. Furthermore, Contractor shall provide Checkout, commissioning and Startup Process, operation, and/or testing documentation deemed necessary by the Transmission Service Provider to demonstrate that the Contractor has complied with the Interconnection Requirements. In addition, Contractor shall cooperate, coordinate and incorporate all requirements of Local Governmental Instrumentalities into the design. Contractor shall directly solicit from any Local Governmental Instrumentalities guidance and direction for such designs at no additional cost to Company.

### 3.2    Labor

(a)    [NOT USED.]

(b)    Contractor Person-in-Charge.

(i)    Contractor shall have a Contractor Person-in-Charge dedicated solely to the Work on the Site. Contractor shall not assign Contractor Person-in-Charge other duties. Contractor Person-in-Charge will have full authority to act on behalf of Contractor at the Site. Contractor Person-in-Charge shall direct all communications to Company Representative or Company Representative's designee throughout the Work.

(ii)    Contractor shall provide Company with the name and qualifications of its initial proposed Contractor Person-in-Charge in writing and of any replacement Contractor Person-in-Charge as part of Exhibit A (Scope of Work), Attachment A-2 (Key Persons). Company will have the right to reject the Contractor Person-in-Charge. Contractor shall not remove a

Contractor Person-in-Charge without prior notice (via a Transmittal) to Company, except in cases of death, disability or termination of employment.

(iii) Contractor shall have a Contractor Person-in-Charge at the Site at all times during performance of the Work. Should the Contractor Person-in-Charge leave the Site for any period of time, Contractor shall notify Company via Transmittal of such leave and provide the name and qualifications of the replacement Contractor Person-in-Charge if such replacement Contractor Person-in-Charge is not already included in Exhibit A (Scope of Work), Attachment A-2 (Key Persons).

(iv) To promote safety, the Contractor Person-in-Charge or his designee must speak and understand English.

(c) <u>Contractor Supervision</u>. Contractor shall employ a sufficient number of qualified individuals to supervise crews. Contractor shall authorize such qualified individuals to execute the Work in accordance with this Agreement.

(d) <u>Resumes</u>. Contractor shall provide resumes (or equivalent) for any of Contractor's or Major Subcontractor's key personnel upon Company's request.

(e) <u>Objection to Personnel</u>. Company has the right to require Contractor to remove any Person engaged by Contractor or any Subcontractor in the execution of the Work. Contractor, at its sole cost, shall promptly remove or ensure the removal of such Person from the Work.

(f) <u>Labor Relations</u>. Contractor shall:

(i) use, and cause its Subcontractors to use, reasonable efforts and good judgment as an experienced contractor to avoid conflicts and disharmony among the various trade unions; and

(ii) shall adopt and implement policies and practices to avoid work stoppages, slowdowns, disputes, and strikes.

Contractor shall bear all costs associated with labor relations matters relating to the Work and delays of the Work caused by Contractor Group's labor relations. Upon Company's request, and to the extent disclosure is not expressly prohibited by contract or Applicable Law, Contractor shall supply copies of all union agreements to which any member of the Contractor Group is a party and involving Persons performing Work at the Site.

(g) <u>Employment of Certified and Licensed Personnel</u>. Whenever required by Applicable Law, Codes and Standards, GIP, or otherwise in this Agreement, Contractor Group shall employ certified and/or licensed personnel to perform the Work. Upon Company's request, Contractor shall promptly provide proof of qualifications for such certified and licensed personnel.

(h) <u>Replacement of Key Person</u>. If a Key Person is replaced other than due to circumstances beyond Contractor's reasonable control (including death, illness, resignation, removal from the Work due to violation of policy, and termination of employment for cause), then Contractor shall obtain Company's approval of any proposed replacement Key Person throughout the term of the Work.

(i) <u>Applicable Labor Laws</u>. Contractor Group shall comply with all Applicable Laws relating to labor, employment, and social security.

(j)    <u>Wage and Apprenticeship Requirements</u>.

(i)    Contractor Group is required to comply with the Wage and Apprentice Requirements in the performance of the Work, including by paying Prevailing Wages and using Qualified Apprentices or complying with the Code's "good faith effort exception" set forth in Section 45(b)(8)(D)(ii) of the Code and Prop. Reg. §1.45-8, (each request for Qualified Apprentices in connection with the "good faith" exception must be updated every one-hundred twenty (120) Days, or more frequently to the extent required by Applicable Law), with respect to Qualified Apprentices thresholds.  As such, Contractor agrees to the following:

(A)    Contractor and its Subcontractors will pay all laborers and mechanics performing construction, alterations, or repairs (as such terms are defined in the Code) on the Project working on the Project during construction, and on repairs or alterations performed under the contract, Prevailing Wages in effect at the time the contract is entered into (the "<u>Wage Requirements</u>").  Contractor shall provide reports (on at least a quarterly basis) to Company in the form of Exhibit D (Forms), Attachment D-19, Addendum D-19A, which will include, with respect to Contractor and all Subcontractors, the wage determination(s), the laborers and mechanics who performed work at the Site, the classification of work that such laborers and mechanics performed, the hours worked in each classification and the wage rates paid for the work classification, and shall also provide details on all other employees with hours worked, amounts paid, and descriptions of tasks. In addition, upon Company's request, Contractor shall document, prepare, and provide certified payroll reports to Company in the form of U.S. Department of Labor Wage Hour Form 347, prepared by Contractor and its Subcontractors demonstrating compliance with the Wage and Apprenticeship Requirements.  Contractor and all Subcontractors shall maintain sufficient records to establish compliance with the Wage and Apprentice Requirements for a period of at least five (5) years after the date of Final Completion, including maintaining records of former employees in the event Contractor or a Subcontractor is required to cure noncompliance with paying Prevailing Wages.

(B)    Contractor will ensure that (I) (a) either not less than fifteen percent (15%) of the total labor hours, as such term is used in Section 45(b)(8)(A)(i) of the Code, of Work are performed by Qualified Apprentices (specifically, as defined in Section 45(b)(8)(E)(ii) of the Code and Section 45(b)(8)(B) of the Code) and shall satisfy the ratio requirement described in Code Section 45(b)(8)(B) and Treasury Regulations § 1.45–8(c)(2), or (b) Contractor will promptly provide notice that it is relying on the "good faith exception" to achieve the ratio set forth in Subpart (a), as defined in Section 45(b)(8)(D)(ii) of the Code and (II) there shall be at least one Qualified Apprentice performing Work for each of Contractor and each Subcontractor (in each case, if Contractor or the relevant Subcontractor employs four or more individuals with respect to the Work), subject to Section 45(b)(8)(B) of the Code and the exception set forth in Section 45(b)(8)(D)(ii) of the Code.

Contractor will provide quarterly reporting of use of Qualified Apprentices in the form of Exhibit D (Forms), Attachment D-18, Addendum D-18B, including a breakdown of the total labor hours of Work performed by Qualified Apprentices during such quarter (and with details of compliance with any applicable requirements for apprentice-to journey worker ratios in the U.S. Department of Labor or the applicable state apprenticeship agency) to Company. If Contractor would rely on the "good faith exception", Contractor will provide documentation of its compliance with the "good faith exception" and renew the request for its Qualified Apprentices every one-hundred twenty (120) Days.

(C)     Contractor will submit a written plan for using Qualified Apprentices (an "Apprenticeship Plan") to Company. At the request of Company, Contractor shall provide a detailed plan of action to mitigate any failure to comply with its Apprenticeship Plan and promptly provide any documentation reasonably requested by Company to the extent required for Company to comply with any request, if any, of any Government Instrumentality.

(D)     In the event any Wage and Apprentice Requirements are amended by Congress or implemented by the Internal Revenue Service, the U.S. Department of the Treasury, or the U.S. Department of Labor, a state government enacts or implements an apprenticeship statute, or any applicable state apprenticeship agency, or in the event any Further Guidance is issued by any such entities further interpreting the Code following the Effective Date of this Agreement, in a manner that departs from the obligations described in clauses (A) through (C) above, Company may vary the requirements of those clauses by written notice, and Contractor will comply with the obligations described in such notice.

(ii)    In the event Contractor breaches its obligations hereunder Contractor will indemnify Company from all penalties assessed under Sections 45, 45Y, 48, or 48E of the Code and the Treasury Regulations issued thereunder (the "PWA Damages") against Company, or if different, the taxpayer claiming federal tax credits on the Project, under Sections 45(b)(7)(B) or 45(b)(8)(D) of the Code. Provided that Contractor's obligation to indemnify Company for the PWA Damages shall be Contractor's sole and exclusive liability, and Company's sole and exclusive remedy, for Contractor's failure to comply with the provisions set forth in this Agreement. In no event shall Contractor's liability for the PWA Damages exceed twenty percent (20%) of the Lump Sum, as adjusted by Price Adjustment. For the avoidance of doubt, Contractor shall have no liability for (on an indemnity basis or otherwise) Company's missed tax credits, if any. Company will notify Contractor of any assessment of such penalties and shall provide sufficient substantiation and documentation related to the issuance of such penalties, so that Contractor may respond to and/or challenge such assessment, if necessary. Contractor will pay to Company the PWA Damages within forty-five (45) Days of receipt of Company's notification and accompanying documentation of such PWA Damages. If Contractor chooses to respond to and/or challenge such assessment with the applicable authority, then Contractor shall be responsible for all fees and expenses for such defense or challenge and shall not agree to any

settlement thereof without Company's prior written consent not to be unreasonably withheld, conditioned, or delayed.   Contractor's obligations under this Section 3.2(j)(ii) will survive until the expiration of the relevant statute of limitations.

### 3.3   Quality and Risk Management

(a)   <u>Quality Management</u>. Contractor is solely responsible for the details, control, and quality of the Work. Contractor shall establish and implement a quality management system to ensure that the verifications, inspections, and quality audits required by GIP and/or the Specifications are performed during each stage of the Work. The Contractor's Work Plan shall include a quality management plan that is prepared and updated in accordance with GIP. Contractor shall undertake audits and inspections of each Subcontractor to verify that the Subcontractors are complying with the requirements of Contractor's quality management plan.

(b)   Contractor shall submit a project-specific quality assurance and quality control plan (including, without limitation, quality processes and procedures) (the "<u>Quality Program</u>") within ten (10) Days of the Effective Date.  Notwithstanding the above, Contractor shall not commence Site activities without the Quality Program being fully implemented.

(c)   As a minimum, the Quality Program shall:

(i)   identify personnel responsible for quality assurance and quality control inspections for all areas of the Project including engineering, procurement, construction, commissioning, start up and turnover;

(ii)   detail the roles and responsibilities of all quality personnel;

(iii)   detail procedures for oversight of on Site and off-Site activities by the Contractor Group and CSM Supplier(s);

(iv)   detail quality control procedures including inspection, audit and nonconformance forms;

(v)   detail procedures for the collection, organization and maintenance of all Project documentation required by this Agreement including *Exhibit F-1 (Special Receiving and Storage Requirements)* through *Exhibit F-4 (Contractor Submittals and Documentation)*;

(vi)   detail procedures for maintaining and reporting quality statist and key indicators; and

(vii)   detail procedures for complying with the care and maintenance procedures of Materials Manufacturers and the CSM Supplier(s).

(d)   Contractor shall provide sufficient qualified personnel to successfully administer the Quality Program. In addition to a quality assurance manager, Contractor shall provide all other quality assurance and quality control personnel and quality control inspectors to implement the Quality Program including personnel required to carry out quality control procedures at Contractor's and Subcontractors' facilities. All quality assurance personnel and quality control inspectors shall be sufficiently experienced in each of their respective areas of inspection to ensure correction in accordance with the Quality Program.

(e)   Contractor shall properly document and correct all quality non-conformances with respect to the Work at no cost to Company.

(f)    Company shall be entitled to engage third party services to monitor and audit the Quality Program. Company's engagement of third-party services shall be in addition to the inspection services procured by Contractor. Such monitoring shall be conducted so as to not unreasonably interfere with performance of the Work.  If Company conducts an audit of the Quality Program and determines that it is not being complied with, Company may notify Contractor of the discrepancies and Contractor shall promptly correct the discrepancies.

(g)    Risk Management. Contractor is solely responsible for management and mitigation of risks related to its Work. Contractor shall establish and implement a risk management system that identifies and considers risks that may impact the Work (or that may arise from the Work) and shall ensure that appropriate precautions are taken (in accordance with GIP) to prevent and mitigate such risks. The Contractor's Work Plan shall include a risk mitigation plan that is prepared and updated in accordance with GIP.

### 3.4    Safety

Contractor is solely responsible for safety in connection with performance of the Work. Contractor shall comply and shall require Contractor Group shall comply with Applicable Laws, GIP, Codes and Standards, its own safety policies, procedures, programs, and manuals, and all provisions of this Agreement regarding safety. Contractor will initiate and maintain all necessary safety precautions and programs to conform with all health and safety requirements of Company to the extent the same are set forth in this Agreement or in an exhibit hereto.

### 3.5    Contractor Required Authorizations

Contractor Group shall use GIP and comply with all Applicable Laws when moving Contractor Group's personnel, Equipment, Materials, and other items required for the Work into and out of any jurisdiction or location. Unless otherwise provided by this Agreement, and to the extent necessary for performance of the Work, Contractor shall obtain (a) all blasting and heavy haul permits (except with respect to CSM) (including obtaining all other authorizations from Government Instrumentalities) and any other local construction authorizations for which contractors are typically responsible and (b) any completion certificates required by Applicable Law certifying that the Work was performed in accordance with Applicable Law. To the extent necessary for performance of the Work, Contractor shall give the notices and pay the fees required by any Government Instrumentality that are Contractor's responsibility under this Section 3.5.

### 3.6    Compliance with Laws

In the performance of this Agreement, Contractor Group shall ascertain and comply with all Applicable Laws and Codes and Standards, and all Company policies set forth in this Agreement. Contractor shall post all Governmental Authorizations required to be obtained by Contractor pursuant to this Agreement to the extent required by Applicable Law.

### 3.7    Environmental Matters and Cleanup

Contractor Group shall comply with (a) all Environmental Laws and (b) all provisions of this Agreement regarding the Environment. Contractor must at all times keep the Site free of trash and debris generated in the performance of the Work. Upon Final Completion, Contractor shall remove all of its Equipment and any remaining trash or debris from the Site generated in the performance of the Work, and restore the Site as required by this Agreement.

### 3.8   Books, Records, and Controls

(a)  <u>Maintenance of a System of Controls</u>. Contractor agrees to maintain and enforce and to require other entities within Contractor Group to maintain and enforce a system of controls (including policies, procedures and associated training, accounting systems, purchasing systems, and billing systems, and a complete set of records which trace the supply chain of all Materials (other than CSM) and/or services provided in connection with this Agreement) to ensure compliance, including by it and its Subcontractors, with all Applicable Laws.

(b)  <u>Maintenance of Records</u>. Contractor shall keep, and shall require Subcontractors of every tier to keep, full and detailed books, records, and accounts in accordance with GIP and GAAP as may be necessary for proper financial management and that, in reasonable detail, fairly and accurately reflect all transactions relating to this Agreement and the activities contemplated under this Agreement and as required by the rules and regulations of the Federal Energy Regulatory Commission, the Securities and Exchange Commission, and any Government Instrumentality to the extent any such rules and regulations are applicable to Contractor or the applicable Subcontractor.

(c)  <u>Company's Right to Access Records</u>.

(i)  Contractor shall provide Company and its agents or authorized representatives with requested data, information, documentation and records related to the Work, including copies of all quality assurance records, proposals, purchase orders, cost reports, accounting records, payroll records, daily records of unit costs and man-hour performance, check registers, Subcontracts, estimates, and detailed invoices for all Equipment, Materials, and labor furnished or used by Contractor and Subcontractors in the performance of the Work. Provided, however, that in each instance, Contractor may redact pricing information from purchase orders, Subcontracts, and invoices such that Company shall not be permitted to audit or inspect Contractor's records with respect to the composition of the Lump Sum Where this Agreement sets forth timing requirements for delivery to Company of certain types of data, information, documentation, or records, Contractor shall comply with such timing requirements. In addition to the timing requirements provided elsewhere in this Agreement, Contractor shall, no later than five (5) Business Days after Company's request via a Transmittal or RFI:

(ii)  supply any requested data, information, documentation, or records related to the Work;

(iii)  comply with any format requirements prescribed by Company in the Transmittal or RFI; and

(iv)  provide a representation from a duly authorized representative of Contractor that, to the best of Contractor's knowledge, "the documents provided constitute a true and complete record of all data, information, documentation, and records (including emails and other electronic documents) in the possession of Contractor Group that are responsive to Company's request."

(v)  Company may retain such information in its permanent files, subject to its continued confidentiality obligations. If any such books and records are or may be required to resolve any claim or dispute in relation to this

Agreement, the period of retention and Company's rights described in this Section 3.8 will continue until final disposition of such claim or dispute. The existence or pendency of any dispute between the Parties shall not constitute grounds for Contractor to withhold, delay, or redact any documentation or records related to the Work.

(d)     Audit Period. From time to time commencing with the Effective Date until three (3) years after the earlier of (i) termination of this Agreement, and (ii) Final Completion, Contractor shall retain such books, records, and accounts described in Section 3.8(b) and Company will have the right to: (A) require Contractor to reproduce any and all books, records, and accounts of Contractor Group related to the Work at Company's expense, and (B) undertake inspections and audits of Contractor's compliance with the representations, warranties, and agreements set out herein; provided that under no circumstances shall Company be permitted to audit or inspect Contractor's records with respect to the composition of the Lump Sum. At Company's request, Contractor shall provide such documentation as an electronic file (e.g., in CSV, Excel, or Word format) or as reasonably agreed to by the Parties. If such audit(s) reveal(s) charges or costs that are improper, exceed the rates or amounts permitted under this Agreement, or are otherwise contrary to this Agreement, then Contractor shall refund such amount(s) to Company *plus* Interest thereon (from the date of payment by Company until the date of refund by Contractor). If Company has not paid such charges or costs, Company shall not be required to pay such sums to Contractor. Any such refund or adjustment will be made within a reasonable amount of time, not to exceed sixty (60) Days, from presentation of Company's findings to Contractor subject to the Contractor's right to dispute the Company's findings in accordance with Article XVI herein.

(e)     Specific Enforcement. Company's rights under this Section 3.8 are specifically enforceable by Company. At Company's sole discretion, it may seek to immediately enforce such rights (without first holding the officers' meeting or mediation set forth in Article XVI) in any court having jurisdiction to enter an order requiring the production of such books and records.

(f)     Contractor Statements. Upon the request of Company (via a Transmittal), from the Effective Date until the earlier of (i) termination of this Agreement, and (ii) Final Completion, Contractor will supply the following information to Company at no additional cost to Company:

(i)     Quarterly Financial Statements. If requested by Company, as soon as available, but in any event not later than forty-five (45) Days after the end of each of the first three (3) fiscal quarters of each fiscal year of Contractor, Contractor's unaudited consolidated balance sheet and related unaudited consolidated statements of income and cash flows as of the end of and for such fiscal quarter and the then-elapsed portion of the fiscal year, setting forth in each case in comparative form the figures for the corresponding period or periods of (or, in the case of the balance sheet, as of the end of) the previous fiscal year, subject to normal year-end audit adjustments and the absence of footnotes.

(ii)    Annual Financial Statements. If not previously provided to Company under another agreement between Contractor and Company (or one of Company's Affiliates), as soon as available, but in any event not later than ninety (90) Days after the end of each fiscal year of Contractor, Contractor's audited consolidated balance sheet and related audited consolidated statements of income and cash flows as of the end of and for

such year, setting forth in each case in comparative form the figures for the previous fiscal year, all reported on by independent public accountants to the effect that such consolidated financial statements present fairly in all material respects the financial condition and results of operations of Contractor on a consolidated basis in accordance with GAAP consistently applied.

(iii)   <u>Liquidity Information</u>. If requested by Company based upon reasonable, objective, evidence that Contractor is failing to pay debts as they become due, Contractor shall provide Company with reasonable information regarding Contractor's liquidity (including information relates to the total amounts drawn and available under Contractor's credit facilities and lines of equity, and the cash balances in each of Contractor's accounts.

(iv)   <u>Lender Notices</u>. A copy of any notice of default under any Contractor credit facility within one (1) Business Day of its issuance or receipt by Contractor. If requested by Company, Contractor shall provide to Company (within two (2) Business Days) a copy of the agreement(s) (including exhibits, attachments, and amendments) for: (A) any credit facility with the capacity for more than $1,000,000 of indebtedness; and (B) any other credit facility then in default.

(v)   <u>Contractor Disputes and Government Inquiries</u>. Within ten (10) Business Days of Company's request, a list of (A) all material contract disputes involving Contractor; (B) all mediations, arbitrations, and litigation in which Contractor is a named party or in which it may be ultimately liable (to the extent not prohibited by confidentiality agreements); and (C) all investigations concerning Contractor operations by any Government Instrumentality.

### 3.9   Company's Right to Inspect; Correction of Defects

(a)   <u>Right to Inspect</u>. Company will have the right to observe, inspect and comment upon the Work (whether on-Site or off-Site) and to maintain a reasonable presence for such purpose, including for ongoing oversight, verifications, inspections, and quality, environmental, and safety audits. Work inspections and comments will not relieve Contractor of any obligation in this Agreement and shall not be deemed to constitute control of Contractor's means and methods of construction or any other aspect of the Work. At Company's request, Contractor shall make Work available for inspection, including by removing or uncovering portions of the finished Work. After Company's inspection, Contractor shall restore these portions of the Work to the standards required by this Agreement. If the examined Work is in accordance with this Agreement, Company shall reimburse Contractor on a Time & Materials Basis for removing or uncovering and restoring such Work to its pre-inspection condition; *provided, however*, that if any examined Work is not in accordance with this Agreement, Contractor is not entitled to any cost reimbursement for inspection or payment for resulting rework or repairs. Company's failure to discover or reject Work that is not in accordance with this Agreement does not constitute acceptance of such defective Work, nor does Company's payment for or partial or entire use or occupancy of defective Work constitute acceptance of such Work.

(b)   <u>Correction of Defects</u>. Until Warranty Expiration, Contractor shall, at its sole cost and expense, promptly correct, repair, or replace any Work that fails, is defective, or is not in accordance with this Agreement (including GIP, the Scope of Work, the Specifications, Codes and Standards, or Applicable Law), regardless of the stage

of completion of such Work or the time or place of its discovery, and regardless of whether Company previously failed to object to such defective Work. The costs and expenses incurred by Contractor to correct or replace any portion of Work that is defective or not in accordance with this Agreement shall be solely Contractor's responsibility. Contractor is not entitled to any Contractor Compensation for rework or replacement of Work that is not in accordance with this Agreement, and Contractor shall not include any such amounts in its Proper Invoices. Contractor shall reimburse Company Group for its costs and expenses of undertaking a subsequent inspection of any such Work rejected by Company.

(c)    Disclaimer. No inspection or review by any member of Company Group shall:

(i)    constitute an approval, endorsement, or confirmation of any Drawing, Specification, plan, manual, test, program, method, procedure, Equipment, Material, or other part of the Work;

(ii)    constitute an acknowledgment by Company that any Drawing, Specification, plan, manual, test, program, method, procedure, Equipment, Material, or other part of the Work satisfies the requirements of this Agreement;

(iii)    relieve Contractor of any of its obligations to perform the Work in such manner that satisfies the requirements of this Agreement; or

(iv)    relieve Contractor from any liability or responsibility hereunder, including any Indemnity in this Agreement.

### 3.10  Security

(a)    Security Plan. When requested by Company, Contractor shall submit to Company its security plan for review and comment by Company. For the duration of this Agreement, Contractor is responsible for developing, implementing, and maintaining a detailed security plan as part of the Project-specific security plan. The security plan will be in accordance with GIP and will include on-Site security; procedures for immediately informing Company Representative of security incidents and demonstrations; local, county, state, and/or federal law enforcement contacts; and associated guidelines. The security plan will also include security for Materials warehoused off-Site.

(b)    Security Responsibility. Contractor shall provide security and surveillance services at the Site in accordance with the requirements of the security plan(s) and GIP.

(c)    Company Group Security. Contractor acknowledges and accepts that Company Group may employ security personnel and may engage other Persons to provide Company with security services related to the Facility and the Work. Contractor agrees to cooperate in good faith with Company Group's security personnel, and to use its best efforts to coordinate the performance of the security plan so as to enable Company Group's security representatives to inspect Contractor's security performance and to otherwise perform their services in a timely and efficient manner. Contractor shall use its best efforts to avoid any action or inaction that interferes with Company Group's security representatives. Neither the actions nor the inactions of Company Group's security personnel shall limit Contractor's liability or obligations under this Agreement, including Contractor's obligation to Indemnify Company pursuant to Article XV of this Agreement.

### 3.11  Cooperation and Non-Interference

Contractor acknowledges and accepts that Company may engage other Persons (which Persons may, in Company's sole discretion, be non-union shops) to provide services related to the Facility, including services that may have previously constituted part of Contractor's Scope of Work (but that were removed from Contractor's Scope of Work by Company pursuant to Article VI or XIV). Contractor agrees to cooperate in good faith and to use its reasonable efforts to coordinate the performance of the Work so as to enable any such Person to perform its services in a timely and efficient manner. Contractor shall also use all reasonable efforts to avoid any action or inaction that will unreasonably interfere with the performance by such Person. During the term of this Agreement, Contractor shall not utilize Company Persons. Further, Contractor agrees to cooperate with Company in the conduct of any investigation of a potential or alleged violation of Applicable Laws or any of the representations, warranties, or covenants contained herein. This clause shall survive the termination of this Agreement.

### 3.12  Taxes and Fees

(a)     Responsibility for Taxes. Each of the Parties shall be responsible for the payment of all taxes, duties, levies, charges and contributions for which the respective Party is liable as imposed by any appropriate Government Instrumentality ("Tax" or "Taxes") in connection with this Agreement. All fees paid or payable to Contractor are exclusive of any applicable value added or goods and services Tax, or sales Taxes imposed on the sale of goods or the performance of services. Any such Taxes, as well as Taxes imposed on Company that Contractor is required to collect shall be separately stated and identified on each Invoice issued by Contractor in compliance with Applicable Laws. Company shall provide Contractor with exemption documentation as required by the applicable Government Instrumentality where exemption from Taxes is claimed by Company. Contractor and its Subcontractors shall be entitled to rely upon any such exemption documentation provided by Company, and Company shall Indemnify Contractor and its Subcontractor for any Taxes, interest, penalties, costs and attorneys' fees incurred due to reliance upon such exemption documentation.  For further clarification, and except as otherwise provided herein, Contractor will be responsible for paying its income Taxes and any other Taxes of any kind in any jurisdiction that might become payable in relation to the sale of goods or the provision of services. Company shall bear no responsibility for any income, gross margin, franchise, capital, net worth, or other type of direct Tax that may ensure to Contractor as a result of any transaction under this Agreement.

(b)     Tax Set-Off. In the event that Company is assessed for any non-payment of Taxes payable by Contractor as set forth herein, Company may withhold out of any Performance Holdback monies owing to Contractor, or otherwise recover from Contractor, a sum equivalent to the amount of Taxes, penalties, and interest paid by Company.

(c)     Non-Resident and other Withholding. Notwithstanding anything to the contrary contained in this Agreement, to the extent required by Applicable Laws, Company will reduce payments to Contractor for any required withholding tax. Company will remit to the applicable tax authority the amounts by which the payment was reduced as required by Applicable Laws and will provide after the calendar year end to Contractor the federal Form 1099 / Form 1042S and comparable state form, as applicable, within the time frame specified in such laws. Any amount withheld and remitted to a tax authority will be deemed to have been paid to Contractor on the date when the remainder of the payment (to which it relates) was paid to

Contractor. Contractor acknowledges and agrees that it has no claim against Company for any amounts withheld and paid to a tax authority to the extent such payments were required by Applicable Laws. Contractor agrees that Company will not be required to increase the payment to Contractor by the amount withheld and paid to a tax authority. Where Contractor is a non-U.S. entity performing Work in the U.S., with respect to the Invoice, Contractor will identify the location of the Work, separate Work performed in the U.S. from Work performed outside the U.S., identify the number of Days on which Work was performed in the U.S. and identify the physical location, indicating city and state, where the U.S. Work was performed. To the extent applicable to Contractor, Contractor will provide Company with a valid Form W-8BEN-E (or any successor form) and other information requested by Company for the purpose of non-resident income tax withholding and reporting required pursuant to Internal Revenue Code Section 1441 and 1442. If Contractor is a non-U.S. Person and has not provided a valid Form W-8 to Company, Company (or a U.S. Affiliate of Company) may be required to withhold up to thirty percent (30%) of any payment and remit such amount to the U.S. Treasury.

(d) <u>Tax Identification Numbers</u>. Upon request, Contractor agrees to provide Company with all tax identification information, including Contractor's Tax Identification Number, necessary for Company to complete its federal and state tax reporting obligations.

(e) **<u>Tax Indemnity</u>.** SUBJECT TO THE PROVISIONS AND LIMITATIONS IN SECTION 3.2(J)(II), CONTRACTOR SHALL INDEMNIFY COMPANY GROUP AGAINST ANY CLAIMS/LOSSES ARISING OUT CLAIMS ASSERTED BY THIRD-PARTIES TO THE EXTENT ARISING OUT OF A FAILURE BY CONTRACTOR TO COMPLY WITH OR PAY TAXES OR DUTIES (IMPORT OR OTHERWISE) CONNECTED WITH THE PERFORMANCE OF THIS AGREEMENT WITH RESPECT TO WHICH, UNDER APPLICABLE LAWS, ANY MEMBER OF CONTRACTOR GROUP IS THE TAXABLE PERSON, TAX PAYER, OR TAX COLLECTOR, INCLUDING TAXES ON ANY ITEM OR SERVICE THAT IS PART OF THE WORK OR THE FACILITY, SUCH AS OCCUPATIONAL, SALES, WORKS, USE, VALUE ADDED, EXCISE, SOCIAL SECURITY, HEALTH SECURITY, UNEMPLOYMENT, CORPORATE OR PERSONAL INCOME, AND OTHER TAXES TO BE PAID ON BILLS OF EXCHANGE AND SUBCONTRACTS, REGARDLESS OF WHETHER SUCH TAX IS NORMALLY INCLUDED IN THE PRICE OF SUCH ITEM OR SERVICE OR IS NORMALLY STATED SEPARATELY (INCLUDING MATERIALS, EQUIPMENT, LABOR, OR SERVICES FURNISHED BY ANY MEMBER OF CONTRACTOR GROUP) OR OTHERWISE ARISING OUT OF ANY MEMBER OF CONTRACTOR GROUP'S PERFORMANCE OF THE WORK, INCLUDING ANY INCREASES IN ANY SUCH TAXES DURING THE TERM OF THIS AGREEMENT (SUBJECT TO CONTRACTOR'S RIGHTS TO RELIEF FOR CHANGES IN LAW), AND ANY FEES OR ROYALTIES IMPOSED WITH RESPECT TO ANY MATERIALS (OTHER THAN CSM), EQUIPMENT, LABOR, OR SERVICES INCLUDING ANY CLAIMS/LOSSES ARISING OUT OF LOSS OF TAX CREDITS OR INCENTIVES RELATED TO WAGE AND APPRENTICESHIP REQUIREMENTS (SUBJECT TO THE PROVISIONS AND LIMITATIONS IN SECTION 3.2(J)(II). IF COMPANY GROUP IS ASSESSED SALES, USE, OR OTHER SIMILAR TAXES BY ANY GOVERNMENT INSTRUMENTALITY FOR WORK PERFORMED OR MATERIALS, EQUIPMENT, LABOR, OR SERVICES SUPPLIED BY ANY MEMBER OF CONTRACTOR GROUP UNDER THIS AGREEMENT, CONTRACTOR AGREES TO REIMBURSE COMPANY FOR THE TOTAL AMOUNT OF INTEREST AND/OR PENALTIES SO ASSESSED AND PAID AND THE AMOUNT OF ANY SALES OR USE TAX COLLECTED AND NOT REMITTED TO THE RELEVANT TAX JURISDICTION.

(f) <u>State Taxes</u>. State Taxes, including sales or use Taxes on Materials, Equipment and consumables provided by Contractor or any Subcontractor, and Contractor

business personal property taxes, shall be administered by Contractor in accordance with the provisions below in this Section 3.12. The Lump Sum includes Contractor's Taxes and excludes State Taxes as provided in this Section 3.12. Contractor shall be reimbursed for the full amount of State Taxes properly paid by Contractor or any Subcontractor in accordance with this Agreement, and other sales/use and business personal property Taxes incurred in a state other than Texas in connection with acquiring Equipment with which to perform Contractor's duties under this Agreement if an exemption is not available therefor, on a monthly basis at the time Contractor receives payments pursuant to this Agreement, subject to the documentation requirements of Section 3.12(g), below. Contractor shall use, and shall cause its Subcontractors to use, all reasonable efforts to minimize sales or use Taxes on purchases of Materials and Equipment acquired outside of the State of Texas, including, without limitation, by complying with the requirements of any applicable exemption therefrom, and by filing for any available refund of any such Taxes.

(g)     State Sales and Use Tax Exemption Documentation.

(i)     For State Taxes purposes, this Agreement shall be considered to be a separated contract for the construction of new non-residential real property as defined under Applicable Law, including 34 Tex. Admin Code Rule § 3.291(a)(13). Contractor shall ensure that all Subcontracts with Subcontractors for permanent plant Materials and Equipment are separated for State Tax purposes as provided in Section 3.12(f). Each application for payment submitted by Contractor must clearly separate the invoiced amount into the following categories: (a) Work other than Equipment and Materials, (b) Equipment and Materials not exempt from State Tax, (c) Equipment and Materials exempt from State Tax, and (d) State Tax on nonexempt Equipment and Materials.

(ii)    The associated portion of the Lump Sum attributable to the Aggregate Equipment Price is set forth in Exhibit C-1, which has been prepared to satisfy the requirements of Applicable Law of Texas for a separated contract and is divided between Equipment and Materials exempt from State Tax and Equipment and Materials that are not exempt from State Tax, as determined by Company in consultation with Contractor. Contractor shall, with respect to any Change Order entered into between Company and Contractor that results in an update to Exhibit C-1, provide such update to Company for its review.

(iii)   Prior to issuance of Full Notice to Proceed directing Contractor to procure any Equipment or Materials, Company shall issue a Texas Exemption Certification to Contractor, and Contractor shall not invoice Company for any State Tax on Equipment or Materials claimed to be exempt in the Texas Exemption Certificate.

(iv)    For State Tax purposes, Contractor shall be considered a retailer of all Equipment or Materials (other than the CSM) incorporated into the Work. Contractor shall issue a valid Texas Sales and Use Tax Resale Certificate for such Equipment or Materials to its Subcontractors, and Contractor shall not pay, consistent with such exemption certificate, any sales and use tax on such Equipment or Materials to Subcontractors. Company shall furnish a valid Texas re-sale or exemption sales and use tax certificate as appropriate.

(h)　　Certain Reimbursements. Contractor shall pay and be responsible for, and Company shall reimburse Contractor for (which amount shall be in addition to the Lump Sum) all State Taxes imposed on:  (i) Contractor's services and overhead related to the design, construction, or operation of the Facility, but not incorporated into the Facility; and (ii) all consumables and construction aids used in connection with the Work which are not incorporated into the Facility or for which title has not transferred to Company (including tools and rental of tangible personal).  Such reimbursable amounts are to be included in Contractor's monthly applications for payment.

(i)　　Cooperation. Company and Contractor shall, and Contractor shall cause each Subcontractor to, cooperate in good faith with each other, and use their commercially reasonably efforts to minimize State Taxes and other Taxes relating to this Agreement and the Work, including taking advantage of applicable exemptions and consulting and cooperating in good faith with each other in order to effectively handle and contest any audit, examination, investigation, or administrative, court or other proceeding.  In connection therewith, Contractor shall, and shall cause its Subcontractors to, assign to Company its rights to any refund of State Taxes which have been paid or reimbursed by Company in order to enable Company to contest the determination of taxability and recover any overpayment of such State Taxes, or other Taxes.

(j)　　Tax Audits. Contractor has the right to control any State Taxes audit of Contractor with respect to the Work and to settle any assessed claim for State Taxes, interest and penalties, but it may not settle any claim or assessment of State Tax with any Government Authority without Company's written consent, which may be given or withheld in Company's sole and absolute discretion where Contractor has a right to be indemnified for any assessed State Taxes, or portion thereof, from Company. Consistent with other notice provisions in this Agreement, Contractor shall notify Company in writing of any audit of Contractor by a Government Authority covering State Taxes where Contractor has the right to be indemnified.

### 3.13  Liens

(a)　　Creation of Liens. Except for Company's nonpayment (when due under this Agreement), Contractor shall not directly or indirectly create, incur, assume, or suffer to be created by it or any member of Contractor Group, or any other supplier of goods or services, any Contractor Lien arising from or related to the Work; *provided, however*, that Contractor shall promptly pay or discharge (and discharge of record) any such Contractor Lien. Contractor shall immediately notify (via a Transmittal) Company of the assertion of any Contractor Lien.

(b)　　Discharge of Liens. Upon Contractor's failure to promptly pay, discharge, or provide financial security reasonably acceptable to Company for any Contractor Lien (to the extent such removal is required by Section 3.13(a)) within thirty (30) Days after Contractor receives notice of such Contractor Lien, Company may, but will not be obligated to, pay or discharge such Contractor Lien and, upon the payment or discharge thereof, will be entitled to immediately recover from Contractor the amount thereof together with expenses incurred by it in connection with such payment or discharge or to set off all such amounts against any sums owed by Company to Contractor.

### 3.14  Responsibility for Site Conditions

(a)  Contractor's Unit Prices, Lump Sums, Time & Materials rates, and the Baseline Project Schedule include the risk of encountering any and all Site Conditions except for Undiscoverable Site Conditions. As such, Contractor understands that Site Conditions may require additional labor or Materials, or new construction methods, and that in such cases Contractor is not entitled to any Adjustment for such occurrences unless such Site Conditions is an Undiscoverable Site Condition. Contractor shall be solely responsible for the costs and expenses for all Site Conditions except for Undiscoverable Site Conditions.

(b)  If Contractor encounters a Site Condition that it believes qualifies as an Undiscoverable Site Condition, Contractor shall file a Change Request in accordance with the requirements of Section 6.5. In addition to the requirements set forth in Section 6.5, Contractor shall provide in such Change Request:

   (i)  written explanations for why the Site Condition encountered satisfies each of the requirements set forth in clauses (a)-(c) of the definition of Undiscoverable Site Condition; and

   (ii)  documents, photographs, reports, and other evidence in support of Contractor's assertions that the Site Condition encountered satisfies each of the requirements set forth in clauses (a)-(c) of the definition of Undiscoverable Site Condition.

Company shall have no responsibility with respect to ascertaining for Contractor the risks concerning Site Conditions. Contractor shall not be entitled to any Adjustments or reimbursement of costs and expenses, including for standby time, due to Site Conditions that are not Undiscoverable Site Conditions.

### 3.15  Management of Certain Site Conditions

(a)  <u>Archaeological Discoveries</u>. Upon discovery of any article of value, antiquity, or archaeological interest that under Applicable Law requires special working conditions, Contractor shall:

   (i)  to the extent required by Applicable Law, promptly cease Work in the affected area and direct all Persons not to remove or disturb the discovered article;

   (ii)  promptly notify (via a Transmittal) Company of such discovery;

   (iii)  use reasonable efforts to preserve the discovery; and

   (iv)  follow Company's instructions regarding such discovery.

As between the Parties, any such archaeological discovery is Company's property.

(b)  <u>Pre-Existing Hazardous Substances</u>. Upon discovery of any pre-existing Hazardous Substance at the Site, Contractor shall:

   (i)  to the extent required by Applicable Law, or as otherwise necessary to avoid imminent risk of harm to Persons or property, promptly cease Work in the affected area and direct all Persons not to remove or disturb the discovered substance;

   (ii)  promptly notify (via a Transmittal) Company of such discovery;

(iii)    use reasonable efforts (which efforts shall not require Contractor to incur significant expense) to mitigate the effects of such discovery; and

(iv)    follow Company's instructions regarding such discovery.

(c)    <u>New Hazardous Substances</u>. Neither Contractor nor any Subcontractor will allow any Hazardous Substances in any material quantity to enter the Site in violation of Applicable Laws. Company Group will incur no liability for any Hazardous Substance entered upon the Site by any member of Contractor Group or that is being used by any member of Contractor Group in the Work; Contractor is responsible for all clean-up, removal, and remediation of any Hazardous Substance for which it is responsible under this Section 3.15(c).

(d)    <u>Overhead Utilities</u>. Contractor shall identify via Transmittal all power poles and other overhead utilities that may interfere with the Work within thirty (30) Days of receipt of a Notice to Proceed authorizing survey work for Company review.

(e)    <u>Obstructions</u>. Prior to commencing the applicable portion of the Work, Contractor shall identify the locations of all surface obstructions to the Work (including rivers, canals, tidal zones, roads, railroads, waterways, and topographic features); and Contractor shall make arrangements to cross, avoid or bypass all surface obstructions and to safeguard and prevent damage or interruption to any third-party facilities, roads, waterways, or railroads during performance of the Work.

### 3.16  Field Checks

Contractor shall conduct a field check in accordance with GIP of the condition of all Materials (other than CSM), Equipment, and prefabricated components upon their arrival at the Site and identify any deficiencies or issues prior to the time at which such Materials (other than CSM), Equipment, or prefabricated components are scheduled to be utilized in the Work.

Should Contractor identify deficiencies or differences between actual conditions or dimensions in the field and the conditions or dimensions required by this Agreement, Contractor shall promptly notify (via a Transmittal) Company Representative. Contractor shall not be entitled to any Contractor Compensation or Adjustments due to its failure to check and identify such conditions and dimensions in accordance with GIP, and any rework necessitated by Contractor's failure to discover such differences will be done at Contractor's sole cost and expense.

### 3.17  Protection of Third Parties and Property

(a)    <u>Responsibility to Protect</u>. Contractor shall:

(i)    give due consideration to the interests of third-party installations being crossed, property owners, and tenants wherever involved in connection with performance of the Work;

(ii)    adhere to all Site restrictions set forth in this Agreement;

(iii)    take all reasonable steps to protect the Environment within or near the Site and avoid damage or nuisance to Persons or property resulting from pollution, vibration, noise, or other causes, in each case, arising out of the performance of the Work; and

(iv)    exert all reasonable efforts to facilitate goodwill with third-parties in connection with the Work for Company's benefit.

Contractor shall maintain safe conditions at all Work locations, including when utilized on connection with performance of the Work, any public or private road, railroad, or waterway crossing.

(b)     Access and Fencing. Contractor shall take reasonable precautions to limit access to the Site to avoid injury to Persons, livestock or other property, or loss to same by theft or otherwise. When Contractor cuts or removes fencing, Contractor is solely responsible and liable for (i) the cost of installing temporary fencing and (ii) the cost of restoring the permanent fencing to a condition at least equal in quality as existed prior to the Work.

(c)     Crop Damage. Company assumes the cost of damage to crops and trees (except such crops and trees as Company may request Contractor not to destroy) on the Site that are necessarily incident to the execution of the Work, assuming the exercise of GIP. If Contractor's negligence or failure to follow GIP results in unnecessary damage to such crops or trees, then Contractor is responsible for such damage.

(d)     Contact with Property Owners. Contractor shall not initiate contact with any owner of real property adjacent to, or near, the Site, without Company's prior approval. If Contractor is contacted by any such property owner, Contractor shall promptly log the contact and notify (via Transmittal) Company of the identity and contact information of the property owner and the nature of the contact, including any requests made by such property owner. In addition, and prior to litigation, Contractor shall not initiate contact with any property owner regarding the settlement of any damage claims relating to performance of the Work unless Company Representative is present. All agreements between Contractor and property owners relating to the Work must be in writing and copies shall be promptly provided to Company Representative.

(e)     Contracts with Landowners. Contractor shall not execute any contracts with landowners or tenants for land use, or Site use in connection with performance of the Work without Company's prior written consent. If approved in advance by Company, Contractor shall provide Company with a fully executed copy of any approved contract with landowners or tenants for land use or Site use in connection with the Work.

(f)     Settlement of Damage Claims. After the completion of Work in any area and at the request of Company Representative, Contractor shall appoint a representative with full authority to settle all damage claims made by adjacent or nearby property owners or tenants and for which Contractor is responsible. Contractor's representative shall accompany Company Representative through the area where the Work is completed to ascertain and pay such damage claims. If Contractor fails or otherwise refuses to settle and pay promptly any such claim for which Contractor is responsible under this Agreement in excess of $200, Company may, after Transmittal to Contractor, settle such claim for Contractor's account, and deduct the amount thereof from the sum otherwise due Contractor; *provided*, *however*, that if Contractor reasonably and in good faith contests the validity and reasonableness of any such claim or proposed settlement, Company shall not settle such claim until a compromise settlement with the claimant satisfactory to Contractor is effected or until a final judgment or arbitration award is rendered against Contractor or Company upon such claim.

### 3.18  Administrative Deliverables and Responsibilities

(a)     In addition to the requirements of Addendum A-3C (Project Control Requirements), Contractor shall provide the following project reports as well as the progress reports and consultation requirements set out in Exhibit A (Scope of Work) and perform the following administrative responsibilities set out in this Section 3.18.

(b)     Daily Report. Prior to the beginning of each work Day, Contractor shall provide Company with:

    (i)     a daily written schedule of Work;

    (ii)     a list of Work completed the previous work Day;

    (iii)     a list of Work planned for the following work Day;

    (iv)     Not Used, and

    (v)     manpower and Equipment lists (if applicable).

The schedule of Work shall include all Work scope activities planned for each crew that work Day, including total crew hours to be worked for each of the identified scope activities. Contractor shall notify (via Transmittal) Company immediately of any changes in (i), (ii) or (iii) occurring after the start of Work on any Day. Contractor-furnished manpower and Equipment lists must be accurate and complete in order to be utilized for the daily emergency response plan.

(c)     Weekly Progress Reports. Contractor shall provide Company a Weekly Progress Report for the prior week:

    (i)     no later than the Day(s) and time(s) to be selected by Company from time to time (via Transmittal(s) to Contractor); and

    (ii)     in a format and medium determined by Company.

The reports shall include all information requested by Company, including all of the Weekly Progress Report deliverables listed in Attachment D-10 (Progress Report Form). The Weekly Progress Reports are a requirement for a Proper Invoice and the provision of a Weekly Progress Report each week as set out herein is a condition precedent to Contractor's entitlement to compensation for any amounts set out in a Proper Invoice.

(d)     Monthly Progress Reports.

    (i)     Contractor shall submit to Company Company's Representative, by the 5th of each month, a written progress report (in form reasonably satisfactory to Company) and shall include, at a minimum,

        (A)     a description of the progress of the Work with pictures;

        (B)     safety and environmental statistics, including details of any incidents;

        (C)     quality program updates, including non-conformance reports, status of corrective actions and status of inspection test plans;

        (D)     status of engineering, including design documents, engineering and field change notices, requests for information;

        (E)     critical Materials (other than CSM) procurement and expediting;

(F)  review of invoicing and payment;

(G)  update to Contractor's Project Schedule, a comparison of Contractor's Project Schedule with the Baseline Project Schedule in a format acceptable to Company, installation completion map(s) indicating visual status of Work progress that could impact the Baseline Project Schedule, an evaluation of problems and deficiencies and a description of any planned corrective action with respect thereto,

(H)  labour review, including indirect and direct man-power count and man-hour totals;

(I)  the status of obtaining or satisfying Governmental Authorizations for which Contractor is responsible;

(J)  analysis of project risks and trends; and

(K)  any other data or information relating to the performance of the Work reasonably required by the Company.

(ii)  From time to time, Company's Representative may furnish Contractor with information on activities and events relating to the Project, whereupon Contractor shall incorporate such information into the progress reports.

(e)  Meetings.

(i)  Contractor Project Manager shall facilitate and lead a daily plan-of-the-day meeting with attendees identified by the Company. Meeting agenda to include: overall safety notifications; Site safety; Environmental issues; recently completed Work; planned Work activities for the work Day planned Work activities for the following work Day; testing and inspection activities; anticipated deliveries; RFI review; submittal review; schedule review; and other agenda items reasonably requested by Company. Contractor shall provide the Daily Report set forth in Section 3.18(b) by 10:00 a.m. each work Day.

(ii)  Contractor Project Manager shall facilitate and lead a weekly construction progress meeting with attendees identified by the Company. Meeting agenda to include: overall safety notifications, site safety, Environment, RFI review, submittal review, construction progress, schedule review, etc.

(iii)  Contractor shall conduct a monthly project progress meeting at the Site, or at a mutually agreeable location, at a mutually agreeable time with representatives of Company to review the status of the Work and to discuss, at a minimum, the progress of the Work and any issues arising out of or affecting performance of the Work. Contractor shall minute the meeting and provide the minutes to Company within two (2) Business Days of the monthly progress review meeting.

(iv)  In addition to the regular Site meetings to be held in accordance with this Agreement, the Company may request that the Contractor organize, conduct and participate in meetings at the Site with the Company to discuss safety regulations and procedures, the progress of construction, scheduling, sequencing conflicts and any other matters pertaining to the performance of the Work and other work affecting the Project. If the

Company requests, the Contractor shall arrange for all appropriate Subcontractors to be present at the meetings.

(v)    Contractor's and Company's management representative(s) will be required to participate in conference calls and meetings from time to time. Such meetings and calls shall take place at such locations, on such dates, and at such times as mutually agreed by the Parties and may require individuals with the authority to make financial decisions related to the Work.

(f)    Disclaimer. Company's failure to dispute, clarify, or otherwise respond to any statement in Contractor Documents, including daily reports and Weekly Progress Reports, shall not constitute an admission, consent, agreement, or waiver.

(g)    Meetings. Contractor's management representative(s) with the authority to make financial decisions related to the Work will be required to participate in conference calls and meetings with Company. Such meetings and calls shall take place at such locations, on such dates, and at such times as requested by Company via Transmittal.

(h)    Change in Contractor's Project Schedule or Estimate at Completion. Contractor shall give Company prompt notice (via a Transmittal) whenever Contractor has reason to believe that:

(i)    there will be a deviation in the Work Plan or the Contractor's Project Schedule the result of which will be Contractor's failing to meet any Critical Milestone Date.

Contractor's Transmittal shall specify all actions it plans to take to mitigate the subject deviation.

(i)    Significant Event Notifications. If any material problem, security incident, emergency, accident, strike, injury, work stoppage, or legal problem occurs or is anticipated to occur, or any other unanticipated event occurs, Contractor shall immediately prepare and deliver to Company (via a Transmittal) a significant event notification in a form consistent with Attachment D-17 (Significant Event Notification), detailing available information and steps being taken to correct or otherwise address such problem or event. Company may at any time request that Contractor prepare and submit such a significant event notification for any event that Company reasonably regards as significant.

(j)    RFIs from Contractor to Company. Contractor shall complete an RFI form using Addendum D-16A (Request for Information Template) or via an electronic system expressly designated by Company in a Transmittal and provide it to Company Representative when Contractor requires information from Company. RFIs shall be issued to Company Representative via electronic mail. Company Representative shall address the RFI with appropriate Company personnel and provide a response to Contractor in a timely manner. Contractor shall maintain an RFI log using Addendum D-16B (RFI Log Form) and include such log in its Weekly Progress Report.

(k)    Transmittals from Contractor to Company. At any time, Contractor may issue to Company a Transmittal containing a Contractor Document required by this Agreement or other communication. Transmittals shall be issued to Company Representative via electronic mail and shall be recorded in the Correspondence Log.

(I) <u>As-Built Information</u>. Contractor shall maintain and update the electronic redline information for as-built documentation on a contemporaneous basis for all of the Work and provide Company with access to same. Company has the right to review and audit the information at any time from the Effective Date until time of submittal to Company for pre-commissioning activities.

### 3.19  Responsibility for Equipment

(a) <u>Generally</u>. Contractor shall be responsible for the mobilization, handling, storage, maintenance, and demobilization of all Equipment in accordance with GIP and the CSM Suppliers' written requirements incorporated in Exhibit A-1B Company Provided Preliminary Drawings & Technical Information to this Agreement. Contractor represents, warrants, and covenants that, from the date on which Company requires the Work to commence until Final Completion, each piece of Equipment will be suitable for and capable of undertaking the Work required by this Agreement in accordance with GIP and the other provisions of this Agreement. Contractor shall be responsible for risk of damage or loss to Equipment (to the extent not covered by insurance). Notwithstanding any other provision of this Agreement, once a piece of Equipment has been demobilized, Contractor is not entitled to any additional Contractor Compensation or Standby Compensation for the remobilization of the same piece of Equipment (or for mobilization of a replacement for such piece of Equipment) without Company's prior written authorization (via a Transmittal).

(b) <u>Spares</u>. Contractor shall stock and maintain sufficient critical spares and backups of Equipment (in accordance with GIP) at the Site.

(c) <u>Fitness of Equipment</u>. Contractor shall ensure that, throughout the performance of the Work, all of Contractor Group's Equipment (and all systems for such Equipment) shall be and remain in good order and condition and in every way fit for the Work. Contractor shall ensure that, throughout the performance of the Work, all Equipment complies with the provisions of all Applicable Laws and GIP. Contractor shall ensure that each piece of Equipment is manned by personnel who are qualified by certification, experience, ability, and medical fitness, in each case, in accordance with GIP. Contractor shall be wholly responsible for the proper use, operation, care, maintenance, wear-and-tear, and repair of all Equipment. In the event of breakdown of any Equipment, or in the event of total loss, Contractor (at Contractor's election exercised in accordance with GIP) shall either (i) promptly repair such Equipment, or (ii) provide replacement Equipment. Contractor shall not be entitled to an Adjustment caused by the breakdown or loss of any Equipment, except to the extent such breakdown or loss is caused by the acts or omissions of Company, Company's other contractors and their subcontractors, Company's suppliers or any member of the Company Group.

(d) <u>Time & Materials</u>. Time & Materials rates for Equipment shall be all-inclusive and shall include all expenses, liabilities, and obligations assumed by Contractor Group hereunder for the Work to which the rate applies, including all maintenance and repairs of same unless otherwise specified in Attachment C-1B (Equipment Rates).

### 3.20  Responsibility for Materials

(a)     Receiving Contractor Suppled Materials. Contractor is responsible for receipt of Contractor supplied Materials and verification that the Materials are complete and in good condition, are in accordance with this Agreement in all respects, and are suitable for their intended purpose. Contractor shall immediately notify (via a Transmittal) Company if any Material fails to meet the preceding requirements.

(b)     Receiving Company Supplied Materials.  Upon their delivery to the Site, Contractor is responsible for receipt of CSM.  Promptly upon the receipt and unloading by Contractor of the CSM (including the spare modules included in the Breakage Allowance) delivered to the Site, but in any event no less than the earlier of (i) three (3) Days from the date of unloading, or (ii) such other time period as the CSM Manufacturer may have specified as set out in Exhibit A-1B Company Provided Preliminary Drawings & Technical Information, Contractor shall undertake a visual inspection of the exterior of the boxes or crates of the CSM.  In the event that there is apparent damage to any boxes or crates in which any CSM are contained, Contractor shall immediately notify Company thereof, and at Company's direction shall uncrate the CSM in such box or crate to undertake a visual inspection of such CSM and confirm the existence of any visible damage to the CSM, and immediately notify Company of any CSM as to which damage is reasonably apparent from a visual inspection. Without limiting Contractor's obligations with respect to visibly damaged boxes or crates set forth as set forth above, within the earlier of (i) five (5) Days of the uncrating of any CSM at the Site, or (ii) such other time period as the CSM Manufacturer may have specified in as set out in Exhibit A-1B Company Provided Preliminary Drawings & Technical Information, Contractor shall further inspect the CSM delivered for any visible damage and, in the event that Contractor discovers any such damage, Contractor shall notify Company of such damage.  Notwithstanding anything to the contrary contained in this Agreement, Contractor shall in no event be responsible for any defects or deficiencies in the CSM that could not be discovered through a reasonable inspection of the same.

(c)     Handling and Transportation of Materials. Upon taking possession of Materials, Contractor shall be responsible for storage, transportation, handling, and deliveries of Contractor-supplied Materials, including inspection, expediting, shipping, unloading, receiving, customs clearance, and customs claims. For Company-supplied Materials, Contractor shall be responsible for receipt, unloading, inspection, handling, preservation, and storage upon the delivery of the same to Contractor's possession at the Site. Contractor shall handle and store any Materials it receives in accordance with GIP and in a manner that preserves their quality.

(d)     Failure of Contractor to Care for Materials. In the event Contractor fails to exercise proper care, custody, and control of Materials after taking possession as prescribed in this Section 3.20, Company may, at its option and upon sending a Transmittal to Contractor providing Contractor a reasonable time to correct any such failure, take action to ensure Materials are properly cared for and maintained pursuant to this Agreement. Contractor shall be responsible for all reasonable costs incurred in connection with such Company actions.

(e)    Delay, Loss, or Damage to Materials. After Contractor has taken possession of Materials, if any Materials are lost, stolen, or damaged, Contractor shall be responsible for repairing or replacing such Materials except to the extent such lost, stolen or damaged Materials fall within the scope of the Breakage Allowance (with the manner of repair or replacement being at Company's direction). Contractor shall coordinate with Company regarding any support required to effect repairs and replacements. Except with respect to Materials included within the Breakage Allowance, Claims/Losses for lost, stolen, or damaged Materials shall be handled in accordance with Articles VIII (Title and Risk of Loss), IX (Insurance), and XV (Indemnity) of this Agreement.

### 3.21  Spare Parts and Special Tools

(a)    Consumable Spare Parts and Special Tools.  Contractor shall provide all consumable spare parts and special tools (other than spare parts related to the CSM and special tools provided by the CSM Supplier, which shall be provided by the CSM Supplier) necessary for the construction, commissioning and Startup Process and testing of the Facility to achieve all Critical Milestones.

(b)    Operating Spare Parts.  Contractor shall solicit from bidders for Materials (other than CSM) operating and maintenance spare parts lists and proposed pricing for such spare parts concurrently with the bid for such Materials. Contractor shall provide Company with such priced spare parts lists and proposed pricing (as available from Subcontractors) at least six (6) months prior to the Substantial Completion Critical Milestone Date.  Company may, in its sole discretion, enter into a purchase agreement with such Materials suppliers for spare parts. Contractor shall provide appropriate support to Company in its negotiations.

(c)    Failure During Commissioning and Start-Up.  Should any Materials (other than CSM) fail prior to Substantial Completion, spare parts may be withdrawn from Company's stock of operations and maintenance stores, if available, to repair the Materials (other than CSM) that failed.  Contractor shall, at its cost, promptly replace all such withdrawn spare parts on or before Final Completion, and all replacement parts will be new.  Should the current part no longer be available, Contractor will replace with the then-current model or part at no cost to Company.

### 3.22  Emergency Remedies and Required Actions

Company may take (or require Contractor to take) immediate action if at any time Company, in its sole but reasonable discretion, determines that such immediate action is needed to prevent or mitigate the risk of personal injury, property damage, Work stoppage, reputational harm, non-compliance with Applicable Laws, Site restrictions, Governmental Authorizations, or other authorizations, or other loss of or  damage to Company Group. None of Company's actions or inactions pursuant to this Section 3.22 shall limit Contractor's liability or obligations under this Agreement, including Contractor's obligation to Indemnify Company pursuant to Article XV of this Agreement.

### 3.23  Engineering Services

(a)    Contractor shall perform the Engineering Services in accordance with this Agreement (including Exhibit A) and the DBM. No error, inconsistency, inadequacy, or omission in the Engineering Services shall constitute a basis for an Adjustment.

(b)    The Engineering Services shall be prepared using Design Engineers with skill and experience with specialization in the Work that is the subject of this Agreement.

The Design Engineers shall provide the Engineering Services in accordance with the Engineering Standard of Care. All final Specifications, reports, permit Drawings, bid/construction Drawings, or documents of a professional nature that are performed or provided by the Contractor Group that are required by Codes and Standards to be signed by and stamped or sealed with the stamp or seal of a professional licensee are the responsibility of Contractor and shall be stamped or sealed by a professional licensee registered in the State of Texas.

(c)    Contractor shall prepare, if required and within the scope of the Engineering Services, any Drawings for submitting permit applications and provide reasonable technical support for obtaining permit approvals associated with the installation of the Facility. Typical Drawings required for permits include: site layout, drainage and grading plan, and Drawings showing other areas of disturbance to existing conditions.

(d)    Contractor shall provide services by Design Engineers for the mechanical, electrical, controls, and civil/structural aspects of the Work and all other specialty engineering disciplines as required to perform and complete the Work.

(e)    The lead or responsible engineers performing the Engineering Services shall be available to meet with the Company at all reasonable times during the performance of the Work and the Warranty Period.

(f)    Contractor shall design the Work, prepare Drawings, prepare documents, specify/select Materials, and prepare bills of Materials for the Work in accordance with this Agreement.

(g)    The Contractor acknowledges that the Company supplied documents as attached in Exhibit A-1B (Company Provided Preliminary Drawings and Technical Information) represent the basis of the design of the Facility. The Engineering Services obligations of the Contractor shall not be limited in any way by the contents of these documents.  Any changes by the Contractor regarding the substance of the documents in Exhibit A-1B (Company Provided Preliminary Drawings and Technical Information) shall require the consent of the Company.

(h)    Contractor shall review each CSM Supplier's drawings and other deliverables under the CSM Agreement and provide comments to the Company in a timely manner.  Contractor shall incorporate the requirements of the CSM drawings and specifications into the Contractor's Engineering Services and the Work.

(i)    Contractor shall prepare all Drawings, documents, and Specifications required to perform the Work following Company's design standards for format, title blocks, text, layers, colors, dimensioning, instrument tagging, symbols, line weights, etc. as set forth in this Agreement. All design Drawings shall be prepared by Contractor using AutoCAD or a three-dimensional model.

(j)    All AutoCAD and three-dimensional model documents shall be prepared in "D" size (24" X 36") format. Documents shall be such that they are clearly legible when reduced to "B" size (11" X 17"). Contractor shall provide the Company with copies of all Drawings and documents in electronic format (native file and .pdf) as determined by the Company.

(k)    Contractor shall prepare all plan, section, and detail Drawings required for the Work to show sufficient dimensioning information.

(l)    Contractor shall:

   (i)    prepare, and keep up-to-date, the As-Built Drawings;

   (ii)    keep the As-Built Drawings in electronic format;

   (iii)    provide Company with access to the As-Built Drawings; and

   (iv)    upon completion of major portions of the Work, or at such other time as may be reasonably determined by Company, submit the As-Built Drawings electronically to the Company Representative.

(m)    To the extent included within the scope of the Engineering Services, Contractor shall perform all functions necessary to engineer, design, size, ensure compatibility with other systems, specify, and select all Materials (other than CSM) for the Work. This includes completion of Contractor Specifications.

(n)    Contractor shall comply with the recommendations contained in the geotechnical, noise, and Site surveys/studies and reports included as part of this Agreement, and shall incorporate the information in those reports into the Engineering Services.

(o)    Contractor shall participate in and provide documentation for periodic progress update meetings in connection with performance of the Engineering Services.

(p)    Company shall have the right of inspection and review of the design Drawings and Specifications at all reasonable times. No inspection, or failure to inspect, by Company shall relieve Contractor of Contractor's obligations under this Agreement.

(q)    Contractor covenants, represents, and warrants that from the Effective Date until the expiry of the Warranty Period, Contractor shall accept full responsibility for:

   (i)    any mistake, inadequacy, defect, error or omission contained in the design or engineering included with the scope of the Engineering Services;

   (ii)    ensuring that the design and engineering included with the Engineering Services complies with all Applicable Laws and the requirements of this Agreement; and

   (iii)    ensuring that the Engineering Services meet the warranties in Article XI of this Agreement and all other requirements of this Agreement; and

   (iv)    [NOT USED]

(r)    <u>Review Process</u>.

(i)      Contractor shall submit copies of the Drawings and Specifications specified in Exhibit B (Specifications) to the Company for formal review, comment or disapproval.

(ii)      Company shall have up to ten (10) Business Days, unless otherwise specified by Company, from its receipt of the Drawings and Specifications to issue to Contractor written comments regarding, proposed changes to, and/or written disapprovals of such Drawings and Specifications.

(iii)      If Company does not issue any comments, proposed changes or written disapprovals within ten (10) Business Days (or such other period as specified by Company), then Contractor may proceed with the further development of such Drawings and Specifications and, as appropriate, the performance of the Construction Services based on such Drawings and Specifications; *provided*, *however*, that Company's lack of disapproval of, or failure to comment on, any portion of the Work shall not in any way be deemed: (A) to limit or in any way alter Contractor's responsibility to perform and complete the Work in accordance with the requirements of this Agreement or (B) to constitute an approval by Company of any portion of the Work.

(iv)      In the event that Company disapproves the Drawings or Specifications, Company shall provide Contractor with a written statement of the reasons for such rejection within the time period required for Company's response, and Contractor shall provide Company with revised and corrected Drawings and Specifications as soon as possible thereafter.

(v)      Provided that Company has not disapproved of the Drawings and Specifications submitted in accordance with paragraph (i) above, such Drawings and Specifications shall be the Drawings and Specifications that Contractor shall use to construct the Work.

(s)      <u>Joint Design Reviews</u>. The Contractor shall convene joint design review meetings with Company as Contractor or Company deems necessary for performance of the Engineering Services. In addition to the design reviews required by Contractor, the Company requires the following joint design reviews to be conducted: plot plan review, one line diagram review, AC system loss calculation review, protection and coordination study review and control systems architecture review (each a "<u>Mandated Joint Design Review</u>"). The Contractor shall provide a minimum of twenty (20) Days' prior notice to Company Representative of the date of each Mandated Joint Design Review.

(t)      These meetings will be documented by the Contractor with meeting minutes to be distributed following the meeting.

### 3.24  Procurement Services

(a)      Contractor shall perform the Procurement Services.

(b)      Contractor shall provide Procurement Services using Company's Specified Materials, Manufacturers, and Subcontractors as specified in this Agreement. Notwithstanding anything to the contrary contained in this Agreement, in no event shall Contractor be liable to Company for Claims/Losses or damages arising from

any of the items set forth in subparts (A) through (E) of this Section 3.24(b) in excess of amounts recoverable by Contractor pursuant to its agreements with Persons providing Company's specified Materials or Company's Specified Manufacturers and Subcontractors: (A) any defects in Company's Specified: (i) Materials, or (ii) Materials supplied by Company's Specified Manufacturers, (B) defects in the Work performed by Company's Specified Subcontractors, (C) delays to performance of the Work caused by defects in in any of the foregoing, (D) delays in delivery of Company's Specified Materials or Materials supplied by Company's Specified Manufacturers, or (E) delays in performance of the Work caused by Company's Specified Manufacturers.

(c)     Contractor shall prepare complete and detailed bills of materials (each a "BOM") indicating materials Contractor is responsible for procuring. Each BOM will specify the quantity, material of construction, vendor make, model, and part numbers or industrial trade names for each item as applicable.

(d)     Contractor shall prepare a material lead time summary and schedule for the Procurement Services. This summary shall be integrated into Contractor's Project Schedule with the milestones identified in this Agreement.

(e)     Payment of Invoices for Procured Goods shall be made in accordance with Article VII and Exhibit C (Compensation).

(f)     Where Contractor performs the Procurement Services as agent of Company, Contractor shall carry out Company's instructions and shall act in good faith and in the best interests of Company and the Work, and within the scope of the agency specified in this Article III.

(g)     [NOT USED.]

(h)     [NOT USED.]

(i)     Contractor shall submit any samples required by the Agreement for the Company Representative's approval, together with any relevant information.  All samples shall be labeled as to origin and intended use in the Work. For each part of the Work, construction shall not commence prior to receipt of such approval of the relevant samples.

(j)     Contractor shall review all Materials vendor drawings (other than CSM Supplier drawings) to ensure adequacy of design, resolve all interference issues, and ensure a complete engineering design to extent included within the scope of the Engineering Services.

(k)     All vendor drawings shall be fully integrated into Contractor's construction design documents and progress design package sets, as opposed to being added as addendum(s) or reference material.

(l)     Contractor shall ensure that the title to any and all goods and those Procured Goods supplied by Contractor shall, upon delivery to the Site, be free from any and all claims, liens, charges, encumbrances, or security interests of any kind whatsoever.

(m)     Contractor shall ensure equipment and materials furnished, manufactured, or fabricated by any of Contractor Group for incorporation into the Work shall meet the Specifications and other requirements of this Agreement.

(n)     Contractor shall ensure that there are no unidentified conflicts between the commercial terms and conditions related to the Procurement Services and this Agreement. Further, Contractor shall utilize commercially reasonable best efforts to ensure that the Procurement Services shall be on commercial terms and conditions that do not conflict with any material provision of this Agreement. Contractor shall use commercially reasonable best efforts to ensure that each Subcontract shall include those provisions set forth in Section 2.2(f)(i)-(x) and such other provisions as requested by Company via Notice or Transmittal. **CONTRACTOR SHALL INDEMNIFY COMPANY GROUP AGAINST ANY CLAIMS/LOSSES ARISING FROM THIRD-PARTY CLAIMS TO THE EXTENT RESULTING FROM CONTRACTOR'S FAILURE TO COMPLY WITH THIS PROVISION.**

(o)     The Procurement Services shall be completed by Contractor in accordance with this Agreement and the Exhibits.

### ARTICLE IV
### COMPANY'S RESPONSIBILITIES

#### 4.1    Payment

Company shall pay Contractor all sums of Contractor Compensation and Standby Compensation (if applicable) when due in accordance with this Agreement.

#### 4.2    Authorizations

Company is responsible for obtaining all rights-of-way; pipeline, railroad, road, and other utility crossing permits; stream, wetland, and other Environmental permits and variances; and all Governmental Authorizations required to construct the Facility, except for those authorizations that are Contractor's responsibility in accordance with Article III. Company shall provide Contractor with copies of such documents. Requirements of Governmental Authorizations obtained by Company after the Effective Date shall be added to this Agreement via a Change Directive or Change Order.

#### 4.3    Company Representative

Unless otherwise provided in this Agreement, each Company Representative will have full authority to act on behalf of Company in accordance with Attachment C-4 (Company Representatives).  Each Company Representative is Company's primary point of contact with Contractor and Contractor Person-in-Charge for the type of Work or communications authorized pursuant to Attachment C-4 (Company Representatives). Company may replace or amend any Company Representative at any time by Transmittal to Contractor, and such modification(s) of Company Representative(s) shall not constitute a Change. Nothing in this Section 4.3 will affect Contractor's status as an independent contractor.

### 4.4    RFIs and Transmittals from Company

(a)    <u>RFIs from Company to Contractor</u>. Company shall complete an RFI form using Addendum D-16A (Request for Information Template) or via an electronic system expressly designated by Company in a Transmittal and provide it to Contractor when Company requires information from Contractor. Contractor shall provide Company with written acknowledgment via a Transmittal of receipt of a Company RFI no later than two (2) Business Days after issuance (or such later date as may be specified in the RFI) and shall provide the information requested as promptly as practical thereafter. RFIs and responses thereto shall be issued via electronic mail and tracked on the RFI log using Addendum D-16B (RFI Log Form).

(b)    <u>Transmittals from Company to Contractor</u>. At any time, Company may issue to Contractor a Transmittal via electronic mail:

   (i)    containing a deliverable required by this Agreement;

   (ii)    setting forth instructions to Contractor;

   (iii)    identifying deficiencies in Contractor's Work or performance under this Agreement; or

   (iv)    otherwise communicating with Contractor.

   Each Transmittal shall be recorded in the Correspondence Log. Company's issuance of a Transmittal in no way limits its ability to exercise any other remedy pursuant to this Agreement, including the right to issue a notice (via a Transmittal) of material default pursuant to Section 14.1. The issuance of a Transmittal is in addition to, and not in limitation of, any other remedies available to Company under this Agreement or at law or equity.

(c)    Company's failure to issue any Transmittal or respond to any RFI shall not constitute an admission, consent, agreement, or waiver.

### 4.5    Access

Company shall provide access to the Project Site to Contractor, Subcontractors and their respective personnel as necessary to perform the Work in accordance with the requirements of this Agreement, including by providing such access in such time so as to permit Contractor from achieving the Critical Milestones Dates in accordance with the Baseline Project Schedule.

### 4.6    Company Supplied Materials

Company shall deliver, or cause to be delivered, the Company Supplied Equipment in accordance with the delivery dates and requirements set forth in this Agreement. The Company Supplied Materials shall include, without limitation, including solar modules equal to one-quarter of one percent (0.25%) of the total amount of solar photovoltaic modules required to be installed by Contractor in order to comply with all of the terms of this Agreement (the "Breakage Allowance").  The Breakage Allowance is for Contractor's sole use to account for modules that may be lost, stolen or damaged, for whatever reason, during the course of performance of the Work.

**ARTICLE V**
**SCHEDULE OF WORK**

### 5.1    Commencement of Work

(a)    Contractor shall commence the Work only within the time frames set forth in this Agreement and upon issuance of, and as directed in the applicable Notice(s) to Proceed, which may be issued for all or any part of the Work (at Company's sole discretion). Company may issue Notices to Proceed to Contractor at any time after the Effective Date, with each granting permission to execute only the Work identified therein. Upon receipt of a Notice to Proceed, Contractor shall promptly commence such Work in accordance with the requirements of this Agreement.

(b)    Contractor shall plan, supervise, control, and coordinate performance of the Work in compliance with the Baseline Project Schedule and Critical Milestone Dates subject to the other terms and conditions of this Agreement. Contractor shall regularly (and no less frequently than once per week with respect to the Work performed by any Major Subcontractor) obtain from Subcontractors information and data about the planning for and progress of the Work and the delivery of Materials (other than CSM) , shall coordinate and integrate such information and data into any updates to the status of the Work, and shall monitor the progress of the Work and the delivery of Materials (other than CSM) .  Contractor shall act as the expeditor of its own forces and those forces of Subcontractors to prevent potential and actual delays, interruptions, hindrances or disruptions in performance of the Work.

(c)    Notwithstanding any other provision in this Agreement, Company shall not incur any cost or liability for any Work unless and until Company issues to Contractor a Notice to Proceed applicable to such Work.

(d)    Company's rights under this Section 5.1 to:

(i)    require Contractor to commence the Work set forth in a Notice to Proceed, and

(ii)    prevent Contractor from prematurely commencing any Work prior to the issuance of a Notice to Proceed,

are specifically enforceable by Company. At Company's sole discretion, it may seek to immediately enforce such rights (without first holding the officers' meeting or mediation set forth in Article XVI) in any court having jurisdiction to enter an order requiring Contractor to comply with a Notice to Proceed or to cease Work for which a Notice to Proceed has not been issued.

(e)    Preliminary Services. Preliminary Services may have been performed prior to the Effective Date. All of the Preliminary Services are hereby incorporated into the Work for all purposes including with respect to the standards of Contractor's performance, warranties, Indemnities, and liquidated damages. Contractor shall be fully responsible for the performance or non-performance of the Preliminary Services as if the Preliminary Services were performed under this Agreement.

### 5.2    Project Schedule

(a)    The Contractor shall use the preliminary Project schedule attached hereto as Exhibit A-3A (Preliminary Project Schedule) for summary level reporting of the Project goals and status until the Baseline Project Schedule is developed by Contractor and approved by Company.

(b)    Within thirty (30) Days of the Initial and the Final Notice to Proceed, the Contractor shall submit to the Company for approval a Baseline Project Schedule in hard copy, in the number requested by the Company, and electronic copy in the original "Primavera" program format that would allow the Company to review, assess, or modify the data contained therein. The Baseline Project Schedule must be consistent with the Critical Milestone Dates and use a "Primavera" type of critical path methodology, which must be designed to have the Work completed on a timely basis by Final Completion Critical Milestone. The submitted Baseline Project Schedule must clearly display the Critical Path of the Project.  Company shall supply any comments to the Baseline Project Schedule within fifteen (15) Days of receipt from Contractor. Contractor shall review Company's comments and incorporate all reasonable Company comments.  Contractor shall re-submit the Baseline Project Schedule for Company's approval within five (5) Days. Upon receipt of Company's written approval, the Baseline Project Schedule shall be incorporated into this Agreement as Addendum A-4A by Change Order and supersede and replace the preliminary Project schedule referred to in Section 5.2(a). No Price or Time Adjustment shall be provided in relation to such Change Order attaching the Baseline Project Schedule. The Baseline Project Schedule shall be complete in all respects and incorporate a detailed schedule for the Work, covering engineering, procurement and delivery of Materials, activities at the Site and required dates for all items to be furnished by Company. The Baseline Project Schedule shall include, without limitation, the following:

(i)    the interrelationship of the various divisions of the Work including design, engineering, procurement, construction, installation, commissioning and Startup Process activities;

(ii)    early and late start dates and early and late completion dates for each activity on the Critical Path for the performance of the Work (which shall become the Critical Path of the Project Schedule);

(iii)    the Critical Milestone Dates;

(iv)    realistic activity sequences, float and durations;

(v)    order, delivery, arrival and installation dates for major items of the Materials including CSM; and

(vi)    the submittal schedule and the dates for delivery or submission of any other deliverables required of Contractor (including As-Built Drawings, manuals and data books).

(c)    CSM Scheduling. Company shall provide to Contractor any information reasonable requested by Contractor with respect to the delivery of the Site of CSM and the performance of all activities required of CSM Suppliers, as necessary for the creation of the Baseline Project Schedule, Contractor's Project Schedule and subsequent updates thereto, and information regarding status of deliveries in a regular and timely manner.

(d)    Revision and Updating. Contractor shall maintain and update the Contractor's Project Schedule on a continuous basis. The Contractor's Project Schedule shall be kept up to date, taking into account the actual progress of the Work and shall be revised, and included with the progress reports required by Section 3.18(c). The Contractor shall, within five (5) Business Days of knowledge of any material change affecting the Critical Path in the Contractor's Project Schedule, inform the Company of the material change provided such revised Contractor's Project

Schedule does not change any Critical Milestone Dates (which may be changed only by Time Adjustment) and shall furnish the Company with a revised schedule. No updating to or revision of the Contractor's Project Schedule shall limit, relieve, waive or diminish any of the Contractor's rights or obligations under this Agreement.

### 5.3   Time is of the Essence

Contractor agrees that time is of the essence for this Agreement and will remain so after its execution despite subsequent modifications to this Agreement or delays that occur after their execution, in all cases, subject to the other terms and conditions in this Agreement.

### 5.4   Company's Right to Accelerate the Work

(a)   Acceleration Generally. If, in the sole discretion of Company, Contractor will not meet any Critical Milestone Date, Company may issue a Transmittal to Contractor requiring the acceleration of the Work, including, to the extent permitted by GIP, by requiring additional crews and/or round-the-clock work shifts. If Company requires Contractor to accelerate the Work, Contractor shall promptly provide a plan, including its recommendation, for the most effective acceleration of the Work. If such plan is unacceptable to Company, in its sole but reasonable discretion, or if Contractor fails to provide a plan within seven (7) Days, then Company may require by a Transmittal that Contractor follow an acceleration plan provided by Company.

(b)   Price Adjustments for Acceleration. If Contractor believes that the need to accelerate the Work was caused by a basis set forth in the definition of Price Adjustment, then Contractor may seek a Price Adjustment pursuant to Section 6.5.

(c)   Third-Party Acceleration. If Contractor has not achieved any Critical Milestone by its Critical Milestone Date, and such failure to achieve such Critical Milestone Date is not attributable to an event for which Contractor is entitled to a Time Adjustment hereunder, and should Contractor fail to accelerate the Work in compliance with any recovery schedule, then after providing five (5) Business Days' written notice and an opportunity to cure, Company may enter into one or more contracts with third parties to accelerate and/or complete the Work. Any commercially reasonable amounts paid by Company for third-party acceleration shall be deducted from, and serve to reduce, the Contractor Compensation that would have otherwise been owing to Contractor. If any amount paid for third-party acceleration exceeds the amount that would have been owing to Contractor for such Work pursuant to this Agreement, then Contractor shall reimburse Company for the amount in excess of the applicable Contractor Compensation within five (5) Business Days of Company's Transmittal(s).

## ARTICLE VI
## CHANGES

### 6.1   Modifying the Work

(a)   Change Directives and Change Orders. Exhibits A (Scope of Work), B (Specifications), C (Compensation) may be modified only by an Amendment, a Change Directive, or a Change Order. If a Change Order is subsequently issued in response to a Change Directive, the terms and conditions of the Change Order shall control and take precedence over those in the preceding Change Directive. For purposes of clarity, a Change Directive or Change Order cannot modify any portion of the Terms and Conditions or any part of Exhibit D (Forms).

(b) <u>Company Approval</u>. A Change Directive or Change Order shall not be valid unless it is signed by the Company Representative listed in Attachment C-4 (Company Representatives) who has the authority to approve such Change Directive or Change Order. Company may revise its Company Representative(s) by a Transmittal to Contractor, effective as of the date of such Transmittal. Contractor shall not proceed with a Change until such time as Company executes a Change Directive or Change Order as required herein.

(c) <u>Change Log</u>. All Change Orders, Change Directives, and Change Requests shall be recorded in a Change log using the form set forth in Addendum D-3B (Change Log), including the applicable date that each Change Order, Change Directive, and Change Request was fully executed. Contractor shall update such log with any new or changed information related to Change Orders, Change Directives, and Change Requests.

(d) <u>Disclosure of Changes Arising Prior to the Effective Date</u>. Contractor understands and accepts that Company may have determined prior to the Effective Date that certain Changes may be required. Contractor's sole remedy for any Change is to file a Change Request seeking Adjustment(s) pursuant to this Article VI.

### 6.2 Amending this Agreement

Change Directives and Change Orders can never be used to modify this Agreement or any provision hereof except for Exhibits A (Scope of Work), B (Specifications), or C (Compensation). No change, revision, or modification of the Terms and Conditions or Exhibit D (Forms) will be valid or binding upon the Parties unless such change, revision, or modification is in the form of an Amendment.

### 6.3 Electronic Transmission of Signature Pages

E-mails and other electronic exchanges are not "writings" or "signatures" for purposes of Change Directives, Change Orders, or Amendments. Notwithstanding the preceding, delivery of a properly executed counterpart signature page or e-signature by facsimile or other electronic image (including PDF file via e-mail) is as effective as executing and delivering physical copies of this Agreement or Change Directives, Change Requests, Change Orders, or Amendments.

### 6.4 Change Directives & Change Orders

(a) <u>Change Directives are Effective Immediately</u>. Company may at any time send Contractor a Change Directive. Contractor must comply with all terms of the Change Directive, which becomes effective immediately upon its receipt by Contractor (unless stated otherwise in the Change Directive). It shall be a material breach of this Agreement for Contractor to:

    (i) fail to comply with any Change Directive subject to Contractor's right to submit a Change Request pursuant to Section 6.4(d) below;

    (ii) make any statement by a Contractor Representative as set out in Exhibit A (Scope of Work), Attachment A-2 (Key Persons) or higher, in writing, to the effect that Contractor intends not to comply with a Change Directive, subject to Contractor's right to submit a Change Request pursuant to Section 6.4(d), below; or

    (iii) condition its compliance with a Change Directive on receiving any Adjustment or other relief subject to Contractor's right to submit a Change Request pursuant to Section 6.4(d).

If the Change Directive fails to select a method of compensation applicable to the Work required by the Change Directive, then Company shall pay Contractor on a Time & Materials Basis until Company issues a further Change Directive or Change Order establishing the method of compensation, with any such Time & Materials Basis payments being credited against the compensation determined in a subsequent Change Directive. If the subject of a Change Directive involves Time & Material Basis Work for which no Time & Material Basis rates have been provided in Addendums C-1A (Labor Rates) and/or C-1B (Equipment Rates), then Contractor shall proposed such Time & Material Basis rates in a Change Request submitted pursuant to Section 6.4(d), below.

(b)     Method of Compensation. The Change Directive may establish, in Company's sole discretion, the method by which Contractor shall be compensated for undertaking Work required by a Change Directive, including, as applicable:

   (i)     on a Unit Price Basis;

   (ii)    on a Time & Material Basis;

   (iii)   [NOT USED]; and/or

   (iv)    on a Lump Sum Basis.

For purposes of clarity, Contractor shall not be entitled to challenge with a Change Request or otherwise dispute the method of compensation selected by Company in a Change Directive (but, for purposes of further clarity, Contractor may propose that Company consider, in its sole discretion, an alternative method of compensation).

(c)     Company-Proposed Adjustments. When Company issues a Change Directive, it may determine:

   (i)     the Price Adjustment for the Change Directive (including by increasing or decreasing Contractor Compensation); and

   (ii)    the Time Adjustment for the Change Directive, that is, the number of Days that the applicable Critical Milestone Date(s) will be extended or accelerated due to the circumstances set forth in such Change Directive.

For example, if Company issues a Change Directive that reduces any portion of the Scope of Work or if any portion of the Work otherwise becomes unnecessary, Company shall be entitled to: (A) a downward Price Adjustment reflecting the value of the Work removed from the Scope of Work; and (B) a Time Adjustment to accelerate Critical Milestone Dates by the number of Days that have been removed from the Critical Milestone Dates' Critical Paths.

(d)     Contractor's Right to Seek a Change Request in Response to Change Directive. Contractor may seek an Adjustment or dispute Company's calculation of the Adjustment in response to a Change Directive by providing Company with a Transmittal containing a written Change Request (pursuant to Section 6.5) within five (5) Business Days of Contractor's receipt of the Change Directive. If Company has provided an Adjustment pursuant to this Section 6.4, Contractor's Change Request shall be limited to disputing: (i) the Dollar amount of the Price Adjustment set forth in the Change Directive; and (ii) the number of Days of Time Adjustment set forth in the Change Directive. For clarity, Contractor cannot use a Change Request to modify Time & Materials rates or Unit Price rates set out in Exhibit C, Addendums C-1A or C-1B.

**IF CONTRACTOR FAILS TO FILE A CHANGE REQUEST (VIA A TRANSMITTAL) SATISFYING THE REQUIREMENTS OF SECTION 6.5 WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF A CHANGE DIRECTIVE:**

(A)   **CONTRACTOR SHALL BE DEEMED TO HAVE ACCEPTED THE CHANGE DIRECTIVE;**

(B)   **CONTRACTOR SHALL HAVE WAIVED ITS RIGHTS TO SEEK ANY FURTHER ADJUSTMENTS RELATED TO THE MATTER ADDRESSED IN THE CHANGE DIRECTIVE; AND**

(C)   **CONTRACTOR SHALL EXECUTE A CHANGE ORDER IMPLEMENTING SUCH CHANGE DIRECTIVE AND THE ADJUSTMENTS SET FORTH THEREIN WITHIN TWO (2) BUSINESS DAYS OF COMPANY'S ISSUANCE OF A CHANGE ORDER TO CONTRACTOR (FOR PURPOSES OF CLARITY, SUCH CHANGE DIRECTIVE SHALL BE BINDING ON CONTRACTOR REGARDLESS OF WHETHER IT EXECUTES A CHANGE ORDER IN ACCORDANCE WITH THIS SECTION 6.4).**

(e)   <u>Change Orders</u>. Contractor's agreement to a Change Order constitutes full and complete compensation for the specific circumstances set forth therein, **AND CONTRACTOR WAIVES ITS RIGHT TO SEEK ANY ADJUSTMENT ON THE BASIS OF THE CIRCUMSTANCES SET FORTH IN EXECUTED CHANGE ORDER(S), EXCEPT TO THE EXTENT SUCH ADJUSTMENTS ARE NOT QUANTIFIED OR KNOWN AS OF DATE OF EXECUTION OF SUCH CHANGE ORDER.** Contractor shall maintain a Change log substantially in the form of Addendum D3B (Change Log) and shall update such log with any new or changed information relating to Change Orders.

(f)   <u>Revocation of Change Directives</u>. At any time prior to the execution of a Change Order, Company may revoke a Change Directive and pay Contractor that portion of Contractor Compensation, if any, that Contractor has earned while performing the Work required by such revoked Change Directive as well as any work necessary to return the Work to the condition required by this Agreement absent such Change Directive. A revoked Change Directive shall have no precedential effect and shall be deemed to never have been issued, except to the extent that Contractor may be owed Contractor Compensation pursuant to this Section 6.4(f) or a Time Adjustment to account for the additional work performed pursuant to the Change Directive. Following the revocation of a Change Directive, Contractor shall be entitled to file a Change Request seeking any Adjustments it would have otherwise been entitled to for complying with the terms and conditions of such revoked Change Directive as well as any work necessary to return the Work to the condition required by the Agreement absent such Change Directive, but only to the extent such Adjustments were applicable to the period between the issuance of the Change Directive and its revocation or the period necessary to return the Work to the condition required by this Agreement absent such Change Directive.

(g)   <u>Change Order in Lieu of Change Directive</u>. Company and Contractor can implement a Change through the execution of a Change Order without Company first filing a Change Directive (or Contractor filing a Change Request). Without limiting the right of Company to issue Change Directives or the right of Contractor to timely file Change Requests in response to Change Directives, if either Party believes that the Work would benefit at any time from a modification to Exhibits A (Scope of Work), B (Specifications), or C (Compensation), then such Party may propose such modification by sending the other Party a Transmittal referencing this Section 6.4(g) and describing the modification and including any applicable analysis and documents. Company may wholly or partially accept or reject any

modification of Exhibits A (Scope of Work), B (Specifications), or C (Compensation) proposed by Contractor pursuant to this Section in Company's sole and absolute discretion, and Company shall have no liability for any such rejection. If the Company wishes to proceed with any proposed modification of Exhibits A (Scope of Work), B (Specifications), or C (Compensation), then such proposed modification shall be effectuated, and thereby become a Change, via the execution by the Parties of a Change Order in accordance with Section 6.5(j).

(h)     Not-to-Exceed Amounts. A Change Directive or Change Order may include a not-to-exceed amount, which is the maximum amount of Contractor Compensation that will be paid pursuant to such Change Directive or Change Order. In undertaking and completing the Work set forth in a Change Directive or Change Order, Contractor understands and agrees that the total amount that it will be paid for such Work shall be the lesser of the amount of Contractor Compensation and the not-to-exceed amount. Notwithstanding any other provision in this Agreement, Contractor shall not be entitled to receive aggregate payments of Contractor Compensation for such Change Directive or Change Order in excess of the not-to-exceed amount set forth therein, and Contractor shall be solely responsible for any costs it incurs in excess of such not-to-exceed amount. In the event during the course of performance of the Work set forth in the Change Order, Contractor believes that the Contractor Compensation for such Work will exceed the not-to-exceed amount set forth in the Change Order, Contractor shall notify Company and Contractor and Company shall in good faith negotiate an increase to the not-to-exceed amount.

### 6.5    Change Requests

(a)     Timing and Completeness. Contractor may send Company a Change Request (via a Transmittal) at any time; *provided*, *however*, that any such Change Request must be made within five (5) Business Days after Contractor becomes aware, or should have become aware (in accordance with the exercise of GIP), of the event or circumstance giving rise to the Change Request and its impact on performance of the Work. In the event that precise information regarding the proposed Price Adjustment and Time Adjustment is not available to Contractor within the above-referenced five (5) Business Day Period, Contractor shall provide information in such Change Request reflecting the estimated Price Adjustment and Time Adjustment. Such estimate shall be promptly updated (via a revised Change Request) upon Contractor's completion of its assessment as to the actual Price Adjustment and Time Adjustment sought by such Change Request.

(i)      **CONTRACTOR ACKNOWLEDGES THE PREJUDICE AND HARM TO COMPANY AS A RESULT OF ANY ATTEMPTED ASSERTION BY CONTRACTOR OF CLAIMS FOR ADJUSTMENTS EXCEPT AS: (A) SPECIFICALLY PERMITTED HEREIN, (B) IN THE PRECISE MANNER AS REQUIRED HEREIN, AND (C) WITHIN THE STRICT TIME LIMITATIONS ESTABLISHED HEREIN. THE TRANSMITTAL REQUIREMENTS HEREIN ARE EXPRESS CONDITIONS PRECEDENT TO CONTRACTOR'S RIGHT TO ANY RECOVERY UNDER ANY CHANGE REQUEST. IF CONTRACTOR FAILS TO FILE A CHANGE REQUEST (VIA A TRANSMITTAL) WITHIN FIVE (5) BUSINESS DAYS AFTER CONTRACTOR BECOMES AWARE, OR SHOULD HAVE BECOME AWARE (IN ACCORDANCE WITH THE EXERCISE OF GIP), OF AN EVENT OR CIRCUMSTANCE, AND ITS IMPACT UPON PERFORMANCE OF THE WORK, CONTRACTOR SHALL HAVE WAIVED ITS RIGHTS TO SEEK AN ADJUSTMENT ON THE BASIS OF SUCH EVENT OR CIRCUMSTANCE.**

(ii)     [NOT USED.]

(iii)    [NOT USED.]

(iv)    If the event giving rise to a Change Request is ongoing (such as prolonged Force Majeure), (A) Contractor shall nonetheless be obligated to file a Change Request in compliance with Section 6.5(a) within five (5) Business Days of its knowledge of the event's commencement and its impact on performance of the Work, which Change Request shall fully and completely set forth the amount of any Adjustments it claims through and including the Day on which it is filed (to the extent the Work is accessible and to the extent such Adjustment amounts are known; and (B) Contractor shall file an additional Change Request every five (5) Business Days thereafter until the event ends, each of which shall fully and completely set forth the amount of any Adjustments it claims for the period since its last Change Request (to the extent the Work is accessible and to the extent such Adjustment amounts are known). Provided that if such Adjustment amounts (as referenced in subparts (A) and (B) hereof, are not known within said five (5) Business Day period, Contractor shall provide information in such Change Request reflecting the estimated Price Adjustment and Time Adjustment. Such estimate shall be promptly updated (via a revised Change Request) upon Contractor's completion of its assessment as to the actual Price Adjustment and Time Adjustment sought by such Change Request If Force Majeure or an Adverse Weather Day prevents Contractor from accessing any part of the Work (e.g., due to flood waters), Contractor shall identify the inaccessible portions of the Work in the initial Change Request and shall file Change Request(s) for any inaccessible portion(s) of the Work within five (5) Business Days after Contractor (assuming exercise of GIP) regains access to such portion(s) of the Work.

(v)    This Agreement allows for Change Requests only in cases of the enumerated circumstances set forth in the definitions of Price Adjustment and Time Adjustment (and, for purposes of clarity, in no other circumstances), and any such Change Request shall be granted by Company to the extent it meets the requirements of this Agreement for a Price Adjustment and/or Time Adjustment, including the time requirements set out in Article VI. Contractor shall have the burden of proof regarding the existence of such enumerated circumstance and the amount of the net cost impact (required for a Price Adjustment) and/or the duration of the Critical Path Delay (required for a Time Adjustment) of the enumerated circumstance. If Contractor fails to submit sufficient evidence proving the existence of the circumstances giving rise to an Adjustment or the amount of the net cost impact and/or the duration of the Critical Path Delay, then Company may, in its sole discretion, reject Contractor's request for Adjustment subject to Contractor's right to commence a dispute in accordance with the time requirements of this Article VI and the process set out in Article XVI.

(vi)    Company, in its sole discretion, may grant Contractor an extension of time to file a Change Request (via a Transmittal).

(b)    Contractor-Proposed Price Adjustments. The following requirements apply to the calculation of a Price Adjustment.

(i)    No Price Adjustment shall be permitted to the extent that any costs comprising the Price Adjustment were attributable to Contractor Group's

actions or inactions to the extent to which such actions or inactions are inconsistent with the requirements of this Agreement, and any Price Adjustment shall be reduced by such amounts.

(ii)    Contractor shall use GIP to mitigate the amount of any Price Adjustment required to be paid under this Agreement. The amount of any Price Adjustment shall be reduced by an amount equal to the amounts that Contractor should have expended to mitigate using GIP without having to incur significant expense.  Upon request from Company, Contractor shall promptly submit a detailed description, supported by all such documentation as Company may reasonably require, of the measures and steps taken by Contractor to mitigate and meet its obligations under this Section 6.5(b)(ii).

(iii)    [NOT USED.]

(iv)    [NOT USED.]

(v)    The nature of the Work is such that Contractor expects to incur delays, and that, as applicable:

A.    the Unit Prices, Lump Sum, or Time & Materials rates for Work agreed upon by the Parties; and

B.    the payment of Standby Compensation for those circumstances set forth in clause (b) of the definition of Price Adjustment,

include reasonable compensation to Contractor for the risk of occurrence of delays. Except for the preceding clauses (A) and (B), Contractor shall not be entitled to any other compensation for delay or standby time.

(vi)    Contractor is not entitled to any Price Adjustment for any lost opportunity costs, productivity losses, lost efficiencies, or any other similar damages.

(vii)    Notwithstanding any other provision in this Agreement, Contractor is not entitled to any Price Adjustment (including Standby Compensation) arising from a disease, epidemic, pandemic (including COVID-19) or the effects of any of the preceding unless such effects are (i) due to the direct actions of Company, or (ii) demonstrably different from the effects experienced prior to the Effective Date in connection with COVID-19.  For the purposes of clarity, should Company impose more stringent requirements than those set forth by the Governmental Instrumentality having jurisdiction over the Site in question, Contractor shall have the right to file a Change Request (on the basis of a Change) seeking a Price Adjustment for the more stringent requirements.

(c)    <u>Contractor-Proposed Time Adjustments</u>. The following requirements apply to the calculation of a Time Adjustment:

(i)    No Time Adjustment shall be permitted to the extent  the delay in question was attributable to Contractor Group's actions or inactions except to the extent otherwise expressly provided for herein.

(ii)    Contractor shall use GIP to mitigate the duration of any Time Adjustment required under this Agreement. The amount of any Time Adjustment shall be reduced by an amount equal to the amounts that Contractor should

have mitigated using GIP without having to incur significant expense.  . Upon request from Company, Contractor shall promptly submit a detailed description, supported by all such documentation as Company may reasonably require, of the measures and steps taken by Contractor to mitigate and meet its obligations under this Section 6.5(c)(ii).

(iii)    A Change Request seeking a Time Adjustment shall include a Critical Path Analysis and a calculation of Critical Path Delay. The Critical Path Analysis shall be calculated independently for each Change Request and shall not include the stacking or commingling of events from other Change Requests. Contractor shall be entitled to seek a Time Adjustment to a Critical Milestone Date only to the extent that the circumstance qualifying for a Time Adjustment actually causes Contractor to be unable to achieve such Critical Milestone Date. For example, posit that a task is delayed by thirty-two (32) Days, but when those thirty-two (32) Days are added to the task's schedule, it causes the Critical Milestone to be missed by only two (2) Days. In such a case, Contractor would be entitled to a Time Adjustment to such Critical Milestone equal to two (2) Days (i.e., the total number of Days of relief that Contractor actually needs to prevent it from missing the Critical Milestone). Contractor is not entitled to any Time Adjustment if the event set forth in the Change Directive, Change Request, or Change Order fails to cause a Critical Path Delay to a Critical Milestone Date, and any such Time Adjustment shall not exceed the number of Days of Critical Path Delay.

(iv)    The duration of any Time Adjustment granted by Company shall be added to (or subtracted from) the Critical Milestone Date(s), as applicable.

(d)    <u>No Cumulative Impact</u>. Contractor understands that the Work may result in multiple Change Directives, Change Request, and/or Change Orders. The quantity, timing, or complexity of Change Directives, Change Requests, or Change Orders (or the events or circumstances giving rise to them) shall not constitute a basis for a Price Adjustment (or an increase in the amount thereof) and/or Time Adjustments (or an increase in the duration thereof). Contractor understands and agrees that the Price Adjustment and/or Time Adjustment for each event or circumstance giving rise to a Change Request shall be addressed and calculated independently, without regard to any other circumstances (including cumulative impacts).

(e)    <u>Acceleration Analysis</u>. If requested by Company via a Transmittal, Contractor shall provide within five (5) Business Days an Acceleration Analysis. Company shall have the option to elect a Price Adjustment for acceleration (in whole or in part) to offset a Time Adjustment that Contractor would otherwise be entitled to receive.

(f)    <u>Required Form and Waiver</u>. Company Representative will consider a Change Request only if it is timely submitted in the form of a fully completed Attachment D-2 (Change Request Form). **CONTRACTOR EXPRESSLY WAIVES ANY RIGHT TO AN ADJUSTMENT IN THE EVENT A CHANGE REQUEST IS NOT MADE IN ACCORDANCE WITH THE REQUIREMENTS OF ATTACHMENT D-2 (CHANGE REQUEST FORM) AND ALL OTHER REQUIREMENTS OF THIS SECTION 6.5 (AND IN THE CASE OF UNDISCOVERABLE SITE CONDITIONS, THE ADDITIONAL REQUIREMENTS OF SECTION 3.14).**

(g)    <u>Consideration by Company</u>. Within ten (10) Business Days after Company Representative's receipt of (i) a Change Request (including applicable analyses and documents) satisfying the requirements of this Agreement and (ii) any additional supporting documentation reasonably requested by Company

Representative, Company Representative shall provide Contractor with Company's decision (i.e., tentative acceptance, conditional acceptance, rejection, extension of time for further review, or request for additional information) regarding the Change Request (via a Transmittal), provided that no tentative acceptance or conditional acceptance of a Change Request shall be valid unless and until such time as the Parties have executed an applicable Change Order.

(h)  Deemed Rejection. If Company Representative fails to deliver a Transmittal to Contractor within the prescribed time, the Change Request will be deemed rejected.

(i)  Right to Dispute. If Company rejects a Change Request, Contractor shall continue with the Work without the benefit of its Change Request but may invoke Article XVI to resolve the dispute. **IF CONTRACTOR FAILS TO PROVIDE A DISPUTE NOTICE INVOKING ARTICLE XVI WITHIN TWENTY (20) BUSINESS DAYS AFTER REJECTION OF ITS CHANGE REQUEST, CONTRACTOR SHALL BE DEEMED TO HAVE WAIVED ITS RIGHT TO THE CHANGE REQUEST AND ANY RELATED ADJUSTMENT.**

(j)  Change Orders. If the Parties agree on a Change Request, the Parties shall execute an appropriate Change Order. No Change Order shall be valid and binding on Company unless it is executed by a Company Representative listed in Attachment C-4 (Company Representatives) who has authority to approve such Change Order.

### 6.6  Force Majeure

(a)  Relief Due to Force Majeure. Except as otherwise provided in this Agreement, neither Party shall be liable for breaching any of its obligations to the extent, and for the term in which, the inability to comply of the affected Party is due to Force Majeure. Nothing set forth in this Section 6.6 shall release the Parties from any obligations that, given their nature, are not affected by the Force Majeure event (e.g., payment of money).

(b)  Mitigation. The Party claiming or affected by Force Majeure shall make all reasonable efforts, including reasonable expenditures, to cure, mitigate, or remediate the effects of the Force Majeure event.

(c)  Burden of Proof. The Party claiming Force Majeure shall have the burden of proof.

(d)  Contents of Transmittal. The Party claiming a Force Majeure event shall provide a Transmittal to the other Party, providing:

(i)  the occurrence of the event, its effects, and the qualification of such event as Force Majeure;

(ii)  the circumstances in which it arose;

(iii)  the date on and time at which the event commenced;

(iv)  the actions such Party took to cure or mitigate its effects;

(v)  the quantitative impact to the Work, both in respect to cost and time; and

(vi)  the date on and time at which such event ceased to constitute Force Majeure, or, if the event is continuing, an estimate of the time and actions required to remedy it.

(e)     Timing of Transmittal. The other Party shall be notified via a Transmittal within five (5) Business Days following the Party's knowledge of the commencement of the circumstances asserted to constitute a Force Majeure event and the Party's knowledge of such circumstances' impact on the Party's performance of its obligations under this Agreement. If the asserted event of Force Majeure interrupted communications in such a way that the Transmittal cannot be delivered within the terms set forth herein, the Party claiming the Force Majeure event shall make such notification as soon as reasonably possible, but no later than the third (3rd) Business Day following restoration of communications. **IF EITHER PARTY FAILS TO PROVIDE TIMELY TRANSMITTAL AS REQUIRED BY THIS SECTION 6.6(e), IT SHALL LOSE ITS RIGHT TO CLAIM FORCE MAJEURE, SHALL NOT BE EXCUSED FROM COMPLYING WITH ITS OBLIGATIONS PURSUANT TO THIS AGREEMENT, AND SHALL NOT BE ENTITLED TO AN ADJUSTMENT.**

(f)     Continuing Force Majeure. Each Party shall provide the other Party with periodic supplemental Transmittals every five (5) Business Days (after the delivery of the initial and each subsequent Force Majeure Transmittal) during the period over which the event continues. Such supplemental Transmittals shall contain sufficient information to keep the other Party informed of any change, development, progress, or other relevant information concerning the event of which the Party is aware, including a description of how such affected Party is exercising GIP to cure or mitigate the Force Majeure. **PARTY ASSERTING FORCE MAJEURE WILL BE DEEMED TO HAVE WAIVED SUCH CLAIM IF SUCH PARTY FAILS TO GIVE TIMELY TRANSMITTALS AS SET FORTH ABOVE.**

(g)     Costs of Force Majeure **CONTRACTOR SHALL NOT BE ENTITLED TO:**

(i)     any Price Adjustment;

(ii)     with respect to Work that is paid on a Lump Sum Basis or Unit Price Basis, compensation for any costs or expenses; or

(iii)     any other damages or losses, including for expenses, delays, loss of productivity, loss of efficiency, or hindrances, obstructions, or interferences with the Work,

**IN EACH CASE, DUE TO FORCE MAJEURE. NOTWITHSTANDING THE FOREGOING, NOTHING IN THIS SECTION 6.6(G) SHALL PRECLUDE CONTRACTOR FROM RECOVERING ANY AMOUNTS UNDER AN INSURANCE POLICY REQUIRED BY OR OBTAINED PURSUANT TO THIS AGREEMENT WHICH LISTS CONTRACTOR AS AN "INSURED" OR "ADDITIONAL INSURED" PARTY. FOR EXAMPLE, IF A FORCE MAJEURE EVENT CAUSES LOSS OF OR DAMAGE TO IN-PROGRESS OR COMPLETED PORTIONS OF THE WORK FOR WHICH CONTRACTOR BEARS THE RISK OF LOSS UNDER SECTION 8.2, THIS SECTION 6.6(G) SHALL NOT PRECLUDE CONTRACTOR FROM OBTAINING ANY AMOUNT ON THE BASIS OF SUCH LOSS OR DAMAGE UNDER AN INTERNAL POLICY REQUIRED BY THIS AGREEMENT. NOTWITHSTANDING ANYTHING ELSE CONTAINED HEREIN, IN THE EVENT OF A CONTINUING EVENT OF FORCE MAJEURE THAT CONTINUES MORE THAN ONE-HUNDRED TWENTY (120) CONSECUTIVE DAYS, THE COMPANY SHALL ISSUE A CHANGE DIRECTIVE INSTRUCTING THE CONTRACTOR TO DEMOBILIZE FROM THE PROJECT SITE AND SHALL COMPENSATE THE CONTRACTOR ON A TIME & MATERIALS BASIS FOR SUCH COSTS OF DEMOBILIZATION.**

(h)     Time Adjustment for Force Majeure. Contractor may file a Change Request seeking a Time Adjustment pursuant to this Article VI for incurring a delay caused by Force Majeure, which shall be granted if it meets the requirements of this

Agreement. If granted, such Time Adjustment will be limited to the number of Days of Critical Path Delay caused by the event of Force Majeure.

### 6.7    Weather

(a)    <u>Reporting of Adverse Weather Days</u>. No later than two (2) Business Days after an Adverse Weather Day, Contractor shall notify (via Transmittal) Company of its incurrence of such Adverse Weather Day by fully completing and delivering to Company an Adverse Weather Day report using the form in Attachment D-18 (Adverse Weather Day Report Form). If Contractor fails to deliver to Company an Adverse Weather Day report meeting the requirements of this Agreement (including Attachment D-18 (Adverse Weather Day Report Form)) within two (2) Business Days after incurring an Adverse Weather Day, such Day shall be deemed not to qualify as an Adverse Weather Day. For each Adverse Weather Day incurred, Contractor shall:

(i)    identify the Days on which Contractor was impacted by weather;

(ii)    identify the locations on the Site that were impacted by weather such as floods, winter storms, tornadoes, squalls, blizzards, rain, wind, lightning and the like, and provide third-party weather reports such as National Weather Service warnings and records documenting rainfall per hour, wind speed, and other relevant weather conditions and including photographs of the Site where possible; provided that if third-party weather reports described herein are not available within two (2) Business Days after an Adverse Weather Day, Contractor may supplement its notice provided under this Section 6.7(a) promptly upon the availability of such reports;

(iii)    describe how, notwithstanding Contractor's use of GIP, it was unable to mitigate the impact of the Adverse Weather without incurring expenses beyond those that are reasonable; and

(iv)    demonstrate that the Adverse Weather prevented Contractor Group from performing a majority of all Work scheduled for such Day (as measured in hours); and

(v)    [NOT USED].

CONTRACTOR EXPRESSLY WAIVES ANY RIGHT TO AN ADVERSE WEATHER DAY (AND ANY RESULTING ADJUSTMENT) IN THE EVENT CONTRACTOR FAILS TO FILE AN ADVERSE WEATHER DAY REPORT USING THE FORM IN ATTACHMENT D-18 (ADVERSE WEATHER DAY REPORT FORM) AND CONTAINING THE INFORMATION SET FORTH IN CLAUSES (I)-(V) ABOVE WITHIN TWO (2) BUSINESS DAYS AFTER INCURRING AN ADVERSE WEATHER DAY.

(b)    <u>Weather-Related Costs</u>. CONTRACTOR SHALL NOT BE ENTITLED TO:

(i)    ANY PRICE ADJUSTMENT;

(ii)    WITH RESPECT TO WORK THAT IS PAID ON A LUMP SUM BASIS OR UNIT PRICE BASIS, COMPENSATION FOR ANY COSTS OR EXPENSES; OR

(iii)    ANY OTHER DAMAGES OR LOSSES, INCLUDING FOR EXPENSES, DELAYS, LOSS OF PRODUCTIVITY, LOSS OF EFFICIENCY, OR HINDRANCES, OBSTRUCTIONS, OR INTERFERENCES WITH THE WORK,

**IN EACH CASE, DUE TO ADVERSE WEATHER DAYS, WEATHER OF ANY OTHER KIND, SEA CONDITIONS/CURRENTS, RIVER CONDITIONS/CURRENTS, OR LAKE CONDITIONS/CURRENTS.**

(c)     Time Adjustments. Contractor may file a Change Request seeking a Time Adjustment pursuant to this Article VI for incurring Adverse Weather Day(s) in excess of the Adverse Weather Deductible which shall be granted by Company to the extent it complies with the requirements of this Agreement. If granted, such Time Adjustment will be limited to the number of Days of Critical Path Delay caused by the Adverse Weather Day(s) (but excluding the impact of the Adverse Weather Days that were used to satisfy the Adverse Weather Deductible).

For purposes of clarity, weather that qualifies as Force Majeure (i.e., named storms and declared disasters) shall be handled exclusively pursuant to the requirements of Section 6.6, and Contractor shall not receive any credit for Adverse Weather Days (including credits to the Adverse Weather Deductible) due to Force Majeure weather.

(d)     Duty to Mitigate Weather. Contractor shall use GIP to minimize the delay caused by any event of weather, sea conditions/currents, river conditions/currents, or lake conditions/currents without incurring expenses beyond those that are reasonable.

### 6.8    Conditions Precedent

**THE REQUIREMENTS SET FORTH IN THIS ARTICLE VI ARE OF THE ESSENCE AND ARE CONDITIONS PRECEDENT TO RECOVERY UNDER ANY CLAIM AND/OR CHANGE REQUEST. NO COURSE OF CONDUCT OR DEALING BETWEEN THE PARTIES, NOR IMPLIED ACCEPTANCE OF ALTERATIONS OR ADDITIONS TO THE WORK, NOR CLAIM THAT COMPANY HAS BEEN UNJUSTLY ENRICHED BY ANY ALTERATION OR ADDITION TO THE WORK, WHETHER OR NOT ANY SUCH UNJUST ENRICHMENT TO THE WORK OR TO COMPANY IN FACT EXISTS, SHALL FORM THE BASIS OF ANY CLAIM FOR AN ADJUSTMENT. ANY CLAIMS AND/OR CHANGE REQUESTS NOT MADE IN STRICT COMPLIANCE WITH THE PROVISIONS OF THIS ARTICLE VI ARE WAIVED BY CONTRACTOR.**

### ARTICLE VII
### CONTRACT PRICE: PAYMENTS TO CONTRACTOR

### 7.1    Contract Price

As consideration to Contractor for the full and complete performance of the Work and all costs of any kind or nature incurred in connection therewith, Company shall pay (pursuant to the terms of this Agreement) Contractor shall accept, the Lump Sum(s) set forth in Exhibit C (Compensation) and Standby Compensation. Notwithstanding the preceding, Contractor may be entitled to compensation on a Unit Price Basis, or Time & Material Basis (in lieu of Lump Sum Basis) for a portion of the Work if Exhibit C (Compensation), a Change Directive, or a Change Order expressly provides for such alternative compensation. Unless another form of compensation for a portion of the Work is expressly set forth in Exhibit C (Compensation) or provided for in a Change Directive or Change Order, Contractor's compensation for the Work shall be only on a Lump Sum Basis. Notwithstanding the foregoing, in addition to the Lump Sum(s) and Standby Compensation, Company shall reimburse Contractor for its actual costs for fees, assessments, application fees, processing fees, bond and bond premiums paid by Contractor to third parties associated with obtaining the permits and authorizations required to be obtained by Contractor pursuant to Section 3.5, if and as applicable.

### 7.2    Contractor Compensation

(a)    Proper Invoices. Contractor shall submit Proper Invoices (each of which must include a completed and executed Attachment D-6 (Checklist of Proper Invoice Requirements and Form of Proper Invoice)) for Contractor Compensation as set out herein. In addition to any other provision of this Agreement, Proper invoices must be in accordance with all of the requirements of this Agreement and Attachment D-6 (Checklist of Proper Invoice Requirements and Form of Proper Invoice). At Company's request, Contractor shall provide such documentation as an electronic file (e.g., in CSV, Excel, or Word format) or as reasonably agreed to by the Parties. Proper Invoices shall be submitted by the fifth (5th) Day of each month. All Proper Invoices are subject to Company review and shall comply with all requirements of this Agreement, including a reduction to the value of the Proper Invoice for Performance Holdback or for any other amounts owed by Contractor to Company pursuant to this Agreement.

  (i)    Contractor shall be entitled to compensation only for those amounts of Contractor Compensation it has earned pursuant to satisfying the requirements of this Agreement, and only in the amounts set forth in Exhibit C (Compensation).

  (ii)    Contractor shall include with each Proper Invoice the support required by Addendum A-3C (Project Controls Reporting Requirements), Exhibit C (Compensation), and such other documents as Company may reasonably require via Transmittal to Contractor.

  (iii)    Neither the keeping of records nor the signing of records by Company shall be considered an acceptance by Company of Contractor's entitlement to any payment, including those required by Addendum A-3C (Project Controls Reporting Requirements).

  (iv)    [NOT USED].

(b)    [NOT USED]

(c)    Performance Holdback.

  (i)    The amount of Performance Holdback withheld by Company shall equal the following amounts:

    (A)    from the Effective Date to Substantial Completion, ten percent (10%) of each Proper Invoice Payment. At Substantial Completion, Company shall release to Contractor a portion of withheld Performance Holdback equal to fifty percent (50%) of the Performance Holdback previously withheld from Proper Invoice Payments as of Substantial Completion;

    (B)    From each Proper Invoice Payment from Substantial Completion until thirty (30) Days after Final Completion, five percent (5%) of each Proper Invoice Payment;

    (C)    Upon thirty (30) Days after Final Completion, Company shall release all remaining Performance Holdback amounts withheld and shall pay to Contractor the outstanding portion of Contractor Compensation.

(ii)   Notwithstanding anything to the contrary contained herein, Company, upon the request of Contractor, shall release any Performance Holdback associated with the work of the Subcontractor whose portion of the Work has been completed in the event that the Substantial Completion Critical Milestone Date is extended by Time Adjustments by ninety (90) Days or more.

(iii)   If at any time the actual amount of Performance Holdback being withheld by Company is:

(A)   greater than the amount required pursuant to Section 7.2(c)(i) and (ii), then Company shall pay such difference to Contractor within thirty (30) Days of Contractor notifying (via a Transmittal) Company of its entitlement to a refund of Performance Holdback; and

(B)   less than the amount required pursuant to Section 7.2(c)(i) and (ii), including due to application of Performance Holdback pursuant to Section 7.2(c)(iii), then Company shall deduct such difference as additional Performance Holdback from Contractor's next Proper Invoice(s).

(iv)   Company may apply Performance Holdback to satisfy any amount owed by Contractor to Company under this Agreement, including for:

(A)   Work that is defective or not in accordance with GIP, Applicable Laws, or any other provisions of this Agreement, including costs associated with rework and remedying defective Work, in each case, after Transmittal to Contractor of basis for application of the Performance Holdback and Contractor's failure to cure said basis within a reasonable time;

(B)   third-party suits, claims, stop notices, or liens for which Contractor is responsible under this Agreement, in each case, in each case, after Transmittal to Contractor of basis for application of the Performance Holdback and Contractor's failure to cure said basis within a reasonable time;

(C)   uninsured damage to Company Group or any Person that results from Contractor's failure to obtain or maintain the insurance required by the provisions of Article IX or due to any member of Contractor Group's failure to comply with any provision of this Agreement that excuses (in whole or in part) any insurer from liability for any loss or claim otherwise covered by such insurance;

(D)   if applicable, the denial in whole or part of any claim made pursuant to Company insurance policy (including Course of Construction (Builder's All Risk) or Construction Liability insurance policy, if any) due to any member of Contractor Group's failure to comply with the provision of this Agreement that excuses any insurer from liability for any loss or claim otherwise covered by such insurance;

(E)   [NOT USED];

(F)      Contractor's Indemnity - obligations under this Agreement for third-party claims and for liquidated damages payable by Contractor under this Agreement Contractor's failure to meet a Critical Milestone Date; and

(G)      any other amount owed to Company pursuant to any provision of this Agreement.

Company shall provide a Transmittal to Contractor specifying the reasons for the application of Performance Holdback pursuant to this Section. If Contractor disagrees with the application of Performance Holdback, it may invoke Article XVI to resolve the dispute.

**IF CONTRACTOR FAILS TO PROVIDE A DISPUTE NOTICE INVOKING ARTICLE XVI WITHIN TWENTY (20) BUSINESS DAYS AFTER RECEIPT OF A SECTION 7.2(C) TRANSMITTAL, CONTRACTOR SHALL BE DEEMED TO HAVE WAIVED ITS RIGHT TO DISPUTE THE APPLICATION OF PERFORMANCE HOLDBACK.**

(d)      <u>Contractor Representation</u>. A Proper Invoice shall include Contractor's representation that to the best of Contractor's knowledge:

(i)      the Work is generally progressing in accordance with Contractor's most current Contractor's Project Schedule;

(ii)     the Work described in the Proper Invoice was performed in accordance with the requirements of this Agreement including the Scope of Work, the Specifications, GIP, Codes and Standards, and Applicable Laws (subject to Contractor's ongoing quality control/quality assurance obligations);

(iii)    Contractor is entitled to payment of each amount invoiced;

(iv)     the Work and Materials (or any portion thereof) described in the Proper Invoice and all previous Proper Invoices remain free and clear of all liens (other than any Contractor Liens extinguished upon receipt of payment in respect of such Proper Invoice) except as otherwise expressly identified in the Lien Waiver  (Attachment D-4) accompanying such Proper Invoice ;

(v)      each representation and warranty previously made by Contractor at any time pursuant to this Agreement remains true and correct as if it were made on the date of the Proper Invoice;

(vi)     Contractor has no claims against Company (including for Adjustments) through the date of such Proper Invoice (except to the extent Contractor has filed a timely Change Request); and

(vii)    there are no unpaid Subcontractor invoices for which any amount owed by Contractor to the Subcontractor is past due that are not disputed by Contractor in good faith.

(e)      [<u>NOT USED</u>]

(f)      <u>Lien Waivers (Attachments D-4)</u>. As a part of any Proper Invoice, Contractor must provide Company with waivers and releases of mechanics' and materialmen's liens and security interests from:

(i)      Contractor; and

(ii)     any Major Subcontractor,

each duly executed and acknowledged in order to assure an effective release of mechanics' and materialmen's liens and claims through the period covered by the Proper Invoice.

Each Proper Invoice shall include duly executed:

(A)    Attachment D6 (Checklist of Proper Invoice Requirements and Form of Proper Invoice) containing a waiver and release of Contractor Group claims for Adjustments other than those identified therein;

(B)    conditional lien waiver in the form attached to this Agreement as Addendum D-4A (Contractor Conditional Waiver and Release on Partial Payment) for Contractor;

(C)    conditional lien waiver in the form attached to this Agreement as Addendum D-5A (Subcontractor Conditional Waiver and Release on Partial Payment) for each Major Subcontractor for all amounts set forth in such Proper Invoice pursuant to Section 7.2(a)(iv);

(D)    [NOT USED]; and

(E)    [NOT USED].

(g)    No Payment of Duplicate Amounts. Notwithstanding any provision in this Agreement, Company shall not be responsible to pay any duplicate amounts for Work, including any amounts that have already been included under any other payment made to Contractor under this Agreement, whether on a Unit Price Basis, a Time & Material Basis, or a Lump Sum Basis.

### 7.3    Invoice Review

Company shall review each Proper Invoice for compliance with the requirements of this Agreement. If any amount set out in a Proper Invoice is not to be paid, Company shall provide a Transmittal in the form prescribed by Applicable Law, if any, no later than twenty-eight (28) Days or such shorter time as may be prescribed by Applicable Law after receiving the Proper Invoice specifying the reasons for non-payment. Only after the appropriate Company Representative receives a Proper Invoice shall Company process the Proper Invoice for payment. Subject to the terms of this Agreement, Company shall pay the Proper Invoice no later than thirty-five (35) Days after the date of Company Representative's receipt of the Proper Invoice.

### 7.4    Final Payment

(a)    Last Proper Invoice Requirements. As part of the final payment application, the last Proper Invoice shall include:

(i)    a statement, including summaries, that reconciles all Proper Invoices to date, Proper Invoice Payments to date, and Change Orders;

(ii)    a final and conditional lien release pursuant to Addendum D-4B (Contractor Conditional Waiver and Release on Final Payment) prior to receipt of Final Payment from Company, and a final and unconditional lien release pursuant to Addendum D-4C upon receipt of Final Payment from Company;

(iii)    a final and conditional lien release from each Subcontractor pursuant to Addendum D5B (Subcontractor Conditional Waiver and Release on Final Payment) prior to receipt of Final Payment from Company, and a final and

unconditional lien release pursuant to Addendum D-5C upon receipt of Final Payment from Company;

(iv)    a properly completed Attachment D-13 (Final Completion Certificate);

(v)    a calculation of the estimated final Invoice amount; and

(vi)    such other information as Company Representative may reasonably request.

(b)    <u>Final Payment Calculation</u>.

(i)    No later than thirty (30) Days after Final Completion, Company shall determine in accordance with this Agreement the final payment owed hereunder by Company to Contractor or by Contractor to Company, as applicable (the "<u>Final Payment Amount</u>"), by calculating the *difference* of: (A) the total of any remaining amounts owed by Company to Contractor (including any portion of the Lump Sum and/or Performance Holdback) *minus* (B) the total of any remaining amounts owed by Contractor to Company (including any outstanding amounts owed for Contractor's third party Indemnification obligations and any liquidated damages payable hereunder).  Upon computation of the preceding, Company shall notify the Contractor of its proposed Final Payment Amount via a Transmittal.

(ii)    Within five (5) Business Days of receipt of the Transmittal pursuant to Section 7.4(b)(i), Contractor shall send a Transmittal to Company either (A) accepting the Final Payment Amount or (B) setting forth a corrected Final Payment Amount (including the contractual or accounting basis for such corrections).  In the case of any proposed corrections by Contractor, if the Parties have not reached agreement on such corrections within thirty (30) Days of the Contractor's Transmittal of same, then either Party may seek to resolve the Final Payment Amount via Article XVI.  When the Final Payment Amount is accepted by Contractor, the Contractor shall send a Transmittal to Company confirming its acceptance of the Final Payment Amount.

(iii)    If the Final Payment Amount is:

(A)    a negative number, the Final Payment Amount shall be *multiplied by* -1 and paid by Contractor to Company; or

(B)    a positive number, the Final Payment Amount shall be paid by Company to Contractor,

within thirty (30) Days after the latest of the date on which: (I) the Final Payment Amount has been accepted by Contractor and Company; and (II) any and all disputes initiated pursuant to Article XVI have been resolved and fully settled provided that the undisputed portion of the Final Payment Amount, shall be paid by the Party who has the obligation to pay the Final Payment Amount within thirty (30) Days of Contractor's Transmittal pursuant to Section 7.4(b)(ii). UPON THE OCCURRENCE OF **(1)** COMPANY'S PAYMENT OF THE FINAL PAYMENT AMOUNT TO CONTRACTOR OR **(2)** CONTRACTOR'S ACCEPTANCE OF A NEGATIVE FINAL PAYMENT AMOUNT BY TRANSMITTAL PURSUANT TO SECTION **7.4(b)(ii),** CONTRACTOR HEREBY WAIVES AND AGREES TO WAIVE, AND AGREES NOT TO MAKE, PURSUE, OR SUPPORT, ANY CLAIM NOT PREVIOUSLY COMMUNICATED TO COMPANY IN WRITING AGAINST ANY MEMBER OF COMPANY GROUP FOR **(a)** COMPENSATION WITH RESPECT TO THE WORK, **(b)** PRICE ADJUSTMENTS, AND/OR **(c)** ANY ACT OR OMISSION OF THE COMPANY GROUP

**PURSUANT TO THIS AGREEMENT RELATING TO THE ACTIONS OR INACTIONS OCCURRING PRIOR TO THE DATE (i) COMPANY PAID THE FINAL PAYMENT AMOUNT TO CONTRACTOR OR (ii) CONTRACTOR'S OBLIGATION TO PAY THE FINAL PAYMENT AMOUNT TO COMPANY AROSE, WHICHEVER IS APPLICABLE.**

### 7.5    Payments Withheld

Company may withhold from payments otherwise due Contractor under this Agreement an amount reasonably necessary to offset and satisfy any amount owed by Contractor under this Agreement, including for:

(a)     Work that is defective or not in accordance with GIP, Applicable Laws, or any other provision of this Agreement, including costs associated with rework and remedying defective Work;

(b)     third-party suits, claims, stop notices, or liens for which Contractor is responsible under this Agreement;

(c)     uninsured damage to Company Group or any Person that results from Contractor's failure to obtain or maintain the insurance required by the provisions of Article IX or due to any member of Contractor Group's failure to comply with any provision of this Agreement that excuses (in whole or in part) any insurer from liability for any loss or claim otherwise covered by such insurance;

(d)     if applicable, the denial in whole or part of any claim made pursuant to a Company insurance policy (including the Course of Construction (Builder's All Risk) or Construction Liability insurance policies, if any) due to any member of Contractor Group's failure to comply with any provision of this Agreement that excuses any insurer from liability for any loss or claim otherwise covered by such insurance;

(e)     [NOT USED];

(f)     Contractor's Indemnity obligations for third party claims and liquidated damages obligations under this Agreement for Contractor's failure to meet a Critical Milestone Date;

(g)     [NOT USED]; and

(h)     any other amount owed to Company pursuant to any provision of this Agreement.

If any amount set out in a Proper Invoice is not to be paid, Company shall provide a Transmittal to Contractor in the form prescribed by Applicable Law, if any, no later than twenty-eight (28) Days or such shorter time as may be prescribed by Applicable Law after receiving the Proper Invoice specifying the reasons for non-payment. If Contractor disagrees with any deduction pursuant to this Section 7.5, it may invoke Article XVI to resolve the dispute. In the event that Company (or resolution of a dispute in accordance with Article XVI) determines that Company improperly withheld any amount(s) pursuant to this Section 7.5, then Company shall pay such amount(s) to Contractor, plus Interest accruing from the date such amount(s) were improperly withheld, deducted, or offset to the date Contractor receives payment of such amount(s).  Company shall pay to Contractor any amounts withheld pursuant to this Section 7.5 within thirty-five (35) Days of elimination of the event or circumstance giving rise to the basis for such withholding.

**IF CONTRACTOR FAILS TO PROVIDE A DISPUTE NOTICE INVOKING ARTICLE XVI WITHIN TWENTY (20) BUSINESS DAYS AFTER RECEIPT OF A SECTION 7.5 TRANSMITTAL, CONTRACTOR SHALL BE DEEMED TO HAVE WAIVED ITS RIGHT TO DISPUTE THE OFFSETTING DEDUCTION.**

### 7.6    Payment of Subcontractors

(a)    Contractor shall pay each Subcontractor (and each Subcontractor shall pay its Subcontractors) all amounts due in accordance with (i) the terms and conditions of its respective Subcontract, and (ii) the provisions of Applicable Law. Contractor shall require each Subcontractor to make timely payments to its subcontractors in a similar manner.

(b)    [NOT USED.]

(c)    Notwithstanding anything to the contrary contained in this Agreement, if Company in good faith believes that a Subcontractor is not receiving timely payment from Contractor of amounts then due under the Subcontract, Company may (i) directly pay a Subcontractor, or (ii) pay a Subcontractor by issuance of a joint check to both the Contractor and Subcontractor, in each case, for all or any portion of the Work performed, or Materials or Equipment furnished by any Subcontractor. Any amounts directly paid by Company to any Subcontractor or paid via a joint check to both the Contractor and Subcontractor:

   (i)    shall be deemed to have been paid to Contractor as Contractor Compensation; and

   (ii)    shall be deducted from the amount of Contractor Compensation otherwise owed by Company to Contractor.

   At least two (2) Business Days before making a direct payment to a Subcontractor, Company shall inform Contractor by Transmittal of Company's intent to make such direct payment and the amount thereof. Company shall provide to Contractor confirmation of such direct payment no later than five (5) Business Days after the date of such direct payment.

(d)    No Modification of Other Provisions of this Agreement. Direct payment of amounts to Subcontractors by Company hereunder shall not release Contractor from any of its obligations, warranties, or Indemnities under this Agreement.

### 7.7    Interest and Disputed Invoices

Amounts not paid by either Party to the other when due, or overpayments to Contractor, under any provision of this Agreement shall bear Interest from the date payment was originally due (or if an overpayment, the date the overpayment was made) until the actual date of payment or correction of overpayment as the case may be. If there is any dispute about any amount invoiced by Contractor, Company shall pay the amount not in dispute. If Contractor believes it is entitled to interest for a late payment, Contractor shall submit a separate Proper Invoice describing the basis for and amount of its interest claim.

### 7.8    No Payment in the Event of Material Breach

Notwithstanding any other provision in this Agreement, Contractor will have no right to compensation at any time Contractor is in material breach of any provision of this Agreement, *provided, however,* that the Company's payment obligations shall resume upon the correction or remediation of such material breach if such correction or remediation is otherwise provided in this Agreement.

### 7.9    Payment Not Acceptance

No payment made under this Agreement will be considered as approval or acceptance of any Work by Company or constitute a waiver of any claim or right that Company may have

at that time or thereafter, including claims and rights related to the warranty and Indemnification obligations of Contractor.

### 7.10  Invoice Package

All Proper Invoices must contain at a minimum the information specified in Attachment D-6 (Checklist of Proper Invoice Requirements and Form of Proper Invoice).

<div align="center">

**ARTICLE VIII**
**TITLE AND RISK OF LOSS**

</div>

### 8.1  Title

(a)  <u>Clear Title</u>. Contractor warrants and guarantees that legal title to and ownership of the Work, when it vests in Company, will be free and clear of all Contractor Liens, claims, security interests, and other encumbrances, save and except for mechanic's lien or other liens imposed by operation of Applicable Law.

(b)  <u>Title to Work</u>. Title to all components of the Facility shall automatically vest in Company upon the earliest of:

    (i)  delivery to the Site;

    (ii)  payment therefor by Company;

    (iii)  incorporation into the Facility;

    (iv)  Mechanical Completion; and

    (v)  termination of this Agreement by Company.

The preceding transfer of title shall in no way affect Contractor's responsibility and risk of loss for, and its obligation to take proper steps and precautions to protect, the Work until Substantial Completion. Title to Company-provided Materials or equipment shall remain with Company at all times, and all such items shall be clearly identified as being owned by, and held on behalf of, Company. No Materials (other than CSM) or equipment incorporated into the Work, or to be incorporated into the Work, shall be subject to any general security agreement, chattel mortgage, financing contract, or other agreement by which an interest therein is retained by its seller or any other party.

(c)  <u>Title to Documents</u>. Title to Drawings, reports, data (including all data, compilations of such, and analyses stored electronically), Specifications, and like materials (including Job Book contents) furnished or produced by Contractor under this Agreement shall vest in Company.

(d)  <u>Intellectual Property</u>. Other than with respect to: (i) CSM, or (ii) drawings, specifications, plans or other documents furnished to Contractor by Company, Contractor shall obtain, at no cost to Company, all licenses and rights, on an irrevocable, non-exclusive, royalty-free, and perpetual basis, required to enable Company to use and exploit the Work for the purpose intended (including constructing, operating, and maintaining the Facility), lawfully and free of any claim of infringement of any Intellectual Property right. All Work shall become and remain the property of Company, except to the extent such Work includes Contractor's or its Subcontractor's Intellectual Property existing prior to the Effective Date ("<u>Contractor's Intellectual Property</u>"), in which case, Company is granted perpetual, non-exclusive, freely transferable license to use Contractor's Intellectual Property, if any, relating to the Work or the contents or concepts embodied in the

Work, and shall obtain (at no cost to the Company) all such licenses to Intellectual Property owned by Contractor's subcontractors (to the extent embodied in the Work), in each case so as to enable Company to use the Work for completing, operating and maintaining the Facility, lawfully and free of any claim of any Intellectual Property right. Upon becoming aware of the possibility of any claim of infringement of an Intellectual Property right that may affect the Work, Contractor shall, and shall cause every other member of Contractor Group to, forthwith advise Company of the particulars thereof and provide Company with such further information as Company may reasonably request.

(e)    Engineering Services. Notwithstanding Section 8.1(d) or any other provision of this Agreement, Contractor shall be responsible for possession of the Engineering Services until received by Company. If the Engineering Services or any part thereof is lost, damaged, or destroyed prior to receipt by Company, then the Engineering Services, or portion thereof, as applicable, shall be promptly redone and replaced by Contractor, at its expense, unless the loss, damage, or destruction was caused by Company.

### 8.2    Risk of Loss

(a)    Risk of Loss for Materials. Risk of loss or damage with respect to Company-supplied Materials shall pass to Contractor upon the Contractor taking possession of the Materials at the Site and will remain with Contractor until Substantial Completion. Risk of loss or damage with respect to Contractor-supplied Materials shall remain with Contractor from the Effective Date until Substantial Completion.

(b)    Risk of Loss for the Facility and the Work. Notwithstanding passage of title as provided in Section 8.1, Contractor shall bear the risk for loss or damage to the Facility and the Work (excluding CSM), wherever situated, from and after Company's issuance of the Notice to Proceed with the entirety of the Work until Substantial Completion.

(c)    Contractor's Obligation to Replace or Repair. In the event of loss or damage to the Materials, the Facility, any component thereof, or any other portion of the Work within the applicable periods set forth in Sections 8.2(a)-(b), Contractor shall pay the cost and expense of replacing the loss or repairing the damage. The remedies provided in this Article VIII are in addition to, and not in limitation of, any other remedy available elsewhere in this Agreement or at law or in equity.

(d)    Insurance Proceeds. Contractor's losses set forth in Sections 8.2(a)-(c) shall be reduced by the insurance proceeds, if any, payable pursuant to any Company Course of Construction or Construction Liability insurance policies required by this Agreement or any other applicable property insurance. Contractor shall pay any deductible amount required under Company's insurance policies.

### ARTICLE IX
### INSURANCE

### 9.1    Contractor Insurance

(a)    Required Contractor Insurance. At all times after the Effective Date and prior to the final Warranty Expiration, Contractor shall maintain, at its own expense, the insurance coverage set forth below, in each case with insurers having financial security ratings of at least "A-" by AM Best or "A" by Standard & Poor's and that are authorized to do business in all jurisdictions where Work is performed.

(i)     Worker's Compensation and/or Occupational Disease coverage that fully complies with all applicable worker's compensation laws or regulations in all states where Work is to be performed, where Contractor or any member of Contractor Group resides, or where Contractor is domiciled. As applicable, coverage shall include an alternate employer's endorsement and voluntary compensation endorsement.

(ii)    Employer's Liability coverage with limits of $1,000,000 for each accident and $1,000,000 for disease of each employee, and a $1,000,000 disease policy limit.

(iii)   Commercial General Liability coverage with a limit of $10,000,000 for each occurrence of bodily injury and property damage arising out of or relating to Contractor's activities under this Agreement. The policy shall include coverage for personal and advertising injury, contractual liability to the extent of the Contractor's indemnification obligations under this Agreement that are insurable under Commercial General Liability insurance, cross liability, severability of interests, products and completed operations, limited time element pollution (if not provided pursuant to another policy required hereunder) and, as applicable, shall provide coverage for explosion, collapse, and underground hazards (XCU).

(iv)    Commercial Auto Liability covering all vehicles used by Contractor in connection with this Agreement with a combined single limit of $2,000,000 for injury or death of one or more persons or damage to or destruction of property as a result of each accident.

(v)     Umbrella or Excess Liability coverage with a limit of $10,000,000 per occurrence in excess of the insurance required by clauses (ii)-(iv) above on a "follow form" basis, with coverage at least as broad as the underlying policy terms and conditions.

(vi)    Professional Liability Errors and Omissions Liability for Claims/ Losses arising out of the Work, with a policy limit of $2,000,000, both per claim and in the aggregate.

(vii)   All Risk Property Damage insurance on a replacement cost basis covering the loss of or damage to Equipment or other property owned or leased by Contractor that is not covered by the insurance set forth in Section 9.2(a)(ii).

(viii)  Cybersecurity coverage with a limit of $5,000,000 for each occurrence for damages and expenses incurred by Contractor or Company as a result of actual or alleged legal liability arising out of or related to Contractor's Work under this Agreement. The policy shall include cross liability and severability of interests, contractual liability covering Contractor's liability under this Agreement, and coverage for privacy breach and security breach liability, breach investigation expenses, and breach notification services, including compliance with any breach notice law. Breach notification services shall specifically include those items identified herein. The policy shall also include coverage for crisis management and services, reputational damage, and, as applicable, shall provide coverage for media liability, business interruption coverage, data asset restoration coverage, and cyber extortion, and shall not contain exclusions of coverage for crime, theft, or fraudulent acts committed by Contractor's employees. The policy shall include coverage for fines and penalties, where allowable by law.

(ix)     Any other insurance required by Applicable Law.

(x)     As applicable, any other insurance as Company may, in its discretion, determine to be necessary as set out in this Agreement.

(b)     <u>Insurance Limits</u>. Subject to the total required amount of insurance for each individual insurance coverage requirement herein, the amounts of insurance specified in the foregoing sections may be satisfied through a combination of primary and excess insurance limits.

(c)     <u>Additional Insured, Subrogation Waiver, Policies as Primary</u>. Contractor shall ensure that each insurance carrier providing coverage hereunder provides t the following:

(i)     With the exception of Sections 9.1(a)(i)-(ii) and (vi)-(vii), the inclusion of Company as an additional insured in insurance policies under this Section 9.1.

(ii)     Waiver of insurers' rights of subrogation in favor of Company, in all policies of insurance under this Section 9.1and including all applicable third-party liability policies, property insurance policies, and marine insurance policies, arising out of or related in any way to this Agreement.

(iii)     That coverage, in all of Contractor's insurance policies (whether such policies are primary, umbrella, or excess) under this Section 9.1 or arising out of or related to this Agreement in any way, except worker's compensation in Section 9.1(b)(A) (which shall be governed by Applicable Law), shall be written to respond on a primary and non-contributory basis irrespective of any other applicable insurance otherwise available to Company under this Agreement.

(d)     <u>Notice of Cancellation</u>. Insurance maintained by Contractor shall not be canceled without thirty (30) Days' (ten (10) Days' in case of cancellation for non-payment of premium) prior notice (via a Transmittal) being furnished to Company.

(e)     <u>Evidence of Insurance</u>. Upon execution of this Agreement, and on an annual basis thereafter so long as Contractor is required to maintain insurance under this Agreement, Contractor shall provide to Company (or the designated Company Representative) certificate(s) of insurance on standard forms regularly accepted in the industry certifying Contractor's compliance with this Section 9.1 and specifically identifying coverage extensions and endorsements required herein. In the event of a reduction in Contractor insurance limits prior to final Warranty Expiration that may otherwise reduce the limits of insurance required to comply with this Section 9.1, Contractor shall promptly provide Company with notice (via a Transmittal) of same, and immediately thereafter secure such additional insurance as is required to comply with the terms of this Section 9.1. Company's (or Company Representative's) acceptance of certificates or correspondence associated thereto does not constitute a waiver, release, or modification of the requirements under this Section 9.1. The certificate holder shall be Company.

(f)     <u>Failure to Maintain</u>. In the event Contractor fails to comply with insurance requirements under this Section 9.1, such failure shall constitute cause for immediate termination of this Agreement by Company, without any right of a cure period and in addition to any other rights available to Company at law or in equity. At its sole discretion, Company may, but shall not be obligated to, obtain such insurance for Company's sole benefit as Company deems necessary to address

any failure on the part of Contractor to obtain the insurance required pursuant to this Section 9.1. Any cost thereof shall be payable by Contractor to Company on demand and Company may, at its election, deduct the cost thereof or set-off from any monies that are due or may become due to Contractor. No liability shall attach to Company for any decision on the part of Company to forgo the purchase of additional insurance under this Section 9.1(g), nor does Company's decision not to purchase additional insurance pursuant to this Section 9.1(g) constitute a waiver, release, or modification of the requirements under this Section 9.1, or constitute a statement by Company that Contractor's insurance coverage at any time prior to the Final Warranty Expiration is in compliance with the requirements under this Section 9.1. In the event that Contractor maintains insurance that is not dedicated to this Agreement, Contractor shall provide Company with reasonable notice (via a Transmittal) of policy erosion due to claims and shall proceed promptly upon becoming aware of such actual or potential erosion, to procure such additional insurance as is required to comply with this Section 9.1, at Contractor's sole cost and expense.

(g)     Subcontractors. Contractor shall make commercially reasonable efforts to require all its Subcontractors to provide insurance coverage in accordance with this Section 9.1. Contractor shall ensure that all insurance maintained by its Subcontractors providing Work include a waiver of the insurers' rights of recovery, subrogation in in favor of Company. The failure of any Subcontractor to obtain and maintain the required insurance shall not in any way impact the obligations of Contractor under this Agreement.

(h)     Insurance Costs. Company will not be responsible for any premiums, surcharges, supplemental calls, penalty payments, deductibles, self-insured retentions, self-insurance, or any other costs for the insurance provided by or on behalf of Contractor in accordance with this Section 9.1.

(i)     Compliance with Applicable Law. If it is judicially determined that the monetary limits of the insurance required herein do not conform with Applicable Law, then it is agreed that Contractor shall take whatever steps are necessary, at its own expense, to ensure said insurance shall conform to the greater of (i) the minimum monetary limits and other provisions in such Applicable Law and (ii) the limits specified herein.

(j)     Effect on Obligations. Except as required by Applicable Law, Contractor's compliance with the obligations under this Section 9.1 shall in no way limit or replace the Indemnity and other obligations of Contractor contained elsewhere in this Agreement. The insolvency, bankruptcy, or failure of any insurance company carrying insurance for Contractor, or the failure of any such insurance company to pay claims asserted, will not abrogate, waive, or alter any of Contractor's responsibilities or liabilities hereunder.

(k)     [NOT USED.]

(l)     [NOT USED.]

(m)     Requirement to Maintain. Where insurance maintained by Contractor under Section 9.1 is provided on a claims made basis, Contractor shall ensure that each policy contains:

(i)     a policy retroactive date that coincides with or precedes Contractor's provision of Work under this Agreement; and

(ii)    continuity of coverage for the period of time during a period not less than three (3) years following the end of the term of this Agreement.

(n)    <u>Cooperation</u>. Company, Contractor, and any Subcontractors shall cooperate and shall provide each other with such assistance and materials as are required to support the placement of insurance and to substantiate such damages or losses for the purpose of claim recoveries sought under insurance coverage maintained by Company herein.

### 9.2    Company Insurance

(a)    <u>General Requirements</u>. Without limiting the obligations of either Party at law or in equity, Company shall obtain and maintain the insurance coverage set forth below for construction activities only, in each case with insurers having financial security ratings of at least "A-" by AM Best or "A" by Standard & Poor's and which are authorized to do business in all jurisdictions where Work is performed. With the exception of the products and completed operations coverage provided under the construction liability policy (which shall cease in accordance with the terms and conditions of the policy), insurance coverages shall cease upon Final Completion.

(i)    Construction Liability insurance coverage with a limit to be reasonably determined by Company, but in any case not less than $10,000,000 for each occurrence or accident, including property damage, bodily injury (including death at any time resulting therefrom), and personal injuries sustained by any third party because of bodily injury or destruction of property arising from construction activities. Such coverage shall include contractual liability addressing insurable Indemnification under this Agreement, cross liability, severability of interests, non-owned automobile liability, limited time element pollution and, as applicable, shall provide coverage for explosion, collapse, and underground hazards (XCU). The policy shall, as determined solely by Company, provide for coverage during the term of construction, and include products and completed operations coverage for a period not less than twelve (12) months following the Final Completion.

(ii)    Course of Construction (Builder's All Risk) insurance Such coverage will be on a full replacement cost basis with standard limits, sub-limits, and exclusions. Such insurance will cover all equipment, materials, supplies and equipment that are intended to become a permanent part of the Work while located at the Site, in transit or while temporarily located away from the Site for the purpose of repair, adjustment or storage at the risk of one of the insured parties.

(A)    This insurance will not cover tools or clothing of workers or tools, equipment, protective fencing, scaffolding, and/or mobile equipment owned, rented or used by Subcontractor and used in the performance of the Work. Company shall not be liable or responsible for any loss or damage whatsoever to the items excluded in this paragraph and Contractor shall separately insure or self-insure such items for any claims or causes of action brought by any Person or parties as a result of loss or damage to such excluded items. Such policies shall contain pre-loss waiver of subrogation clauses. Company and Contractor waive all rights against each other for loss or damage to any of the items excluded in this paragraph and used in connection with the Work.

(B)    Any loss insured under the Builder's Risk insurance is to be adjusted with Company and made payable to Company or its designee

(C)    Deductibles carried under the Builder's Risk insurance shall be borne by Company, to the extent the loss is- directly or indirectly based on, in connection with, relating to, or arising out of the Work or any member of Contractor Group's actions or inactions under this Agreement, and provided that Contractor's liability for deductibles on a per-occurrence basis shall in no event exceed Fifty Thousand Dollars ($50,000).  Any deductibles required by the Builder's Risk insurance in excess of Contractor's limit on deductible payments, on a per-occurrence basis, shall be a cost of Company.

(b)    Scope of Insurance Coverage. Construction insurance procured by Company will not include errors and omissions or professional liability coverage.

(c)    Insurance Limits. Subject to the total required amount of insurance for each individual insurance coverage requirement herein, the amounts of insurance specified in the foregoing sections may be satisfied through a combination of primary and excess insurance limits at the discretion of Company. Coverage for limited time element pollution pursuant to Section 9.2(a)(i) shall be maintained as part of the Construction Liability policy or under a stand-alone policy at the discretion of Company.

(d)    Additional Insured, Subrogation Waiver, Policies as Primary. Company shall ensure that each insurance carrier providing coverage hereunder provides the following, but only to the extent of the coverage provided by the respective policies herein:

(i)    Inclusion of Company, Contractor, and Subcontractors as additional insureds in insurance policies under this Section 9.2.

(ii)    Waiver of insurers' rights of subrogation against insureds included in all policies of insurance under this Section 9.2.

(iii)    That coverage in the noted insurance policies under this Section 9.2, where procured, shall be written to respond on a primary and non-contributory basis irrespective of any other applicable insurance otherwise available to Company and Contractor under this Agreement, but only to the extent of coverage provided thereunder.

(e)    Evidence of Insurance. Upon Contractor's reasonable request, Company shall provide to Contractor certificate(s) of insurance on standard forms regularly accepted in the industry evidencing compliance with this Section 9.2.

(f)    Cooperation. Company, Contractor, Subcontractor, and any other insureds shall cooperate and shall provide each other with such assistance and materials as is required to support the placement of insurance and to substantiate such damages or losses for the purposes of claim recoveries sought under insurance coverage maintained by Company herein.

### 9.3    Waiver of Claims Upon Acceptance of Insurance Payments

If either Party accepts any payment from an insurance policy that is required by this Agreement, said Party hereby expressly waives the right to seek or raise any claim against

the other Party, and releases that other Party from any and all Claims/Losses of Contractor Group related to such insurance claim, to the extent of such payment. Upon acceptance of any payment from an insurance policy, the Party receiving payment agrees that the insurance policy is thereafter its exclusive remedy for any and all Claims/Losses of such Party related to such insurance claim.

## ARTICLE X
## COMPLETION

### 10.1  Deficiency Lists

When the Work is approaching the point of Mechanical Completion, Substantial Completion, or Final Completion, as applicable, Company and Contractor shall jointly inspect the Work. After each joint inspection, Company shall prepare a Deficiency List that seeks to identify the remaining Work that Contractor must perform to achieve Mechanical Completion, Substantial Completion, or Final Completion, as applicable. Contractor shall complete each Deficiency List item as soon as practical.

### 10.1  Substation Mechanical Completion

As a specific performance obligation, Contractor shall cause the Work to achieve Substation Mechanical Completion on or before the Critical Milestone Date for Substation Mechanical Completion. At such time as Contractor believes the Work has achieved Substation Mechanical Completion, Contractor shall prepare and submit to Company Representative a completed form of Attachment D-11 (Substation Mechanical Completion Certificate). Within ten (10) Days of receipt of the completed Attachment D-11 (Substation Mechanical Completion Certificate) and any information reasonably requested by Company to confirm that the requirements set forth in Attachment D-11 (Substation Mechanical Completion Certificate) have been achieved, Company Representative shall either accept and execute the completed Attachment D-11 (Substation Mechanical Completion Certificate) or give Contractor notice (via a Transmittal) of Company's rejection thereof with reasons for such rejection. Provided that if Company Representative accepts the completed Attachment D-11 (Substation Mechanical Completion Certificate) then the date of Contractor's achievement of Substation Mechanical Completion shall be deemed to be the date on which Contractor submitted said Attachment D-11 (Substation Mechanical Certificate) to Company Representative.

### 10.2  Circuit Mechanical Completion

As a specific performance obligation, Contractor shall cause the Work within each respective Circuit to achieve Circuit Mechanical Completion on or before the Critical Milestone Date for Circuit Mechanical Completion. At such time as Contractor believes the Work within the subject Circuit has achieved Circuit Mechanical Completion, Contractor shall prepare and submit to Company Representative a completed form of Attachment D-12 (Circuit Mechanical Completion Certificate). Within ten (10) Days of receipt of the completed Attachment D-12 (Circuit Mechanical Completion Certificate) and any information reasonably requested by Company to confirm that the requirements set forth in Attachment D-12 (Circuit Mechanical Completion Certificate) have been achieved, Company Representative shall either accept and execute the completed Attachment D-12 (Circuit Mechanical Completion Certificate) or give Contractor notice (via a Transmittal) of Company's rejection thereof with reasons for such rejection.  Provided that if Company Representative accepts the completed Attachment D-20 (Circuit Mechanical Completion Certificate) then the date of Contractor's achievement of Circuit Mechanical Completion shall be deemed to be the date on which Contractor submitted said Attachment D-20 (Circuit Mechanical Completion Certificate) to Company Representative.

### 10.3  Performance Testing Completion

As a specific performance obligation, Contractor shall cause the Work to achieve Performance Testing Completion on or before the Critical Milestone Date for Performance Testing Completion. At such time as Contractor believes the Work has achieved Performance Testing Completion, Contractor shall prepare and submit to Company Representative Attachment D13 (Performance Testing Completion Certificate) and the completed Deficiency List for Performance Testing Completion. Within ten (10) Days of receipt of the completed Attachment D13 (Performance Testing Completion Certificate) and any information reasonably requested by Company that is necessary to evaluate it, Company Representative shall either accept and execute the completed Attachment D13 (Performance Testing Completion Certificate) or give Contractor notice (via a Transmittal) of Company's rejection thereof with reasons for such rejection.

### 10.4  Substantial Completion

As a specific performance obligation, Contractor shall cause the Work to achieve Substantial Completion on or before the Critical Milestone Date for Substantial Completion. At such time (after Mechanical Completion) as Contractor believes the Work has achieved Substantial Completion, Contractor shall prepare and submit to Company Representative Attachment D14 (Substantial Completion Certificate) and the completed Deficiency List for Substantial Completion. Within ten (10) Days of receipt of the completed Attachment D14 (Substantial Completion Certificate) and any information reasonably requested by Company to confirm that the requirements set forth in Attachment D-14 (Substantial Completion Certificate) have been achieved, Company Representative shall either accept and execute the completed Attachment D14 (Substantial Completion Certificate) or give Contractor notice (via a Transmittal) of Company's rejection thereof with reasons for such rejection.  Provided that if Company Representative accepts the completed Attachment D-14 (Substantial Completion Certificate) then the date of Contractor's achievement of Substantial Completion shall be deemed to be the date on which Contractor submitted said Attachment D-14 (Substantial Completion Certificate) to Company Representative.

### 10.5  Final Completion

As a specific performance obligation, Contractor shall cause the Work to achieve Final Completion on or before the Critical Milestone Date for Final Completion. At such time (after Substantial Completion) as Contractor believes the Work has achieved Final Completion, Contractor shall prepare and submit to Company Representative Attachment D15 (Final Completion Certificate) and the completed Deficiency List for Final Completion. Within fifteen (15) Days of receipt of the completed Attachment D15 (Final Completion Certificate) and any information reasonably requested by Company to confirm that the requirements set forth in Attachment D-15 (Final Completion Certificate) have been achieved, Company Representative shall either execute the completed Attachment D15 (Final Completion Certificate), with the effective date of Attachment D-15 being the date the Contractor submitted Attachment D-15 to the Company or give Contractor notice (via a Transmittal) of Company's rejection thereof with reasons for such rejection.  Provided that if Company Representative accepts the completed Attachment D-15 (Final Completion Certificate) then the date of Contractor's achievement of Final Completion shall be deemed to be the date on which Contractor submitted said Attachment D-15 (Final Completion Certificate) to Company Representative.

### 10.6  [NOT USED]

## ARTICLE XI

**WARRANTY**

### 11.1  Contractor Warranty

(a)    <u>Warranties</u>. Contractor warrants and guarantees that the Work (other than the Engineering Services) and Materials (and each part and component of the Work and Materials), but excluding the CSM) shall:

   (i)     meet all of the requirements set forth in this Agreement, including the Scope of Work, Drawings, and Specifications;

   (ii)    comply and be in accordance with any manufacturer, vendor, and Subcontractor warranties and installation requirements (and be installed in a manner that does not void or impair any manufacturer, vendor, or Subcontractor warranties);

   (iii)   comply with Applicable Laws and Codes and Standards;

   (iv)    be in accordance with GIP (excepting where a conflict between a requirement of the Agreement and GIP results in such Agreement requirement governing over GIP);

   (v)     be fit for the purposes and uses intended, as described in the Scope of Work;

   (vi)    be of good quality, used or performed in a good and workmanlike manner, and free from faults, defects, and deficiencies (including defects of Materials (other than CSM), construction, and workmanship); and

   (vii)   with respect to Materials to be supplied by Contractor Group and installed as part of the Facility, consist only of Materials that are new (unless the Parties otherwise agreed in advance as evidenced by a Change Order).

(b)    <u>Engineering Services Warranty</u>.  Contractor warrants and guarantees that the Engineering Services shall comply with the Engineering Standard of Care.

(c)    <u>Warranty Period</u>. Contractor will correct or replace any items of Work performed or Materials supplied by Contractor not meeting the requirements of Section 11.1(a) or Section 11.1(b), as applicable, for which Contractor receives a Transmittal before the Warranty Expiration applicable to such Work. Contractor will not be excused from performing warranty Work after the Warranty Expiration applicable to a component or aspect of the Work if it receives the Transmittal setting forth the warranty claim prior to the Warranty Expiration.

(d)    Contractor shall not be relieved of its warranty obligations as set forth in this Article XI with respect to any Work undertaken by Contractor prior to the date of any termination of this Agreement pursuant to Article XIV.

(e)    <u>Subcontractor Warranties</u>. Contractor's warranties hereunder shall not be limited or modified in any manner by any Subcontractor warranties. Contractor will use reasonable efforts to obtain standard Subcontractor warranties for the benefit of Contractor (and assignable to Company) for Materials supplied by Contractor with warranty periods equal to or longer than those required of Contractor under this Agreement. If such warranties extend beyond the applicable Warranty Expiration provided herein, then they will be transferred to Company on the date of the applicable Warranty Expiration, together with an assignment to Company. Prior to the Warranty Expiration, Contractor has primary liability and responsibility with

respect to warranty issues within the scope of this Article XI, whether or not any defect is also covered by a Subcontractor warranty. Any refusal of a Subcontractor to provide warranty obligations commensurate with this Article XI, or to correct Work in accordance with the requirements of this Agreement, shall not excuse Contractor from its warranty obligations.

(f)     Contractor's Right to Dispute Warranty Claims. If Contractor disagrees with any aspect of a warranty claim made by Company under this Article XI, Contractor may invoke Article XVI to resolve the dispute.

**IF CONTRACTOR FAILS TO PROVIDE A DISPUTE NOTICE INVOKING ARTICLE XVI WITHIN TWENTY (20) BUSINESS DAYS AFTER RECEIPT OF COMPANY'S TRANSMITTAL MAKING A WARRANTY CLAIM, CONTRACTOR SHALL BE DEEMED TO HAVE WAIVED ITS RIGHT TO DISPUTE SUCH WARRANTY CLAIM.**

### 11.2  Warranty Remedy

(a)     At No Cost to Company. Contractor will correct, replace, or repair at no additional cost to Company:

   (i)     any item of Work performed, or Material supplied, by Contractor Group not meeting the requirements of the warranties set forth Section 11.1; and

   (ii)    any Work, Material, or other items (including items pre-existing on the Site and/or supplied by any member of Company Group or others) damaged as a result of the failure of any Work to meet the warranties set forth in Section 11.1.

(b)     Scope of Contractor's Responsibility. Contractor's responsibility for the costs and expenses associated with remedying a breach of any warranty shall include mobilization, demobilization, transportation, diagnostics (searching for the cause of a defect), removal, dismantling, uncovering, excavating, replacement, reinstallation, testing, retesting, burying, accommodation, and third-party ancillary and support services.

(c)     Manner of Remedy. Contractor, at its discretion, will correct, repair, and/or replace such Work or Materials (other than CSM) in a manner or with a substitute that complies with the requirements of this Agreement. Any corrective Work performed by Contractor pursuant to this Article XI shall be completed promptly and shall address the cause, not just the effect, of such failure or breach.

(d)     Process. Company will provide a Transmittal informing Contractor of Company's discovery of any breach of Contractor's warranties set forth in Section 11.1. Promptly after receipt by Contractor of such Transmittal, Contractor and Company will agree upon a schedule for Contractor's performance of its warranty obligations that will allow Contractor to complete such warranty work within a reasonable period of time and with minimal interference with operations at the Facility. Company will provide Contractor with access to the Facility to perform such warranty obligations in accordance with such schedule and other access requirements reasonably determined by Company.

(e)     Delay. If, after Company has provided a Transmittal of a warranty claim, Contractor unreasonably delays (with a delay of ten (10) Days deemed unreasonable) in commencing the remedy work or thereafter fails to progress the remedy work in accordance with GIP, then Company may, but is not obligated to, correct such defect(s), commencing two (2) Business Days after Transmittal to Contractor of

Company's election to do so, and Contractor's failure to cure any such failure. Contractor will be liable for the reasonable costs and expenses incurred by Company (including all of those enumerated in Section 11.2(b)) in connection with such repair or replacement and will pay such amount to Company within thirty-five (35) Business Days of receipt of invoices from Company.

(f)     Burden of Proof. In the event of any dispute pursuant to Article XVI regarding the applicability of any provisions of this Article XI, including whether any repair or replacement is required, the onus shall be on Company that the defect or deficiency within the scope of the warranties set forth in Section 11.1 exists.

(g)     Serial Failure.

(i)     Following the determination of the existence of a Serial Failure, Contractor shall commence to undertake such action as is required to prevent the recurrence of any breach of Section 11.1(a) with respect to such component or aspect of the Work that has experienced Serial Failure, which solution shall (A) be applied to all of such components or aspects of the Work, regardless of whether or not such Work has yet to exhibit the adverse consequences of such Serial Failure unless Contractor can show that such components or aspects of the Work are not likely the adverse consequences of the Serial Failure; (B) address the cause, and not just the effect, of such Serial Failure; and (C) bring the Work into compliance with the requirements of this Agreement.

(ii)    Without limiting any other remedy available to Company pursuant to this Agreement, in the event Contractor fails to commence the Serial Failure remedies required by Section 11.2(g)(ii) within ten (10) Business Days after receipt of Owner's Transmittal to Contractor of the occurrence of the third breach, or to complete such remedies in a timely manner, Company shall have the right to perform, or engage a third party to perform, the necessary work required to prevent any breach of Section 11.1(a) from recurring with respect to such component or aspect of the Work that has experienced Serial Failure. Contractor shall reimburse Company for all reasonable and documented costs and expenses incurred by Company with respect to such work.

(h)     Not Used.

(i)     Warranty Exclusions. The Warranty warranties set forth in Section 11.1 shall not apply to:

(i)     Damage to or failure of any Materials or the Work to the extent such damage or failure is caused by:

(A)     a failure by Company or its representatives or agents or Company's contractors (except for any action taken by Owner or its representatives under the direction of Contractor or its Subcontractors or their respective Affiliates) to operate and maintain such Materials and Work in accordance with the GIP and the recommendations set forth in the applicable operations and maintenance manuals and manufacturer manuals; or

(B)     operation of Materials or the Work by Company or its representatives or agents, or Company's contractors any Owner Supplier or Owner's Separate Contractors (except for any action

taken by Owner or its agents or representatives under the direction of Contractor or its Subcontractors or their respective Affiliates) in excess of or outside of the operating parameters or specifications for such Materials or the Work in in the applicable operations and maintenance manuals and manufacturer manuals; or

    (C)    a Force Majeure Event.

  (ii)  Damage to or failure of any Materials or the Work to the extent such damage or failure is caused by:

    (A)    Items that require replacement due to normal wear and tear;

    (B)    Damage to or failure of any Materials or the Work to the extent such damage or failure is caused by alteration or repairs carried out by persons not authorized by Contractor.

    (C)    Damage to or failure of any Materials or the Work to the extent such damage or failure is caused by services provided by, or the use of material, equipment, layouts or designs supplied or required by, any party other than Contractor or its Subcontractors, unless approved by Contractor in writing.

(j)    Company shall provide Contractor, upon request, with reasonable access to that information available to Company relating to the operation and maintenance of the Materials and Work and relating to the Company warranty claim in question.

### 11.3   Limitation of Warranty

**THE WARRANTIES SET FORTH IN THIS ARTICLE XI ARE EXCLUSIVE AND IN LIEU OF ALL WARRANTIES, EXPRESSED OR IMPLIED, OF PERFORMANCE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, CUSTOM, USAGE OR OTHERWISE. THERE ARE NO OTHER WARRANTIES THAT EXTEND BEYOND THOSE SET FORTH IN THIS ARTICLE XI WITH RESPECT TO THE FACILITY OR THE WORK. NO OTHER WARRANTY, ORAL OR WRITTEN, THAT MIGHT HAVE BEEN GIVEN BY AN EMPLOYEE, AGENT OR REPRESENTATIVE OF CONTRACTOR IS AUTHORIZED BY CONTRACTOR.**

### 11.4   Emergency Remedy

If at any time Company, in its sole but reasonable discretion, determines that any Work, repairs, or corrections that are Contractor's obligation under this Article XI must be made immediately to mitigate or prevent (a) personal injury, (b) reputational injury, (c) non-compliance with Applicable Laws, or (d) property damage, then Company has the right to make such repairs or corrections at Contractor's expense. Contractor shall reimburse Company for the costs and expenses Company incurs in making such repairs or corrections within thirty-five (35) Business Days of receipt of invoices from Company.

### ARTICLE XII
### GUARANTEE OF TIMELY COMPLETION

### 12.1   Guarantee of Timely Completion

Time is of the essence in the performance of this Agreement. Contractor hereby guarantees that, subject to Time Adjustments pursuant to Article VI, each Critical Milestone will occur no later than the corresponding Critical Milestone Date. In no event shall any Critical Milestone be completed after the corresponding Critical Milestone Date.

### 12.2  Liquidated Damages

(a)  <u>Calculation of Delay Liquidated Damages</u>. If the Substantial Completion Critical Milestone is not completed on or before the Substantial Completion Critical Milestone Date (as such Critical Milestone Date may be adjusted by Time Adjustments), then Contractor shall pay Company delay liquidated damages in an amount equal to $237,510.00 per Day (the "**Daily Rate**") thereafter until the Substantial Completion Critical Milestone is achieved, with such Daily Rate to be reduced at a rate of $2,360.00 per inverter that is available for revenue generation as of, or after, the Substantial Completion Critical Milestone Date; provided, however, that the Daily Rate shall not be reduced below $50,000.00 per Day. The Contractor's maximum delay liquidated damages shall be limited of ten percent (10%) of the Lump Sum.

(b)  <u>Capacity Shortfall Liquidated Damages</u>

    (i)  <u>Failure to achieve Minimum Capacity</u>. If Contractor has: (i) met all other conditions of Substantial Completion; (ii) failed to achieve the Capacity Guarantee (i.e., the Capacity Shortfall is greater than one (1) kW); (iii) met Minimum Capacity; and (iv) has elected to exercise Contractor's right to improve performance in accordance with Exhibit B <u>Appendix G-2</u>, then, prior to the initiation of the Energy Test:

        a.  Company shall be entitled to set-off an amount equal to the Capacity Shortfall Liquidated Damages determined at the time of Substantial Completion from any payment due to Contractor until such time that the Contractor satisfies the Energy Production Guarantee;

        b.  Contractor shall fulfil all other conditions contemplated to exercise Contractor's right to improve performance in accordance with Exhibit B – <u>Appendix G-2</u>;

        c.  Repeat the Capacity Test; and

        d.  Successful attain the Capacity Guarantee.

    (ii)  If the Contractor elects not to exercise Contractor's right to improve performance or fails to achieve the Target Capacity after the retest of the Facility, Contractor shall immediately proceed to the Energy Test.  For clarity, Contractor shall only be entitled to repeat the Capacity Test once.

(c)  <u>Energy Production Shortfall Liquidated Damages</u>

    (i)  If Contractor has: (i) met all other conditions of Substantial Completion; and (ii) (a) achieved the Capacity Guarantee, (b) elects not to exercise Contractor's right to improve performance, or (c) fails to achieve the Target Capacity after the retest of the Facility, then Contractor may proceed with the Energy Test. Contractor shall begin the Energy Test within ten (10) Business Days of (I) achieving the Capacity Guarantee; (II) electing not to exercise Contractor's right to improve performance in accordance with this Section 12.2(c) or (III) fails to achieve the Target Capacity after the retest of the Facility.

(ii)    If Contractor fails to meet the Energy Production Guarantee, then, at the end of the Energy Test, Contractor shall pay to Company, as liquidated damages, Energy Production Shortfall Liquidated Damages. An amount equal to the Energy Production Shortfall Liquidated Damages shall be subtracted from the Capacity Shortfall Liquidated Damages.  In the case where the amount of Capacity Shortfall Liquidated Damages is less than an amount equal to the Energy Production Shortfall Liquidated Damages, the Company shall be entitled to set-off against other amounts owing by Company to Contractor.  Further, Contractor shall promptly pay Company any remaining Energy Production Shortfall Liquidated Damages which exceed the Capacity Shortfall Liquidated Damages plus other amounts owing by Company to Contractor.

(iii)    If the Contractor has failed to meet the Energy Production Guarantee and sufficient time exists to make corrections and reperform the Energy Test prior to Final Completion, Contractor may submit a detailed proposal and request the ability to make corrections and retest the Facility to improve the performance so as to meet or exceed the Energy Performance Guarantee. Company shall evaluate Contractor's proposal and may, at its sole and unfettered discretion, grant Contractor the ability to make corrections and retest the Facility to improve the performance so as to meet or exceed the Energy Performance Guarantee.

(iv)    If the Facility does not meet the performance levels set out in Exhibit B, Attachment B-7 (Guarantees) by the Performance Testing Critical Milestone Date (as such Critical Milestone Date may be adjusted by Time Adjustments), then Contractor shall pay performance liquidated damages in accordance with the formula set forth in Exhibit B, Attachment B-7A (Performance Liquidated Damages) up to an aggregate maximum performance liquidated delay damages limit of ten percent (10%) of Lump Sum.

(d)    <u>Aggregate limit on liquidated damages</u>. Notwithstanding anything else contained here, the aggregate limit of both (a) delay liquidated damages under Section 12.2(a) and (b) Energy Production Shortfall Liquidated Damages (the "<u>Combined Liquidated Damages</u>"), shall be fifteen percent (15%) of the Lump Sum, and in no event shall the Contractor's aggregate liability for the Combined Liquidated Damages exceed fifteen percent (15%) of the Lump Sum.

(e)    <u>Effect of Liquidated Damages</u>. Each Party acknowledges and agrees that Company will suffer financial losses in case of any situation for which liquidated damages are owed pursuant to this Section 12.2, including for:

(i)    standby time of Company Group;

(ii)    additional inspector costs;

(iii)    additional insurance costs related to or arising from Contractor's delay;

(iv)    costs or expenses related to power purchase agreements or other off-take agreements related to arising from Contractor's delay;

(v)    additional costs related to CSM-related services;

(vi)    extensions of permits and rights-of-way;

(vii)    lost profits of Company Group from the failure to commence operations;

(viii)    loss to Company's business reputation;

(ix)    the exposure of the Work to unfavorable weather windows.

The Parties have agreed to provide for liquidated damages because such financial losses will be difficult to calculate precisely. All liquidated damages set forth herein are a fair and reasonable estimation of Company's expected financial loss, are not meant to serve as penalties designed to deter breach and reflect the Parties' assessment and estimate of Company's financial losses. Notwithstanding Contractor's payment of any liquidated damages, Contractor shall complete the Work and achieve Final Completion. Notwithstanding anything to the contrary herein, the liquidated damages set forth herein shall be the Company's sole financial remedy, and Contractor's sole financial obligation, for Contractor's failure to achieve the Substantial Completion Critical Milestone Date on or before the corresponding Critical Milestone Completion Date, and Contractor's failure to meet the performance levels set out in Exhibit B, Attachment B-7 (Guarantees) by the Performance Testing Critical Milestone Date, but shall be in addition to Company's other remedies, including acceleration and termination.

(f)    <u>Unenforceability of Liquidated Damages</u>. In the event that any statute or rule of law renders void, voidable, or unenforceable any liquidated damages provided for in this Section 12.2, then Company shall be entitled to receive its actual damages in place of the liquidated damages. In such a case, Contractor shall pay to Company all damages, costs, expenses, and losses sustained by Company on account of Contractor's failure to achieve the Substantial Completion Critical Milestone on or before the corresponding Critical Milestone Date, or Contractor's failure to meet the performance levels set out in Exhibit B, Attachment B-7 (Guarantees) by the Performance Testing Critical Milestone Dates, including those for:

(i)    standby time of Company Group;

(ii)    additional inspector costs;

(iii)    additional insurance costs related to or arising from Contractor's delay;

(iv)    costs or expenses related to power purchase agreements or other off-take agreements related to arising from Contractor's delay;

(v)    additional costs related to CSM-related services;

(vi)    extensions of permits and rights-of-way;

(vii)    lost profits of Company Group from the failure to commence operations;

(viii)    [NOT USED];

(ix)    the exposure of the Work to unfavorable weather windows; and

(x)    interest paid by Company to financing parties or otherwise incurred or owing by Company during construction (and Section 15.4 of this Agreement shall be inapplicable).

## ARTICLE XIII
## CONTRACTOR'S REPRESENTATIONS

### 13.1  Standing

Contractor represents and warrants that it is duly organized, validly existing, and in good standing under the laws of its jurisdiction of organization and is qualified to do business in all jurisdictions in which the nature of the business conducted by it makes such qualification necessary and where failure so to qualify would have a material adverse effect on its ability to perform its obligations under this Agreement.

### 13.2  No Violation of Applicable Law or Litigation

(a)  Contractor represents and warrants that it is familiar with and understands Applicable Laws and that it is not in violation of any Applicable Law, which violations individually or in the aggregate would affect its performance of any obligations under this Agreement. There are no mediations, arbitrations, litigation, or other proceedings before any Government Instrumentality or arbitration panel now pending or threatened against Contractor that, if adversely determined, could reasonably be expected to have a material adverse effect on its ability to perform under this Agreement. Contractor shall promptly give notice (via a Transmittal) to Company of any such material proceedings.

(b)  Contractor represents and warrants, to the best of its knowledge, that no member of Contractor Group has in the last five (5) years violated or failed to comply with Applicable Laws or is currently under investigation or subject to any prosecution, nor has been convicted of an offense related to an alleged violation of or failure to comply with Applicable Laws. Contractor further represents that no member of Company Group shall in the future violate or fail to comply with Applicable Laws in relation to or in any way in connection with the performance of this Agreement.

(c)  Contractor warrants that it will promptly notify Company if any member of Contractor Group is convicted of an offense, comes under investigation or becomes subject to any prosecution for violations of Applicable Laws and further warrants that Contractor will and will cause Contractor Group members to cooperate (at Contractor's sole expense) with Company Group to respond to any Government Instrumentality investigation into violations of Applicable Laws related to the Work.

(d)  Contractor represents and warrants, to the best of its knowledge, that no member of Contractor Group, and no person who beneficially owns or controls any interest in a member of Contractor Group, is a Public Official.

### 13.3  Contractor Required Governmental Authorizations

Contractor represents, warrants, and covenants that it will at all times possess all necessary Governmental Authorizations required to fulfill Contractor's obligations under this Agreement, including being duly licensed and qualified under the Applicable Laws of the jurisdictions where the Work will take place. Company shall cooperate with Contractor at all times with regard to all necessary actions to obtain or maintain Governmental Authorizations.

### 13.4  No Breach

Contractor represents and warrants that it has the power to execute and deliver this Agreement and the other documents and instruments contemplated hereby and to perform

its obligations hereunder and thereunder, and that its execution, delivery, and performance under this Agreement and such other documents and instruments will not conflict with, result in a breach or default of, or require any consent under the organizational or constituent documents of Contractor, any Applicable Law, or any other agreement or instrument to which Contractor is a party or by which it is bound or subject.

### 13.5   Necessary Action

Contractor represents and warrants that this Agreement constitutes a legal, valid, and binding obligation of Contractor enforceable in accordance with its terms. Other than bankruptcy, insolvency, reorganization, moratorium, and other similar laws relating to the enforcement of creditors' rights generally, Contractor represents, warrants, and covenants that it will not take any action that has the effect of evading or defeating any obligation Contractor has under this Agreement (except to the extent such action constitutes a defense afforded to Contractor under this Agreement or Applicable Law). Contractor may not seek to do something indirectly (*e.g.*, through a member of Contractor Group) that would otherwise constitute a breach of this Agreement if Contractor did it directly.

### 13.6   Solvency

Contractor represents, warrants, and covenants that Contractor is solvent, and that Contractor is unaware of anything presently pending that would adversely affect Contractor's ability to perform its obligations under this Agreement.

### 13.7   Contract Price

Contractor represents and warrants that the Contractor Compensation and Standby Compensation set forth herein covers and includes full compensation for the performance of the Work. Contractor further represents and warrants that as of the Effective Date, Contractor has no outstanding or pending claims or changes related to this Agreement and **THAT CONTRACTOR EXPRESSLY WAIVES THE RIGHT TO RAISE ANY SUCH CLAIMS OR CHANGES, INCLUDING DELAY, LOST OPPORTUNITY, CHANGE IN SCOPE, COMPRESSION, WAGE INCREASES, AND WEATHER TO THE EXTENT EXISTING PRIOR TO THE EFFECTIVE DATE.**

### 13.8   Financial Capacity

Contractor represents and warrants it has the financial capacity to meet all of its obligations under this Agreement.

### 13.9   Qualifications

Contractor represents, warrants, and covenants that each member of Contractor Group has the experience, expertise, and proper qualifications in accordance with the requirements of this Agreement to perform the Work.

### 13.10  Examination & Investigation

(a)     <u>Investigation of Conditions</u>. Contractor represents, warrants, and covenants that it has used GIP to independently investigate the Site and surrounding area for, and has identified and ascertained, any general or local Site Conditions that could affect the constructability, performance, timing, duration, or cost of the Work, including with respect to Site Conditions and the availability and conditions of roads and other transportation routes required to deliver Materials, Equipment, and access to the Site. Contractor shall be solely responsible for any failure of Contractor to acquaint itself fully (in accordance with GIP) with all of the circumstances that could affect the constructability, performance, timing, duration, or cost of the Work.

(b) <u>Disclosure of Conditions</u>. Contractor represents, warrants, and covenants that it has informed Company of any Site Conditions that might affect the constructability, performance, timing, duration, or cost of the Work, including the:

    (i) character of the Site, surrounding areas, and surface and subsurface conditions;

    (ii) nature and probable quantities of required excavations;

    (iii) availability of lay down areas for Equipment and Materials;

    (iv) means and methods required to address the Site Conditions; and

    (v) availability of access to the Site and the quality and conditions of roadways to be used during the Work.

(c) <u>Inclusion of Conditions</u>. Contractor represents, warrants, and covenants that the Contractor Compensation adequately covers all of the Site Conditions that have been discovered by Contractor or could be discoverable by a contractor exercising GIP.

(d) <u>Examination of Delivery Schedules</u>. Contractor represents, warrants, and covenants that:

    (i) it has carefully examined the proposed delivery schedules of manufacturers and suppliers of Materials;

    (ii) it has informed Company of any aspects of the preceding that might affect the constructability, performance, timing, duration, or cost of the Work; and

    (iii) this Agreement expressly sets forth any Company-provided Materials for which the date of receipt by Contractor could affect the Contractor Compensation, along with the dates by which such Materials shall be supplied by Company (to avoid any increase to the Contractor Compensation).

(e) <u>Consideration of Applicable Laws</u>. Contractor represents, warrants, and covenants that it has thoroughly examined Applicable Laws with respect to the Work and has become familiar with their terms and taken them into account in its calculation of the Contractor Compensation (including the amounts and rates set forth in Exhibit C (Compensation)).

(f) <u>Examination of Agreement</u>. Contractor represents, warrants, and covenants that:

    (i) Contractor has carefully examined all provisions of this Agreement;

    (ii) Contractor has determined the accuracy, adequacy, and completeness of the information in the Terms and Conditions, Exhibits, and Specifications; and

    (iii) there are no aspects of this Agreement that might affect the constructability, performance, timing, duration, or cost of the Work, in each case, in accordance with the requirements of this Agreement.

Contractor shall be solely responsible for any misinterpretation or misunderstanding of this Agreement on the part of Contractor.

(g) <u>No Reliance on Company</u>. Contractor represents, warrants, and covenants that, other than the documents comprising Exhibits A (Scope of Work), B

(Specifications), and C (Compensation), Contractor has not relied upon and will not rely upon any representations of Company that might affect the constructability, performance, timing, duration, or cost of the Work, including:

(i)      Site Conditions;

(ii)     quantities and classifications of excavations, concrete, welding, and crossings;

(iii)    man hours; and

(iv)    other calculated items comprising the basis of the Contractor Compensation.

Contractor shall review the Specifications, Drawings, and any other Company-supplied documentation prior to the Effective Date and promptly inform Company of any documents that are referenced within any such Specification, Drawing, or other Company-supplied documentation that have not been provided to Contractor. Contractor shall be responsible for ensuring that it has received from Company all Specifications, Drawings, and other Company-supplied documentation and all documents referenced therein. Contractor is required to comply with all such documents. No Price Adjustment or Time Adjustment shall be payable with respect to Contractor's compliance with the Specifications, Drawings, and other Company-supplied documentation and all documents referenced therein.

### 13.11  No Representation by Company or Any Member of Company Group

Except for the documents comprising Exhibits A (Scope of Work), B (Specifications), and C (Compensation), or as otherwise expressly stated in this Agreement, Contractor acknowledges that no member of Company Group has made or makes any representation and each of them disclaims any warranty whatsoever, whether express or implied, including as to the accuracy, adequacy, or completeness of any information provided by it to Contractor.

### 13.12  Intellectual Property Rights

Contractor represents, warrants, and covenants that the Equipment, Materials (other than CSM), and supplies furnished by it hereunder and the methods used by it to perform the Work do not and will not infringe on any Intellectual Property right or on any other right of any Person.

### 13.13  Data Security

Contractor will not insert or permit any member of Contractor Group or any third party to insert any Disabling Code into any aspect or component of the Work or any Transmittal delivered to Company.

## ARTICLE XIV
## DEFAULT, TERMINATION, AND SUSPENSION

### 14.1  Default by Contractor – Termination for Cause

(a)  <u>Termination for Contractor's Inability to Perform</u>. Company may terminate this Agreement (in whole or in part) immediately for cause (via a Transmittal) if Contractor:

    (i)    has suffered an Insolvency Event;

    (ii)    ceases carrying on its business;

    (iii)    [NOT USED]; or

    (iv)    assigns, subcontracts substantially all of the Scope of Work except in accordance with the Contractor's rights and obligations in relation to Subcontracts contained herein or delegates this Agreement or any right or interest herein except as expressly permitted herein.

(b)  <u>Termination for Contractor's Failure to Perform</u>. Company may terminate this Agreement (in whole or in part) whenever Contractor materially breaches any provision of this Agreement. For clarity, and to prevent confusion, the word breach can be used interchangeably with the words default and failure to fulfill an obligation in connection with describing Contractor's failure to perform. The Parties agree that each of the following constitutes a material breach of this Agreement and a valid basis for termination of Contractor based on its failure to perform:

    (i)    any breach of a representation or warranty made by Contractor;

    (ii)    Contractor exceeds its liability cap for delay liquidated damages associated with failure to achieve Substantial Completion as set out in Section 12.2(a);

    (iii)    [NOT USED];

    (iv)    [NOT USED];

    (v)    [NOT USED];

    (vi)    [NOT USED];

    (vii)    Subsequent to the Effective Date, Contractor fails to comply with any Applicable Law or becomes subject to an investigation by or charges laid by a Government Instrumentality related to Applicable Laws which failure to comply, investigation, or charges pose reputational risk or harm to the Company;

    (viii)    [NOT USED];

    (ix)    [NOT USED];

    (x)    Contractor fails to correct defective Work in accordance with the requirements of this Agreement;

    (xi)    Contractor assigns or transfers this Agreement or any right or interest herein except in accordance with Section 19.6 (Assignment);

    (xii)    [NOT USED];

(xiii)    Contractor fails to maintain required financial security pursuant to Article XVIII, if and Contractor fails to remedy such failure within five (5) Days after the date on which Contractor first becomes aware of or receives a notice from Company (via a Transmittal) Company with respect thereto;

(xiv)    [NOT USED];

(xv)    [NOT USED];

(xvi)    Contractor (A) fails to promptly comply with any (I) Change Directive (except to the extent such non-compliance is premised upon safety concerns or a reasonable determination by Contractor that compliance with violate GIP) or (II) Transmittal suspending the Work; (B) by a Contractor Representative makes any statement, in writing, to the effect that Contractor intends not to comply with a (I) Change Directive or (II) Transmittal suspending the Work; or (C) conditions its compliance with a (I) Change Directive or (II) Transmittal suspending the Work on receiving any Adjustment or other relief, except to the extent such statement is premised upon safety concerns or a reasonable determination by Contractor that compliance would violate GIP;

(xvii)    Contractor, by a Contractor Representative or higher, (A) makes any statement, in writing, to the effect that Contractor intends to postpone any of the Work pending resolution of a dispute; or (B) conditions its continued Work, in writing, on receiving a certain settlement of a dispute or other relief;

(xviii)    Contractor fails to comply with the environmental, safety, or security provisions of this Agreement, including the security plan;

(xix)    [NOT USED]; or

(xx)    Contractor fails to maintain any insurance coverages required of it in accordance with Section 9.1 (Contractor Insurance) and Contractor fails to remedy such breach within five (5) Days after the date on which Contractor first becomes aware of or receives a notice from Company (via a Transmittal) respect thereto.

The preceding list constitutes certain events that are deemed to be a material breach of this Agreement and does not include every instance that will constitute an event of default and give Company the valid right to terminate this Agreement pursuant to Section 14.1(b). If any event of default occurs (including any one of the preceding (i)-(xxi)) and if Contractor fails to correct such condition within seven (7) Days of receipt of Company's Transmittal stating the nature of the default (such cure period not to apply to a default under Section 9.1), Company may, without prejudice to any other right or remedy it may have, terminate this Agreement in whole or in part. If the event of default is one that cannot be cured within seven (7) Days of receipt of Company's Transmittal through the exercise of GIP, the cure period shall be extended to fourteen (14) Days (or such other period of time to which the Company may in its sole discretion agree) of receipt of Company's Transmittal provided that Contractor (A) has commenced to cure within seven (7) Days of such Company Transmittal, and (B) provides a Transmittal to Company prior to the expiration of the original seven (7) Day cure period documenting (I) why the default could not be cured within seven (7) Days, (II) how Contractor will cure the default within fourteen (14) Days (or such other period of time to which the Company may in its sole discretion agree), and (III) evidence that Contractor

has timely commenced such cure. A partial termination shall identify which portions of the Scope of Work have been terminated.

(c)    Company's Rights. If Company elects to terminate this Agreement (in whole or in part) pursuant to this Section 14.1, Contractor shall provide Company, and any replacement contractors and their subcontractors, at Contractor's expense, the right to possess and use Materials and provided or paid for by Company.

(d)    General Obligations. If Company elects to terminate this Agreement (in whole or in part) pursuant to this Section 14.1, Contractor shall, at Company Representative's request and at Contractor's expense, do the following:

(i)    cease all Work, except such Work as Company may specify in the termination Transmittal for the sole purpose of protecting that part of the Work already executed;

(ii)    assist Company Representative in preparing a Materials inventory;

(iii)    terminate all Subcontracts, except those that Company has requested (via Transmittal) be assigned to Company;

(iv)    immediately assign to Company all Subcontracts and other contracts (including warranties) that Company has requested be assigned (via a Transmittal);

(v)    immediately assign to Company title to all Work and Materials not already owned by Company and all permits, licenses, authorizations, approvals, patents, and other Contractor Governmental Authorizations;

(vi)    remove from the Site all Contractor Equipment, Hazardous Substances, trash and debris introduced to the Site by Contractor Group; and

(vii)    supply any proprietary components or Intellectual Property required to be provided by Contractor pursuant to this Agreement and needed for completion of the Work.

In the case of a partial termination, clauses (i)-(vii) above shall be applicable only to the extent of the terminated Work.

(e)    Payment Obligations. If Company elects to terminate this Agreement (in whole or in part) pursuant to this Section 14.1, then within one-hundred eighty (180) Days after the effective date specified in the termination Transmittal, Company shall pay Contractor the unpaid Contractor Compensation for all Work completed and performed properly as of such date, *minus:*

(i)    the estimated additional costs incurred by Company to complete the Work (to the extent the costs incurred by Company exceed those that would have been paid to Contractor); and

(ii)    the estimated costs incurred by Company to select replacement contractor(s) and negotiate new agreement(s) with such replacement contractor(s); and

(iii)    any other amounts reasonably estimated to be owed by Contractor to Company pursuant to this Agreement.

If the above amount is a negative number then Contractor shall pay Company for such difference within thirty-five (35) Days of the expiration of the one-hundred

eighty (180) Day period from the date of termination contemplated above. Provided, however, that upon completion of the Work and determination of amounts owed by Contractor to Company pursuant to this Agreement (but not later than two-hundred twenty-five (225) Days after the date of termination), Company shall present to Contractor documentation substantiating the actual costs and amounts for the items set forth in Subparts (i) through (iii), above and, if such actual costs are less than the estimated costs determined during the initial one-hundred eighty (180) Day period, Company shall issue payment to Contractor in an amount reflecting the difference between the estimated costs and the actual costs, with said payment to be issued within ninety (90) Days following the initial one-hundred eight (180) Day period. Under no circumstances is Contractor entitled to reimbursement for any lost profits, lost opportunity costs, productivity losses, lost efficiencies, or any other direct, indirect, or consequential damage or cost occasioned by Company's termination for cause pursuant to this Section 14.1. In the case of a partial termination, the preceding shall be applicable only to the extent of the terminated Work.

(f)    Remedies Cumulative. The remedies set forth in this Section 14.1 are in addition to, and not in limitation of, any other remedies available to Company under this Agreement or at law or equity.

(g)    Termination Found to be Wrongful. If any termination by Company pursuant to this Section 14.1 is found by a court to be improper, such termination shall be deemed an unrestricted termination pursuant to Section 14.2 and Contractor shall be entitled only to the remedies set forth in Section 14.2.

## 14.2  Unrestricted Termination

(a)    Rights. Company may terminate this Agreement (in whole or in part) for any reason or no reason (without cause and in Company's sole discretion), at any time by Transmittal to Contractor. Unless the Transmittal specifies otherwise, Contractor shall:

(i)    cease all Work, except such Work as Company may specify in the termination Transmittal for the sole purpose of protecting that part of the Work already executed;

(ii)   assist Company Representative in preparing a Materials inventory;

(iii)  terminate all Subcontracts, except those that Company has requested (via Transmittal) be assigned to Company;

(iv)   immediately assign to Company all Subcontracts and other contracts (including warranties) that Company has requested be assigned (via a Transmittal);

(v)    immediately assign to Company title to all Work and Materials not already owned by Company and all permits, licenses, authorizations, approvals, patents, and other Contractor Governmental Authorizations;

(vi)   remove from the Site all Contractor Equipment, Hazardous Substances, trash and debris introduced to the Site by Contractor Group; and

(vii)  supply any proprietary components or Intellectual Property required to be provided by Contractor pursuant to this Agreement and needed for completion of the Work and operation of the Facility.

In the case of a partial termination, clauses (i)-(vii) above shall be applicable only to the extent of the terminated Work.

(b)    <u>Remedies</u>. Contractor's sole remedy for termination pursuant to this Section 14.2 is Company's payment of (i) Contractor Compensation for all Work completed and performed in compliance with the terms of this Agreement as of the effective date specified in the termination Transmittal, (ii) Contractor's Time & Materials Basis fees thereon incurred to demobilize its personnel and remove its Equipment from the Site and payment for any Equipment that Company has elected to retain on Site, (iii) Contractor's Time & Materials Basis fees for termination of Subcontracts, including cancellation charges , and (iv) Contractor's Time & Materials Basis costs including the  incurred in performing Contractor's obligations under to protect the Work (pursuant to this Section 14.2). Company will have the option to have all or any portion of the Work delivered to the Site or, at Company's expense, to such other place as Company Representative reasonably directs, provided that upon such election by Company, and without duplication of the amounts set forth in sub-clauses (i)-(iv), above, Company shall pay to Contractor Contractor's Time & Materials Basis fees thereon as set out above incurred in connection with such portions of the Work. Company shall pay Contractor any amount due for the preceding sentences upon receipt of a Proper Invoice in accordance with Section 7.4. Contractor shall provide to Company Representative such additional information as Company Representative may reasonably request to substantiate such Proper Invoice. Under no circumstances is Contractor entitled to reimbursement for any lost profits, lost opportunity costs, productivity losses, lost efficiencies, or any other direct, indirect, or consequential damage or cost occasioned by Company's unrestricted termination. Contractor shall use its best efforts to minimize the costs of any unrestricted termination. In the case of a partial termination, the preceding shall be applicable only to the extent of the terminated Work.

(c)    <u>Termination Prior to Commencement of Construction</u>. In the event Company terminates this Agreement prior to commencement of Construction Services, Company agrees and acknowledges that: (i) all Engineering Services, Drawings, and related deliverables provided pursuant to this Agreement are provided in their "as-is" condition and without any representation or warranty whatsoever, (ii) neither Contractor nor its Subcontractors shall have any liability to the Company (and the Company hereby releases Contractor and its Subcontractors) in connection with such Engineering Services, Drawings, and related deliverables, and (iii) neither Contractor nor any of its Subcontractors shall be the engineer of record with respect to any portion of the Facility.

### 14.3  Suspension of Work

(a)    <u>Suspension Operations</u>. During suspension of the Work, Contractor shall protect and secure the Work in accordance with GIP and in such manner as Company may require. Company has the right to determine which personnel and Equipment shall be demobilized during any period of suspension of some or all of the Work and shall notify Contractor (via a Transmittal) of same. Contractor shall thereafter promptly demobilize such personnel and Equipment in accordance with GIP. Unless Company otherwise directs, Contractor shall maintain its readiness on or near the Site to proceed with the Work upon Company's further instructions. Following a suspension, Company may at any time provide Contractor with a Transmittal to continue with the suspended Work, and Contractor shall promptly recommence such Work.

(b)    <u>Suspension for Cause</u>. Company may issue a Transmittal suspending all or a portion of the Work (or the commencement date(s) thereof) whenever Contractor breaches any provision of this Agreement which creates the risk of injury or damage to persons or property, including stand-downs for near miss safety or environmental incidents and any reason set forth in Section 14.1 after expiration of the applicable cure period, if any. In the event of the preceding, Contractor shall be responsible for any and all suspension costs incurred by Contractor Group or Company Group, and under no circumstances is Contractor entitled to reimbursement for any standby time, lost profits, lost opportunity costs, productivity losses, lost efficiencies, or any other direct, indirect, or consequential damage or cost occasioned by Company's suspension for cause. If any suspension by Company made pursuant to this Section 14.3(b) is found by a court to be improper, such suspension shall be deemed an Unrestricted Suspension pursuant to Section 14.3(d) and Contractor shall be entitled only to the remedies set forth in Section 14.3(d).

(c)    <u>Suspension by Force Majeure or Weather</u>. If Force Majeure or weather causes a suspension of all or a portion of the Work (or the commencement date(s) thereof), Contractor's sole remedy for such suspension is the filing of a Change Request on the basis of Force Majeure or Adverse Weather Day (to the extent such weather qualifies for an Adverse Weather Day) pursuant to the requirements of Article VI. Contractor shall use its reasonable efforts to minimize the cost and schedule impact of any event of Force Majeure or Adverse Weather Day. Under no circumstances is Contractor entitled to reimbursement for any lost profits, lost opportunity costs, productivity losses, lost efficiencies, or any other direct, indirect, or consequential damage or cost occasioned by any suspension of Work, irrespective of the cause or basis for such suspension. If any suspension by Company made in pursuant to this Section 14.3(c) is found by a court to be improper, such suspension shall be deemed an Unrestricted Suspension pursuant to Section 14.3(d) and Contractor shall be entitled only to the remedies set forth in Section 14.3(d).

(d)    <u>Unrestricted Suspension</u>. Company may, for any reason or no reason (without cause and in Company's sole discretion), and at any time, suspend all or a portion of the Work (or the commencement date(s) thereof) via a Transmittal to Contractor. Contractor's sole remedy for an Unrestricted Suspension is the filing of a Change Request on the basis of Unrestricted Suspension pursuant to Article VI. Contractor shall use its reasonable efforts to minimize the costs of any Unrestricted Suspension (without the incurrence of significant expense). Under no circumstances is Contractor entitled to reimbursement for any lost profits, lost opportunity costs, productivity losses, lost efficiencies, or any other direct, indirect, or consequential damage or cost occasioned by any suspension of Work, irrespective of the cause or basis for such suspension (except as otherwise expressly provided herein).

### 14.4  Sole Remedy and Enforcement

THE PRECEDING ARTICLE XIV PAYMENTS TO CONTRACTOR SHALL CONSTITUTE CONTRACTOR'S SOLE REMEDIES FOR ANY TERMINATION OR SUSPENSION. CONTRACTOR SHALL NOT BE ENTITLED TO BRING ANY CLAIMS ON THE BASIS OF ANY TERMINATION OR SUSPENSION OTHER THAN FOR ENFORCEMENT OF THE PAYMENT OBLIGATIONS SET FORTH IN THIS ARTICLE XIV CORRESPONDING TO THE APPLICABLE CATEGORY OF TERMINATION OR SUSPENSION. CONTRACTOR HEREBY WAIVES ANY AND ALL CLAIMS FOR ANY OTHER DAMAGES (INCLUDING FOR STANDBY TIME, LOST PROFITS, LOST OPPORTUNITY COSTS, PRODUCTIVITY LOSSES, LOST EFFICIENCIES, CONSEQUENTIAL DAMAGES, OR ANY OTHER DIRECT OR INDIRECT DAMAGE OR COST) OCCASIONED BY COMPANY'S TERMINATION OR SUSPENSION.

Company's rights under this Article XIV are specifically enforceable by Company, subject to Contractor's right to dispute pursuant to Article XVI. At Company's sole discretion, it may seek to immediately enforce its Article XIV rights in any court having jurisdiction (without first holding the officers' meeting or mediation set forth in Article XVI).

## ARTICLE XV
## INDEMNITY

### 15.1  Contractor's General Indemnity

THE INDEMNITIES IN THIS AGREEMENT ARE INTENDED TO BE BROAD AND COVER ALL CLAIMS/LOSSES ARISING FROM THIRD-PARTY CLAIMS CONNECTED WITH THE PERFORMANCE OF THE WORK, TO THE MAXIMUM EXTENT PERMISSIBLE UNDER APPLICABLE LAW. IN ADDITION TO ITS INDEMNIFICATION OBLIGATIONS CONTAINED ELSEWHERE IN THIS AGREEMENT AND SUBJECT TO SECTION 15.4, CONTRACTOR SHALL INDEMNIFY COMPANY GROUP FROM ANY AND ALL THIRD-PARTY CLAIMS/LOSSES DIRECTLY OR INDIRECTLY BASED ON, IN CONNECTION WITH, RELATING TO, OR ARISING OUT OF THE WORK OR ANY MEMBER OF CONTRACTOR GROUP'S ACTIONS OR INACTIONS UNDER THIS AGREEMENT, INCLUDING ANY ONE OR MORE OF THE FOLLOWING:

(a) PERSONAL INJURY TO OR DEATH OF ANY PERSON AND DAMAGE TO OR DESTRUCTION OF PROPERTY IN CONNECTION WITH THE WORK;

(b) ANY MEMBER OF CONTRACTOR GROUP'S FAULT OR NEGLIGENT ACTS OR OMISSIONS;

(c) DAMAGE CAUSED BY ANY MEMBER OF CONTRACTOR GROUP OR THE WORK TO THIRD-PARTY FACILITIES, INCLUDING PIPELINES AND IRRIGATION CANALS AND WORKS;

(d) **[NOT USED]**;

(e) **[NOT USED]**;

(f) **[NOT USED]**;

(g) EMPLOYMENT TERMINATION AND/OR SEVERANCE PAYMENTS TO ANY MEMBER OF CONTRACTOR GROUP;

(h) FAILURE OF CONTRACTOR TO MAKE PAYMENTS TO ANY SUBCONTRACTOR IN ACCORDANCE WITH THE RESPECTIVE SUBCONTRACT;

(i) **[NOT USED]**;

(j)     SUBCONTRACT TERMINATION PAYMENTS OWED BY CONTRACTOR TO ANY SUBCONTRACTOR, EXCEPT TO THE EXTENT ARISING FROM COMPANY'S FAILURE TO MAKE PAYMENT TO CONTRACTOR ON ACCOUNT OF THE SAME AS REQUIRED BY THIS AGREEMENT;

(k)     **[NOT USED]**;

(l)     **[NOT USED]**;

(m)     **[NOT USED]**;

(n)     **[NOT USED]**;

(o)     FAILURE OF ANY MEMBER OF CONTRACTOR GROUP TO COMPLY WITH APPLICABLE LAWS INCLUDING THOSE RELATED TO ANTI-BRIBERY, ANTI-CORRUPTION, CRIMINAL FINANCE, HUMAN RIGHTS, OR SANCTIONS;

(p)     **[NOT USED]**;

(q)     **[NOT USED]**;

(r)     INJURY TO THE ENVIRONMENT DURING THE COURSE OF THE WORK;

(s)     FAILURE TO COMPLY WITH ANY ENVIRONMENTAL LAW RELATED TO THE WORK;

(t)     CONTAMINATION OR POLLUTION THAT MAY ORIGINATE FROM SOURCES BROUGHT ONTO THE SITE BY CONTRACTOR OR ITS SUBCONTRACTORS OR CAUSED BY THE NEGLIGENCE OF A CONTRACTOR OR ITS SUBCONTRACTORS (INCLUDING AS A RESULT OF THE NEGLIGENT RELEASE OF PRE-EXISTING HAZARDOUS MATERIAL, THE NEGLIGENT EXACERBATION OF PRE-EXISTING HAZARDOUS MATERIAL OR THE NEGLIGENT REMOVAL OR REMEDIATION OF PRE-EXISTING HAZARDOUS MATERIAL) BY ANY MEMBER OF CONTRACTOR GROUP (INCLUDING ITS CONTROL AND REMOVAL);

(u)     **[NOT USED]**;

(v)     CLAIMS/LOSSES FOR (i) CONTRACTOR GROUP'S EMPLOYEES WHO FAIL A DRUG AND/OR ALCOHOL TEST GIVEN UNDER THE DEPARTMENT OF TRANSPORTATION OR OTHER GOVERNMENT INSTRUMENTALITY'S REGULATIONS AND (ii) ANY CLAIMS MADE BY ANY EMPLOYEE OR PERSONNEL OF CONTRACTOR GROUP RESULTING FROM REMOVAL FROM THE WORK;

(w)     ANY CLAIMS/LOSSES BY ANYONE DIRECTLY OR INDIRECTLY EMPLOYED BY ANY MEMBER OF CONTRACTOR GROUP OR ANYONE FOR WHOSE ACTS ANY MEMBER OF CONTRACTOR GROUP MAY BE LIABLE;

(x)     **[NOT USED]**;

(y)     ANY DAMAGE OR INJURIES CAUSED BY CONTRACTOR'S FAILURE TO MAINTAIN THE CONTINUITY OF FENCE LINES WITH TEMPORARY FENCING;

(z)     **[NOT USED]**;

(aa)    CLAIMS/LOSSES THAT MAY BE ASSERTED OR BROUGHT AGAINST COMPANY GROUP THAT ALLEGE THAT:

(i)     THE PERFORMANCE OF THIS AGREEMENT BY CONTRACTOR GROUP;

        (ii)      THE WORK (INCLUDING THE METHODS USED BY CONTRACTOR TO PERFORM THE WORK), EQUIPMENT, MATERIALS, AND/OR SUPPLIES FURNISHED BY CONTRACTOR; OR

        (iii)     COMPANY GROUP'S USE OR OTHER EXPLOITATION OF THE WORK,

INFRINGES UPON, MISAPPROPRIATES, OR MISUSES ANY INTELLECTUAL PROPERTY OR ANY OTHER PROPERTY OR RIGHTS OF ANY PERSON, EXCEPT TO THE EXTENT SUCH INFRINGEMENT, MISAPPROPRIATION OF MISUSE RELATES TO (I) CSM, OR (II) PLANS, DRAWINGS OR OTHER DOCUMENTATION FURNISHED BY COMPANY TO CONTRACTOR;

(bb)    **[NOT USED]**;

(cc)    **[NOT USED]**; AND

(dd)    **[NOT USED]**.

### 15.2  Company's Indemnity

COMPANY SHALL INDEMNIFY CONTRACTOR GROUP FROM ANY AND ALL CLAIMS OF THIRD-PARTIES TO THE EXTENT RELATED TO ANY ONE OR MORE OF THE FOLLOWING:

(a)    CONTAMINATION OR POLLUTION OTHER THAN FOR THOSE WITHIN THE SCOPE OF CONTRACTOR'S INDEMNITY OBLIGATIONS SET FORTH IN SECTION 15.1; AND

(b)    CLAIMS THAT MAY BE ASSERTED OR BROUGHT AGAINST CONTRACTOR GROUP THAT ALLEGE THAT CSM OR PLANS, DRAWINGS, OR DOCUMENTATION FURNISHED BY COMPANY TO CONTRACTOR INFRINGE UPON, MISAPPROPRIATE, OR MISUSE ANY INTELLECTUAL PROPERTY OR ANY OTHER PROPERTY OR RIGHTS OF ANY PERSON

### 15.3  Reduction of Contractor's Indemnity Obligations for Company Group Negligence and Insurance Proceeds

CONTRACTOR'S INDEMNIFICATION RESPONSIBILITIES UNDER THIS AGREEMENT SHALL BE:

(a)    REDUCED BY THE AMOUNT OF ANY PAYMENT(S) RECEIVED BY COMPANY FROM ANY INSURANCE POLICY (WHETHER SUCH INSURANCE POLICY WAS PURCHASED BY CONTRACTOR OR COMPANY) IN RESPECT OF THE CIRCUMSTANCE(S), OCCURRENCE(S), OR EVENT(S) FOR WHICH COMPANY SEEKS INDEMNIFICATION FROM CONTRACTOR PURSUANT TO THIS AGREEMENT (FOR EXAMPLE, IF AN ACCIDENT AT THE GATE TO THE SITE RESULTED IN $1,000,000 OF ATTORNEYS' FEES BEING INCURRED BY COMPANY, AND A LIABILITY INSURANCE POLICY REQUIRED BY THIS AGREEMENT PAID COMPANY $500,000 IN RESPECT OF SUCH ATTORNEYS' FEES, THEN CONTRACTOR'S INDEMNIFICATION RESPONSIBILITY SHALL BE REDUCED TO $500,000) (FOR PURPOSES OF CLARITY, NO DEDUCTIBLE, OFFSET, OR OTHER AMOUNT THAT IS NOT ACTUALLY PAID TO COMPANY SHALL REDUCE CONTRACTOR'S INDEMNIFICATION RESPONSIBILITY); AND

(b)    DETERMINED IN ACCORDANCE WITH PRINCIPLES OF COMPARATIVE RESPONSIBILITY SUCH THAT INDEMNIFICATION BY CONTRACTOR SHALL BE REDUCED BY COMPANY GROUP'S PERCENTAGE OF NEGLIGENCE, GROSS NEGLIGENCE, OR WILLFUL MISCONDUCT FOR SUCH CLAIMS/LOSSES (FOR EXAMPLE, IF AN ACCIDENT AT THE GATE TO THE SITE RESULTED IN $1,000,000 OF ATTORNEYS' FEES BEING INCURRED BY COMPANY, AND A MEMBER OF COMPANY GROUP WAS FOUND TO HAVE BEEN TWENTY-FIVE PERCENT (25%) NEGLIGENT, THEN CONTRACTOR'S INDEMNIFICATION RESPONSIBILITY WOULD BE REDUCED TO $750,000), AND EXCEPT FOR THE PRECEDING

PROPORTIONATE REDUCTION, THE INDEMNITY OBLIGATIONS IN THIS AGREEMENT SHALL APPLY REGARDLESS OF WHETHER ANY MEMBER OF COMPANY GROUP WAS CONCURRENTLY NEGLIGENT (WHETHER ACTIVELY OR PASSIVELY), GROSSLY NEGLIGENT, STRICTLY LIABLE, OR OTHERWISE IN BREACH OF ANY DUTY WHATSOEVER (WHETHER CONTRACTUAL, STATUTORY, OR OTHERWISE).

IN THE CASE OF CLAUSES (a) AND (b) BOTH BEING APPLICABLE, THEN THE INSURANCE PROCEEDS SHALL BE APPLIED TO THE TOTAL AMOUNT FIRST, AND THE PROPORTIONATE RESPONSIBILITY REDUCTION SHALL BE APPLIED TO ANY REMAINING BALANCE (FOR EXAMPLE, IF AN ACCIDENT AT THE GATE TO THE SITE RESULTED IN $1,000,000 OF ATTORNEYS' FEES BEING INCURRED BY COMPANY, A MEMBER OF COMPANY GROUP WAS FOUND TO HAVE BEEN TWENTY-FIVE PERCENT (25%) NEGLIGENT, AND AN INSURANCE POLICY REQUIRED BY THIS AGREEMENT REIMBURSED $500,000 OF COMPANY'S ATTORNEYS' FEES, THEN THE REMAINING BALANCE OF $500,000 SHALL BE PROPORTIONATELY ALLOCATED AMONG THE PARTIES SUCH THAT CONTRACTOR'S RESPONSIBILITY FOR INDEMNIFICATION WOULD BE $375,000).

### 15.4  Consequential Damages and Extra-Contractual Damages

NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT TO THE CONTRARY OR THE NEGLIGENCE (WHETHER SOLE, JOINT, OR CONCURRENT), BREACH OF DUTY (STATUTORY OR OTHERWISE), OR STRICT LIABILITY OF EITHER PARTY OR ANY MEMBER OF ITS RESPECTIVE COMPANY GROUP OR CONTRACTOR GROUP (AS APPLICABLE), NEITHER PARTY SHALL BE LIABLE TO THE OTHER FOR ANY CONSEQUENTIAL DAMAGES OR EXTRA-CONTRACTUAL DAMAGES, HOWEVER THE SAME MAY BE CAUSED; *PROVIDED*, *HOWEVER*, THAT THE PRECEDING WAIVER OF CONSEQUENTIAL DAMAGES AND EXTRA-CONTRACTUAL DAMAGES SHALL NOT APPLY TO THE EXTENT CONSEQUENTIAL DAMAGES AND/OR EXTRA-CONTRACTUAL DAMAGES:

(a)    ARE LIQUIDATED DAMAGES PAYABLE BY THE CONTRACTOR TO THE COMPANY PURSUANT TO SECTION 12.1 OR AS CONTEMPLATED BY SECTION 12.2, ABOVE;

(b)    ARE AWARDED AGAINST COMPANY IN FAVOR OF A THIRD-PARTY FOR WHICH SUCH PARTY IS ENTITLED TO AN INDEMNITY UNDER THIS AGREEMENT; OR

(c)    RELATE TO, OR ARISE FROM, ANY OF THE FOLLOWING:

    (i)    [NOT USED];

    (ii)    [NOT USED];

    (iii)    GROSS NEGLIGENCE, WILLFUL MISCONDUCT, FRAUD, OR THE INTENTIONAL INFLICTION OF DAMAGE OR OTHER INJURY; OR

    (iv)    A LIABILITY OF CONTRACTOR OR COMPANY THAT IS OR WOULD BE COVERED, WITHOUT REGARD TO THIS WAIVER OF CONSEQUENTIAL DAMAGES AND/OR EXTRA-CONTRACTUAL DAMAGES, BY ANY INSURANCE (A) REQUIRED BY THIS AGREEMENT TO BE MAINTAINED BY CONTRACTOR OR (B) ACTUALLY MAINTAINED BY CONTRACTOR,

    BY ANY MEMBER OF CONTRACTOR GROUP OR COMPANY GROUP, AS APPLICABLE.

    FOR THE AVOIDANCE OF DOUBT, THE LIMITATION ON CONSEQUENTIAL DAMAGES AND EXTRA-CONTRACTUAL DAMAGES SET FORTH IN THIS SECTION 15.4 SHALL NOT LIMIT CONTRACTOR'S OBLIGATIONS TO COMPENSATE COMPANY FOR ANY LIQUIDATED DAMAGES.

### 15.5  Unavailability of Insurance Not a Limitation on Obligations

The Indemnification obligations set forth in this Article XV will apply regardless of the amount of insurance coverage held by Contractor or Company, including that under any worker's compensation act, disability act, or other act or law that would limit the amount payable by or for Contractor or Company, and will not be limited by any insurance carried or provided by Contractor or Company in accordance with this Agreement or otherwise. Nothing in any Indemnity is intended to limit Company's remedies against Contractor.

### 15.6  Invalid Provisions

In the event that any statute or rule of law should be held applicable to any Indemnity provision in favor of Company Group and contained in this Agreement that would render void, voidable, or unenforceable any such Indemnity provision as to any or all of Company Group by reason of such provision being contained herein, then, and only in such event, such Indemnity provision will be read, construed, and enforced as to such Person as if such provision that is held to violate the statute or rule of law were excluded from this Article XV, but only to the extent or that degree by which such provision is so held, and this Article XV will otherwise remain in force and effect and be binding upon the Parties. Notwithstanding the Indemnity provisions in this Agreement, in the event any anti-indemnity statutes (as the same may be amended from time to time, or any successor statutes) are determined to be applicable to any Indemnity, the Parties agree to use commercially reasonable efforts to support such Indemnity obligations by obtaining and maintaining, for the term of this Agreement and in accordance with its provisions, insurance or qualified self-insurance of the types and in amounts not less than those specified in this Agreement, for the benefit of the other Party.

### 15.7  Indemnification Procedures

Company may invoke its right to Indemnification under this Agreement at any time by providing Contractor with a Transmittal invoking Indemnification and describing the Claim/Loss and the amount (or estimate) thereof. Should either Party fail to honor its defense and indemnity obligations hereunder, then each Indemnified Person shall have the right, but not the obligation, to independently contest, defend, and litigate (and to retain in-house and/or outside counsel of its own choice) any claim alleged or asserted against it arising out of any matter in respect of which it is entitled to be Indemnified hereunder, and the costs and expenses, including of in-house and/or outside counsel, thereof shall be covered by such Indemnity. In connection with any claim, Contractor shall endeavor not to make any admission or other statement that might be prejudicial to Company or its reputation. If Contractor disagrees with any Indemnity claim made by Company, Contractor may invoke Article XVI to resolve the dispute.

### 15.8  Maximum Liability Limitation

NOTWITHSTANDING ANY OTHER PROVISION IN THIS AGREEMENT, THE MAXIMUM CUMULATIVE LIABILITY OF EACH PARTY TO THE OTHER PARTY FOR ALL OBLIGATIONS AND LIABILITIES UNDER THIS AGREEMENT, WHETHER ARISING IN CONTRACT, INDEMNITY, TORT, OR OTHERWISE, SHALL BE AN AMOUNT EQUAL TO THE LUMP SUM AS ADJUSTED BY ADJUSTMENTS (THE "MAXIMUM LIABILITY LIMIT"); *PROVIDED, HOWEVER*, THAT THE MAXIMUM LIABILITY LIMIT SHALL NOT APPLY, AND A PARTY'S LIABILITIES AND OBLIGATIONS UNDER THIS AGREEMENT SHALL NOT BE SUBJECT, TO ANY FINANCIAL LIMITATION WHATSOEVER TO THE EXTENT SUCH LIABILITIES OR OBLIGATIONS:

(A)    [NOT USED]; OR

(B)    RELATE TO, OR ARISE FROM, ANY OF THE FOLLOWING:

**(I)**     GROSS NEGLIGENCE;

**(II)**    WILLFUL MISCONDUCT; OR

**(III)**   THE INTENTIONAL INFLICTION OF DAMAGE OR OTHER INJURY,

BY ANY OF CONTRACTOR GROUP OR COMPANY GROUP, AS APPLICABLE.

## ARTICLE XVI
## DISPUTE RESOLUTION

### 16.1  Negotiation and Mediation of Disputes and Disagreements

In the event of any dispute or disagreement arising out of or relating to the implementation or performance of this Agreement or the Work (including claims based in tort), either Party may provide a Dispute Notice to the other describing the nature of the dispute. Any dispute related to this Agreement shall be subject to the following dispute resolution process before a Party can proceed under Section 16.2:

(a)     Officers' Meeting. If the Parties have been unable to settle or agree upon a resolution within a period of thirty (30) Days after the date of a Dispute Notice, each Party shall nominate a senior officer of its management and the officers shall meet at a mutually agreed time and place not later than forty-five (45) Days after the Dispute Notice to attempt to resolve such dispute.

(b)     Mandatory Mediation. If a resolution of the dispute is not obtained within seventy (70) Days after the date of the Dispute Notice, then either Party may invoke a mandatory mediation by sending a Transmittal requesting such mediation. Such mediation shall be governed by the AAA Construction Industry Arbitration Rules and Mediation Procedures which are in effect upon the date when mediation is requested by a Party, with a single mediator selected by mutual agreement of the Parties, or by the AAA if the Parties fail to reach agreement on a mediator within thirty (30) Business Days of the Transmittal requesting mediation. The mediation session shall be commenced within ninety (90) Days of the selection of a mediator and shall be conducted in Houston, Texas, for one full Day. At least one officer of each Party shall attend the mediation session, and the Parties shall use their commercially reasonable and good faith efforts to resolve the dispute. The costs of mediation will be shared equally by the Parties.

(c)     Failure to Resolve Dispute. If the mediation fails to resolve the dispute or disagreement, or if the mediation fails to occur within ninety (90) Days of selecting a mediator, then the Parties shall have the right to proceed with their remedies under Section 16.2.

(d)     Suspension of Dispute Resolution Process. Company and Contractor may mutually agree in writing to suspend the dispute resolution process for all or part of any Dispute Notice or extend or otherwise modify the time periods set forth in Section 16.1 for resolution of a dispute.

### 16.2  Remedies

AFTER SATISFACTION OF THE MANDATORY OFFICERS' MEETING(S) AND MEDIATION(S) SET FORTH IN SECTION 16.1 (INCLUDING THE FAILURE OF THE MEDIATION TO OCCUR WITHIN NINETY (90) DAYS OF SELECTION OF A MEDIATOR OR SUCH OTHER TIME PERIOD AS MAY BE AGREED PURSUANT TO SECTION 16.1(D), EITHER PARTY SHALL HAVE THE RIGHT TO SEEK REMEDIES IN ARBITRATION AS FOLLOWS:

(a)    DISPUTES SHALL BE SUBMITTED TO BINDING ARBITRATION IN ACCORDANCE WITH THE FEDERAL ARBITRATION ACT AND THE CONSTRUCTION INDUSTRY ARBITRATION RULES OF THE AAA IN EFFECT AT THE TIME ARBITRATION IS COMMENCED, APPLYING THE SUBSTANTIVE LAWS OF THE STATE OF TEXAS (EXCLUSIVE OF ANY PRINCIPLES OF CONFLICT OF LAWS WHICH WOULD REQUIRE APPLICATION OF THE SUBSTANTIVE LAWS OF ANOTHER JURISDICTION).

(b)    ARBITRATION SHALL BE COMMENCED BY DISPUTE NOTICE (OR OTHER PROCESS REQUIRED BY THE AAA). THE ARBITRATOR(S) SHALL BE NEUTRAL ARBITRATORS AND SHALL BE SUBJECT TO THE AAA RULES OF CONFLICTS AND DISCLOSURES.

(c)    IN CONTRACTOR'S OR COMPANY'S DISCRETION AND AT THEIR RESPECTIVE OPTION, ANY ARBITRATION PURSUANT TO THIS SECTION 16.2 MAY BE JOINED OR CONSOLIDATED WITH ANY ARBITRATION INVOLVING ANY OTHER PERSON (I) NECESSARY TO RESOLVE THE CLAIM, DISPUTE, OR CONTROVERSY; OR (II) SUBSTANTIALLY INVOLVED IN OR AFFECTED BY SUCH CLAIM, DISPUTE, OR CONTROVERSY. CONTRACTOR WILL INCLUDE APPROPRIATE PROVISIONS IN ALL CONTRACTS IT EXECUTES WITH OTHER PARTIES IN CONNECTION WITH THE WORK TO REQUIRE SUCH JOINDER OR CONSOLIDATION.

(d)    THE ARBITRATOR(S) SHALL BE EITHER A FORMER JUDGE OR PRACTICING ATTORNEY IN THE STATE OF TEXAS AND SHALL BE BOUND TO APPLY THE SUBSTANTIVE LAWS OF THE STATE OF TEXAS (EXCLUSIVE OF ANY PRINCIPLES OF CONFLICT OF LAWS WHICH WOULD REQUIRE APPLICATION OF THE SUBSTANTIVE LAWS OF ANOTHER JURISDICTION).

(e)    THE ARBITRATOR(S) SHALL HAVE NO AUTHORITY TO AWARD TREBLE, EXEMPLARY, OR PUNITIVE DAMAGES OF ANY TYPE OR KIND REGARDLESS OF WHETHER SUCH DAMAGES MAY BE AVAILABLE UNDER ANY LAW OR RIGHT, SAVE AND EXCEPT FOR STATUTORY PROMPT PAYMENT PENALTIES OR INTEREST, WITH THE PARTIES HEREBY AFFIRMATIVELY WAIVING THEIR RIGHTS, IF ANY, TO CLAIM OR RECOVER OR CLAIM SUCH DAMAGES. THE ARBITRATOR(S) SHALL HAVE NO AUTHORITY TO MAKE AN AWARD IN EQUITY.

(f)    THE ARBITRATION HEARING(S) SHALL TAKE PLACE IN HOUSTON, TEXAS.

(g)    THE ARBITRATOR(S) SHALL RENDER A DETAILED, WRITTEN AWARD WHICH SHALL BE FINAL AND BINDING ON THE PARTIES TO THE ARBITRATION, AND JUDGEMENT UPON THE AWARD MAY BE ENTERED IN ANY COURT OF COMPETENT JURISDICTION.

(h)    IN THE EVENT THAT A PARTY TO THE ARBITRATION FAILS TO MAKE PAYMENT OF THE FEES AND EXPENSES INVOICED TO THAT PARTY BY THE AAA, AFTER OPPORTUNITY TO CURE, OR FAILS TO COMPLY WITH THE ORDERS OR INTERIM AWARDS OF THE ARBITRATOR(S), THE ARBITRATOR(S) SHALL HAVE THE AUTHORITY TO ENTER A DEFAULT AWARD, IN WHOLE OR IN PART, AGAINST THAT PARTY WITH RESPECT TO ANY OF THE CLAIMS ASSERTED BY OR AGAINST THE DEFAULTING PARTY.

### 16.3  Continuation of Services

Pending final resolution of any dispute (whether or not submitted to mediation or litigation hereunder), Company and Contractor shall continue to fulfill their respective obligations hereunder. Notwithstanding anything to the contrary, no Work or payment as otherwise due hereunder (subject to any right by Company to withhold under this Agreement) will be delayed or postponed pending resolution of any dispute or disagreement. It shall be a material breach of this Agreement for the Contractor Representative of Contractor to (a) make any statement in writing to the effect that Contractor intends to postpone any of the Work pending resolution of a dispute; or (b) condition its continued Work on receiving a certain settlement of a dispute or other relief. Contractor shall have no right to seek an injunction or other equitable relief that would have the effect of suspending or postponing

the Work. Instead, Contractor's exclusive remedy for breaches of this Agreement and torts related to the Work shall be to seek damages pursuant to this Article XVI.

### 16.4  Company's Right to Set Off Company's Damages

Contractor agrees that Company may set off against any payment due to Contractor hereunder any amount (including damages, warranty claims, and Indemnities) owed by Contractor to Company (or any member of Company Group) arising under this Agreement.

### 16.5  Fairness and Calculation of Liquidated Damages

Each Party acknowledges and agrees that Company or Contractor, as applicable, will suffer financial losses in case of any situation for which liquidated damages have been provided as a remedy in this Agreement, including Standby Compensation. The Parties have agreed to provide for liquidated damages because such financial losses will be difficult to calculate precisely. All liquidated damages herein are a fair and reasonable estimation of Company's or Contractor's expected financial loss, are not meant to serve as penalties designed to deter breach and reflect the Parties' assessment and estimate of Company's or Contractor's financial losses.

### ARTICLE XVII
### PROPRIETARY AND CONFIDENTIAL INFORMATION; INFORMATION SECURITY; PUBLICITY

### 17.1  Proprietary and Confidential Information

During the period commencing on the Effective Date and running until that date that is five (5) years after the later of (a) termination of this Agreement, or (b) date of Final Completion:

(a)     Neither Party  shall not, and Contractor shall cause the other  members of Contractor Group not to, disclose any Confidential Information of the other Party, except to such members of Company Group or Contractor Group that require the Confidential Information to perform their respective obligations under this Agreement, and each Party shall require that each member of the Company Group or Contractor Group, as the case may be, abide by this obligation Work (for purposes of clarity, a member of Contractor Group is permitted to disclose Confidential Information to another member of Contractor Group only to the extent such disclosure is required (in accordance with GIP) for such Person's portion of the Work); and

(b)     Each Party  shall, and shall cause respective members of the Contractor Group or Company Group, as the case may be, to, use or permit the use of the Confidential Information only for the performance of their respective obligations under this Agreement  and shall not use the Confidential Information for any other purpose whatsoever(for purposes of clarity, Contractor Group is permitted to use Confidential Information only to the extent such use is required (in accordance with GIP) for such Person's portion of the Work).

No later than thirty (30) Days after the Warranty Expiration, each Party shall cause respective members of Company Group or Contractor Group, as the case may be, to return all of the original Confidential Information of the other Party  and return or destroy all copies and reproductions of the Confidential Information, including any reports, notes, evaluations or similar documents (both written and electronic) in its possession and in the possession of Persons to whom it was disclosed. A member of Contractor Group may, however, retain (and may only retain) board or management papers, memoranda, approvals, minutes  or  other  records  that  (A)  contain  or  refer  to  any  Confidential

Information, and (B) such member of Contractor Group is required to retain in order to comply with Applicable Law (and only for the duration required by Applicable Law). Each Party will certify via a Transmittal to the other Party within thirty (30) Days after the Warranty Expiration that it has complied with the foregoing retention and destruction requirements of this Article XVII. It is understood and agreed that a Party's computer systems may automatically back-up Confidential Information disclosed to it under this Agreement. To the extent that such computer back-up procedures create copies of the Confidential Information, each Party may retain such copies in its archival or back-up computer records if such will be later destroyed in accordance with such Party's record retention and destruction policies, and which copies will be subject to the provisions of this Agreement until the same are destroyed. Each Party agrees: (I) to inform any member of Company Group or Contractor Group, as the case may be,  receiving Confidential Information of this Agreement's requirements regarding the disclosure and usage of Confidential Information; (II) to obtain an undertaking from such Person substantially the same as the one contained in this Article XVII; and (III) to assume responsibility for any violation of this Article XVII by any member of Contractor Group.

### 17.2  Notice Preceding Compelled Disclosure

If either Party is requested or required (by oral question, interrogatory, request for information or documents, subpoena, civil investigative demand, or other law or legal process) to disclose Confidential Information of the other Party, such Party shall promptly notify (via a Transmittal) the other Party of such request or requirement so that the other Party may seek an injunction or appropriate protective order, or grant a waiver of compliance with the provisions of this Agreement. If, in the absence of an injunction, protective order, or waiver either Party is, in the written opinion of counsel, compelled by law or legal process to disclose such Confidential Information, then such Party may disclose without liability the Confidential Information in question.

### 17.3  Security and Back-up Procedures.

In addition to Contractor's other obligations in this Agreement, Contractor will maintain, enforce, review and update, and will cause all members of Contractor Group to maintain, enforce, review and update, internal security and back-up procedures sufficient to ensure compliance by Contractor with the applicable Company policies and to protect Company Disclosed IP and all other Confidential Information of Company for which Contractor is responsible hereunder.

### 17.4  Breach Notification

Contractor shall promptly notify Company (and no later than within twenty-four (24) hours) of the discovery of a Security Incident at the following email address vendorbreach@enbridge.com and will take all reasonable steps to prevent such Security Incident from continuing or reoccurring, including co-operating with Company.  Each Party will reasonably assist the other Party in mitigating any potential damage or risk of liability.

### 17.5  Security Requirements

Either Party may periodically request that the other Party complete a questionnaire describing the privacy and cyber security measures used by the Party Contractor to protect the other Party's Confidential Information, and either Party may ask for further information related to such privacy security measures.  The requested Party will promptly complete the questionnaire within the allocated time. If either Party requests that the other Party provide a summary of any member of Contractor Group's or Company Group's, as the case may be, privacy policy, security policy or other similar documents, the other Party will promptly provide a summary of such policies, or controlled access to such policies, without charge to the requesting Party.

### 17.6  Restrictions on Public Announcements

Neither Party shall issue a press release, advertisement, publicity material, prospectus, financial document, or similar matter or participate in a media interview that mentions or refers to the Work or this Agreement without the other Party's prior written consent.

### 17.7  Company Brand

Neither Party shall not use the name of the other Party or any Affiliate thereof, or the fact that Contractor is performing services for Company, in any press releases, media statements, or public communications, or otherwise publicize this Agreement. Contractor shall not use Company Group's, and Company shall not used Contractor Group's, name, logos, copyrights, trademarks, service marks, trade names, or trade secrets in any way, and neither Party will be deemed to have granted the other Party a license of, or granted the other Party any rights in, any of the foregoing as a result of the execution of this Agreement.

### 17.8  Remedies

Money damages may not constitute an adequate remedy for any breach of this Article XVII. Accordingly, either Party may seek specific performance and injunctive relief as remedies for any breach, without any requirement of an officers' meeting or mediation. These remedies are not exclusive remedies for any such breach but are in addition to other remedies available at law or in equity to Company or Contractor, as the case may be.

### ARTICLE XVIII
### FINANCIAL SECURITY

### 18.1  Failure to Provide Financial Security

Contractor shall provide the financial security set forth in this Article XVIII. If at any time, Contractor fails to meet the requirements of this Article XVIII, then Company:

(a)  may withhold an additional amount of Invoice Payments due to Contractor (without accumulation of interest) equal to the value of such security until Contractor provides or restores the financial security required by this Article XVIII; and

(b)  may proceed at any time to terminate this Agreement for cause as set forth in Section 14.1.

**18.2  [NOT USED]**

**18.3  [NOT USED]**

**18.4  [NOT USED]**

**18.5  Creditworthiness of Contractor**

Company's obligations to reimburse Contractor for costs related to any performance security that may be subsequently requested by Company and agreed by Contractor shall at all times be based on amounts that would have been incurred if Contractor's credit rating were at least "A" by Standard & Poor's Corporation or "A2" by Moody's Investors Service. Notwithstanding any other provision in this Agreement, Contractor shall be responsible for any and all costs imposed on the issuances of the Bond(s) and Letter(s) of Credit due to Contractor, in each case if and as applicable, having a credit rating lower than the preceding.

**ARTICLE XIX**
**MISCELLANEOUS PROVISIONS**

**19.1  Entire Agreement**

This Agreement constitutes the sole and entire agreement and understanding between the Parties regarding the subject matter hereof and completely and entirely incorporates, subsumes, merges, supersedes, and terminates the RFP Communications and any and all prior agreements, instruments, documents, communications, correspondence, warranties, representations, and understandings, whether electronic, written, or oral, pertaining to the subject matter hereof.

**19.2  Joint Effort**

Preparation of this Agreement was a joint effort of the Parties. Accordingly, no Person should construe this Agreement more severely against one Party than the other Party.

**19.3  Captions**

The captions contained in this Agreement are for convenience and reference only, and do not define, describe, extend, or limit it in any way.

**19.4  Notice**

A Party giving a Dispute Notice or Transmittal for a matter related to this Agreement shall do so by using the following applicable information:

(a)    If an electronic means of Transmittal or Dispute Notice is unavailable, to Company:

> ENBRIDGE SOLAR (ELDORADO), LLC
> Address:          5400 Westheimer Court
>                   HOUSTON, TEXAS, 77056
> Attention:        FRANCISCO ARANGUREN, PROJECT MANAGER
> Phone:            780-995-6815
> E-mail Address:   ███████████████████

with a copy to

| | | |
|---|---|---|
| Address: | 1400 Westheimer Court | |
| | HOUSTON, TEXAS,77056 | |
| | Attention: WILL HALABI, SR.PROJECT MANAGER | |
| Phone: | 780-298-8163 | |
| E-mail Address: | ▮▮▮▮▮▮▮▮▮▮▮▮ | |

(b)    If a Transmittal or Dispute Notice is given to Company:

ENBRIDGE SOLAR (ELDORADO),LLC
Email Address:    ▮▮▮▮▮▮▮▮▮▮▮▮

(c)    If an electronic means of Transmittal or Dispute Notice is unavailable, to Contractor:

ROSENDIN ELECTRIC INC.
Address:    2777 Orchard Parkway
            SAN JOSE, CALIFORNIA 95134
Attention:    JAMES CRISAFULLI, OPERATIONS MANAGER
Phone:    571-643-9113
E-mail Address:    ▮▮▮▮▮▮▮▮▮▮▮▮

with a copy to

Address:    2777 Orchard Parkway
            SAN JOSE, CALIFORNIA 95134
Attention:    ROB MORENO, SENIOR VICE PRESIDENT
Phone:    562-237-8240]
E-mail Address:    ▮▮▮▮▮▮▮▮▮▮▮▮

(d)    If a Transmittal or Dispute Notice is given to Contractor:

ROSENDIN ELECTRIC INC.
Attention:    CARRIE MACINTOSH
E-mail Address:    ▮▮▮▮▮▮▮▮▮▮▮▮

Each Party may change its respective contact information in this Section 19.4 by notice (via a Transmittal) to the other Party, effective as of the date the other Party receives such notice (via a Transmittal).

### 19.5  Severability

The invalidity of one or more phrases, sentences, clauses, sections, or articles in this Agreement will not affect the validity of the remaining portions of this Agreement so long as the material purposes of this Agreement can be determined and effectuated. In order that the Parties may fully exercise their rights hereunder, such provisions of this Agreement that are required to ensure such exercise shall survive the termination, expiration, or cancellation of this Agreement for any cause whatsoever, including obligations to cooperate with investigations, audit rights, the warranty provisions of Article XI, the Indemnification provisions of Article XV, and the dispute resolution provisions of Article XVI.

### 19.6  Assignment

Company may assign this Agreement, in whole or in part, without Contractor's consent in connection with any financing or other financial arrangements. In addition, either Party may transfer its interest in this Agreement to any parent or Affiliate by assignment, merger, or

otherwise without the prior approval of the other Party; *provided, however*, that in such event, the assignor or transferor shall remain principally liable for and will not be relieved of or discharged from any obligations under this Agreement (without the consent of the non-assigning Party). Except as permitted in this Article XIX, neither Party may assign this Agreement to Persons without the prior written consent of the non-assigning Party. When properly assigned, this Agreement will be binding upon and will inure to the benefit of the successors and assigns of the respective Parties; *however*, any assignment not in accordance with this Article XIX will be void and without force or effect.

### 19.7  No Waiver

Either Party's waiver of any breach or delay or failure to enforce or compel strict compliance with any of the terms, covenants, conditions, or other provisions of this Agreement at any time shall not in any way affect, limit, modify, waive, or estop that Party's right thereafter to enforce or compel strict compliance with every term, covenant, condition, or other provision of this Agreement, any course of dealing or custom of the trade notwithstanding. To be effective, and to constitute an intentional relinquishment of any right under this Agreement, any waiver of any term, covenant, condition, or provision of this Agreement must be in the form of an Amendment to this Agreement that complies with the requirements of Article VI. The Parties represent, covenant, and acknowledge that only an Amendment to this Agreement explicitly waiving this Section 19.7 in its entirety shall constitute an intentional act or intentional conduct inconsistent with the terms of this Section 19.7, and that no other action or inaction by any member of Company Group or Contractor Group shall manifest any intent whatsoever to waive this Section 19.7.

### 19.8  Governing Law

THE CONSTRUCTION, VALIDITY, INTERPRETATION, PERFORMANCE, AND EFFECT OF THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF TEXAS (EXCLUSIVE OF ANY PRINCIPLES OF CONFLICTS OF LAWS THAT WOULD REQUIRE APPLICATION OF THE SUBSTANTIVE LAW OF ANOTHER JURISDICTION).

### 19.9  Further Assurances

Each Party agrees to (a) provide such information, (b) execute and deliver additional documents, and (c) take other actions necessary or reasonably requested by the other Party that are not inconsistent with other provisions of this Agreement and that do not obligate the other Party to furnish guarantees or other credit supports.

### 19.10 Counterparts

This Agreement may be executed by the Parties via scanned electronic file and in separate counterparts, each of which when so executed and delivered will be an original, but all such counterparts will together constitute but one and the same instrument.

### 19.11 Acceptance of Gifts or Other Gratuities

(a)     Company has a policy that prohibits all Persons engaged by Company from soliciting or accepting bribes, gifts, gratuities, favors, services, or anything of material value from any other Persons in any way connected with their work. Contractor represents, warrants, and covenants that it is, and will ensure that each member of Contractor Group is, aware of this policy. Contractor agrees that that Contractor will immediately remove the Persons violating this Company policy from the Work at Contractor's sole risk, cost, and expense. Nothing in this Section 19.11 will limit any of the rights or remedies otherwise available to Company under this Agreement.

(b) The Parties acknowledge and agree that Company's award of this Agreement to Contractor is in compliance with all anti-bribery and anti-corruption Applicable Laws, and is in no way intended to constitute a favor to any individual associated with Contractor or its owner(s). Payments made pursuant to this Agreement are not offered, paid, loaned, or promised to, and shall not be transferred to, any individual, including any manager, chief, member of council, or other elected official, officer, employee, or other representative of any Government Instrumentality (whether federal, state, municipal, or indigenous) or of any department or agency of such Government Instrumentality, or any owner, director, officer, employee, or representative of Contractor. Company's award of this Agreement is in no way connected with, nor intended to influence, any act, omission, or decision by any Public Official to obtain or retain an advantage in business or to secure any improper advantage or benefit to Company, either directly or indirectly through a third party.

### 19.12 Drug and Alcohol Policy

(a) Company does not condone in any way the use of illegal drugs or controlled substances. Company does not condone in any way the consumption of alcoholic beverages during the performance of the Work or any Person at the Site being under the influence of alcohol. Contractor will remove from the Site any Person under the influence of alcohol or in possession of alcohol, any illegal drug or controlled substance. In addition, where required by a Government Instrumentality having jurisdiction, Contractor shall have in place a drug and alcohol testing program meeting the requirements imposed by such Government Instrumentality having jurisdiction. Upon request, and provided same does not violate the terms of any collective bargaining agreement to which Contractor is bound (provided Contractor provides Company with a copy of such agreement), Contractor will furnish Company with copies of the records of employee drug and/or alcohol test results.

(b) Any Person employed or contracted by Contractor Group for Company under this Agreement, shall not be permitted to perform any Work nor be permitted to enter the Site following a post-incident drug and alcohol test required by the Department of Transportation or any other Government Instrumentality. Persons will be allowed to resume Work functions only once Company has received in writing confirmation of negative test results from Contractor.

(c) **CONTRACTOR WILL INDEMNIFY COMPANY GROUP FROM ANY AND ALL CLAIMS/LOSSES FOR ANY CLAIMS MADE BY ANY EMPLOYEE OF CONTRACTOR RESULTING FROM REMOVAL FROM THE WORK AS PROVIDED IN THIS ARTICLE XIX. IF CONTRACTOR FAILS TO COMPLY WITH THESE REQUIREMENTS, SUCH NONCOMPLIANCE WILL BE DEEMED A BREACH OF THIS AGREEMENT AND CONTRACTOR SHALL BE LIABLE FOR SUCH BREACH AS WELL AS FOR ALL DAMAGES ARISING OUT OF SUCH NONCOMPLIANCE.**

### 19.13 [NOT USED]

### 19.14 Non-Discrimination

**UNLESS EXEMPT, CONTRACTOR SHALL, AND SHALL CAUSE CONTRACTOR GROUP TO, ABIDE BY THE REQUIREMENTS OF 41 CFR §§ 60-1.4(A), 60-300.5(A) AND 60-741.5(A). THESE REGULATIONS PROHIBIT DISCRIMINATION AGAINST QUALIFIED INDIVIDUALS BASED ON THEIR STATUS AS PROTECTED VETERANS OR INDIVIDUALS WITH DISABILITIES AND PROHIBIT DISCRIMINATION AGAINST ALL INDIVIDUALS BASED ON THEIR RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, GENDER IDENTIFICATION OR NATIONAL ORIGIN. MOREOVER, THESE**

**REGULATIONS REQUIRE THAT COVERED PRIME CONTRACTORS AND SUBCONTRACTORS TAKE AFFIRMATIVE ACTION TO EMPLOY AND ADVANCE IN EMPLOYMENT QUALIFIED INDIVIDUALS WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, GENDER IDENTIFICATION, NATIONAL ORIGIN, PROTECTED VETERAN STATUS OR DISABILITY.** If applicable, Contractor shall, and shall cause Contractor Group to, abide by the requirements of 41 CFR § 61-300.10 regarding veterans' employment reports and 29 CFR Part 471, Appendix A to Subpart A regarding posting a notice of employee rights.

### 19.15 Contractor Assistance

Contractor acknowledges Company may, from time to time, reasonably request assistance from Contractor for those tasks that Company is required to perform as part of the Work. Contractor agrees to provide such assistance in any form reasonably required by Company, including:

(a)    <u>Site Access and Information</u>. Contractor shall permit engineers or any other authorized representatives of Company Group to inspect all Work, whether on-Site or off-Site, during reasonable times; *provided, however*, that Contractor may provide, and each such Person shall accept, reasonable safety measures implemented by Contractor. Contractor shall also promptly provide information reasonably requested by Company Representative, or any member of Company Group's authorized representatives.

(b)    <u>Financing Assistance</u>. At Company's expense, Contractor shall provide such assistance as Company may reasonably request in connection with obtaining financing, if any, for the Work as follows:

   (i)    Contractor agrees that it shall make available to Company any information relating to the status of the Work, including information relating to the construction and testing of the Facility, and such other matters as Company may reasonably request;

   (ii)    Contractor shall furnish such consents to assignment, certifications, and representations addressed to Company as may be reasonably requested by Company; and

   (iii)    Contractor shall cooperate with any independent engineers the Company may assign to the Project.

(c)    <u>No Adversarial Work</u>. No Person that is a member of Contractor Group (excluding Subcontractors) shall consult for or cooperate with any Person (other than Contractor or its Subcontractors) that is adverse to the interests of any member of Company Group, including due to a threatened or pending insurance claim, arbitration, lawsuit, investigation, proceeding, or other dispute. If any member of Contractor Group is contacted (including by email, telephone, oral question, interrogatory, request for information or documents, subpoena, civil investigative demand, or other law or legal process) by a Person that may be adverse to the interests of any member of Company Group in a pending insurance claim, arbitration, lawsuit, investigation, proceeding, or other dispute, Contractor shall promptly notify (via a Transmittal) Company of such request. If, in the absence of an injunction, protective order, or waiver Contractor is, in the written opinion of counsel, compelled by law or legal process to respond to such Person, then Contractor may respond without liability under this Section 19.15(c). For the avoidance of doubt, this Section 19.5(c) is not intended to, and shall not be construed to, limit Contractor's ability to conduct business with any competitors of Company.

(d)      <u>Other Assistance</u>. Contractor shall use reasonable efforts (including providing documents and information reasonably requested by Company Representative) to assist Company in its efforts to obtain the Governmental Authorizations described in this Agreement.

### 19.16 Non-Solicitation

Contractor represents that it shall not (a) recruit or (b) induce the termination of employment of, any Person employed by any member of Company Group.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their duly authorized representatives as of the Effective Date.

**ENBRIDGE SOLAR (ELDORADO), LLC**

By: _____

Name: Thomas M. Carbone

Title: Vice President, Power Business Development

**ROSENDIN ELECTRIC INC.**

By: _____

Name: Keith Douglas

Title: CEO

Attachment A-1: Scope of Work –

El Dorado Solar

—

**CONTENTS**

1.  General .................................................................................................... 4
2.  Location of Work ..................................................................................... 5
3.  Work Description ..................................................................................... 5
4.  Engineering ............................................................................................. 6
5.  Document Management ........................................................................... 7
6.  Plans, Studies, Drawings and Specifications ........................................ 7
7.  Array Optimization .................................................................................. 9
8.  Procurement ............................................................................................ 9
9.  Project Management Responsibility ...................................................... 10
10. Construction .......................................................................................... 11
11. Permanent works ................................................................................... 13
12. Substation Construction Requirements ............................................... 15
13. Receipt, Storage and Maintenance of Materials ................................. 17
14. Traffic and Roads ................................................................................. 17
15. Safety Management ............................................................................... 18
16. Environmental Management ................................................................. 18
17. Quality ................................................................................................... 20
18. Check-out, Pre-Commissioning and Pre-Energization ....................... 22
19. Training ................................................................................................. 23
20. Commissioning ...................................................................................... 23
21. Acceptance Testing .............................................................................. 25
22. Manuals ................................................................................................. 26

| ATTACHMENTS AND ADDENDA | |
|---|---|
| Addendum A-1A: | Company-Provided Materials & Authorizations |
| Addendum A-1B: | Company-Provided Preliminary Drawings and Technical Information |
| Addendum A-1C: | Contractor Drawings and Technical Information (Final Layout, Final Electrical Single Line Diagram, Control and Electrical System Diagram) |
| Addendum A-1D: | Site Map |
| Addendum A-1E: | Land Surveys |
| Addendum A-1F: | Title Reports |
| Addendum A-1G: | Geotechnical Report |
| Addendum A-1H: | Topographical Survey |
| Addendum A-1I: | Environmental Constraints Map |
| Addendum A-1J: | Environmental Assessments |
| Attachment A-2: | Key Persons |
| Attachment A-3: | Project Schedule and Reporting Requirements |
| Addendum A-3A: | Baseline Project Schedule, Baseline Manpower Chart and Baseline March Chart |
| Addendum A-3B: | Critical Milestone Dates |
| Addendum A-3C: | Project Control Reporting Requirements |
| Addendum A-3D: | Project Invoicing Requirements |
| Attachment A-4: | Health and Safety Requirements |
| Attachment A-5: | Company Policies |

1.  **General**

    1.1  All Work will be carried out in strict accordance with this Agreement. Contractor shall be responsible to Company for the quality of the Work and for carrying out the Work in a safe manner. When this Scope of Work sets forth a task that must be completed, such task includes all Work that is necessary or reasonably incidental to achieving such task, assuming the use of GIP. The omission of specific references to any aspects of the Work necessary to or reasonably incidental to complete the Work set forth herein so that it achieves Substation Mechanical Completion, Circuit Mechanical Completion, Performance Testing Completion, Substantial Completion, and Final Completion shall not be construed as releasing Contractor from completing same.

    1.2  Capitalized terms used but not defined herein shall have the meaning given in the Terms and Conditions or elsewhere in this Agreement where they are defined.

| Term | Definition |
|---|---|
| AC | Alternating current |
| Array | Means all or part of the PV system, including but not limited to equipment necessary to facilitate PV power generation and delivery of electricity such as modules, racking, Combiner Boxes, and wiring. |
| ATS | Acceptance Testing Specification |
| ASTM | American Society for Testing and Materials |
| BOS/BOP | "Balance of System" or "Balance of Plant", means all the equipment designed, procured and installed for the Project with the exception of the photovoltaic modules which are excluded form BOS/BOP. |
| CAPEX | Capital expenditure |
| Combiner Boxes | DC combiner box including without limitation UL listed enclosure, bus work, and overcurrent protection device(s) required to combine multiple direct current source circuits onto a single, larger, set of conductors |
| COD | Commercial Operation Date shall mean the date on which Company declares that the construction of the Plant has been substantially completed, and Contractor has complied and assisted Company to comply with all requirements set forth in the Interconnection Agreement and the ERCOT Resource Integration Process and applicable ISO Market Rules required for Company, and the Plant is ready for dispatch |
| SPCC | (Spill Prevention Countermeasures and Control |
| CSM | Company Supplied Material |
| CT | Current transformer |
| DAS | Data acquisition system |
| DC | Direct current |
| Design Life | 30 years. |
| DWG | Electronic data file format for AutoCAD drawings developed by Autodesk, Inc. |
| HV Facilities | All facilities related to and including the substation and the transmission line, as further delineated in Exhibit A |
| ISO | Independent System Operator |
| IA | Interconnection Agreement |

CONFIDENTIAL

| Term | Definition |
| --- | --- |
| kV | Kilovolts |
| kW | Kilowatts |
| kWh | Kilowatt hours |
| LOTO | Lock-out, tag-out |
| LBD | Load-Breaker Disconnect |
| LV | Low voltage, defined as less than 1,000 volts |
| MET Station | Meteorological station including sensors to record environmental conditions |
| Module Racking | A mechanical assembly of racking members used to support the PV modules and string wiring |
| MPP | Maximum power point |
| MV | Medium Voltage, defined as between 1,000 V and 35kV |
| NETA | National Electrical Testing Association |
| O&M | Operations and Maintenance |
| ONSF | On-site Sewage Facility |
| POD | Plan of the Day |
| Point of Interconnection (POI) | As defined in the Generator Interconnection Agreement |
| PV | Photovoltaic |
| QSE | Qualified Scheduling Entity |
| SCADA | supervisory control and data acquisition |
| SWPPP | Storm water pollution prevention plan |
| Test, Testing | Any visual, mechanical, electrical or functional inspection or examination required to confirm Materials, Equipment and/or systems have been installed in accordance with this Agreement, GIP, Applicable Laws, Codes and Standards, and manufacturer recommendations. |
| TPDES | Texas Pollutant Discharge Elimination System |
| TMY | Typical Meteorological Year |
| TSP | Transmission Service Provider |
| UL Listed | A product listing issued by a nationally-recognized testing laboratory, as defined in applicable agreement, certified by OSHA to perform product testing to the relevant Underwriters Laboratories standard |
| USAGE | U.S. Army Corps of Engineers (USACE) |
| Volt/VAR | Voltage/Volt-Amp Reactive control and reactive capability |
| WOTUS | Means "Waters of the United States" as defined in the Clean Water Act and regulations and amendments thereto. |

2.   **Location of Work**

| Project Site | Location |
| --- | --- |
| Eldorado | Callahan County, TX |

3.   **Work Description**

3.1   Without limiting the generality of this Agreement, Contractor shall provide all supervision, labor, utilities, services, Procurement Services, Engineering Services, Equipment, and Materials (except Company Supplied Materials), required to complete the Work set forth herein and achieve Substation Mechanical Completion, Circuit Mechanical Completion, Performance

CONFIDENTIAL

Testing Completion, Substantial Completion, and Final Completion. Contractor shall do each and every act and thing necessary to perform the Work in strict accordance with all Specifications, Drawings, Exhibits, GIP, and other requirements of this Agreement.

3.2 The Work performed will include Procurement Services, Engineering Services, Equipment, labor, and services necessary for the proper completion of all the Work as shown on the Drawings and herein specified. In general, this shall include all systems as may be required to make a complete and properly operating installation.

3.3 Only such items hereinafter specified or indicated on the Drawings as to be completed "by others" shall be considered to be completed by others. All other items are to be considered as part of this Scope of Work and required to be completed by Contractor.

## 4. Engineering

4.1 General – Contractor shall provide Engineering Services which includes the following:

4.1.1 Contractor shall engineer and design the entire Facility (excluding the design of CSM), including preparation of conceptual and integrated detailed design, in accordance with the Specifications, the Scope of Work, the CSM Agreement, the Interconnection Requirements and GIP, such that the Facility when constructed with such design and upon installation of the Materials will meet all the requirements described in this Agreement. The Contractor shall ensure that the engineering and design of the entire Facility is complete and, for greater certainty, the Contractor's obligation for engineering and design shall include any BOP requirements in order to integrate the CSM into the Facility.

4.1.2 Contractor shall provide a complete and functional Facility up to and including the Point of Interconnection.

4.1.3 Contractor shall design the facility to avoid impacts to WOTUS. Contractor will be provided locations of WOTUS. Company to complete Wetlands Delineation Study. Company to file initial ADJ with USACE, if necessary. If Contractor cannot avoid impacts to WOTUS, it shall complete additional surveys, obtain permits, and authorizations as required to construct the Facility.

4.1.4 Contractor shall design all aspects of the Facility to meet the minimum Design Life.

4.1.5 Contractor shall conduct any geotechnical, hydrological, or topographical review and/or study Contractor deems necessary to properly engineer and design the Facility.

4.1.6 Contractor must also meet Transmission Service Provider's schedules for submittal of drawings and technical documentation. Contractor shall provide upon request by Company and in a timely fashion any Materials technical data and/or drawing, as may be updated from time to time, required by the Company to meet the Transmission Service Provider's requirements.

4.1.7 All drawings required by Applicable Law or the Transmission Service Provider to be signed/stamped by a professional engineer (i.e., the Engineer of Record as applicable) shall be so signed/stamped by a professional engineer licensed by the State of Texas prior to submission to Government Instrumentalities and prior to construction and all As-Built Drawings shall be so signed/stamped.

4.1.8 Contractor shall prepare and provide engineering, design documents and information pertaining to the Facility required by a Government Instrumentality or the Company to assist Company in its efforts to obtain any Governmental Authorization which Company is required to provide in accordance with the Agreement.

4.1.9 Contractor is responsible for all electrical, instrumentation & controls, civil & structural, DAS/SCADA, telemetry and communications, and mechanical engineering, and design. All drawings, studies and documentation submitted to any authority having

jurisdiction shall be signed and sealed by a professional engineer registered in the State of Texas.

4.2 DC Cable Messenger System

4.2.1 Company acknowledges and approves the use of an above ground DC messenger system as contemplated by Exhibit B, Appendix Y Section 1.3.1.1, 1.3.3.1 and 1.3.2.3.1.  For clarity, Company has included its expressed consent to use such messenger system and waives the requirement for written approval.

4.2.2 Company acknowledges that the PV modules supplied by Company may not be provided with the same brand and model connector as contemplated in Appendix Y, Section 1.2.2.2.  Contractor shall provide connectors on its DC messenger system as may be appropriate for the proper connection of the modules.

4.3 Tracker System

4.3.1 Company acknowledges and approves the use of a battery/solar powered tracker system as contemplated by Exhibit B, Appendix C Section 3.3.11.20. For clarity, Company has included its expressed consent to use such tracker system and waives the requirement for written approval.

4.4 Inverter Step Up Transformers

4.4.1 Company acknowledges and approves the use of biodegradable oil in lieu of mineral oil as contemplated by Exhibit B, Appendix C Section 3.7.16. For clarity, this section 4.4.1. constitutes Company's express written consent to use such biodegradable oil.

## 5. Document Management

5.1 Contractor shall maintain and provide the Company an up-to-date printable index listing of all design documents, including Contractor specifications, Drawings, calculations, and revisions to As-Built Drawings, organized by document number, title and revision.

5.2 All engineering and design calculations prepared by Contractor during the design of the Project shall be made available for Company.  Such calculations shall include, but not limited to, structural, electrical, mechanical, instrumentation and control details.

5.3 All Subcontractor or other vendor documents received by the Contractor shall always be maintained by Contractor and available to Company.

5.4 In addition to the submittals made by Contractor in due course of project execution, Contractor shall submit a comprehensive design manual including all engineering drawings, calculations and analyses performed and all engineering documentation required in Exhibit B.

5.5 Contractor shall make all engineering documentation available in searchable PDF format.

5.6 Contractor shall make all drawings available in DWG and PDF format.

5.7 Contractor shall design and provide all detailed IFC, redline drawings and As-Built Drawings, Drawings, studies, reports and other deliverables as they related to Engineering Services with plans and specifications specific to the Project Site in the form of two (2) full size hardcopies (24" x 36"), five (5) half-size (11" x 17") hardcopies, one (1) .dwg format drawing set, one (1) .pdf format drawing set and one (1) .pdf format copy of each individual drawing page labeled with the drawing title.

## 6. Plans, Studies, Drawings and Specifications

6.1 Contractor shall create all necessary plans, studies, Drawings, and specifications required to procure and construct the Facility in accordance with the Specifications. Such plans, studies, Drawings, and specifications shall be in accordance with Exhibit B and include, but are not limited to, the following:

CONFIDENTIAL

6.1.1    Site preparation and demolition Drawings and plans;

6.1.2    Stormwater and pollution protection plan;

6.1.3    Site and grading drawings including drainage plans, geometrics, profiles, and sections in accordance with Exhibits A and B;

6.1.4    Civil specifications for materials, compaction, treatments, and other elements of the civil design in accordance with Exhibit B;

6.1.5    Drawings and specifications for access roads and fencing in accordance with Exhibit B;

6.1.6    Drawings and specifications for equipment foundations and containments for transformers, inverters, PV module tracker components, and other equipment including thickness, concrete specifications, reinforcement schedules, and subgrade preparation requirements in accordance with Exhibit B;

6.1.7    Drawings and specifications for Module Racking foundations including axial and lateral field-testing requirements in accordance with Exhibit B and PV module tracker Materials supplier;

6.1.8    Calculations, analyses, and third-party review, where required, of all engineering documents;

6.1.9    Contractor shall symbolize line work in design documents as follows:

6.1.9.1.    Above ground electrical wires and associated improvements shall be shown in green lines; and

6.1.9.2.    Below grade electrical wires and associated improvements shall be shown in red lines;

6.1.10    Design studies in accordance with Exhibit B including:

6.1.10.1.    Layout

6.1.10.2.    Resource assessment based on Company provided Typical Meteorological year (TMY) and software for photovoltaic system (PVSyst) design settings;

6.1.10.3.    Interconnection studies;

6.1.10.4.    AC and DC arc-flash assessment;

6.1.10.5.    Utility protection system coordination;

6.1.10.6.    Facility protection design philosophy, settings, and coordination;

6.1.10.7.    Cable sizing and ampacity study;

6.1.10.8.    Insulation coordination study;

6.1.10.9.    Harmonic and power quality assessment;

6.1.10.10.    Electrical loss study;

6.1.10.11.    AC and DC electrical design and calculations;

6.1.10.12.    Transformer inrush;

6.1.10.13.    AC fault safety study;

6.1.10.14.    Grounding design;

6.1.10.15.    Volt/VAR control and reactive capability;

6.1.10.16.    Facility security and monitoring provisions;

6.1.10.17.    Specifications for PV module tracker equipment in accordance with Exhibit B;

6.1.10.18.    Specifications for central inverters and medium voltage step up transformers in accordance with Exhibit B;

6.1.10.19.    Drawings and specifications for AC and DC collector systems in accordance with Exhibit B;

6.1.10.20.    Drawings and specifications for LV and MV AC and DC electrical equipment in accordance with Exhibit B;

6.1.10.21.    Drawings, specifications, functional descriptions and control narratives for Facility control in accordance with Exhibit B;

6.1.10.22. Drawings and specifications for O&M building in accordance with Exhibit B; and

6.1.10.23. Drawings and specifications for transformers, switchyard, and interconnection in accordance with Exhibit B.

## 7. Array Optimization

7.1 Contractor shall complete a resource assessment in accordance with Exhibit B. In completing such assessment, Contractor shall optimize the array design parameters (e.g., pitch, DC overbuild, AC inverter capacity) based on:

7.1.1 Company provided PV modules;

7.1.2 interconnection requirements, grid limitations, reactive power requirements and inverter temperature derates (as it relates to AC capacity);

7.1.3 Associated change in contract price (BOP CAPEX);

7.1.4 Project buildable area for land constraints; and

7.1.5 Contractor's PVsyst model using Company provided Typical Meteorological year (TMY) and software for photovoltaic system design (PVSyst) model settings.

7.2 As instructed by Company, prior to detailed design calculations and any procurement activities, except for those specifically authorized in any Company issued Limited Notice to Proceed, Contractor shall provide an optimization memo that must include:

7.2.1 A range of discrete design parameters valid for the proposed buildable area using the preliminary layout as a benchmark (e.g., overbuild range of 1.26:0.02:1.5, GCR range 28%:2%:40%, AC overbuild from 1.0 :1.05:1.3);

7.2.2 A high-level BOP CAPEX estimate for each design permutation;

7.2.3 A high-level energy yield estimate for each design permutation.

7.3 Work with Company to determine the optimum design parameters and layout for the Facility.

## 8. Procurement

8.1 Contractor shall procure, expedite, and transport all Materials and Spares, other than CSM, to the Site for incorporation into the Facility by the Contract Group.

8.2 All Materials and spares shall be new, unused, and provided in strict conformance with the Specifications and any other applicable requirement of the Agreement.

8.3 Prior to shipment to Site, Contractor shall perform pre-shipment inspections and testing of the certain Materials and spares in accordance with the Specifications including, but not limited to, the following:

8.3.1 Central inverters including medium voltage step-up transformers; and

8.3.2 DAS/SCADA, Power Plant Controller, and Human-Machine Interface (HMI).

8.4 Contractor shall provide Company sufficient notice, no less than sixty (60) Days, prior to commencement of the pre-shipment inspections noted in this section.

8.5 Contractor shall not be required to provide warranty as stipulated in Appendix C, Section 3.6.42. Appendix C, Section 3.6.42 shall be deleted and replaced with the following:

8.5.1 Inverters, MV transformers and switchgear shall have a minimum 5-year manufacturer's warranty covering defects and workmanship that provides for all shipping costs, parts and labor required to replace or repair warranty-eligible failures. The inverter supplier shall either send replacement product to the Company or shall dispatch technicians to the Site in order to perform on-site repair. The inverter supplier shall allow Company to remove and replace replacement products shipped to the site

which inverter supplier does not install under its warranty provisions without voiding or altering the warranty provided on the inverter or the replacement product.

8.5.2  All other equipment provided by the inverter supplier, such as re-combiners, combiners, communication, monitoring, and control equipment shall have a minimum 2-year manufacturer's warranty covering defects and workmanship that provides for all shipping costs, parts and labor required to replace or repair warranty-eligible failures.

8.5.3  Inverter or other supplied equipment warranty shall allow for unlimited usage at full rated power during the term of the warranty.

8.5.4  Notwithstanding any other provision in the Agreement, Contractor shall obtain a warranty against Serial Failure from the inverter supplier. Such warranty shall be applied any time an aggregate of five percent (5%) or more of the total purchased quantity of inverter component contains the same defect at any time during the first year following Substantial Completion and 10% or more during the second year following Substantial Completion of the Project. The inverter supplier shall conduct a root cause analysis of the Serial Failure and replace all defective inverter or other supplied equipment components whether such inverter or other supplied equipment components have previously failed or may fail in the future due to the same defect. Rosendin will make best efforts to receive an agreement from Inverter Supplier to extend this beyond 2 years.

8.5.5  All warranty durations shall initiate at Substantial Completion.

8.5.6  All warranties shall be assigned to the Company at the earlier of (i) a time contemplated by the Agreement or (ii) prior to the expiry of Warranty Period defined in the Agreement.

8.6  Contractor shall not be required to supply inverters that meet the requirements of FCC Part 15 Subpart A for compliance with emission limitations for unintentional transmitters as contemplated in Appendix C, Section 3.6.9. Contractor shall remain responsible to ensure any unintentional transmission (from the inverter) shall not interfere with any wireless network on the Site including networks associated with tracker control, teleprotection, site security or site operations as contemplated in Appendix C, Section 3.6.9.

## 9. Project Management Responsibility

9.1  Contractor shall provide a competent and experienced project manager, project engineer, and Site manager (Project Superintendent) for the Work.

9.2  Contractor shall also provide personnel trained and experienced in the use and application of scheduling systems and cost control techniques whose responsibility will be the monitoring of progress, team performance metrics, and issuing progress reports.

9.3  The Contractor project manager responsibilities include:

9.3.1  Acting as the single point of contact with Company's Representative for day-to-day correspondence exchange, decision making, and general Company-Contractor interface.

9.3.2  Coordinating of engineering, procurement, construction, and BOP commissioning activities of the Work including interfaces with other contractors.

9.3.3  Maintaining project monitoring and control tools which evaluate progress and the expenditure of man-hours and costs for engineering, procurement, and construction.

9.3.4  Maintaining Project procedures manual and issuing reports and schedules to document, monitor and plan performance of the Work.

9.3.5  Coordinating, represent and document meetings of Contractor, Subcontractor, and Company.

9.3.6    From and after the Effective Date until Project Final Completion has been achieved, Contractor shall hold weekly progress meetings with Company and Company's representative(s) to assess and verify actual progress, to predict future progress, and to review, and, if possible, resolve, any issues related to engineering, permitting, procurement, construction, or testing that Company or Contractor may wish to discuss. Contractor shall ensure representatives in attendance from Contractor Group have the authority to make binding decisions.

9.3.7    In addition to and not in lieu of weekly report required by this Agreement, Contractor shall provide a look-ahead schedule a minimum of one (1) Business Day prior to weekly progress meetings.

9.3.8    Upon mobilization to Site, Contractor shall implement a daily POD meeting led by Contractor and with full participation from Contractor Group to be conducted on the Project Site with an agenda including review of safety, environmental, and that Day's work task including a review of engineering, material, and labor requirements necessary to accomplish the tasks. The POD meeting shall also cover the activities completed the previous day to actualize and compare against the previous day's plan of activities. For the avoidance of doubt, Company Group must be allowed attendance and participation in the daily POD meetings.

9.3.9    The Contractor shall issue a monthly progress report in the first week of each month, for the duration of the Agreement, which will contain the following information as a minimum:

9.3.9.1.    Executive summary;

9.3.9.2.    Up-to-date Work list including activities for next month (one month look ahead);

9.3.9.3.    Project reporting including a detailed Contractor's Project Schedule and status, forecast, and critical path analysis, and float activity reports;

9.3.9.4.    Procurement/expediting/receiving status;

9.3.9.5.    Design/engineering status;

9.3.9.6.    Drawings status;

9.3.9.7.    Specification status;

9.3.9.8.    Studies;

9.3.9.9.    Construction progress;

9.3.9.10.    Curves for planned progress versus actual progress;

9.3.9.11.    Construction Equipment report;

9.3.9.12.    Progress photographs;

9.3.9.13.    Safety report summary;

9.3.9.14.    Quality control/assurance report;

9.3.9.15.    Minutes of Prior month's monthly progress meeting;

9.3.9.16.    Change Order status;

9.3.9.17.    Description and status of all open items.

## 10. Construction

10.1 General

10.1.1    Contractor shall perform any required improvements to the Site necessary for the Final Completion of the Facility in accordance with this Agreement and return any temporary work areas to their original state, and Contractor acknowledges that such improvements will be a condition for the achievement of Final Completion.  For purposes of the previous sentence, the term "original state" shall include the following measures: stripping and stockpiling the topsoil, removing all Hazardous Substances

brought on to the Site by Contractor Group, and the removal of all Equipment or materials for which the Contractor is responsible (including imported materials such as clay, geotechnical barriers, and gravel and other granular material), and re-grading any temporary work areas to the same grade and seeding it with the same type of grass as existed prior to the commencement of the Work.

10.1.2 Contractor shall perform the Work in strict accordance with the issued for construction drawings, specifications and documents issued by Contractor as contemplated in this Attachment A-1. All deviations from the Drawings, Specifications and Agreement will be properly documented per Contractor's Quality Program and addressed in accordance with the Agreement.

10.1.3 Contractor shall provide marking and labeling for the Equipment and CSM all of which shall be in full conformance with all requirements specified in Exhibit B.

10.1.4 Contractor shall provide all temporary road signs (e.g., stop signs, speed limits, yield, directions, DOT signage, etc.), flag persons or Equipment as required by the Government Instrumentality and Contractor IIPP to safely execute the Work. Contractor shall submit their proposed signage plan fifteen (15) Days in accordance with Government Instrumentality requirements, in such a fashion to not impact the schedule of work.

10.1.5 For the avoidance of doubt, Contractor shall furnish and install all road signage, safety signage and Equipment signage meeting all naming requirements specified in Exhibit B and as reasonably requested by the Company.

10.2 Temporary Facilities

Contractor shall provide all temporary facilities required during construction including, but not limited to, the following:

10.2.1 Installing and maintaining lunchrooms, office facilities and meeting areas as required by Contractor until Final Completion;

10.2.2 Installing and maintaining temporary sanitary facilities;

10.2.3 Construction power and distribution;

10.2.4 Site communications including radios, radio repeaters, internet with applicable WiFi network(s);

10.2.5 Lighting;

10.2.6 Maintain dumpsters and personnel to ensure a clean site free of rubbish;

10.2.7 Temporary traffic control at site as required to complete the Work and as required by the local Governmental Instrumentality;

10.2.8 Temporary parking facilities at Site;

10.2.9 Site security;

10.2.10 First aid, safety and accident prevention Equipment;

10.2.11 Provide temporary fire protection as required. All fire protection shall be subject to the approval of the local fire department authorities;

10.2.12 Compliance to site approved dust suppression and erosion control for all work areas;

10.2.13 Storm water quality requirements during construction;

10.2.14 Provide Company temporary site facilities. From the date of Contractor's mobilization to Site, until the Substantial Completion date, the Contractor shall provide, maintain and remove and restore as necessary, facilities to support site activities of Company Group but not necessarily limited to:

10.2.14.1. Company Office Facilities. Contractor shall erect and maintain sufficient separate field office facilities for Company Group personnel near Contractor's Site administrative offices at no additional cost to the Company. Contractor shall furnish one ea. 60' x 24' double-wide field office trailer, with

the following features: Four offices with desks, chairs, shelves and filing cabinets; central conference room with tables and chairs; color copier/ printer (capable of printing 11" x 17") with wi-fi connectivity; internet service via (security-enabled) wireless; toilet, vanity, and associated plumbing and waste removal facility; potable water cooler/dispenser, refrigerator, coffee maker, and microwave; a large screen television (minimum size of 65") with capability for wireless pc projection and WiFi internet connectivity; 'white boards' for each office (minimum 36" x 48" size) and two for central conference room area. Contractor will be responsible for providing potable water, cleaning (minimum once per week), waste removal, copier maintenance and repair, including toner. The services provided for the Company will be at the same level as those of the Contractor. Company will furnish consumables, paper and other office supplies.

10.2.14.2. Parking. Contractor shall provide parking space adjacent to the Company office facilities for a minimum of 10 vehicles belonging to Company Group.

10.2.15   Contractor shall provide additional facilities as required for inspection of the project by authorized agencies and personnel.

## 11. Permanent works

11.1   Contractor shall construct the Permanent works in strict accordance with the issued for construction drawings, specifications and documents issued by Contractor for construction, the Materials manufactures' installation instructions and recommendations, Contractor's Quality Program and GIP. Construction Work shall include, but are not limited to, the following:

11.1.1    all required survey work;

11.1.2    any geotechnical, hydrological, or topographical review and/or study Contractor deems necessary to properly engineer, design and construct the Facility;

11.1.3    all clearing and grubbing work to remove of all trees, brush, bushes, stumps, roots, surface boulders and piled boulders located within the work area;

11.1.4    all excavating, backfilling, filling, and compacting of soils as required by Contractor's design. Soils and granular material re-used on site shall be in accordance with Contractor's geotechnical engineer's recommendations;

11.1.5    all temporary shoring required: (i) for personnel protection or (ii) to support existing features and adjacent work areas or (iii) to prevent settlement or other damage to surrounding areas and structures;

11.1.6    installation and maintenance of temporary dewatering equipment. Discharge of water shall be in accordance with Contractor's SWPPP and Environmental protection plan;

11.1.7    supply, installation, maintenance, and removal of all required SWPPP and erosion control measures required by the Agreement;

11.1.8    dust control at the Site through Final Completion. Contractor shall prevent the spread of dust during its operations, where reasonably feasible, including but not limited to dust from unpaved traffic and haul routes adjacent to the Site. Contractor shall moisten all surfaces with water to reduce the risk of dust becoming a nuisance to the public and neighbors.  Contractor shall furnish all labor and equipment necessary for dust control including but not limited to tank trucks and hoses to apply water.  Use only dust control mixtures approved by the local Governmental Instrumentalities and Company. Contractor shall conform to all requirements of Governmental Instrumentalities;

11.1.9    demolition and/or disposal of all structures, facilities or equipment within the Site;

11.1.10  demolition or relocation any existing utilities as needed to perform the Work.

11.1.11  construction and installation of new utilities as required;

11.1.12  capping of water wells within the work area;

11.1.13 construction, maintenance and repair of all permanent and temporary roads on the Site;

11.1.14 development and implementation, where required by the local Government Instrumentality, a traffic and public safety management plan to provide appropriate traffic control and to ensure public safety which may be affected by the Contractor Group's performance of the Work;

11.1.15 excavating, backfilling, filling, and compacting of soils as required;

11.1.16 foundation installation including, as applicable:

11.1.16.1. driven piles;

11.1.16.2. helical piers;

11.1.16.3. micropiles;

11.1.16.4. concrete piers;

11.1.16.5. shallow/deep concrete (formed and poured, pre-cast);

11.1.17 construction and installation Main Power Transformer containments;

11.1.18 installation PV Module Racking system installation with associated control equipment;

11.1.19 installation of PV modules. PV modules will be organized into distribution bins. Based on CSM module schedules, Contractor shall install the modules in such a way that bin module mixing is minimized. For clarity, the design focus will be on blocks of the same bin class. Mixing will only occur if it is necessary, due to final module count;

11.1.20 installation inverters including Medium Voltage step up transformers;

11.1.21 installation MET Stations;

11.1.22 construction and installation of DC collector system;

11.1.23 construction and installation of AC collector system;

11.1.24 installation of transformer(s), switchyard equipment and tie line to the Point of Interconnection. This includes completion of the activities associated with CSM:

11.1.24.1. Contractor shall complete all work referenced in the CSM Agreement(s) as "by Others", "by Purchaser", "by Designer/Installer", "Purchaser Mounted Devices", "by Buyer" marked on a drawing as "PC" (Purchaser Connection), or listed in the CSM Supplier contract documentation as not included in the CSM Agreement(s).

11.1.24.2. Contractor shall identify work of the CSM Supplier that is not in compliance with the requirements of the CSM Agreement(s) based on Site observations and documents submitted by the CSM Supplier(s) and request the applicable CSM Supplier to correct such non-compliant work in accordance with the terms of the applicable CSM Agreement.

11.1.24.3. Any portions of the CSM that are to be field run and/or field tested (including for example, any CSM pipe or cable shipped loose that is to be fitted, welded, and installed at the Site, as the case may be) shall be field run and installed by Contractor so as to comply with all requirements of the CSM Agreement and the CSM Supplier.

11.1.24.4. Contractor shall determine Deficiency List items in coordination with CSM Supplier and Company.

11.1.24.5. Contractor shall coordinate with the CSM Supplier pursuant to the CSM Agreement, all performance tests, demonstration tests, functional tests and other tests required or desirable in connection with the CSM, as applicable. Contractor shall promptly notify Company of the failure of any of the CSM to perform as required under the CSM Agreement. Where appropriate, Contractor shall provide Company with its assessment of the relative responsibility of the CSM Supplier contributing to any delay under the Agreement or contributing to the failure of the Facility to achieve Substation Mechanical Completion, Circuit Mechanical Completion, Performance

---

CONFIDENTIAL

Testing Completion, Substantial Completion, or Final Completion under the Agreement. Contractor shall also advise Company of any event or occurrence under the CSM Agreement which, based on information known at the time, could reasonably be expected to give rise to a change order under the CSM Agreement.

11.1.24.6. Contractor shall be responsible for managing the utilization of the technical advisors including coordinating the utilization of the technical advisors including scheduling of timing and technical discipline. Contractor shall not request such assistance to the extent such requests would exceed the assistance that the CSM Supplier has agreed to provide under the CSM Agreement without Company's prior approval.

11.1.25   Installation of metering and relay protection;

11.1.26   Installation of all plant control systems including DAS, SCADA, power plant controller, HMI, etc.;

11.1.27   Installation of all data communications cables and network management devices required to fully integrate Facility digital communications and control networks. Digital communication shall include Company's remote operations center and the Transmission Service Provider. Such devices shall include, without limitation:

11.1.27.1. Ethernet switches (copper and fiber optic);

11.1.27.2. Routers;

11.1.27.3. Firewalls; and

11.1.27.4. Media converters.

11.1.28   construction and installation of O&M Building including the provision of water and sewage facilities as further defined in Exhibit B. Such O&M Building shall accommodate twelve (12) permanent staff and shall be sized in accordance with Exhibit B, Appendix M, Section 4.1 (Table 2). Treated well water and septic facilities are acceptable;

11.1.29   construction and installation site fencing and security equipment;

11.1.30   construction and installation of fire protection and detection systems.

## 12. Substation Construction Requirements

12.1   Contractor shall supply of all labor, equipment, supervision and materials and fully construct the complete substation for the Project, including offload, installation, dress-out, testing, first fill, interconnection of the main power transformers for the Project and other required equipment necessary to fully interconnect the Facility to the POI, including the Gen-tie transmission line.

12.2   Contractor shall complete the Work in accordance with the specifications and includes but not limited to the following:

12.2.1   Steel dead-end structure outfitted with National Electrical Manufacturer's Association (NEMA) four-hole pads for connection to Utility's three-phase conductors and suspension insulators ("Substation Dead-end");

12.2.2   Connection jumpers to fully interconnect Substation Dead-End to utility switchyard;

12.2.3   All breakers, disconnect switches, check metering, and protective relaying;

12.2.4   All 34.5 kV AC collection system secondary disconnect switches, breakers, and protective relaying;

12.2.5   All instrument transformers including voltage and current transformers;

12.2.6   Secondary service power transformer;

12.2.7   Surge arrestors;

12.2.8   Reactive compensation and harmonics filtering Equipment (if required)

12.2.9   New control building;

12.2.10   Steel structures, bus-work, jumpers, insulators, and fittings;

12.2.11 Yard lighting that is down-shielded and automatic

12.2.12 Civil works including but not limited to all grading, excavations, foundations, piers, environmental/oil containment and monitoring (if required) for main power transformer, road access, perimeter fencing, perimeter fence gates, isolation panels (if required), final grades, and permanent rock surfacing;

12.2.13 Below-grade work including but not limited to all grounding, conduit/raceway, Trenwa (if required), control cable, and fiber;

12.2.14 Miscellaneous above-grade work including but not limited to all above-grade conduit/raceway, grounding, conductor, and terminations

12.2.15 Generator Tie Line (Gen-tie)

12.3 Contractor provided control building shall include all required materials, equipment, relays required to fully operate the Project substation and shall include the following at minimum:

12.3.1 Main power transformer protection relays and equipment;

12.3.2 Breaker control and bus protection relays and equipment;

12.3.3 Transmission line protection relays and equipment;

12.3.4 AC collection system bus protection relays and equipment, breaker control and protection relays and equipment. As a part of the project substation relay protection, Contractor shall provide a bus differential scheme;

12.3.5 DC battery system (including charger) as required in Exhibit B;

12.3.6 DC distribution panel;

12.3.7 AC distribution system including automatic transfer switch for back-up 120/240V service. Contractor shall lead coordination with local distribution power company to provide adequate 120V services to the control building;

12.3.8 Heat, Ventilation and Air Conditioning (HVAC) system;

12.3.9 Lighting;

12.3.10 Adequate space to accommodate inverter manufacturer SCADA metering, server and communications Equipment;

12.3.11 Adequate space for Company SCADA metering, server, and communications Equipment;

12.3.12 Contractor shall ensure the control building contains an appropriate number of breakers and power outlets are allotted for all required Equipment, relays, and communications racks for Contractor and CSM;

12.3.13 Additionally, Contractor shall furnish and install two (2) spare four-gang power outlets;

12.3.14 Control network Equipment including but not limited to: ethernet switches, fiber optic media converters, drop cables/patch cords/connectors, DC power inverter, dedicated AC power circuit and any other Company furnished Equipment;

12.3.15 Network and power, to provide the operating conditions suitable for the equipment housed within the control building;

12.3.16 Revenue class metering;

12.4 Contractor shall provide complete Project substation commissioning and testing as necessary and required to provide a fully functional HV Facility in accordance with the agreement. Commissioning shall include but is not limited to the following:

12.4.1 High Voltage insulation, resistance and power factor testing;

12.4.2 Ratio and polarity test of all current and voltage transformers;

12.4.3 Secondary current and voltage injections to verify instrument transformer secondary wiring;

12.4.4 Burden tests on current circuits;

12.4.5 Complete functional testing, including simulated tripping via secondary current injection;

12.4.6 Calibrating all metering and protective devices and installing their settings;

12.4.7 Visual inspection;

12.4.8 Inspect and check all bolted connections with calibrated torque wrench;

12.4.9 Measure resistance of high voltage windings;

12.4.10 Exciting current testing on each phase of current transformers;

12.4.11 Bushing power factor, capacitance and hot collar testing;

12.4.12 Sampling and testing insulating oil;

12.4.13 Contact resistance testing across switchblades and fuse holders;

12.4.14 Measure resistance across fuses on 34.5kV system;

12.4.15 Phase-to-phase and phase-to-ground insulation resistance testing on each circuit breaker pole; closed and open.

12.4.16 Grounding / fall or potential testing

12.4.17 Complete testing of the substation SCADA system including, but not limited to ensuring proper communication and integration with the PV Array, SCADA system, and all communication required between the Project and the utility.

12.5 Contractor shall coordinate all test activities with Company or Company's representative. For purposes of clarity, Company is responsible for primary coordination and interaction with TSP, QSE and/or ISO. Contractor shall support and provide information as needed for interconnection.

12.6 All testing may be witnessed by Company, Company's representatives and any other persons as may be designated by Company. Contractor shall use test forms conforming to GIP and specific to the application, in a form acceptable to Company.

## 13. Receipt, Storage and Maintenance of Materials

13.1 Contractor shall off load and store all Materials in accordance with the Agreement.

13.2 From the time that Materials, including CSM, are delivered to the Site and until Substantial Completion, Contractor shall properly receive, store, and maintain all Materials as required by the Materials manufacturers and/or CSM Supplier(s).  The cost of all inspection, maintenance, testing, and temporary facilities, including off site storage, covered storage and temporary power supplies, necessary inspection, maintenance, and testing, as required by the Materials manufacturers and/or CSM Supplier(s), shall be at the cost or expense of Contractor.  Any defect arising from Contractor's failure to properly store and maintain all Materials shall be promptly corrected by Contractor to Company's satisfaction at Contractor's sole expense without entitlement to a Change.

13.3 Should Contractor wish to store or warehouse Materials Off-Site, Contractor shall notify the Company of the storage location.  Contractor shall arrange for such storage or warehousing and Contractor shall bear all costs (including costs of insurance and security) associated with any such storage and warehousing off the Site. Any of Contractor's Materials placed in off-site storage shall not be considered delivered for the purposes of invoicing.

13.4 Should Contractor store CSM off-Site, risk of loss for such CSM will transfer to Contractor at the off-Site location in accordance with the Agreement.

## 14. Traffic and Roads

14.1  Non-interference.

14.1.1 Contractor shall carry out the Work so as not to interfere unnecessarily or improperly with access to or use of public or private roads, footpaths or of properties whether in the possession of Company or of any other Person.  Contractor shall liaise with, and

---

ascertain the requirements of, all Government Instrumentality in relation to vehicular access to from the Site and any temporary construction lands and shall comply with those requirements.

14.2    Damage prevention and repair.

14.2.1    Contractor shall use all reasonable means to prevent damage to any road, highway or bridge by any traffic of Contractor Group.  In particular, but without limitation, Contractor shall select routes, choose and use vehicles, and restrict and distribute loads so that any such traffic as will inevitably arise from moving Equipment and Materials to and from the shall be limited as far as reasonably possible, and so that no damage will be caused to roads, highways and bridges.  Contractor shall be responsible for the routing for its delivery of heavy or large loads to the Site.

14.2.2    Contractor shall survey existing roads approaching/leaving the Site and provide Company with a pre-construction road condition report.

14.3    Contractor shall repair all damage caused by Contractor to the as-found condition or better. For avoidance of doubt, Contractor shall ensure all vehicle traffic may be able to access all Primary access roads without the need of special equipment and in accordance with the associated Road Damage and Repair Agreements. Compliance with Site leases and easements, and Company's local road use agreements.

14.3.1    The Contractor agrees to perform the Work in a way that allows the Company to be in compliance with and to fulfill its obligations under any Site leases or easements, and any local road use agreements to which Company is a party.

14.3.2    Contractor shall ensure all access roads and site access features are accessible by all Project vehicles, equipment, delivery vehicles, in wet or dry weather any time of the year, without assistance.

## 15.  Safety Management

15.1    Contractor shall maintain and administer an adequate safety management system

15.2    All Site safety statistics, per the Contractor Safety Plan, shall be submitted by Contractor to Company monthly.

15.3    Contractor Group Safety Management.

15.3.1    Contractor shall, and shall cause the Contractor Group, to comply with the Contractor safety program. Contractor shall undertake audits and inspections of the Work to verify that the Contractor Group is complying with the requirements of the Contractor safety program requirements. Contractor shall provide the Company copies of all audit reports and promptly notify the Company of corrective actions needed to be implemented by the Contractor Group to ensure compliance with the safety program.

15.4    Company Rights of Intervention.

15.4.1    Company retains the right to audit the Work and the Site for compliance with the Contractor's safety program.

15.4.2     Company shall be entitled to participate, and Contractor shall cooperate with Company in any investigation of a safety incident when conducted by any Government Instrumentality;

15.4.3    At the Company discretion, Company retains the right to review and approve corrective actions identified by the Contractor arising from safety performance deficiencies.

## 16.  Environmental Management

16.1    Environmental Program.

CONFIDENTIAL

16.1.1    Contractor shall provide sufficient qualified personnel to successfully establish, implement and administer environmental management program, acceptable to Company that details how the Contractor will (i) design and implement stormwater and groundwater controls, (ii) implement best management practices for federal and state listed threatened and endangered species, (iii) environmental constraint map, (iv) manage aggregates and spoils from excavations, (v) monitor temporary environmental control measures required by environmental requirements from Government Instrumentality, Applicable Laws, Government Authorizations and/or the Agreement, (vi) identify and manage environmental spills, and (vii) document the clean-up and remediation process.

16.2    Stormwater, Groundwater and Groundwater Control.

16.2.1    Contractor shall implement a stormwater and a groundwater control plan, in accordance with the Environmental management program, to ensure compliance with Applicable Laws and Government Authorizations prior to any discharge of groundwater on or off the Site. Company shall not be responsible for any costs associated with the stormwater and a groundwater control plan including additional temporary works, storage or treatment effluent that may be required to meet the requirements of the stormwater and groundwater control plan. Such control plan shall include the proper management of run-off from excavated spoils, imported aggregates and fill, and snow from plowing activities. No groundwater or stormwater contained in temporary retention or detention ponds shall be discharged from the Site without Company's prior written consent.

16.2.2    Contractor shall undertake all dewatering required to complete the Work and as required by Applicable Laws and requirements of the Agreement.

16.3    Excavations, Soils and Aggregate Control.

16.3.1    Contractor shall develop and implement an excavations, soils and aggregate management plan, in accordance with the environmental management program. Contractor's plan must ensure that all soils from excavation activities and imported soils and aggregates be maintained within the boundaries of the Site. Company shall not be responsible for any costs associated with the management plan including additional handling that may be required by Contractor. No excavated Materials shall be transported off Site without Company's prior written consent. Contractor may request permission to remove soils or other excavated Materials for constructability reasons. Company, at its sole discretion, may allow the removal of the soils or other excavated Materials to a landfill or other suitable depository after the soils are tested for contaminants. Contractor shall bear the cost for testing of all such soils or other excavated Materials that Contractor wishes to remove from the Site.

16.4    Spills and environmental reporting.

16.4.1    The Contractor shall promptly report all spills to the Company and report all spills to relevant Government Instrumentality as required by Applicable Law. The Company shall be entitled to participate, and Contractor shall cooperate with Company in any investigation of an Environmental incident, when conducted by any Government Instrumentality or by Company.

16.4.2    Contractor shall, and shall cause the Contractor Group, to comply with the Environmental program. Contractor shall undertake audits and inspections of the Work to verify that the Contractor Group is complying with the requirements of the Environmental program. Contractor shall provide the Company copies of all audit

CONFIDENTIAL

reports and promptly notify the Company of corrective actions needed to be implemented by the Contractor Group to ensure compliance with the Environmental program.

16.5 Environmental program compliance.

16.5.1 In addition to Company's rights pursuant to Section 3.8(c) of the Terms and Conditions, at Company's sole discretion, the Company shall be entitled to audit the Work, and the Site for compliance with the environmental program. If requested, the Contractor Group will participate in any Company environmental audit and implement all reasonable recommendations in a timely manner.

## 17. Quality

17.1 General

17.1.1 Contractor shall provide detailed a detailed quality plan, including procedures and forms, to the Company for formal review, comment, or disapproval no later than sixty (60) Days after Notice to Proceed. At a minimum, the quality plan shall:

17.1.1.1. identify personnel responsible for quality assurance and quality control inspections for all areas of the Project including engineering, procurement, construction, commissioning, start up and turn over;

17.1.1.2. detail the roles and responsibilities of all quality personnel;

17.1.1.3. detail procedures for inspections of on Site and off-Site activities by Contractor Group;

17.1.1.4. detail quality control procedures including inspection, audit and non conformance forms to be in conformance with Exhibit B.

17.1.1.5. detail procedures for the collection, organization and maintenance of all Project QA/QC documentation;

17.1.1.6. detail procedures for the identification and correction of defects by Contractor Group;

17.1.1.7. detail procedures for complying with the care and maintenance procedures of Materials and CSM; and

17.1.1.8. detail procedures for ensuring satisfaction of the requirements related to electrical safety.

17.2 Company Review of Quality Plan

17.2.1 Company shall have up to ten (10) Business Days from its receipt of the quality plan and each procedure or form to issue to Contractor written comments regarding, proposed changes to, and/or written disapprovals.

17.2.2 If Company does not issue any comments, proposed changes or written disapprovals within ten (10) Business Days, then Contractor may proceed with the plan or each procedure or form as submitted; provided, however, that Company's lack of disapproval of, or failure to comment on, any portion of the plan and each procedure or form shall not in any way be deemed: (A) to limit or in any way alter Contractor's responsibility to perform and complete the work associated with the plan, procedure or form in accordance with the requirements of this Agreement or (B) to constitute an approval by Company of any portion of the work associated with the plan, procedure or form.

17.2.3 In the event that Company disapproves the plan, procedure or form, Company shall provide Contractor with a written statement of the reasons for such rejection within the time period required for Company's response, and Contractor shall provide Company with revised and corrected plan, procedure or form as soon as possible thereafter.

17.2.4    Provided that Company has not disapproved of the plan, procedure or form submitted in accordance with paragraph above, such plan, procedure or form shall be used to perform the work associated with the plan, procedure or form.

17.2.5    Contractor shall implement a quality plan to ensure the necessary measures are taken to ensure the project meets requirements of the Agreement.

17.3  Audit of Quality Plan

17.3.1    Company may perform an audit of the quality plan at any point during the Work. All quality assurance / quality control documentation shall be made available to Company on an ongoing basis and without notice.

17.3.2    Contractor shall perform inspections and field quality control testing throughout the construction process including:

17.3.2.1.    Assessing existing conditions

17.3.2.2.    Construction installation placement and qualification measurements

17.3.2.3.    Final inspections and tests

17.3.2.4.    Any testing required in accordance with Exhibits A and B

17.3.2.5.    Testing shall comply with Applicable Laws and Codes and Standards.

17.3.2.6.    Testing shall include, but is not limited to:

17.3.2.7.    Commissioning and acceptance testing requirements of Exhibit B;

17.3.2.8.    National Electrical Testing Association (NETA) Acceptance Testing Specification (ATS) standards;

17.3.2.9.    Confirmation of racking system anchoring design parameters;

17.3.2.10.    Concrete compressive strength testing for all poured concrete, in accordance with American Society for Testing and Materials (ASTM) C39, and ACI 318;

17.3.2.11.    Any other tolerance requirements as outlined in the approved engineering drawings and/or manufacturer's recommendations.

17.4  Special Quality Requirements

17.4.1    Torque

17.4.1.1.    Contractor shall ensure all fasteners are torqued properly according to the manufacturer or licensed engineer's instructions.

17.4.1.2.    Torque marks shall be provided on all structural fasteners and electrical terminations to indicate torque has been verified unless shear bolt style fasteners are utilized or as prohibited by the manufacturer. Torque marks shall be properly marked over all moveable fasteners and extend to the fixed part of equipment.

17.4.1.3.    Proper torque shall be achieved using calibrated torque wrenches. Electric and air-driven tools shall not be relied upon to provide final torque without such calibration.

17.4.1.4.    Contractor shall compile a torque chart for the Project that includes the required torque settings for all fasteners and electrical terminations.

17.4.1.5.    Contractor shall coordinate and document all quality assurance / quality control requirements and inspection and test results.

17.4.2    Mock-Up of Initial Assemblies

17.4.2.1.    Contractor shall utilize a "mock-up" approach where one row (including a complete "table" or structural assembly consisting of at least two piles and a representative sampling of all structural and mechanical elements, including the drive, mechanical system and controls (for trackers, e.g. multiple piles, torque tube section, module rails, modules, module attachment, motor, gearbox, bearings, dampers, inclinometers, battery and battery management

CONFIDENTIAL

system, controllers, etc.), and modules, string wiring, grounding system, a combiner box or string inverter (as applicable) is completed and available for review by Company. Company shall be notified five (5) Business Days prior to completion of the "mock-up" row. Such an approach will allow all parties to agree on the wire-management approach taken. Final "mock up" row selection is subject to change based on adherence to CSM delivery schedule.

17.4.2.2. Contractor shall engage the Company to witness or review of the quality assurance / quality control inspection and testing results. At minimum, the Company will perform quality assurance / quality control of the following. The Company may elect to perform additional quality assurance / quality control in accordance with applicable agreement:

17.4.2.2.1.    "Mock-up" row as described above;

17.4.2.2.2.    Backfill of first trench;

17.4.2.2.3.    of each trench type (allowing for witness/inspection of location, depth, width, bedding, conductor configuration and spacing, grounding system and backfill);

17.4.2.2.4.    Installation of poured concrete foundations;

17.4.2.2.5.    Installation of pre-cast concrete foundations;

17.4.2.2.6.    Installation of inverters and transformers;

17.4.2.2.7.    Fence Installation;

17.4.2.2.8.    AC cable installation;

17.4.2.2.9.    Install piles - inverter;

17.4.2.2.10.   Install piles – racking;

17.4.2.2.11.   Inverter conduit rough-in;

17.4.2.2.12.   Install Load-Breaker Disconnect (LBD) box;

17.4.2.2.13.   Install racking;

17.4.2.2.14.   Install PV modules & source wire terminations ("plug and play");

17.4.2.2.15.   Install inverter pile cap;

17.4.2.2.16.   Install module String harness and plug in;

17.4.2.2.17.   Install DC Feeders;

17.4.2.2.18.   Install modules harness - module to module;

17.4.2.2.19.   Install junction boxes;

17.4.2.2.20.   Messenger system installation;

17.4.2.2.21.   Road subgrade;

17.4.2.2.22.   Road aggregate;

17.4.2.2.23.   Terminate DC at LBD;

17.4.2.2.24.   Terminate DC at inverter;

17.4.2.2.25.   Set inverter;

17.4.2.2.26.   Fiber terminations;

17.4.2.2.27.   AC terminations – MV landing;

17.4.2.2.28.   Wire management; and

17.4.2.2.29.   DC transition rack.

## 18.  Check-out, Pre-Commissioning and Pre-Energization

18.1  General

18.1.1  Contractor shall be responsible for performing all Work necessary to Checkout and pre-commission the Facility on a system-by-system basis, for all systems, in order to demonstrate the completeness of the installation work, and to ensure that all Materials

CONFIDENTIAL

and CSM can be safely energized and commissioned in accordance with GIP and this Agreement. The Contractor shall provide documentation of such Checkout in accordance with the quality plan including the records of installation, test results, and other verifications including all requirements detailed in Exhibit B.

18.1.2 Contractor shall provide Company a Checkout, pre-commissioning and pre-energization schedule prior to the start of any Checkout, Pre-commissioning and pre-energization activities for Company review and comment.

18.1.3 Contractor shall complete all Checkout, pre-commissioning and pre-energization required by the TSP and/or Independent System Operator (ISO) including verifications and acceptance tests in accordance with transmission system and/or ISO commissioning checklists.

18.2 Checkout, Pre-commissioning and Pre-energization Plan, Procedures and Forms

18.2.1 Contractor shall provide detailed a detailed Checkout, pre-commissioning and pre-energization plan, including procedures and forms, to Company for review, comment, or disapproval prior to start of any commissioning. Such procedures shall be in conformance with the Materials manufacturer's or CSM Supplier's requirements, Exhibit B, Interconnection Requirements and/or GIP. The latest edition of Codes and Standards, in effect at the time the work is executed, shall be used. The commissioning plan shall include all relevant testing required to demonstrate compliance with the Facility's interconnection requirements.

18.3 Company Review of Checkout, pre-commissioning and pre-energization plan

18.3.1 Company shall have up to ten (10) Business Days from its receipt of the Checkout, pre-commissioning and pre-energization plan and each procedure or form to issue to Contractor written comments regarding, proposed changes to, and/or written disapprovals.

18.3.2 If Company does not issue any comments, proposed changes or written disapprovals within ten (10) Business Days, then Contractor may proceed with the plan or each procedure or form as submitted; provided, however, that Company's lack of disapproval of, or failure to comment on, any portion of the plan and each procedure or form shall not in any way be deemed: (A) to limit or in any way alter Contractor's responsibility to perform and complete the Work associated with the plan, procedure or form in accordance with the requirements of this Agreement or (B) to constitute an approval by Company of any portion of the Work associated with the plan, procedure or form.

18.3.3 If Company disapproves the plan, procedure or form, Company shall provide Contractor with a written statement of the reasons for such rejection within the time period required for Company's response, and Contractor shall provide Company with revised and corrected plan, procedure or form as soon as possible thereafter.

18.3.4 Provided that Company has not disapproved of the plan, procedure or form submitted in accordance with paragraph above, such plan, procedure or form shall be used to perform the Work associated with the plan, procedure, or form.

## 19. Training

19.1 Contractor shall conduct the training described in Exhibit B and provide sufficient training facilities to facilitate such training including training for CSM by the CSM Suppliers.

## 20. Commissioning

20.1 General

20.1.1 Contractor shall be responsible for performing all Work necessary to commission the Facility to ensure that all Materials and CSM are safely energized and will operate in accordance with GIP and this Agreement. The Contractor shall provide documentation of such commissioning in accordance with the quality plan including the records of commissioning, test results, and other verifications including all requirements detailed in Exhibit B.

20.1.2 Contractor shall provide Company a Commissioning schedule prior to initiating any commissioning and start-up activities for Company review and comment.

20.1.3 The Contractor shall be responsible for fully commissioning the Facility in accordance with Exhibit B.

20.1.4 Contractor shall complete all commissioning and testing, including all required transmission system and/or ISO verifications and acceptance tests in accordance with transmission system and/or ISO commissioning checklists. ISO to provide Commissioning schedule prior to the start of any pre-commissioning, start-up, checkout or commissioning activities. Company is responsible for primary coordination and interaction with ISO. Contractor shall support and provide information as needed for interconnection commissioning and testing.

20.1.5 The Contractor shall be responsible for coordinating with third parties, including the relevant TSP, to ensure the efficient and timely acceptance of the Work.

20.1.6 Contractor Group's personnel performing the Work shall be qualified by virtue of training and experience for the type of Work performed, and shall be familiar with the Equipment under test. Contractor Group's personnel shall be trained in the nature of the hazards involved and shall be capable of judging the serviceability of the Equipment.

20.1.7 A complete report (commissioning test report) of all testing shall be provided. As a minimum, the report shall include all information described in applicable sections of the latest approved and published version of NETA and ATS and copies of all testing records.

20.1.8 Test results that fall within the guidelines of NETA and ATS are considered acceptable in the absence of manufacturer guidelines, unless otherwise specified.

20.1.9 Contractor is to be responsible to ensure remote operation capability of inverters and other critical equipment from Company's remote operations center.

20.1.10 Contractor shall not be responsible for completing infrared scans as contemplated in Appendix F, Section 8.5. For clarity, Appendix F, Section 8.5 is deleted.

20.2 Commissioning Plan, Procedures and Forms

20.2.1 Contractor shall provide detailed a detailed commissioning plan, including procedures and forms, to Company for review, comment, or disapproval prior to start of any commissioning. Such procedures shall be in conformance with the Materials manufacturer's or CSM Supplier's requirements, Exhibit B, Interconnection Requirements and/or GIP. The latest edition of Codes and Standards, in effect at the time the work is executed, shall be used. The commissioning plan shall include all relevant testing required to demonstrate compliance with the Facility's interconnection requirements.

20.3 Company Review of Commissioning Plan

20.3.1 Company shall have up to ten (10) Business Days from its receipt of the plan and each procedure or form to issue to Contractor written comments regarding, proposed changes to, and/or written disapprovals.

20.3.2    If Company does not issue any comments, proposed changes or written disapprovals within ten (10) Business Days, then Contractor may proceed with the plan or each procedure or form as submitted; provided, however, that Company's lack of disapproval of, or failure to comment on, any portion of the plan and each procedure or form shall not in any way be deemed: (A) to limit or in any way alter Contractor's responsibility to perform and complete the Work associated with the plan, procedure or form in accordance with the requirements of this Agreement or (B) to constitute an approval by Company of any portion of the Work associated with the plan, procedure or form.

20.3.3    In the event that Company disapproves the plan, procedure or form, Company shall provide Contractor with a written statement of the reasons for such rejection within the time period required for Company's response, and Contractor shall provide Company with revised and corrected plan, procedure or form as soon as possible thereafter.

20.3.4    Provided that Company has not disapproved of the plan, procedure or form submitted in accordance with paragraph above, such plan, procedure or form shall be used to perform the work associated with the plan, procedure or form.

20.3.5    The commissioning plan shall include procedures to support LOTO for all the operating modes to support the safety plan.

## 21. Acceptance Testing

21.1    Testing and Acceptance.

21.1.1    Prior to the acceptance of Substantial Completion by Company, Contractor shall successfully perform Capacity and Availability Tests further described in Exhibit B (Appendix G-2);

21.1.2    Prior to the acceptance of Final Completion by Company, Contractor shall successfully perform an Energy Test further described in Exhibit B (Appendix H);

21.1.3    Contractor shall provide detailed test protocols for Company review prior to start of any testing including tests required for Substantial Completion or Final Completion including:

21.1.3.1.    the capacity and availability tests to be conducted prior to Substantial Completion; and

21.1.3.2.    the Energy Test to be conducted prior to Final Completion.

21.1.4    The Contractor shall be fully responsible for testing the completed Facility in accordance with the acceptance test plans prior to Substantial Completion or Final Completion as applicable.

21.1.5    Contractor shall not be required to run at continued operation, without intermittency or downtime, including any unintended inverter derating, for 100% of the Availability Test Measurement Period as contemplated by Appendix G-2, Section 5.3.4. Contractor shall be required to run at continued operation, without intermittency or downtime, including any unintended inverter derating, for 99.6% of the Availability Test Measurement Period

21.2    Company Review of Testing Plans

21.2.1    Company shall have up to ten (10) Business Days from its receipt of each plan and each procedure or form to issue to Contractor written comments regarding, proposed changes to, and/or written disapprovals.

21.2.2    If Company does not issue any comments, proposed changes or written disapprovals within ten (10) Business Days, then Contractor may proceed with the plan or each procedure or form as submitted; provided, however, that Company's lack of disapproval of, or failure to comment on, any portion of the plan and each procedure or form shall not in any way be deemed: (A) to limit or in any way alter Contractor's responsibility to

CONFIDENTIAL

perform and complete the work associated with the plan, procedure or form in accordance with the requirements of this Agreement or (B) to constitute an approval by Company of any portion of the work associated with the plan, procedure or form.

21.2.3   In the event that Company disapproves the plan, procedure or form, Company shall provide Contractor with a written statement of the reasons for such rejection within the time period required for Company's response, and Contractor shall provide Company with revised and corrected plan, procedure or form as soon as possible thereafter.

21.2.4   Provided that Company has not disapproved of the plan, procedure or form submitted in accordance with paragraph above, such plan, procedure or form shall be used to perform the work associated with the plan, procedure or form.

21.2.5   Contractor shall provide ten (10) Business Days' notice of all acceptance tests so Company can provide an appropriate representative to witness the testing.

## 22.  Manuals

22.1   Contractor shall provide a comprehensive Facility manual, which shall contain the following as a minimum:

22.2   Project overview and As-Built Drawings, including:

22.2.1   PV module database complete with model number, serial number, inverter level location based on module deployment plan, power and voltage rating, flash test data, etc. for all modules;

22.2.2   BOP database in Excel compatible formats (e.g., .XLSX, .CSV) complete with model number, serial number, applicable rating for all Materials or Equipment including but not limited to inverters, transformers, switchgear and breakers;

22.2.3   Studies and reports, including:

22.2.4   Commissioning reports, test reports, inspection reports and quality assurance / quality control documentation;

22.2.5   Acceptance test reports;

22.2.6   Independent laboratory test results;

22.2.7   quality assurance / quality control documentation;

22.2.8   Applicable permits, including:

22.2.9   Company permits specified in Exhibit A, Attachment A-1, Addendum A-1A: Company-Provided Materials & Authorizations, Section 2: Company-Provided Authorizations;

22.2.10   Contractor permits specified in Exhibit A, Attachment A-1, Addendum A-1A: Company-Provided Materials & Authorizations, Section 3: Contractor-Provided Authorizations;

22.2.11   Permit compliance matrix detailing the permits required by the Project, including permits required during operation, at each level of Governmental Instrumentality, the conditions of such permits, and the status of compliance;

22.2.12   Applicable inspection certification from Governmental Instrumentalities.

22.3   Warranties for all Contractor-provided Materials and Equipment that will form part of the Facility or the title to which will otherwise be transferred to Company as part of the Work;

22.4   Operations and local HMI guide;

22.5   Contractor shall provide a comprehensive operating manual, detailing all services to be provided through the duration of the life of the Facility;

22.6   Complete Project manual and operating manual shall also be submitted to Company;

22.7   Submission of manuals and turnover record should be in conformance with Exhibit B;

22.8   O&M Manuals, including:

22.8.1   For all Materials or Equipment which will require operation and maintenance by Company, Contractor shall provide an O&M manual for review nine (9) calendar

---

months prior to the Substantial Completion. Company shall review and comment on the O&M Manual(s) in accordance with the Agreement.

### Addendum A-1A: Company-Provided Materials & Authorizations

## 1. COMPANY SUPPLIED MATERIALS

| Description of the Materials | Location of Materials | Date Materials are to be made available to Contractor | Company Deliverable: YES OR NO |
|---|---|---|---|
| (1) Main Power Transformer (Two (2) high voltage transformers 345/34.5 kV with a capacity of 235-250 MVA each) | DDP at site | December 2024 | Yes |
| (2) Runergy Hyperion Solar Modules (module type and technology information will be provided vis RFP Addendum once available). Specifically 241,678 of 575W and 559,889 of 580W at a delivery rate of no less than 45 trucks per week or 25,110 modules per week. | DDP at site | July 6th, 2024 – February 8th, 2025 | Yes |
| 3 Trina Solar Modules. Specifically 3,255 645w, 45,570 650w, and 2,323w 655w. | DDP at site | TBD but no later than June 1st, 2024 | Yes |

## 2. COMPANY PROVIDED AUTHORIZATIONS

| Description of the Authorization | Date authorization is to be made available | Company Deliverable: YES OR NO |
|---|---|---|
| (1) Authorization for Utility Installation Across Highway ROW of the State of Texas | Nov 2023 | Yes |
| (2) Letter/Resolution regarding Callahan County Zoning, Permits, Road Crossing Permits, and Subdivision Rules | Nov 2023 | Yes |
| (3) County Road Crossings/Authorizations | Nov 2023 | Yes |
| (4) Texas Department of Licensing and Registration Well Driller Report | Within sixty (60) Days of completion of drilling a well | Yes (if required) |
| (5) Flood Zone Development Permit | Nov 2023 | Yes (if required) |
| (6) Standard Form Market Participant Agreement with ERCOT | Prior COD* | Yes |
| (7) Completion of Parts 1 through 3 of the New Generator Commissioning Checklist | Prior COD* | Yes |
| (8) Filing of IA** with ERCOT | After full execution of IA** | Yes |
| (9) Compliance review of IA pursuant to Section 16.5 of ERCOT Protocols | Prior to Substantial Completion | Yes |
| (10) Filing of IA** with PUCT | Within thirty (30) Days following execution of IA | Yes |

Notes:

## 2. CONTRACTOR PROVIDED AUTHORIZATIONS

Contractor shall apply for and obtain all required applicable permits, excluding the Company provided authorizations identified above, in order to construct, install, commission, and test the Facility in accordance with the Agreement.

Contractor shall provide all required design documents and engineering support required for the Company to perform obligations in accordance with the Interconnection Agreement, applicable Codes and Standards, and requirements of any Company provided authorizations.

| Description of the Authorization | Date authorization is to be made available |
|---|---|
| (1) SPCC (Spill Prevention Countermeasures and Control) Plan for Construction | Within 1 week of Effective date |
| (2) SWPPP | Within 1 week of Effective Date |
| (3) Texas Pollutant Discharge Elimination System ("TPDES") Construction Storm Water Discharge General Permit | Within 1 week of Effective Date |
| (4) Air Quality Standard Permit for concrete batch plant | Prior construction start date (if required) |
| (5) Rock Crusher Standard Permit for BOP Contractor | Prior construction start date (if required) |
| (6) General Permit to Discharge Wastes, TXG110000, under Section 402 of the Clean Water Act and Chapter 26 of the Texas Water Code for Concrete Batch Plant for batch plant, if necessary | Prior construction start date (if required) |
| (7) Permit to Construct Access Driveway on State Highway | Prior to construction within ROWs |
| (8) Approval of On-site Sewage Facility ("OSSF") | Prior construction start date (if required) |
| (9) Groundwater drilling and/or production permit | Prior construction start date (if required) |
| | |

**Addendum A-1B: Company-Provided Preliminary Drawings and Technical Information**

The following preliminary Drawings and technical information have been provided to Contractor and shall be deemed to be incorporated into the Agreement.

| Document Name | Document Type |
|---|---|
| **Reports and Surveys** | |
| Project Design Description | |
| TMY solar resource | |
| Eldorado and Deville Preliminary Geotechnical Report | Geotechnical Report |
| 1.13.7.8 ALTA – 41730.005-910V-XTOPO | Land Survey Report |
| 1.13.7.8 ALTA – Cadillac Boundary North | Land Survey Report |
| Cadillac Roitsch Pro Forma v1 | Title Report |
| Cadillac TEB Pro Forma v1 | Title Report |
| Eisenhower Pro Forma v1 | Title Report |
| Hawkins Pro Forma v1 | Title Report |
| McWhorter Pro Forma v1 | Title Report |
| Pruet FINAL Combined Commitment v2 | Title Report |
| S D Eisenhower Pro Forma v1 | Title Report |
| Terry Johnson Pro Forma v1 | Title Report |
| William Earp Pro Forma v1 | Title Report |
| 41730.005-910V-XPSRF.dwg | Topographical Survey |
| 41730.005-910V-XTOPO | Topographical Survey |
| 41730.005-910V- XPSRF_155b1.mms | Topographical Survey |
| 41730.005-910V- XPSRF_155d2.mms | Topographical Survey |
| 41730.005-910V-IMAGE.dwg | Topographical Survey |
| **Environmental** | |
| 2023-03-30 NonBuildable Area | kmz file |
| 73913 Eldorado Solar _Phase I ESA _20220908 | Assessment Report |
| Draft DesktopAquaticResourcesMemo_ElDoradoSolar_05202022 | Technical Memorandum |
| El Dorado Cultural Resources Desktop Review | Report |
| Eldorado Aquatic Features | Zip file |
| Eldorado Solar - Aquatic Features | kmz file |
| Eldorado Solar - Preliminary Jurisdictional Analysis Map - Combined | |

CONFIDENTIAL

**ATTACHMENT A-2**: KEY PERSONS

| Name | Position and Description of Responsibilities |
|---|---|
| James Crisfaulli | Operations Manager |
| RJ Hackley | Division Manager |
| Jim Haber | Operations Manger |
| Steve Eichelberger | General Superintendent |
| Shawn Hanff | Area Superintendent |
| Josh Ryland | Senior Project Manager |
| Scott Dagner | Senior Project Manager |
| Liana Galayda | Project Manager |
| Brian Hamilton | Project Manager |
| Jason Gonzales | Project Manager |
| Chase Williams | Project Superintendent |
| Matthew Torres | Project Manager |

**ATTACHMENT A-3**: **PROJECT SCHEDULE AND REPORTING REQUIREMENTS**

**Addendum A-3A**: Baseline Project Schedule, Baseline Manpower Chart and Baseline March Chart

<span style="color:red">Baseline Project Schedule is a Contractor Deliverable that will be added to the Contract Documents by Change Order upon acceptance by Company.</span>

---

**Addendum A-3B**: Critical Milestone Dates

The following table sets forth the Critical Milestones and the Critical Milestone Dates. All of the Critical Milestone Dates represent actual tasks and dates that are stated in the Baseline Project Schedule attached as Addendum A-3A. The failure of Contractor to complete any Critical Milestone by the corresponding Critical Milestone Date set forth below constitutes a material default under the Agreement.

| Critical Milestone | Description of Critical Milestone | Critical Milestone Date | Liquidated Damages apply? | Liquidated Damages calculation |
|---|---|---|---|---|
| Substation Mechanical Completion | The date by which Substation Mechanical Completion shall be achieved. | 9/8/2025 | No | |
| Circuit Mechanical Completion | The date by which Circuit Mechanical Completion will be achieved. | 12/31/2025 | No | |
| Performance Testing Completion | The date by which Performance Testing will be achieved. | 12/31/2025 | Yes | As Defined in the Article 12, Section 12.2 (a), (b), (c) and (d) |
| Substantial Completion | The date by which Substantial Completion shall be achieved. | 12/31/2025 | Yes | |
| Final Completion | The date by which Final Completion shall be achieved. | 4/1/26 | No | |

**Addendum A-3C**: Project Control Reporting Requirements

## Table of Contents

**Page**

1    Purpose....................................................................................................... 35
2    Definitions ................................................................................................. 35
3    Contractor Project Control Resource Requirements.................................... 36
4    Reporting Requirements and Frequency...................................................... 36
         4.1.1    Contractor Cost Estimate............................................................. 36
         4.1.2    Staffing Plan................................................................................. 36
         4.1.3    Equipment Plan............................................................................ 36
         4.1.4    Subcontractor Plan....................................................................... 36
         4.1.5    Management Organization Chart and Resumes ........................... 37
    4.2    Post Award ....................................................................................... 37
         4.2.1    Construction Schedule ................................................................. 37
         4.2.2    Contractor Mobilization Plan........................................................ 37
         4.2.3    Contractor Original (Baseline) Budget.......................................... 37
         4.2.4    Contractor Daily Labor, Equipment, Material, Subcontractor ("LEMS")
                  Report......................................................................................... 37
         4.2.5    Daily Contractor Supplemental Report (at Company's Option) .... 38
         4.2.6    Contractor Weekly Equipment Log ............................................... 38
         4.2.7    Contractor Weekly Materials / Purchase Order Log ..................... 38
         4.2.8    Contractor Look-Ahead Schedule................................................ 39
         4.2.9    Contractor Progress S-Curve....................................................... 39
         4.2.10   Project Controls Weekly Contractor Report................................... 39
    4.3    Agreement Close-Out........................................................................ 39
         4.3.1    Contractor Demobilization Plan ................................................... 39
         4.3.2    Final Progress & Performance Data ............................................ 40
5    Project Control Specifics........................................................................... 40
    5.1    Construction Progress....................................................................... 40
    5.2    Key Performance Indicators .............................................................. 40
    5.3    Contractor Scorecard Report ............................................................ 40
    5.4    Planning and Scheduling................................................................... 41
    5.5    Invoicing............................................................................................ 41
6    Attachments .............................................................................................. 42
    6.1    Attachment I: Reporting Frequency ................................................... 42
    6.2    Attachment II: Sample Reports .......................................................... 43

CONFIDENTIAL

## 1   Purpose

1.1   This schedule outlines Company's requirements, interfaces, and deliverables for the execution of Project Controls Reporting during the course of construction of the project by Contractor. These items shall include the following elements listed below:

   a)   Reporting requirements and timely submission

   b)   Work Breakdown Structure

   c)   Planning, scheduling and monitoring

   d)   Progress measurement and performance verification

   e)   Budgeting and cost control

   f)   Progress claims, invoicing, and Monthly Progress Report procedures and protocols

1.2   Any changes to the processes outlined in this schedule require advance written authorization by Company via a Change Directive or Change Order.

## 2   Definitions

2.1   In addition to terms defined elsewhere in this Agreement, the following terms have the following meanings in this Addendum A-1C:

| Term | Definition |
| --- | --- |
| Commitment | A defined financial expectation and/or agreement. |
| Estimate at Completion ("EAC") | The final estimated costs to be spent at Final Completion. |
| LEM | Labor, Equipment, and Materials used by Contractor and its Subcontractors in the conduct of its work, captured via timesheets and other incurred cost reporting mechanisms, and reported on a daily basis. |
| Planning Package | A component of the WBS that is typically identified in the early stages of a project with an associated budget but insufficient detail to control the work. It represents work that will later be broken down into greater detail (Work Packages) once this detail is better understood. |
| Rule of Credit ("ROC") | A procedure according to which progress on a Work Package is measured and/or paid. |
| Work Breakdown Structure ("WBS") | The hierarchal breakdown of the Scope of Work that organizes, defines, and graphically depicts the project. |
| Work Package | A component of the WBS that represents detailed, short span jobs or material. Work Packages represent the highest level of summary information in Contractor schedule and cost reporting, and serve as key interface points with Company master schedule. |

**3    Contractor Project Control Resource Requirements**

3.1    Contractor shall be fully responsible for obtaining the required resources and tools to meet the reporting requirements as a part of its obligations. This shall include the following:

    a)    Contractor shall allocate a full time Project Controls Resource to the Work, who shall report to Company and shall be responsible for all scheduling, schedule control activities, cost, and cost control activities to control performance of the Work in compliance with Company's project control requirements.

    b)    Contractor shall provide Contractor's intended staffing to implement these control obligations.

    c)    Contractor shall use the planning and scheduling software Primavera Version 6.0 or greater (no exceptions).

    d)    Contractor shall prepare and submit daily, weekly, and monthly reports in a timely fashion.

    e)    Contractor is to submit all reports in electronic format.

    f)    Contractor is to utilize the form of report required by the Terms and Conditions or herein. If a form of report is not established, Contractor shall submit a form of report to Company for its review and comment.

    g)    Contractor shall turn over all final data in electronic format to Company at Final Completion.

3.2    Failure to comply with these Project Controls requirements as outlined and listed above is a basis for Company to withhold payments.

**4    Reporting Requirements and Frequency**

4.1    Unless stated otherwise, all items within this section shall include applicable Subcontractor information.

4.2    Project Controls Proposal Requirements

    4.2.1    Contractor Cost Estimate

    Contractor shall provide a list of deliverables, activities, and assigned budgeted hours (for Time and Material/Actual Cost Work) and cost associated with each WBS activity.

    4.2.2    Staffing Plan

    Contractor shall provide the direct labor and indirect labor plan on a periodic basis for the duration of the project. **TABLE 4-1 / 4-2**

    4.2.3    Equipment Plan

    Contractor shall provide the Equipment plan on a periodic basis for the duration of the project. **TABLE 4-3**

    4.2.4    Subcontractor Plan

    Contractor shall provide the Subcontractor plan on a periodic basis for the duration of the project. **TABLE 4-4**

### 4.2.5  Management Organization Chart and Resumes

Contractor shall provide an organization chart with resumes for management and supervisory personnel and such other personnel as may be requested by Company from time to time. Contractor shall submit any proposed changes to personnel set forth on the organization chart prior to removing, replacing, or adding any personnel.

## 4.3  Post Award

### 4.3.1  Construction Schedule

Contractor shall provide Contractor's Project Schedule updates to the Baseline Project Schedule showing all construction activities, including Subcontractor activities, and sequence of operations. This will be in the form of a Primavera Schedule and must be resource loaded as per agreed upon distribution of man hours per activity, and structured as per Company WBS. The Contractor's Project Schedule updates shall include a schedule basis with assumptions, exclusions, major milestones table, and work schedule. The Baseline Project Schedule at Level 5 (includes detailed tasks needed to coordinate the Work as agreed upon between Company and Contractor) along with Contractor's Project Schedule updates will be provided in both PDF and XER formats. The rules of credit required by Section 7.2(b) of the Agreement shall be based on measurable quantities installed and/or agreed-to milestones.

This Contractor's Project Schedule shall be kept up to date on a weekly basis, taking into account the actual progress or work and shall be revised as required. The weekly Contractor's Project Schedule updates will be overlaid against the Baseline Project Schedule on schedule reports. The updated Contractor's Project Schedules shall be sufficient to meet the requirements for the completion of the separable parts of any and all Work and the entire project as set forth in the Agreement, including all Change Directives and approved Change Orders. Each weekly update shall also include a table of Critical Milestones showing (a) the Critical Milestone Dates; (b) the dates by which each Critical Milestone were forecasted to be completed in the Baseline Project Schedule; and (c) the latest actual/forecast dates for completion of each Critical Milestone from the updated Contractor's Project Schedule.

### 4.3.2  Contractor Mobilization Plan

Contractor shall indicate the detailed activities and planned man-hours estimated for mobilization. Contractor shall report actuals in comparison to the plan every week until all mobilization activities cease or when Company no longer requires the report.

### 4.3.3  Contractor Original (Baseline) Budget

Contractor shall provide a list of deliverables, activities, assigned budgeted cost associated with each WBS activity, updated to include any changes due prior to the Effective Date. This information can be displayed on the Contractor Scorecard Report

### 4.3.4  Contractor Daily Labor, Equipment, Material, Subcontractor ("LEMS") Report

For Work performed on a Time & Material Basis or Actual Cost Basis, Contractor

CONFIDENTIAL

shall report the daily labor, Equipment, Materials, and Subcontractor costs that will be submitted for billable costs for the project where applicable.

Time sheets or LEMS reports, Equipment logs, and third-party commitment logs are the main basis for capture of the receipt of labor, Material and/or Equipment on the date stated; however, such time sheets or LEMS shall in no way be construed as accepting the accuracy of any information contained therein, nor shall the receipt thereof constitute any waiver of Company's audit, review, reconciliation, and other rights under the Agreement.

All labor, Materials, Equipment and/or Subcontractor costs incurred for the day must be stated on the LEMS sheet related to the tasks performed (WBS). This information will in turn be included in the reports and submitted as backup to invoices.

For Control purposes, if actual costs are not known (i.e., for Subcontractor charges), estimates from the logs are acceptable, with exact costs to be reconciled at the invoicing stage. Invoices for estimated costs or pro-rated costs cannot be submitted.

Contractor shall provide a LEMS log on a periodic basis for the duration of the project.

All LEMS will contain Project Description, appropriate task code indicator as shown in baseline documents, description of work performed, and area of work performed.

Time sheets and Costed LEMS will be submitted the day after Work has been completed at 10:00 am (local project time) or at an alternative time specified by Company. The LEMS shall be provided for the previous day's executed activities, including all cost associated with labor, Equipment, Materials, and Subcontractor costs, acknowledged by Company Representative or assigned designate.

4.3.5    Daily Contractor Supplemental Report (at Company's Option)

In addition to the reports required by the Agreement, Contractor shall provide a daily report to Company advising Company of accomplishments, labor, and concerns. It shall be inclusive of daily schedule progress, man-hours worked, and manpower utilized. It shall also describe general comments, weather, work performed, work planned and not completed, work planned for next day activities, contractor issues and concerns, and outstanding claim(s). **TABLE 5-1**

4.3.6    Contractor Weekly Equipment Log

Contractor shall provide a list of the Equipment that was used by Contractor by type, size, unit number, rate and status (i.e. working, standby, maintenance, transit, and non-working).

4.3.7    Contractor Weekly Materials / Purchase Order Log

For Work performed on a Time & Materials Basis or an Actual Cost Basis,

CONFIDENTIAL

Contractor shall provide a list and quantity of reimbursable Materials.

### 4.3.8   Contractor Look-Ahead Schedule

Contractor shall indicate Work accomplished in the last week and provide a plan for work to be completed in the next two weeks following the date of submission. The look ahead plan shall comply with the requirements of Attachment A-3 and be inclusive of labor required and units planned for installation for each scheduled activity.

### 4.3.9   Contractor Progress S-Curve

Contractor shall provide an S-curve indicating actual progress and forecast progress versus planned progress. **TABLE 1-1**

### 4.3.10  Project Controls Weekly Contractor Report

In addition to the reports required by the Terms and Conditions, Contractor shall provide an all-encompassing weekly report that specifies Contractor cost and schedule performance complete with numerical metrics. **TABLE 6-1 / 6-2**

The project controls weekly Contractor report shall include:

a)  Contractor Scorecard Report – Progress
b)  Agreement Change Management Summary, including Subcontractors

c)  Primavera Schedule native file and PDF

d)  Project Milestone Schedule, 30 Day Look Ahead, 90 Day Look Ahead and schedule analysis

e)  If required by Company, Earned Value Graphs, Curves, Tables, and/or Charts

f)  Man-hours Summary Report – planned direct labor and indirect labor utilized versus actual and forecast direct labor utilization for Time and Materials and Actual Cost Work only

g)  Outstanding Invoice Log – Shall identify cumulative invoices billed to Company and a detailed listing of any invoices outstanding payment by Company

h)  Key Performance Indicator Graphs with Comments – SPI Required for Lump Sum Work

i)  Project Concerns, Action Items, and Opportunities

## 4.4   Agreement Close-Out

### 4.4.1   Contractor Demobilization Plan

Contractor shall indicate the activities and planned man-hours estimated for demobilization. Contractor shall report actuals in comparison to the plan every week until all demobilization activities cease or when Company no longer requires the report.

4.4.2    Final Progress & Performance Data

Contractor shall provide all final end project progress and performance data in electronic format to Company at Final Completion.

**5    Project Control Specifics**

5.1    Construction Progress

5.1.1    Contractor shall provide a physical percent complete for each of the activities/packages and overall percent complete for the scope broken down by WBS level of detail at a minimum (including detailed tasks needed to coordinate the Work as agreed upon between Company and Contractor).

5.1.2    The progress of each activity/task/WBS shall be based on the physical progress subject to agreement with a Company representative.

5.2    Key Performance Indicators

5.2.1    Contractor shall report the following key performance indicators as part of the overall project status and part of the breakdown in the cost report:

- For Lump Sum Contract Work SPI is required.

5.2.2    Company may require additional key performance indicators. If so requested by Company, Contractor shall include such metrics in its reporting. Examples of additional key performance indicators are items such as cableing inches per day and repair rates.

5.3    Contractor Scorecard Report

5.3.1    Contractor shall provide the Contractor Scorecard Report on a weekly basis for the duration of the project.

5.3.2    The intent of this report is to provide Company with detailed and summary costs; including all direct and indirect costs. The cost elements will be identified and broken down by an approved template or an agreed-to equivalent. TABLE 2-1 / 3-1 / 3-2

5.3.3    Contractor is responsible for developing, on a monthly basis, an accurate EAC, which shall include as separate line items Change Directives, Change Orders, any unapproved Change Requests (to the extent that they seek Price Adjustments in addition to those provided for in the Change Directive), and any other cost increases for which Contractor is not entitled to seek a Change Request. Contractor shall provide an explanation of EAC variance to the Baseline Plan, which must be quantified and explained by reference to unapproved Change Requests or by a narrative description of the causes for such cost increases. The EAC shall be established in accordance with the following:

- Baseline Plan + Change Directives and Change Orders = Revised Agreement Value

- Revised Agreement Value + Unapproved Change Requests + cost overruns to which Contractor is not entitled to seek a Change Request = EAC

5.4    Planning and Scheduling

5.4.1    Contractor shall provide and maintain a fully detailed, critical path Contractor's Project Schedule. The Contractor's Project Schedule shall be separated into relevant components to identify and monitor planned and actual start and finish dates, original durations, productivities and completion percentages. The Contractor's Project Schedule will be kept up to date as additional information is available.

5.4.2    The Contractor's Project Schedule will have key milestone dates (including Critical Milestones) applied and will be managed by the critical path method. Deliverable dates will be identified and linked by scheduling logic to other dependent tasks. The Contractor's Project Schedule will award percentage complete based on physical achievement of the Work, not upon time or resource expenditure.

5.4.3    The Baseline Project Schedule shall be used as the baseline for evaluating Contractor's schedule performance.

5.4.4    Contractor shall update the Contractor's Project Schedule weekly, or on such shorter period as required by the reporting calendar. Access will be restricted to the following four parameters:

    a)  entering actual start dates;

    b)  entering actual finish dates;

    c)  entering physical percent complete; and

    d)  entering remaining duration.

5.4.5    The Baseline Project Schedule can be modified only by an Amendment, Change Directive, or Change Order. For purposes of clarity, the Contractor's Project Schedule cannot modify the Baseline Project Schedule.

5.5    Invoicing

5.5.1    All invoices required to be reviewed by Enbridge Project Controls and Supply Chain teams prior to formal submission to Enbridge AP

5.5.2    Invoice review and submission procedure is described in this document under A-1D

5.5.3    Contractor is required to submit monthly invoice logs identifying total contract value, unique invoice numbers, date and period of invoice, earned value to date, invoiced to date, outstanding earned value to invoice, retainage if applicable and remaining commitment.

5.5.4    Backup for invoicing includes but is not limited to:

    a)  Weekly Contractor Scorecard report for Lump Sum and Unit Price related Work

    b)  Daily LEMS and Weekly LEMS report for Time and Material and Actual Cost related Work

    c)  Contractor Schedule

    d)  Contract Change Orders and other supplemental reports

**6    Attachments**

6.1    Enclosed as attachments to this specification:

- Attachment I: Reporting Frequency

- Attachment II: Sample Reports

6.2    Attachment I: Reporting Frequency

| | Bid / Award | Daily[1] | Weekly | Monthly | Final Completion |
|---|---|---|---|---|---|
| Contractor's Project Schedule | X | | X | | |
| Staffing Plan | X | | | X | |
| Equipment Plan | X | | | X | |
| Subcontract & Materials Plans | X | | | X | |
| Contractor Bid Schedule | X | | | | |
| Contractor Cost Estimate | X | | | | |
| Management Organization Chart & Resumes | X | | | | |
| Contractor Mobilization Plan | X | | | | |
| Contractor Original Budget | X | | | | |
| Rules of Credit | X | | | | |
| Contractor Daily Labor, Equipment, Material, Subcontract (LEMS) Report | | X | | | |
| Daily Contractor Report (At Company's Option) | | X | | | |
| Contractor Equipment Log | | | X | | |
| Contractor Weekly Materials / Purchase Order Log | | | X | | |
| Contractor Weekly Look Ahead Schedule | | | X | | |
| Contractor Weekly Progress S-Curve* | | | X | | |
| Weekly Progress Report* | | | X | | |
| Contractor Scorecard Report | | | X | | |
| Not Used | | | | | |
| Contractor Invoice Log | | | | X | |
| Contractor De-Mobilization Plan | | | | | X |
| EVA Report (if required by Company) | | | | X | |
| Final End Project Report | | | | | X |

**Notes:**

1. Daily and weekly reports required herein (which are in addition to other daily and weekly reports required in the Terms and Conditions) shall be submitted the day after Work has been completed at 10:00 am (local project time) or an alternative time specified by Company.

2. Contractor Mobilization Plan and Contractor Original Budget by WBS account submitted within two (2) weeks of the Effective Date.

3. Reporting data dates must be the same for cost, schedule, and earned value reporting (if required by Company) for each period. Report data dates will be provided by Company to Contractor.

4. The reporting requirements set forth in this Addendum A-1C are supplemental, and in addition, to any reporting requirements set forth elsewhere in the Agreement, including those required by the Terms and Conditions and the EV reporting required by Section 7.2(b) of the Agreement. To the extent some of the reports contained herein require similar information to other reports, Contractor's reporting shall report the information in both manners.

6.3    Attachment II: Sample Reports

6.3.1    Contractor shall utilize the attached reports, with such modifications thereto as may be specified by Company via Notice. The following is not intended to convey an exhaustive list of reporting requirements, but rather to illustrate the baseline minimum information which is required in Contractor's reporting. These reports are not required to be replicated exactly but are for illustrations purposes – final templates and reporting guidelines will be developed at Contract Award however an effort to provide the below is required.

**TABLE 1-1**



CONFIDENTIAL

**TABLE 2-1**

**WEEKLY DATA**

| | | Current Period Ending: | 30-Aug-14 | | On /Off Shift: | on | on | off | on |
| | | Pervious Period Ending: | 23-Aug-14 | | | | | | |

| Invoice Code | WBS Code | Description | Unit of Measure | Original Contract Quantities | Quantity Completed To Date | 19-Apr-14 | 26-Apr-14 | 3-May-14 | 10-May-14 |
|---|---|---|---|---|---|---|---|---|---|
| ZY0865.4.S1.W.615.10 | ZY0865.4.S1.W.615.10.01 | Preliminary Site Survey | LM | 120523 | 120523 | 4549 | 23748 | 0 | 26912 |
| ZY0865.4.S1.W.615.10 | ZY0865.4.S1.W.615.10.02 | Installation Survey | LM | 120523 | 10337 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.10 | ZY0865.4.S1.W.615.10.03 | Final Survey / As-Built | LM | 120523 | 0 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.00 | ZY0865.4.S1.W.615.00.01 | Mobilization | PCT | 100 | 100 | 5 | 20 | 0 | 30 |
| ZY0865.4.S1.W.615.00 | ZY0865.4.S1.W.615.00.02 | Demobilization | PCT | 100 | 0 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.11 | ZY0865.4.S1.W.615.11.01 | Fencing | LM | 120523 | 1691 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.11 | ZY0865.4.S1.W.615.11.02 | Site Clearing | LM | 120523 | 120523 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.11 | ZY0865.4.S1.W.615.11.03 | Excavation | LM | 120523 | 1691 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.11 | ZY0865.4.S1.W.615.11.04 | Backfill | LM | 120523 | 0 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.11 | ZY0865.4.S1.W.615.11.05 | Final Grade | LM | 120523 | 0 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.12 | ZY0865.4.S1.W.615.12.01 | 8" Piles | EA | 195 | 0 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.12 | ZY0865.4.S1.W.615.12.02 | 12" Piles | EA | 195 | 0 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.31 | ZY0865.4.S1.W.615.13.01 | Stinging | LM | 120523 | 8180 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.31 | ZY0865.4.S1.W.615.13.02 | Lowering In | LM | 120523 | 508 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.31 | ZY0865.4.S1.W.615.13.03 | Welding | LM | 120523 | 617 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.31 | ZY0865.4.S1.W.615.13.04 | Tie-Ins | LM | 120523 | 0 | 0 | 0 | 0 | 0 |
| ZY0865.4.S1.W.615.31 | ZY0865.4.S1.W.615.13.05 | Hydrotest | LM | 120523 | 0 | 0 | 0 | 0 | 0 |

CONFIDENTIAL

## TABLE 3-1



## TABLE 4-1



## TABLE 4-2

## TABLE 4-3



**Equipment Plan** — ENBRIDGE / Place CONTRACTOR LOGO Here

Project Name:
AFE Number:
Contractor Name:
Contract Number:
Date:

| Title | Type | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **2014** | | | |
| Crew Truck | Orig. Plan | | | 12 | 14 | 19 | 19 | 10 | | | |
| | Actual | | | 14 | 15 | | | | | | |
| | Forecast | | | | | 20 | 20 | 14 | 7 | | |
| Welding Rig | Orig. Plan | | | 3 | 3 | 5 | 5 | 3 | | | |
| | Actual | | | 3 | 3 | | | | | | |
| | Forecast | | | | | 5 | 5 | 4 | 2 | | |
| Bobcat | Orig. Plan | | | 1 | 1 | 1 | | | | | |
| | Actual | | | 1 | 1 | | | | | | |
| | Forecast | | | | | 1 | | | | | |

## TABLE 4-4

**Subcontractor Plan** — ENBRIDGE / Place CONTRACTOR LOGO Here

Project Name:
AFE Number:
Contractor Name:
Contract Number:
Date:

| Title | Type | Subsistance? Y or N | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **2014** | | | |
| Canadian Pressure Test | Orig. Plan | | | | | | 2 | 2 | | | |
| | Actual | | | | | | | | | | |
| | Forecast | | | | | | | 2 | 2 | | |
| Mayshak | Orig. Plan | | | 1 | 1 | 1 | | | | | |
| | Actual | | | 1 | 1 | | | | | | |
| | Forecast | | | | | 1 | | | | | |
| Applus RTD | Orig. Plan | | | 2 | 2 | 2 | 2 | 2 | | | |
| | Actual | | | 2 | 2 | | | | | | |
| | Forecast | | | | | 2 | 2 | 2 | 2 | | |

TABLE 5-1

**ENBRIDGE** — **Daily Contractor Report** — Place CONTRACTOR LOGO Here

| Project Name: | | Weather: | Overcasted |
|---|---|---|---|
| AFE Number: | | High temperature: | 16 |
| Contractor Name: | | Low Temperature: | 6 |
| Contract Number: | | Date: | |

### Site Count

| Direct Labour Count | | Indirect Labour Count | | Subcontractor Labour Count | |
|---|---|---|---|---|---|
| General Foreman | 2 | Project Manager | 1 | Applus RTD | 2 |
| Journeyman | 3 | Construction Manager | 1 | Badger | 1 |
| Apprentices | 6 | Superintendent | 1 | Canadian Pressure Test | 2 |
| Operator | 5 | Safety | 3 | Clean Harbours | 4 |
| Labourer | 10 | QA/QC | 2 | | |
| Lead Hand | 2 | Project Control / Coordinator | 1 | | |
| Welder | 4 | Warehouse / Procurement | 1 | | |
| Welder Helper | 4 | Administration / Pay roll | 1 | | |
| | | | | | |
| | | | | | |

### Man-hours

| Direct: | 360 | Indirect: | 110 | Subcontractor: | 90 |
|---|---|---|---|---|---|

### Safety and Environment

- No safety incidents to report
- No environmental incidents to report
- Completed Weekly Safety Meeting today: Topic on Hand safety and Bear awareness

### Construction Progress

- Completed 624LM of Excavation
- Completed 3 welds of NPS 34
- Unloaded Structural Steel
- Stung 936LM of NPS 34

### Contractor Concerns / Action Items

- Awaiting notification for changes to the pile caps near Pump Building 2

CONFIDENTIAL

## TABLE 6-1: INCLUDE AS PART OF WEEKLY PROGRESS REPORT (SEE ATTACHMENT D-10)

### ENBRIDGE — Weekly Contractor Report

Place CONTRACTOR LOGO Here

| | |
|---|---|
| Project Name: | |
| AFE Number: | |
| Contractor Name: | |
| Contract Number: | Date: |

#### Peak Site Count

| Direct Labour Count | | Indirect Labour Count | | Subcontractor Labour Count | |
|---|---|---|---|---|---|
| General Foreman | 2 | Project Manager | 1 | Applus RTD | 2 |
| Journeyman | 3 | Construction Manager | 1 | Badger | 1 |
| Apprentices | 6 | Superintendent | 1 | Canadian Pressure Test | 2 |
| Operator | 5 | Safety | 3 | Clean Harbours | 4 |
| Labourer | 10 | QA / QC | 2 | | |
| Lead Hand | 2 | Project Control / Coordinator | 1 | | |
| Welder | 4 | Warehouse / Procurement | 1 | | |
| Welder Helper | 4 | Administration / Payroll | 1 | | |

#### Man-hours

| | | | | | |
|---|---|---|---|---|---|
| Current Period Direct: | 1846 | Current Period Indirect: | 467 | Current Period Subcontractor: | 224 |
| Year to Date Direct: | 34871 | Year to Date Indirect: | 9785 | Year to Date Subcontractor: | 4978 |
| Project to Date Direct: | 41267 | Project to Date Indirect: | 11876 | Project to Date Subcontractor: | 5843 |

#### Safety and Environment

| | Current Period | Year to Date | Project to Date |
|---|---|---|---|
| Lost Time Incidents (LTI) | 0 | 0 | 0 |
| Total Recordable Incidents (TRI) | 0 | 0 | 0 |
| Medical Aids | 0 | 0 | 0 |
| First Aids | 0 | 0 | 0 |
| Motor Vehicle Accidents (MVA) | 0 | 0 | 0 |
| Equipment / Property Damage | 1 | 4 | 5 |
| Environmental Incidents | 0 | 1 | 1 |
| Near Miss | 0 | 2 | 2 |
| Hazard Identification | 60 | 1124 | 1357 |
| Observation Cards | 37 | 649 | 824 |

Comments:
- Home office safety manager will be at site next week to complete the monthly safety audit
- Property Damage: Worker was backing up on ROW and came into contact with another truck. Minor damage on both vechiles, no injuries as a result
- Monthly Campian: Don't get crushed – Hand and Body Safety from Crush Points

#### Quality Control

| | Current Period | | Project to Date | | |
|---|---|---|---|---|---|
| | Issued | Closed / Answered | Issued | Closed / Answered | Open / Unanswere |
| Non-Conformance Report (NCR) | 0 | 0 | 1 | 1 | 0 |
| Request for Information (RFI) | 3 | 2 | 34 | 33 | 1 |
| Field Change Notice (FCN) | 0 | 0 | 0 | 0 | 0 |

| | Current Period | Project to Date |
|---|---|---|
| Welds Completed | 10 | 225 |
| Welds Tested | 8 | 220 |
| Welds Repaired | 0 | 5 |
| Weld Repair Rate | 0.00% | 2.27% |

Comments:
- Project continues to see good quality welding. Project is maintaining a weld repair rate less then three percent (3%)
- QC department are working on Hydrotest Plan
- QC department are working on as-builts with survey

---

CONFIDENTIAL

CONFIDENTIAL

TABLE 6-2

## Construction Progress and Achievements

| | Previous to Date | Current Period | Project to Date | | |
|---|---|---|---|---|---|
| Baseline Plan Percent Complete | 62.50% | 3.10% | 65.60% | | |
| Actual Percent Complete | 60.25% | 3.45% | 63.70% | | |
| Variance Percent Complete | -2.25% | 0.35% | -1.90% | | |

Comments:
- Project continues to work the recovery plan to get back onto the Baseline Plan. At this time the project does not need to re-baseline
- Completed road crossing section under Highway 57
- All fabricated structural steel arrived at site

## Schedule and Planning

| Milestone Description | Baseline Planned | Actual / Forecast | | |
|---|---|---|---|---|
| Mobilization | 6-Mar-14 | 5-Mar-14 | | |
| Complete Piping between Pump Building 1 and Pump Building 2 | 11-Aug-14 | 15-Aug-14 | | |
| Complete all hydrotesting | 25-Aug-14 | 1-Sep-14 | | |
| Mechanical Completeion | 8-Sep-14 | 12-Sep-14 | | |

Comments:
- Project moving to complete road crossing under Highway 68 next week
- Project start to installed structural steel supports near Pump Building 1
- Project will contiune to complete mainline welding between Pump Buildings

## Contract Management

| | Number of Changes | Amount of Change | | |
|---|---|---|---|---|
| Approved Changes | 3 | $ 137,456 | | |
| Pending Changes | 1 | $ 54,639 | | |
| Rejected / Cancelled Changes | 1 | $ 9,427 | | |

Comments:
- Pending Change for additional piles near Pump Building 1 requested by Enbridge
- Change to be submitted next week for the additional piles near Pump Building 2 requested by Enbridge

## Contractor Concerns / Action Items

- Anwaiting answer on RFI-032: Regarding the missing pipe guides near Pump Building 2

**Addendum A-3D: Project Invoicing Requirements**

Roles and responsibilities may change due to logistics, individual designees and/or the size of the project however the steps taken to review, respond and ultimately pay Contractor invoice shall follow the below guideline to process Contractor Invoices. For the avoidance of doubt, Contractor to submit invoices once a month.

**Draft Invoice:**
The Company Contracts Conformance Specialist (CCS) and Company Field Cost Analyst (FCA) are responsible for review of the draft invoice for accuracy and resolving any discrepancies prior to requesting an approved invoice for payment processing. This draft invoice is not to be submitted to Accounts Payable, or it will be rejected.

1. Contractor shall make every effort to email a draft invoice within 48 hours following the end of period to both the CCS and the FCA

2. CCS will review the draft invoice format and attachments for conformance with Article VII of the Agreement including the payment terms in Exhibit C

3. FCA will review the invoice for accuracy to ensure the draft invoice data aligns:

   - Weekly Scorecard Report for Lump Sum or Unit Price type Agreements

   - LEMS and Exhibit C bill rates for Time and Material or Actual Cost Agreement

   - Retainage / holdback retention is accurate on invoice copy

4. FCA shall collaborate with the CCS and the Project designee to resolve any inaccuracies or discrepancies. CCS or designate shall inform the Contractor of any changes required to the draft invoice prior to requesting an accepted invoice for payment processing. CCS will generate a Notice of Invoice Deficiency identifying any errors or omissions for signature by the Company Representative.  The Notice of Deficiency and Final Invoice will be returned to the contractor and a new Invoice requested

5. FCA or designee will route the invoice for all appropriate validation signatures.  All signatures should be obtained within 4 business days of routing

6. CCS (or designated person) is the single point of contact - comments will be communicated through CCS for invoices

7. Accepted / Approved Draft invoice will be returned to vendor for submission to Accounts Payable for billing

**Reviewed Invoice Ready for Submission:**
   - The Contractor is to submit the invoice via email submittal, at a minimum the original deliverables (e.g. lien waivers) must be obtained and reviewed prior to invoice submittal into Oracle Cloud. Contractor cc's FCA, CCS and Financial Controls inbox

**Retainage/Holdback:**
The Retainage or Holdback calculation will be calculated by Oracle Cloud either driven by location of services being provided; or in the case of Performance Holdback it will be manually entered by the SCM CCS with the agreed upon rate executed in the Prime Contract
Retainage will be released to the Prime/General Contractor by invoice submission per the Contractual agreement.

**Payment of Invoices:**

Please ensure invoices are addressed in a similar manner as per example below, this is critical for our scanning and processing:

*Bill To:*

*Enbridge Legal Entity (found on executed PO/Contract) - EXAMPLE*

*Enbridge Address*

*Attn: (Invoice Coder Information) – can be provided by FCA/CCS - EXAMPLE*

*Oracle PO# - PUR-1234-56789 - EXAMPLE*

Invoice attachment must be 10MB or less, or will be rejected by Accounts Payable

Invoice Cover Sheet or Invoice must be first documents on invoice attachment, do not submit with backup documentation as first documents. This has been causing delay as scanner cannot identify the invoice.

### FREQUENTLY ASKED QUESTIONS

Q. Where do I find the correct Enbridge entity for invoicing?

> A. The Enbridge entity bill to will be found on the top right portion of the Purchase Order. If a PO copy is not sent to the contractor the information must be given by the CCS or FCA. A listing of all entities can be found on the Invoice Requirements document found at www.Enbridge.com/currentsuppliers

Q. How do I check on the status of an invoice?

> A. Please contact AP-inquiries@enbridge.com or call 1-855-252-1066 for invoice status. If escalation required contact your FCA or the Financial Controls inbox to assist

Q. What is Non Resident Withholding Tax?

> A. Contractors performing work across border may be subject to Non Resident Withholding Tax. It is important to note if working on a cross border project to state the location of work to prevent delay in invoice processing

Q. What is the correct email address for invoice submission?

> Invoices.USA@enbridge.com
>
> Do not send invoices to Legacy Oracle or Legacy SAP email inboxes, they will not be processed

---

**ATTACHMENT A-4: HEALTH AND SAFETY REQUIREMENTS**

**ATTACHMENT A-4A -  PRJ-HS-STND-004 PROJECT SAFETY MANAGEMENT STANDARD - EPC MODEL V1.0.**

PLEASE REFER TO THE ATTACHMENT A-4A

**ATTACHMENT A-5**: COMPANY POLICIES

<u>CONTRACTOR SHALL ADHERE TO THE COMPANY POLICIES AND PROCEDURES AS SET</u>

## Table of Contents

**Page**

**Appendix B : Specifications**.......................................................................................................... **1**

    Attachment B-1 : Project Specifications............................................................................................ 2

**Appendix B – Specifications**
Attachment B-1 – Project Specifications

| Standard Name | Rev | Date |
|---|---|---|
| Appendix A: App A- Project Description - El Dorado FINAL | 03 | Nov 2023 |
| App B - Codes and Standards –FINAL | 03 | Nov 2023 |
| Appendix C: Equipment Specifications – Solar FINAL | 03 | Nov 2023 |
| Appendix D: DAS/SCADA Specifications – Solar FINAL | 03 | Nov 2023 |
| Appendix E: Operating Spare Parts and Tools – Solar FINAL | 03 | Nov 2023 |
| Appendix F: Commissioning Requirements – Solar FINAL | 03 | Nov 2023 |
| Appendix G-1: NOT USED | 03 | Nov 2023 |
| Appendix G-2: Acceptance Test - Bifacial – Solar FINAL | 03 | Nov 2023 |
| Appendix H: Energy Test – El Dorado FINAL | 03 | Nov 2023 |
| Appendix I: State and County Standards and Codes – Solar FINAL | 03 | Nov 2023 |
| Appendix J: Pre-Commissioning & Pre-Energization Checkout Requirements FINAL | 03 | Nov 2023 |
| Appendix K: Performance Guarantees – El Dorado FINAL | 03 | Nov 2023 |
| Appendix L: Quality Requirements FINAL | 03 | Nov 2023 |
| Appendix M: O&M Building (Draft) – FINAL | 03 | Nov 2023 |
| Appendix N: Power & Control Building - FINAL | 03 | Nov 2023 |
| Appendix O: Cathodic Protection Requirements (Draft) | 03 | Nov 2023 |
| Appendix P: NOT USED | 03 | Nov 2023 |
| Appendix Q: NOT USED | 03 | Nov 2023 |
| Appendix R: Training Requirements FINAL | 03 | Nov 2023 |
| Appendix S: Naming Requirements FINAL | 03 | Nov 2023 |
| Appendix T: ENB Data Point List Template FINAL | 03 | Nov 2023 |
| Appendix U: Solar Design Review Deliverables FINAL | 03 | Nov 2023 |
| Appendix V: HMI Specification FINAL | 03 | Nov 2023 |
| Appendix W: Facility Signage FINAL | 03 | Nov 2023 |
| Appendix X: Solar Project Turnover Requirements FINAL | 03 | Nov 2023 |
| Appendix Y: Electrical Requirements FINAL | 03 | Nov 2023 |
| Appendix Z: Civil Requirements FINAL | 03 | Nov 2023 |

**Exhibit D Forms**
Attachment D-1: Change Directive Form

CONTRACT NO. [●]

CHANGE DIRECTIVE NO. [●]
Additional Pages attached to this request: [●]
Total No. of Pages: [●]

| LOCATION / WBS [●] | DATE [●] | CONTRACTOR [●] |
|---|---|---|

Description of Modification [●]
Work shall not commence until [receipt of this Change Directive / Notice to Proceed / specified date, as applicable]

**SCOPE OF WORK:**  ☐ Increase*  ☐ Reduce*  ☐ No Change*
*Show the net cost increase or reduction to the Contractor Compensation and Compensation Limit below.

### I. PRICE ADJUSTMENT: CONTRACTOR COMPENSATION FOR CHANGES TO EXHIBITS A, B, OR C OR UNDISCOVERABLE SITE CONDITIONS

| ☐ (1) Unit Price Basis | ☐ (2) Time & Material Basis | ☐ (3) Actual Cost Basis | ☐ (4) Lump Sum Basis |
|---|---|---|---|
| Contractor's sole compensation for the Price Adjustment shall be payment of the Unit Prices set forth in Exhibit C. | Contractor's sole compensation for the Price Adjustment shall be payment of the Time & Materials rates set forth in Exhibit C. | Contractor's sole compensation for the Price Adjustment shall be payment of the Actual Costs: **Actual Cost Fee for Actual Cost Basis (select one):** ☐ (a) Percentage *or* ☐ (b) Fixed Dollar [●]%    $[●] | Contractor's sole compensation for the Price Adjustment shall be payment of the following Lump Sum: **Lump Sum:** $[●] |

### II. PRICE ADJUSTMENT: INCREASE OR DECREASE TO THE CONTRACTOR COMPENSATION

Amount of Increase/Decrease to Contractor Compensation: $          Revised Contractor Compensation: $[●]

### III. TIME ADJUSTMENT TO CRITICAL MILESTONES

Critical Milestone: [●]    ☐ Increase (Days [●])    ☐ Reduce (Days [●])

When signed by Company and received by Contractor, this document becomes effective IMMEDIATELY as a Change Directive, and Contractor shall proceed in accordance with the directions set forth in the Change Directive. If Contractor plans to seek an Adjustment as a result of this Change Directive, Contractor must submit a proposed Change Request seeking such Adjustment to Company within FIVE (5) BUSINESS DAYS of receipt of this Change Directive.

Company:

_____
AUTHORIZED REPRESENTATIVE        SIGNATURE        DATE

Remarks:

_____

**<u>Exhibit D: Forms</u>**
Attachment D-2: Change Request Form

CONTRACT NO. [●]

CONTRACTOR REQUESTED CHANGE NO. [●]
Additional Pages attached to this request: [●]
Total No. of Pages: [●]

---

[●]
PROJECT LOCATION / WBS

[●]
DATE

[●]
CONTRACTOR

You are hereby notified that the following circumstances have arisen that Contractor believes entitles it to request a Price Adjustment and/or Time Adjustment:

**Commencement date of event giving rise to Contractor's Change Request:** [●]
**Ending date of event giving rise to Contractor's Change Request:** [●]
**Description of circumstances giving rise to Contractor's Change Request:**
[●]

| **Project Scope of Work:** | ☐ Increase | ☐ Reduce | ☐ No Change |
|---|---|---|---|
| **Seeking Price Adjustment:** | ☐ Yes | ☐ No | |

| **Claimed Basis for Contractor Compensation:** | ☐ Change (modification of Exhibits A, B, or C by a Change Directive)<br>☐ Unrestricted Suspension (*Standby Compensation only*) | ☐ Undiscoverable Site Condition<br>☐ Company-Caused Rework<br>☐ Company-Caused Delay (*Standby Compensation only*)<br>☐ Change in Law | |

| **Price Adjustment (direction):** | ☐ Increase | ☐ Decrease | ☐ No Change |
|---|---|---|---|

| **Proposed Contractor Compensation (if applicable):** | **Proposed Standby Compensation (if applicable):** | **Proposed Revised Compensation Limit (if applicable):** | **Proposed Revised Actual Cost Fee (if applicable):** |
|---|---|---|---|
| $[●] | $[●] | $[●] | $[●] |

| **Seeking Time Adjustment:** | ☐ Yes | ☐ No | |
|---|---|---|---|

| **Claimed Basis for Time Adjustment (Check Applicable Box(es)):** | ☐ Change (modification of Exhibits A, B, or C by a Change Directive)<br>☐ Force Majeure | ☐ Undiscoverable Site Condition<br>☐ Adverse Weather Day in Excess of Adverse Weather Deductible | ☐ Unrestricted Suspension<br>☐ Company-Caused Delay<br>☐ Change in Law<br>☐ Company-Caused Rework |

**Proposed Time Adjustment:**          ☐ Increase (Days: [●])          ☐ Reduce (Days: [●])
**Critical Milestone(s) Affected:** [●]

**Attachments Required (if Applicable):**          ☐ Contractor's cost analysis pursuant to Section 6.5(b)(iii)          ☐ Contractor's Critical Path Analysis

Contractor: _____          _____          _____
                        [●]                                    [●]                                    [●]
                      NAME                              SIGNATURE                          DATE

EXCEPT FOR ANY PRICE ADJUSTMENT AND/OR TIME ADJUSTMENT PROPOSED BY CONTRACTOR HEREIN, BY EXECUTION OF THIS CHANGE REQUEST, CONTRACTOR AGREES NOT TO BRING OR CAUSE TO BE BROUGHT ANY OTHER CLAIM FOR PRICE ADJUSTMENT OR TIME ADJUSTMENT IN RESPECT OF THE SPECIFIC CIRCUMSTANCE SET FORTH IN, AND RESOLVED BY, THIS CHANGE REQUEST

## Exhibit D: Forms
### Attachment D-3: Change Orders
### Addendum D-3A: Change Order Form

CONTRACT NO. [●]                                                                                                CHANGE ORDER NO. [●]

| [●] | [●] | [●] |
|---|---|---|
| LOCATION / WBS | DATE | CONTRACTOR |

Description of Modification: [●]

SCOPE OF WORK: ☐ Increase*      ☐ Reduce*      ☐ No Change*

**I. PRICE ADJUSTMENT: CONTRACTOR COMPENSATION FOR CHANGES TO EXHIBITS A, B, OR C OR UNDISCOVERABLE SITE CONDITIONS**

| ☐ (1) Unit Price Basis | ☐ (2) Time & Material Basis | ☐ (3) Actual Cost Basis | ☐ (4) Lump Sum Basis |
|---|---|---|---|
| Contractor's sole compensation for the Price Adjustment shall be payment of the Unit Prices set forth in Exhibit C. | Contractor's sole compensation for the Price Adjustment shall be payment of the Time & Materials rates set forth in Exhibit C. | Contractor's sole compensation for the Price Adjustment shall be payment of the Actual Costs: **Actual Cost Fee for Actual Cost Basis (select one):** ☐ (a) Percentage  *or*  ☐ (b) Fixed Dollar    [●]%           $[●] | Contractor's sole compensation for the Price Adjustment shall be payment of the following Lump Sum: **Lump Sum:** $[●] |

**II. PRICE ADJUSTMENT: INCREASE OR DECREASE TO THE CONTRACTOR COMPENSATION**

Amount of Increase/Decrease to Contractor Compensation: $[●]      Revised Contractor Compensation: $[●]

**III. TIME ADJUSTMENT TO CRITICAL MILESTONES**

Critical Milestones: [●]        ☐ Increase (Days: [●])        ☐ Reduce (Days: [●])

**NOTE:** By executing this Change Order, Contractor acknowledges that all Contractor Compensation and Critical Milestone Date impacts are expressly identified in this Change Order.

| | [●] | | [●] |
|---|---|---|---|
| Company: | AUTHORIZED REPRESENTATIVE | SIGNATURE | DATE |
| Contractor: | [●] AUTHORIZED REPRESENTATIVE | SIGNATURE | [●] DATE |

Additionally, Contractor acknowledges that Company, by authorizing this Change Order, does not waive or modify any contractual rights or responsibilities unless such waiver or modification is expressly set forth in this Change Order.

UNLESS OTHERWISE STATED HEREIN, EXCEPT FOR THE PRICE ADJUSTMENT AND/OR TIME ADJUSTMENT PROVIDED TO CONTRACTOR HEREIN, BY EXECUTION OF THIS CHANGE ORDER, CONTRACTOR AGREES NOT TO BRING OR CAUSE TO BE BROUGHT ANY OTHER CLAIM FOR PRICE ADJUSTMENT, CLAIM FOR TIME ADJUSTMENT, OR OTHER CLAIM OR ACTION AGAINST, AND DOES HEREBY COMPROMISE, SETTLE, QUIT CLAIM, WAIVE, FULLY RELEASE, AND FOREVER DISCHARGE COMPANY GROUP FROM, ANY CLAIMS/LOSSES OF CONTRACTOR GROUP, , ARISING OUT OF THE MODIFICATION OF THE WORK AS SET FORTH IN THIS CHANGE ORDER OR OTHER CIRCUMSTANCE SET FORTH IN THIS CHANGE ORDER. THIS CHANGE ORDER DOES NOT MODIFY ANY PROVISION OF THE TERMS AND CONDITIONS, AND THE TERMS AND CONDITIONS SHALL ALWAYS TAKE PRECEDENCE OVER THIS CHANGE ORDER.

**Exhibit D: Forms**
Attachment D-3: Change Orders
Addendum D-3B: Change Order Log

| 9/28/2023 | 590066 - El Dorado | | | | | | |
|---|---|---|---|---|---|---|---|
| Change Order # | Description | Date Submitted | Submitted Amount | Status | Date of Approval | Pending Amount | Approved Amount |
| PCO 001 | Module Design Change Analysis | 1/26/2022 | $ 43,539.00 | Pending | | $ 43,539.00 | $ - |
| PCO 002 | BESS Design Integration | 2/11/2022 | $ 41,000.00 | Executed | | | $ 41,000.00 |
| PCO 003 | New Seeding Analysis | 2/12/2022 | $ 10,000.00 | Pending | | $ 10,000.00 | $ - |
| PCO 004 | Permitting Delay | 6/7/2022 | $ 15,000.00 | VOID | | | $ - |
| PCO 005 | MPT Delay | 6/16/2022 | $ 50,000.00 | Executed | | | $ 35,000.00 |
| PCO 006 | Road Crossing Permits | 6/17/2022 | $ 7,150.00 | Pending | | $ 7,150.00 | $ - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | Original Contract | $ 1,000,000.00 | | | |
| | | | Executed Change Order | $ 76,000.00 | | | |
| | | | Pending Change Order | $ 60,689.00 | | | |
| **Total Approved Contract** | | | $ 1,076,000.00 | | | | |
| | Executed Change Orders | | | | | | |
| | Pending Change Orders | | | | | | |
| | Void Change Orders | | | | | | |

### Exhibit D: Forms
Attachment D-4: Contractual Waivers
Attachment D-4A: Contractor Conditional Waiver and Release on Partial
Payment

**Company: [●]**
**Contract No.: [●]**
**Project: [●]**

| | **Current Contractor** |
|---|---|
| **Contractor:** _____ [●] _____ | **Invoice No.:** _____ [●] _____ |

**For Period Starting:** _____ [●] _____          **And Ending:** _____ [●] _____

Capitalized terms used herein shall have the meanings ascribed to them in the Agreement.

On receipt by Contractor of a check (or electronic payment) from Company in the sum of $[●] payable to Contractor, and when the check has been properly endorsed and has been paid by the bank on which it is drawn (or Contractor's receipt of an electronic payment in such amount by Company), this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position, that the signer has on the property of Company associated with the subject project to the following extent:

This release covers a partial payment for all labor, services, Equipment, or Materials furnished with the subject project as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid in full, or will use the funds received from this progress payment to promptly pay in full, all of the signer's laborers, Subcontractors, materialmen, and suppliers for all Work, Materials, Equipment, or services provided for or to the above-referenced project in regard to the attached statement(s) or progress payment request(s).

Dated: _____ [●] _____

[CONTRACTOR NAME]

By: [●] _____

Title: [●] _____

## <u>Exhibit D: Forms</u>
Attachment D-4: Contractual Waivers
Attachment D-4B: Contractor Conditional Waiver and Release on Final Payment

**Company: [●]**
**Contract No.: [●]**
**Project: [●]**

**Contractor:** _____ [●] _____

**Current Contractor Invoice No.:** _____ [●] _____

**For Period Starting:** _____ [●] _____

**And Ending:** _____ [●] _____

Capitalized terms used herein shall have the meanings ascribed to them in the Agreement.

On receipt by the signer of this document of a check (or electronic payment) from Company in the sum of $[●] payable to Contractor, and when the check has been properly endorsed and has been paid by the bank on which it is drawn (or Contractor's receipt of an electronic payment in such amount by Company), this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position, that the signer has on the property of Company associated with the project.

This release covers the final payment to the signer for all labor, services, Equipment, or Materials furnished to the property associated with the subject project or to Company.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid in full, or will use the funds received from this final payment to promptly pay in full, all of the signer's laborers, Subcontractors, materialmen, and suppliers for all Work, Materials, Equipment, or services provided for or to the above-referenced project up to the date of this waiver and release.

Dated: _____ [●] _____

[CONTRACTOR NAME]

By: [●] _____

Title: [●] _____

## Exhibit D: Forms
Attachment D-4: Contractual Waivers
Attachment D-4C:

**Company: [●]**
**Contract No.: [●]**
**Project: [●]**
**Current Contractor**
Contractor: _____ [●] _____    Invoice No.: _____ [●] _____

**For Period**
**Starting:** _____ [●] _____    **And Ending:** _____ [●] _____

Capitalized terms used herein shall have the meanings ascribed to them in the Agreement.

Contractor acknowledges and represents that for the period stated above and Work covered by all previous Invoices for which Contractor has received payment:

1. Contractor has been paid $[●].
2. Contractor has properly applied previous payments to pay in full all of its outstanding invoices for Subcontracts, labor, Materials, machinery, Equipment, and any other costs related to the subject project.
3. All payroll, withholding, sales and other taxes, union benefits, insurance premiums, and any other amount required by law, regulation, or agreement to be paid in connection with labor, Materials, machinery, and Equipment for the subject project have been paid in full.

I hereby certify that the facts, information, and representations set forth above are true and accurate to the best of my knowledge, information, and belief, fully aware that Company is relying upon such truth and accuracy.

Dated: _____ [●]

[CONTRACTOR NAME]

By: [●]
Title: [●]

## **Exhibit D: Forms**
Attachment D-5: Subcontractor Waivers
Addendum D-5A: Subcontractor Conditional Waiver and Release on
Partial Payment

**Company: [●]**
**Contract No.: [●]**
**Project: [●]**

|  | | **Current Contractor** | |
|---|---|---|---|
| **Subcontractor:** | [●] | **Invoice No.:** | [●] |

| **For Period Starting:** | [●] | **And Ending:** | [●] |
|---|---|---|---|

Capitalized terms used herein shall have the meanings ascribed to them in the Agreement.

On receipt by Subcontractor of a check (or electronic payment) from Contractor in the sum of $[●] payable to Subcontractor, and when the check has been properly endorsed and has been paid by the bank on which it is drawn (or Contractor's receipt of an electronic payment in such amount by Company), this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position, that the signer has on the property of Company associated with the subject project to the following extent:

This release covers a partial payment for all labor, services, Equipment, or Materials furnished with the subject project as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid in full, or will use the funds received from this progress payment to promptly pay in full, all of the signer's laborers, Subcontractors, materialmen, and suppliers for all Work, Materials, Equipment, or services provided for or to the above-referenced project in regard to the attached statement(s) or progress payment request(s).

Dated:     [●]

[SUBCONTRACTOR NAME]

By:     [●]
Title:     [●]

### Exhibit D: Forms
Attachment D-5: Subcontractor Waivers
Addendum D-5B: Subcontractor Conditional Waiver and Release on Final Payment

**Company: [●]**
**Contract No.: [●]**
**Project: [●]**

|  |  | **Current Contractor** |  |
|---|---|---|---|
| **Subcontractor:** _____[●]_____ | | **Invoice No.:** _____[●]_____ |

**For Period Starting:** _____[●]_____      **And Ending:** _____[●]_____

Capitalized terms used herein shall have the meanings ascribed to them in the Agreement.

On receipt by the signer of this document of a check (or electronic payment) from Contractor in the sum of $[●] payable to Subcontractor, and when the check has been properly endorsed and has been paid by the bank on which it is drawn (or Contractor's receipt of an electronic payment in such amount by Company), this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position, that the signer has on the property of Company associated with the subject project.

This release covers the final payment to the signer for all labor, services, Equipment, or Materials furnished to the property associated with the subject project or to Company.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid in full, or will use the funds received from this final payment to promptly pay in full, all of the signer's laborers, Subcontractors, materialmen, and suppliers for all Work, Materials, Equipment, or services provided for or to the above-referenced project up to the date of this waiver and release.

Dated: _____[●]_____

_____
[SUBCONTRACTOR NAME]

By: [●] _____
Title: [●] _____

## Exhibit D: Forms
Attachment D-5: Subcontractor Waivers
Addendum D-5C:

**Company: [●]**
**Contract No.: [●]**
**Project: [●]**
**Current Contractor**

**Contractor:** _____[●]_____     **Invoice No.:** _____[●]_____

**Subcontractor:** _____[●]_____

**For Period**
**Starting:** _____[●]_____     **And Ending:** _____[●]_____

Capitalized terms used herein shall have the meanings ascribed to them in the Agreement.

Subcontractor acknowledges and represents that for the period stated above and Work covered by all previous Invoices for which Subcontractor has received payment:

1.      Subcontractor has been paid $[●].
2.      Subcontractor has Invoiced $[●] to date.
3.      Subcontractor has properly applied previous payments to pay in full all of its outstanding Invoices for Subcontracts, labor, Materials, machinery, Equipment, and any other costs related to the subject project.
4.      All payroll, withholding, sales and other taxes, union benefits, insurance premiums, and any other amount required by law, regulation, or agreement to be paid in connection with labor, Materials, machinery, and Equipment for the subject project have been paid in full.

I hereby certify that the facts, information, and representations set forth above are true and accurate to the best of my knowledge, information, and belief, fully aware that Company is relying upon such truth and accuracy.

Dated:                    [●]

[SUBCONTRACTOR NAME]

By: [●]
Title: [●]

**<u>Exhibit D: Forms</u>**
Attachment D-6: Checklist of Invoice Requirements and Form of Invoice

Contractor:                              [●]
Invoice Number:                          [●]
Invoice Period:                          [●]
Date of Invoice Submittal:           [●]

<u>Contractor Deliverables</u>
In accordance with Article VII of the Agreement, [●], the undersigned, hereby certifies that:

Undersigned's
Initials

(1)    The Invoice has been calculated in accordance with the requirements of Article VII of the Agreement and of Exhibit C.

(2)    The Invoice includes the associated work order number, item number, description, work breakdown structure (WBS) codes (if applicable), percent complete and cost this period, prior and to date, [Retainage withheld,] and total of this current Invoice.

(3)    The Work is generally progressing in accordance with the most current Contractor's Project Schedule.

(4)    The Work described in the Invoice qualifies to receive Contractor Compensation and has been undertaken in accordance with the terms of the Agreement.

(5)    The Work described in the Invoice was performed in accordance with GIP and Applicable Laws.

(6)    Contractor is entitled to payment of the amount Invoiced.

(7)    The Work and Materials (or any portion thereof) described in the Invoice and all previous Invoices remain free and clear of all liens (other than any Contractor Liens rights extinguished upon receipt of payment in respect of such Invoice or Contractor Lien rights reserved in Exhibits D-4 and D-5).

(8)    Each representation and warranty previously made by Contractor at any time pursuant to the Agreement remains true and correct as if it were made on the date of the Invoice to the best of Contractor's knowledge as of the date hereof.

(9)    Subcontractors have been paid all sums properly due and owing to them through the date of the Invoice.

(10)   The Invoice being provided uses the form accepted by Company.

(11)*  Invoices for any amounts that were attributable to a Change Directive or Change Order include an executed copy of the Change Directive and/or Change Order.

(12)*  Contractor Conditional Waiver and Release on Partial Payment – Addendum D-4A.

(13)*  Subcontractor Conditional Waiver and Release on Partial Payment – Addendum D-5A.

---

|  | (14)* | Contractor Conditional Waiver and Release on Final Payment – Addendum D-4B. |
|---|---|---|
|  | (15)* | Subcontractor Conditional Waiver and Release on Final Payment – Addendum D-5B. |
|  | (16)* | [NOT USED] |
|  | (17)* | [NOT USED] |
|  | (18)* | Mechanical Completion Certificate – Attachment D-11. |
|  | (19)* | Substantial Completion Certificate – Attachment D-12. |
|  | (20)* | Final Completion Certificate – Attachment D-13. |
|  | * | [Other Deliverables Required by Company (please list below).] Certified Payroll (IRA Payroll Compliance) _____ |
|  | * | [Other Representations per Article VII (please list below).] _____ |

*An "N/A" in any one of these fields indicates that the deliverable is not due pursuant to the Agreement for the current Invoice period.

<u>Waiver and Release of Claims Not Listed Above</u>
CONTRACTOR REPRESENTS AND WARRANTS TO COMPANY THAT IT DOES NOT INTEND TO ASSERT ANY KNOWN CLAIM, ARISING OUT OF OR RELATED TO THE WORK PRIOR TO THE DATE OF THIS INVOICE, EXCEPT FOR THOSE CLAIMS SET FORTH IN ITEM 11 ABOVE OR EXPRESSLY RESERVED IN WRITING BY CONTRACTOR. EXCEPT AS LISTED IN ITEM 11 ABOVE, OR EXPRESSLY RESERVED IN WRITING BY CONTRACTOR, CONTRACTOR AGREES , IN EACH CASE, TO THE EXTENT OF KNOWN CLAIMS AS OF THE DATE OF THIS INVOICE, NOT TO BRING OR CAUSE TO BE BROUGHT ANY CHANGE REQUEST, CLAIM FOR PRICE ADJUSTMENT, CLAIM FOR TIME ADJUSTMENT, OR OTHER CLAIM OR ACTION AGAINST, AND DOES HEREBY COMPROMISE, SETTLE, QUIT CLAIM, WAIVE, FULLY RELEASE, AND FOREVER DISCHARGE COMPANY GROUP FROM ANY CLAIMS/LOSSES OF CONTRACTOR GROUP, ARISING OUT OF (i) THE WORK; OR (ii) THE ACTIONS OR INACTIONS OF COMPANY GROUP, INCLUDING COMPANY'S ISSUANCE OF CHANGE DIRECTIVES, IN EACH CASE PRIOR TO THE DATE OF THIS INVOICE.

<u>Disclaimer</u>
RECEIPT BY COMPANY OF THE INVOICE ATTACHED OR ANY OTHER INVOICE DOES NOT CERTIFY THAT COMPANY ACCEPTS THE INFORMATION CONTAINED IN ANY INVOICE AS ACCURATE OR TRUE, AND COMPANY DOES NOT ACCEPT ANY INVOICE AS NOTICE THAT THE WORK DEPICTED IN THE INVOICE IS COMPLETE AND IN ACCORDANCE WITH THE AGREEMENT.

[*Signature page follows.*]

**[CONTRACTOR]**


By:      _____
Name:    [AUTHORIZED REPRESENTATIVE]
Title:    [TITLE]
Date:    [MONTH] [DAY], [YEAR]

**Exhibit D: Forms**
Attachment D-6: Checklist of Invoice Requirements and Form of Invoice
Addendum D-6A: Form of Invoice

If a form of Invoice is provided below, then it should be used. If a form of Invoice is not provided below, then any form of Invoice that complies with the requirements of the Agreement is acceptable.



**<u>Exhibit D: Forms</u>**
Attachment D-7: Form of Performance Bond

**NOT USED.**

**<u>Exhibit D: Forms</u>**
Attachment D-8: Form of Payment Bond

**NOT USED.**

**<u>Exhibit D: Forms</u>**

Attachment D-9: Forms of Irrevocable Standby Letter of Credit and Parent Company Guaranty
Addendum D-9A: Irrevocable Standby Letter of Credit

# NOT USED

**Exhibit D: Forms**
Attachment D-9: Forms of Letter of Credit and Parent Company Guaranty
Addendum D-9B: Parent Company Guaranty

**NOT USED**

**<u>Exhibit D: Forms</u>**
Attachment D-10: Progress Report Form

WEEK ENDING: [●]

CONTRACTOR: [●]                                CWO: [●]

☐     Progress Documents and deliverables, including:

    ☐     Updated Contractor's Project Schedule

    ☐     Schedule Update Report

    ☐     Two-Week Look Ahead Schedule (Current and Upcoming)

    ☐     Status of Major Subcontractor Mobilization and Progress

☐     Project Controls weekly deliverables

☐     Report of Environmental Issues and Concerns

☐     Report of Safety Issues, Concerns, or Incidents

☐     Report of This Week and Cumulative Near Miss, First Aid, Recordable Incidents

☐     Report of This Week and Cumulative Contractor Man Hours

☐     Report of This Week and Cumulative Subcontractor Man Hours

☐     Report of ROW Issues and Concerns

☐     Updated Request for Information (RFI) Log

☐     Adverse Weather Day Update

☐     Updated Change Order Log

    ☐     Status of Change Directives by Company

    ☐     Status of Change Requests by Contractor

    ☐     Status of Change Orders

☐     Description of any delays to the Work encountered and narrative explanation

☐     Description of any Contractor productivity decline and narrative explanation

☐     [Other deliverables]


Deliverables Submitted By:                          **[CONTRACTOR]**


                                     By:    _____
                                     Name:  [AUTHORIZED REPRESENTATIVE]
                                     Title:   [TITLE]
                                     Date:   [MONTH] [DAY], [YEAR]

**Exhibit D: Forms**
Attachment D-11: Substation Mechanical Completion Certificate

# Substation Mechanical Completion Certificate

**THE SPECIFIC MECHANICAL COMPLETION REQUIREMENTS SHOULD BE TAILORED TO THE WORK.**

**[CONTRACTOR LETTERHEAD]**

[MONTH] [DAY], [YEAR]

[COMPANY NAME]

Subject:    [PROJECT]
         [CONTRACT NAME AND NUMBER]
         Request for Certification of Achievement of Substation Mechanical Completion

THE WORK TO WHICH THIS CERTIFICATE APPLIES HAS BEEN INSPECTED BY AUTHORIZED REPRESENTATIVES OF COMPANY AND CONTRACTOR. ALL ITEMS LISTED AS OUTSTANDING ON THE CERTIFICATE(S) OF SUBSTATION MECHANICAL COMPLETION HAVE BEEN COMPLETED, AND THE WORK IS HEREBY DECLARED TO BE COMPLETE IN ACCORDANCE WITH, AND AS DEFINED IN, THE AGREEMENT ON:

[DATE OF SUBSTATION MECHANICAL COMPLETION]
Date of Substation Mechanical Completion

To Company Representative:

Pursuant to Article X of the Terms & Conditions, Contractor hereby certifies that Contractor has completed the Work required to achieve Substation Mechanical Completion.

In accordance with the Agreement, Contractor hereby certifies:

(a)    The Facility has achieved Substation Mechanical Completion and the Work in accordance with the Agreement, Applicable Laws, and applicable authorizations of Government Instrumentalities;

(b)    Contractor has completed all "Type A" deficiencies (Type A Deficiencies are defined as a deficiency in project scope that has a critical impact on operability, maintainability, accessibility and/or safety, which prevents design completion, the start of pre-commissioning, commissioning, or asset acceptance.) from the Deficiency List for Substation Mechanical Completion, as shown on the attachment enclosed herein;

(c)    Contractor has completed all construction, procurement, fabrication, assembly, erection, and installation required to safely commission the Facility in accordance with the Scope of Work and the Specifications such that the Facility is capable and fit for commencing start-up and commissioning testing without damage to the Facility or any property or injury to any Person;

(d)    Contractor has conducted all necessary pre-energization testing and inspections (for the avoidance of doubt, excluding Capacity/Availability Testing and energy testing, witness testing, and permission to operate has not been granted), and completed any required repairs necessary to commence safe start-up and commissioning and the

---

systems and components of the Work have been confirmed to be in ready to commence start-up and commissioning in accordance with the requirements of this Agreement;

(e)   Contractor has provided all required inspection and testing documentation required by the Agreement, including all redline markup drawings and draft Job Books with all applicable up-to-date information, to Company; any deviations from the draft job book requirements shall be discussed by Contractor and Company to come to adjustments that are agreeable to both parties; and

(f)   each system and component of the Facility is ready for commissioning, including [LIST PRINCIPAL FACILITY COMPONENTS].

The undersigned, a duly authorized representative of Contractor, has provided, and Company Representative has accepted receipt of, this Substation Mechanical Completion Certificate:

**[CONTRACTOR]**                                           **[COMPANY]**

By:   _____          By:   _____
Name:   [AUTHORIZED REPRESENTATIVE]      Name:   [COMPANY REPRESENTATIVE]
Title:   [TITLE]                         Title:   [TITLE]
Date:   [DATE]                           Date:   [DATE]

**Exhibit D: Forms**
Attachment D-12: Circuit Mechanical Completion Certificate

# Circuit Mechanical Completion Certificate

**THE SPECIFIC MECHANICAL COMPLETION REQUIREMENTS SHOULD BE TAILORED TO THE WORK.**

**[CONTRACTOR LETTERHEAD]**

[MONTH] [DAY], [YEAR]

[COMPANY NAME]

Subject:   [PROJECT]
[CONTRACT NAME AND NUMBER]
Request for Certification of Achievement of Circuit Mechanical Completion

THE WORK TO WHICH THIS CERTIFICATE APPLIES HAS BEEN INSPECTED BY AUTHORIZED REPRESENTATIVES OF COMPANY AND CONTRACTOR. ALL ITEMS LISTED AS OUTSTANDING ON THE CERTIFICATE(S) OF MECHANICAL COMPLETION HAVE BEEN COMPLETED, AND THE WORK IS HEREBY DECLARED TO BE COMPLETE IN ACCORDANCE WITH, AND AS DEFINED IN, THE AGREEMENT ON:

[DATE OF CIRCUIT MECHANICAL COMPLETION]
Date of Circuit Mechanical Completion

To Company Representative:

Pursuant to Article 10 of the Terms & Conditions, Contractor hereby certifies that Contractor has completed the Work required to achieve Circuit Mechanical Completion of the ___ Circuit (e.g., 1st Circuit or 3rd Circuit etc.…).

In accordance with the Agreement, Contractor hereby makes the representations in Section 1. Circuit Mechanical Completion means, with respect to each Circuit or HV Facility, the completion of the Work relating thereto, including:

(a)   Contractor has completed all construction, procurement, fabrication, assembly, erection, and installation required to safely commission the Circuit, including Company Provided Equipment, in accordance with the Scope of Work and the Specifications. This means the Circuit is capable and fit for commencing start-up and commissioning testing without damage to the Facility or any property or injury to any Person;

(b)   The Circuit is mechanically, electrically and structurally constructed in accordance with the Specifications, and ready for initial operations, adjustment and testing in accordance with the Agreement, except for Type A deficiencies as agreed by the Parties and included on the Deficiency List;

(c)   Contractor has conducted all necessary pre-energization testing and inspections (for the avoidance of doubt, this does not include Performance Testing, capacity testing, availability testing, witness testing, and permission to operate has not been granted),

and completed any required repairs necessary to commence safe start-up and commissioning and the systems and components of the Circuit have been confirmed to be in ready to commence start-up and commissioning in accordance with the requirements of this Agreement including Exhibit E Technical Specifications, (Appendix B - J);

(d)     All inspection and test forms and all reporting required in Exhibit B Technical Specifications, (Appendix B – J) has been received by the Company in accordance with the Agreement.

(e)     Contractor has obtained, and Company has received copies of, all Applicable Permits and required approvals or authorizations from Governmental Authorities necessary for the commencement of start-up, commissioning, testing and ongoing operation of such Circuit & HV Facility in a safe, efficient, and reliable manner in accordance with the Agreement.

(f)     Contractor has demonstrated, to the satisfaction of the Company that no deficiency in the work exists which may have a critical impact on operability and/or safety which would prevent the start of commissioning activities. Contractor shall also demonstrate, the following:

    a.     All Checkout, pre-commissioning, and pre-energization testing is complete;

    b.     Required Arc Flash Labels have been installed in their proper location. FTNS tagging on the equipment matches the FTNS tagging on the Arc Flash Label;

    c.     Contractor's Lockout/Tag Out procedures are fully implemented;

    d.     Notification has been given to all Contractor Group and Company personnel regarding pending energization;

    e.     "As-found" vs. "As-left" relay settings are available and reviewed by qualified Contractor Group personnel;

    f.     Project RFI Log reviewed to ensure all relevant RFIs are complete;

    g.     Kirk Key scheme verified and functioning as per engineering design;

    h.     Energization plan has been developed and approved;

    i.     Pre-energization field verification walkthrough conducted.  Contractor to submit a pre-energization checklist and attendance record to Company prior to energization; and

    j.     Redline markups are complete and available to Contractor Group and Company.  All changes are identified on affected drawings.

(g)     For the avoidance of doubt, any Checkout, pre-commissioning, and pre-energization test that has not been successfully completed may, at Company's sole discretion, be deemed to have a critical impact on operability and/or safety and thereby be grounds for denial of Circuit Mechanical Completion;

(h)    Confirmation that all signs and labels, as required by Law, Codes, Standards and as specified in the Agreement have been installed in a robust and permanent manner and display complete and correct information; and

(i)    Company shall have received all draft Job Books as required to be delivered prior to and in connection with Circuit Mechanical Completion for the applicable Circuit & HV Facility pursuant to the Exhibit A (Attachment A-1) & Exhibit E (Appendix X);

(j)    Contractor has completed all required Check-out, pre-commissioning, and pre-energization testing of the HV Facility completed any required repairs necessary to commence safe start-up and commissioning and the HV Facility have been confirmed to be in ready to commence start-up and commissioning in accordance with the requirements of this Agreement including Exhibit A (Attachment A-1) & Exhibit E Specifications, (Appendix B – L); All inspection and test forms and all reporting required in Exhibit A (Attachment A-1) & Exhibit E Specifications, (Appendix B – L) have been received by the Company in accordance with the Agreement.

Circuit Mechanical Completion shall be considered to be achieved when Company has confirmed Contractor has reached Circuit Mechanical Completion in accordance with Article 10 of the Agreement. In no event shall the Contractor commence Start-up Process or hot commissioning of a Circuit prior to achieving Circuit Mechanical Completion of that system or sub-system, unless mutually agreed to by Contractor and Company.

The undersigned, a duly authorized representative of Contractor, has provided, and Company Representative has accepted receipt of, this Mechanical Completion Certificate:

**[CONTRACTOR]**                                      **[COMPANY]**


By:    _____        By:    _____
Name: [AUTHORIZED REPRESENTATIVE]        Name: [COMPANY REPRESENTATIVE]
Title:  [TITLE]                                          Title:  [TITLE]
Date:  [DATE]                                         Date:  [DATE]

**Exhibit D: Forms**
Attachment D-13: Performance Testing Completion Certificate

# Performance Testing Completion Certificate

**THE SPECIFIC SUBSTANTIAL COMPLETION REQUIREMENTS SHOULD BE TAILORED TO THE WORK.**

**[CONTRACTOR LETTERHEAD]**

[MONTH] [DAY], [YEAR]

[COMPANY NAME]

Subject:  [PROJECT]
[CONTRACT NAME AND NUMBER]
Request for Certification of Achievement of Performance Testing Completion

THE WORK TO WHICH THIS CERTIFICATE APPLIES HAS BEEN INSPECTED BY AUTHORIZED REPRESENTATIVES OF COMPANY AND CONTRACTOR. ALL ITEMS LISTED AS OUTSTANDING ON THE CERTIFICATE(S) OF PERFORMANCE TESTING COMPLETION HAVE BEEN COMPLETED, AND THE WORK IS HEREBY DECLARED TO BE FULLY COMPLETE IN ACCORDANCE WITH, AND AS DEFINED IN, THE AGREEMENT ON:

[DATE OF PERFORMANCE TESTING COMPLETION]
Date of Performance Testing Completion

CONTRACTOR HEREBY CERTIFIES THAT ALL PAYROLLS, PAYROLL TAXES, LIENS, CHARGES, CLAIMS, DEMANDS, JUDGMENTS, SECURITY INTERESTS, BILLS FOR MATERIALS AND EQUIPMENT, AND OTHER INDEBTEDNESS CONNECTED WITH THE WORK FOR WHICH CONTRACTOR MAY IN ANY WAY BE RESPONSIBLE HAVE BEEN PAID IN FULL AND/OR OTHERWISE SATISFIED. CONTRACTOR AGREES TO IMMEDIATELY AND UPON REQUEST OF COMPANY MAKE AVAILABLE ANY DATA, DOCUMENTS, AND/OR OTHER MATERIALS WITH RESPECT TO THE PAYMENT OR SATISFACTION OF ANY SUCH PAYROLLS, PAYROLL TAXES, LIENS, CHARGES, CLAIMS, DEMANDS, JUDGMENTS, SECURITY INTERESTS, BILLS FOR MATERIALS AND EQUIPMENT, AND OTHER INDEBTEDNESS. Contractor represents that the following conditions for Performance Testing Completion have been fulfilled:

(i)     Company and Contractor have agreed on all items from the Deficiency List for Performance Testing Completion, with the exception of Type A Deficiencies, which must be completed prior to Performance Testing Completion.;

(ii)     the Startup Process has been successfully completed, and the Facility is available for its normal, safe, and continuous operation pursuant to the purposes for which it was installed, GIP, and Applicable Laws;

(iii)     each component of the Facility individually performs according to its Specifications, and collectively, the Facility in its entirety performs according to its Specifications;

(iv)     the Work has been inspected for completeness using the Specifications and Drawings as the basis of such inspection and completed in accordance therewith;

(v)      all safety requirements have been met, and all safety systems have been installed and are operable in accordance with all Applicable Laws and GIP;

(vi)     special tools, parts, and other items necessary to operate the Facility in accordance with GIP have been provided by Contractor and are available at the Facility;

(vii)    all authorizations of any Government Instrumentality required for the operation of the Facility shall have been obtained and be in full force, and all test and inspection certificates, permits, and reports applicable to the Work have been delivered to Company;

(viii)   Company Representative has received a release or other appropriate indication of acceptance from the appropriate Government Instrumentality with respect to all permits under Contractor's responsibility;

(ix)     Contractor has achieved all previous Completion Critical Milestones.

The undersigned, a duly authorized representative of Contractor, has provided, and Company Representative has accepted receipt of, this Performance Testing Completion Certificate:

**[CONTRACTOR]**                                    **[COMPANY]**


By:     _____          By:     _____
Name:  [AUTHORIZED REPRESENTATIVE]              Name:  [COMPANY REPRESENTATIVE]
Title:   [TITLE]                                       Title:   [TITLE]
Date:   [DATE]                                        Date:   [DATE]

**Exhibit D: Forms**
Attachment D-14: Substantial Completion Certificate

# Substantial Completion Certificate

**THE SPECIFIC SUBSTANTIAL COMPLETION REQUIREMENTS SHOULD BE TAILORED TO THE WORK.**

**[CONTRACTOR LETTERHEAD]**

[MONTH] [DAY], [YEAR]

[COMPANY NAME]

Subject:    [PROJECT]
            [CONTRACT NAME AND NUMBER]
            Request for Certification of Achievement of Substantial Completion

THE WORK TO WHICH THIS CERTIFICATE APPLIES HAS BEEN INSPECTED BY AUTHORIZED REPRESENTATIVES OF COMPANY AND CONTRACTOR. ALL ITEMS LISTED AS OUTSTANDING ON THE CERTIFICATE(S) OF SUBSTANTIAL COMPLETION HAVE BEEN COMPLETED, AND THE WORK IS HEREBY DECLARED TO BE FULLY COMPLETE IN ACCORDANCE WITH, AND AS DEFINED IN, THE AGREEMENT ON:

[DATE OF SUBSTANTIAL COMPLETION]
Date of Substantial Completion

CONTRACTOR HEREBY CERTIFIES AND ATTESTS UNDER THE PENALTIES OF PERJURY THAT ALL PAYROLLS, PAYROLL TAXES, LIENS, CHARGES, CLAIMS, DEMANDS, JUDGMENTS, SECURITY INTERESTS, BILLS FOR MATERIALS AND EQUIPMENT, AND OTHER INDEBTEDNESS CONNECTED WITH THE WORK FOR WHICH CONTRACTOR MAY IN ANY WAY BE RESPONSIBLE HAVE BEEN PAID IN FULL AND/OR OTHERWISE SATISFIED. CONTRACTOR AGREES TO IMMEDIATELY AND UPON REQUEST OF COMPANY MAKE AVAILABLE ANY DATA, DOCUMENTS, AND/OR OTHER MATERIALS WITH RESPECT TO THE PAYMENT OR SATISFACTION OF ANY SUCH PAYROLLS, PAYROLL TAXES, LIENS, CHARGES, CLAIMS, DEMANDS, JUDGMENTS, SECURITY INTERESTS, BILLS FOR MATERIALS AND EQUIPMENT, AND OTHER INDEBTEDNESS.

Contractor represents that the following conditions for Substantial Completion have been fulfilled:

(i)      Contractor and Company have agreed on all items from the Deficiency List for Substantial Completion. All items on the Deficiency List shall additionally include applicable cost;

(ii)     the value of the Deficiency List, estimated in accordance with the terms of the Agreement, does not exceed one percent (1%) of the amended Contract Price;

(iii)    All Circuit Mechanical Completions have occurred;

(iv)    the Facility has met the Minimum Capacity Guaranty and Availability Guaranty requirements for Substantial Completion set forth in the Scope of Work, Exhibit B (Appendix G-2)

(v)    the other Guarantees detailed in the Scope of Work, Exhibit B (Appendix K) have been satisfied including:

    a.    the AC System Loss Guaranty;

    b.    the DC Collector System Loss Guaranty; and

    c.    the Sound Level Guaranties.

(vi)    Contractor has delivered all Lien Waivers and Releases required to be delivered as of Substantial Completion;

(vii)    Company has received payment of all Delay Liquidated Damages due under the terms of the Agreement;

(viii)    the Startup Process has been successfully completed, and the Facility is available for its normal, safe, and continuous operation pursuant to the purposes for which it was installed, GIP, and Applicable Laws;

(ix)    each component of the Facility individually performs according to its Specifications, and collectively, the Facility in its entirety performs according to its Specifications;

(x)    the Work has been inspected for completeness using the Specifications and Drawings as the basis of such inspection and completed in accordance therewith;

(xi)    all safety requirements have been met, and all safety systems have been installed and are operable in accordance with all Applicable Laws and GIP;

(xii)    special tools, parts, and other items necessary, if required, to operate the Facility in accordance with GIP have been provided by Contractor and are available at the Facility;

(xiii)    all authorizations of any Government Instrumentality required for the operation of the Facility shall have been obtained and be in full force, and all test and inspection certificates, permits, and reports applicable to the Work have been delivered to Company;

(xiv)    Company Representative has received a release or other appropriate indication of acceptance from the appropriate Government Instrumentality with respect to all permits under Contractor's responsibility. Additionally, Contractor shall have obtained, and Company shall have received copies, of all Contractor Permits required as of Substantial Completion to the extent necessary for operation of the Project, each of which shall be valid and in full force and effect;

(xv)     The entire Facility has been synchronized with the electrical grid and has been granted full permission to operate from the Utility, transmission service provider (TSP) and Electric Reliability Council of Texas (ERCOT) or applicable Independent System Operator (ISO);

(xvi)    the Facility is capable of commencing regular delivery of output;

(xvii)   the following have been successfully completed:

a.     the Capacity Test in accordance with the Scope of Work, Exhibit B (Appendix G-2);

b.     the Availability test in accordance with the Scope of Work, Exhibit B (Appendix G-2);

c.     Data exchange between ERCOT or applicable Independent System Operator (ISO), Company, Utility and TSP has been successfully commissioned and tested;

d.     All testing required by the Interconnection Agreement, ERCOT Resource Integration Process or applicable Independent System Operator (ISO), Company, Utility and TSP has been successfully completed including transfer trip, Reactive Capability, AVR, PSS and Performance Testing.

(xviii)  Contractor has complied and assisted Company to comply with all requirements set forth in the Interconnection Agreement and the ERCOT Resource Integration Process and applicable ISO Market Rules required for Company to claim "Commercial Operation";

(xix)    Company's personnel have received the training and training materials in accordance with the Agreement including Exhibit B Technical Specifications;

(xx)     Company has received all Contractor Deliverables as required to be delivered prior to and in connection with Substantial Completion as follows:

a.     Contractor Deliverables and Turnover Book/Job Book in accordance with the Exhibit B Technical Specifications including Appendix X;

b.     Job Book containing all records needed by Company to substantiate Labor Requirements compliance and tracking;

(xxi)    Contractor has provided for all insurance coverages and security requirements for the time periods identified in the Agreement; and

(xxii)   Substantial Completion shall be considered to be achieved when Company has confirmed Contractor has reached Substantial Completion in accordance with Article 10 of the Agreement.

The undersigned, a duly authorized representative of Contractor, has provided, and Company Representative has accepted receipt of, this Substantial Completion Certificate:

**[CONTRACTOR]**                                    **[COMPANY]**


By:      _____         By:      _____
Name:  [AUTHORIZED REPRESENTATIVE]        Name:  [COMPANY REPRESENTATIVE]
Title:    [TITLE]                                      Title:    [TITLE]
Date:    [DATE]                                       Date:    [DATE]

**Exhibit D: Forms**
Attachment D-15: Final Completion Certificate

## Final Completion Certificate

**THE SPECIFIC FINAL COMPLETION REQUIREMENTS SHOULD BE TAILORED TO THE WORK.**

**[CONTRACTOR LETTERHEAD]**

[MONTH] [DAY], [YEAR]

[COMPANY NAME]

Subject:    [PROJECT]
            [CONTRACT NAME AND NUMBER]
            Request for Certification of Achievement of Final Completion

THE WORK TO WHICH THIS CERTIFICATE APPLIES HAS BEEN INSPECTED BY AUTHORIZED REPRESENTATIVES OF COMPANY AND CONTRACTOR. ALL ITEMS LISTED AS OUTSTANDING ON THE CERTIFICATE(S) OF FINAL COMPLETION HAVE BEEN COMPLETED, AND THE WORK IS HEREBY DECLARED TO BE FULLY COMPLETE IN ACCORDANCE WITH, AND AS DEFINED IN, THE AGREEMENT ON:

[DATE OF FINAL COMPLETION]
Date of Final Completion

CONTRACTOR HEREBY CERTIFIES AND ATTESTS UNDER THE PENALTIES OF PERJURY THAT ALL PAYROLLS, PAYROLL TAXES, LIENS, CHARGES, CLAIMS, DEMANDS, JUDGMENTS, SECURITY INTERESTS, BILLS FOR MATERIALS AND EQUIPMENT, AND OTHER INDEBTEDNESS CONNECTED WITH THE WORK FOR WHICH CONTRACTOR MAY IN ANY WAY BE RESPONSIBLE HAVE BEEN PAID IN FULL AND/OR OTHERWISE SATISFIED. CONTRACTOR AGREES TO IMMEDIATELY, AND UPON REQUEST OF COMPANY, MAKE AVAILABLE ANY DATA, DOCUMENTS, AND/OR OTHER MATERIALS WITH RESPECT TO THE PAYMENT OR SATISFACTION OF ANY SUCH PAYROLLS, PAYROLL TAXES, LIENS, CHARGES, CLAIMS, DEMANDS, JUDGMENTS, SECURITY INTERESTS, BILLS FOR MATERIALS AND EQUIPMENT, AND OTHER INDEBTEDNESS. Contractor represents that the following conditions for Final Completion have been fulfilled:

(a)    cleanup of the Facility has been completed and the Facility is free and clear of construction debris arising from performance of the Work and the Project Site has been cleaned in accordance with the requirements of the Agreement;

(b)    All items on the Deficiency Lists have been completed;

(c)    All Work that is required to be performed under all outstanding Change Orders have been completed in accordance with the requirements of the Agreement;

(d)    Contractor has removed (and disposed of) all materials and debris arising from the Work as required by the Agreement;

(e)    all waste materials to be disposed of by Contractor pursuant to the Scope of Work have been disposed of in compliance with the Agreement;

(f)     all Specifications, Drawings, manuals, and instructions (current as of such time) required to be delivered by Contractor have been submitted to Company in the form required by the Agreement;

(g)     Contractor has removed all of its construction equipment, material, and support personnel (except to the extent they are needed to perform warranty obligations) from the Facility;

(h)     all Work (including reclamation and restoration of rights-of-way and other work required by applicable permits) has been completed. For avoidance of doubt, this shall include Contractor completing Work required to achieve Notice-of-Termination of the SWPPP Permit;

(i)     Company Representative has received a release or other appropriate indication of acceptance from the appropriate Government Instrumentality with respect to all permits under Contractor's responsibility;

(j)     all final documentation has been delivered to the Company as required by the Agreement;

(k)     Company Representative has received a conditional lien waiver and release of liens from and by Contractor and each Subcontractor in the form required by the Agreement;

(l)     Contractor has met each of its other obligations under the Agreement (other than any obligations that survive Final Completion);

(m)     Contractor has achieved Substantial Completion;

(n)     All testing for the Energy Performance Test (Exhibit B – APP H);

(o)     All Capacity Shortfall Liquidated Damages or any other payments owing to Company by Contractor have been paid in full;

(p)     Company's personnel have recived the training and training materials in accordance with the Agreement including Exhibit B Technical Specifications.

(q)     Contractor Deliverables and Turnover Book/Job Book in accordance with the Exhibit B Technical Specifications including Appendix X including Job Book containing all records needed by Company to substantiate Labor Requirements compliance and tracking;

(r)     Contractor has provided for all insurance coverages and security requirements for the time periods identified in the Agreement;

(s)     Company and Contractor have completed a final reconciliation in accordance with Article VII of the Agreement; and

(t)     [such other requirements as may have been requested by Company pursuant to GIP to be listed.]

The undersigned, a duly authorized representative of Contractor, has provided, and Company Representative has accepted receipt of, this Final Completion Certificate:

**[CONTRACTOR]**                                          **[COMPANY]**


By:     _____          By:     _____
Name:  [AUTHORIZED REPRESENTATIVE]          Name:  [COMPANY REPRESENTATIVE]
Title:   [TITLE]                                          Title:   [TITLE]
Date:   [DATE]                                          Date:   [DATE]

## Exhibit D: Forms
Attachment D-16: Request for Information Template and Log
Addendum D-16A: Request for Information Template

---

**ROSENDIN**

**Request for Information**

018

| Aktina Solar Project # 910005 | 11751 FM 441 El Campo TX, 77437 | Rosendin Electric Division 71 |
|---|---|---|

| REI RFI #:018 | GC RFI #: | SUB RFI#: | Date Created: 11/16/2020 |
|---|---|---|---|

| Answered By | Answer Company | Authored By | Author Company |
|---|---|---|---|
| Jeff Coleman | I1 Energy LLC | RJ Hackley | Rosendin Electric 1747 Dorsey Rd Ste C Glen Burnie, MD 21061 |

| Subject | Importance | Discipline |
|---|---|---|
| Site Lighting | Normal | Electrical |

**Referenced Contract Drawings**

| Drawing # | Revision | Revision Date | Specification Ref | Sketches | Detail/Section |
|---|---|---|---|---|---|

| Question | | | | | Date Required: 11/23/2020 |
|---|---|---|---|---|---|

Per Section 7.13 'Site Lighting' of the Scope of Work, site lighting is to be provided at a single main entrance gate. Please confirm which single main entrance gate will receive this light.

| Answer | Answered By | Date Answered |
|---|---|---|
| Since there are multiple sections of fenced arrays, TGA would like to request a price to install 1 gate light at each fenced in array. Please provide unit pricing for 1 light and a grand total taking into account all separately fenced in arrays, with a count total. | Jeff Coleman | 12/3/2020 |

| Cost Impact | Note |
|---|---|
| Yes | |

| Schedule Impact | Note |
|---|---|
| Not Sure | |

| Dwg Impact | Note |
|---|---|
| Not Sure | |

**Category / Review Fields**

[X] Information Not Shown on Contract Docs       [ ] Coordination Problems

[ ] Interpretation of Contract Requirements      [X] Confirming RFI

[ ] Conflict in Contract Requirements

Printed on: 10/11/2021          RFI-02. Request for Information Detailed - To SUB/Team          Page 1 of 1

---

**Exhibit D: Forms**
Attachment D-16: Request for Information Template and Log
Addendum D-16B: RFI Log Form

**THE BELOW IS AN EXAMPLE RFI LOG BUT OTHER FORMS MAY BE USED.**

| RFI No. | Submitted By | Subject | Date Submitted | Requested Response Date | Responsible Party | Actual Response Date | Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Exhibit D: Forms**
Attachment D-17: Significant Event Notification

**RE:    NOTICE OF SIGNIFICANT EVENT Pursuant to Article III of the Agreement**

Dear [Mr/Ms]. [NAME]:

On [MONTH] [DAY], [YEAR], [DESCRIBE EVENT IN COMPLETE DETAIL].

We believe that this event will impact the Project as follows:

_____

_____

We are proposing to mitigate the impact that this event will have upon the Project as follows:

_____

_____

We understand that the submittal of this Notice does not entitle us to seek additional compensation or an extension of time but is merely intended to provide Company with Notice that a significant event has occurred. Furthermore, we understand that should we believe that additional compensation or time is due under the terms of the Agreement as a result of aforementioned event, we are required to file a Change Request and adhere strictly to the Agreement in regard to time and to substance for submitting such a Change Request. Should we fail to file a Change Request within the time specified by the Agreement, we waive our rights to any additional compensation or an extension of time for the aforementioned event.

Sincerely,

[Contractor Vice President]

Date:   [MONTH] [DAY], [YEAR]

**Exhibit D: Forms**
Attachment D-18: Adverse Weather Day Report Form

CONTRACT NO. [●]                                                ADVERSE WEATHER REQUEST NO. [●]
CORRESPONDENCE NO. [●]                                   Additional Pages attached to this request: [●]
                                                                                    Total No. of Pages: [●]

[●]                                                    [●]
WORK LOCATION                                               DATE

[●]                                                    [●]
CONTRACTOR                                                   ADDRESS

Ladies and Gentlemen:

You are hereby notified of the incurrence of Adverse Weather Day(s) pursuant to Article VI of the Terms and Conditions:

Date: [●]

Work Location(s) impacted: [●]

Total Number of Adverse Weather Days Incurred to Date: [●]

Days Remaining in the Adverse Weather Deductible: [●]

Describe the severe weather occurring on the ROW, including the locations on the ROW that incurred severe weather, including weather data showing precipitation by hour, wind, and temperature or other applicable data where the Work is being performed:

|  |
|--|
|  |

Describe how, notwithstanding Contractor's use of GIP, it was unable to mitigate the impact of the severe weather:

|  |
|--|
|  |

Demonstrate that Contractor was prevented from performing a majority of the Work scheduled for such Days (both in terms of Dollar value and scheduled hours) as a result of the severe weather:

|  |
|--|
|  |

☐     **Attach applicable reports showing the Work scheduled for such Day and the Work actually performed on such Day.**

☐     **Attach applicable reports showing the hours worked by all of Contractor Group's full-time personnel on such Day and the hours scheduled to be worked by all of Contractor Group's full-time personnel for such Day.**

**A SEPARATE REQUEST FORM SHALL BE COMPLETED AND APPROVED FOR EACH ADVERSE WEATHER DAY (WHETHER CONSECUTIVE OR NON-CONSECUTIVE).**

Contractor: _____  _____  _____
                AUTHORIZED REPRESENTATIVE          SIGNATURE                    DATE

Remarks: _____

_____

_____

_____

Received by Company
Representative: _____  _____  _____
                AUTHORIZED REPRESENTATIVE          SIGNATURE                    DATE

**Exhibit D: Forms**
Attachment D-19: Form of Certificate of Liquidity

**CERTIFICATE OF LIQUIDITY**

**[MONTH] [DAY], [YEAR]**

Reference is made to the Construction Agreement between [COMPANY] (the "Company") and [CONTRACTOR] (the "Contractor") dated [MONTH] [DAY], [YEAR] (the "Agreement"). This Certificate of Liquidity ("Certificate") is provided as of [MONTH] [DAY], [YEAR] (the "Month End") pursuant to Article III of the Agreement. In connection with the foregoing, the undersigned, [NAME], an officer of Contractor, hereby certifies, on behalf of Contractor, that:

1.    The undersigned is the duly qualified and appointed [TITLE] of Company and, as such, the undersigned is familiar with the facts herein certified, and is duly authorized to certify the same.

2.    The undersigned is executing this Certificate in connection with the Agreement and acknowledges that Company is relying on the statements made in this Certificate.

3.    The undersigned hereby attaches as Annex A a true, correct, and complete statement as of the Month End setting forth Contractor's and its Affiliates' and subsidiaries': (i) term-loan, revolving, and other indebtedness; (ii) borrowing capacity available under Contractor's credit facilities; and (iii) cash and cash equivalents.

4.    The undersigned hereby confirms that Company has been provided a copy of any notice of default under any credit facility.

5.    The undersigned hereby confirms that the representation and warranty made by Contractor in Article XIII of the Agreement, regarding solvency, remains true and correct as of the date of this Certificate.

6.    The undersigned hereby covenants that Contractor will make appropriate and knowledgeable personnel reasonably available to discuss any reasonable questions or concerns that Company may have regarding the Certificate and Contractor's financial information.

[*Signature page follows.*]

IN WITNESS WHEREOF, the undersigned has executed this certificate on and as of the date first written above.

<div align="right">
[CONTRACTOR NAME]

By: [•] _____

Title: [•] _____
</div>

STATE OF _____ [MODIFY TO SATISFY JURISDICTIONAL REQUIREMENTS]

COUNTY (PARISH) OF _____

On this _____ day of _____, 20__, appeared before me, the undersigned authority, _____, and made oath in due form of law that the facts, information, and representations set forth in the foregoing Certificate of Liquidity are true and accurate to the best of said person's information, knowledge, and belief.

My Commission Expires: _____

_____
(SEAL)
(Notary Public)

**Annex A**

(a)    Certain Indebtedness

| Type | Balance as of Month End |
|---|---|
| Credit Facility Term Loan Debt | |
| Credit Facility Revolving Loan Debt | |
| Other Indebtedness | |

(b)    Availability Under Credit Facilities

| Total Amount Available | Amount Available to Draw Upon as of Month End |
|---|---|
| | |

(c)    Cash and cash equivalents as of Month End: $[●]

## Exhibit D: Forms
### Attachment D-20: Form of Certified Payroll Report (Example)

Project Name:
Project Code / Contract # / FIN: 2018

October 16, 2023
Page 1 of 43

**WEEKLY CERTIFIED PAYROLL REPORTING FORM**

NAME OF CONTRACTOR :Rosendin Electric
Sub To:
Contract ID#
Subcontractor to

CONTRACTOR'S LICENSE
SPECIALTY LICENSE No.
FEDERAL TAX ID#

ADDRESS : 800 Mabury Road , San Jose, CA 95133
PHONE: 408-321-2273
EMAIL : atadios@rosendin.com

PROJECT LOCATION/ CODE / NAME :

PAYROLL No. 242
FOR WEEK ENDING: 09/17/2023
SUBMITTED ON: October 16, 2023

MOTOR CARRIER PERMIT No.

UNION: Union

SELF-INSURED CERTIFICATE No.
WORKERS' COMP. POLICY :

**Employee 1 — XXX-XX-7269, HISPANIC, Male**

Work Classification: ELECTRICIAN / Apprentice, Comm & System Installer 5 / — EXEMPT — LOS ANGELES COUNTY, 0

| | 9/11/23 | 9/12/23 | 9/13/23 | 9/14/23 | 9/15/23 | 9/16/23 | 9/17/23 | TOTAL HOURS THIS PROJECT |
|---|---|---|---|---|---|---|---|---|
| | M | T | W | TH | F | S | S | |
| S | 8.00 | 8.00 | 8.00 | 8.00 | | | | 32.00 |
| O | | | | | | | | |
| D | | | | | | | | |

BASE HOURLY RATE OF PAY: 30.21
THIS PROJECT: 966.72 / ALL PROJECTS: 1,506.40

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 72.62 | 92.44 | 0.00 | 47.09 | 10.87 | 0.00 | 0.00 | 265.32 | DD |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 42.30 | 0.00 | 301.12 | 113.92 | 0.00 | 9.60 | 29.32 | 453.96 | 1,241.08 |

All or Part of Fringes Paid to Employee: NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

Rate in Lieu of Fringes: 0.00 / Total in Lieu of Fringes: 0.00
Voluntary Pension: 0.00 / Voluntary Medical: 0.00
Payroll Payment Date 9/21/23

**Employee 2 — XXX-XX-6572, HISPANIC, Male**

Work Classification: ELECTRICIAN / INSIDE WIREMAN, RADIO MONITOR TECHNICIAN / — EXEMPT — LOS ANGELES COUNTY, 0

| | 9/11/23 | 9/12/23 | 9/13/23 | 9/14/23 | 9/15/23 | 9/16/23 | 9/17/23 | TOTAL HOURS THIS PROJECT |
|---|---|---|---|---|---|---|---|---|
| | M | T | W | TH | F | S | S | |
| S | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 |
| O | | | | | | | | |
| D | | | | | | | | |

BASE HOURLY RATE OF PAY: 68.46
THIS PROJECT: 2,738.40 / ALL PROJECTS: 3,038.40

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 466.37 | 209.49 | 0.00 | 132.55 | 24.65 | 36.00 | 0.00 | 1,197.69 | DD |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 328.63 | 0.00 | 543.60 | 614.80 | 0.00 | 32.40 | 104.16 | 1,294.96 | 1,840.71 |

All or Part of Fringes Paid to Employee: NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

Rate in Lieu of Fringes: 0.00 / Total in Lieu of Fringes: 0.00
Voluntary Pension: 0.00 / Voluntary Medical: 0.00
Payroll Payment Date 9/21/23

OTHER DEDUCTION NOTES: LMCC, Training

**Employee 3 — XXX-XX-1792, CAUCASIAN, Male**

Work Classification: ELECTRICIAN / INSIDE WIREMAN, RADIO MONITOR TECHNICIAN / — EXEMPT — LOS ANGELES COUNTY, 0

| | 9/11/23 | 9/12/23 | 9/13/23 | 9/14/23 | 9/15/23 | 9/16/23 | 9/17/23 | TOTAL HOURS THIS PROJECT |
|---|---|---|---|---|---|---|---|---|
| | M | T | W | TH | F | S | S | |
| S | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 |
| O | 1.00 | 2.00 | | | | | | 3.00 |
| D | | 1.00 | | | | | | 1.00 |

BASE HOURLY RATE OF PAY: 60.80 / 91.20 / 121.60
THIS PROJECT: 2,827.20 / ALL PROJECTS: 2,827.20

| Federal Tax | Social Security | Medicare | State Tax | Local Taxes / SDI | Other | Savings | Total Deduction | Check No. |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 216.27 | 0.00 | 210.31 | 25.44 | 39.60 | 0.00 | 830.89 | DD |
| Vac/Dues | Trav. Subs. | Health & Welfare | Pension | Vacation Holiday | Training | All Other | | Net Paid Week |
| 339.27 | 0.00 | 597.96 | 676.28 | 0.00 | 35.64 | 109.01 | 1,418.89 | 1,996.31 |

All or Part of Fringes Paid to Employee: NO
Vacation, Holiday and Dues in Gross Pay: NO
Voluntary Contributions in Gross Pay: NO

Rate in Lieu of Fringes: 0.00 / Total in Lieu of Fringes: 0.00
Voluntary Pension: 0.00 / Voluntary Medical: 0.00
Payroll Payment Date 9/21/23

OTHER DEDUCTION NOTES: LMCC; Training

### Exhibit D: Forms
Attachment D-20A: Form of Union Hall Labor Request Confirmation Form

## Union Hall Labor Request Confirmation Form

**REQUEST**

Contractor: _____

Project Name: _____

Project Address: _____

Name of Individual Submitting Request: _____

Date Request Submitted: _____

    ☐ Request Submitted Telephonically      ☐ Request Submitted Electronically (attach time stamped screenshot of electronic submission)

| Union No. | |
|---|---|
| Union Telephone # | |
| Union Email | |
| Request Number (if submitted electronically) | |

| Number of Staffing Requested | | Date to Report |
|---|---|---|
| Journeyman | | |
| Apprentice | | |
| Other: | | |
| Other: | | |
| Other: | | |

Contractor's Signature            Date

_____            _____

**UNION RESPONSE**

☐ Requested Staffing Arrived <u>At</u> Project Site (*specify, by date, which staffing was present at the Project Site*):

| Date | Staffing Present On-Site (*include total number*) |
|---|---|
| | Journeymen:<br>    Name:<br>    Name:<br>    Name:<br>    Name: |

# Exhibit 2



Subcontract Number: SC590066-306287-1
Activity Code: 250.653

**LONG FORM SUBCONTRACT AGREEMENT**
**REI Prime**
**Texas**

This Long Form Subcontract Agreement (the "Agreement") is made this 29th day of April 2024, between Rosendin Electric, Inc. (Contractor) and **JTH Wind LLC, 1400 S. 4th Street, Forest City, IA 50436** (Subcontractor) (collectively, the "Parties").

**SECTION 1 – ENTIRE AGREEMENT AND CONTRACT DOCUMENTS.** Contractor has entered into a Prime Contract (the "Prime Contract") with Tri-Global Energy, LLC, 17300 Dallas Parkway, Dallas, TX 75248 (Owner) for the project known as **Project Cadillac - El Dorado (Phase 1)** (the "Project") and located at **2328 FM 880 North, Cisco TX 76437**. The Construction Lender (if applicable) for the Project is: Not Applicable. This Agreement represents the entire agreement between Contractor and Subcontractor with respect to the Project and supersedes any prior written or oral representations with respect thereto. As used herein, "Contract Documents" means the Prime Contract for the Project, and all plans, specifications and other contract documents attached to, referenced in or incorporated into the Prime Contract. The Contract Documents shall be deemed incorporated into this Agreement by this reference, and Subcontractor, its subcontractors, suppliers and/or materialmen will be and are bound by the Contract Documents insofar as they relate in any way, directly or indirectly, to the work covered by this Agreement. Subcontractor agrees to be bound to Contractor in the same manner and to the same extent as Contractor is bound to the Owner under the Contract Documents, including, but not limited to, all applicable terms and provisions thereof. Where in the Contract Documents, reference is made to Contractor, and the terms and provisions thereof pertain to Subcontractor's trade, or type of work, such terms or provisions shall be interpreted to apply to Subcontractor instead of to Contractor. To the extent that the Contract Documents contain provisions that are greater or more stringent than those set forth in this Agreement, Subcontractor shall be required to comply with the terms and provisions of the Contract Documents.

**SECTION 2. SCOPE**. Subcontractor agrees to furnish all labor, materials, equipment and other facilities required to complete the following work:

**To furnish labor, equipment, and materials (if necessary) for the Trenching scope of work, per the project plans & specifications. Including, but not limited to the following: See "Exhibit A", which is attached and herewith includes additional project documents that will be incorporated into this subcontract.**

**JTH Wind LLC is to complete the following tasks:**

**Single Circuit Trench Installation**
**– Installation and trench backfill**
**– Handle and install (3) 1/0 AWG to 1500 MCM cables, (1) fiber and ground cable, when required.**
**– Backfill compaction to 90% Standard Proctor Density (ASTM D698).**

**Pull Cable through Directional Bores (28 Bores | 56 Bore Pits)**

**Mobilization/Demobilization: One-time mobilization of all equipment to and from the project site for one trenching crew. Item shall be billed as lump sum.**

**The following adders have been included in the contract price:**
**– Trenching through Rock**

**– Equipment Moves**
**– Screened Native Fill**
**– Assisting with pulling of the Substation Feeders**

**The subcontractor is to provide all necessary equipment and manpower in order to complete these tasks.**

**JTH must provide a Site/Project Safety Plan to be approved by the Rosendin Safety team.**

**Shift working hours Monday through Saturday.**
**Target mobilization authorization date is: 7/17/2024**
**Target Start Date is: 7/29/2024**
**Substantial Completion Date is: 12/31/2025**

**All onsite personal to attend onsight Orientation and Site safety training.**

**Site supervision to have a representative attend Daily Plan of the Day Meeting (POD) and weekly 3-week look-ahead to be provided with Manpower-Equiptment-Supplied Material Tracking  Due on Thursdays.**



**JTH is responsible for 811 Locations and Markings of all utility locations and maintaining dig tickets. A log of all tickets must be kept and submitted to Rosendin for reference.**

for the Project in accordance with the Contract Documents.  In addition to the representations and certifications contained in the Contract Documents, Subcontractor certifies that it is fully familiar with all of the terms of the Contract Documents, the location of the job site, and the conditions under which the work is to be performed and that it enters into this Agreement based upon its investigation of all such matters and is not relying on any opinions or representations of Contractor.  In the event of any dispute between Contractor and Subcontractor over the scope of Subcontractor's work, Subcontractor shall not stop work but will prosecute the work diligently to completion, the dispute to be submitted for resolution in accordance with Section 18, below.



**SECTION 3. PRICE.**  Contractor agrees to pay Subcontractor for the strict performance of its work the sum of: **One Million Nine Hundred Eighty-Seven Thousand Four Hundred Seventy-Four Dollars and Ninety-Five Cents** ($**1,987,474.95**), or as set out in Section 26, below, subject to adjustments for changes in the work as may be directed in writing by Contractor (the "Subcontract Price").



**SECTION 4. PAYMENT**. Contractor agrees to pay to Subcontractor in monthly progress payments of **Ninety** percent (**90**%) of labor and materials which have been placed in position, with funds received by Contractor from the Owner for work performed by Subcontractor as reflected in Contractor's applications for payment.  Such monthly progress payments shall be made seven (7) days (ten (10) days if the Project is a Texas Public Works Project) after receipt of payment from the Owner by Contractor. Final payment to Subcontractor shall be made seven (7) days (ten (10) days if the Project is a Texas Public Works Project) after the entire work required by the Prime Contract has been fully completed in conformity with the Contract Documents and has been delivered to and accepted by Owner, the Owner's architect or other designated representative, and Contractor, with funds received by Contractor from the Owner in final payment for work under the Prime Contract. Subcontractor agrees to furnish, if and when required by Contractor, payroll affidavits, receipts, vouchers, releases of claims for labor and material, and agrees to furnish the same from its subcontractors, suppliers and/or materialmen performing work or furnishing materials under this Agreement, all in form satisfactory to Contractor, and it is agreed that no payment hereunder shall be made, except at Contractor's option, until and unless such documents have been furnished. Contractor, at its option, may make any payment due hereunder by check made payable jointly to Subcontractor and any of its subcontractors, suppliers and/or materialmen who have performed work or furnished materials under for or on behalf of Subcontractor for the Project. Any payment made hereunder prior to completion and

acceptance of the work, as referred to above, shall not be construed as evidence of acceptance or acknowledgement of completion of any part of Subcontractor's work.

Subject to the terms and provisions of Chapter 56 of the Texas Business and Commerce Code regardless of any conflicting or contrary provisions in this Agreement or the Contract Documents, Subcontractor expressly understands and agrees that Contractor's receipt of payment from Owner (or another responsible party) is a condition precedent to any payment for the Work becoming due to Subcontractor under this Agreement. The risk of Owner's non-payment is expressly borne by each of Contractor and Subcontractor to the extent that Owner does not pay for such party's work or materials. If this condition precedent has not been met, regardless of the reason, no payment is due to Subcontractor.

If the Subcontractor asserts a claim which involves, in whole or in part, acts or omissions which are the responsibility of the Owner or another party, including but not limited to claims for failure to pay, an extension of time, delay damages, or extra work, Contractor will present the Subcontractor's claim to the Owner or other responsible party, subject to Subcontractor's compliance with all applicable law, including without limitation, false claims, dispute and claim certifications, and cost and pricing data requirements. The Subcontractor shall cooperate fully with the Contractor in all steps taken in connection with prosecuting such a claim and shall hold harmless and reimburse the Contractor for all expense, including legal expense, incurred by Contractor that arise out of Contractor's submission of Subcontractor's claim to the Owner or other responsible party. Subcontractor shall be bound by any adjudication or award in any action or proceeding resolving such a claim.

**SECTION 5. TIME**. Time is of the essence with respect to Subcontractor's performance of its obligations under any Agreement. Subcontractor shall provide Contractor with scheduling information and a proposed schedule for performance of its work in a form acceptable to Contractor. Subcontractor shall conform to Contractor's progress schedule and all revisions or changes made thereto. Subcontractor shall prosecute its work in a prompt and diligent manner in accordance with Contractor's progress schedule without delaying or hindering the work of Contractor, the Owner's other contractors or other subcontractors of Contractor. Subcontractor shall coordinate its work with that of all other contractors, subcontractors, suppliers and/or materialmen and of the Contractor, in a manner that will facilitate the efficient completion of the entire work required by the Prime Contract. In the event Subcontractor fails to maintain its part of the Contractor's schedule, it shall, without additional compensation, accelerate the work as Contractor may direct until Subcontractor's work is in accordance with such schedule. Contractor shall have the right to decide the time and order in which various portions of the Contractor's work shall be installed and the relative priority of the work of Subcontractor and other subcontractors, and, in general, all other matters pertaining to the timely and orderly conduct of the work of Subcontractor for the Project. Should Subcontractor be delayed in the prosecution or completion of the work by the act, neglect or default of Owner, Owner's architect or other designated representative or Contractor, or should Subcontractor be delayed waiting for materials, if required by to be furnished by Owner or Contractor, or by damage caused by fire or other casualty for which Subcontractor is not responsible, or by the combined action of the workmen, in no way caused by or resulting from fault or collusion on the part of Subcontractor, or in the event of a lock-out by Contractor, then the time fixed for the completion of Subcontractor's work shall be extended the number of days that Subcontractor has thus been delayed, but no allowance or extension shall be made unless a claim therefor is presented in writing to Contractor within 48 hours of the commencement of such delay, and under no circumstances shall the time of completion be extended to a date which will prevent Contractor from completing the entirety of its work within the time allowed Contractor by the Owner for such completion.

No claims for additional compensation or damages for delays, whether caused in whole or in part by any conduct on the part of Contractor, including, but not limited to, conduct amounting to a breach of this Agreement, or delays by other subcontractors or Owner or its separate contractors, shall be recoverable from Contractor, and the above-mentioned extension of time for completion shall be the sole remedy of Subcontractor; provided, however, that in the event Contractor obtains additional compensation from the Owner on account of such delays, Subcontractor shall be entitled to such portion of the additional compensation so received by Contractor from the Owner as is equitable under all of the circumstances. In the event that Contractor prosecutes a claim against the Owner for additional compensation for any delay,

Subcontractor shall cooperate fully with Contractor in the prosecution thereof and shall pay costs and expenses incurred in connection therewith, including actual attorneys' fees, to the extent that said claim is made by Contractor at the request of Subcontractor.

Subcontractor shall prepare and obtain approval as required by the Contract Documents for all shop drawings, details, samples, and do all other things necessary and incidental to the prosecution of its work in conformance with Contractor's progress schedule.

**SECTION 6. CHANGES IN WORK**. Subcontractor shall make any and all changes in the work described in the Contract Documents and the particular Agreement as directed by Contractor in writing. Such change or written direction shall not invalidate this Agreement.

If necessary, the Subcontract Price and the time for Subcontractor's performance shall be adjusted by appropriate additions or deductions mutually agreed upon before Subcontractor performs the changed work. Subcontractor shall supply Contractor with all documentation necessary to substantiate the amount of the addition to or deduction from the Subcontract Price or time. If Contractor and Subcontractor cannot agree on the amount of the addition or deletion, Subcontractor shall nonetheless timely perform the work as changed by Contractor's written direction. Once Subcontractor receives Contractor's written direction, Subcontractor is solely responsible for timely performance of the work as changed by the written direction.

Payment for changed work shall be made in accordance with Section 4, above.

Subcontractor shall not make any changes in the work described in this Agreement, in any way cause, or allow that work to deviate from the Contract Documents without written direction from Contractor. If Subcontractor makes any changes in the work described in this Agreement and the Contract Documents without written direction from Contractor, such change constitutes an agreement by Subcontractor that it will not be paid for that changed work, even if it received verbal direction from Contractor or any form of direction, written or otherwise, from Owner or any other person or entity. In addition, Subcontractor shall be liable for any and all losses, costs, expenses, damages, and liability of any nature whatsoever associated with or in any way arising out of any such change it makes without written direction from Contractor.

If a dispute arises between Contractor and Subcontractor about whether particular work is a change in the work described in this Agreement, Subcontractor shall nonetheless timely perform the disputed work. If Subcontractor intends to submit a claim for the disputed work, it shall give prompt written notice to Contractor before proceeding with the work, and comply with all notice and claim requirements of the Contract Documents. In addition, Subcontractor shall submit its written claim for additional compensation for that work within ten (10) days after such work is performed in sufficient detail for Contractor to make an evaluation of the merits of the claim. Subcontractor's failure to give the written notice before proceeding with the work, comply with the notice provisions of the Contract Documents, or to submit the written claim within the said 10-day period, constitutes an agreement by it that it will not be paid for the disputed work.

No change, alteration, or modification to or deviation from the work set forth in the particular Agreement or the Contract Documents, whether made in the manner provided in this section or not, shall release or exonerate, in whole or in part, any bond or any surety on any bond given in connection with this Agreement, and no notice is required to be given to such surety of any such change, alteration, modification or deviation.

Subject to the terms and provisions of Chapter 56 of the Texas Business and Commerce Code regardless of any conflicting or contrary provisions in this Agreement or the Contract Documents, Subcontractor expressly understands and agrees that Contractor's receipt of payment from Owner (or another responsible party) is a condition precedent to any payment for changes to the Work becoming due to Subcontractor under this Agreement. The risk of Owner's non-payment is expressly borne by each of Contractor and Subcontractor to the extent that Owner does not pay for changes to the work or materials of such party. If this condition precedent has not been met, regardless of the reason, no payment is due to Subcontractor on account of any changes in the Work.

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**SECTION 7. CLAIMS.**  If any dispute shall arise between Contractor and Subcontractor regarding performance of the Subcontractor's work, or any alleged change in the Subcontractor's work, Subcontractor shall timely perform the disputed work and shall: (i) give written notice of a claim for additional compensation for the work prior to commencement of the disputed work, and (ii) comply with the notice and claim requirements of the Contract Documents. Subcontractor's failure to give written notice prior to commencement or its failure to comply with the notice and claim requirements of the Contract Documents constitutes an agreement by Subcontractor that it will receive no extra compensation for the disputed work.

**SECTION 8. DAMAGES CAUSED BY DELAYS**.  If Subcontractor should default in performance of the work described in this Agreement or should otherwise commit any act which causes delay to the Prime Contract work, Subcontractor shall be liable for all losses, costs, expenses, liabilities and damages, including consequential damages and liquidated damages, sustained by Contractor, or for which Contractor may be liable to Owner or any other party because of Subcontractor's default.

**SECTION 9. LIENS**.  In case suit is brought on any claim or lien for labor performed or materials used on or furnished in connection with Subcontractor's work, Subcontractor shall pay and satisfy any such claim, lien or judgment as may be established by the decision of the court in said suit. Subcontractor agrees within ten (10) days after written demand to cause the effect of any such claim, suit or lien to be removed, and in the event Subcontractor shall fail so to do, Contractor is authorized to use whatever means in its discretion it may deem appropriate to cause said claim, lien or suit to be removed or dismissed and the cost thereof, together with actual attorneys' fees, shall be immediately due and payable to Contractor by Subcontractor. Subcontractor may litigate any such claim, lien or suit provided it causes the effect thereof to be removed, promptly in advance, and shall further do such things as may be necessary to cause the Owner not to withhold any monies due to Contractor under the Prime Contract by reason of such claims, liens or suits.

It is understood and agreed that the full and faithful performance of this Agreement on the part of Subcontractor (including the payment of any obligations due from Subcontractor to Contractor, and any amounts due to sub-subcontractors, labor or materialmen furnishing labor or material for said work) is a condition precedent to Subcontractor's right to receive payment for the work performed, and any monies paid by Contractor to Subcontractor under the terms of this Agreement shall be impressed with a trust in favor of sub-subcontractors, labor and materialmen furnishing labor and material to Subcontractor for the work set forth in this Agreement.

**SECTION 10. PROVISIONS FOR INSPECTION**.  Subcontractor shall at all times furnish to Contractor and its representatives safe and ample facilities for inspecting materials at the site of construction, shops, factories or any place of business of Subcontractor and its sub-subcontractors and materialmen where materials under the particular Agreement may be in course of preparation, process, manufacture or treatment. Subcontractor shall furnish to Contractor as often as required by Contractor, full reports of the progress of the work at any place where materials under the particular Agreement may be in the course of preparation or manufacture. Such reports shall show the progress of such preparation and manufacture in such detail as may be required by Contractor, including, but not limited to, any plans, drawings or diagrams in the course of preparation.

**SECTION 11. MATERIALS AND WORK FURNISHED BY OTHERS**.  In the event Subcontractor's scope of work includes installation of materials or equipment furnished by others or work to be performed in areas to be constructed or prepared by others, it shall be the responsibility of Subcontractor to examine and accept, at the time of delivery or first access, the items so provided and thereupon handle, store and install the items with such skill and care as to ensure a satisfactory completion of the work. Use of such items or commencement of work by Subcontractor in such areas shall be deemed to constitute acceptance thereof by Subcontractor. Loss or damage due to acts of Subcontractor shall be charged to the account of Subcontractor and deducted from monies otherwise due under this Agreement.

**SECTION 12. PROTECTION OF WORK.**  Subcontractor shall effectually secure and protect the work done under this Agreement and assume full responsibility for the condition thereof until final acceptance by Owner, Owner's architect or other designated representative and Contractor. Subcontractor further agrees

to provide such protection as is necessary to protect the work and the workmen of Contractor, the other subcontractors of Contractor, the Owner and Owner's separate contractors from Subcontractor's operations.

Subcontractor shall be liable for any loss or damage to any work in place or to any equipment and materials on the job site caused by it, its subcontractors and supplies (regardless of tier) and all of their respective agents, employees or guests.

**SECTION 13. LABOR RELATIONS**

**13.1** Subcontractor shall keep a representative at the job site during all times when Subcontractor's work is in progress, and such representative shall be authorized to represent and bind Subcontractor as to all phases of the work. Prior to commencement of the work, Subcontractor shall notify Contractor who Subcontractor's representative is to be, and in the event of any change of representative Subcontractor shall notify Contractor of the identity of the new representative prior to such change becoming effective.

Subcontractor acknowledges that Contractor has entered into labor agreements covering work at its construction job sites with the labor unions listed in this Agreement. Subcontractor agrees to be bound to and comply with all the terms and conditions of such labor agreements, including payments into the employee benefit trust funds set forth in such labor agreements, insofar as Subcontractor may lawfully do so. Subcontractor agrees to comply with the terms and provisions of said agreements setting forth the jurisdiction and scope of work claimed by each craft, and the procedure contained in such agreements for resolution of jurisdictional disputes. In the absence of any such procedure, or if such procedure fails to promptly resolve any jurisdictional dispute, Subcontractor agrees, at its own cost and expense, upon request of Contractor to take any and all lawful steps to secure a binding and final determination of said jurisdictional dispute by the National Labor Relations Board.

Subcontractor acknowledges that terms and conditions of the labor agreements with the unions listed in respective Agreements may require that Subcontractor comply with additional labor agreements with unions affiliated with the AFL-CIO but not listed. When the terms and conditions of the below-referenced labor agreements so require, Subcontractor shall perform its job site work pursuant to all terms and conditions of an appropriate labor agreement with a union affiliated with the AFL-CIO.

Should there be picketing on the job site, and Contractor establishes a reserved gate for Subcontractor's purpose, it shall be the obligation of Subcontractor to continue the proper performance of its work without interruption or delay.

Subcontractor further promises and agrees that it will bind and require all of its subcontractors and their subcontractors performing job site work of the type covered by any of the labor agreements specified below to agree to all of the foregoing promises and undertakings, to the same effect as herein provided with respect to it.

**13.2** Subcontractor hereby acknowledges that it is thoroughly familiar with all SBE/DBE/MBE/WBE requirements pertaining to the Project. If the Subcontractor claims status as a SBE/DBE/MBE/WBE, the Subcontractor shall take all steps necessary and shall make all necessary records available to the Contractor and the Owner to assure that Subcontractor is in compliance with such requirements. In the event that any sub-subcontractor or supplier of the Subcontractor is designated as or is required to be a SBE/DBE/MBE/WBE, Subcontractor agrees to be responsible for insuring that said sub-subcontractor or supplier meets all applicable requirements. Subcontractor acknowledges that Contractor is relying upon Subcontractor's representations regarding the validity of Subcontractor's status, if any, as a SBE/DBE/MBE/WBE, and that misrepresentation of the status of Subcontractor or any of its sub-subcontractors or material suppliers is a material breach of this Agreement and grounds for immediate termination pursuant to Section 14.1.3, below. In the event of termination as the result of material misrepresentation of the status of the Subcontractor as a SBE/DBE/MBE/WBE, notwithstanding anything

to the contrary contained herein, this Agreement or the Contract Documents, Subcontractor shall not be entitled to any compensation not already paid.

**13.3** Subcontractor shall comply with and agrees to be bound by all applicable federal, state and local laws and regulations, including, but not limited to, all provisions of the Fair Labor Standards Act, the Americans With Disabilities Act, and the federal Family and Medical Leave Act.  Upon request, Subcontractor shall submit certified payroll records to Contractor no later than three (3) working days after labor has been paid.

## SECTION 14. RECOURSE BY CONTRACTOR

**14.1 Failure of Performance.**

**14.1.1 Right to Adequate Assurance**. When reasonable grounds for insecurity arise with respect to Subcontractor's performance, Contractor may in writing demand adequate assurance of due performance. Subcontractor's failure to provide within fifteen (15) days of the demand such assurance of due performance as is adequate under the circumstances of the particular case is a default under Section 14.1.2 of this Agreement.

**14.1.2 Notice to Cure**. If Subcontractor at any time refuses or neglects to supply enough properly skilled workers and proper materials, or fails to properly and diligently prosecute the work covered by this Agreement or the Contract Documents, or fails to make prompt payment to its workers, sub-subcontractors or suppliers, or becomes delinquent with respect to contributions or payments required to be made to any health and welfare, pension, vacation, apprenticeship or other employee benefit program or trust, or fails to provide adequate assurance pursuant to Section 14.1.1, or is otherwise guilty of a material breach of a provision of this Agreement, and fails within forty-eight (48) hours after receipt of written notice to commence and continue satisfactory correction of such default with diligence and promptness, then Contractor, without prejudice to any rights or remedies, shall have the right to any or all of the following remedies:

> (a) supply such number of workers and quantity of materials, equipment and other facilities as Contractor deems necessary for the completion of Subcontractor's work, or any part thereof which Subcontractor has failed to complete or perform, and charge the cost thereof to Subcontractor, who shall be liable for the payment of same including reasonable overhead, profit, and actual attorneys' fees incurred as a result of Subcontractor's failure of performance;

> (b) contract with one or more additional contractors to perform such part of Subcontractor's work as Contractor shall determine will provide the most expeditious completion of the total work and charge the cost thereof to Subcontractor; including reasonable overhead and profit, and actual attorneys' fees incurred as a result of Subcontractor's failure of performance, and

> (c) withhold payment of any monies due Subcontractor pending corrective action to the extent required by and to the satisfaction of Contractor.

> In the event of an emergency affecting the safety of persons or property, Contractor may proceed as above without notice.

**14.1.3 Termination for Default**. If Subcontractor fails to commence and satisfactorily continue correction of a default within forty-eight (48) hours after receipt by Subcontractor of the notice issued under Section 14.1.2, then Contractor may terminate Subcontractor's right to perform under this Agreement and use any materials, implements, equipment, appliances or tools furnished by or belonging to Subcontractor to complete Subcontractor's work without any further compensation to Subcontractor for such use. Contractor also may furnish those materials and equipment, and/or employ such workers or subcontractors as Contractor deems necessary to maintain the orderly progress of the work.

In such case, Subcontractor shall be entitled to no further payment until the balance of Subcontractor's work has been completed. At that time, all of the costs incurred by Contractor in performing Subcontractor's work, including a markup of fifteen percent (15%) for overhead and profit on such expenses, plus actual attorneys' fees as provided above, shall be deducted from any monies due or to become due Subcontractor. Subcontractor shall be liable for the payment of any amount by which such expenses may exceed the unpaid balance of the Subcontract Price.  In the event a termination pursuant to this Section 14.1.3 shall subsequently be deemed to be improper or wrongful, any such termination shall be considered a termination for convenience pursuant to Section 14.1.4, below.

**14.1.4 Termination for Convenience**. Contractor may at any time, and for any reason, terminate Subcontractor's services and work under any Agreement at Contractor's convenience. Such termination for convenience by Contractor shall be by service of written notice to Subcontractor's place of business.

Upon receipt of such notice, Subcontractor shall, unless the notice directs otherwise, immediately discontinue the work and placing of orders for materials, facilities and supplies in connection with the performance of the respective Agreement, and shall, if requested, make every reasonable effort to procure cancellation of all existing orders or contracts upon terms satisfactory to Contractor or, at the option of Contractor, give Contractor the right to assume those obligations directly, including all benefits to be derived therefrom. Subcontractor shall thereafter do only such work as may be necessary to preserve and protect the work already in progress and to protect material and equipment on the job site or in transit thereto.

Upon such termination, Subcontractor shall be entitled to payment in accordance with Section 4, above, only as follows: (1) the actual cost of the work completed in conformity with the respective Agreement; plus, (2) such other costs actually incurred by Subcontractor as are permitted by the Prime Contract and approved by the Owner; plus (3) ten percent (10%) of the cost of the work referred to in item (1) above for overhead and profit. There shall be deducted from such sums as provided in this subparagraph the amount of any payments made to Subcontractor prior to the date of the termination of this Agreement. In no event shall the payment due hereunder exceed the amount due under this Agreement for approved units of work or percentage of completion. Subcontractor shall not be entitled to any claim or claim of lien against Contractor or Owner for any additional compensation or damages, including overhead and profit on the portion of Subcontractor's work not performed, in the event of termination pursuant to this Section 14.1.4.

**14.1.5 Grounds for Withholding Payment**. Contractor may withhold or, on account of subsequently discovered evidence, nullify the whole or part of any payment to the extent necessary to protect Contractor from loss, including costs and actual attorneys' fees, on account of (1) defective work not remedied; (2) claims filed or reasonable evidence indicating probable filing of claim; (3) failure of Subcontractor to make payments properly to its subcontractors or for material, labor or fringe benefits; (4) a reasonable doubt that the work covered by a particular Agreement can be completed for the balance of the Subcontract Price then unpaid; (5) damage to another subcontractor; (6) penalties assessed against Contractor or Subcontractor for failure of Subcontractor to comply with state, federal or local laws and regulations; or (7) any other ground for withholding payment allowed by state or federal law, the Contract Documents, or as otherwise provided in this Agreement. When the above matters are rectified, such amounts as then due and owing shall be paid or credited to Subcontractor.

**14.2 Bankruptcy.**

**14.2.1 Termination Absent Cure**. Upon the appointment of a receiver for Subcontractor or upon Subcontractor making an assignment for the benefit of creditors, or if Subcontractor seeks protection under the Bankruptcy Code or commits any other act of insolvency, Contractor may, absent any applicable legal limitation, terminate Subcontractor's further right to perform this Agreement upon giving forty-eight (48) hours written notice, by certified mail, to Subcontractor and its surety, if any. If an order for relief is entered under the Bankruptcy Code with respect to Subcontractor, Contractor may terminate Subcontractor's right to further perform this Agreement by giving forty-eight (48) hours written notice, by certified mail, to Subcontractor, its trustee, and its surety, if any, unless Subcontractor, the surety, or the trustee:

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

(a) promptly cures all defaults;
(b) provides adequate assurance of future performance;
(c) compensates Contractor for actual pecuniary loss resulting from such defaults; and
(d) assumes the obligations of Subcontractor within the statutory time limits.

**14.2.2 Interim Remedies**. If Subcontractor is not performing in accordance with the schedule of work at the time of entering an order for relief, or at any subsequent time, Contractor, while awaiting the decision of Subcontractor or its trustee to reject or to accept this Agreement and provide adequate assurance of its ability to perform hereunder, may avail itself of such remedies under this Section as are reasonably necessary to maintain the schedule of work.

Contractor may offset against any sums due or to become due Subcontractor all costs incurred in pursuing any of the remedies provided hereunder, including, but not limited to, reasonable overhead, profit and actual attorneys' fees incurred as a result of Subcontractor's non-performance.

Subcontractor shall be liable for the payment of any amount by which such expense may exceed the unpaid balance of the Subcontract Price.

**SECTION 15. BONDING OF SUBCONTRACTOR.** Concurrently with the execution of each respective Agreement, Subcontractor shall, if required by Contractor, execute performance and payment bonds, in amounts equal to one hundred percent (100%) of the Subcontract Price. Said bonds shall be executed by a corporate surety acceptable to Contractor and on bond forms provided by Contractor. If this Agreement Price increases by twenty percent (20%) or more, Subcontractor shall provide an increase rider from surety. No change, alteration or modification in the terms, conditions, or scope of this Agreement, or in the terms or manner of payment shall in any way exonerate or release, in whole or in part, any surety on any bond furnished by or on behalf of the Subcontractor.

**SECTION 16. INDEMNIFICATION**

**16.1. Contract Documents Indemnity Obligations**. Each and every indemnity, defense and/or hold harmless provision contained in the Contract Documents is hereby specifically incorporated into this Agreement, and Subcontractor, to the maximum extent permitted by the laws of the State of Texas, is bound and obligated to defend, indemnify and hold harmless the Contract Documents Indemnified Parties (as defined below) to the same extent Contractor is bound to so defend, indemnify and hold harmless the Contract Documents Indemnified Parties pursuant to the terms of the Contract Documents; provided the claim, demand, action, loss or liability that is subject to the indemnity relates to, in whole or in part, the Subcontractor's operations to be performed in connection with the Project. As used in this Section 16.1, the "Contract Documents Indemnified Parties" means all persons or entities that Contractor is obligated to indemnify, defend and/or hold harmless pursuant to the terms of the Contract Documents.

**16.2 Additional Indemnification Obligations**. In addition to the indemnities contained in Section 16.1, above, to the fullest extent permitted by the law, and except that this Section 16.2 shall in no event be construed to require Subcontractor to perform any obligations to a greater extent than is permitted under the laws of the State of Texas, Subcontractor shall:

**16.2.1 DEFEND, INDEMNIFY AND HOLD HARMLESS THE CONTRACTOR AND ITS DIRECTORS, OFFICERS, AGENTS, EMPLOYEES, PARENTS, AFFILIATES, SUBSIDIARIES, PARTNERS, AND REPRESENTATIVES (THE "CONTRACTOR INDEMNIFIED PARTIES") FROM ALL CLAIMS, DEMANDS, CAUSES OF ACTION AND LIABILITIES OF EVERY KIND AND NATURE WHATSOEVER ("CLAIMS") SET FORTH IN SUB-SECTIONS 16.2.1.1 THROUGH 16.2.1.3, INCLUSIVE, BELOW, ARISING OUT OF, IN WHOLE OR IN PART, DIRECTLY OR INDIRECTLY, THE PERFORMANCE OF SUBCONTRACTOR'S OBLIGATIONS UNDER THIS AGREEMENT, INCLUDING ANY SUCH CLAIMS ARISING OUT OF, IN WHOLE OR IN PART, THE CONTRACTOR INDEMNIFIED PARTIES' OWN NEGLIGENCE OR FAULT,**

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**STRICT LIABILITY, BREACH OR VIOLATION OF STATUTE, ORDINANCE, GOVERNMENTAL REGULATION, STANDARD, RULE OR BREACH OF CONTRACT:**

**16.2.1.1 CLAIMS FOR BODILY INJURY TO, OR DEATH OF, AN EMPLOYEE OF SUBCONTRACTOR, ITS AGENTS, OR ITS SUB-SUBCONTRACTORS REGARDLESS OF TIER;**

**16.2.1.2 CLAIMS ARISING FROM WORK ON CONSTRUCTION CONTRACTS OR AGREEMENTS COLLATERAL TO OR AFFECTING CONTRACTION CONTRACTS PERTAINING TO A PUBLIC WORKS PROJECT OF A MUNICIPALITY; AND**

**16.2.1.3 CLAIMS OF COPYRIGHT INFRINGEMENT.**

**FOR ANY CLAIM THAT COMES WITHIN, OR IS ALLEGED TO COME WITHIN, THE SCOPE OF THE INDEMNITIES SET FORTH IN THIS SECTION 16.2.1, SUBCONTRACTOR SHALL HAVE AN IMMEDIATE DUTY TO DEFEND, AT ITS SOLE COST, EXPENSE AND RISK, THE CONTRACTOR INDEMNIFIED PARTIES WITH RESPECT TO SUCH CLAIM.**

**IT IS THE EXPRESS INTENTION OF THE PARTIES TO THIS AGREEMENT THAT THIS SECTION 16.2.1 SATISFIES THE REQUIREMENTS OF THE EXPRESS NEGLIGENCE RULE AND CONSPICUOUSNESS DOCTRINE FOR FULL AND COMPLETE INDEMNITY AND DEFENSE.**

16.2.2   In addition to the indemnities provided in Sections 16.1 and 16.2.1, above, Subcontractor shall defend, indemnify and hold harmless the Contractor Indemnified Parties (as defined above) from all Claims (as defined above) arising out of or in connection with Subcontractor's operations performed under this Agreement. Notwithstanding the foregoing, Subcontractor shall not be obligated to indemnify, defend or hold a Contractor Indemnified Party harmless for that portion of any Claim caused by the negligence or fault, the breach or violation of a statute, ordinance, governmental regulation, standard or the breach of contract by the Contractor Indemnified Party, its agents or employees, or any third parties under the control of supervision of the Contractor Indemnified Party (other than Subcontractor or its agents, employees or sub-subcontractor regardless of tier).  For any Claim that comes within, or is alleged to come within, the scope of the indemnities set forth in this Section 16.2.2, Subcontractor shall have an immediate duty to defend, at its sole cost, expense and risk, the Contractor Indemnified Parties with respect to such Claim. In the event that a Contractor Indemnified Party is found by final judgment or arbitration to be negligent or at fault, in whole or in part, then the indemnity, defense and hold harmless obligations of Subcontractor with respect to damages awarded and attorneys' fees, costs and expenses shall be reduced by the percentage of negligence or fault of the Contractor Indemnified Party or its agents or employees, or third parties under the control or supervision of the Contractor Indemnified Party other than Subcontractor or its agents or employees, or sub-subcontractors regardless of tier.

16.2.3 Miscellaneous.

(i)   The indemnities set forth in this Section 16.2 shall extend to Claims occurring after this Agreement is terminated as well as while it is in force.

(ii)   Subcontractor shall promptly and pay any judgment that may be rendered against any Contractor Indemnified Party arising out of any Claim to the extent covered by this Section 16.2.

(iii)   The indemnities set forth in this Section 16.2 shall not be limited by the insurance requirements set forth in Section 17, below, or by any other provision of this Agreement or Contract Documents.

(iv) With respect to the Claim of an employee of Subcontractor, anyone directly or indirectly employed by Subcontractor or anyone for whose acts it may be liable, the indemnification obligations under this Section 16.2 shall not be limited by any limitation of the amount or type of damages, compensation or benefits payable by or for Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts.

(v) The prevailing party shall recover from the losing party its reasonable attorneys' fees in any action to enforce the terms of this Section 16.2.

**16.3 Risk of Loss**.  All of Subcontractor's work done at the site or in preparing or delivering materials or equipment shall be at the risk of Subcontractor exclusively until Subcontractor's work is completed and accepted by Contractor, Owner and the Owner's architect or other designated representative.  The parties recognize that the waiver of subrogation provisions of Section 17 and the Builder's Risk insurance for the Project, if any, may reduce the risk of loss and property damage indemnifications obligations of Subcontractor.

**16.4 Construction of Section**.  The indemnification obligations set forth in this Section 16 are intended to comply with Chapter 151 of the Texas Insurance Code, and all other applicable laws of the State of Texas. In case any one or more of the terms, of this Section 16 be held invalid, illegal or unenforceable, such invalidity, illegality or unenforceability shall not affect any other clause, term or provision of this Section, and such Sections shall be construed so as to provide the Contractor Indemnified Parties with the maximum indemnify, defense and hold harmless protections from Subcontractor as is permitted under the laws of the State of Texas.

## SECTION 17. INSURANCE.

**17.1 Subcontractor Insurance**.  Subcontractor shall, at its sole expense, procure and maintain insurance on all of its operations, with carriers acceptable to Contractor, including, at a minimum, the following coverage:

(a) **Worker's Compensation and Employer's Liability Insurance** as required by law, including a Waiver of Subrogation endorsement issued in favor of Contractor and such other persons identified in the Contract Documents.  If there is an exposure of injury to Subcontractor's employees under the U.S. Longshoremen's and Harbor Workers' Compensation Act, the Jones Act or under laws, regulations or statutes applicable to maritime employees, coverage shall be included for such injuries or claims.  Employer's liability insurance shall be provided in amounts not less than $1,000,000 each accident for bodily injury by accident, $1,000,000 policy limit for bodily injury by disease, and $1,000,000 each employee for bodily injury by disease.

(b) **Commercial General Liability Insurance** covering all operations. Policy is to be Occurrence only and include broad form property damage coverage. Claims made, and modified claims forms are not acceptable. Limits are to be no less than $1,000,000 per occurrence for Bodily Injury, Property Damage, Products and Completed Operations and Personal Injury Liability, with a $2,000,000 general aggregate. The general aggregate must apply on a per project basis.  If Subcontractor (including any lower tier subcontractor or supplier) performs any work or conducts any operations within fifty feet (50') of any railroad (including light rail, fixed rail, or any other rail system), Subcontractor shall obtain an endorsement of its Commercial General Liability Policy to delete any exclusion, including the "Contractual Liability" exclusion, for work performed within fifty feet (50') of a railroad. Subcontractor shall provide a copy of such endorsement to Contractor prior to any work or operations within fifty feet (50') of any railroad.

(c) **Automobile Liability Insurance**, including coverage for all owned, hired, and non-owned automobiles. Limit is to be no less than $1,000,000 combined single limit for bodily injury and property damage.

(d) **Professional Liability Insurance**, in a form and amount acceptable to the Contractor shall be carried if work under this Agreement includes consulting/design-build work.

(e) **Riggers Liability Insurance.** Should Subcontractor's work involve the moving, lifting, lowering, rigging or hoisting of property or equipment, Subcontractor shall carry Rigger's Liability Insurance to insure against physical loss or damage to the property or equipment. Said insurance shall have policy limits not less than the limits of Subcontractor's commercial general liability policy and Subcontractor's excess insurance policy(ies).

(f) **Contractors Pollutions Legal Liability Insurance.** Contractor's Pollution Liability Coverage of no less than $1,000,000.00.

17.1.1 Other Insurance. If higher limits, other forms of insurance and/or other insurance related requirements not specified in this Agreement are required by the Contract Documents, Subcontractor will comply with all such requirements.

17.1.2 Additional Insured Endorsements. All policies of insurance that the Subcontractor is required to provide and maintain under this Agreement, save and except for its worker's compensation insurance and professional liability insurance, shall name Contractor, Owner, and all other persons required by the Contract Documents as additional insureds (the "Additional Insureds"). Additional Insured Endorsement(s) issued as required by this Agreement shall be Insurance Services Offices (ISO) CG 20 10 10/01, CG 20 37 10/01, CG 20 01 04/13 (for all work including completed operations) for Commercial General Liability Insurance and ISO CA76 08 07 88 or equivalent for the Comprehensive Commercial Automobile Liability Insurance. The policy shall stipulate that the insurance afforded the Additional Insureds shall apply as primary insurance and that any other insurance carried by the Additional Insureds will be excess only and will not contribute with this insurance. The additional insurance required under this Agreement shall provide the same coverage as provided the Subcontractor, and nothing in this Agreement is intended to restrict or limit the breadth of such coverage or the limits available. Coverage for the Additional Insureds shall be for the limits carried by Subcontractor and not limited to the limits required by this Agreement. If Subcontractor maintains limits greater than that required by this Agreement, such greater limits shall be those required by this Agreement. Additional Insured endorsements that contain comparative fault, vicarious liability or sole negligence with respect to Owner, Contractor or the other Additional Insured shall not be accepted.

17.1.3 General Insurance Policy Requirements and Certificates of Insurance. All insurance coverage shall be in amounts and for duration acceptable to Contractor. Carriers providing such coverage must be acceptable to Contractor and have an A.M. Best's rating of at least A- VI. Subcontractor shall provide certificates of insurance indicating "All Operations" to Contractor on a standard Acord certificate of insurance form, copies of all requested endorsements, including additional insured endorsements, must be attached thereto. The certificates of insurance shall provide that there will be no cancellation or reduction of coverage without thirty (30) days (ten (10) days in case of cancellation for non-payment of premium) prior written notice to Contractor. All insurance policies required hereunder, including additional insured status for the Additional Insureds, shall remain in full force and effect until expiration of the statute of repose applicable to Subcontractor's work under this Agreement.

**17.2 OCIP Insurance**. In the event that the Contract Documents include an Owner Controlled Insurance Program ("OCIP") or Contractor Controlled Insurance Program ("CCIP"), or other insurance requirements covering Subcontractor, then Subcontractor shall fully comply with the requirements of such OCIP or CCIP and such other requirements.

**17.3 Property Insurance**. Contractor and Subcontractor waive all rights against each other and against all other subcontractors and Owner for loss or damage to the extent covered by Builder's Risk insurance, if any, or any other property or equipment insurance applicable to the work, except such rights as they may have to the proceeds of such insurance. If the policies of insurance referred to in this Section 17.3 require an endorsement or consent of the insurance company to provide for continued coverage where there is a

waiver of subrogation, the owners of such policies shall cause them to be so endorsed or obtain such consent.  If not provided by Builder's Risk coverage, if any, Subcontractor shall maintain in full force and effect property insurance for all equipment, and property obtained by or for Subcontractor which is to become part of Subcontractor's work and while such equipment and property is stored at the site of the Project, at temporary locations, or while in transit to the Project from such temporary locations.

**17.4 No Waiver**.   The failure of Contractor to enforce in a timely manner any of the provisions of this Section 17 shall not act as a waiver to enforcement of any of these provisions at a later date.

**SECTION 18. DISPUTE RESOLUTION PROCEDURE**

**18.1 Preliminary Dispute Resolution Procedure and Agreement to Arbitrate**

**18.1.1 Disputes under Prime Contract.**  Any dispute resolution procedure in the Prime Contract shall be deemed incorporated in this Agreement, and shall apply to any disputes arising hereunder, except disputes not involving the acts, omissions or otherwise the responsibility of the Owner under the Prime Contract, those which have been waived by the making or acceptance of final payment, and questions regarding the licensure of the Subcontractor. Subject to compliance with all applicable laws, including but not limited to those relating to false claims, dispute and claim certifications, and cost and pricing data requirements, Contractor's sole obligation is to present any timely-filed claims by Subcontractor to the Owner under such procedure and, subject to the other provisions of this Agreement, to pay to Subcontractor the proportionate part of any sums paid by the Owner to which Subcontractor is entitled.

**18.1.2 Settlement Negotiations**. Subject to Prime Contract disputes under Section 18.1.1, and as for disputes not involving the acts, omissions or otherwise the responsibility of the Owner under the Prime Contract, promptly upon notification by the Subcontractor of a dispute, the Contractor and Subcontractor shall meet to informally resolve such dispute. In the event that no resolution is achieved, the Parties, prior to the initiation of any action or proceeding under this section, shall make a good faith effort to resolve the dispute by negotiation between representatives with decision-making power, who, to the extent possible, shall not have had substantive involvement in the matters of the dispute, unless the Parties otherwise agree. To facilitate the negotiation, the Parties agree to either fashion a procedure themselves or seek the assistance of a person or organization experienced in alternative dispute resolution procedures such as mediation, mini-trial or other similar procedures.

**18.2 Arbitration Procedures.** In the event the Prime Contract contains an arbitration provision or for disputes not involving the acts, omissions or otherwise the responsibility of the Owner, the following shall apply:

**18.2.1 Notice of Demand**. For arbitration under the Prime Contract, notice of the demand for arbitration shall be filed in writing with the other party to this Agreement and shall conform to the requirements of the arbitration provision set forth in the Prime Contract. For claims not involving the acts, omissions or otherwise the responsibility of the Owner, the Parties hereto shall submit any and all disputes arising under or relating to the terms and conditions of this Agreement to binding arbitration in accordance with the Construction Industry Rules of the American Arbitration Association. In either case, the demand for arbitration shall be made within a reasonable time after written notice of the claim, dispute or other matter in question has been given, and in no event shall it be made after the date when institution of legal or equitable proceedings based on such claim dispute or other matter in question would be barred by the applicable statute of limitations.

**18.2.2 Award**. The award rendered by the arbitrator(s) shall be final and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction.

**18.2.3 Work Continuation and Payment**. Unless otherwise agreed in writing, Subcontractor shall carry on the work and maintain the schedule of work pending arbitration, and, if so, Contractor shall continue to make payments in accordance with this Agreement.

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**18.2.4 Consolidated Arbitration Proceedings**. To the extent not prohibited by their contracts with others, the claims and disputes of Owner, Contractor, Subcontractor and other subcontractors, suppliers and/or materialmen involving a common question of fact or law shall be heard by the same arbitrator(s) in a single proceeding. In this event, it shall be the responsibility of Subcontractor to prepare and present Contractor's case, to the extent the proceedings are related to this Agreement. Should Contractor enter into arbitration with the Owner or others regarding matters relating to this Agreement, Subcontractor shall be bound by the result of the arbitration to the same degree as Contractor.

**18.2.5 No Limitation of Rights or Remedies**. This Section shall not be deemed a limitation of any rights or remedies that Subcontractor may have under any federal or state mechanics' lien laws or under any applicable labor and material payment bonds unless such rights or remedies are expressly waived by it.

**SECTION 19. WARRANTY**.  Subcontractor warrants to Owner and Contractor that all materials and equipment furnished under the respective Agreement shall be new unless otherwise specified and that all work shall be performed in a good and workmanlike manner, shall be of good quality, free from faults and defects and in conformance with the Contract Documents. All work not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective. Subcontractor shall correct any such defective Work within five (5) days of receipt of written notice from Contractor.  The warranty provided in this Section 19 shall be in addition to and not in limitation of any other warranty or remedy required by law or by the Contract Documents.

**SECTION 20. COMPLIANCE WITH ALL LAWS AND SAFETY PRACTICES**.  Subcontractor shall comply fully with all laws, orders, citations, rules, regulations, standards and statutes affecting or relating to this Agreement or its performance, including but not limited to those with respect to occupational health and safety, the handling and storage of hazardous materials, accident prevention, safety equipment and practices including the accident prevention and safety program of Owner and Contractor.

Subcontractor shall conduct inspections to determine that safe working conditions and equipment exist and accepts sole responsibility for providing a safe place to work for its employees and for employees of its subcontractors and suppliers of material and equipment, for adequacy of and required use of all safety equipment and for full compliance with the aforesaid laws, orders, citations, rules, regulations, standards and statutes.

**SECTION 21. USE OF CONTRACTOR'S EQUIPMENT**.  In the event Subcontractor shall use Contractor's equipment, materials, labor, supplies or facilities, Subcontractor shall reimburse Contractor at a predetermined rate, except as provided in Section 14.1.3 or as otherwise stated herein. Further, Subcontractor assumes all responsibility for physical damage to such equipment, materials, labor, supplies, or facilities used by Subcontractor or its agents, employees, or permittees. In the event that Subcontractor uses Contractor's employees, Subcontractor shall have full responsibility for all acts or omissions of Contractor's employees with regard to Subcontractor's use or employment of them. Subcontractor accepts any and all of Contractor's equipment, materials, labor, supplies or facilities as furnished.

**SECTION 22. ASSIGNMENT OF CONTRACT**.  Subcontractor shall not, without written consent of Contractor, assign, transfer, or sublet any portion or part of the work required by the respective Agreement, nor assign any payment hereunder to others.  In the event the Contract Documents provide for the assignment of this Agreement to Owner or upon termination of the Prime Contract or upon any other event or circumstance, Subcontractor hereby consents to such assignment upon the terms and conditions with respect thereto set forth in the Prime Contract.

**SECTION 23. INDEPENDENT CONTRACTOR.** Subcontractor is an independent contractor and shall, at its sole cost and expense, and without increase in the Subcontract Price, comply with all laws, rules, ordinances and regulations of all governing bodies having jurisdiction over the work; obtain all necessary permits and licenses therefor, pay all manufacturers' taxes, sales taxes, use taxes, processing taxes, and all federal and state taxes, insurance and contributions for social security and unemployment which are

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

measured by wages, salaries, or other remunerations paid to Subcontractor's employees, whether levied under existing or subsequently enacted laws, rules or regulations. Subcontractor, upon request, shall furnish evidence satisfactory to Contractor that any or all of the foregoing obligations have been fulfilled.

**SECTION 24. CLEAN-UP**.  At all times during the course of construction, Subcontractor shall perform its work so as to maintain the site in a clean, safe and orderly condition. Upon completion of the work under the respective Agreement, Subcontractor shall remove from the site all hazardous materials, temporary structures, debris and waste incident to its operation and clean all surfaces, fixtures, equipment, etc., relative to its performance.

**SECTION 25. ETHICS COMPLIANCE**.  Subcontractor acknowledges that it is aware of, and agrees that it shall comply with, all Ethics requirements contained in the Federal Acquisition Regulations (FAR). Contractor will provide compliant FAR Ethics training to Subcontractor if requested in writing.

**SECTION 26. SPECIAL PROVISIONS** (Including unit pricing, if applicable):
**Payment Terms for this agreement: Net 45 days after Contractor's receipt and acceptance of Subcontractor's invoice.**

**Liquidated Damages:**
**If the Substantial Completion Critical Milestone is not completed on or before the Substantial Completion Critical Milestone Date (as such Critical Milestone Date may be adjusted by Time Adjustments), then Subcontractor shall pay Contractor $3,312.46 per day for the delay caused by Subcontractor. The subcontractor's maximum delay liquidated damages shall be limited to ten percent (10%) of the total contract price as adjusted through subsequent change orders.**

**The Prevailing Wage and Apprenticeship Requirements of the Inflation Reduction Act (IRA) shall apply for this project. Subcontractor and its sub-tier subcontractors shall comply with those requirements as detailed in the Inflation Reduction Act (IRA) Exhibit that is included as an exhibit item in this agreement.**

**Subcontractor is required to provide a Payment and Performance bond for this Project. No Payment shall be made to Subcontractor until Contractor receives the executed payment and performance bond documents from Subcontractor. Contractor will email Subcontractor the applicable Payment and Performance bond documents and forms that require execution, and Subcontractor will return the executed bonds to Contractor. Contractor will also include and reference those bond documents and forms as Exhibit B in the original Subcontract agreement.**



**Non-Disclosure Agreement (NDA) applies for this project. Subcontractor to follow and adhere to the NDA provisions regarding the project, including project documents and details.**



**SECTION 27. LABOR AGREEMENTS**. The Contractor is signatory to the following labor agreements covering work on the Project: **Local Union 681.**

**SECTION 28.  PAYMENT.**  The following procedures must be observed and the following documents must be received before any monthly progress payment will be processed:

1. An executed copy of this Agreement signed by an owner or corporate officer of Subcontractor is in our file.
2. Worker's compensation and liability insurance certificates in accordance with this Agreement are received.  (Please note the "additional insured" in the amount of no less than $1,000,000 limit and the cancellation terms.)
3. The following documents (where applicable) are on file with us:
   a. Bond documents using attached forms.  Bonds must be provided by an admitted Texas Surety with a Best rating of B, VI or higher.
   b. Weekly certified payroll.

    c.   EEO documentation (3 sets, 1 original, 2 copies)
    d.   Copy of current contractor's license.
    ☒   Other.  Executed Lien Waivers must accompany all payment applications.

4. We have received from you a written listing of all subcontractors and suppliers (including contact names, addresses, and telephone numbers) who have or will furnish labor, materials or equipment rentals to you for this project for any value in excess of $5,000.00.

**SECTION 29.  BILLING PROCEDURES.**  All monthly invoices must be received by the 20th of each month.  Invoices received after the 20th will not be processed until the following month.  Invoices must be mailed or sent via e-mail to the following:

**Mail:**

Rosendin Electric, Inc.
Attention:  Subcontract Administration
880 Mabury Road
San Jose, CA  95133

**Or Via E-Mail:**

▉▉▉▉▉▉▉▉▉▉

1. All invoices must display Rosendin Electric, Inc. Subcontract SC# found in the upper right hand corner of this Agreement.
2. All invoices must display a subcontract breakdown detailing gross amount earned, less retention, less amount previously paid, and current amount due.  The invoices must be detailed by item and quantity, where your subcontract involves multiple items.
3. No payment for extra work will be made until properly executed change order documents are in our file.
4. A retention invoice will be required prior to release of final payment.

**SECTION 30.  ADDITIONAL TERMS**.  Attached hereto are additional terms and conditions as set forth in additional pages **Not Applicable** to **Not Applicable**, Exhibit "A," described as **List of additional project documents that are attached and herewith incorporated into this subcontract**          (if applicable) and Exhibit "B" Rosendin Electric, Inc. Bond Forms (if applicable), which are included herein and by this reference are made a part of this Agreement as though set forth herein.

**SECTION 31.  COUNTERPARTS AND ELECTRONIC SIGNATURES**.  The Parties agree that this Agreement may be executed in duplicate originals, including facsimile and electronic forms (e.g. .pdf), each of which is equally admissible in evidence, and each original shall fully bind each Party as if all had signed the same original.  The Parties further agree that this Agreement is a transaction that the Parties intend to conduct by electronic means, and that an electronic signature of this Agreement shall be the equivalent of an original signature for all purposes.  Notwithstanding the generality of the foregoing, this paragraph only applies to this Agreement and the Exhibits attached hereto, if any, and does not apply to any other writing required by this Agreement unless specific reference is made in said writing to this paragraph of this Agreement.

Contractor:                                                Subcontractor:

**Rosendin Electric, Inc.**                                **JTH Wind LLC**

By: _Jim Haber_                                            By: _Brad Mary_
    E0E33794D6A1436...                                        A4796C18C74B47C...

Title: _____Division Manager_____                          Title: _____Sr. Project Manager_____

Address:                                                   Address:
**1033 Meister Lane, Ste 100**                             **1400 S. 4th Street Forest City, IA 50436**
**Pflugerville, TX  78660**
Contractor's                                               Contractor's
License No: _____**20807**_____                            License No: _____C116072_____

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

Reviewed by: _____ _____ _____  (initials)

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

ROSENDIN

# EXHIBIT A
Subcontract # SC590066-306287-1

**JTH Wind LLC – Trenching**

April 29, 2024

The following documents are attached and/or by reference hereby incorporated into this Subcontract:

1) JTH Wind LLC for El Dorado Solar SC590066-306287-1 Addendum (2 pages)
2) Rosendin Electric Bill of Material #590066-012 (2 pages)
3) Bonding Documents for SC59006-306287-1 (7 pages)
   a. Email to JTH Wind LLC with bonding document files, dated 4/29/24
   b. Exhibit B – Bonds
   c. Payment Bond
   d. Performance Bond
   e. Increase Rider
   f. Surety Final Payment
4) El Dorado Solar IRA Exhibit with Accompanying Documents (93 pages)
5) Subcontractor shall comply with Rosendin Electric IIPP Safety Program, copy attached, in the performance of its work under this Agreement (54 pages)
6) EBIX Rosendin Holdings Insurance Requirements letter as well as the certificate requirements with samples. You will be contacted by EBIX, a 3rd Party Certificate of Insurance compliance service, and EBIX will request the copies of the COI & Additional Insured Documents on Rosendin Electric's behalf (9 pages)
7) The following Exhibit documents can be accessed at Box folder link: ███████████████████

- App B - Codes and Standards Rev 03 [FINAL, 23 11 15]
- App C - Equipment Specifications - Rev 03 [FINAL, 23 11 15]

ROSENDIN

- App D - DAS SCADA Requirements Rev 03 [FINAL, 23 11 15]
- App L - Quality Requirements - Rev 03 [FINAL, 23 11 15]
- App U -Solar Design Review Deliverables - Rev 03 [FINAL, 23 11 15]
- App W Facility Signage Rev 03 [FINAL, 23 11 15]
- APP X - Solar Project Turnover Requirements - Rev 03 (FINAL, 23 11 15)
- App Y - Electrical Requirements - Rev 03 [FINAL, 23 11 15]
- App Z - Civil Requirements - Rev 03 [FINAL, 23 11 15]
- General Requirements
- 2024-02-01 El Dorado MV 60%_
- 2024-0112 El Dorado Solar_60%
- 10727-2023030 - Eldorado Solar - Geotechnical Engineering Report
- 2024-0111 El Dorado Buildable Area Exhibit
- 41730.005-Cadillac Eldorado Revised 2024-02-01
- El Dorado Solar - Full Schedule 23FEB24 R1
- 20240123_Eldorado Base Layout-jg
- 90% IFR MV collection

**ADDENDUM TO ROSENDIN SUBCONTRACT AGREEMENT**
Page 1 of 2

**Addendum Guidelines**
Please complete the following:
* Enter the agreement details in the table below.
* Cite the applicable section number and title, paragraph number, and sentence number to help identify the modification.
* Number each modification request to identify and facilitate responses.
* Do not use track changes. Instead, request:
  ** deletions by following the item #1.a. example below OR
     cite the entire sentence and indicate the language to be deleted with ~~strikeouts~~.
  ** additions by following the item #1.b. example below OR
     indicate the language to be added within quotation marks or in *italics*.

<mark>Rosendin will review and respond to each addendum item with comments or revisions as needed. After acceptance by both parties, the finalized addendum will retain all of the comments, modifications, revisions, and responses between the parties, and the subcontract will be reissued with that finalized addendum via DocuSign.</mark>

## ADDENDUM TO ROSENDIN SUBCONTRACT AGREEMENT

**DATE:**  5-7-2024

**TO:**  Rosendin Electric, Inc.          **FROM:**  JTH Wind LLC
Name of Contractor                                Name of Subcontractor

1033 Meister Lane, Ste 100 Pflugerville, TX 78660          1400 S 4th St Forest City Ia 50450
Address of Contractor                              Address of Subcontractor

**ATTN:**  Jason Gonzales
Name of REI management team member for specific project

**RE:**  El Dorado - Trenching
Name of Project – Scope of Work

Texas Long Form Prime
Name of Subcontract Agreement

**Revisions to SC#:**  SC590066-306287-1          **Dated:**  4-29-2024

The Parties hereby understand and agree that this Addendum, once fully executed, shall constitute an amendment to the Rosendin Subcontract Agreement ("the Subcontract") between the Subcontractor and the Contractor referenced above. Specifically, the Subcontractor's requested terms of the Rosendin Subcontract Agreement are amended as follows:

1. **Section Number – Section Title**
   a. Exhibit A_SC BOM SC Item Description Line 3 Pricing for Fiber only and MET trench needs to be added at a unit rate of $6.00 per ft.
   b. Exhibit A_SC BOM SC Item Description Line 4 Ground wire only trench Needs to be added at a unit rate of $6.00 per ft.
   c. Section 2. Scope. Remove "materials and replace with Phase tape, bore pulling lubricant and expandable foam.
   d. Section 2 Scope. Paragraph 9 line 4. Remove imported select fill and replaces with Screened native fill.
   e. Section 2 Scope paragraph 12 Line 2 change target mobilization authorization to ~~June~~ *July* 17, 2024 *with a target start date of July 29, 2024*.

> **Commented [DP1]:** Acknowledged. This will be reflected on the revised BOM when the subcontract is reissued in DocuSign. The item will be listed on the BOM with a zero quantity as it will not be needed for this project, no separate fiber or MET (no single runs for this project).

> **Commented [DP2]:** Acknowledged. This will be reflected on the revised BOM when the subcontract is reissued in DocuSign. The item will be listed on the BOM with a zero quantity as it will not be needed for this project, no separate fiber or MET (no single runs for this project).

> **Commented [DP3]:** Will Accept for this project and this subcontract agreement.

> **Commented [DP4]:** Acknowledged. This will be reflected on the revised subcontract agreement when it is reissued in DocuSign.

> **Commented [DP5]:** Acknowledged. The modifications in blue italics will be reflected on the revised subcontract agreement and Bill of Material (BOM) when it is reissued in DocuSign.

**ADDENDUM TO ROSENDIN SUBCONTRACT AGREEMENT**
Page 2 of 2

f. Section 5 time. Paragraph 1 line 22. Change 48 hours to ~~7 calendar~~ *three (3) business* days.

> **Commented [DP6]:** Not Accepted as originally requested. Will Accept as modified with the strikeouts in blue and the added language in blue italics.

g. Section 5 time. Paragraph 1 line 24 add; In such a case where the the event creating the need for the extension is in no way caused by subcontractor *or its sub-subcontractors* and the extension of time requested will prevent the contractor from completing it's work within the time allowed by the owner then subcontractor will be allowed ~~an increase in~~ *additional* compensation ~~from contractor~~ for acceleration *of schedule, provided that subcontractor follows the notice, claim, and approval process for the project*.

> **Commented [DP7]:** Not Accepted as originally requested. Will Accept as modified with the strikeouts in blue and the added language in blue italics.

h. Section 5 time. Paragraph 3 ~~2~~. Revise to read: ~~Strike paragraph~~. "Subcontractor shall do all other things necessary and incidental to the prosecution of its work in conformance with Contractor's progress schedule". ~~Subcontractor is not preparing any shop drawings…~~

> **Commented [DP8]:** Not Accepted as originally requested. Will Accept as modified with the strikeouts in blue and the added language in blue.

i. Section 14.1.3 Termination for default: ~~Line 3 4 and 5 Strike "And use any materials, implements, equipment, appliances, or tools furnished by or belonging to Subcontractor for such use"~~ Add *"that was procured for and paid for by the project"* after *"furnished by or belonging to subcontractor"* on line four of paragraph 1.

Section 14.1.3 Termination for default; Line 4 add "Except for payments for work already performed by subcontractor".

> **Commented [DP9]:** Not Accepted as originally requested. Will Accept as Modified with the strikeouts in blue and added language in blue and blue italics.

> **Commented [DP10]:** Will Accept for this project and this subcontract agreement. Contractor's operations team has allowed this language to remain for this project and this subcontract agreement.

j. New Proposed collection installation start date is July 29th with an anticipated completion of Oct. 17,2024

> **Commented [DP11]:** Will Accept for this project and this subcontract agreement.

| **Rosendin Electric, Inc.** | | **JTH Wind LLC** | |
| --- | --- | --- | --- |
| Contractor | | Subcontractor | |
| By: | _[signature]_ | By: Brad Mary | _[signature: Brad Mary]_ |
| Title: | Division Manager | Title: | PM/Estimator |

Reviewed by: _[initials: Dp]_ (initials)

_[initials: JG]  [initials: SD]  [initials: BM]  [initials]_

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

## ROSENDIN SC BOM 590066-012 BASE SUBCONTRACT

| Site Contact Summary & Vendor Information | | | |
|---|---|---|---|
| **DATE** | 04/09/24 | **SC #** | 590066-306287-1 |
| **JOB NUMBER** | 590066 | **COST CODE #** | 250.653 |
| **JOB NAME** | El Dorado | **BOM #** | 012 |
| **JOB ADDRESS** | 2328 FM 880 N Cisco, TX 76437 | **REV #** | BASE SUBCONTRACT |
| | | **TAX OR TAX-EXEMPT?** | TAX EXEMPT |
| **REI PM** | Jason Gonzales | **LOCAL/STATE TAX RATE** | 0.00% |
| **REI PM PHONE** | 562-292-4098 | **REI SUPT** | Omar Puentes |
| **SUB. NAME** | JTH Wind LLC | **REI SUPT PHONE** | 714-309-9136 |
| **SUB. ADDRESS** | 1400 S 4th Street Forest City, IA 50436 | **SITE CONTACT** | Omar Puentes |
| | | **SITE CONTACT PHONE** | 714-309-9136 |
| **SUB. MGR NAME** | Brad Mary | **DELIVERY WINDOW (DAYS)** | Mon-Fri |
| **SUB. CONTACT PHONE** | 641-590-6226 | **DELIVERY WINDOW (HRS)** | 8am-3pm |
| **SUB. CONTACT EMAIL** | ███████████████ | **DELIVERY LOCATION** | Putnam Texas |
| **SPECIAL DELIVERY REQUESTS** | 48 Hr Delivery Notice- BOL and Packing Slips With Tracking Emailed to tmares@rosendin.com, jgonzales@rosendin.com sdagner@rosendin.com,lcormier@rosendin.com, Opuentes@rosendin.com | | |

### ITEM BREAKDOWN & COST SUMMARY

| $ | 1,987,474.95 | **BB VALUE** | | **BASE BID DESCRIPTION** | | | *MV Trenching/MV Cable Install* |
|---|---|---|---|---|---|---|---|
| **TAX** | **SC ITEM DESCRIPTION** | **QTY** | **UNIT** | **UNIT COST** | **PRICE BY ITEM** | **CREW** | **REMARKS** |
| N | Mobilization/Demobilization: One-time mobilization of all equipment to and from the project site for one trenching crew. Item shall be billed as lump sum. | 1 | LS | $ 158,755.00 | $ 158,755.00 | | *PO instructions are attached and incorporated into this Purchase Order |
| N | Single Circuit Trench \| Blended Rate – Installation and trench backfill per the Trenching & Installation Overview section above. – Handle and install (3) 1/0 AWG to 1500 MCM cables, (1) fiber and ground cable, when required. – Backfill compaction to 90% Standard Proctor Density (ASTM D698). | 147495 | LF | $ 6.50 | $ 958,717.50 | | All work shall be completed in accordance to the IFC contract drawings and specifications. All applicable documents are listed in Exhibit A, and are a part of this agreement. |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | Jobsite Delivery Info: M-F 8am-3pm 3615 FM 880 N Cisco, TX 76437 |
| N | Pull Cable through Directional Bores (28 Bores \| 56 Bore Pits): Bore preparation and pulling limitations per our Installation Clarifications & Requirements – Underground Bore Conduits above. | 9000 | EA | $ 5.00 | $ 45,000.00 | | Liquidated Damages: LD will be associated with this task as it is a critical path item. The LD rate will be $3,312.46/day capped at 10% of the contract value |
| N | Cut Trench in Rock | 20000 | LF | $ 5.94 | $ 118,800.00 | | Delivery Driver and all personnel must wear proper PPE while on site. PPE includes, but is not limited to - Hard Hat, Safety Glasses,Reflective Safety Vest, Jeans/Long Pants, Boots, Gloves, etc. |
| N | Equipment Moves | 5 | EA | $ 3,000.00 | $ 15,000.00 | | |
| N | Backfill Adder | 147495 | LF | $ 4.51 | $ 665,202.45 | | Site Delivery Hours are between 8AM and 3PM. |
| N | Assist pulling Sub Feeder | 13 | EA | $ 2,000.00 | $ 26,000.00 | | |
| N | Fiber only and MET Trench | 0 | FT | $6.00 | $ - | | Driver is instructed to call to give notification of delivery 48 hours prior to delivery. |
| N | Ground wire only Trench | 0 | FT | $6.00 | $ - | | |
| N | | | | $ - | $ - | | Job Site Contact: **Jason Gonzales 562-292-4098** or Lane Cormier 949-556-0621 |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | Target mobilization authorization date is: July 17th, 2024 Target Start Date: July 29th, 2024 |



Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

| TAX | SC ITEM DESCRIPTION | QTY | UNIT | UNIT COST | PRICE BY ITEM | CREW | REMARKS |
|---|---|---|---|---|---|---|---|
| $ | 1,987,474.95 | **BB VALUE** | | **BASE BID DESCRIPTION** | | *MV Trenching/MV Cable Install* | |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | Subcontractor must adhere to REI scheduling. Subcontractor must adhere to and complete QAQC documentation for scope of work activities. |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | Substantial Completion: 12/31/25 |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | **Price includes full cable management, which includes loading, unloading, pick up of full/partial reels, and drop off of used reels. Subcontractor shall adhere to the reel plan for which reels are to be used on which segments.** |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | Direct any SC/BOM questions or concers to REI Project Manager - Jason Gonzales 562.292.4098 email: jgonzales@rosendin.com |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | Shift working hours Monday through Saturday |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | All onsite personal to attend onsight Orientation and Site safety training. |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | Site supervision to have a representative attend Daily Plan of the Day Meeting (POD) and weekly 3-week look-ahead to be provided w/ Manpower Equiptment- Supplied Material Tracking Due on Thursdays |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | JTH is Responsible for 811 Locations/Markings of all utility locations and maintaining dig tickets. A log of all tickets must be kept and submitted to REI for refrence. |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | JTH to Provide Site/Project Safety Plan |
| N | | | | $ - | $ - | | |
| N | | | | $ - | $ - | | Retention in the amount of 10% will be withheld for progress payment. |
| N | | | | $ - | $ - | | |
| N | | | | | $ - | | Payment terms are NET45 |
| N | | | | | $ - | | |
| | | | | **LUMP SUM PRICE** | $ - | | |
| | | | | | $ 1,987,474.95 | **TOTAL BOM COST** | |



Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



# SUBCONTRACT SUMMARY FOR SC #590066-306287-1

## SC BOM 590066-012

### ROSENDIN INFORMATION

| | | | |
|---|---|---|---|
| **DATE** | 04/09/24 | **SC #** | 590066-306287-1 |
| **JOB NUMBER** | 590066 | **COST CODE #** | 250.653 |
| **JOB NAME** | El Dorado | **BOM #** | 012 |
| **JOB ADDRESS** | 2328 FM 880 N Cisco, TX 76437 | **TAX OR TAX-EXEMPT?** | TAX EXEMPT |
| | | **LOCAL/STATE TAX RATE** | 0.00% |
| **PM NAME** | Jason Gonzales | **SUPT NAME** | Omar Puentes |
| **PM PHONE** | 562-292-4098 | **SUPT PHONE** | 714-309-9136 |
| **JOB START DATE** | 12/02/23 | **EST. JOB FINISH DATE** | 12/31/25 |

### SUBCONTRACTOR INFORMATION

| | | | |
|---|---|---|---|
| **SUB. NAME** | JTH Wind LLC | **SUB. MGR NAME** | Brad Mary |
| **SUB. ADDRESS** | 1400 S 4th Street Forest City, IA 50436 | **SUB. CONTACT PHONE** | 641-590-6226 |
| | | **SUB. CONTACT EMAIL** | ███████ |

| REVISION # | REVISION DESCRIPTION | SUBCONTRACT CHANGE SUBTOTAL | CUMULATIVE CHANGE TOTAL |
|---|---|---|---|
| BASE BID | ORIGINAL SUBCONTRACT | $ 1,987,474.95 | $ 1,987,474.95 |
| CO#01 | | $ - | $ 1,987,474.95 |
| CO#02 | | $ - | $ 1,987,474.95 |
| CO#03 | | $ - | $ 1,987,474.95 |
| CO#04 | | $ - | $ 1,987,474.95 |
| CO#05 | | $ - | $ 1,987,474.95 |
| CO#06 | | $ - | $ 1,987,474.95 |
| CO#07 | | $ - | $ 1,987,474.95 |
| CO#08 | | $ - | $ 1,987,474.95 |
| CO#09 | | $ - | $ 1,987,474.95 |
| CO#10 | | $ - | $ 1,987,474.95 |
| | | **FINAL ADJUSTMENTS** | |
| | | **SUBCONTRACT TOTAL** | $ 1,987,474.95 |

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



**From:**
**To:**
**Cc:**
**Subject:**     JTH Wind LLC for El Dorado Solar SC590066-306287-1 Bonding Documents
**Date:**        Monday, April 29, 2024 2:37:00 PM
**Attachments:**

**Importance:**  High

Good Day,

The following five documents are attached for your reference and use for bonding that is required of JTH Wind LLC for El Dorado Solar project:

1. EXHIBIT C - Bonds (CA ONLY).pdf
2. Subcontract Payment Bond (REI Prime).docx
3. Subcontract Performance Bond (REI Prime).docx
4. INCREASE RIDER.docx
5. Consent of Surety Company to Final Payment.docx

Please complete the bond forms for bond execution for this project. Please email the PDF copies of the executed bonds for this project to ▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮ by 5/22/2024 or earlier.

Please mail the original, wet-signed executed bond documents to:
Rosendin Electric
Attn: Janet Lee, Senior Legal Risk Management Assistant

2777 Orchard Parkway
San Jose, CA 95134.

For questions concerning bonding for this project, please contact ▮▮▮▮▮▮▮▮▮▮▮▮ (the Rosendin Project Manager) or myself.

Thank you,

**Kristin Dahling-O'Dea**
Corporate Subcontract Administrator
Hanover, MD | Division 9
**D** 443.459.4735 | **M** 240.841.1595
▮▮▮▮▮▮▮▮▮▮▮▮



*This message and any attachments may contain confidential and/or privileged information for the sole use of the intended recipient(s). Any review or distribution by anyone other than the person for whom it was originally intended is strictly prohibited. If you have received this message in error, please contact the sender and delete all copies.*

## EFFECTIVE 8/20/18: ROSENDIN ELECTRIC, INC. AUTOMATED INVOICING GUIDE FOR SUPPLIERS
(Please visit our web page below)

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



SC #590066-306287-1

## **EXHIBIT B**

Subcontract Bond Forms

1.  Documents Included:

    -   Performance Bond

    -   Payment Bond

    -   Increase Rider

    -   Consent of Surety

2.  Instructions and Requirements:

    -   Performance and payment bonds shall be furnished using the attached bond forms: Subcontract Performance Bond and Subcontract Payment Bond

    -   In the event the subcontract price increases more than 20%, Subcontractor shall furnish an Increase Rider, increasing the bond penalty amount.

    -   Prior to the release of Final Payment, Subcontractor shall furnish a Consent Of Surety Company To Final Payment.

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

BOND NO.

PREMIUM:

SUBCONTRACT NO:

## SUBCONTRACT PAYMENT BOND

KNOW ALL MEN BY THESE PRESENTS, That we          as Principal, and          as Surety, are held and firmly bound unto          as Obligee; in the penal sum of          DOLLARS (      ),lawful money of the United States, for the payment of which sum well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THE OBLIGATION IS SUCH, That Whereas, the Principal entered into a certain agreement which Is hereto attached and made a part hereof, with the Obligee dated          , 20      , for          being part of the work covered by a contract dated on or about          , 20      ,between          hereinafter called Owner, and the said Obligee for          which contract and the specifications and general conditions thereof are hereby incorporated herein and shall be deemed a part hereof as fully as if set out herein.

NOW, THEREFORE, if the said Principal shall pay promptly and in full the claims of all persons, firms or corporations, performing labor or furnishing equipment, materials, or supplies incurred in connection with the contract to be performed and under said agreement, and shall indemnify and save harmless the Obligee from all loss, liability, costs, damages, penalty, attorney's fees or expenses for all taxes, insurance premiums, any and all applicable contributions, allowances or other payments or deductions, however termed, required by statute or union labor agreement, including voluntary payment thereof by the Obligee necessary to insure orderly prosecution of work or other items or services used in, upon or for or incurred in connection with the contract to be performed and under said agreement, then this obligation shall be of no effect, but otherwise it shall remain in full force and effect.

It is a condition hereof that any change, alteration, modification or amendment of any nature whatsoever that may be made in the terms of said agreement, any change in the character or scope of the work to be performed, or the method or performance, under said agreement or modification of said agreement or in the time for completion thereof, any change in the manner, time or amount of payment as provided therein, any change of any nature whatsoever that may be made in the terms of the contract between the said Obligee and the Owner or any change that may be made in the performance of the work under said agreement by the Principal, assented to by the Obligee, whether made under express agreement or not, may be made without notice to the Surety and without affecting the obligations of the Surety on this bond and without requiring the consent of !he Surety, and no such change or changes shall release the Surety from any of its obligations hereunder, the Surety hereby consenting to and waiving notice of any such change, alteration, modification or amendment,

Subject to the priority of the named Obligee with respect to recovery up to the penal sum of this bond, persons who have supplied or furnished labor, material, machinery, equipment or supplies to the Principal for use in the prosecution of the work provided for in said contract shall have a direct right of action against said Principal and Surety under this bond.

IN WITNESS WHEREOF, then said Principal and Surety have hereunto set this hands and seals this        day of        , 20        .

Principal:

By:_____

Name:

Title:

Surety:

By:_____

Name:

Title:

                                    Attorney- in-Fact

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

BOND NO.

PREMIUM:

SUBCONTRACT NO:

## SUBCONTRACT PERFORMANCE BOND

KNOW ALL MEN BY THESE PRESENTS, That we          as Principal, and          as Surety, are held and firmly bound unto          as Obligee; in the penal sum of          DOLLARS (          ), lawful money of the United States, for the payment of which sum well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THE OBLIGATION IS SUCH, That Whereas, the Principal entered into a certain agreement which Is hereto attached and made a part hereof, with the Obligee dated          , 20          , for          being part of the work covered by a contract dated on or about          , 20          , between          hereinafter called Owner, and the said Obligee for          which contract and the specifications and general conditions thereof are hereby incorporated herein and shall be deemed a part hereof as fully as if set out herein.

NOW, THEREFORE, if the said Principal shall fully indemnify and save harmless the Obligee from all loss, liability, costs, damages, penalty, attorney's fees or expense which Obligee may incur by reason of failure to well and truly keep and perform each, every and all of the terms and conditions of said agreement on the part of the said Principal to be kept and performed, including but not limited, to completion within the time specified of all work covered by said agreement, performance of all obligations, and guarantees of the Obligee relating to such work under the contract with the Owner; then this obligation shall be of no effect, but otherwise it shall remain in full force and effect.

It is a condition hereof that any change, alteration, modification or amendment of any nature whatsoever that may be made in the terms of said agreement, any change in the character or scope of the work to be performed, or the method of performance, under said agreement or modification of said agreement or in the time for completion thereof, any change in the manner, time or amount of payment as provided therein, any change of any nature whatsoever that may be made in the terms of the contract between the said Obligee and the Owner or any change that may be made in the performance of the work under said agreement by the Principal, assented to by the Obligee, whether made under express agreement or not, may be made without notice to the Surety and without affecting the obligations of the Surety on this bond and without requiring the consent of !he Surety, and no such change or changes shall release the Surety from any of its obligations hereunder, the Surety hereby consenting to and waiving notice of any such change, alteration, modification or amendment,

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

It is a further condition hereof that no one other than the named Obligee and the successors, administrators, or assigns of the Obligee shall have any right of action under this bond.

IN WITNESS WHEREOF, then said Principal and Surety have hereunto set this hands and seals this        day of        ,
20        .

Principal:

By:_____

Name:

Title:

Surety:

By:_____

Name:

Title:

Attorney-in-Fact

**SUBCONTRACT NO:**

## <u>INCREASE RIDER</u>

To be attached to and form part of Bond Number          effective          issued by the          in the amount of

DOLLARS ($        ), on behalf of        , as Principal and in favor of: ROSENDIN ELECTRIC, INC. as Obligree.

Now therefore, it is agreed that:

We,       , Surety on the above bond, hereby stipulate and agree that from and after the effective date of this Stipulation, the Penalty of said bond shall be Increase

FROM:        ($        )

TO:        ($        )

It is further understood and agreed that all other terms and conditions of this bond shall remain unchanged.

This rider is to be effective the        Day of        , 20        ,

Signed, Sealed and Dated this        Day of        , 20        .

_____
(Principal)

BY:_____

_____
(Surety)

BY:_____
Attorney-In-Fact

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# CONSENT OF

# SURETY COMPANY

# TO FINAL PAYMENT

Conforms with the American Institute of

Architects, AIA Document G6707

| | |
|---|---|
| Owner | ☐ |
| Architect | ☐ |
| Contractor | ☐ |
| Surety | ☐ |
| Other | ☐ |

**PROJECT:**

**TO:  (Owner)**

Rosendin Electric, Inc.
880 Mabury Road
San Jose, CA  95133

**CONTRACTOR:**

**SUBCONTRACT NO.**

**ARCHITECT'S PROJECT NO.**

**CONTRACT FOR:**

**CONTRACT DATE:**

In accordance with the provisions of the Contract between the Owner and Contractor as indicated above, the
(here insert name and address of Surety Company)

, **SURETY COMPANY**

on bond of (here insert name and address of Contractor)

, **CONTRACTOR**

here approves final payment to the Contractor, and agrees final payment to the Contractor shall not relieve the Surety Company of any of it's obligations (here insert name and address of Owner)

Rosendin Electric, Inc., 880 Mabury Road, San Jose, CA  95133, **OWNER**

as set forth in the said Surety Company's bond.

IN WITNESS, WHEREOF,
the Surety Company has hereunto set its hand this **\_\_\_\_\_** day of **\_\_\_\_\_**

Attest:
(Seal):

_____

Surety Company

_____

Signature of Authorized Representative

_____

Title

NOTE:  This form is to be used as a companion to AIA Document 6706: Contractor's Affidavit of Payment of Debts and Claims.

S-2134/GEEF 2/00                                                                                                One Page

# INFLATION REDUCTION ACT (IRA)

# EXHIBIT

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

Subcontractor represents and warrants that it is familiar with all the Wage and Apprentice Requirements (as such term is defined in the Prime Contract) of the Inflation Reduction Act (IRA), including the applicable wage classifications, prevailing wage rates, certified apprenticeship programs, and apprentice percentage requirements pertaining to the Project. In addition to the provisions in Section 13. and Section 20. of this agreement, and pursuant to the requirements set forth in Section 1, Subcontractor shall be responsible for ensuring that it and its sub-tier subcontractors comply with the Wage and Apprentice Requirements in the performance of the Work, including by paying Prevailing Wages and using Qualified Apprentices or complying with the Code's "good faith effort" exception set forth in Section 45(b)(8)(D)(ii) of the Code and Prop. Reg. Section 1.45-8. Subcontractor agrees to be bound to Contractor in the same manner and to the same extent as Contractor is bound to Owner under the Contract Documents, including but not limited to, all requirements set forth in Section 3.2(j)(i), (ii) of the Prime Contract regarding the Wage and Apprentice Requirements (which Section 3.2(j)(i), (ii) is attached hereto as Appendix 1, and expressly incorporated herein by reference).

Subcontractor shall make available, and shall cause its sub-tier subcontractors to make available to Contractor and Owner (if requested), all records required by this Exhibit or reasonably requested by Contractor, including those records demonstrating Subcontractor's compliance with the Wage and Apprentice Requirements in forms substantially similar to those attached as Appendices 2 and 3 hereto.  Subcontractor and its sub-tier subcontractors shall maintain these records and keep them current throughout its performance of Work on the Project, and shall provide Contractor on a monthly basis, or on a more frequent basis if requested by Contractor, these records and reports demonstrating Subcontractor's compliance with the Wage and Apprentice Requirements. Subcontractor shall maintain such supporting documentation for a period of not less than seven (7) years from completion of Subcontractor's Work.

To ensure compliance with the foregoing requirements, Subcontractor shall be required to:

i)      Prior to mobilization to the Project Site, submit to Contractor Subcontractor's proposed wage rates and labor classifications for Contractor's review;

ii)     Prior to mobilization to the Project Site, submit to Contractor a written plan reflecting Subcontractor's plan to comply with the Wage and Apprentice Requirements for Contractor's review;

iii)    Prior to mobilization to the Project Site, designate, in writing, an individual employed by or contracted by Subcontractor responsible for overseeing Subcontractor's compliance with the Wage and Apprentice Requirements;

iv)     During performance of the Work, attend weekly meetings scheduled by Contractor to validate Subcontractor's compliance with the Wage and Apprentice Requirements; and

v)      Provide additional information and documentation reasonably requested by Contractor to demonstrate compliance with the Wage and Apprentice Requirements.

In the event Subcontractor, including any of its sub-tier subcontractors, fails to comply with the Wage and Apprentice, Subcontractor, at its sole cost and expense, shall indemnify, hold harmless,

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

and reimburse Contractor for any payments required to be made by Contractor under the Prime Contract as a result of Subcontractor's failure to comply.

Subcontractor further shall reasonably cooperate with Contractor and Owner in connection with Owner's or its Affiliates' efforts to meet the requirements for any economic or monetary benefits under the IRA, including by using commercially reasonable efforts to, and to cause its sub-tier subcontractors to, furnish to Contractor and/or Owner such written information, certificates, copies of invoices and receipts, affidavits, and other like documents as Contractor and/or Owner may reasonably request in connection with the foregoing. In addition, Subcontractor agrees to act in good faith to effectuate such amendments necessary to recognize tax benefits pursuant to advice of tax counsel, in furtherance of the previous sentence, provided that such amendments do not increase Subcontractor's time, cost, or risk in connection with performance of the Work.

Subcontractor represents and warrants that it has reviewed and is familiar with the following reference documents provided by Contractor related to the obligations set forth in this Exhibit. Subcontractor acknowledges that it is not entitled to rely on the below-listed reference material, which is subject to independent evaluation and confirmation by Subcontractor.

Subcontractor is responsible for obtaining and using the most current and applicable wage determination for compliance; however, the following documents are provided for the Subcontractor's reference and included as exhibit items:

**Appendices:**
- Appendix 1 - Excerpts from the Prime Contract:
  - ⋆ Section 1.1 Definitions
  - ⋆ Section 3.2(j) Wage and Apprenticeship Requirements
- Appendix 2 - Form of Apprentice Report
- Appendix 3 - Union Hall Labor Request Confirmation Form

**Reference Documents:**
- DOL (Department of Labor) Guide to Finding Your Wage Determination entitled "Obtaining Davis-Bacon Wage Determinations",
- DOL's presentation entitled "The Inflation Reduction Act Prevailing Wage and Apprenticeship Requirements", and
- a copy of the current, regional Wage Determination entitled "General Decision Number TX20240044 _ Callahan County - Texas – Heavy"

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# Appendix 1 - Excerpts from the Prime Contract
**(total of 30 pages including this cover page):**

    ⋆   Section 1.1 Definitions
    ⋆   Section 3.2 (j) Wage and Apprenticeship Requirements

# ARTICLE I
## DEFINITIONS, TERMINOLOGY, AND PRIORITY

### 1.1 Definitions

The following terms have the meanings specified:

"<u>AAA</u>" means the American Arbitration Association.

"<u>Acceleration Analysis</u>" means an analysis showing the extent to which a Time Adjustment could be eliminated through acceleration of the Work and the incremental cost thereof, including any associated Price Adjustment if acceleration is elected by Company unless such election is pursuant to Section 5.4, below.

"<u>Adjustment</u>" means either a Price Adjustment or a Time Adjustment.

"Adverse Weather Day" means a Day on which:

    (a)    Company issues a Transmittal suspending a majority of the Work scheduled for such Day (as measured in hours) on the basis of weather (other than Force Majeure), including wet soil conditions or high waves; or

    (b)    weather (other than Force Majeure) (e.g., wet soil conditions; lightning; high winds; extreme cold; blizzards; high waves), including rain in excess of 0.4 inches per Day (but excluding rain that is not in excess of 0.4 inches per Day), occurring on the Site prevents Contractor Group from performing a majority of all Work scheduled for such Day (as measured in hours) notwithstanding Contractor's use of GIP to mitigate the impact of the severe weather on such Work.

"Adverse Weather Deductible" means the first thirty (30) Adverse Weather Days incurred by Contractor.

"Affiliate" means, when used with respect to a specified Person at any time, any other Person that directly or indirectly (including through one or more intermediaries) Controls, is controlled by, or is under common control with such specified Person at such time; *provided, however,* that Enbridge (U.S.), Inc. and its subsidiaries of every tier and any Enbridge Operated JV shall be deemed Affiliates of Company for purposes of this Agreement.

"Aggregate Equipment Price" has the meaning set forth in the definition of Lump Sum.

"Aggregate Labor and Skills Price" has the meaning set forth in the definition of Lump Sum.

"Agreement" means:

    (a)    the Terms and Conditions,

    (b)    the Exhibits, and

    (c)    all effective Amendments, Change Directives and Change Orders.

"Amendment" means a modification of any portion of this Agreement in the form of a written amendment that is executed by a duly appointed representative of each Party with corporate authority to execute such amendment. An Amendment is the only instrument that can modify:

    (a)    the Terms and Conditions; or

    (b)    Exhibit D (Forms).

Exhibits A (Scope of Work), B (Specifications), C (Compensation) can be modified by an Amendment, a Change Directive, or a Change Order.

"Ancillary Costs" means:

(a)    Contractor's profits, overhead, mark-up(s), or other fee(s);

(b)    corporate or non-Site office overhead, including rent, utilities, office equipment, and supplies;

(c)    salaries for executive, legal, accounting;

(d)    salaries for administrative employees not located on the Site;

(e)    executive management, non-site safety director, and corporate officer costs;

(f)     travel expenses, accommodations, vehicles, and per diems for the personnel referenced in (c) and (d) above (other personnel are reimbursed such amounts in accordance with Attachment C-1 to the extent Work is being undertaken on a Time & Material Basis);

(g)     insurance premiums, deductibles, and health care and retirement accounts for any salaried employees;

(h)     bonuses of any kind;

(i)     financing costs and costs of debt;

(j)     legal and accounting expenses of any kind;

(k)     costs of internet, phone, desk, chair, office equipment, or copier purchase or usage (for office locations that are not located at the Site);

(l)     income taxes;

(m)     any costs or mark-up associated with program management or off-site project management;

(n)     any loss of productivity or loss of efficiency except as otherwise expressly permitted elsewhere in this Agreement;

(o)     costs of administering and managing Subcontracts and Subcontractors;

(p)     Contractor's contingencies;

(q)     costs arising from or associated with rejected Equipment or Materials, except for CSM;

(r)     depreciation of any kind, including Equipment depreciation costs;

(s)     for Work undertaken on a Time & Material Basis, the costs of rework or repairs undertaken to remedy Excessive Defects;

(t)     for Work undertaken on a Lump Sum Basis or a Unit Price Basis, the costs of rework or repairs to the Work when Company or an inspection determines that the Work was not in accordance with the Specifications, GIP, or any other requirement of this Agreement subject to the Contractor's right to dispute such Company determination pursuant to Article XVI;

(u)     the costs of any down time or standby time during which any Contractor Group personnel or Equipment are not being actively used in performing the Work in accordance with GIP (except in cases where Contractor is entitled to Standby Compensation under the other provisions of this Agreement);

(v)     Claims/Losses or other costs and expenses that are identified as being the responsibility of Contractor under this Agreement;

(w)     training of any personnel, other than Work-specific training expressly required by the Scope of Work or a Change Order; and

(x)     Contractor's warranty obligations pursuant to Article XI.

"Applicable Law" means any:

(a)     law, statute, order, decree, resolution, injunction, license, permit, permission, consent, approval, authorization, agreement, code, standard, requirement, rule, or

regulation of any Government Instrumentality having jurisdiction over the matter in question, including specified standards or objective criteria contained in an applicable license, permit, permission, or approval, which standards or criteria must be met in order for the Parties to fulfill their respective obligations lawfully;

(b)     anti-corruption and/or anti-bribery laws of any jurisdiction(s) applicable to the Party or its activities in connection with this Agreement, as such laws may be amended or superseded from time to time;

(c)     law concerning tax evasion or the facilitation of tax evasion, money laundering, or terrorist financing of any jurisdictions applicable to the Party or its activities in connection with this Agreement, as such laws may be amended or superseded from time to time;

(d)     all laws, standards, codes, guidelines, principles, and conventions related to the prevention of child labor, forced labor, slavery, human trafficking, and the use of inhumane or coercive employment practices that are applicable to the Party;

(e)     sanctions laws and regulations issued by a Government Instrumentality having jurisdiction over the Party or its activities in connection with this Agreement;

(f)     other legislative or administrative action of a Government Instrumentality applicable to the Party; or

(g)     final decree, judgment, or order of a court or duly constituted arbitral tribunal of competent jurisdiction to which the Party is bound.

Applicable Law includes Governmental Authorizations that either Company or Contractor is required to obtain pursuant to this Agreement (whether obtained before or after the Effective Date).

"Apprenticeship Plan" has the meaning set forth in Section 3.2(j)(i)(C).

"As-Built Drawings" means the controlled and complete set of documents upon which the Contractor records material differences between the Work as executed and the Work as designed and depicted in the documents issued by the Contractor for construction Work.

"Baseline Project Schedule" means the schedule of key dates for timely completion of the Work set forth in Addendum A-3A (Baseline Project Schedule). The Baseline Project Schedule can be modified only by an Amendment, Change Directive, or Change Order. For purposes of clarity, Contractor's Project Schedule cannot modify the Baseline Project Schedule.

"BOM" has the meaning set forth in Section 3.24(c).

"Bonds" means Contractor's performance and payment bonds required by this Agreement.

"Business Day" means any Day other than a Saturday, a Sunday, or a holiday recognized in the State of Texas.

"Capacity Guarantee" has the meaning set forth in Exhibit B, Appendix G2

"Capacity Guarantee Cure Period" means forty (40) Business Days.

"Capacity Shortfall" means the numerical difference of the Target Capacity and the Measured Capacity in kW.

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

"Capacity Shortfall Liquidated Damages Amount" means an amount equal to One-Thousand Five-Hundred Seventy-One Dollars ($1,571.00) per kW for each kW the Measured Capacity is below the Capacity Guarantee.

"Capacity Test" means the performance acceptance test set forth in Exhibit B, Appendix G-2.

"CFR" means the Code of Federal Regulations.

"Change" means a modification of a portion of Exhibit A (Scope of Work), B (Specifications), or C (Compensation) by a Change Directive or Change Order; *provided*, *however*, that modifications to the Baseline Project Schedule shall not constitute a Change to the extent they are made to reflect Time Adjustments required by this Agreement.

"Change Directive" means a written order from Company to Contractor in the form of Attachment D-1 (Change Directive Form) that specifies an Adjustment, a Change, or any other modification of the Work.

"Change in Law" means the application to a Party of an Applicable Law that did not exist as of the Effective Date that is limited to:

(a)    any change in Applicable Law related to the imposition of a Government Authority of any import tariff, customs duties, price supports or similar taxes or fees or any change in any Applicable Law that results in, or causes an increase in, or imposition of, any costs, tariffs, duties, quotas, tariff rate quotas, fines, penalties, fees, minimum pricing, or other restrictions related to the importation of Materials (other than CSM) into the United States; and

(b)    any change in Applicable Law related to the *Inflation Reduction Act* including any Further Guidance regarding requirements under the *Inflation Reduction Act*,

*provided, however*, that (i) any other change in Applicable Law, and (ii) a change in any income tax law, will not constitute a Change in Law. Provided, further, that in the event any other Applicable Law adversely affects the Work and that, due to the timing of the effectiveness of such change in Applicable Law, would not have applied to the Facility or the Work but for the occurrence of an event entitling Contractor to a Time Adjustment extending the Substantial Completion date, such change shall nonetheless be considered a Change in Law.

"Change Order" means a written document signed by both Parties and in the form of Addendum D-3A (Change Order Form) that contains the terms agreed upon by the Parties with respect to an Adjustment, a Change, or any other modification of the Work.

"Change Request" means Contractor's written request to Company that:

(a)    satisfies all of the requirements of Section 6.5;

(b)    is in the form of Attachment D-2 (Change Request Form); and

(c)    seeks an Adjustment, a Change, any other modification of the Work or which is submitted in response to a Change Directive.

"Checkout" shall mean, with respect to any system, subsystem, Materials, CSM or component of the Facility forming part of the Work, the performance of inspections, tests, initial operations, and other verifications required in accordance with the Scope of Work, the Specifications, the CSM Supplier Technical Specifications, the Materials

manufacturer(s) written requirements, GEOP and the Quality Program prior to energization and commissioning.

"Circuit" means a delineated group of inverter blocks consisting of medium voltage step-up transformers, recombiner panels, data acquisition system and fiber network, meteorological equipment and the associated inverters and inverter skids, Modules, mounting structures, direct current collection system, medium voltage alternating current collection system, system grounding, combiner boxes and/or load break disconnects, interconnecting equipment, and other equipment to be installed and commissioned in such Circuit. For clarity, the boundary point for each Circuit shall terminate at its applicable medium voltage breaker within the HV Facility.

"Claims/Losses" means any one or more of the following:

(a)     claim of any kind and description, including any action, suit, arbitration, contractual Indemnity, or proceeding asserted by any Person (whether asserted by any third party, any Government Instrumentality, any member of Company Group, or any member of Contractor Group); and

(b)     loss of any kind and description (whether sustained by any third party, any Government Instrumentality, any member of Company Group, or any member of Contractor Group), including any cost, expense, judgment, settlement, arbitral award, debt, damage, fine, penalty, interest, or liability (including court costs and attorneys' fees),

with respect to both (a) and (b), irrespective of whether the claim or loss was foreseeable or not or if it arises:

(i)      in or from property damage (real or personal), additional work, delay, defective work or equipment, negligence, strict liability without regard to fault, personal injury (including death), emotional distress, contamination of or injury to the Environment, failure to comply with Environmental Laws, Intellectual Property damage, or economic loss;
(ii)     at equity;
(iii)    at common law;
(iv)    by statute;
(v)     under the law of contracts (including breach of this Agreement by Contractor), tort law, or property law.

"Code" means the Internal Revenue Code of 1986, as amended.

"Codes and Standards" means any industrial, national, federal, state, territorial, local, or municipal law, rule, regulation, statute, ordinance, code, standard, interpretation, or other requirement of any Government Instrumentality, institute, or organization pertaining or related to the Facility or the Work, including any code or standard referenced in the Specifications or the Exhibits. In the event of an inconsistency or conflict between any Codes and Standards, the Code or Standard imposing the greater duty on Contractor Group or providing the greater right or privilege to Company Group will govern, except that Company may direct that the requirements of this Agreement that conflict with any Code or Standard shall prevail over such Code or Standard through a Change Directive or Change Order.

"Circuit Mechanical Completion" means that point in time when Contractor submitted to Company the Attachment D12 (Circuit Mechanical Completion Certificate) that is accepted by Company in accordance with Section 10.3.

"Company" has the meaning set forth in the preamble.

"Company's Specified Materials, Manufacturers, and Subcontractors" means and refers to those companies and that information listed in Exhibit A (Scope of Work) and the Attachments thereto.

"Company-Caused Delay" means:

(a) the failure of Company Group to achieve a Company Deliverable by the date required in the Scope of Work; and

(b) such failure prevented Contractor from commencing or progressing scheduled Work; and

(c) no other cause would have concurrently prevented Contractor from performing such scheduled Work *except* in relation to Company-Caused Delay concerning failure of Company to provide the following Company Deliverables by the associated dates specified in Exhibit A, Attachment A-1 (Scope of Work), Addendum A-1A (Company-Provided Materials & Authorizations):

    (i) provision of the main power transformer; and

    (ii) provision of back-feed power.

Notwithstanding the foregoing, Company may, but under no circumstances is obligated to, in its sole and unfettered discretion, issue a Transmittal notifying the Contractor of a Company-Caused Delay event if, in the Company's sole opinion that Company has caused a delay not relating to a Company Deliverable.

"Company-Caused Rework" means:

(a) the correction, repair, or replacement of: (i) Work that fails, is defective, or is not in accordance with this Agreement, or (ii) CSM; and

(b) that such correction, repair or replacement of Work or CSM is (i) (A) caused by Company Group or (B) is caused by the CSM itself, and (ii) is not caused by Contractor Group.

"Company Deliverable" means an obligation of Company to achieve a precursor to a portion of Contractor's Work on or before a specific date and that is expressly identified in the Scope of Work as a "Company Deliverable."

"Company Disclosed IP" means all intellectual property rights in all hardware, software, systems, trade-marks, Specifications, Confidential Information or other information or intellectual property (including business rules and business processes) disclosed or provided to Contractor Group hereunder to perform the Work.

"Company Group" means:

(a) Company;

(b) (i) for the Indemnities set forth in this Agreement, the Affiliates of Company or (ii) for all other provisions of this Agreement, the United States Affiliates of Company; and

(c) the managers, directors, officers, employees, agents, servants, representatives (including Company Representative), contractors (excluding Contractor Group), and subcontractors (excluding Contractor Group), including the CSM Suppliers, of (a)-(b).

"Company Representative" means the person(s) designated as such by Company in Attachment C-4 (Company Representatives).

"Company Supplied Materials" or "CSM" means any Materials provided by the Company for integration into the Facility as set forth in Exhibit A (Scope of Work), Attachment A-1 (Scope of Work), Addendum A-1A (Company-Provided Materials & Authorizations).

"Company Supplied Materials Agreement" or "CSM Agreement" means an agreement to purchase CSM and related materials and technical services between the Company and a CSM Supplier that is attached to this Agreement as Exhibit A-1 Scope of Work, Addendum A-1B Company Provided Preliminary Drawings & Technical Information.

"Company Supplied Materials Supplier" or "CSM Supplier" means a supplier of CSM.

"Confidential Information" means:

    (a)    this Agreement, Contractor Documents, Dispute Notices, Transmittals, and RFIs;

    (b)    and all other written, electronic, and verbal communications among Company Group and Contractor Group pursuant to this Agreement, including information recorded or stored in a digital format on electronic, magnetic, or optical media that is marked "confidential" at the time of first disclosure, or any information disclosed verbally which the disclosing Party notifies (via a Transmittal) the receiving Party contains confidential information within five (5) Business Days of first verbal disclosure; or

    (c)    is uploaded to, downloaded from, or stored on the project site used by the Company and Contractor for the administration of Project documentation ██████████

*except to the extent* that such information (a) is, or becomes, publicly available other than as a result of a disclosure in violation of a confidentiality obligation or a breach of this Agreement; (b) was already known to the recipient prior to the Effective Date without any obligation of confidentiality; or (c) becomes available on a non-confidential basis from a source other than the disclosing Party (if such source was not subject to any prohibition against transmitting the information to the recipient). Confidential Information also includes written information generated by a Party that contains, reflects, or is derived from Confidential Information.

"Consequential Damages" means damages in respect of (a) a loss of profits or revenues, (b) a delay of profits or revenues, (c) a loss of productivity (except to the extent expressly stated to be recoverable by Contractor under this Agreement), (d) a loss of production, (e) a loss of opportunity, (f) a loss of efficiency (except to the extent expressly stated to be recoverable by Contractor under this Agreement), (g) a loss of use, (h) delay (except to the extent delay damages are expressly stated to be recoverable by Contractor under this Agreement), (i) interest owed on debt to third parties, and (j) damages similar to (a)(i) that arise from the specific nature of the claimant's circumstances.

"Construction Services" means delivery, fabrication, assembly, construction, testing, commissioning, and correction, including professional and technical personnel, labor, supervision, administration, Materials (other than CSM), transportation, Equipment, and such other Work and materials necessary to be performed or supplied to meet the requirements of this Agreement, including (except as otherwise specifically excluded in Exhibit A) any Work which is not expressly described in this Agreement, but which is nevertheless necessary for the proper execution of the Work, but does not include

Engineering Services or Procurement Services except to the extent the Construction Services are ancillary to the Engineering Services or Procurement Services.

"Contractor" has the meaning set forth in the preamble.

"Contractor Compensation" means those amounts that Contractor is entitled to under this Agreement and has earned for completion of Work in accordance with the Scope of Work, the Specifications, and the other requirements of this Agreement, in all cases calculated in accordance with the requirements of Exhibit C (Compensation). For purposes of clarity, Contractor Compensation does not include costs or expenses to the extent they were incurred as a result of any failure of Contractor to comply with any provision of this Agreement.

"Contractor Document" means any document in respect of the Work that Contractor is required to deliver to Company pursuant to this Agreement including: Work Plans, answers to Company RFIs, security plans, execution plans, cost management plans, risk management plans, schedule management plans, Contractor's Project Schedules (other than the Baseline Project Schedule), recovery plans, progress documents, Weekly Progress Reports, and documents Contractor is required to provide to Company pursuant to Section 3.8.

"Contractor Group" means:

(a)    Contractor;

(b)    Subcontractor(s);

(c)    the Affiliates of (a)-(b); and

(d)    the managers, directors, officers, employees, agents, servants, representatives, contractors, and subcontractors of (a)-(c).

"Contractor Lien" means any claim, lien, charge, or encumbrance of any type on the Site, the Work, the Facility, or any part of or interest in any of the Site, the Work, or the Facility made by any member of Contractor Group.

"Contractor Person-in-Charge" means the individual designated in Exhibit A (Scope of Work), Attachment A-2 (Key Persons), or by Contractor's Transmittal to Company to (a) serve as Contractor's representative on the Site, (b) receive Transmittals, and (c) fulfill the requirements of Contractor under this Agreement.

"Contractor's Project Schedule" means the most recent schedule of key dates for timely completion of the Work provided by Contractor to Company in the Weekly Progress Report, which is periodically updated by Contractor based on the actual progress of the Work.

"Control" means, when used with respect to any specified Person:

(a)    the possession, directly or indirectly, of the power or authority to direct or cause the direction of the management and policies of such specified Person, whether through ownership of voting securities, as a trustee, by contract, or otherwise; or

(b)    the ownership of more than 50% of the voting ownership interest in such specified Person.

"Correspondence Log" means the log maintained by Company of all Dispute Notices, Transmittals, and other significant correspondence pursuant to this Agreement.

"Critical Milestone" means each of the Contractor milestones set forth in Addendum A-3B (Critical Milestone Dates), including Mechanical Completion, Commissioning Completion, Performance Testing Completion, Substantial Completion, and Final Completion.

"Critical Milestone Date" means the date for Contractor's achievement of each Critical Milestone as set forth in Addendum A-3B (Critical Milestone Dates), in each case, as adjusted by Time Adjustments.

"Critical Path" means the sequence of project activities which add up to the longest overall duration determining the shortest time possible to complete the Facility. An activity on the Critical Path cannot be started until its predecessor activity is complete. Each activity on the Critical Path is called a critical activity. If a critical activity is delayed, then the entire Project will be delayed by the same amount (unless another activity on the Critical Path can be accelerated). The Critical Path may change from time to time as activities are completed ahead of or behind schedule.

"Critical Path Analysis" means a schedule analysis performed utilizing the critical path method, in accordance with GIP, including identification of the sequence of activities in the Baseline Project Schedule necessary to complete the Work that is required to achieve each Critical Milestone by its Critical Milestone Date using the software and methodology set forth in Addendum A-3C (Project Controls Reporting Requirements). This analysis shall include all activities comprising the Work, the time necessary to actually complete each activity, the relationships between sequential activities, and those activities that can be performed in parallel.

"Critical Path Delay" means the number of Days in the Critical Path Analysis that Contractor's achievement of a Critical Milestone Date is delayed by (a) Change, (b) an Undiscoverable Site Condition, (c) Unrestricted Suspension, (d) Force Majeure, (e) Company-Caused Delay, (f) Company-Caused Rework, (g) incurring an Adverse Weather Day in excess of the Adverse Weather Deductible, or (h) a Change in Law.

"Day" means a calendar day.

"DBM" means design basis memorandum, which is the document attached hereto as Exhibit A, which may be amended or modified, that sets forth Company's requirements concerning the purpose, scope, design criteria, and/or technical requirements associated with the design of the Work.

"Design Engineers" means engineers, who are either licensed by the state or perform their work under the supervision of a licensed engineer within the same discipline, who perform Engineering Services associated with the Work on this Project and who are skilled and experienced in the Work.

"Deficiency List" means the list of deficiency items that must be completed to achieve Mechanical Completion, Commissioning Completion, Performance Testing Completion, Substantial Completion, or Final Completion (as applicable) together with an estimate of the time to complete or correct each item. Until the achievement of Substantial Completion, each Deficiency List may be updated, supplemented, and amended by Company from time to time (as items are remedied and new ones are discovered). Company's failure to include any item on a Deficiency List will not alter Contractor's responsibility to complete all Work in accordance with this Agreement.

"Disabling Code" means any software, script, active content, hardware, system, or any combination of the foregoing including, but not limited to any virus, Trojan horse, worm, ransomware, backdoor, spyware, rootkit, keylogger, logic bomb, or kill switch or combination of any of the foregoing that is intended or designed to, is operable to, is likely

to or has the effect of disabling, deleting, erasing, denying authorized access to, permitting unauthorized access to, repossessing, damaging, destroying, corrupting or otherwise affecting or interfering with the provision of the Services or the normal use of any hardware, software or systems or any data or files on or used in conjunction with any of the aforementioned.

"Dispute Notice" means the written notice that one Party gives to the other in the event of any dispute or disagreement arising out of or relating to the implementation or performance of this Agreement, which notice shall describe the nature of the dispute. To be valid, all Dispute Notices must be:

(a)    written; and

(b)    signed by the Party sending the Dispute Notice.

Dispute Notices meeting the preceding requirements shall be deemed received on:

(i)    the Day the email is sent (if the email was sent on or before 5:00 p.m. Central Time, as observed in Houston, Texas, on a Business Day); or

(ii)    the next Business Day (if the email was sent after 5:00 p.m. Central Time as observed in Houston Texas, or on a non-Business Day,

in each case irrespective of whether such email was actually received or read. If email is unavailable to the Dispute Notice sender, the Dispute Notice shall be deemed received on the earlier of (A) the first Business Day on which signed receipt occurs, and (B) the first Business Day on which a courier attempts delivery to the recipient's address between the hours of 9:00 a.m. and 5:00 p.m. local time. All Dispute Notices must be recorded in the Correspondence Log.

"Dollar" or "$" means the United States dollar.

"Drawings" means the plans, sketches, and drawings set forth in Addendum A-1A (Drawings) or added via a Change Directive or Change Order and which are to be submitted by Contractor to Company pursuant to this Agreement.

"Effective Date" has the meaning set forth in the preamble.

"Enbridge Operated JV" means:

(a)    any Person (i) for which Enbridge (U.S.) Inc. or any of its Affiliates is appointed as the sole "operator" or manager" of such Person, or (ii) for which Enbridge (U.S.) Inc. or any of its Affiliates is contracted by such Person, in accordance with the terms of such Person's applicable governance agreements, to be solely responsible for managing one or more specified portions of such Person's operations (*e.g.*, development, permitting, construction, physical operations, or commercial operations), *provided however* the defined term "Enbridge Operated JV" under this clause (a)(ii) shall only apply to the extent of matters related to such specified portion(s) of such Person's operations; and (iii) Enbridge (U.S.) Inc. or any of its Affiliates own in the aggregate at least 50% of the voting interest in such Person; and

(b)    any Person Controlled by any Person satisfying conditions (i) – (iii) of the foregoing clause (a).

"Energy Production Guarantee" has the meaning set forth in Exhibit B, Appendix H.

"Energy Production Shortfall Liquidated Damages" means an amount equal to Six-Hundred Forty-Four Dollars and Seventy-Eight cents ($644.78) per MWh for each MWh the Measured Energy Generation is below the Energy Production Guarantee.

"Energy Test" means the performance acceptance test set forth in Exhibit B, Appendix H.

"Engineering Services" means those services described in this Agreement and provided by, or on behalf of, the Contractor for the design and engineering of the Project, but does not include Construction Services or Procurement Services except to the extent the Engineering Services are ancillary to the Construction Services or Procurement Services.

"Engineering Standard of Care" means the reasonable standards of care customarily exercised by recognized comparable engineering firms performing engineering services of a similar nature to those Engineering Services to be performed by, or on behalf of, Contractor pursuant to this Agreement.

"Environment" or "Environmental" means the components of the earth and of the environment and includes:

(a)    air, land, and water;

(b)    all layers of the atmosphere;

(c)    all organic and inorganic matter and living organisms; and

(d)    the interacting natural systems that include the components referred to in clauses (a)-(c) above.

"Environmental Laws" means (a) all Applicable Laws, as amended from time to time, that regulate or relate to (i) the protection or clean-up of the Environment; (ii) the manufacture, sale, use, treatment, storage, transportation, handling, or disposal of Hazardous Substances; (iii) the preservation or protection of land, waterways, surface water, groundwater, drinking water, air, wildlife, plants, or other natural resources; or (iv) the health and safety of persons or property in relation to Hazardous Substances; and (b) any principle of common or civil law or equity, including any cause of action in nuisance, trespass, negligence, or strict liability, applicable to (a)(i)-(iv) above.

"Equipment" means any items used in the performance of the Work by the Contractor Group including machinery, vehicles, construction tools, supplies, personal protective equipment (including face masks), airplanes, helicopters, drones, aircraft of any sort, in each case, whether owned, operated, leased, hired, chartered, or otherwise procured by any member of Contractor Group, and which are not to be incorporated into the Work.

"Excessive Defects" means two or more defect(s), deficiency(ies), or non-conformance(s) with the requirements of this Agreement in excess of the frequency, severity, and/or nature expected from a party exercising GIP.

"Exhibit" means one of the following, together with all Attachments and Addendums thereto, whether attached to this Agreement physically or by reference:

(a)    Exhibit A – Scope of Work;

(b)    Exhibit B – Specifications;

(c)    Exhibit C – Compensation; and

(d)    Exhibit D – Forms.

"Extra-Contractual Damages" means damages arising out of tort, fraud, equity, or statute (but excluding statutory prompt payment penalties) that are not based on a contractual theory of liability, including punitive and exemplary damages.

"Facility" means the completed product as a result of Contractor performing the Work.

"Final Capacity Shortfall Liquidated Damages" has the meaning set forth in Section 12.2(b)(iv).

"Final Completion" means that point in time when Contractor has submitted to Company Attachment D15 (Final Completion Certificate) that is accepted by Company in accordance with Section 10.4.

"Final Payment Amount" has the meaning set forth in Section 7.4(b)(i).

"Force Majeure" means any circumstance that is not within the reasonable control, directly or indirectly, of the Party affected, but only if and to the extent that:

(a)     such circumstance cannot be prevented, avoided, or removed by such Party utilizing reasonable efforts including the expenditure of reasonable amounts;

(b)     such event adversely affects the ability of such Party to perform its obligations under this Agreement;

(c)     such Party has taken all reasonable precautions, exercised GIP, used due care, and employed alternative measures to avoid and lessen the effect of the event on such Party's ability to perform, including the expenditure of reasonable (but not significant) amounts of money; and

(d)     such Party's conduct or misconduct did not cause such event.

Subject to the satisfaction of the conditions set forth above, Force Majeure shall include the following acts or events:

(i)     a natural disaster resulting in an emergency declaration or a major disaster declaration (or similar declaration) by the President of the United States pursuant to the Robert T. Stafford Disaster Relief and Emergency Assistance Act (or pursuant to similar authority) or the governor of the State of Texas;

(ii)     port of entry closure, rationing or allocation;

(iii)     pandemic, epidemic or quarantine (provided that such pandemic, epidemic or quarantine shall only be considered an event of Force Majeure to the extent Contractor is required by a Governmental Authority or in the exercise of GIP to implement measures beyond those required prior to the Effective Date as a result of COVID-19);

(iv)     wars, riots, terrorism, blockades, embargoes rebellions, insurrections, sabotage, expropriation, confiscation or nationalization;

(v)     transportation disasters, whether maritime, railway, land, or aerial;

(vi)     strikes or other labor conflicts that are not motivated by breach of any employment contract by the affected Party;

(vii)     acts or omissions of a Government Instrumentality, including a delay in issuance of a Government Authorization, that have not been induced voluntarily or filed by the affected Party, nor that arise from a breach of its obligations;

(viii)   fire, explosion, earthquake, volcano, tornado, tidal wave, or flood or smoke conditions;

(ix)   storms named by the World Meteorological Organization;

(x)   delayed issuance, withdrawal, revocation, or injunction of a Governmental Authorization required for any portion of the Work (unrelated to any acts or omissions of Contractor Group);

(xi)   safety-related suspensions or other suspensions of Work or other orders by a Government Instrumentality (unrelated to any acts or omissions of Contractor Group); and

(xii)   impacts to the Baseline Project Schedule related to the importation of aluminum arising from the effects of the Russia-Ukraine war.

It is expressly understood that Force Majeure shall not include any of the following events:

(A)   economic hardship;

(B)   late payment of money;

(C)   unavailability of labor or equipment (except to the extent caused by an event of Force Majeure otherwise allowed hereunder);

(D)   changes in market conditions (except to the extent caused by an event of Force Majeure otherwise allowed hereunder);

(E)   late performance by the Party claiming Force Majeure to the extent caused by such Party's failure to strictly comply with the requirements of this Agreement, unless such failure to strictly comply is due to Force Majeure;

(F)   delay of any member of Contractor Group in complying with this Agreement or in the making of payment for, or delivery of, Equipment or Materials, unless such delay is due to Force Majeure;

(G)   late submission of documents or Drawings to Company Representative that does not afford Company the specified time for review, unless such late submission is due to Force Majeure;

(H)   weather, water, lake, river, and sea conditions of any kind (including waves, wind, storms, lightning, and currents) other than storms or natural disasters described in subparts (i), (viii), and (ix) of this definition;

(I)   Site Conditions (except to the extent caused by or contributed to by an event of Force Majeure otherwise allowed hereunder);

(J)   any Company-directed suspensions pursuant to Article XIV (except to the extent caused by an event of Force Majeure otherwise allowed hereunder); or

(K)   any cost escalations or changes in currency exchange rates;

(L)   [NOT USED];

(M)   other than as set forth in subpart (iii) of this definition, suspension or delay of Work in connection with a disease, an epidemic, or a pandemic (including COVID-19), whether a declared disaster or not, except to the extent that such suspension or delay of Work is: (I) required by Applicable Law (*e.g.*, quarantining of personnel required by Applicable Law); or (II) caused by the action, delay, or inaction of a Government Instrumentality (itself caused by disease, epidemic, or pandemic (including COVID-19));

(N)     measures and restrictions that, as of the Effective Date, are being implemented or have been implemented by businesses in the United States to help prevent the spread of disease, epidemic, or pandemic (including COVID19), including (I) working in smaller crew sizes; (II) local, regional, national, or international travel limitations; and (III) maintaining distance between personnel;

(O)     decreased availability of or longer lead times for securing Materials, Equipment, food, or lodging arising from a disease, an epidemic, or a pandemic (including COVID19), except to the extent (i) such disease, epidemic, or pandemic is of a substantially different nature in scope, severity, or impact than COVID-19, and/or (ii) that any member of Contractor Group has received an order from a Government Instrumentality requisitioning the same or that it is impossible to obtain personal protective equipment, food, or lodging for its workforce; or

(P)     a change in any income tax law.

"Further Guidance"  means statutory amendments; temporary, proposed or final Treasury Regulations; any guidance or explanations published by the US Department of the Treasury, the Congressional Research Service, or the Joint Committee on Taxation; any Internal Revenue Service ("**IRS**") guidance published in the "Internal Revenue Bulletin" and/or "Cumulative Bulletin"; any notice, announcement, revenue ruling or revenue procedure, private letter ruling, technical advice memorandum, legal memorandum issued by IRS Chief Counsel, or similar authority issued by the IRS; any judgment, decision or opinion of the U.S. Tax Court, the U.S. Court of Federal Claims, a U.S. District Court, a U.S. Court of Appeals, or the U.S. Supreme Court.; or any other legislative, administrative or judicial guidance in each case, interpreting or applying the Inflation Reduction Act.

"GAAP" means United States Generally Accepted Accounting Principles.

"GIP" means good industry practices, which are the actions, practices, methods, techniques, and standards (including modifications over time) that:

(a)     should be adopted by a party exercising due care, diligence, and that degree of knowledge, skill and care, prudence, foresight, and use of funding that would reasonably and ordinarily be provided by qualified, skilled, experienced and competent professional contractors performing work under the same or similar circumstances and, if applicable, under the same professional license);

(b)     are generally accepted by that segment of the United States energy industry owning and/or operating facilities that are similar to the Facility;

(c)     conform in all their aspects to the transportation, installation, operation, maintenance, and repair guidelines of the manufacturer, as applicable to the Facility, Materials, and Equipment, taking into account their size, service, and type; and

(d)     conform to this Agreement, Applicable Law, the Specifications, and Codes and Standards.

In the event of an inconsistency or a conflict among or between any of clauses (a)-(d) above and any other provision or requirement of this Agreement, the provision or requirement imposing the greater duty on Contractor Group or providing the greater right or privilege to Company will govern.

"Governmental Authorization" means any approval, consent, authorization, license, permit, permission, or other requirement of any Government Instrumentality, including those identified or set forth in Exhibit A (Scope of Work).

"Government Instrumentality" means any national, federal, provincial, territorial, state, or local government, or any ministry, department, court, commission, board, agency, institution, or similar authority having jurisdiction over any of the Work, the Facility, any member of Company Group, or any member of Contractor Group.

"Guarantees" means the guarantees set out in Exhibit B, Attachment B-7 (Guarantees).

"Hazardous Substance" means any organic or inorganic material now or hereafter deemed by any Government Instrumentality to be a "regulated substance," "hazardous substance," "toxic substance," "pesticide," "hazardous waste," or any similar classification based on its deleterious properties, including its flammability, corrosiveness, radioactivity, explosiveness, or cancer or reproductive toxicity.

"HV Facility" means all aspects of the Work related to and including the substation and the transmission line to the "Point of Interconnection" identified in Exhibit A.

"Indemnify" means release, reimburse, protect, indemnify, compensate, make whole, make good, hold harmless, and defend (including taking such steps and incurring such fees, costs, and expenses as may be necessary to defend any Claims/Losses asserted or incurred as a result of claims by parties that are not a Parties to this Agreement), whether pre-litigation or in connection with any proceedings in any court or other tribunal, and shall include the obligation to pay attorneys' fees, court costs, and expert fees). The words "Indemnity," "Indemnification," and "Indemnifying" have the correlative meanings.

"Indigenous Peoples" means members of American Indian and Alaskan Native tribal entities who have government-to-government relationships with the federal government of the U.S. including their representatives.

"Initial Capacity Shortfall Liquidated Damages" has the meaning set forth in Section 12.2(b)(iv).

"Initial Notice to Proceed" means the first Notice to Proceed given by Company pursuant to this Agreement to Contractor to begin the construction Work.

"Initial Notice to Proceed Date" means the date on which the Initial Notice to Proceed is delivered by Company.

"Insolvency Event" means, in relation to a Person, any of the following events:

(a)     a receiver, manager, receiver and manager, trustee, administrator, monitor, or similar officer is appointed in respect of the Person or any asset of the Person;

(b)     a liquidator or provisional liquidator is appointed in respect of the Person;

(c)     any application (other than an application withdrawn or dismissed within sixty (60) Days) is made to a court by the Person or by any other party for an order; an order is made; a meeting is convened; a resolution is passed; or a notice of intention is filed, for the purpose of, or with respect to, any of the following:

(i)     appointing a Person referred to in clauses (a) or (b) above;

(ii)    winding up or dissolving the Person;

(iii)   declaring, adjudging, or admitting the Person to be insolvent or bankrupt;

(iv)    implementing a stay of proceedings with respect to the Person as against, among others, the Person's creditors; or

  (v)  proposing or implementing a proposal, plan, or scheme of reorganization, compromise, or arrangement in respect of the Person (other than as part of a solvent reorganization, arrangement, amalgamation, merger, or consolidation);

(d)  the Person becomes, admits in writing that it is, is declared, or is deemed under any Applicable Law to be, insolvent;

(e)  any writ of enforcement, garnishee order, attachment order, injunction, or similar order, distress, execution, or other process is made, levied, or issued against or in relation to any asset of the Person in each instance, to the extent reasonable evidence exists to indicate that any of the foregoing will materially and adversely impact Contractor's ability to perform the Work hereunder.

"Intellectual Property" means intellectual property, including:

(a)  inventions (whether patentable or unpatentable and whether or not reduced to practice), patents, patent applications, and patent disclosures, together with any reissuances, continuations, continuations-in-part, revisions, extensions, and re-examinations thereof;

(b)  copyrightable works, copyrights, and any applications, registrations, and renewals in connection therewith;

(c)  designs, industrial designs, and any applications, registrations, and renewals in connection therewith;

(d)  mask works, integrated circuit topographies, and any applications, registrations, and renewals in connection therewith;

(e)  proprietary, technical, or confidential information, including trade secrets, processes, procedures, know-how, show-how, formulae, methods, data, databases, and corresponding information contained therein; and

(f)  any right or protection existing from time to time in a specific jurisdiction, whether registered or not, under any patent law or other invention or discovery law, copyright law, performance or moral rights law, trade secret law, confidential information law, integrated circuit topography law, semi-conductor chip protection law, or similar law, including any related Applicable Law.

"Interconnection Agreement" means the agreement between the Transmission Service Provider and Company for the connection of the Facility to the Local Transmission System attached hereto as Exhibit A (Scope of Work).

"Interconnection Requirements" means the applicable Independent System Operator rules, the Transmission System Code, Local Transmission System requirements, and the system impact assessment, customer impact assessment, and the Interconnection Agreement documents attached as Exhibit B-8 (Interconnection Requirements).

"Interest" means an interest rate that is two percent (2%) per annum in excess of the Secured Overnight Financing Rate published by the New York Federal Reserve (e.g., if the Secured Overnight Financing Rate is three percent (3%) per annum, the Interest would be five percent (5%) per annum) unless Applicable Law prescribes a different rate of interest in relation to late payments in which case that rate shall apply.

"Job Books" means all purchasing and other information relating to the Work, including: (a) a drawing index; (b) a reference index; (c) copies of Contractor's and Subcontractors' Permits; (d) copies of all contracts and purchase orders for Major Subcontractor's

equipment (non-priced); (e) Subcontractor information for Equipment purchased (as received from Subcontractors) including instruction and maintenance manuals from Subcontractors; (f) one copy of the As-Built Drawings and documentation; (g) training manuals; (h) a cable and raceway schedule; (i) operating manuals; (j) electrical one-line diagrams for the Project; (k) field testing of power and fiber optic cable; (l) a compilation of final Project safety records; and (m) records necessary to confirm Wage and Apprenticeship Requirement compliance.

"Key Person" means the Persons in those Contractor positions designated in Attachment A-2 (Contractor Key Persons).

"Latent Defect" means:

(a)     the failure of any Work to meet the terms of this Agreement or the warranties set forth in Article XI; and

(b)     such failure could not have been discovered by a reasonable inspection conducted prior to the end of the Warranty Period.

"Local Transmission System" means the electricity transmission and distribution utilities operating in the State of Texas by the Electric Reliability Council of Texas or its successors or assigns.

"Lump Sum" means the lump sum amount(s) set forth for all or a portion of the Work in Exhibit C (Compensation) or in a Change Directive or Change Order, which amount(s) shall be paid to Contractor for its profit and all costs and expenses for the applicable Work, including Ancillary Costs. The Lump Sum is separated, in accordance with the definition of separated contract as defined in 34 Tex. Admin Code Rule § 3.291(a)(13), as follows:

(a)     One Hundred Twenty Three Million Nine Hundred Forty Four Thousand Six Hundred and Nine Dollars ($[123,944,609]) for the Aggregate Equipment Price. The Aggregate Equipment Price equates to the portion of the Lump Sum attributable to all Contractor's Equipment (and, for clarity, excludes any Company obligations with respect to CSM pursuant to this Agreement) and Equipment and includes the cost of every piece of Contractor's Equipment (and, for clarity, excludes Company-provided Equipment) and all Equipment, including markup, overhead, freight and profit, but excludes labor;

(b)     One Hundred Forty Three Million Nine Hundred Eighty Thousand Five Hundred Fifty Dollars ($[143,980,550]) for the Aggregate Labor and Skills Price.  The Aggregate Labor and Skills Price equates to the portion of the Lump Sum attributable to all Work under this Agreement other than for Contractor's Equipment and Equipment, which such Work includes all labor, engineering, design, services, installation, consumable parts, overhead and all other items of whatever nature applicable to the Work.  Excluding only the Aggregate Equipment Price and State Taxes, the Aggregate Labor and Skills Price shall include all costs, charges, and expenses of whatever nature applicable to the Work.

A Lump Sum may be modified only by Price Adjustment(s). As consideration to Contractor for the full and complete performance of the Work for which the Lump Sum applies and all costs of any kind or nature incurred in connection therewith, Contractor shall accept the Lump Sum.

"Lump Sum Basis" means the payment to Contractor of the Lump Sum for all or a portion of the Work as set forth in Exhibit C (Compensation).

"Major Subcontractor" means a Subcontractor that performs services on Site and has charged or is reasonably expected to charge in excess of TWO-HUNDRED FIFTY-THOUSAND DOLLARS ($250,000) for all Work undertaken or reasonably expected to be undertaken by such Subcontractor in the aggregate pursuant to one or more Subcontracts.

"Materials" means any machinery, goods, items, parts, spare parts, consumables, and supplies that will be used in the Work or become part of the Facility, including CSM.

"Substation Mechanical Completion" means that point in time when Contractor submits to Company the Attachment D11 (Substation Mechanical Completion Certificate) that is accepted by Company pursuant to Section 10.2.

"Minimum Capacity" means 0.95 times the Target Capacity.

"Month" or "Monthly" means a calendar month or the period of time between the same dates in successive months, as the context requires.

"Notice to Proceed" means a Transmittal by Company to Contractor of the date upon which Contractor shall commence the Work designated in such Notice to Proceed, including for mobilization or portions of the Work.

"Notice to Proceed Date" means the date on which a Notice to Proceed is delivered by Company.

"Party" means Company or Contractor, as applicable; and "Parties" means Company and Contractor.

"Performance Holdback" means all amounts withheld by Company from Contractor in accordance with Section 7.2(c).

"Performance Testing Completion" means that point in time when the Contractor has submitted to Company the Attachment D-13 (Performance Testing Completion Certificate) that is accepted by Company pursuant to Section 10.4.

"Person" means any individual, company, corporation, partnership, joint venture, trust, unincorporated organization, association, Government Instrumentality, or other legal entity.

"Preliminary Services" means any portion of the Work and all other services and work relating to the Facility that were performed by Contractor or any Subcontractor or otherwise on behalf of Contractor prior to the Effective Date but relating to the subject matter of this Agreement.

"Prevailing Wage" means wages at rates not less than the prevailing rates for construction, alteration, or repair of a similar character in the locality in which the Project is located as most recently determined by the Secretary of Labor, in accordance with subchapter IV of chapter 31 of title 40, United States Code, as listed for the applicable classification of laborer or mechanic on the applicable wage determination if such a wage determination is required and issued) for the type of construction and geographic area or other applicable wage as determined by the Secretary of Labor and as provided for as a "prevailing wage determination" issued by the Department of Labor and published on www.sam.gov.

"Price Adjustment" means, subject to the terms of this Agreement:

(a)     entitlement to additional (or reduction of) Contractor Compensation due to the occurrence of (i) a Change directed by Company under a Change Directive or accepted by Company pursuant to a Change Request, (ii) Undiscoverable Site Conditions, (iii) Company-Caused Rework, (iv) Change in Law; or

(b)      entitlement to Standby Compensation for (i) Unrestricted Suspension, or (ii) Company-Caused Delay.

Contractor may seek a Price Adjustment for the causes set out in (a) and (b), above, only. Notwithstanding anything else contained in this Agreement, no Price Adjustment shall be provided for:

(i)      COVID-19 pandemic or the actions of Government Instrumentalities related to the COVID-19 pandemic unless such efforts are due to the direct actions of Company.

"Procured Goods" means those goods, supplies, Materials, required to be obtained by the Contractor for incorporation into the Work and procured by the Contractor as part of its Procurement Services.

"Procurement Services" means the procurement of Procured Goods performed by the Contractor, on its own account, as required by this Agreement.

"Project" means the facility or portion thereof being constructed by Contractor pursuant to Exhibit A (Scope of Work).

"Proper Invoice" means Contractor's written request for Contractor Compensation that conforms with all requirements of this Agreement and that contains all of the following:

(a)      Contractor's name and address;

(b)      the date of the Proper Invoice and period during which the Work was conducted or Materials were supplied;

(c)      [NOT USED];

(d)      a description, including quantity where appropriate, of the Materials that were supplied;

(e)      the amount payable for the Work that was conducted or Materials that were supplied and the payment terms; and

(f)      the name, title, telephone number and mailing address of the person to whom payment is to be sent.

"Proper Invoice Payment" means a payment to Contractor of Contractor Compensation upon performance of a portion of the Work in accordance with Exhibit C.

"Public Official" includes, without limitation, any minister, civil servant, director, officer, employee, official or other person acting for or on behalf of any: (a) government, state, or municipality, including any departments or agencies of such bodies; (b) government-owned or controlled company or entity; (c) public international organization (e.g., the International Monetary Fund, the World Bank, or the European Union); (d) political party, or a candidate for political office; or (e) persons performing duties or functions of a public nature for or on behalf of Indigenous Peoples.

"PWA Damages" has the meaning set forth in Section 3.2(j)(ii).

"Qualified Apprentices" means "qualified apprentices" within the meaning of Section 45(b)(8)(E)(ii) of the Code, which defines such term as an individual who is employed by the taxpayer or by any contractor or subcontractor and who is participating in a registered apprenticeship program, which means a registered apprenticeship program as an apprenticeship registered under the Act of August 16, 1937 (commonly known as the

National Apprenticeship Act, 50 Stat. 664, chapter 663, 29 U.S.C. 50 et seq.) or a recognized State apprenticeship agency that meets the standards of subpart A of part 29 and part 30 of title 29 of the Code of Federal Regulations.

"Reviewed Work Plan" means a Work Plan for which Company has provided a Transmittal to Contractor confirming that Company has completed its review of such Work Plan. The fact that a Work Plan has become a Reviewed Work Plan does not:

(a)     constitute an approval, endorsement, or confirmation of such Work Plan (or any part thereof);

(b)     constitute an acknowledgment by Company that any such Work Plan (or any part thereof) satisfies the requirements of this Agreement, including GIP, Codes and Standards, Applicable Law, the Scope of Work, and the Specifications;

(c)     relieve Contractor of any of its obligations to perform the Work in such manner that the Work satisfies the requirements of this Agreement, including GIP, Codes and Standards, Applicable Law, the Scope of Work, and the Specifications; or

(d)     relieve Contractor of any liability or responsibility hereunder, including any Indemnity in this Agreement, arising from its execution of such Work Plan; or

(e)     entitle Contractor to any additional relief due to the Work Plan's content or any modifications thereto, except to the extent of Company-required modifications to the Work Plans constituting a Change in the Work.

"RFI" means a request for information either (a) from Contractor to Company pursuant to Section 3.18(g) or (b) from Company to Contractor pursuant to Section 4.4.

"RFP Communications" means (a) any request(s) for proposal or quotation issued by Company for the Work required by this Agreement; (b) Contractor's proposal(s) and/or response(s) to such request(s) for proposal or quotation; and (c) any related communications, correspondence, requests for information or clarification, and answers to requests for information or clarification, in each case, whether electronic, written, or verbal.

"Scope of Work" means the description of Work to be performed by Contractor as set forth in Attachment A-1 (Scope of Work).

"Security Incident" means any actual or reasonably suspected incident in which security measures protecting the confidentiality, integrity or access to data, applications, networks, or devices with respect to which Contractor performs or provides the Work or that are involved in providing or supporting the Work have been circumvented, eluded, or violated. For clarity, "Security Incident" includes incidents affecting either information technology or operational technology.

"Serial Failure" means (i) except with respect to Substation Components, the breach of Section 11.1(a) (whether occurring simultaneously, concurrently, or consecutively) prior to Warranty Expiration of five percent (5%) of the same component or aspect of the Work, and (ii) with respect to Substation Components three (3) or more breaches of Section 11.1(a) (whether occurring simultaneously, concurrently or consecutively) prior to Warranty Expiration of the same Substation Component.

"Site" means (a) the right-of-way and easements in which the Work is constructed, including all permanent access roads (b) property that will be used for the Work in which Company possesses any property right, and (c) all temporary work space and temporary access roads and any other areas identified in the Scope of Work as being part of the Site that will be used for the Work.

"Site Conditions" means the natural or man-made physical, lake, river, subsea, seafloor, surface, subsurface, and other conditions at the Site and/or the surrounding area, including:

(a)     conditions relating to the Environment;

(b)     conditions related to transportation, access, waste disposal, handling or storage of materials;

(c)     the availability or quality of electric power or water;

(d)     the availability or quality of roads;

(e)     climatic conditions or seasons (except to the extent such conditions constitute Force Majeure or  Adverse Weather);

(f)     topography, air or water (including raw water) quality conditions;

(g)     ground surface conditions;

(h)     surface soil conditions;

(i)     sound attenuation;

(j)     subsurface geology;

(k)     geotechnical or geothermal conditions;

(l)     the nature or quantity of surface or subsurface materials to be encountered;

(m)     rock conditions, hard rock, soft rock, glacial mix, boulders, cobbles, slate, transition zones, or bedrock properties;

(n)     sand or quicksand;

(o)     caves, karsts, or sinkholes;

(p)     volcanos, hot springs, mud volcanos, naturally occurring gases, or geysers;

(q)     hydrographical conditions, hydrological conditions, underground water, or aquifers;

(r)     abandoned oil, gas, water, or other wells;

(s)     faults, fault distribution, or seismic conditions;

(t)     reefs, shell, coral, petrified wood, or tree stumps;

(u)     sunken vessels or archaeological, historical, cultural, or religious sites, places, or monuments;

(v)     debris, obstacles, or impediments;

(w)     endangered species, biological resources, or biological hazards;

(x)     naturally occurring radiation or radioactive rock;

(y)     the location of underground utilities, equipment, or facilities (except to the extent constituting an Undiscoverable Site Condition);

(z)     the potential for landslides or slippage of backfill or topsoil;

(aa)    water body conditions, waves, or currents, including those of rivers, lakes, bays, or oceans;

(bb)    wrecks and debris on or beneath the river, lake, or seafloor; and

(cc)    restricted Work areas.

"Specifications" means all of the requirements, conditions, qualifications, and instructions governing the Work contained in Exhibit B (Specifications). In the event of a conflict between any Specifications, or between the Specifications and any other provision or requirement of this Agreement, the Specification, provision, or requirement imposing the greater duty on Contractor Group or providing the greater right or privilege to Company Group will govern. Specifications can be modified with a Change Directive, Change Order, or Amendment.

"Standby Compensation" means payment of standby time, demobilization/remobilization, and/or mitigation for Contractor Group personnel and Equipment only when the following conditions occur:

(a)    the Work that was scheduled during a Day cannot be performed due to occurrence of one of the circumstances set forth in clause (b) of the definition of Price Adjustment;

(b)    Contractor incurred (i) standby charges for such impacted personnel or Equipment for which Company has not issued a Transmittal recommending their demobilization; (ii) demobilization or remobilization charges for such impacted personnel or Equipment; and/or (iii) costs to mitigate the duration of standby for, or the need to demobilize, such impacted personnel or Equipment; and

(c)    Contractor could not have avoided such charges by Contractor's exercise of GIP.

Upon satisfaction of the conditions set forth in (a) - (c) above, Contractor shall have the right to file a Change Request seeking to be paid the amounts set forth in clause (b) of this definition. Standby Compensation shall be Contractor's sole and exclusive remedy for the occurrence of circumstances set forth in clause (b) of the definition of Price Adjustment, as applicable (and shall constitute liquidated damages). Notwithstanding any provision in this Agreement:(A) the duration of Standby Compensation for a single event or related series of events shall not exceed thirty (30) Days in the aggregate (whether or not such Days are incurred consecutively); (B) Contractor shall not be paid Standby Compensation in respect of any demobilized personnel or Equipment after the date on which demobilization has been completed (or should have been completed) and/or the date on which such personnel or Equipment has recommenced Work (or should have recommenced Work); (C) Standby Compensation shall not be paid in cases of concurrent delay (that is, when circumstances for which Contractor is not entitled to Standby Compensation simultaneously would have prevented Contractor's personnel or Equipment from performing Work); and (D) Standby Compensation shall not be paid when the affected personnel or Equipment would not have been required for the Work.

"Startup Process" means the process of commissioning the installed Materials, which may include energizing systems, purging, and packing.

"State Tax(es)" means the Texas sales and use tax required to be paid (and for which no exemption is available) and business personal property tax in connection with the Work.

"Subcontract" means an agreement, a contract, a work or service release order, or a purchase order between (a) Contractor and any Subcontractor or (b) a Subcontractor in one tier and a Subcontractor in another tier. All Subcontracts must be in writing.

---

"Subcontractor" means any Person that provides, sells, or rents, supplies, consumables, Equipment, machinery, or services to Contractor for the Work, or any Person that sells or rents supplies, consumables, Equipment, machinery, or services to another Subcontractor.

"Subcontractor List" has the meaning set forth in Section 2.2(d).

"Substantial Completion" means that point in time when Contractor has submitted the Attachment D14 (Substantial Completion Certificate) that is accepted by Company pursuant to Section 10.4.

"Substation Components" means main power transformer, breakers, control building, auxiliary power transformer, current transformer / potential transformer metering transformers, and meters.

"Target Capacity" has the meaning set forth in Exhibit B, Appendices G-2, J and K.

"Tax" or "Taxes" has the meaning set forth in Section 3.12(a).

"Terms and Conditions" means all portions of this Agreement beginning with the cover page up to and including the signature page (and for purposes of clarity, excluding the Exhibits).

"Time Adjustment" means an extension to or acceleration of a Critical Milestone Date arising from:

(a)    Change,

(b)    Change in Law

(c)    an Undiscoverable Site Condition,

(d)    Unrestricted Suspension,

(e)    Force Majeure,

(f)    Company-Caused Delay,

(g)    Company-Caused Rework; or

(h)    incurring an Adverse Weather Day in excess of the Adverse Weather Deductible.

Contractor may seek a Time Adjustment for clauses (a)-(g) only.

"Time & Materials" means compensation to Contractor of the rates set forth in Addendums C1A (Labor Rates) and C1B (Equipment Rates) or in a Change Directive or Change Order, as applicable, for Work that Contractor Group has completed in accordance with the Specifications, GIP, and the other requirements of this Agreement or. Contractor is not entitled to compensation for any amount for Time & Materials for (a) the costs of any down time or standby time during which any Contractor personnel or Equipment are not being actively used in performing the Work at the Site (except to the extent Standby Compensation is compensable in accordance with part (b) of the definition of "Price Adjustment"); or (b)  failure to comply with any provision of this Agreement. The Time & Materials rates are deemed to compensate Contractor for all of its costs, expenses, profit, and overhead for Work undertaken on a Time & Material Basis, including Ancillary Costs. The Time & Materials rates set forth in Addendums C-1A (Labor Rates) and C1B (Equipment Rates) or in a Change Directive or Change Order, as applicable, shall not be subject to increase or decrease via Price Adjustments.

"Time & Material Basis" means the payment to Contractor of Time & Materials rates for a portion of the Work.

"Transmission Service Provider" means Lone Star Transmission, LLC, or its successors or assign.

"Transmittal" means the delivery via electronic mail of a demand, offer, response, or other communication that one Party is required or permitted to give to the other Party pursuant to this Agreement. Each Transmittal shall include in its remark or subject line the word "Transmittal." Transmittals meeting the preceding requirements shall be deemed received on (a) the Day the electronic mail is sent (if the email was sent on or before 5:00 p.m. Central Time, as observed in Houston, Texas, on a Business Day); or (b) the next Business Day (if the email was sent after 5:00 p.m. Central Time, as observed in Houston, Texas, or on a non-Business Day), in each case irrespective of whether such email was actually received or read. All Transmittals shall be recorded in the Correspondence Log.

"Undiscoverable Site Condition" means a Site Condition that satisfies all of the following requirements:

(a)     the existence of (or likelihood of encountering) the Site Condition was not identified in (i) any portion of this Agreement (including the Exhibits), (ii) any reports (including geotechnical reports) received by Contractor Group prior to the Effective Date and attached hereto as Exhibits, or (iii) any other written document or communication received by Contractor Group prior to the Effective Date;

(b)     a contractor exercising GIP would not have discovered or been aware of (prior to the Effective Date) the existence of (or likelihood of encountering) the Site Condition based on the geotechnical work performed by Contractor prior to the Effective Date pursuant to one or more Limited Notice(s) to Proceed issued in relation to the Project; and

(c)     Contractor otherwise did not have knowledge (prior to or within thirty (30) Days of the Effective Date) of the existence of (or likelihood of encountering) the Site Condition.

Notwithstanding the preceding, an Undiscoverable Site Condition shall not exist if (A) Contractor Group's actions or inactions caused or contributed to the formation or existence of such Site Condition; (B) Force Majeure caused or contributed to the formation or existence of such Site Condition (Undiscoverable Site Conditions caused by Force Majeure shall be handled exclusively under the standards and Adjustments provided in this Agreement for Force Majeure); or (C) weather of any kind, sea conditions/currents, river conditions/currents, or lake conditions/currents caused or contributed by the existence of such Site Condition (Undiscoverable Site Conditions caused by weather shall be handled exclusively under the standards and Adjustments provided in this Agreement for weather).

"Unit Price Basis" means the payment to Contractor of Unit Prices for a portion of the Work.

"Unit Prices" means the payment to Contractor of the unit price amounts set forth in Exhibit C (Compensation) or in a Change Directive or Change Order for Work that Contractor Group has completed in accordance with the Specifications, GIP, and the other requirements of this Agreement. The Unit Prices are deemed to compensate Contractor for all of its costs, expenses, profit, and overhead for the Work, including Ancillary Costs. The Unit Prices set forth in Exhibit C (Compensation) or in a Change Directive or Change Order shall not be subject to increase or decrease via Price Adjustments.

"Unrestricted Suspension" means the issuance by Company of a Transmittal pursuant to Section 14.3(d) to suspend all or a part of the Work for Company's convenience. For the avoidance of doubt, an Unrestricted Suspension does not include any suspension by Company made in accordance with Section 14.3(b) (Contractor-caused suspension) or Section 14.3(c) (suspension due to Force Majeure or weather), unless such a suspension was found by a court or arbitral panel having competent jurisdiction to be improper.

"Wage and Apprentice Requirement" means the requirements to pay prevailing wages and use qualified apprentices under Section 45(b)(6)(B)(iii) or 48(a)(9)(A)(i) of the Code or any guidance issued thereunder.

"Warranty Expiration" means the date that is the latest to occur of:

(a)     two (2) years after Substantial Completion;

(b)     for any component or aspect of the Work that has been repaired or replaced pursuant to Article XI after Substantial Completion, the later of: (i) two (2) years after Substantial Completion, and (ii) one (1) year after the completion of each such repair or replacement;

(c)     for any component or aspect of the Work which has experienced Serial Failure, the later of: (i) two (2) years after Substantial Completion, and (ii) one (1) year after after the completion of each such repair or replacement of such Serial Failure;

(d)     for any portion of the Work terminated in whole or in part pursuant to Section 14.2 (Unrestricted Termination), two (2) years after the effective date of such termination (instead of Substantial Completion); and

(e)     for any portion of the Work terminated other than pursuant to Section 14.2, two (2) years after the effective date of such termination (instead of Substantial Completion).

"Week" means the seven (7) Day period beginning on Sunday and ending on Saturday.

"Weekly Progress Report" means the Weekly reports provided by Contractor to Company in accordance with this Agreement, including Section 3.18(b), Exhibit A, and Attachment D-10 (Progress Report Form) and including the additional progress reports described in Section 3.18(c).

"Work" means all of Contractor's obligations, duties, and responsibilities under this Agreement for the Mechanical Completion, Substantial Completion, and Final Completion, including project management, procurement, engineering, design, fabrication, erection, installation, manufacture, construction, inspection, repair (including warranty matters), commissioning, testing, and other services and work set forth in the Scope of Work. For the purposes of clarity, the Work includes Contractor's performance of the Engineering Services, Procurement Services, and Construction Services.

"Work Plan" means a Contractor work plan that (a) is in accordance with GIP and (b) describes in detail the anticipated method of delivering all aspects of the Work, including identification of the scope of any Work to be performed by Subcontractors and the scope of any Work to be self-performed by Contractor.

**3.2    Labor**

(j)    <u>Wage and Apprenticeship Requirements</u>.

(i)    Contractor Group is required to comply with the Wage and Apprentice Requirements in the performance of the Work, including by paying Prevailing Wages and using Qualified Apprentices or complying with the Code's "good faith effort exception" set forth in Section 45(b)(8)(D)(ii) of the Code and Prop. Reg. §1.45-8, (each request for Qualified Apprentices in connection with the "good faith" exception must be updated every one-hundred twenty (120) Days, or more frequently to the extent required by Applicable Law), with respect to Qualified Apprentices thresholds.  As such, Contractor agrees to the following:

(A)    Contractor and its Subcontractors will pay all laborers and mechanics performing construction, alterations, or repairs (as such terms are defined in the Code) on the Project working on the Project during construction, and on repairs or alterations performed under the contract, Prevailing Wages in effect at the time the contract is entered into (the "<u>Wage Requirements</u>").  Contractor shall provide reports (on at least a quarterly basis) to Company in the form of Exhibit D (Forms), Attachment D-19, Addendum D-19A, which will include, with respect to Contractor and all Subcontractors, the wage determination(s), the laborers and mechanics who performed work at the Site, the classification of work that such laborers and mechanics performed, the hours worked in each classification and the wage rates paid for the work classification, and shall also provide details on all other employees with hours worked, amounts paid, and descriptions of tasks. In addition, upon Company's request, Contractor shall document, prepare, and provide certified payroll reports to Company in the form of U.S. Department of Labor Wage Hour Form 347, prepared by Contractor and its Subcontractors demonstrating compliance with the Wage and Apprenticeship Requirements.  Contractor and all Subcontractors shall maintain sufficient records to establish compliance with the Wage and Apprentice Requirements for a period of at least five (5) years after the date of Final Completion, including maintaining records of former employees in the event Contractor or a Subcontractor is required to cure noncompliance with paying Prevailing Wages.

(B)    Contractor will ensure that (I) (a) either not less than fifteen percent (15%) of the total labor hours, as such term is used in Section 45(b)(8)(A)(i) of the Code, of Work are performed by Qualified Apprentices (specifically, as defined in Section 45(b)(8)(E)(ii) of the Code and Section 45(b)(8)(B) of the Code) and shall satisfy the ratio requirement described in Code Section 45(b)(8)(B) and Treasury Regulations § 1.45–8(c)(2), or (b) Contractor will promptly provide notice that it is relying on the "good faith exception" to achieve the ratio set forth in Subpart (a), as defined in Section 45(b)(8)(D)(ii) of the Code and (II) there shall be at least one Qualified Apprentice performing Work for each of Contractor and each Subcontractor (in each case, if Contractor or the relevant Subcontractor employs four or more individuals with respect to the Work), subject to Section 45(b)(8)(B) of the Code and the exception set forth in Section 45(b)(8)(D)(ii) of the Code.

Contractor will provide quarterly reporting of use of Qualified Apprentices in the form of Exhibit D (Forms), Attachment D-18, Addendum D-18B, including a breakdown of the total labor hours of Work performed by Qualified Apprentices during such quarter (and with details of compliance with any applicable requirements for apprentice-to journey worker ratios in the U.S. Department of Labor or the applicable state apprenticeship agency) to Company. If Contractor would rely on the "good faith exception", Contractor will provide documentation of its compliance with the "good faith exception" and renew the request for its Qualified Apprentices every one-hundred twenty (120) Days.

(C)    Contractor will submit a written plan for using Qualified Apprentices (an "Apprenticeship Plan") to Company. At the request of Company, Contractor shall provide a detailed plan of action to mitigate any failure to comply with its Apprenticeship Plan and promptly provide any documentation reasonably requested by Company to the extent required for Company to comply with any request, if any, of any Government Instrumentality.

(D)    In the event any Wage and Apprentice Requirements are amended by Congress or implemented by the Internal Revenue Service, the U.S. Department of the Treasury, or the U.S. Department of Labor, a state government enacts or implements an apprenticeship statute, or any applicable state apprenticeship agency, or in the event any Further Guidance is issued by any such entities further interpreting the Code following the Effective Date of this Agreement, in a manner that departs from the obligations described in clauses (A) through (C) above, Company may vary the requirements of those clauses by written notice, and Contractor will comply with the obligations described in such notice.

(ii)    In the event Contractor breaches its obligations hereunder Contractor will indemnify Company from all penalties assessed under Sections 45, 45Y, 48, or 48E of the Code and the Treasury Regulations issued thereunder (the "PWA Damages") against Company, or if different, the taxpayer claiming federal tax credits on the Project, under Sections 45(b)(7)(B) or 45(b)(8)(D) of the Code. Provided that Contractor's obligation to indemnify Company for the PWA Damages shall be Contractor's sole and exclusive liability, and Company's sole and exclusive remedy, for Contractor's failure to comply with the provisions set forth in this Agreement. In no event shall Contractor's liability for the PWA Damages exceed twenty percent (20%) of the Lump Sum, as adjusted by Price Adjustment. For the avoidance of doubt, Contractor shall have no liability for (on an indemnity basis or otherwise) Company's missed tax credits, if any. Company will notify Contractor of any assessment of such penalties and shall provide sufficient substantiation and documentation related to the issuance of such penalties, so that Contractor may respond to and/or challenge such assessment, if necessary. Contractor will pay to Company the PWA Damages within forty-five (45) Days of receipt of Company's notification and accompanying documentation of such PWA Damages. If Contractor chooses to respond to and/or challenge such assessment with the applicable authority, then Contractor shall be responsible for all fees and expenses for such defense or challenge and shall not agree to any

settlement thereof without Company's prior written consent not to be unreasonably withheld, conditioned, or delayed. Contractor's obligations under this Section 3.2(j)(ii) will survive until the expiration of the relevant statute of limitations.

# Appendices 2 and 3

**(total of 8 pages including this cover page):**

* \*   Appendix 2 - Form of Apprentice Report
* \*   Appendix 3 - Union Hall Labor Request Confirmation Form

**Schedule [___]**
**Form of Apprentice Report**

| FOR [MONTH/QUARTER] ENDING: | PROJECT: | PROJECT LOCATION: |
|---|---|---|
| | | |

| NAME AND ADDRESS OF CONTRACTOR: | | CONTRACT NO: |
|---|---|---|
| | | |

| RELATIONSHIP OF CONTRACTOR WITH APPRENTICESHIP:<br><br>☐ APPRENTICESHIP SPONSOR   ☐ SIGNATORY EMPLOYER | PROGRAM TYPE:<br><br>☐ JOINT   ☐ NON-JOINT   ☐ GROUP   ☐ NON-GROUP | NUMBER OF EMPLOYEES PERFORMING CONSTRUCTION/ALTERATION/REPAIR: |
|---|---|---|

| NAME AND ADDRESS OF APPRENTICESHIP SPONSOR: | REGISTRATION NUMBER: | APPRENTICESHIP REGISTRATION AGENCY: |
|---|---|---|
| | | |

| (1)<br>LABOR CLASSIFICATION | (2)<br>APPROVED APPRENTICE-TO-JOURNEYWORKER RATIO | (3)<br>RATIO MET EACH DAY OF [MONTH/QUARTER]? (Y/N) | [MONTHLY/QUARTERLY] TOTALS | | | PROJECT TOTALS TO DATE | | |
|---|---|---|---|---|---|---|---|---|
| | | | (4)<br>QUALIFIED APPRENTICE HOURS | (5)<br>TOTAL LABOR HOURS | (6)<br>APPRENTICESHIP LABOR HOUR RATIO [(4)/(5)] | (7)<br>QUALIFIED APPRENTICE HOURS | (8)<br>TOTAL LABOR HOURS | (12)<br>APPRENTICESHIP LABOR HOUR RATIO [(7)/(8)] |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **TOTALS** | | | | | | | | |

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

*NRF DRAFT 6/16/2023*

By:    _____
Name:  _____
Title:   _____
Date:  _____

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# <u>Union Hall Labor Request Confirmation Form</u>

**<u>REQUEST</u>**

**Contractor**: _____

**Project Name**: _____

**Project Address**: _____

**Name of Individual Submitting Request**: _____

**Date Request Submitted**: _____

☐ Request Submitted Telephonically         ☐ Request Submitted Electronically (attach time stamped screenshot of electronic submission)

Union No.: _____

Union Telephone No.: _____

Union Email: _____

Request Number (if submitted electronically): _____

| Number of Staffing Requested | Date to Report |
|---|---|
| Journeyman: | |
| Apprentice: | |
| Other: | |
| Other: | |
| Other: | |

**Contractor's Signature:**                   **Date:**

_____        _____

**UNION RESPONSE**

☐    Requested Staffing Arrived At Project Site
      (*specify, by date, which staffing was present at the Project Site*):

| Date | Staffing Present On-Site (*include total number*) |
|------|---------------------------------------------------|
|  | Journeymen: |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Apprentices: |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Other: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Other: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | **Contractor's Signature:**    **Date:** |
|  | _____    _____ |
| Date | Journeymen: |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Apprentices: |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |
|  | Name: _____ |

| | | |
|---|---|---|
| | Other: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Other: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | **Contractor's Signature:** | **Date:** |
| **Date** | Journeymen: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Apprentices: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Other: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Other: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | Name: | |
| | **Contractor's Signature:** | **Date:** |

| **Date** | Journeymen: |
|---|---|
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Apprentices: |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Other: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Other: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | **Contractor's Signature:**          **Date:** |
| | _____          _____ |
| **Date** | Journeymen: |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Apprentices: |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Other: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |
| | Name: _____ |

|      |                                                        |
|------|--------------------------------------------------------|
|      | Name: _____ |
|      | Other: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | **Contractor's Signature:**            **Date:** |
| **Date** | Journeymen: |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Apprentices: |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Other: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Other: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | Name: _____ |
|      | **Contractor's Signature:**            **Date:** |

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

☐     Union Unable to Fill Request
*(specify response provided by Union, and date on which response was provided)*:
Date Response was Received: _____
Response Summary:

_____

_____

_____

_____

**Contractor's Signature:** _____    **Date:** _____


☐     No Response From Union within five (5) Business Days of Request Date
*(attach electronic transmission to Union confirming no response received)*

**Contractor's Signature:** _____    **Date:** _____

# Obtaining Davis-Bacon Wage Determinations

1. Go to ▮▮▮▮▮▮▮▮

2. Click on the "**Wage Determinations**" tab on the left-hand side of the page



3. On the resulting screen, select "**Public Building or Works**"



4. The resulting screen provides filter options to narrow the search results by state, county or independent city, and construction type.



5. Select the applicable location from the "**State**" drop-down menu.

6. Select the applicable county or independent city from the "**County/Independent City**" drop down menu.

7. Select the construction type from the **"Construction Type"**[1] drop down menu
   a) *Building*: construction, alteration, or repair of a sheltered enclosure with walk-in access for the purpose of housing person, machinery, equipment or supplies.
   b) *Residential*: construction, alteration, or repair of single-family houses or apartment buildings of no more than four stories in height
   c) *Highway*: construction, alteration, or repair of roads, streets, highways, runways, taxiways, alleys, trails, paths, parking areas, and other similar projects not incidental to building or heavy construction.
   d) *Heavy*: projects that are not properly classified as either "building," "residential," or "highway."

8. Click on the WD number (blue hyperlink).



---

[1] Additional information regarding the different types of construction can be found in All Agency Memorandum 130, which is available on sam.gov.

9. After clicking on the WD number, you will be directed to the results page showing the last revision of the WD.



10. Scroll down on the results page to view the WD under the "**Document**" heading.  At this point, you have the option to download or print the WD by selecting the respective option towards the right of the "**Document**" heading, which is immediately above the displayed WD. (*__Note__*: If you encounter any issues with printing the WD, switch your browser to Google Chrome and try again)



11. If the search parameters do not yield any result(s) or you are unable to locate an applicable wage determination, please send a request for assistance to ██████████████

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# Inflation Reduction Act Prevailing Wage and Apprenticeship Requirements

Presented by U.S. Department of Labor

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# Inflation Reduction Act Labor Standards

**The IRA's prevailing wage and apprenticeship provisions apply to the following tax benefits:**

- Alternative Fuel Refueling Property Credit

- Production Tax Credit

- Credit for Carbon Oxide Sequestration

- Credit for Production of Clean Hydrogen

- Clean Fuel Production Credit

- Investment Tax Credit

- Advanced Energy Project Credit

- Energy Efficient Commercial Buildings Deduction

**The IRA's prevailing wage provisions apply to these tax benefits as well:**

- New Energy Efficient Home Credit

- Zero-Emission Nuclear Power Production Credit

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**U.S. DEPARTMENT OF LABOR**

# IRS Guidance

On November 30, 2022, Treasury/IRS published guidance (**Notice 2022-61,** *Prevailing Wage and Apprenticeship Initial Guidance under Section 45(b)(6)(B)(ii) and Other Substantially Similar Provisions*) on the Inflation Reduction Act's prevailing wage and apprenticeship requirements.

Taxpayers must meet the prevailing wage and apprenticeship requirements for facilities where construction begins on or after **January 29, 2023**.

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# U.S. DEPARTMENT OF LABOR

# IRA & Prevailing Wage Requirements

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# Prevailing Wage Presentation Overview

- IRA Prevailing Wage Provisions

- Prevailing Wage Rates

- How to Find Prevailing Wage Rates

- Understanding Wage Determinations

- Obtaining Additional Labor Classifications

- Wage Hour Division Support & Assistance

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# IRA & Prevailing Wage

Internal Revenue Code 45(b)(7)(A)

- "The requirements … with respect to any qualified facility are that the taxpayer shall ensure that any laborers and mechanics employed by the taxpayer or any contractor or subcontractor in … the construction of such facility, and ... the alteration or repair of such facility, shall be paid wages at rates not less than the prevailing rates for construction, alteration, or repair of a similar character in the locality in which such facility is located as most recently determined by the Secretary of Labor. . .

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**U.S. DEPARTMENT OF LABOR**

# Prevailing Wage Provisions

A taxpayer satisfies the IRA's prevailing wage rate provisions by:

1. Paying all laborers and mechanics performing construction, alteration, or repair at a qualified facility at least the prevailing wage; and

2. Maintaining and preserving sufficient records to demonstrate laborers and mechanics were paid wages not less than the prevailing wage rates for the type of work performed.

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



U.S. DEPARTMENT OF LABOR

## Laborers and Mechanics

Laborers and mechanics include:

- Workers who perform primarily manual or physical work in trades or occupations such as electricians, ironworkers, equipment operators, carpenters, truck drivers, and general laborers.

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**U.S. DEPARTMENT OF LABOR**

# Prevailing Wage Rates

For purposes of the prevailing wage provisions of the IRA:

- "Prevailing wage" refers to the wage listed for a particular classification of laborer or mechanic on the applicable wage determination for the type of construction and the geographic area or other applicable wage as determined by the Secretary of Labor.

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



# U.S. DEPARTMENT OF LABOR

## What is a Prevailing Wage?

The Prevailing Wage is:

- The combination of the **basic hourly wage** rate *and* any **bona fide fringe benefits.**

- Paid to workers in a specific labor classification

- For the type of construction being performed

- In the geographic area where construction is performed

- As determined by the Secretary of Labor.

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# Wage Determinations

A Wage Determination lists wage rates determined by WHD to be prevailing in a specific geographic area (usually a county) for a certain type of construction.

There are four types of construction for which wage determinations are published:

- Building

- Residential

- Highway

- Heavy

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**U.S. DEPARTMENT OF LABOR**

# Where to find Prevailing Wage Rates

Prevailing wage rates are found in Wage Determinations

Wage Determinations:

- Issued by the U.S. Department of Labor's Wage and Hour Division

- Published on **www.sam.gov**

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# U.S. DEPARTMENT OF LABOR

# How to find Prevailing Wage Rates



1. Go to sam.gov
2. **Select Wage Determinations**
3. Select Public Building or Works
4. Select the applicable State, County, and Construction Type
5. Select the applicable Wage Determination on www.sam.gov

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# U.S. DEPARTMENT OF LABOR

# How to find Prevailing Wage Rates-Construction



1. Go to sam.gov
2. Select Wage Determinations
3. **Select Public Building or Works**
4. Select the applicable State, County, and Construction Type
5. Select the applicable Wage Determination on www.sam.gov

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# U.S. DEPARTMENT OF LABOR

# How to find Prevailing Wage Rates-Criteria



1. Go to sam.gov
2. Select Wage Determinations
3. Select Public Building or Works
4. **Select the applicable State, County, and Construction Type**
5. Select the applicable Wage Determination on www.sam.gov.

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# U.S. DEPARTMENT OF LABOR

# How to find Prevailing Wage Rates-Results



1. Go to sam.gov
2. Select Wage Determinations
3. Select Public Building or Works
4. Select the applicable State, County, and Construction Type
5. **Select the applicable Wage Determination on www.sam.gov**

16

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# U.S. DEPARTMENT OF LABOR

# Wage Determination Cover Sheet

"General Decision Number: CT20220013 06/17/2022

Superseded General Decision Number: CT20210013

State: Connecticut

Construction Type: Heavy

County: Fairfield County in Connecticut.

HEAVY CONSTRUCTION PROJECTS

Note: Contracts subject to the Davis-Bacon Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658. Please note that these Executive Orders apply to covered contracts entered into by the federal government that are subject to the Davis-Bacon Act itself, but do not apply to contracts subject only to the Davis-Bacon Related Acts, including those set forth at 29 CFR 5.1(a)(2)-(60).

| Modification Number | Publication Date |
|---|---|
| 0 | 01/07/2022 |
| 1 | 02/04/2022 |
| 2 | 02/25/2022 |
| 3 | 04/29/2022 |
| 4 | 05/13/2022 |
| 5 | 05/20/2022 |
| 6 | 05/27/2022 |
| 7 | 06/03/2022 |
| 8 | 06/17/2022 |

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

## Assistance Finding a Wage Determination

For more information on finding the applicable Wage Determination, please consult WHD's "Guide to Finding Your Wage Determination on sam.gov" at

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# Using the most Recent Wage Determination

When the taxpayer is **contracting with a prime contractor** to perform construction, alteration, or repair of a facility:

- The taxpayer should use the most up to date wage determination at the time it **enters into the contract** with the prime contractor.

When the taxpayer is **self-performing** the construction, alteration, or repair of a facility:

- The taxpayer should use the most up to date wage determination available at the time **the work is commenced**

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

## Labor Classifications

Wage determinations include labor classifications based generally on trades or occupations.

A taxpayer should identify the labor classifications needed to perform work on the facility and compare them to the labor classifications on the wage determination.

An additional labor classification should be requested **only when the work needed for a project is *not* performed by a labor classification *already* listed on the applicable wage determination.**

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# U.S. DEPARTMENT OF LABOR

## Example #1



What labor classifications are typically needed for construction of a Solar Farm Facility?

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# Example #2



What labor classifications are typically needed for construction of Wind Turbines?

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



# Obtaining an Additional Labor Classification

If a wage determination does not include a needed labor classification, an additional classification may be requested at ████████████

The request should include:

1. The type of facility;

2. Facility location;

3. Proposed labor classifications;

4. Proposed prevailing wage rates;

5. Job descriptions and duties; and

6. Any rationale for the proposed classifications.

23

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**U.S. DEPARTMENT OF LABOR**

# Ways to Pay the Prevailing Wage Rate

A taxpayer can meet its obligation to pay the prevailing wage by:

1. Paying each laborer and mechanic the applicable prevailing wage entirely as cash wages; or

2. Paying a combination of cash wages and employer-provided bona fide fringe benefits.

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**U.S. DEPARTMENT OF LABOR**

# Keeping Records under the IRA Labor Provisions

Section 6001 provides that every person liable for any tax imposed by the Internal Revenue Code, or for the collection thereof, must keep sufficient records. Such records include:

- Permanent books of account or records

- Sufficient to establish the amount of gross income, deductions, credits, or other matters required to be shown by such person in any return of such tax

25

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# Wage and Hour Division Support & Assistance

WHD can provide technical and compliance assistance

Additional Resources:

- DOL IRA landing page: ███████████████████████████████████████ ███████

- WHD IRA landing page: ███████████████████████████████████████

  - Frequently Asked Questions

  - Wage Determinations step-by-step directions

  - Wage Determinations available at ████████████████

- Request additional classifications: ███████████████████████████

1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**U.S. DEPARTMENT OF LABOR**

# IRA & Apprenticeship Requirements

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**U.S. DEPARTMENT OF LABOR**

# Apprenticeship Summary: Tax Benefits for Business Taxpayers

- **Apprenticeship Labor Hour Requirement**: At least an applicable percentage* of total labor hours for construction, alteration, or repair work on a qualified facility, project, property, or equipment (including such work performed by any contractor or subcontractor) must be performed by qualified apprentices

- **Apprenticeship Ratio Requirement:** The above requirement is subject to any applicable requirements for apprentice-to-journeyworker ratios of the Department of Labor or the applicable State apprenticeship agency

- **Apprenticeship Participation Requirement**: Each taxpayer, contractor, or subcontractor who employs 4 or more individuals to perform construction, alteration, or repair work with respect to the construction of a qualified facility must employ 1 or more qualified apprentices

- **Good Faith Effort Exception**

- Applies to:

  - Alternative Fuel Refueling Property Credit (§30C)
  - Production Tax Credit (§45, §45Y)
  - Credit for Carbon Oxide Sequestration (§45Q)
  - Credit for Production of Clean Hydrogen (§45V)
  - Clean Fuel Production Credit (§45Z)
  - Investment Tax Credit (§48, §48E)
  - Advanced Energy Project Credit (§48C)
  - Energy Efficient Commercial Buildings Deduction (§179D)

28    *For facilities that begin construction before 2023, the "applicable percentage" is 10%, rising to 12.5% for facilities that begin construction in 2023, and 15% for facilities that begin construction after 2023    1/17/2023

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# Key Features of Guidance

- Reference to statutory definitions of "qualified apprentice" and "registered apprenticeship program"

- Definitions of key terms, including "employ," "journeyworker," "apprentice-to-journeyworker," "construction, alteration, or repair," and "State apprenticeship agency"

- Additional information on the Good Faith Effort Exception

  - A taxpayer will be considered to have made a good faith effort in requesting qualified apprentices if the taxpayer requests qualified apprentices from a registered apprenticeship program in accordance with usual and customary business practices for registered apprenticeship programs in a particular industry

- Recordkeeping requirements

- Example of how to comply

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# Good Faith Effort Exception

- § 45(b)(8)(D)(ii) (Good Faith Effort Exception)

  - A taxpayer is deemed to have satisfied the apprenticeship requirements with respect to a qualified facility if the taxpayer has requested qualified apprentices from a registered apprenticeship program and:

    - (i) such request has been denied, provided that such denial is not the result of a refusal by the taxpayer or any contractors or subcontractors engaged in the performance of construction, alteration, or repair work with respect to such qualified facility to comply with the established standards and requirements of the registered apprenticeship program, or

    - (ii) the registered apprenticeship program fails to respond to such request within 5 business days after the date on which such registered apprenticeship program received such request.

    - Taxpayers intending to rely on the good faith effort exception would need to keep records reflecting those good faith efforts, such as documents showing the requests for apprentices and the response, if any, from the Registered Apprenticeship program.

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# U.S. DEPARTMENT OF LABOR

## Recordkeeping

- As further explained in IRS Notice 2022-61, taxpayers **must keep the records necessary to show, among other things, the amount of any credit or deduction claimed**.

- For example, the taxpayer could keep records showing that:

  - The apprentice to journeyworker ratio of the Registered Apprenticeship program on each day that an apprentice was working was met;

  - The apprentice labor hours for construction, alteration, or repair were met; and

  - The apprentice participation requirements were met.

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

U.S. DEPARTMENT OF LABOR

# Technical Assistance

- Both OA and SAA staff have a significant role to play in supporting these organizations with technical assistance on joining, developing, or starting Registered Apprenticeship programs in the clean and renewable energy sector.

- OA and SAA staff are uniquely positioned as key resources for assisting new employers to join existing group programs or in starting their own programs, assisting in providing referrals to existing programs, and answering questions about Registered Apprenticeship.

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

## U.S. DEPARTMENT OF LABOR

# Apprenticeship & IRA Resources for business taxpayers and stakeholders

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

Registered Apprenticeship is an **industry-driven**, **high-quality** career **pathway** where employers can **develop** and prepare their **future workforce**, and individuals can obtain **paid work** experience, **receive progressive wage increases, classroom instruction**, and a portable, **nationally-recognized credential**.



Industry-Led



Paid Job



On-the-Job Learning/Mentorship



Supplemental Education



DEIA



Quality & Safety



Nationally-Recognized Credentials

# KEY COMPONENTS OF REGISTERED APPRENTICESHIP

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# U.S. DEPARTMENT OF LABOR

## BENEFITS FOR **EMPLOYERS**

- Create a diverse and highly-skilled workforce

- Improve productivity and profitability

- Increase staff loyalty and retention of workers

- Flexible training options

- Minimize liability costs

- Access to federal and state resources

- Receive tax credits and employee tuition benefits



**RESOURCES**

**Want more info?** Visit the Employer page on Apprenticeship.gov

**Helpful reading:** *Department of Commerce Study: The Benefits and Costs of Apprenticeship: A Business Perspective*



Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# U.S. DEPARTMENT OF LABOR



# BENEFITS OF
# REGISTERING YOUR PROGRAM

By registering your program with the U.S. Department of Labor or State Apprenticeship Agency, you will gain access to additional resources:

 Access to a **nationwide network of expertise**, **customer service**, and **support at no charge**.

 Access **funding** and other resources from federal programs. In many states, businesses can qualify for tax credits.

 Graduates receive an **industry-recognized** and **nationally-portable credential**.

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



# U.S. DEPARTMENT OF LABOR

## THE REGISTERED APPRENTICESHIP SYSTEM



Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**U.S. DEPARTMENT OF LABOR**

# Registered Apprenticeship – Regulatory Framework

## National Apprenticeship Act (Fitzgerald Act) of 1937

### 29 CFR Part 29 – Labor Standards

- Quality Program Design – On the Job & Off the Job
- Apprenticeable Occupations
- Industry/Employer Engagement
- Progressive Wages
- Safety (Ratios)
- Nationally Recognized Credential(s)
- Provisional and Quality Reviews (APRs)
- State Apprenticeship Agencies

### 29 CFR Part 30 – Equal Employment Opportunity

- Protected Basis
- Discrimination and Harassment Free Programs
- Affirmative Action Programs
- Targeted Outreach and Recruitment Requirements
- Protections for Individuals with Disabilities
- Compliance Reviews (EAPR)

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**U.S. DEPARTMENT OF LABOR**

# Registered Apprenticeship Resources

## Partner Finder Tool

- Our Partner Finder Tool can connect you with the right partners to help you learn more about existing programs and how to design, develop, or enhance your program.

## Occupation Finder Tool

- Our Occupation Finder Tool can help you find occupations approved for use in a Registered Apprenticeship Program along with descriptions, alternative titles, and related occupations.

## Standards Builder Tool

- Our Standards Builder Tool can help you quickly customize and register your program in a single centralized place.

## Express Interest

- Learn more about Registered Apprenticeships and how you can get started as an employer or a career seeker through our Express Interest portal

## State Offices

- State Apprenticeship offices are located across the nation to provide technical assistance and support to program sponsors, answer questions about the apprenticeship model, guide partners on each phase of developing a program, connect business to training providers, advise partners on available funding sources to support apprenticeships, and register eligible programs.

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# Available Resources



Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



# Questions and Answers

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# Additional Resources

For more information on the IRA's prevailing wage and apprenticeship requirements, please visit the Department of Labor's webpage at:

"General Decision Number: TX20240044 01/05/2024

Superseded General Decision Number: TX20230044

State: Texas

Construction Type: Heavy

Counties: Archer, Callahan, Clay and Jones Counties in Texas.


HEAVY CONSTRUCTION PROJECTS

Note: Contracts subject to the Davis-Bacon Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658. Please note that these Executive Orders apply to covered contracts entered into by the federal government that are subject to the Davis-Bacon Act itself, but do not apply to contracts subject only to the Davis-Bacon Related Acts, including those set forth at 29 CFR 5.1(a)(1).

| | |
|---|---|
| If the contract is entered into on or after January 30, 2022, or the contract is renewed or extended (e.g., an option is exercised) on or after January 30, 2022: | . Executive Order 14026 generally applies to the contract.<br>. The contractor must pay all covered workers at least $17.20 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on the contract in 2024. |
| If the contract was awarded on or between January 1, 2015 and January 29, 2022, and the contract is not renewed or extended on or after January 30, 2022: | . Executive Order 13658 generally applies to the contract.<br>. The contractor must pay all covered workers at least $12.90 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on that contract in 2024. |

The applicable Executive Order minimum wage rate will be

adjusted annually. If this contract is covered by one of the Executive Orders and a classification considered necessary for performance of work on the contract does not appear on this wage determination, the contractor must still submit a conformance request.

Additional information on contractor requirements and worker protections under the Executive Orders is available at http://www.dol.gov/whd/govcontracts.


Modification Number       Publication Date
          0                 01/05/2024

  SUTX2005-009 11/09/2004

|                                    | Rates      | Fringes |
|------------------------------------|------------|---------|
| Air Tool Operator................. | $  9.05 ** | 0.00    |
| Asphalt Distributor Operator..... | $ 10.46 ** | 0.00    |
| Asphalt paving machine operator......................... | $  9.38 ** | 0.00 |
| Asphalt Raker.................... | $  9.53 ** | 0.00    |
| Asphalt Shoveler................. | $  7.33 ** | 0.00    |
| Batching Plant Weigher........... | $ 11.15 ** | 0.00    |
| Broom or Sweeper Operator........ | $  8.01 ** | 0.00    |
| Bulldozer operator............... | $ 10.88 ** | 0.00    |
| CARPENTER........................ | $ 10.10 ** | 0.00    |
| Concrete Finisher, Paving........ | $ 11.25 ** | 0.00    |
| Concrete Finisher, Structures.... | $ 10.03 ** | 0.00    |
| Concrete Paving Saw Operator..... | $ 15.00 ** | 0.00    |
| Crane, Clamshell, Backhoe, Derrick, Dragline, Shovel Operator......................... | $ 10.94 ** | 0.00 |
| Crusher or Screen Plant Operator......................... | $  9.00 ** | 0.00 |

```
ELECTRICIAN......................$ 19.00          0.00

Flagger..........................$  7.29 **       0.00

Form Builder/Setter,
Structures.......................$ 10.01 **       0.00

Form Setter, Paving & Curb.......$  9.43 **       0.00

Foundation Drill Operator,
Truck Mounted....................$ 18.00          0.00

Front End Loader Operator........$ 10.04 **       0.00

Laborer, common..................$  8.25 **       0.00

Laborer, Utility.................$  9.62 **       0.00

MECHANIC (Undefined).............$ 14.05 **       0.00

Milling Machine Operator,
Fine Grade.......................$ 12.20 **       0.00

Motor Grader Operator, Fine
Grade............................$ 13.24 **       0.00

Motor Grader Operator, Rough.....$ 14.36 **       0.00

Oiler............................$ 10.67 **       0.00

Painter, Structures..............$ 11.00 **       0.00

Pavement Marking Machine
Operator.........................$  9.26 **       0.00

Planer Operator..................$ 17.50          0.00

Reinforcing Steel Setter,
Paving...........................$  9.50 **       0.00

Reinforcing Steel Setter,
Structure........................$ 11.85 **       0.00

Roller Operator, Pneumatic,
Self-Propelled...................$  7.55 **       0.00

Roller Operator, Steel Wheel,
Flat Wheel/Tamping...............$  8.66 **       0.00

Roller Operator, Steel Wheel,
```

```
Plant Mix Pavement...............$  9.81 **          0.00

Scraper Operator.................$  7.78 **          0.00

Servicer.........................$  8.22 **          0.00

Spreader Box operator............$ 10.07 **          0.00

Tractor operator, Pneumatic......$  8.58 **          0.00

Traveling Mixer Operator.........$  9.71 **          0.00

Truck driver, lowboy-Float.......$ 11.42 **          0.00

Truck driver, Single Axle,
Heavy............................$ 11.00 **          0.00

Truck driver, Single Axle,
Light............................$  7.55 **          0.00

Truck Driver, Tandem Axle,
Semi-Trailer.....................$  9.02 **          0.00

Wagon Drill, Boring Machine,
Post Hole Driller Operator.......$  8.86 **          0.00

WELDER...........................$  9.75 **          0.00

Work Zone Barricade Servicer.....$  8.64 **          0.00
----------------------------------------------------------------
```

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

```
====================================================================
```

** Workers in this classification may be entitled to a higher
minimum wage under Executive Order 14026 ($17.20) or 13658
($12.90).  Please see the Note at the top of the wage
determination for more information. Please also note that the
minimum wage requirements of Executive Order 14026 are not
currently being enforced as to any contract or subcontract to
which the states of Texas, Louisiana, or Mississippi, including
their agencies, are a party.

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this
contract is covered by the EO, the contractor must provide

employees with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness, injury or other health-related needs, including preventive care; to assist a family member (or person who is like family to the employee) who is ill, injured, or has other health-related needs, including preventive care; or for reasons resulting from, or to assist a family member (or person who is like family to the employee) who is a victim of, domestic violence, sexual assault, or stalking.  Additional information on contractor requirements and worker protections under the EO is available at
https://www.dol.gov/agencies/whd/government-contracts.

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29CFR 5.5 (a) (1) (iii)).


----------------------------------------------------------------


The body of each wage determination lists the classification and wage rates that have been found to be prevailing for the cited type(s) of construction in the area covered by the wage determination. The classifications are listed in alphabetical order of ""identifiers"" that indicate whether the particular rate is a union rate (current union negotiated rate for local), a survey rate (weighted average rate) or a union average rate (weighted union average rate).

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed in dotted lines beginning with characters other than ""SU"" or ""UAVG"" denotes that the union classification and rate were prevailing for that classification in the survey. Example: PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of the union which prevailed in the survey for this classification, which in this example would be Plumbers. 0198 indicates the local union number or district council number where applicable, i.e., Plumbers Local 0198. The next number, 005 in the example, is an internal number used in processing the wage determination. 07/01/2014 is the effective date of the most current negotiated rate, which in this example is July 1, 2014.

Union prevailing wage rates are updated to reflect all rate changes in the collective bargaining agreement (CBA) governing

this classification and rate.

Survey Rate Identifiers

Classifications listed under the ""SU"" identifier indicate that no one rate prevailed for this classification in the survey and the published rate is derived by computing a weighted average rate based on all the rates reported in the survey for that classification.  As this weighted average rate includes all rates reported in the survey, it may include both union and non-union rates. Example: SULA2012-007 5/13/2014. SU indicates the rates are survey rates based on a weighted average calculation of rates and are not majority rates. LA indicates the State of Louisiana. 2012 is the year of survey on which these classifications and rates are based. The next number, 007 in the example, is an internal number used in producing the wage determination. 5/13/2014 indicates the survey completion date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a new survey is conducted.

Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate that no single majority rate prevailed for those classifications; however, 100% of the data reported for the classifications was union data. EXAMPLE: UAVG-OH-0010 08/29/2014. UAVG indicates that the rate is a weighted union average rate. OH indicates the state. The next number, 0010 in the example, is an internal number used in producing the wage determination. 08/29/2014 indicates the survey completion date for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of each year, to reflect a weighted average of the current negotiated/CBA rate of the union locals from which the rate is based.


----------------------------------------------------------------

                    WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

*  an existing published wage determination
*  a survey underlying a wage determination

*   a Wage and Hour Division letter setting forth a position on
    a wage determination matter
*   a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
National Office because National Office has responsibility for
the Davis-Bacon survey program. If the response from this
initial contact is not satisfactory, then the process described
in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

             Branch of Construction Wage Determinations
             Wage and Hour Division
             U.S. Department of Labor
             200 Constitution Avenue, N.W.
             Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

             Wage and Hour Administrator
             U.S. Department of Labor
             200 Constitution Avenue, N.W.
             Washington, DC 20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:

             Administrative Review Board
             U.S. Department of Labor
             200 Constitution Avenue, N.W.
             Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

==================================================================

             END OF GENERAL DECISION"

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



# IIPP/Corporate Safety Manual

# Corporate Safety Program

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                        1

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



# WELCOME TO ROSENDIN ELECTRIC!!!

We would like to take this opportunity to welcome you to the Rosendin Electric Construction Team. Whether you are joining our full-time staff or are assigned to a specific project, you are an important factor in the success of Rosendin Electric.

We believe that no one person is an entity by himself but is just one important member of the overall team. Together we are all working toward the common goal of successful project completion.

Your personal safety is of utmost importance to us. We ask that you integrate safety consciousness as a *way of work* into all areas of your work plan and that you do not take chances that may injure you or your co-worker.

All businesses need to be productive in order to survive. Our continued success relies on producing a quality finished product. Please ***take the time to do it right the first time***—for your own safety and for the sake of the end product.

Again, we warmly welcome you to Rosendin Electric. We hope that you have an enjoyable, safe, and rewarding time during your employment with us.

Respectfully,

**Rosendin Electric Management**

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.        Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



## From the desk of our President and CEO:

"Personal safety begins with me. I will not only look out for MY safety, but for the safety of my co-workers and my family".

"Safety at Rosendin Electric, Inc. begins with me and YOU! As an employee of Rosendin Electric, Inc. you have been given the authority, without fear of reprimand or retaliation to <u>immediately STOP</u> any work activity that presents a danger to yourself, your co-workers, or the public".

"You are required to participate in pre-task planning, question and correct any situation that is not in compliance with REI's safety and health policies, and to report ALL unsafe acts or conditions immediately. You are empowered to question any work activity that involves violation of the established safety and health policies or the established pre-task plan".


*Mike Greenawalt*
*CEO*

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                    3

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# Rosendin Electric, Inc. Mission & Core Values

**Purpose:**

*Building Quality -- Building Value -- Building People*

**Mission:**

**"To set the standards of performance in the Electrical Construction Industry by delivering unparalleled service and value to our customers"**

**Values:**

- Safety is a value and at Rosendin Electric we place that value above all other project management disciplines. We strive to provide our people with the tools, equipment and working conditions that will help them do their best.

- **Teamwork.** We believe that what we do as an individual, as a Company or as members of a project team affects others. Therefore, we strive for an environment that challenges and empowers people to be their best, to work safely, and to respect one another.

- **Quality.** We believe the quality of our work will represent us for years to come. We take pride in what we build.

- **Service.** We believe that people will do business with Companies that meet their needs and provide solid, long term customer service. The profitability of our organization and the return to shareholders will come from this relationship based business.

- **Vision.** We believe our innovation separates us from our competitors. Entrepreneurial ideas are encouraged, promoted, and implemented. We set the standards.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.        Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                4

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



# ROSENDIN ELECTRIC'S SAFETY PHILOSOPHY

A number of years ago, Rosendin Electric's Senior Management made a commitment to develop and implement a Safety & Health Program that was unparalleled in our industry. It begins with one simple statement: Our people are our most valuable asset and should not be exposed to injury or illness, as a result of their employment. They must be treated with respect and we must go to great lengths to listen to their suggestions, comments, and concerns. It is our employees who make our Safety Program a success.

To communicate a clear message of commitment to all craft employees; Rosendin Electric has adopted and implemented the **Injury, Illness and Impact Free (I-3 FREE)** program. The program begins with a paradigm shift in the way we view safety: Rather than being a priority, safety must be a value, and one we are not willing to compromise. We have created an environment in which our employees are empowered to say NO if someone asks them to compromise that value.

**I-3 Free** is not a system. It is a culture where the whole organization continually reinvents itself in an effort to completely eliminate at-risk behaviors. As part of the I-3 FREE presentation and culture, we stress four key items: Supportive Leadership, Personal Commitment, Free and Open Lines of Communication and Accountability.

**The first principal is supportive leadership.** Actively participating and promoting safety, looking out for yourself and the people around you, not being afraid to stand up for what's right, and providing the resources, time, and money to guarantee that the people on and around our projects go home safe.

**The second principal of an I-3 Free Environment is a personal commitment to safety.** Personal commitment means more than just words. It means action. You seek to understand and use safe practices. You accept and fulfill your responsibility, for your own safety and the safety of those around you.

**The third principal is free and open lines of communication.** Employees at all levels feel comfortable identifying and communicating safety concerns to supervisors, concerns are addressed immediately, employees are not afraid to report injuries, and feedback is offered.

**The final principal is accountability.** Being held responsible for making safety happen; it takes all of us. As a team we can change the industry for the better and make it safer.

Our management is dedicated to preventing incidents from occurring. To ensure we best address project-specific safety issues, we analyze the individual skills of our full time safety professionals in order to match the right professional to the project.

Should an incident occur; however, all levels of management from the President to Vice Presidents, Division Managers to Superintendents and Foremen require immediate notification. The stakeholders will discuss and review the incident and the type of work involved, with the intent to prevent future incidents by learning what went wrong, then educating rather than placing blame. We look at the behaviors and assess them on the basis of "priority verses value" and "choice versus compliance".

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                          5

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



We ask that our employees think of safety as a *way of working*, not just as an element of the job. A Personal Commitment to I-3 FREE will help each employee make the right decision to work safely, because it's the best choice for himself and his family. We encourage participation with planning, orientation, and development through "Free and Open Lines of Communication".

Integral to our success as a company, and to the I-3 FREE culture, is a solid and collaborative relationship with our customers. In the process of planning safety into all project functions, we must not only ensure the safety of our employees and subs but must also pursue all available avenues to protect our customers from loss due to incidents of any type. This includes injury and property damage, environmental releases, and the spoilage of materials or product. One of the tools we use to accomplish this is a Pre-Task Plan (PTP). This planning document allows us to map out our work by listing the steps necessary to complete the task, discussing the hazards associated with each step, then mitigating the hazards by elimination, replacement, or training. Open communication is the key to success in this arena. Project specific management plays a part in the development of site-specific orientations and the development of job hazard analysis.

Claims management is also a very important tool used in Rosendin Electric's approach to Loss Control. Should an injury accident occur, we will play an active role in the management of that claim. A full-time Claims Administrator will be assigned to interact with the injured worker, the physicians, and the claim examiners, enabling Rosendin Electric to expedite the recovery of the injured worker in the most efficient manner. By doing so, the injured worker's loss of earnings is minimized, and unnecessary lost time is eliminated or drastically reduced. Our aggressive return to work program, coupled with a solid reputation in the medical community, lessens the associated cost to Rosendin Electric and our customers. Throughout the process, we inform the employee of what he can expect and encourage him to feel comfortable asking questions. It is Rosendin Electric's intent to manage any claim in an open and communicative manner in concert with the injured party.

Project safety management is a combined effort between Rosendin Electric and our customers' safety departments. In order to achieve safety excellence, we strongly encourage true partnering on all safety, health and environmental issues.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              6

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



## From the desk of our Vice President Safety:

Creating an environment that is Injury, Illness and Impact Free (I-3 Free) does not happen by chance. It is only achieved by dedication, passion, commitment, and hard work. For us to be successful, everyone at Rosendin has to be a part of creating this environment. The goal is to send everyone home each day, without being injured.

When we talk about safety, we compare it to the value we have for our families. A value we are not willing to compromise for any reason. By looking at safety in the same light as a value; a value you are not willing to compromise, then you are on the path to creating an I-3 Free environment.

I believe it is the duty for all of us to ensure we are working safe, but also to ensure that those around us are working safe. By helping others who do not understand their part of creating this environment, we are creating a culture. A culture that shows the only way we do our jobs is to do them safely. We need to look at safety, not as an object that we fix, not as an event that we attend, but as part of the evolution of construction. As we learn new processes and ways to build; safety is an integral part of those processes. Working safe is the only way we do things at Rosendin.

This is the culture that will continue to make Rosendin a great company. If you're a manager; you need to promote safety by talking the talk and by walking the walk. If you're a crew member, then you need to talk the talk and walk the walk. There should be no difference in our commitment to safety regardless of our level within the company. We are all in this together and by working together we will achieve our goals.

As someone who came from the craft, I truly believe that construction workers are the builders who form the real foundation of America. Our finished products are the homes, roads, schools, hospitals, factories, and high-tech centers of this Country. America needs us now more than ever, to rebuild our infrastructures and to lead us into new frontiers with our expertise. We will help rebuild America, but we can only succeed if we take care of ourselves and those with whom we work. No one should be injured needlessly, trying to provide for themselves and their families. No one should be injured because we did not take the time to plan our work, and work our plan.

As you work on our projects across the USA, ask yourself this question. Am I working to help create a culture of safety for myself and all other workers? Am I teaching others to work safely? Do I lead by example or does my example send the wrong message about working safely. Am I a safety leader? The answer is either, "Yes or No". We ask you to make the right choice and become a part of our movement, and a part of our I-3 Free culture.

*Marty Rouse*
*Vice President Safety*

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                          7

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# Rosendin Electric

## INJURY ILLNESS PREVENTION PLAN

Table of Contents

**1.0     SAFETY POLICY, PURPOSE & SCOPE**

**2.0     INTRODUCTION**
- 2.1     ORIENTATION

**3.0     HEALTH AND SAFETY COMMUNICATIONS**
- 3.1     ORIENTATION
- 3.2     PRE-TASK PLANNING
- 3.3     INCIDENT REPORTING/ROOT CAUSE ANALYSIS
- 3.4     JOBSITE SAFETY OBSERVATION/AUDITS
- 3.5     STRETCH & FLEX
- 3.6     SUBSTANCE ABUSE TESTING (REGION/PROJECT SPECIFIC)
- 3.7     ONGOING COMMUNICATIONS
- 3.8     SAFETY AND HEALTH TRAINING/INFORMATION
- 3.9     REQUIRED SITE POSTINGS
- 3.10    ELEVATED WORK

**4.0     SAFETY PROGRAM IMPLEMENTATION**
- 4.1     OVERVIEW
- 4.2     ENFORCEMENT OF THE ROSENDIN ELECTRIC IIPP
- 4.3     PRE-TASK PLANNING
- 4.4     HAZARD ASSESSMENT AND CONTROL
- 4.5     HAZARD CORRECTION
- 4.6     RECORD KEEPING/DOCUMENTATION
- 4.7     CENTRAL SAFETY COMMITTEE (FUNCTIONS AND OUTLINE)
- 4.8     RISK MANAGERS MEETING

**5.0     PUBLIC RELATIONS**
- 5.1     GENERAL PUBLIC
- 5.2     GOVERNMENT INSPECTIONS
- 5.3     REGULATORY AGENCIES
- 5.4     INSURANCE BROKER/RISK MANAGEMENT REPRESENTATIVE

**6.0     CHEMICAL MANAGEMENT**
- 6.1     ON-SITE CHEMICAL USAGE
- 6.2     COMMUNITY RIGHT TO KNOW

**7.0     EMERGENCY RESPONSE**
- 7.1     ROSENDIN ELECTRIC'S CRISIS MANAGEMENT PLAN

**8.0     PROJECT DIRECTORY**

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.     Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**ROSENDIN**

**9.0    RESPONSIBILITIES FOR SAFETY AND LOSS CONTROL**
    9.1    OVERVIEW
    9.2    ROSENDIN ELECTRIC REGIONAL LEADERSHIP
    9.3    ROSENDIN ELECTRIC PROJECT MANAGER
    9.4    ROSENDIN ELECTRIC SUPERINTENDENTS
    9.5    ROSENDIN ELECTRIC PROJECT EHS MANAGER/REGIONAL EHS PROFESSIONAL
    9.6    ROSENDIN ELECTRIC PROJECT ENGINEER
    9.7    ROSENDIN ELECTRIC SUPERVISOR/FOREMAN
    9.8    ROSENDIN ELECTRIC PROJECT SAFETY COORDINATOR
    9.9    ROSENDIN ELECTRIC FIELD OFFICE COORDINATOR
    9.10    SUBCONTRACTOR RESPONSIBILITIES
        9.10.1    Subcontractor Project Manager
        9.10.2    Subcontractor Superintendent/Supervisor/Foremen
        9.10.3    Subcontractor's Safety Engineer
        9.10.4    Subcontractor's Safety Coordinator
    9.11    EVERYONE'S RESPONSIBILITIES
    9.12    SAFETY COMPLIANCE BY OWNER AND OWNER'S SEPARATE CONTRACTORS

**10.0    RECOGNITION PROGRAM**

**11.0    PROJECT DISCIPLINARY PROCEDURES**
    11.1    VERBAL WARNING CITATION
    11.2    WRITTEN WARNING CITATION
    11.3    TERMINATION

**12.0    SECURITY PROGRAM**
    12.1    PURPOSE
    12.2    RESPONSIBILITIES
    12.3    BADGING
        12.3.1    Permanent Photo Badge Procedure
        12.3.2    Visitor Badge Procedure
        12.3.3    Construction Site Pass Procedure
        12.3.4    Authorized Vehicle Permit Procedure

**13.0    DRUG FREE AWARENESS POLICY**

**14.0    ACCIDENT/INJURY MANAGEMENT**
    14.1    ACCIDENT REPORTING
    14.2    ACCIDENT INVESTIGATION
    14.3    ACCIDENT ANALYSIS
    14.4    RECORD KEEPING
    14.5    ROSENDIN ELECTRIC RETURN TO WORK PROGRAM

**15.0    SPECIAL SITE CONDITIONS**

**16.0    HEALTH AND SANITATION**

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.    Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14    9

**ROSENDIN**

**17.0    PROJECT SIGNS AND BARRICADING**

    17.1    GENERAL SIGNS

    17.2    PARKING SIGNS

    17.3    TRAFFIC CONTROL SIGNS

    17.4    SECURITY SIGNS

    17.5    SAFETY/EMERGENCY SIGNS

    17.6    GENERAL SAFETY SIGNS

    17.7    BARRICADING

**18.0 GLOBALLY HARMONIZED SYSTEM OF CLASSIFYING AND LABELING CHEMICALS (GHS)**

**(FORMALLY KNOWN AS HAZARD COMMUNICATION PROGRAM)**

    18.1    GENERAL

    18.2    SAFETY DATA SHEETS (SDS)

    18.3    WORKER INFORMATION AND TRAINING

    18.4    CONTAINER LABELING

    18.5    HAZARDOUS NON-ROUTINE TASKS AND NEARBY WORK

    18.6    CHEMICALS IN UNLABELED PIPES, VESSELS, AND CONTAINERS

    18.7    AUDIT AND REVIEW

**19.0    EQUAL EMPLOYMENT OPPORTUNITY POLICY**

**20.0    WORKPLACE/VIOLENCE**

**21.0    ADDITIONAL REQUIREMENTS AND RESOURCES**

**22.0    ROSENDIN ELECTRIC IIPP ACKNOWLEDGEMENT FORM**

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__

Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                    10

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

ROSENDIN

## APPENDICES

| | |
|---|---|
| Appendix 1 | Site Safety Plan |
| Appendix 2 | New Hire Entrance Orientation Checklist |
| Appendix 3 | Pre-Task-Planning |
| Appendix 4 | Incident Reporting |
| Appendix 5 | Stretch & Flex |
| Appendix 6 | Hazardous Energy Control Program |
| Appendix 7 | Energized Electrical Work |
| Appendix 8 | Bloodborne Pathogens |
| Appendix 9 | Confined Space |
| Appendix 10 | Cranes & Material Lifting Devices, Includes Forklifts |
| Appendix 11 | Professional Development Portfolio |
| Appendix 12 | Elevated Work |
| Appendix 13 | Excavation & Trenching |
| Appendix 14 | Fire Protection & Prevention |
| Appendix 15 | Personal Protective Equipment |
| Appendix 16 | Respiratory Protection |
| Appendix 17 | Sanitation & Housekeeping |
| Appendix 18 | Scaffold Rules Brief |
| Appendix 19 | Heat Illness Prevention Standard |
| Appendix 20 | Subcontractors |
| Appendix 21 | Tools & Equipment |
| Appendix 22 | Chemical Management |
| Appendix 23 | Assured Equipment Grounding Program |
| Appendix 24 | Hearing Conservation Program |
| Appendix 25 | Vehicle Use and Maintenance Agreement |
| Appendix 26 | Knife-Free Initiative |
| Appendix 27 | Job Safety Start-Up Checklist |
| Appendix 28 | Office Safety |
| Appendix 29 | Highway Safety |
| Appendix 30 | Fire Watch Training |
| Appendix 31 | Mentoring Program |
| Appendix 32 | First Aid/CPR |
| Appendix 33 | Lead |
| Appendix 34 | Training Program |
| Appendix 35 | Power Transmission and Distribution |
| Appendix 36 | Manual Material Handling - Lifting |
| Appendix 37 | Crisis Management Plan |
| Appendix 38 | MSHA |
| Appendix 39 | General Waste Management |
| Appendix 40 | Safety Recognition Program |
| Appendix 41 | California IIPP |
| Appendix 42 | Silica Protection |
| Appendix 43 | Energization and Testing Program |
| Appendix 44 | Service Work |
| Appendix 45 | Battery Work |
| Appendix 46 | Demolition Procedures |

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020. Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



# ENVIRONMENTAL HEALTH & SAFETY PROGRAM

### Injury, Illness, and Impact Free – I-3 Free

*"Rosendin Electric, Inc. is committed to creating and maintaining an "I-3 Free Culture"*

## 1.0   SAFETY POLICY, PURPOSE AND SCOPE

The purpose of Rosendin Electric's Environmental Health & Safety Plan (EHSP) is to establish a commitment to creating an Injury, Illness and Impact Free (I-3-FREE) as an integral part of conducting business, thereby contributing to the overall success of the project.

It is the intent of Rosendin Electric to foster and promote the *mission* of the I-3-FREE. This calls for the elimination of unsafe acts and conditions, and the elimination of near-miss incidents. We can accomplish this with:

- Collaborative teamwork between the owner, Rosendin Electric and subcontractors;
- Personal commitment to the success of all projects; and
- Ownership by the workers.

It is the intent of the IIPP to protect and promote the safety and well-being of workers by providing a safe and healthy work environment during all phases of construction. The Rosendin Electric IIPP provides a foundation and a mechanism for:

- Protecting people, equipment, materials, and property,
- Complying with Rosendin Electric, federal, state and local safety and health regulations, and
- Aiding the development of a tangible safety culture.

Following the plan will help eliminate at-risk behaviors and unsafe conditions; furthermore, it will facilitate good cooperation and communication between Rosendin Electric, subcontractors, the public, and other agents represented. Everyone is expected and obligated to perform all tasks safely.

By contract, every contractor is obligated to conform to the requirements of the Occupational Safety and Health Act of 1970 (OSHA) and all additions and revisions thereto, as well as other applicable federal, state and local requirements, and the Rosendin Electric IIPP. The IIPP applies to all work performed on or directly involving the Rosendin Electric site. The site is the area defined contractually between Rosendin Electric and the owner.

All subcontractors, tiered subcontractors, and supervisory personnel are responsible for the actions of those they supervise, for maintaining safe and healthy working conditions in their areas of responsibility, and for strictly enforcing all authorized safety and health rules and regulations. Everyone is expected to comply with these rules and regulations.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.            Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                     12

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



These safety efforts will affect the overall success of the construction project—the mission of an injury-free workplace and zero environmental impacts. It is understood that all contractors working on this project will subscribe to the IIPP in addition to their own plan. With the cooperation, dedication and the assistance of everyone, this will assure a successful and safe job.

To effectively motivate and monitor the safe work practices all Project Managers, Superintendents, Foremen, Leadmen, Project Engineers, Safety Coordinators and Supervisors are to become familiar with the Project IIPP, the safety indicators and milestones for the project.

Within the IIPP, "contractor" is defined as all construction managers, general contractors, contractors, subcontractors, and tiered subcontractors.

All personnel will follow Rosendin Electric's *Code of Safe Work Practices.* The *Code of Safe Work Practices* is designed to be used as a guide during construction operations. It is intended for use in conjunction with applicable Federal, State, and Local safety regulations, as well as special contract requirements. This code has been established to:

1. Identify and evaluate potential jobsite hazards.

2. Promote methods for correcting unsafe or unhealthy conditions/hazards.

3. Provide a system to communicate safety issues with our employees and to encourage participation in safety.

4. Maintain a continuous training program for employees.

5. Provide an enforcement and disciplinary system to ensure that employees comply with **Rosendin Electric's IIPP (Injury & Illness Prevention Program)**.

The responsibility for the development and implementation of the *IIPP* and *Code of Safe Work Practices* is assigned to Marty Rouse, Vice President Corporate Safety.

The responsibility for managing overall activities of this program is assigned to:

### Risk Management Committee

| | |
|---|---|
| Rosendin Electric, Inc. | Effective Date |
| P.O. Box 49070 | May 1, 1991 |
| 880 North Mabury Road | Revised |
| San Jose, CA 95161-9070 | January 1, 2009 |
| (408) 286-2800 | |

Field Supervisors and Managers are responsible for safety and health on jobsites.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.         Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# THE CODE OF SAFE WORK PRACTICES

1. As an employee of Rosendin Electric, Inc. we require your cooperation in the following safe work practices, utilizing every aid to safe operations and reporting unsafe conditions or unsafe practices to your foreman or manager.

2. You are responsible for observing and obeying safety rules, regulations, policies or procedures for conducting your work. You should not operate tools, equipment or machinery unless qualified by experience/training. Employees who violate safety rules, policies/procedures are subject to disciplinary action.

3. Additional safety instructions shall be provided as necessary and in accordance with applicable safety regulations.

4. The use or possession of drugs and alcohol is prohibited on the job. Reporting to work under the influence of drugs or alcohol is cause for **termination**. If you are required to take medication prescribed by a physician while at work, it is your responsibility to advise your supervisor. If you are taking over-the-counter medication, it is your responsibility to advise your supervisor. Rosendin Electric is committed to drug and alcohol free work sites. Rosendin Electric, Inc. requires compliance with any drug testing programs administered by the project owner or general contractor.

5. All injuries/incidents shall be reported immediately to your supervisor to provide for medical or first aid assessment/treatment and prompt investigation.

6. Horseplay and other acts which have an adverse influence on the safety of the employees shall be subject to disciplinary action.

7. Use proper lifting techniques to prevent back strain and injury. If you do not know proper lifting techniques, ask your supervisor. Proper stretch and flex should be conducted prior to heavy or repetitive lifting.  Stretching is required at the start of every shift.

8. All employees will receive Pre-Task-Planning (PTP) training and will follow the instructions outlined in our PTP training. Everyone is encouraged to participate in our PTP process.

9. All employees must be physically capable of performing their job function. No one shall knowingly be permitted or required to work while the employee's ability or alertness is so impaired by fatigue, illness or other causes that may unnecessarily expose the employee or others to injury. Report any problems to your supervisor.

10. Employees are required to attend and participate in "tailgate" safety meetings.

11. All employees will be given a "Stop Work Card" before starting work.

*Note: *The Code of Safe Work Practices* is available at any jobsite or branch office.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              14

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

## 2.0    INTRODUCTION

Because of the magnitude and complexity of the safety and environmental compliance issues, this section discusses specific contractual provisions required by each contractor as related to construction safety only. **Safety and environmental compliance issues will be continually developed, monitored, and reviewed by Rosendin Electric and subcontractors and are subject to change without notification.**

At a minimum, unless otherwise specified all construction will be conducted in accordance with each contractor's safety and health plan and the Rosendin Electric IIPP, and must fully comply with all federal, state and local environmental and worker protection regulations.

### 2.1    Reservation of Rights

- Rosendin Electric reserves the right to interpret, change, revise, or depart from any/all policies and procedures at any time without notice. Rosendin Electric further reserves the right to promulgate safety standards during the course of construction as may be deemed necessary in the interest of safety, at no additional cost to Rosendin Electric. Nothing in this safety plan alters an employer's or employee's status or infringes on the rights of any employee or contractor.

- Employees remain free to resign their employment at any time, for any reason, without notice and as may be limited by law.

- The construction safety manual is one of the construction contract documents. All contractors are required to ensure that they and their employees, trade contractors, suppliers, vendors and visitors, while on the job site and in the conduct of contracts, comply with the provisions of the manual. *THE PROVISIONS OF THE MANUAL WILL BE STRICTLY ENFORCED.* Non-compliance with safety requirements will be treated the same as non-compliance with any contract item. Any non-compliance will result in work stoppage or employee dismissal, and willful or repeated non-compliance will result in trade contractor dismissal.

## 3.0    HEALTH AND SAFETY COMMUNICATIONS

### 3.1    Orientation

- Orientation training will contain required elements stipulated by Rosendin Electric and each subcontractor's code of safe work practices. **All subcontractors are required to include Rosendin Electric's policies as part of their own orientation. Additionally, Rosendin Electric and/or subcontractors shall conduct on-going safety training (i.e., toolbox/tailgate safety meetings, pre-task planning, etc.) prior to the initiation of tasks or activities that may involve new site hazards**.

- The Rosendin Electric site-specific safety orientation will be approximately one-half (1/2) hour to one (1) hour in duration. The orientation shall include a discussion of on-site protocol, EHS requirements, evacuation procedures, and a description of the logistics of the site. The written portion of the Rosendin Electric Project Safety Orientation is included within the Safety Training Appendix. Subcontractors must provide other task specific orientations as needed.

- Rosendin Electric supervision shall use Rosendin Electric (New Hire Entrance Orientation Checklist) listed in Appendix 2.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.     Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                      15

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**ROSENDIN**

- All contract employers shall respect the confidentiality of trade secret information when the process safety information is released to them.

### 3.2    Pre-Task Planning

- General Pre-task Planning Guidelines:
- Pre-task planning is to be led by the supervisor and documented in writing.
- Shall be conducted at least daily or as otherwise defined by project EHS team.
- All crew members shall participate (at the job location) in pre-task planning and should sign the completed plan.
- Should include hazards and precautions identified in applicable Job Hazard Analysis (JHA).
- Should be readily available at the work site (posted and/or placed where crew members have knowledge of its location at the work area.
- Pre-Task Plans shall be reviewed and revised whenever work conditions (or crew membership) change that may affect the ability to safely complete the work. Pre-task planning is discussed further in the following Appendices.
- ***At a minimum***, written, detailed pre-task planning is required for the following activities:
- Chemicals: hazardous and irritant.
- Concrete: pre-cast, tilt up, vertical, form work.
- Confined space.
- Hoisting/rigging activities: including, but not limited to, cranes, derricks, forklifts, straddle buggies, and so forth.
- Demolition activities and hazardous materials assessment: asbestos, lead, biohazards or other chemicals in the workplace, as well as general demolition hazards assessment.
- All framing activities (including drywall).
- Excavation and trenching.
- Fall hazards: exposures 6+ feet, overhead work.
- Material handling.
- Non-routine activities:  activities not performed in the last six months.
- Public exposure: phased occupancy, partial demolition, traffic control, and related issues.
- Scaffolding.
- Steel erection.
- Start Up/Shut Down/System Testing activities: tool hook up, introduction of process chemicals into systems, utility tie-ins, lockout/tagout, work on energized equipment.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14          16

### 3.3    Incident Reporting/Root Cause Analysis

- Any unplanned event that results in an injury (including no treatment/report only, onsite first aid, or medical treatment) and any incident resulting in property damage or a near miss incident must be immediately reported to Rosendin Electric Project Management and fully investigated. Incident investigation with root cause analysis shall be completed to identify the primary reason the incident occurred, and an action plan developed to prevent recurrence. Notification is to be initiated immediately for all injuries, near misses, accidents, property damage and vehicle incident. Follow-up in writing using appropriate forms should be submitted within 24 hours. An incident investigation will be initiated within 48 hours.  Resolutions and corrective actions are documented and maintained for 5 years.  Failure to report an incident will result in disciplinary action.  Incident Reporting and Root Cause Analysis guidelines are discussed further in the following attached Appendices.

### 3.4    Jobsite Safety Observation/Audits

- Rosendin Electric and contractor project management will perform jobsite safety observations/audits.  Superintendents and safety personnel should perform documented daily safety audits. Project Managers, Project Engineers and Field Office Coordinators should perform documented weekly safety audits.

### 3.5    Stretch & Flex (Region/Project Specific)

- Every morning prior to beginning work, all workers on the project will participate in the Stretch & Flex program. This program prepares the worker to function both physically and mentally. This program's value is founded on the belief that education and clear information about simple changes in I-3-Free lifestyle are major factors in incident prevention. Rosendin Electric will use this time to communicate to all workers specific safety and/or site information for that day. Refer to Appendices for the Stretch & Flex program in its entirety.

### 3.6    Substance Abuse Testing (Region/Project Specific)

- Substance abuse testing will follow the program outlined by the Owner, General Contractor, Construction Manager or local Unions.

### 3.7    Ongoing Communications

- Other forms of employer-to-worker communications related to safety topics on the project may include: providing workers with a copy of the Rosendin Electric Site Specific Safety Program *(Region/Project Specific)*, activity-specific safety guidelines as listed in the Appendices, safety bulletins, brown bag meetings, hazard alerts, communication boards, or other verbal and written notices.

- Communication boards will be utilized to display progress on project sponsored safety indicators and milestones. Weekly safety meetings will be attended by all contractor personnel and will be under the direction of Rosendin Electric Project Management. The purpose of these meetings will be to discuss the findings of jobsite observations/audits and corrective actions. This meeting will also address pertinent safety regulations, any changes in scheduling, engineering, administration controls or PPE that are to be adopted for safety reasons.

- Other meetings required may include:

  - Pre-Bid and Pre-Construction meetings with all subcontractors.
  - Weekly "tail-gate" safety meetings.
  - Stretch & Flex and safety briefing for all personnel on site.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.        Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                    17

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**ROSENDIN**

- Craft feedback and appreciation lunches.
- Other meetings that may be deemed necessary.

3.8   **Safety and Health Training Information**

- New workers will be provided with initial training and/or orientation prior to assignment, or when assigned to a new task for which training has not been received.  All employees (including contract employees) must be trained in the work practices necessary to perform their job.  Records which contain the identity of the contract employee, the date of training, and the means used to verify that the employee understood the training shall be maintained.

- Supervisors are expected to be knowledgeable and informed on hazards and safe work practices in their area of responsibility and to coordinate training and the disbursement of information to crews.

- Training will include general area and specific assignment topics. Employees will be properly trained in skills that will enable them to perform designated tasks in a safe, efficient and productive manner.

- All employees will be informed of the potential hazards and protective measures available to reduce risks.  Employees shall be instructed in the known potential fire, explosion or toxic release hazards related to their job and the process and the applicable provisions of the Crisis Management Plan.

- Documentation of required training shall be made available to Rosendin Electric Project Management and/or Rosendin Electric EHS upon request.

- Training, to include refresher training, shall be provided, at a minimum, in accordance with Federal, State and OSHA guidelines (Refer to REI Training Program, Site Safety Plan and related appendices for additional information on required training).

- Previous experience will be taken into consideration when assigning personnel to new projects and/or special operations. Only those who have been qualified and/or certified by experience and training will be permitted to operate tools and equipment. Those individuals must be able to provide either a certification or training record to the safety department for evaluation and approval.

- The educational program includes the following:

  - New employee, transfer and site specific orientation (preliminary on site and documented).

  - Quarterly meetings with Superintendents, Managers and Foremen.

  - Written safe operating practices.

  - The REI Training Program appendix.

  - Safety educational literature.

  - Employee publications.

  - Posters and bulletins.

  - Documented training with current regulations, demonstrations, examples, exhibits, and audio/visual presentations.

  - Competency tests.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              18

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

- Training may include, but not be limited to:
  - Aerial Lifts including Boom Trucks, Scissor Lifts and Boom Lifts (articulating and telescoping)(Aerial Lift Program located under Elevated Work appendices)
  - Confined Space Entry
  - CPR/First Aid
  - Electrical
  - Excavation and Trenching
  - Fall Protection
  - Fire Watch
  - Forklift
  - Hazard Communication
  - Hazardous Chemicals
  - Ladders
  - Lasers
  - Lockout/Tagout
  - Powder Actuated Tools
  - Respiratory Protection
  - Rigging
  - Scaffolding: Use and Erection/Dismantle
  - Site Specific Orientation Training
  - Steel Erection
  - Pre-task planning
  - Accident investigation training for Foremen and Superintendents

### 3.9    Required Site Postings

- Federal and state worker protection and labor law regulations require a variety of site postings. **Such postings will be provided in a language understandable to site workers and in an area readily accessible to workers**. Rosendin Electric Project Management and/or Rosendin Electric EHS will verify that all responsible subcontractor/tiered subcontractors, display adequate postings at each site. Such postings will include, at a minimum:

  - Rosendin Electric Site Specific Safety Program *(Region/Project Specific).*
  - Worker operating instructions for (forklifts, industrial trucks, tow tractors, etc.)
  - Work site permits (asbestos, hot work, utility shutdown, trench and excavation, confined spaces, etc.)
  - Log of Summary of Occupational Injuries and Illnesses (OSHA 300 Log) as required by law.
  - Information regarding access to medical and exposure records.
  - Emergency phone numbers.

### 3.10    Elevated Work

- Rosendin Electric as well as all levels of Subcontractors has the duty to provide fall protection for all workers potentially exposed to a fall situation. A safety harness is the only acceptable means of personal fall arrest system permitted on this site. The use of safety body belts is not acceptable and violates federal OSHA standard 1926.502 (d).
  - Worker exposure to fall hazards of six (6) feet or more, work performed on or around scaffolding, and overhead work requiring a worker to be six (6) feet or more above the work platform are activities defined by Rosendin Electric

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.            Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                      19

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

to be High Hazard and, therefore, require detailed, written pre-task planning. Refer to the Pre-Task Planning Appendix for additional pre-task planning guidelines.

## 4.0 SAFETY PROGRAM IMPLEMENTATION

### 4.1 Overview

- This section contains the requirements for implementing the Rosendin Electric IIPP. Each contractor under the direction of Rosendin Electric Project Management/EHS Team is responsible for initiating, maintaining and supervising all safety programs, and precautions in connection with all work activities for the safety of their workers. This includes:

  - All workers who perform work activities onsite.

  - All who may be affected by the work activities onsite.

  - All work, materials, and equipment to be incorporated therein, whether in storage on or off site.

  - Operations which affect other property at the site or adjacent thereto.

### 4.2 Enforcement Of The Rosendin Rosendin Electric IIPP

- Workers are advised that the provisions of the project IIPP, the rules expressed in the Rosendin Electric Site Specific Safety Plan and the use of proper personal protective equipment (PPE) are mandatory and will be enforced using the following guidelines:

  - Recognition for compliance/good safety record will include spot awards, and the use of safety as an evaluation criterion for promotion.

  - All subcontractors are responsible for any and all citations issued by any and all regulatory agencies, their related expenditures, both direct and indirect, and fines that may be due to Rosendin Electric.

  - Progressive discipline will be enforced for non-compliance with any Rosendin Electric IIPP or subcontractor's safety and health work rule (See Section 11.0).

- All workers are required to report unsafe conditions and practices and are encouraged to communicate with their supervisor and/or their Safety Coordinator. At any time, workers may anonymously report unsafe conditions and practices. There will be no reprisals or other job discrimination for expressing any concern, comment, suggestion, or complaint about a safety related matter.

- Contractor employees shall abide by employer's safe work practices during operations such as lockout/tagout, confined space entry, opening process equipment or piping and controls over entrance to facility.

### 4.3 Pre-Task Planning

- Pre-task planning is an identification and communication process for craftsmen that will aid in the elimination of injuries and minimize both directly and indirectly the impacts to the production facility, office buildings, and construction activities. It is important to understand that different construction activities involve different levels of risk to personnel, facility production, and/or construction schedules and will require different levels of controls.

- Written, detailed pre-task planning is required, *at a minimum*, for the following activities:

  - Chemicals: hazardous and irritant.

  - Concrete: pre-cast, tilt up, vertical, form work.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.        Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                20

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

ROSENDIN

- Confined Space.
- Hoisting/rigging activities: including cranes, derricks, forklifts, straddle buggies, etc.
- Demolition activities and hazardous materials assessment: asbestos, lead, biohazards or other chemicals in the workplace, as well as general demolition hazards assessment.
- All framing activities (including drywall).
- Excavation and trenching.
- Fall hazards: exposures 6+ feet, overhead work.
- Material handling.
- Non-routine activities: activities not performed in the last six months.
- Public exposure: phased occupancy, partial demolition, traffic control, etc.
- Scaffolding.
- Steel erection.
- Start Up/Shut Down/System Testing activities: tool hook up, introduction of process chemicals into systems, utility tie ins, lockout/tagout, work on energized equipment.
- Pre-task planning is discussed further in the Appendices located at the end of this manual. A list of Appendices may be found in the Table of Contents.

### 4.4    HAZARD ASSESSMENT PLAN

- Workplace health and safety observations/audits are to be conducted daily. Rosendin Electric and subcontractor members of project management will participate in this process. All completed audits are to be submitted to Rosendin Electric Project Management/EHS within 24 hours. All unsafe conditions must be corrected immediately. If an unsafe condition exists that cannot be addressed immediately, then Rosendin Electric Project Management/EHS should be notified at the completion of the safety observations/audits.

- Hazards are classified/prioritized and addressed based on the risk associated with the task.

- Ongoing workplace health and safety observations/audits include; reviewing new substances, materials, processes, procedures, or equipment introduced into work areas. EHS/designee(s) will conduct observations/audits twice daily; all Superintendents will conduct observations/audits once daily; all other members of Project Management will conduct observations/audits a minimum of once per week. Observations/audits will be documented, and corrective actions implemented; including actions, dates, and the parties responsible.

- Workers have the responsibility to keep their employers informed whenever new substances, materials, processes, procedures, or equipment are introduced into work areas that may give rise to new occupational safety and health hazards.

- The purpose of Process Safety Management is to prevent or minimize consequences of catastrophic releases of toxic, reactive, flammable or explosive chemicals in various industries such as refineries, etc. The contract employer shall advise the employer of any unique hazards presented by the contract employer's work, or of any hazards found by the contract employer's work.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.            Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                      21

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

- Contract employees shall not perform hot work until a hot work permit is obtained from employer.  The permit shall document that the fire prevention and protection requirements have been implemented prior to beginning the hot work operations.

- For employees involved in critical jobs that present high risk to themselves and other employees; skill assessments will be conducted with training provided and documented as needed to rectify competency deficiencies.

## 4.5    HAZARD CONTROL/CORRECTION PLAN

- Unsafe or unhealthy work practices, conditions, or procedures will be corrected immediately, based on the severity of the hazards. Hazards will be corrected according to the following procedures:

  - Progressive discipline for noncompliance with each safety and health work rule, as well as the Rosendin Electric IIPP (see Section 11.0).

  - Because hazard identification and control are a continual responsibility and a part of everyone's job; hazard evaluations are built into daily PTP cards. The PTP cards will be used to eliminate or control recognized hazards.

## 4.6    Record Keeping/Documentation

- All safety and health records; including OSHA logs, training documents, reports, accident investigations, near-miss reports, etc., will be maintained by Rosendin Electric Project Management/EHS.

- Safety Indicator and Safety Milestone reports; will be maintained on a monthly basis, including but not limited to, number of days without a recordable incident, incident frequency rates, including first-aid and employee training records. These reports are available from our corporate office.

## 4.7    Central Safety Committee (Functions And Outline)

### 4.7.1    Purpose

Rosendin Electric's Central Safety Committee was formed to guide the company in meeting the growing safety and health matters and concerns facing the construction industry in today's marketplace. This Committee acts as a steering group and has a direct line of communication to Senior Management. This Committee will also act as a Liaison between the various project locations and Management in matters of safety and other related topics.

### 4.7.2    Composition

4.7.2.1  The Central Safety Committee will be comprised of approximately seven to nine members. In addition, the Corporate Safety Manager (or his designee) and a person responsible for keeping accurate minutes will be members of the Committee.

4.7.2.2  The Committee will consist of four individuals at the Craftsmen level and three at the Management and Supervision level. A minimum of one and maximum of two of the Management and Supervision members will be from the Project Superintendent/Project Manager level.

4.7.2.3  A committee of craft and management personnel will chose the initial Committee members from a list. Emphasis will be taken to appoint these individuals by craft, project location, and position whenever possible.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                          22

4.7.2.4 The term of membership shall be for two years. At the completion of year one, three of the Committee members will be asked to resign voluntarily and three additional members will be installed. Installation of new members will be from a list of volunteers and voted upon by the original seven-member Committee; while maintaining the Committee composition as outlined above.

4.7.2.5 Should a committee member leave Rosendin Electric for any reason or wishes to resign or be replaced for any reason, efforts will be taken to replace that individual with a person in like craft and position, to complete the departing member's term.

4.7.2.6 The Committee will meet once each month, on a date and time acceptable to all members, for a minimum of one hour and additionally as needed, as approved by majority vote. Minutes of the meetings will be kept on file for a minimum of one calendar year.

4.7.2.7 The Committee will be paid at their regular rate of pay, including time and one-half for any overtime incurred, if applicable. The Committee will elect a chairperson at the first Committee meeting and once each year thereafter. The Committee will vote upon which kind of Rules of Order they wish to operate under, if any.

4.7.3 Duties

4.7.3.1 The Central Safety Committee shall:

- Meet once each month and additionally as needed.
- Review the accident investigation reports from the preceding month, evaluate the investigation procedures and findings for proper determination of unsafe acts/conditions, and offer recommendations for improvement of same.
- Perform accident investigations as deemed appropriate by the Corporate Safety Manager.
- Perform site safety audits as deemed appropriate by the Corporate Safety Manager.
- Review all safety suggestions and offer Committee recommendations to Management/Safety Manager.
- Perform Safety Department documentation audits as deemed appropriate by Management.

4.7.3.2 This list of duties is not all-inclusive and will be updated as the need arises.

## 4.8 Risk management

Risk Management Meetings occur the first Monday of each month. The Corporate Safety Director is the Chair Person. This meeting is attended by the upper Management including our Regional V.P.'s, General Superintendents, some Division Managers and Safety Department Personnel. The Regional V.P.'s will be developing action plans based on the findings from these meetings. These action plans will be incorporated into Division specific action plans. Analysis for these meetings will include:

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                    23

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**Lagging Indicators**
- Safety Statistics by Division (Lost and Restricted Workdays, Number of Lost Workday Cases, Lost Workday Case Incident Rate, Total Recordable Cases & Incident Rate)
- Injuries by Injury Type per Division
- Injuries by Source of Injury per Division
- Injuries by Job
- Number of Injuries by Division
- Injuries by Body Part
- Injuries by Worker Classification (Apprentice, Electrician, Office, Warehouse)
- Injuries by Employment Date
- Injuries by Person

**Leading Indicators**
- Safety Professional/Coordinator Observations
- Management & Field Site Observations
- Recognition Program Results
- Survey Results

## 5.0 PUBLIC RELATIONS

### 5.1 General Public
- We realize that good public relations are essential to the success of a construction project. Mishandling of public relations can damage the reputation of the owner, Rosendin Electric and subcontractors, and may subject all of us to unduly restrictive regulations by city, county, state or federal agencies. All workers on the project are expected to be professional and courteous in dealing with members of the general public, government inspectors, regulatory agency personnel, and representatives of the media.

- Neighbors and other members of the general public may have questions regarding work activities or concerns about perceived problems such as odor, vibration, noise, visual nuisance, or structural support. Everyone on site will actively demonstrate concern with the issues identified, explain what can be expected, and most importantly, direct them to Rosendin Electric's Project Management or a designated spokesperson if questions arise after the project work has started. If necessary, a brief, factual response to the issues raised will be provided. All SDS's for odor producing materials will be provided to the owner through the Rosendin Electric Project Management.

### 5.2 Government Inspectors
- In the event of a safety and health inspection performed by a government agency, contractors must comply with the following instructions:

  - Notify Rosendin Electric Project Management and Rosendin Electric Regional EHS immediately upon arrival of the inspector (Rosendin Electric Project Management will notify the owner of any inspection or inquiry by a governmental agency before the inspection, or prior to a response to an inquiry).

  - Choose a single individual to coordinate with the inspector.

  - Respectfully verify the identification and authority of the inspector.

  - Read any warrant presented.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.        Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                    24

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

- Determine the nature, scope and purpose of the investigation prior to any physical inspection.
- To the extent possible, confine the inspection to the areas identified in the inspection document or to those areas for which the inspector has authority.
- Accompany the inspector at all times.
- Control physical sample gathering, photographs and worker contact with the inspector. A split must be obtained for any sample collected by the inspector.
- Control access to documents and record documents reviewed.
- Ask the inspector for a copy of his report.
- Do *not* permit the news media to accompany the inspector.
- Do *not* make admissions or volunteer information, and do not admit culpability.
- Do *not* voluntarily produce records or documents not clearly required by law to be maintained and produced for review and copying.
- Do *not* voluntarily permit the inspector to take any documents or records without specific authority to do so.
- Do *not* over-commit the company as to abatement of any particular condition or practice.
- Do *not* volunteer to assist the inspector in making the inspection.
- Do *not*, under any circumstances, forcibly interfere with an inspector.
- Do *not* fail to invoke your "right to remain silent" if a search warrant is presented.
- For government investigators appearing for purposes other than safety and health inspection, contact Rosendin Electric Project Management immediately for instructions.

- After the inspection contact Marty Rouse, Corporate Safety with the results.

### 5.3 Regulatory Agencies

- Rosendin Electric Regional EHS is to be notified prior to contacting a public agency regarding IIPP matters. Rosendin Electric will contact the owner upon notification.

- At times, special conditions on projects require subcontractors to deal directly with the representatives of federal, state, and local regulatory agencies. Subcontractors must keep Rosendin Electric Project Management/ Regional EHS informed of the matters discussed with regulators. No schedules are to be agreed to or documents submitted, without first obtaining express written approval from the Rosendin Electric Regional EHS or Project Management in each instance.

### 5.4 Insurance Broker/Risk Management Representative

- The insurance broker's insurance coordinator and/or broker safety consultant may periodically audit site operations to evaluate compliance with the elements of this Rosendin Electric IIPP, project- and/or task-specific amendments or modifications to this Rosendin Electric IIPP, including safe work practice requirements. Workers throughout the jobsite will cooperate in every possible way.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020. Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

## 6.0    CHEMICAL MANAGEMENT

### 6.1    On-Site Chemical Usage

- Rosendin Electric has developed a Chemical Management Plan as a part of our IIPP. Rosendin Electric is committed to reducing the amount of wastes generated on each site and to continually increasing the amount of materials recycled, while protecting workers, the public, and the environment through coordinated job preplanning and systems review. Under all circumstances, it is the intent of Rosendin Electric to comply fully with the requirements and spirit of EPA and state regulations. All contractors and subcontractors will be contractually required to fully comply with Rosendin Electric's Environmental Protection System as well as any site-specific environmental, health and safety plans. For further information, refer to the Chemical Management Appendix of this IIPP.

### 6.2    Community Right to Know

- Rosendin Electric at all times strictly adheres to all Community Right to Know and Hazardous Spill reporting requirements. As a matter of course, all subcontractors and tiered subcontractors are required to provide Rosendin Electric with all appropriate information to fulfill these requirements. Rosendin Electric feels strongly that providing accurate information to area emergency response personnel and regulatory agencies will result in significant safety benefits for the facility, the community, and responding personnel. Please refer to the Emergency Procedures and project Crisis Management Plan within the Appendices.

## 7.0    EMERGENCY RESPONSE

Regardless of how infrequently they may occur, emergencies are always possible at construction sites. Emergencies happen quickly and unexpectedly and require advanced planning to facilitate an immediate and appropriate response. Therefore, the development of a Rosendin Electric/Subcontractor specialized team is organized and trained on each project. This team's function and purpose is to handle the broad range of potential emergencies on each project effectively and efficiently, through training, preplanning, and conducting of periodic drills. (Refer to the Emergency Procedures Appendix for further guidelines).

### 7.1    Rosendin Electric Crisis Management Plan

- The purpose of the Rosendin Electric Crisis Management Plan (contained within the Emergency Procedures Appendix) is to provide a systematic approach to managing a crisis in an organized fashion, without causing a major disruption to normal activities. General procedures, site- and area-specific information, as well as notification and communications systems are all outlined in detail for quick, accurate reference at the time of the crisis. Responders are able to accurately and effectively manage crisis situations. All projects shall create and implement a Crisis Management Plan, including contact names and phone numbers. (Refer to Emergency Procedures Appendix for additional guidelines).

## 8.0    PROJECT DIRECTORY

The purpose of the project Directory is to provide all site management and personnel with ready access to principal project companies and names, phone and fax numbers, addresses, and other appropriate information.

Updated project Directories will be issued bimonthly.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__  Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                      26

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

# SAMPLE DIRECTORY FORM

THE OWNER _____ ROSENDIN ELECTRIC JOB NO. _____

**GENERAL CONTRACTOR:**

Contact: _____     (     ) _____ ph

(     ) _____ fax

Superintendent: _____     (     ) _____ ph

(     ) _____ fax

**OWNER**: Name: _____

Contact: _____     (     ) _____ ph

(     ) _____ fax

**ARCHITECT**: Name: _____

Contact: _____     (     ) _____ ph

(     ) _____ fax

**ENGINEER**: Name: _____

Contact: _____     (     ) _____ ph

(     ) _____ fax

| *SUBCONTRACTOR* | *PHONE/FAX/CONTACT* | *SCOPE OF WORK* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                   27

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



## 9.0    RESPONSIBILITIES FOR SAFETY AND LOSS CONTROL

### 9.1    Overview

- The objective of this section is to establish the concept that safety and health must be addressed throughout the entire project. The prevention of accidents and protection of property are company values and are integral to our success. All safety issues shall receive active support and participation by the entire project team.

- The principles of safety and loss control are intended to prevent injuries on the jobsite and to reduce the potential for damage to property and equipment. No phase of construction is of greater importance than incident prevention. Accidents that result in personal injury or damage to property and equipment represent needless waste and loss.

- Planning for safety starts with project design and continues through purchasing, fabrication and construction in all phases of the project. Practical steps will be taken to maintain an Injury, Incident and Impact Free (I-3-FREE). All subcontractors must accept responsibility for preventing accidents and be responsible for thorough safety and loss control training and instruction for their workers.

- The primary objective of the Rosendin Electric IIPP is to coordinate the elimination or reduction of risk associated with the construction of the project. Associated missions are to promote safe work practices/behaviors, prevent accidents, prevent worker injuries, prevent damage to property, promote maximum efficiency and effect savings by reducing unplanned business interruptions.

- Active participation by the management of Rosendin Electric, subcontractors, tiered subcontractors and all workers will make the program effective and successful by coordinating the participants' efforts in performing the following tasks:

  - Providing a safe environment in which workers can perform high quality work.
  - Using pre-task safety planning as a tool to reduce injury to persons and property.
  - Conducting daily safety observations/audits to locate and abate unsafe work practices/behaviors and unsafe conditions.
  - Protecting the public and property potentially affected by Rosendin Electric sites.
  - Educating and training workers through:
    o New hire/site specific safety orientation.
    o Safety meetings.
    o Task specific safety training; i.e., hazardous communications (HAZCOM), construction safety practices, excavation and trenching safety, confined space entry, equipment operations, etc.
    o Mandatory personal protective equipment (PPE) programs.
    o Immediate injury reporting and effective record keeping; to up-date and maintain accident experience and trends analysis.
    o Use of accident investigation information to abate deficiencies and eliminate any additional losses.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                          28

**9.2    Rosendin Electric Regional Leadership**

- Rosendin Electric Regional Leadership is responsible for construction management services for the region and for:

  - Encouraging, reinforcing and modeling Rosendin Electric culture, including I-3 FREE initiatives.

  - Participating in the development and assessment of EHS leading indicators.

  - Reviewing and approving project corrective action plans.

  - Instituting accountability when action plans and culture are not maintained.

**9.3    Rosendin Electric Project Manager**

- The Rosendin Electric Project Manager is responsible for all services that Rosendin Electric may provide for the project and for:

  - Determining if contract documents and specifications support the project's safety missions and objectives.

  - Monitoring subcontractor selection process and adherence to established guidelines.

  - Periodically auditing subcontractor's safety plans for compliance with the Rosendin Electric IIPP.

  - Participating in pre-task planning and subcontractor pre-construction safety meetings.

  - Being aware of loss control and public protection requirements of the project.

  - Participating in fact finding, root cause analysis, and the implementation of corrective actions associated with injury/incident investigations.

  - Documenting weekly jobsite safety observations/audits.

  - Facilitating craft feedback luncheons (*Project specific*).

  - Supporting Rosendin Electric EHS personnel and cooperating with all designated personnel in obtaining corrective actions necessary to comply with the Rosendin Electric IIPP. Promoting and supporting I-3 FREE culture.

**9.4    Rosendin Electric Project Superintendents**

- It is the responsibility of Rosendin Electric Superintendents to oversee safety on jobsites. Specifically, their EHS responsibilities include:

  - Overseeing the planning and execution of all work in compliance with the Rosendin Electric IIPP and contract specifications.

  - Being aware of loss control and public protection requirements identified in the safety specifications of the contract documents.

  - Completing daily jobsite safety observations/audits.

  - Participating in pre-task planning, and subcontractor pre-bid, pre-construction and/or kick-off meetings.

  - Requiring supervisors and workers to use personal protective equipment in accordance with the Rosendin Electric IIPP, subcontractor's safety program, and local, state and federal safety regulations.

  - Participating in fact finding, root cause analysis, and the implementation of corrective actions associated with injury/incident investigations.

  - Ensuring Injury Accident Investigation Packets are accurately completed and forwarded to designated individuals.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.    Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                29

- Encouraging Stretch and Flex and weekly toolbox/tailgate safety meetings, and evaluating their effectiveness.
- Taking appropriate action to abate identified unsafe conditions and practices and document corrective actions (with copies forwarded to subcontractor safety coordinator).
- Supporting Rosendin Electric's EHS and cooperating with all designated project safety personnel in obtaining corrective actions necessary to comply with the Rosendin Electric IIPP.  Promoting and supporting I-3 FREE culture.

### 9.5    Rosendin Electric Project EHS Manager/Regional EHS Professional

- The Rosendin Electric Project EHS Manager has authority for safety and health on the project. The Rosendin Electric Regional EHS Professional is considered to be the program administrator and has the authority delegated by Rosendin Electric Corporate EHS to implement and promote safety. Duties of Rosendin Electric Project EHS Manager/Regional EHS Professional (Rosendin Electric EHS) include:

- Helping to familiarize Rosendin Electric and subcontractor project managers, superintendents and supervisors with the Rosendin Electric IIPP. These individuals must be familiar with safety and health hazards to which all workers may be exposed, as well as applicable laws, regulations and safety rules and policies.
- Supporting project management in achieving an injury free environment.
- Help assure that all workers are trained in accordance with applicable requirements.
- Helping to ensure that observation, inspection, recognition, evaluation and abatement of hazards are conducted on a continuing basis.
- Continually developing new methods for abating hazards.
- Helping to ensure that hazards are abated in a timely and effective manner.
- Reporting all injuries immediately to Rosendin Electric Project Management. Rosendin Electric EHS also has the responsibility for overseeing development, implementation and maintenance of the project's safety program by:
  o Requiring subcontractors to incorporate the requirements of the Rosendin Electric EHS Plan into their safety programs and safety orientation if theirs are less protective than those of Rosendin Electric.
  o Expediting corrective action(s) to abate any observed or potential safety exposure(s) to workers.
  o Requiring Rosendin Electric Project Management and Safety Coordinators to continuously monitor Rosendin Electric and the subcontractor's safety performance and expedite abatement action(s).
  o Overseeing the development and implementation of emergency response procedures and helping to assure that Rosendin Electric and subcontractor's personnel are trained to handle onsite emergencies.
  o Setting project missions and milestones and reporting indicators for all project personnel.
- Rosendin Electric EHS is further responsible for monitoring the subcontractor's compliance with the Rosendin Electric IIPP. Rosendin Electric EHS must help ensure that the guidelines, rules and procedures in this document are followed for site work, being familiar with local emergency services and conducting or

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                          30

taking the necessary steps to help ensure that tool box/tailgate safety meetings are conducted before work startup. Additional meetings may be required for specific job tasks or site activities. Rosendin Electric EHS also must help monitor the maintenance and inspection of PPE, onsite hazards, the physical condition of site personnel, and perform daily safety observations/audits of work site activities.

- Additional duties include maintaining safety files, which will include training and applicable medical certifications, environmental testing and special associated training, tool box/tailgate meeting notes and rosters, safety observation/audit reports, investigation reports including near-misses, injury summaries, required safety permits, security issues, or other safety and health documentation, as applicable.

- Rosendin Electric EHS has the authority to stop any operations that pose a potential threat to site personnel.

- Furthermore, Rosendin Electric EHS will:

  - Report unsafe acts and conditions to the worker's supervisor and/or safety coordinator for prompt corrective action and stop all l-3 Free threatening situations immediately upon knowledge. Rosendin Electric requires prompt correction of safety infractions.

  - Help monitor the subcontractor selection process and adherence to established environmental safety and health guidelines.

  - If the subcontractor does not make immediate corrections after initial notification, Rosendin Electric EHS will:
    o Notify the subcontractor's Project Management in writing to make prompt corrective action to help eliminate construction safety concerns. Written notification will cite specific contract or code violations.
    o Forward copies of the written notice to Rosendin Electric Project Management and Rosendin Electric Regional EHS/Rosendin Electric Regional Management.
    o Develop the direction to help resolve outstanding construction safety issues and maintain documentation of corrective actions.
    o Help ensure that the proper steps are taken in the case of emergencies when a major event resulting in a fatality, multiple injuries, or property loss occurs.

  - Rosendin Electric EHS is responsible for requiring that the subcontractor preserve the accident scene in an "as is" condition, including any construction equipment involved, to allow for a proper investigation. Rosendin Electric EHS must order, if necessary, the area or piece of equipment to be stabilized to preclude further injuries or loss.

  - Notify Rosendin Electric Project Manager/Regional Leadership should any contractor be subjected to an OSHA (federal or state) inspection. Should citations, warnings or safety violations be issued, the contractor will provide copies to Rosendin Electric EHS within 48 hours. Rosendin Electric EHS will forward copies of all citations to Rosendin Electric Project Management/Regional Leadership and to our Corporate Safety Director.

  - **NOTE:** Rosendin Electric EHS may assign all or some of these tasks to other responsible persons as appropriate.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.    Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14    31

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**ROSENDIN**

### 9.6    Rosendin Electric Project Engineer

- The Rosendin Electric Project Engineer assists the Rosendin Electric Project Manager with his/her responsibilities for construction management services for the project. This person will:

  - Complete weekly jobsite safety observations/audits.

  - Participate in pre-task planning, and subcontractor pre-bid, pre-construction, and/or kick-off meetings.

  - Assist with jobsite safety startup, safety orientations, and craft feedback luncheons.

  - Participate in fact finding, root cause analysis, and implementing corrective actions to prevent further occurrences on all injury/incident investigations. Attend and/or participate in jobsite safety meetings.

### 9.7    Rosendin Electric Supervisor/ Foremen

- The Rosendin Electric Supervisor/Foreman will interface daily with his/her workers. Therefore, the Rosendin Electric Supervisor/Foreman will have a major influence on the effectiveness of the subcontractor's safety program and accident experience. Each Supervisor/Foreman's construction safety responsibilities will include:

  - Training and instructing workers in safe work practices for all tasks to which they are assigned.

  - Helping ensure crew participation in pre-task planning.

  - Monitoring employee's activities and behaviors to determine if employee should be removed from the jobsite.

  - Helping ensuring availability of and enforce the proper use of jobsite tools and PPE.

  - Monitoring the work area for unsafe acts and conditions and instituting immediate corrective action.

  - Setting a good example for workers.

  - Pre-planning activities to help ensure workers are properly trained in applicable safety requirements.

  - Conducting daily pre-job meetings to include review of day's activities and associated hazards.

  - Ensuring all injury reports are properly completed and submitted to Rosendin Electric's EHS or designee.

  - Participating in fact finding, root cause analysis, and the implementation of corrective actions associated with injury/incident investigations and providing information regarding these actions to Rosendin Electric's Project Management/Regional Leadership.

  - Reporting and assisting with the resolution of near miss incidents.

  - Helping provide first aid care for injured workers.

  - Promoting and supporting I-3 FREE culture.

  - Leading daily Stretch & Flex and tool box/tailgate safety meetings with the crew to:
    - Encourage participation.
    - Discuss observed accident trends and causes.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                            32

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

- o Plan construction safety into crew's work activities.
- o Take action to correct safety related concerns.

### 9.8 Rosendin Electric Project Safety Coordinator (Project Specific)

- The Rosendin Electric Safety Coordinator's primary responsibility is to ensure immediate corrective action of observed unsafe acts and unsafe conditions. This person will:

  - Report unsafe acts and conditions to the worker's supervisor and/or safety coordinator for prompt corrective action and stop all I-3 Free threatening situations immediately upon knowledge.

  - Orient all new Rosendin Electric workers according to the Project Site-Specific Safety Orientation.

  - Make twice daily job site safety observations/audits.

  - Facilitate daily safety coordination meetings with subcontractor safety coordinators (as applicable).

  - Provide appropriate materials and conduct weekly toolbox/tailgate meetings or safety meetings, as well as:
    - o Review meeting reports for attendance.
    - o Help implement required training programs for workers.
    - o Provide necessary information for the obtaining of motor vehicle records for all crane operators on site.

  - Report, in writing to the subcontractor, the names of individuals and their supervisors who are continually observed to violate construction safety requirements, with copies to Rosendin Electric Project Management, subcontractor Project Management, and Safety Coordinator/designee. If necessary, Rosendin Electric's Project Management may require the subcontractor to remove these individuals and/or their supervisors from the job site. Also, Rosendin Electric Project Management and/or Rosendin Electric's EHS is/are authorized to order at the subcontractor's expense, a work stoppage until present unsafe conditions are abated.

  - Report all injuries immediately to Rosendin Electric EHS.

  - Participate in fact finding, root cause analysis, and resolution on all injury/incident investigations.

  - Participate in completion and forwarding of all Injury Accident Investigation Packets (injury, liability, property damage, and the like) to Rosendin Electric's Claims Manager and Rosendin Electric's EHS.

  - Promote and support I-3 FREE culture.

  - Keep on file the following:
    - o Worker safety orientation logs.
    - o The subcontractor's daily safety observation/audit reports (submitted weekly to Rosendin Electric).
    - o Crane inspection reports (annual reports required prior to equipment arrival on site, monthly inspection reports thereafter).
    - o Weekly toolbox/tailgate safety meeting reports.
    - o Miscellaneous documentation; i.e., confined space permits, excavation/trenching assessments/logs and inspections, demolition engineering surveys, etc.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              33



- o Updated chemical management plan including chemical inventory lists and Material Safety Data Sheets (SDS's) for all products used or stored on site.

### 9.9 Rosendin Electric Field Office Coordinator (Project Specific)

- The Rosendin Electric Field Office Coordinator will assist Project Management with:

  - Completing jobsite safety observations/audits.
  - Assisting with jobsite safety start-up, safety orientations, and craft feedback luncheons.

### 9.10 Subcontractor Responsibilities

- The subcontractor has overall responsibility for accident prevention and implementation of this Rosendin Electric's IIPP for anyone under their control, including their respective employees, vendors and suppliers. This responsibility is shared with the tiered subcontractors. Subcontractors **may** be required to provide full time Safety Professional(s) when actual or expected manpower reaches twenty (20) employees, the contract value exceeds two million dollars ($2 million), or hazardous activities or crafts are determined to be present by Rosendin Electric Project Management/ Rosendin Electric EHS. Where applicable, subcontractor Safety Professional(s) will be approved in advance by the Rosendin Electric Project Management/Rosendin Electric EHS, or designee. Where applicable, the subcontractor's Safety Professional(s) is/are responsible for performing construction safety inspections and identifying and resolving any construction safety related concerns throughout the site.

- Additionally, the subcontractor **may** be required to identify to Rosendin Electric Project Management/Rosendin Electric EHS one (1) craft level Safety Coordinator per every fifteen (15) employees. Where applicable, Safety Coordinators will be approved in advance by the Rosendin Electric Project Management/ Rosendin Electric EHS, or designee.

- Where subcontractor Safety Professional(s)/Safety Coordinator(s) are not applicable, the subcontractor will assign safety responsibilities to a member of subcontractor Project Management. This assignment is subject to approval by Rosendin Electric Project Management/Rosendin Electric EHS, or designee.

- Subcontractors will submit a copy of their company's safety program prior to beginning work. All subcontractor workers must be orientated to their company's safety program as well as to applicable sections of this Rosendin Electric IIPP.

- The subcontractor may be responsible for providing their Safety Professional(s)/Safety Coordinator(s) or designee with a reliable communication method or device in order to contact Rosendin Electric Project Management/Rosendin Electric EHS during emergency response and/or other safety related communications. Rosendin Electric will determine the exact methods or devices.

- Subcontractors shall provide the necessary training certificates specific to the employee and specified work to the REI safety department before work may commence. Certificates and training must meet ANSI Z490.1-2009 and the REI training program requirements.

- The safety department shall determine the credibility of training providers and hold the right to refuse inadequate or inappropriately documented training.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.        Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              34

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**ROSENDIN**

- REI requires, at a minimum, a refresher training to be completed by any employee involved in an incident, near miss or unsafe behavior.

- Although many existing hazards may be corrected through informal communications between the subcontractor's Safety Professional/Safety coordinator or designee and members of Rosendin Electric Project Management, all corrective actions must be documented, with copies forwarded to Rosendin Electric Project Management/EHS.

9.10.1  Subcontractor's Project Manager
The subcontractor's Project Manager is responsible for:

- Planning and monitoring all work performed for compliance with the objectives of the Rosendin Electric IIPP, subcontractor's safety program, and federal, state and local safety and health regulations.

- Authorizing immediate correction of any existing construction safety-related concerns.

- Fully supporting the designated Safety Coordinator and cooperating with all designated project safety personnel in obtaining corrective actions necessary to comply with the Rosendin Electric IIPP.

- Completing weekly safety observations/audits.

- Participating in pre-task planning and subcontractor kick-off meetings.

- Participating in fact finding, root cause analysis, and resolution on all injury/incident investigations.

- When requested, attending special construction safety meetings.

9.10.2  Subcontractor Superintendent/Supervisor/Foremen
Responsibilities of Subcontractor Superintendent/Supervisor/Foremen are the same as Rosendin Electric Superintendent/Supervisor/Foremen, plus:

- Attending weekly contractors' safety meetings.

9.10.3  Subcontractor's Safety Professional (Project Specific)
The subcontractor's Safety Professionals responsibilities include ensuring immediate corrective action to eliminate observed unsafe acts and unsafe conditions. This person will:

- Report all injuries immediately to Rosendin Electric Project Management/Rosendin Electric EHS.

- Perform continuous safety audits of all their respective trade contractors and their subcontractors' work areas throughout the entire workday and take immediate action to eliminate all unsafe acts and/or conditions. These observations, along with corrective actions taken will be reported to the appropriate member of Rosendin Electric Project Management, the subcontractor's own management, and Rosendin Electric EHS, using the Jobsite Safety Inspection Report. These forms will be completed daily and submitted to Rosendin Electric Project Management/EHS.

- Serve as technical advisors to their project management team on safety and health planning, training and problem resolution issues.

- Ensure that prior to the commencement of any work activity; every Supervisor/Foreman reviews each task assignment with every affected employee to ensure a comprehensive understanding of the safety

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                    35

requirements and precautions to be followed while performing this work. The Safety Professional(s) and Supervisor/Foremen should further ensure that all of the necessary guards are in place, safety equipment is provided, and other required steps are taken prior to starting the work.

- Each Safety Professional has the right and the authority to direct stoppage of any work **of any contractor** whenever imminent danger to I-3 Free and health exists.

- Each Safety Professional has the right and authority to stop any and all hazardous work activities being performed by his/her company or their subcontractors until necessary corrective actions are taken.

- Ensure that appropriate personal protective equipment is provided, and its use enforced.

- Enforce their company's safety program and disciplinary procedures.

- Accompany Rosendin Electric's supervisory personnel as directed and perform joint inspections of work areas and activities.

- Orient all new subcontractor personnel to the site's safety program prior to work commencement.

- Complete and forward all claim forms (injury, liability, property damage, and the like) and/or follow the procedures as described in the Rosendin Electric IIPP and Appendices.

- Attend and participate in daily Safety Coordination Meetings.

- Participate in accident investigations and recommend proper courses of corrective action. When serious accidents occur, this task will be performed in conjunction with Rosendin Electric EHS and Rosendin Electric/subcontractor Project Management or their representatives.

- Provide appropriate materials for those conducting weekly toolbox/tailgate meetings or safety meetings, as well as:
  - o Review safety meeting reports for attendance.
  - o Attend and periodically conduct toolbox/tailgate meetings to evaluate their effectiveness.
  - o Implement required safety training programs for subcontractor employees and supervisors.
  - o Provide necessary information for the obtaining of motor vehicle records for all crane operators on site.
  - o No full time Safety Professional shall be assigned any duties other than assuring the safety and health of the personnel employed by their company or their subcontractors.

9.10.4  Subcontractor's Safety Coordinator (Project Specific)
The subcontractor's Safety Coordinator's responsibilities include assuring immediate corrective action to eliminate observed unsafe acts and unsafe conditions. This person will:

- Report all injuries immediately to Rosendin Electric Project Management/EHS.

- Orient all new subcontractor personnel to the site's safety program prior to work commencement.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                    36



- Make daily job site safety observations/audits (to be documented daily) and provide copies of documentation to Rosendin Electric Project Management/Rosendin Electric EHS.
- Complete and forward all claim forms (injury, liability, property damage, and the like) and/or follow the procedures as described in the Rosendin Electric IIPP and Incident Reporting Procedures.
- Attend and participate in daily safety coordination meetings.
- Participate in accident investigations and recommend proper courses of corrective action. When serious accidents occur, this task will be performed in conjunction with Rosendin Electric Project Management/EHS and subcontractor Project Management or their representatives.
- Provide appropriate materials for those conducting weekly toolbox/tailgate meetings or safety meetings, as well as:
  o Periodically conduct toolbox/tailgate meetings
  o Implement required training programs for workers and supervisors
  o Provide necessary information for the obtaining of motor vehicle records for all crane operators on site

### 9.11    Everyone's Responsibilities

- Report injuries *immediately* to supervision.
- Work according to good safety practices as posted, instructed and discussed.
- Comply with Rosendin Electric IIPP and subcontractor's safety program.
- Use all required safety devices.
- Report any unsafe situation or act to supervisor and/or designated Safety Coordinator/designee immediately (unsafe conditions and acts must be corrected when noticed to effectively prevent accidents).
- Maintain a clean and safe work area.
- Come to work alert and free of any impairment that may affect safety.
- Follow the site's Safe Work Practices.
- Promote and support the I-3 FREE: Agree to be held accountable for your safety, and the safety of others.
- In addition, EVERYONE is held accountable for their designated assignments of responsibilities as denoted in their respective definitions; i.e., Project Manager, Superintendent, etc.
- Refrain from performing any work which may feel unsafe or for which proper equipment and/or training have not been provided.

### 9.12    Safety Compliance by Owner and Owner's Separate Contractors.

- The Owner shall cause its own employees and those of its separate contractors to comply with this IIPP while on the Project Site. Rosendin Electric shall have the right to remove from the Project Site any employee of Owner or Owner's separate contractors who, after one notification from the contractor, fail to comply with the Contractor's safety plans and policies.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                37

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



## 10.0   RECOGNITION PROGRAM

This program will be developed by the Rosendin Electric Project Leadership Team. See Recognition Appendix 40.

## 11.0   PROJECT DISCIPLINARY PROCEDURES

The discipline policy of Rosendin Electric is intended to encourage worker compliance with the Rosendin Electric IIPP and to comply with the mandates of OSHA and state sponsored regulations.

Rosendin Electric reserves the right to discharge "at will" from the project. Workers found performing work in an unsafe manner that would endanger either himself or herself or another worker will be subject to disciplinary action or termination from the project. Rosendin Electric strictly maintains a zero tolerance policy toward violations involving, but not restricted to: fall protection, lock-out/tag-out, unauthorized hot work and confined space.

The Rosendin Electric Project Management/Rosendin Electric EHS will determine the course of action best suited to the circumstances. At a minimum, the steps to be taken will include the following:

### 11.1   Verbal Warning Citation

- As the first step in correcting unacceptable behavior, a member(s) of Project Management/EHS and/or supervisor will review the pertinent facts with the worker. They will consider the severity of the problem and the worker's past performance. A verbal warning will be issued to the worker, which will be documented in the worker's personnel file, with copies forwarded to the Rosendin Electric's Corporate Office. If necessary, the worker will be placed on probation, or may be terminated.

### 11.2   Written Warning Citation

- If the unacceptable performance continues, the next step will be a written warning. The written warning will clearly state the safety policy that was violated and steps the worker must take if it is to be corrected. A 30-day probation period will be a part of the written warning. A written warning requires the subcontractor's or tiered subcontractor's Project Management/Safety designee and/or supervisor to assure that the worker has satisfactorily completed a training session related to the safety policy violated. This training must be completed within the probationary period. Documentation, with copies forwarded to the Rosendin Electric Corporate Office, shall be maintained.

- At the completion of the probationary period, Rosendin Electric Project Management/EHS will meet with the worker to determine if the worker has achieved the required level of performance.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.            Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              38

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**11.3    Termination**

- The worker may be terminated if improvement in performance is not apparent during the probationary period, the worker has violated another company safety policy within three months, the employee violated a zero tolerance issue (lock-out/tag-out, fall protection, unauthorized hot work or confined space protocols in addition to flagrant at-risk behaviors), or as other circumstances may warrant.

- All costs of correction will be borne by the subcontractor deemed responsible. If more than one subcontractor is deemed responsible, Rosendin Electric Project Management's division of the responsibility will be final.

- Nothing will relieve the subcontractor of liability and/or obligation under the requirements of state or federal OSHA, other applicable federal, state, and local requirements and the Rosendin Electric and subcontractor's IIPP. Rosendin Electric Project Management may recommend withholding payment of any sums due subcontractors for failure to follow the Rosendin Electric's IIPP policies and procedures. Rosendin Electric Project Management will issue a written, 24-hour notice in this regard, requiring immediate response by the contractor.

- Project Management/EHS, prior to taking enforcement action, should consider the following conditions and questions:

  - Is the violated rule published?
  - Is it posted in our Code of Safe Work Practice Books?
  - Did the employee ever receive a personal copy of the violated rules?
  - Is the rule stated in easy to understand wording?
  - Is the violated rule reasonably related to the orderly, efficient and safe operation of the business?
  - If other employees have violated this rule, did they receive the same disciplinary action as this employee?
  - Does the company maintain factual records on all employees covering all violations of this rule?
  - Does this employee have the worst record of all employees for violation of this rule?
  - Has this employee been warned previously for violation of this rule?
  - Has this employee ever received a written warning for violation of this rule?
  - Has this employee ever received a third warning for the violation of this or any rule?
  - Was the incident that triggered the final warning or discharge carefully investigated prior to taking serious or final disciplinary action?
  - Is there a factual, written record showing the steps taken by the company to correct this employee's improper actions prior to serious disciplinary action?
  - Have similar written records been kept and similar steps taken by the company to correct the improper actions of all employees?
  - Does the company evidence include names of witnesses, dates, times, places and other pertinent facts on all past violations, including the last one?
  - Was the degree of discipline imposed on this employee related to: (a) seriousness of the proven offense, (b) the employee's past records?

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.            Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                    39

## 12.0   SECURITY PROGRAM

### 12.1   Purpose

- The principal purposes of the jobsite security program are:

  - To promote security and security awareness among jobsite personnel.

  - To help protect the health and welfare of jobsite personnel.

  - To reduce the risk of property damage or loss.

  - To protect the public from all construction activities.

### 12.2   Responsibilities

- The Rosendin Electric EHS/designee is responsible for participating with owner/GM/GC or establishing site control and security, and the Rosendin Electric Superintendent is responsible for implementing the program. (Refer to Site Security & Control Appendix for site-specific procedures).

### 12.3   Badging (Following Owner/GM/GC requirements)

12.3.1  Permanent Photo Badge Procedure

The purpose of badging is to allow all applicable personnel access and the ability to work on-site on a long-term basis. Only approved Rosendin Electric workers and subcontractor workers can be badged. If Rosendin is the Controlling Contractor, we **may** follow the following procedure:

- Permanent, numbered photo badges are for personnel assigned to this jobsite. They are NOT to be issued to a visitor or vendor, as these individuals will be issued a **VISITOR** badge.

- The security/EHS department will issue photo badges. The workers must have attended a site-specific safety orientation (and have completed their drug screen with a negative result, if applicable). Badges will be issued for a 6-month period of time.

- Any worker using an expired photo badge will not be allowed on site. The security officer will confiscate the expired badge, issue the worker a visitor's pass, and arrange for the worker to be escorted to the badging office.

- Tracking:
  - o The security/EHS office will maintain a log of all photo badges issued.
  - o All subcontractors and tiered subcontractors who terminate workers from the site for any reason are responsible for the immediate return of badges, along with termination form(s). A sum of $50.00 will be assessed to each subcontractor for every badge not returned.

Log: Refer to Site Security & Control Appendix.

12.3.2  Visitor Badge Procedure

The principle purpose of the Visitor Badging Procedure is to allow visitors and vendors access to the construction office complex. The proposed procedure is as follows:

- Security officers/EHS will issue passes on a daily basis only.

- The visitor badge will be worn in plain sight at all times.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              40

ROSENDIN

- All badges are valid for one day only and must be returned to the security department when departing the site.

- Visitors using permanent photo badges must be escorted at all times by a site worker wearing a Temporary or Photo badge.

- Tracking:
  - Security officers/EHS will maintain a daily log for all visitor badges issued and returned.
  - The visitor logs will be turned in on a daily basis with security shift reports.

Log: Refer to Site Security & Control Appendix.

***NOTE:*** NO PERSON using a Visitor Pass will be allowed into the construction site area unless escorted by a worker wearing a Temporary or Photo badge.

12.3.3   Construction Site Pass Procedure (Project/Area Specific)
The principle purpose of the Construction Site Pass Procedure is to allow access to the construction office complex only to authorized vehicles. The proposed procedure is as follows:

- Only a limited number of construction site passes will be provided.

- Passes are intended for delivery trucks or subcontractor vehicles dropping off equipment/materials to the construction site. Private vehicles and cars are **NOT** allowed into the construction area for any reason at any time.

- Construction site passes are to be placed on the dash of the vehicle in clear view at all times.

- Tracking:
  - Upon entering the construction area, the security officer will record the appropriate information into the daily log.
  - All passes will be returned before leaving the jobsite. Even if the driver intends to return, the driver must log in and receive a new Construction Site pass each time upon entering the jobsite.
  - Any outstanding passes will be located **immediately.**

Log: Refer to Site Security & Control Appendix.

12.3.4   Authorized Vehicle Permit Procedure
The principle purpose of the Vehicle Permit Procedure is to allow only authorized vehicles into the construction area and to control the flow of traffic on site.

- A vehicle permit application may be obtained from the security/EHS office. (See Site Security & Control Appendix).

- After the application has been approved by the Rosendin Electric Project Management/EHS, a vehicle permit will be issued.

- The vehicle permit must be located on the front dash on the passenger side of the vehicle. The vehicle permit is for pickup trucks only; these passes will not be issued to cars.

- Vehicle permits will be issued for a three (3) month period of time. Any vehicle with an expired vehicle permit will not be allowed on site.

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.        Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                    41

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

**ROSENDIN**

- Construction site passes will be issued only after insurance and driving records have been reviewed.
- Tracking:  Security/EHS officers will maintain a log of all Vehicle Permits issued and canceled.

## 13.0   DRUG FREE AWARENESS AND NON-DOT TESTING POLICY

All employees are expected to abide by the terms of this policy as a condition of employment. Any employee who is found to have violated Rosendin's prohibitions is subject to disciplinary action, up to and including termination.

Rosendin Electric, Inc.'s policy prohibits:

1. Consumption, use, possession, transfer, manufacture, solicitation, attempted or actual sale, purchase, distribution or dispensation of illegal drugs on or in Rosendin property or a Rosendin job site.
2. Consumption of, use of alcohol or possession or transfer of open containers on or in Rosendin property or a job site, unless specifically authorized.
3. Being under the influence of illegal drugs or alcohol while on or in Rosendin property or job site.
4. Participation or acquiescence in any of the aforementioned actions.
5. Rosendin Electric will comply with any drug testing requirements mandated by a project owner or general contractor. A positive test result or a refusal to take the test by a Rosendin Electric employee will result in removal from the jobsite and discipline up to and including dismissal.  Rosendin is determined to have a drug free workplace. To that end, a drug/alcohol screening may be required in any of the following circumstances:
   a. Prior to dispatch to a jobsite or of any applicant to whom a job offer has been made;
   b. Of any employee when a Certified Competent Person has a reasonable suspicion that the employee may be using drugs or alcohol or may be under the influence of drugs or alcohol at work or while on duty;
   c. Of any employee who suffers an injury or accident at work;
   d. On a random basis; or
   e. As part of follow-up testing if an employee is found to have breached these policies but has been permitted to remain employed.

## 14.0   ACCIDENT/INJURY MANAGEMENT

### 14.1   Accident Reporting

- All on-site accidents must be reported to Rosendin Electric Project Management and Rosendin Electric Regional/Site EHS immediately. All accidents resulting in industrial injuries or illnesses occurring on the jobsite will be thoroughly investigated. Under the direction of Rosendin Electric Project Management, the controlling employer's Project Management, supervisor, and Safety Coordinator will conduct the investigation. This includes accidents, injuries and illnesses of workers, whether the injury resulted in medical treatment, no claim was filed, or was a non-industrial injury. Completion of appropriate forms, as defined in the Incident Reporting Appendix, and notification to Rosendin Electric's EHS, must be completed immediately after occurrence.

### 14.2   Accident Investigation

- The initial accident investigation is to be completed within 24 hours, with immediate notification of Rosendin Electric's EHS (refer to Incident Reporting Appendix). Identification and review process of root causes must be completed. Corrective actions, identification of persons responsible for corrective actions, and date of completion must be established. Follow up documentation verifying

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                          42

**ROSENDIN**

corrective action completion is required. Lessons learned from root-cause analysis reviews will be shared with the project, regionally and globally.

- Investigation reports of accidents or injuries requiring medical treatment must include medical treatment forms and completed first report or injury forms.

- This project requires that an Incident Investigation form be completed for all on the job accidents. The form is contained with the Incident Reporting Appendix. This form must be completed as soon as possible, but within one (1) working day, after occurrence of any injury that results in medical treatment or property damage. After completion, the form must be returned to Rosendin Electric Project Management/EHS for corrective action and processing. A copy of any injury that results in medical treatment must be sent to Sharon Barowsky, Risk Manager. A copy of any property damage must be sent to Sharon Barowsky, Risk Manager.

- Copies of all accident investigation documentation must be submitted to the Rosendin Electric Regional EHS. If required by law, injury notification to OSHA must be coordinated through the Rosendin Electric Regional EHS and the Corporate EHS Director.

## 14.3   Accident Analysis

- Rosendin Electric provides a safe and healthful work environment for all workers through progressive, proactive injury prevention planning. Job pre-planning and identification of upcoming potentially hazardous activities is supported by regular review of trend analysis.

- To identify root causes of accidents and at-risk behaviors Rosendin Electric and subcontractor management will be required to, within 48 hours of the incident, conduct a "lesson learned" meeting. The meeting will analyze any injury accidents, environmental incident, or impact to existing facilities and operations. Accident trends will be identified, and plans developed to prevent additional incidents. A complete Root Cause Analysis will be performed involving at least the Rosendin Electric and Subcontractor Project Teams. The mission of these meetings will be to identify problem areas, develop specific action plan(s) to address root causes and at-risk behaviors, and to immediately implement corrective actions. Rosendin Electric will periodically review implemented plans for effectiveness. Lessons learned from root-cause analysis reviews will be shared with the project, regionally and globally.

## 14.4   Record Keeping

- Subcontractors will be required to submit copies of the following documentation to the Rosendin Electric Project Management/EHS for appropriate distribution and/or retention:

  - All safety and health related reports and documents
  - All environmental related reports and documents
  - Accident investigation reports
  - Pre-task plans
  - Equipment inspection reports
  - Certificates of insurance
  - Training records
  - Inspection reports with documentation of abatement methods

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                 43

**ROSENDIN**

- Safety related meeting agendas and minutes
- Subcontractor written safety programs
- Material safety data sheets
- Safety plans
- Worker termination notification (with badges returned)
- Security reports
- Written safety violations
- Other reports and documentation as requested/required

**14.5    Rosendin Electric Return To Work Program**

- Rosendin Electric has developed a program designed to assist Rosendin Electric workers who are temporarily disabled due to an illness or injury. This program is called the Rosendin Electric's "*Return to Work Program*". Any Rosendin Electric employee who is temporarily disabled is required to participate in Rosendin Electric's "Return to Work Program". This includes a team effort; including disabled workers, their attending physician, the insurance carrier, and Rosendin Electric Project Management.

- Studies show that return to work programs are therapeutic and help speed the recovery process. In addition, injured employees stay in touch with the work environment and with fellow employees, which helps to facilitate a smooth and speedy transition back to their normal job. This also creates an opportunity for cross training and developing new skills.

- Everybody benefits from this type of program. The company benefits by retaining the use and value of trained employees, while at the same time minimizing workers' compensation and other associated costs. Employees win by returning to their regular job and income sooner, and by avoiding the negative effects of a long-term absence.

- When Rosendin Electric employees report illness or injury, they will be given certain forms to complete, and may be sent to a doctor for examination and/or treatment. If the doctor determines that the employee qualifies for the Rosendin Electric Return to Work Program, the doctor will complete the appropriate forms indicating the restrictions and conditions for transitional work. Rosendin Electric will then attempt to provide a modified work position until the employee is able to resume regular duties. All modified work is temporary in nature and is designed to facilitate a return to regular duties as soon as possible. Modified duty positions may be offered at any location of the project or on any shift.

- Failure to report for work at the designated time and place will be regarded as a voluntary resignation and could affect time loss compensation and/or re-employment/reinstatement rights.

- This is not designed as a substitute for reasonable accommodation under any applicable federal or state laws, such as the Americans with Disabilities Act, The Rehabilitation Act 1973, or other applicable laws.

- To preserve the ability to meet company needs under changing conditions, Rosendin Electric reserves the right to revoke, change or supplement these guidelines at any time with or without written notice. The policies and procedures in this program are not intended to be contractual commitments and they should not be construed as such. This policy is not intended as a guarantee of continuity

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              44

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

of benefits or rights. No permanent employment for any term is intended or can be implied by this policy. But, while in effect, all doctor recommended restrictions will be followed.

- Consult the Incident Reporting Appendix for further details.

## 15.0   SPECIAL SITE CONDITIONS

The Rosendin Electric Project Management and EHS will develop site specific safety program for the following special site conditions. After development, review, and approval, the procedures will be in written form and all affected workers will be trained to understand the procedure prior to performing the activity. The subcontractor will be responsible for assuring that their personnel understand and follow the written procedure. If the procedure needs to be modified, it will require concurrence by the affected subcontractor and Rosendin Electric Project Management. Special site conditions include, but are not limited to:

- Environmental or biologically sensitive issues
- Noise sensitive issues
- Vibration sensitive issues
- Contaminated soil and/or water issues
- Owner's employees/members of the general public in close proximity to site
- Power/gas/sewer/fiber optic/communications lines in close proximity to site
- Critical operations in close proximity to site
- Hazardous operation in close proximity to site
- Orientation/training/medical screening/security/drug screening requirements
- Unusual working hours
- Traffic/truck haul route considerations
- Man lift(s)
- Tower crane(s)
- Deep excavation(s) of 20 feet or more
- Demolition
- Live electrical tie-ins
- Storm water discharge
- Safety Nets and Helicopter operations are not to be used unless all other methods have been considered and determined to be infeasible, and approval has been granted in writing by the Rosendin Electric Corporate EHS Director

## 16.0   HEALTH AND SANITATION

All contractors, subcontractors, and tiered subcontractors are required to provide, at minimum, basic general requirements for health and sanitation for their workers. These include, but are not limited to:

- Potable water
- Portable toilets
- Flush toilets and hand wash facilities
- Temporary power
- Temporary and task lighting

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              45

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



- First aid kits
- Eye wash stations and/or safety showers
- Portable fire extinguishers
- Adequate covered garbage containers

Additionally, the jobsite, work areas, and all premises occupied by the contractor, subcontractor and tiered subcontractor will be maintained in a clean, healthy and sanitary condition. Daily housekeeping is required. (Also refer to the Sanitation & Housekeeping Appendix).

## 17.0   PROJECT SIGNS AND BARRICADING (*PROJECT SPECIFIC)*

Signs will be placed in positions where they will convey their messages most effectively and placement must therefore be accommodated to enhance design and alignment. Safety signage is important to maintain constant visual reminders in front of workers.

### 17.1   General Signs (Project Specific)

- General signage may include, but is not limited to the following signs:
  - Project sign
  - Construction office
  - Rosendin Electric safety office
  - Subcontractor office trailers
  - Owners staging area
  - Tool van storage
  - Safety first - this is a drug/alcohol free jobsite
  - Construction area: hardhats, safety glasses, work boots required
  - Safety first, be alert, be alive
  - Safety does not stop here - buckle up
  - Safety first - zero accidents is our goal
  - Jobsite injury statistics and communications board

### 17.2   Parking Signs (Project Specific)

- Parking signage may include, but is not limited to the following signs:
  - Construction parking (construction personnel parking entrance)
  - No construction parking
  - Owner worker parking only
  - Owner parking lot
  - No parking - fire lane
  - Keep clear - fire lane
  - Visitor parking

### 17.3   Traffic Control Signs

- A traffic control plan, in detail appropriate to the complexity of the project, will be developed and understood by all responsible parties before the site is occupied. Any changes in the traffic control plan will be approved by an official who is trained in traffic safety.
- Project traffic control plans are developed to assure that adequate consideration is given to the safety of motorists, pedestrians and workers during construction.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              46

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



All traffic control devices used on the project will conform to DOT applicable standards. These devices may include, but are not limited to:

- No truck deliveries
- Gate #1, Gate #2, Gate #3, Gate #4
- Speed limit "#" mph
- Right (left) turn only
- Stop
- Caution: construction traffic
- Caution - construction entrance
- No construction entrances
- Lay-down area (zone 1, zone 2, zone 3, etc.)
- Construction material deliveries

### 17.4  Security Signs

- Security signage may include, but is not limited to:

  - Security (Security Station #1, #2, etc.)
  - Visitors Must Check In with Security
  - Controlled Entry
  - Badges Required

### 17.5  Safety/Emergency Signs

- Safety/Emergency signage may include, but is not limited to:

  - First Aid
  - For each Emergency Gathering (Evacuation) Area
  - Water Shut-off
  - Electrical Shut-off

### 17.6  General Safety Signs

- General Safety signage may include, but is not limited to:

  - Danger – Electrical
  - Flammable Storage/Refueling Area – No Smoking
  - Flammable and Combustible Storage – No Smoking
  - Compressed Gas Storage
  - Danger-Underground Utilities

### 17.7  Barricading

- Barricades, stanchions, delineators, safety cones, or safety warning tape/ribbon will be provided as required to isolate or protect unsafe work areas from workers, pedestrians or vehicle traffic.

- Barricades will be appropriately marked or tagged with the name, phone number, reason for barricading, and duration of hazards. Barricades will be removed when hazard no longer exists. The following barricade designations apply:

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                        47

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

| Hazard Class | Color | Type of Barricade | Action |
|---|---|---|---|
| Occupational hazard | YELLOW | Physical barricade required, i.e., caution tape or sign: <br>• Rope, chain or tape may be used in the majority of these applications <br>• DO NOT USE RED BARRICADE TAPE. | Do not cross until hazard is identified, and safe passage and access is assured. Use to identify the presence of a possible hazard. *Examples: tripping hazards, overhead work.* |
| High/Imminent Hazard, Fatality Prevention | RED | Physical barricade required; i.e., danger tape or sign: <br>• PVC, chains, screens, metal, wood, visqueen, or tape <br>• ***Red must be used for this class***. | DO NOT CROSS—If access is required, coordinate with contact person on barricade signage. *Examples: energized electrical work in progress, overhead suspended load, critical high-pressure tests, chemical introduction and/or fall exposure.* |

- Refer to the Miscellaneous Forms Appendix for Barricade Signage.

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                        48

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

R O S E N D I N

### 18.0   GLOBALLY HARMONIZED SYSTEM OF CLASSIFYING AND LABELING CHEMICALS (GHS)

**(formally known as Hazard Communication Program)**

**18.1   General**

- All subcontractors must comply with the Occupational Safety and Health Act (OSHA) requiring that each worker potentially exposed to hazardous chemicals be advised of possible hazards and how to guard against those hazards. Subcontractors must also comply with the Globally Harmonized System Program. Each subcontractor whose workers are potentially exposed to hazardous chemicals (including fuels, lubricants, foam releases, curing compounds, sealants, paints, coatings, etc.) must:

  - Develop a list of all such chemicals used on the project; safety data sheets (SDS) for those materials;

  - Develop a labeling system for all materials; and

  - Train all potentially exposed personnel in the hazards and their controls for all listed compounds.

  - These steps are outlined in detail in the following material. Worker training for this requirement will be documented and acknowledged by signatures following each session. (See Rosendin Electric Forms for Globally Harmonized System Signature Sheet).

**18.2   Safety Data Sheets (SDS's)**

- Every subcontractor will be responsible for the development and maintenance of a list of hazardous chemicals utilized within the project operations and will be further responsible for obtaining and maintaining SDS's for all such hazardous chemicals. One copy of said list and of each of the SDS's will be forwarded to Rosendin Electric Project Management during the submittal process and prior to any site mobilization. Workers will be allowed access to this information and the specific SDS's for chemicals utilized in their work areas. All questions relating to the program should be directed to the subcontractor's superintendent or safety officer.

**18.3   Worker Information and Training**

- All new and present workers will be given information regarding the requirements of the Globally Harmonized System Program, information as to what hazardous chemicals are present in their workplace, and the physical and health risks of these chemicals. This requirement may be met through orientation sessions for new workers and refreshers for all during toolbox/tailgate talks. The information and training will also include the following elements:

  - The symptoms of overexposure to the chemicals.

  - How to determine the hazardous presence or release of a chemical in the workplace.

  - Methods to reduce or prevent the exposure to hazardous chemicals, such as control procedures, work practices, or personal protective equipment.

  - Procedures to follow in the event of an exposure to hazardous chemicals. The location of the log containing the SDS's which apply to their workplace and the location of the written Hazard Communication Program.

  - How to review SDS's to obtain the hazard information for the chemical, and how to read the labels that are required on the chemical containers. When a

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.            Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                              49

**ROSENDIN**

new hazardous chemical is obtained for use, each worker who could be exposed will be given the information and training as described above. A copy of the SDS's for the chemical will be obtained and distributed to those who actually use the chemical in the workplace. The SDS's will be available to all workers during each work shift.

- Proper disposal procedures of waste materials shall be enforced. Labeling of waste containers and disposal of hazardous materials by a licensed disposal facility is required.

### 18.4    Container Labeling

- Rosendin Electric Project Management/EHS will verify that all chemical containers received by Rosendin Electric at the site are clearly labeled as to the contents, the hazards involved, and the name and address of the manufacturer and the company that owns the chemical. Rosendin Electric Project Management/EHS will require that all secondary containers of hazardous chemicals be clearly labeled with the same information as the original container. Each subcontractor's Project Management/safety designee will perform the above responsibilities for all their materials.

### 18.5    Hazardous Non-Routine Tasks and Nearby Work

- In the event a worker is assigned to perform or work in an area where a hazardous task that is non-routine to his/her work may be required, the worker will be given the additional information and training related to the hazardous chemicals that may be encountered in the non-routine task. Supervisors, subcontractor's superintendent, or subcontractor safety representative will provide this information and training. The information will include the specific chemical hazards of the task; the controls and protective measures requires, the types of personal protective equipment required, how to use the equipment, the nature of other work being performed in or near the non-routine task, and what emergency procedures are involved with the task.

### 18.6    Chemicals in Unlabeled Pipes, Vessels and Containers

- To ensure that workers who work on unlabeled pipes, vessels or containers have been informed as to the hazardous materials contained within, the following policy has been established:

- Prior to starting work on unlabeled pipes, vessels or containers, workers are to contact their supervisors for the following information:
  - o  Type of chemical in the pipe, vessel or container
  - o  Potential hazard
  - o  Safety precautions that should be taken

### 18.7    Audit and Review

- It will be the responsibility of Rosendin Electric Project Management/ESH to review the entire at Globally Harmonized System Program least annually, and to revise and update the material contained herein to reflect all changes in the purchase, use, storage, and handling of hazardous chemicals at the project site. It will be the further responsibility of Rosendin Electric Project Management/EHS to periodically audit and ensure that procedures in the use of the hazardous chemicals meet the requirements as set forth in the SDS's. Each subcontractor's Project Management/safety designee shall perform the above responsibilities for all of their materials and procedures. In addition, each subcontractor shall perform site-specific Globally Harmonized System training and provide Rosendin

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.           Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                              50

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

Electric Project Management with evidence of such training on a regular basis or upon request.

## 19.0   EQUAL EMPLOYMENT OPPORTUNITY POLICY

We are an equal opportunity employer. It is the policy of Rosendin Electric, Inc. to give equal employment opportunity to all qualified persons without regard to race, color, religion/creed, sex, sexual orientation, marital status, national origin, ancestry, age (over 40), medical disability. Qualifications for employment opportunities are based solely upon your ability to perform a job and upon dependability when hired.

The Company is committed to providing a work environment free of unlawful harassment. Company policy prohibits sexual harassment, and harassment based on pregnancy, childbirth, or related medical conditions, race, religious creed, color, national origin or ancestry, physical or mental disability, medical conditions, marital status, age, sexual orientation or any other basis protected by federal, state or local law or ordinance or regulation. All such harassment is unlawful. The Company's anti-harassment policy applies to all persons involved in the operation of the Company and prohibits unlawful harassment by any employee of the Company, including supervisors and co-workers.

Prohibited unlawful harassment includes, but is not limited to, the following behavior:

- Verbal conduct such as epithets, derogatory jokes or comments, slurs or unwanted sexual advances, invitations or comments;

- Visual conduct such as derogatory and/or sexually-oriented posters, photography, cartoons, drawings or gestures;

- Physical conduct such as assault, unwanted touching, blocking normal movement or interfering with work because of sex, race or any other protected basis;

- Threats and demands; to submit to sexual requests as a condition of continued employment, or to avoid some other loss, and offers of employment benefits in return for sexual favors; and retaliation for having reported or threatened to report harassment.

If you believe that you have been unlawfully harassed, notify yours or any other company supervisor, the president or the personnel administrator of the Company as soon as possible after the incident. Your complaint should include details of the incident or incidents, names of the individuals involved and names of any witnesses. Supervisors will refer all harassment complaints to the Human Resources Manager, department head or the president of the Company. The Company will immediately undertake an effective, thorough and objective investigation of the harassment allegations.

If the Company determines that unlawful harassment has occurred, effective remedial action will be taken in accordance with the circumstances involved. Any employee determined by the Company to be responsible for unlawful harassment will be subject to appropriate disciplinary action, up to and including termination. A company representative will advise all parties concerned of the results of the investigation. The Company will not retaliate against you for filing a complaint and will not tolerate or permit retaliation by management, employees or co-workers.

The Company encourages all employees to report any incidents of harassment forbidden by this policy immediately so that complaints can be quickly and fairly resolved. You also should be aware that the Federal Equal Employment Opportunity Commission and the

This policy supersedes and/or replaces any prior policy on this topic. All policies are at management discretion and may be changed at any time, with or without notice. Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric. Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety. Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.       Approved by: __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                                  51

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

California Department of Fair Employment and Housing investigate and prosecute complaints of prohibited harassment in employment. If you think you have been harassed or that you have been retaliated against for resisting or complaining, you may file a complaint with the appropriate agency. The nearest office is listed in the telephone book.

## 20.0  WORKPLACE/VIOLANCE

Acts or threats of violence, including intimidation, harassment, and/or coercion, that involve or affect Rosendin or that occur on Rosendin property or in the conduct of Rosendin business off Rosendin property, will not be tolerated. This prohibition against threats and acts of violence applies to all persons involved in Rosendin operations, including, but not limited to, Rosendin personnel, contract workers, temporary employees and anyone else on Rosendin property. Violations of this policy, by any individual, will lead to disciplinary and/or legal action as appropriate.

Any person who engages in a threat or violent action on Rosendin property may be removed from the premises as quickly as safety permits and may be required, at Rosendin's discretion, to remain off Rosendin's premises pending the outcome of an investigation of the incident.

Rosendin Electric, Inc. will make the determination of whether, and to what extent, threats or acts of violence will be acted upon by Rosendin Electric, Inc. In making this determination, Rosendin may undertake a case by case analysis in order to ascertain whether there is a reasonable basis to believe that workplace violence has occurred. No provision of this policy shall alter the at-will nature or employment at Rosendin Electric, Inc.

## 21.0  ADDITIONAL REQUIREMENTS AND RESOURCES

Please refer to the various appendices to this IIPP. Many of the items covered independently in each section have wide application to a variety of the tasks and hazards encountered on jobs. For example, many of the items discussed in the Demolition appendix should be applied to all aspects of any job, large or small.

Finally, additional resources are available to you should you have further questions including the entire Rosendin Electric Environmental Health Safety Plan (IIPP), federal and state regulations, articles published by professional organizations, documents provided by manufacturers, and other members of your project team. Use them. Our goal is *zero incidents*!

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                                        52

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6



**REMEMBER, FOR I-3-FREE TO WORK
EVERYONE HAS TO DO THEIR PART
INJURY, ILLNESS AND IMPACT FREE ENVIRONMENT!**

Respectfully,

***Rosendin Electric Management***

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.          Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                                    53

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

## 22.0   ROSENDIN ELECTRIC IIPP ACKNOWLEDGMENT FORM

Please fill out this form and return to Rosendin Electric Project Management/EHS within one (1) week of receipt.

**I ACKNOWLEDGE THAT I HAVE READ, BEEN INFORMED, AND BEEN GIVEN THE OPPORTUNITY TO ASK QUESTIONS REGARDING THE ROSENDIN ELECTRIC IIPP. I WILL FOLLOW OUR COMPANY'S SAFETY PLAN AND THIS ROSENDIN ELECTRIC IIPP TO THE BEST OF MY ABILITY.**

**I UNDERSTAND THAT FAILURE TO COMPLY WITH ESTABLISHED SAFETY AND HEALTH POLICIES MAY RESULT IN DISCIPLINARY ACTION UP TO AND INCLUDING TERMINATION OF EMPLOYMENT.**

PROJECT MANAGER: _____
(Please Print Name)

_____        _____
(Signed)                                                                              (Date)

SUPERVISOR/FOREMAN: _____
(Please Print Name)

_____        _____
(Signed)                                                                              (Date)

SAFETY COORDINATOR/DESIGNEE: _____
(Please Print Name)

_____        _____
(Signed)                                                                              (Date)

CONTRACTOR NAME: _____Brad Mary_____
(Please Print Name)

_____Brad Mary_____        _____7/8/2024_____
(Signed)                                                                              (Date)

*Note: To be filed in the Project Safety File*

This policy supersedes and/or replaces any prior policy on this topic.  All policies are at management discretion and may be changed at any time, with or without notice.  Policies are valid upon approval of the Management Risk Management Committee and with the signature of our VP of Safety for Rosendin Electric.  Individual may not implement new policies that change, modify or supersede policies without specific written permission from our VP of Safety.  Originated/Prior Modifications by Marty Rouse, VP Safety; Date: 04/2020.        Approved by:  __M. Rouse__ Date: 04/2020__
Copyright © 2009 Rosendin Electric, Inc., IIPP Rev. 14                                                                            54





Subcontractor Insurance Requirements

## Rosendin Holdings & EBIX Partnership

Rosendin Holdings has partnered with EBIX, Inc. to handle tracking of all subcontractor insurance documents.

EBIX will assume the following duties on Rosendin's behalf:

- Request subcontractor's Certificate of Insurance (COI) and all needed endorsements.
- Review insurance certificate and endorsements to determine if the coverage shown meets the stated certificate requirements.
- Follow up if the documentation received does not meet the stated certificate requirements.
- Notify Rosendin Holdings of any lapse or deviation between the coverage shown on the certificate and the stated requirements.

Once a certificate of insurance has been submitted it takes 2-3 business days for processing and review. If there are any discrepancies EBIX will notify subcontractor by mail or email.

Submittal Methods:

1) Upload COI/endorsements directly to EBIX website: ███████████████
2) Email COI/endorsements to ████████████ (CC: ██████████████████████ )
3) Fax to (770) 325-6910

## Certificate of Insurance Requirements

Please note the certificate requirements listed on this document are the same provided to EBIX, Inc.

Certificate holder MUST list the proper Rosendin Holdings entity based on who has contracted subcontractor.

Building Quality | Building Value | Building People

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

| Rosendin Electric, Inc. | Modular Power Solutions | Rosendin Joint Venture |
|---|---|---|
| Insurance Compliance PO Box 100085 – RN Duluth, GA 30096 | Insurance Compliance PO Box 100085 – RN Duluth, GA 30096 | Insurance Compliance PO Box 100085 – RN Duluth, GA 30096 |

The Certificate must include:

- Coverage must be placed with a carrier rated not less than A-, VI and show complete insurance carrier name as it appears AM Best Property & Casualty Guide (or include NAIC number or AM Best number.)
- Binders are accepted for 60 days from policy effective date.
- Must state "All Operations."
- Contractors Pollution Legal Liability of no less than $1,000,000.00

Additional Requirements:

- Additional Insured Ongoing Endorsement Form CG 2010 11/85 or equivalent must be provided. The only equivalent is the combination of the CG 20 10 10 01 and CG 20 37 10 01; we will also accept the 07 04 edition.  The COI must name Rosendin Electric, Inc. (or entity) as Additional Insured for the General Liability.
- The same requirements listed above must be provided for Completed Operations.
- General Liability Primary and Non-Contributory Endorsement must be attached in the endorsements and not solely on the Accord certificate.
- Certificate must indicate per project aggregate.
- Workers Compensation coverage must be provided for the state in which your business is domiciled.
- A Waiver of Subrogation form must be provided in addition to the COI in favor of: Rosendin Electric, Inc. (or entity) for Workers Compensation. For monopolistic states, please provide the state fund documents in lieu of standard Waiver of Subrogation endorsement.

## Supplementary Information

- All COI's must be signed and have a current date listed on Accord page when submitted.
- Renewal certificate of insurance & endorsements need to be provided on a yearly basis. Rosendin Holdings only requires <u>one</u> compliant certificate of insurance & endorsements per year; we do not require project-based COI's for general compliance. However, there might be additional insurance requirements for specific projects that could exceed

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

Rosendin Electric - *Updated March 2022*                                                          Page **3** of **3**

Rosendin's standard requirements. **Please make sure to review your subcontract agreement for any additional insurance needed, such as OCIP or CCIP project requirements.**

- If Auto and/or Worker's Compensation policies are not applicable to your company, please fill out declaration pages (included in this sample or provided in a deficiency letter) and submit to Ebix.
- Hard copies of certificates are not required, electronic submission is preferred.
- If your company has received a deficiency letter for a missing endorsement, please only submit the needed endorsement with the reference number (Rosendin Holdings vendor number, listed in top right-hand corner of deficiency letter.)

Please see sample of an acceptable Certificate of Insurance on the following pages. Insurance documents may vary by provider and/or state.

**If you have any questions on these instructions, or the correct coverage required, you may call EBIX at (951) 658-6044 or contact the Subcontractor Project Management team at** ███████████████████████.

Building Quality | Building Value | Building People

# CERTIFICATE OF LIABILITY INSURANCE

Date: MM/DD/YY

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER Phone:    Fax:    Name & Address of Producer | CONTACT NAME: | |
|---|---|---|
| | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | E-MAIL ADDRESS: | |
| | PRODUCER CUSTOMER ID #: | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED    Name & Address of Insured | INSURER A: **AM Best Rating A-, VI Or Better** | provide |
| | INSURER B: **AM Best Rating A-, VI Or Better** | provide |
| | INSURER C: **AM Best Rating A-, VI Or Better** | provide |
| | INSURER D: **AM Best Rating A-, VI Or Better** | provide |

COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR WVD | SUBR | POLICY NUMBER | POLICY EFF DATE (MM/DD/YY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [ ] OCCUR [X] Primary and Non-Contributory _____ GENERAL AGG. LIABILITY APPLIES PER: [ ] POLICY [X] PROJECT [ ] LOC | Y | | | | | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | |
| | | | | | | | MED EXP (Any one person) | |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS -COMP/OP AGG | $1,000,000 |
| B | AUTOMOBILE LIABILITY [X] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $1000000 |
| | | | | | | | BODILY INJURY (Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| | [ ] UMBRELLA LIAB [ ] OCCUR [ ] EXCESS LIAB [ ] CLAIMS MADE [ ] DEDUCTIBLE [ ] RETENTION | | | | | | EACH OCCURRENCE | |
| | | | | | | | AGGREGATE | |
| D | WORKERS COMPENSATION AND EMPLOYER'S LIABILITY ANY PROPRIETOR/PARTNER/ EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) [ ] Y/N If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | Y | | | | [X] WC STATUTORY LIMITS [ ] OTHER | |
| | | | | | | | E.L.EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L.DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L.DISEASE - POLICY LIMIT | $1,000,000 |
| | Pollution Liability: | | | | | | Each Occurrence | $1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

-Additional Insured and Primary/Non-Contributory Endorsement Forms CG 2010 10/01 & CG 2037 10/01 must be provided in addition to the Certificate of Insurance in favor of and naming: Rosendin Electric Inc as Additional Insured for the General Liability.

-Certificate must indicate per project aggregate.

-Waiver of Subrogation form must be provided in addition to the Certificate of Insurance in favor of: Rosendin Electric Inc for Workers Compensation.

-Workers Compensation Coverage must be provided for the state in which your business is domiciled.

-Project/ Job specific certificates are not required; Certificates should be "All Operations"

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Rosendin Electric, Inc Insurance Compliance PO Box 100085 - RN Duluth, GA 30096 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE** **Certificate Must be Signed** |

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**

**CG 20 10 10 01**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

| Name of Person or Organization: |
| --- |
| |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** **Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

**B.** With respect to the insurance afforded to these additional insureds, the following exclusion is added:

    **2. Exclusions**

      This insurance does not apply to "bodily injury" or "property damage" occurring after:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

> This additional insured endorsement must be used in conjunction with CG 20 37 10 01. A CG 20 10 07 04 may be used instead of this form.

**CG 20 10 10 01**         © ISO Properties, Inc., 2000

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**

**CG 20 37 10 01**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED – OWNERS, LESSEES ORCONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

| **Name of Person or Organization:** |
| --- |
| BLANKET WHEN REQUIRED BY WRITTEN CONTRACT |

| **Location And Description of Completed Operations:** |
| --- |
| BLANKET WHEN REQUIRED BY WRITTEN CONTRACT |

| **Additional Premium:** |
| --- |
| **NONE** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Section II – Who Is An Insured**  is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" at the location designated and described in the schedule of this endorsement performed for that insured and included in the "products-completed operations hazard".

> This additional insured endorsement must be used in conjunction with CG 20 10 10 01. A CG 20 37 07 04 may be used instead of this form.

**CG 20 37 10 01**          © ISO Properties, Inc., 2000

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
**CG 20 01 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

<div style="border:1px solid red; color:red; text-align:center;">
Example endorsement, will also be accepted if listed on Accord page or listed in Completed and/or Contributory policy.
</div>

**CG 20 01 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 1**

Rosendin Holdings Insurance Requirements 2022

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

POLICY NUMBER:

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT-CALIFORNIA

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

You must maintain payroll records accurately segregating the remuneration of your employees while engaged in the work described in the Schedule.

The additional premium for this endorsement shall be     2 % of the California workers' compensation premium otherwise due on such remuneration.

Schedule

**Person or Organization**                                                                  **Job Description**

ANY PERSON OR ORGANIZATION FOR WHOM THE NAMED INSURED HAS AGGREED BY WRITTEN CONTRACT TO FURNISH THIS WAIVER

This must be attached to your workers comp insurance certificate.

-  1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

**From the WCIRB's California Workers' Compensation Insurance Forms Manual - 1999.**

Docusign Envelope ID: A5567A63-E1C6-452E-AC29-3B9A948A84F6

### Rosendin Electric, Inc Certificate Requirements

Please note that the certificate requirements appearing in this notice are for certificate tracking purposes only, and do not alter your insurance obligations under our agreement in any way.

**The Certificate must include:**

* Coverage must be placed with a carrier rated not less than A-, VI and show complete insurance carrier name as it appears in AM Best Property & Casualty Guide (or include NAIC# or AM Best#).

* Binders are accepted for 60 days from policy effective date.

* Project/ Job specific certificates are not required; Certificates should be "All Operations"

**Additional Requirements**

* Additional Insured and Primary/Non-Contributory Endorsement Forms CG 2010 10/01 & CG 2037 10/01 must be provided in addition to the Certificate of Insurance in favor of and naming: Rosendin Electric Inc as Additional Insured for the General Liability.

* Certificate must indicate per project aggregate.

* Waiver of Subrogation form must be provided in addition to the Certificate of Insurance in favor of: Rosendin Electric Inc for Workers Compensation.

* Workers Compensation Coverage must be provided for the state in which your business is domiciled.

* **Pollution Liability has been added as a requirement in 2021. This coverage will need to be provided for new contracts or when your current policies expire upon renewal.**

If appropriate, please complete the following section and return this form to the address shown on the front of this notice.

Reference Number

☐ My Company is no longer doing business with Rosendin Electric, Inc.

☐ Automobile - No company owned autos.

☐ Workers' Compensation - I certify that my company has no employees that fall within the jurisdiction of any state(s) Workers' Compensation Laws in which work is to be performed.

_____        _____

Authorized Signature                                                      Date

_____ _____        _____

Printed Name                               Title                          Phone Number

**Contact Information**

**If any of the information shown below is a) missing or b) incorrect, please complete or correct it and return it along with your certificate.**

Your Email Address:                               Your Agent's Email Address:

Your Telephone #:                                 Your Agent's Telephone #:

Your Fax #:                                       Your Agent's Fax #:

# Exhibit 3

252392

Correction Copy
Exhibit "A" attached

STATE OF IOWA                    §
                                 §    **AFFIDAVIT OF MECHANIC'S AND**
                                 §    **MATERIAL MAN'S LIEN**
COUNTY OF WINNEBAGO              §

BEFORE ME, Notary Public in and for the State of Iowa, on this day personally appeared Jeff Holland, who upon his oath, deposed and stated the following:

1.      My name is Jeff Holland. I am the Vice President of JTH Wind LLC ("Claimant"). I am over 18 years of age, have personal knowledge of the facts set forth below and am competent and authorized to make this Affidavit on Claimant's behalf as the sworn statement of its claim.

2.      Claimant furnished labor and/or materials for the improvement of real property known as the Enbridge Sequoia Solar Project, f/k/a Project Cadillac - El Dorado (Phase 1), located on or near the location of 2328 FM 880 North, Cisco, TX 76437, in Callahan County, Texas. and more particularly described in Exhibit "A" attached hereto.

3.      Claimant furnished labor and materials under a contract with: Rosendin Electric, Inc., 2777 Orchard Parkway, San Jose, CA 95134.

4.      The name and last known address of the original contractor for such improvements is: Rosendin Electric, Inc., 2777 Orchard Parkway, San Jose, CA 95134, pursuant to an Engineering, Procurement, and Construction Agreement with Enbridge Solar (Sequoia I), LLC f/k/a Enbridge Solar (Eldorado) LLC (Project Developer).

5.      The name and last known address of the owner/lessor or reputed owner/lessor of the land and improvements thereon is: Benton Craig Pruet, Trustee, The Benton Jones Pruet Estate Trust P.O. Box 697, Baird, TX 79505. The lessee or reputed lessee of the land and improvements thereon is Eldorado Solar Power Holding LLC, 50 S. 6th Street, Suite 2600, Minneapolis, MN 55402, the assignee of Eldorado Solar Power LLC, both of which are affiliates of Enbridge Solar (Sequoia I), LLC, the Project Developer.

6.      The labor, materials, and/or work furnished by Claimant are generally described as follows: Single Circuit Trench installation and backfill, including pulling of cable through directional bores. Claimant is hereby asserting a claim for work performed and/or materials furnished in the following months: May and June 2025, including earned but unpaid retainage.

7.      After allowing all just credits, offsets, and payments, the amount of $1,128,704.89, consisting of unpaid contract progress payments of $869,485.05, and includes retainage of $259,219.84, all of which remains unpaid and is due and owing to Claimant.

8.      Claimant's name and address are as follows: JTH Wind LLC, 1400 S. 4th Street, Forest City, IA 50436.

9. Claimant provided written notices as required under Chapter 53 of the Texas Property Code to the owner/lessor, the lessee, and original contractor on August 14, 2025.

10. Claimant claims a lien against all the above described land and improvements thereon in the amount shown above pursuant to Chapter 53 of the Property Code of the State of Texas, and makes this sworn statement of claim in support thereof.

11. One (1) copy of this Affidavit is being sent by Certified Mail, Return Receipt Requested and First-Class Mail to each of the Owner/Lessor, the Lessee, and the Original Contractor at all respective addresses described above.

Jeff Holland, Vice President
Authorized Representative of Claimant

STATE OF IOWA                   §
                                §
COUNTY OF WINNEBAGO             §

SUBSCRIBED AND SWORN TO BEFORE ME, by Jeff Holland, Vice President and Authorized Representative of Claimant on this __2__ day of _____ October, 2025, to certify which witness my hand and official seal of office.

Notary Public - State of Iowa

My Commission Expires:

MIRANDA TEGLAND
Commission Number 754071
My Commission Expires
9/16/2026

AFTER RECORDING PLEASE RETURN TO:

Terry L. Salazar
Quilling Selander Lownds Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201
214-880-1857 (direct office)

**EXHIBIT A**

DESCRIPTION OF THE PROPERTY

THAT CERTAIN REAL PROPERTY LOCATED IN CALLAHAN COUNTY, TEXAS, DESCRIBED AS:

Tract 1:  All of Texas Immigration & Land Survey No. 2276, Abstract No. 427, in Callahan County, Texas, containing 320 acres of land, more or less.

Tract 2:  All of Texas Immigration & Land Company Survey No. 2277, Abstract No. 428, in Callahan County, Texas, containing 320 acres of land, more or less.

Tract 3:  All of Texas Immigration & Land Company Survey No. 2285, Abstract No. 436, in Callahan County, Texas, containing 320 acres of land, more or less.

Tract 4:  All of TE& L Company Survey No. 2286, Abstract No. 437 in Callahan County, Texas.

Tract 5:  The East 200 acres of T E & L Company Survey No. 2278, Abstract No. 429 in Callahan County, Texas.

Tract 6:  The North one-half of T E & L Company Survey No. 2270, Abstract No. 421 in Callahan County. Texas.

Tract 7:  The South one-half of T E & L Company Survey No. 2270, Abstract No. 421 in Callahan County. Texas.

Tract 8:  All of T E & L Company Survey No. 2296, Abstract No. 447 in Callahan County. Texas.

Tract 9:  169.20 acres more or less, being 40 acres out of the Texas Emigration & Land Co. Sur #2267, Abst 418 and128.14 acres out of the TE&L Co. Sur #2267 all In Callahan County, TX and being the same property described in deed recorded in Volume 428, Page 703, Callahan County Deed Records dated February, 1978.

**FILED FOR RECORD**

10/9/2025    12:21 PM

COUNTY CLERK, CALLAHAN COUNTY, TEXAS

BY        TR

STATE OF TEXAS        252392
COUNTY OF CALLAHAN
I hereby certify that this instrument was FILED FOR RECORD on the date and at the time stamped hereon by me and was duly RECORDED in the Official Public Records of Callahan County, Texas.

County Clerk, Callahan County, Texas

RECORDED  10/09/25  PAGES  3

ERECORDING  $33.00
QSWLM, P.C.

# Exhibit 4

# NOTICE TO OBLIGEE OF FILING
# BOND TO INDEMNIFY AGAINST LIEN

TO:  **JTH WIND LLC**
**1400 S. 4TH ST.**
**FOREST CITY, IA 50436**

You are hereby notified by copy of the attached **Notice to Obligee of Filing Bond to Indemnify Against Lien** was recorded in accordance with Texas Property Code 53.171, in the office of the County Clerk of Callahan County, Texas under Document Number: **252652** of the Official Public Records on **November 6, 2025, at 12:04 P.M.**

Given under my hand and seal of office at Callahan County, Texas, this the 6th day of **November, 2025**.

Nicole Crocker, Callahan County Clerk

By: _____
Nicole Crocker

252652

COPY

| STATE OF TEXAS | § | |
|---|---|---|
| | § | BOND NO. K4209058A |
| COUNTY OF CALLAHAN | § | |

## BOND TO INDEMNIFY AGAINST LIEN

KNOW ALL MEN BY THESE PRESENTS THAT the following described recorded instrument fixes or attempts to fix a lien, to-wit:

**That certain *Affidavit of Mechanic's and Materialman's Lien* (the "Original Lien Affidavit") filed on October 8, 2025, executed by Jeff Holland, Vice-President of JTH Wind LLC, as Claimant, in the amount of $1,128,704.89 recorded in Instrument No. 252373 of the Official Public Records of Callahan County, Texas. Said *Affidavit of Mechanic's and Materialman's Lien* being thereafter corrected to include missing Exhibit "A" in that one certain *Affidavit of Mechanic's and Materialman's Lien* (the "Corrected Lien Affidavit") filed on October 9, 2025 and recorded in Instrument No. 252392 of the Official Public Records of Callahan County, Texas. The Corrected Lien Affidavit sets forth a claim in the same amount as the Original Lien Affidavit.**

AND, THAT the property on which the lien is claimed is located in Callahan County, Texas locally known as the Enbridge Sequoia Solar Project f/k/a Project Cadillac – El Dorado (Phase 1), located on or near the location of 2328 FM 880 North, Cisco, Texas 22077 CR 213 Project in Callahan County, Texas and being the same property described in the Corrected Lien Affidavit described above and as further described on Exhibit "A" attached hereto and made a part hereof for all purposes.

The undersigned Principal and Surety, licensed to do business in the State of Texas, by this instrument firmly bind themselves, their successors and assigns, jointly and severally to pay **JTH Wind LLC** (herein "Obligee") claimant of the above described lien in the amount of **One Million Six Hundred Ninety Three Thousand Fifty Seven and 34/100 Dollars ($1,693,057.34)** which sum is the *greater of* 1 ½ times the amount of the liens or the sum of $40,000.00 and the amount of the liens as required by Section 53.172(3) of the Texas Property Code.

This obligation is conditioned that the Principal and Surety will pay to the above-named Obligee(s) or to Obligee(s)' successors or assigns the amount that the named obligees would have been entitled to recover **if such claims had been proved to be valid and enforceable liens on the property.**

This Bond is made pursuant to Texas Property Code, Sections 53.171 *et seq.*, and as provided by Statute upon recordation of the Bond, notice, and return thereon in the real property records of the county in which the property is situated, a purchaser, insurer of title, or lender may rely on and is absolutely protected to the same extent as if the lien claimant had filed a release of lien in the real property records.

Bond to Indemnify Against Lien
Page 1

Surety is a corporate surety authorized and admitted doing business under the laws of the State of Texas and is licensed by the State of Texas under the Texas Insurance Code and the Texas Department of Insurance to issue bonds.

DATED this **31 ˢᵗ** day of **OCTOBER**, 2025.

PRINCIPAL:

ROSENDIN ELECTRIC, INC.

By: _____

Name: **Matthew Hisaka**

Its: **CFO**

STATE OF _____ §
§
COUNTY OF _____ §

This instrument was acknowledged before me on this the _____ day of _____, 2025 by _____, the _____ of ROSENDIN ELECTRIC, INC. on behalf of said corporation.

**SEE ATTACHED CALIFORNIA NOTARY ACKNOWLEDGMENT**
_____
NOTARY PUBLIC
STATE OF _____

_____
PRINTED NAME OF NOTARY

MY COMMISSION EXPIRES:

_____

Bond to Indemnify Against Lien
Page 2

**CALIFORNIA ACKNOWLEDGMENT**                    CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of __Santa Clara__

On __November 3, 2025__ before me, ___Cathy S. Velasco, Notary Public___
      *Date*                            *Here Insert Name and Title of the Officer*

personally appeared ___Matthew Hisaka___
                                        *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

CATHY S. VELASCO
Notary Public · California
Santa Clara County
Commission # 2497447
My Comm. Expires Aug 13, 2028

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                            *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

---

──────────── **OPTIONAL** ────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Bond to Indemnify Against Lien Bond # K4209058A__

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Matthew Hisaka__     Signer's Name: _____
☑ Corporate Officer – Title(s): __CFO__     ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General     ☐ Partner – ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact     ☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator     ☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____     ☐ Other: _____
Signer is Representing: __Rosendin Electric, Inc.__     Signer is Representing: _____

©2019 National Notary Association

DATED this **29th** day of **October**_____, 2025.

SURETY:

PACIFIC INDEMNITY COMPANY

By: _____

Name: **Lisa M. Lucas**

Its: **Attorney-in-fact**

STATE OF _____ §
                               §
COUNTY OF _____ §

"SEE ATTACHED ACKNOWLEDGMENT" (For Surety)

This instrument was acknowledged before me on this the _____ day of _____, 2025 by, _____, **Attorney-In-Fact** for Pacific Indemnity Company, a _____ (state of incorporation) corporation, on behalf of said corporation.

_____

NOTARY PUBLIC, STATE OF _____

_____

PRINTED NAME OF NOTARY

MY COMMISSION EXPIRES:

_____

Bond to Indemnify Against Lien
Page 3

EXHIBIT "A"

## THAT CERTAIN REAL PROPERTY LOCATED IN CALLAHAN COUNTY, TEXAS, DESCRIBED AS:

Tract 1: All of Texas Immigration & Land Survey No. 2276, Abstract No. 427, in Callahan County, Texas, containing 320 acres of land, more or less.

Tract 2: All of Texas Immigration & Land Company Survey No. 2277, Abstract No. 428, in Callahan County, Texas, containing 320 acres of land, more or less.

Tract 3: All of Texas Immigration & Land Company Survey No. 2285, Abstract No. 436, in Callahan County, Texas, containing 320 acres of land, more or less.

Tract 4: All of TE& L Company Survey No. 2286, Abstract No. 437 in Callahan County, Texas.

Tract 5: The East 200 acres of T E & L Company Survey No. 2278, Abstract No. 429 in Callahan County, Texas.

Tract 6: The North one-half of T E & L Company Survey No. 2270, Abstract No. 421 in Callahan County. Texas.

Tract 7: The South one-half of T E & L Company Survey No. 2270, Abstract No. 421 in Callahan County. Texas.

Tract 8: All of T E & L Company Survey No. 2296, Abstract No. 447 in Callahan County. Texas.

Tract 9: 169.20 acres more or less, being 40 acres out of the Texas Emigration & Land Co. Sur #2267, Abst 418 and128.14 acres out of the TE&L Co. Sur #2267 all In Callahan County, TX and being the same property described in deed recorded in Volume 428, Page 703, Callahan County Deed Records dated February, 1978.

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                    )
County of ___Contra Costa_____                  )

On _October 29, 2025_ before me, ___Tanya Chinchilla, Notary Public_____.
            Date                                    Here Insert Name and Title of the Officer

                                Lisa M. Lucas
personally appeared _____
                                        Name(s) of Signer(s)

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**TANYA CHINCHILLA**
Notary Public · California
Contra Costa County
Commission # 2472174
My Comm. Expires Nov 16, 2027

Signature _____
                    Signature of Notary Public

Place Notary Seal Above
———————————————— **OPTIONAL** ————————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____      Signer's Name: _____
☐ Corporate Officer — Title(s): _____      ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General                ☐ Partner — ☐ Limited  ☐ General
☐ Individual        ☐ Attorney in Fact           ☐ Individual        ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator     ☐ Trustee           ☐ Guardian or Conservator
☐ Other: _____                 ☐ Other: _____
Signer Is Representing: _____      Signer Is Representing: _____

©2014 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)    Item #5907

# CHUBB'

## Power of Attorney

Federal Insurance Company | Vigilant Insurance Company | Pacific Indemnity Company
Westchester Fire Insurance Company | ACE American Insurance Company

**Know All by These Presents,** that **FEDERAL INSURANCE COMPANY**, an Indiana corporation, **VIGILANT INSURANCE COMPANY**, a New York corporation, **PACIFIC INDEMNITY COMPANY**, a Delaware corporation, **WESTCHESTER FIRE INSURANCE COMPANY** and **ACE AMERICAN INSURANCE COMPANY** corporations of the Commonwealth of Pennsylvania, do each hereby constitute and appoint A.W. Brown, Tanya Chinchilla,   Lisa M. Lucas, and D Richard Stinson of San Ramon, California ——————————————————

each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

**In Witness Whereof,** said **FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY** and **ACE AMERICAN INSURANCE COMPANY** have each executed and attested these presents and affixed their corporate seals on this 22nd day of January, 2025.

Rupert HD Swindells, Assistant Secretary

Warren Eichhorn, Vice President

**STATE OF NEW JERSEY**
**County of Hunterdon**    SS.

On this 22nd day of January, 2025 before me, a Notary Public of New Jersey, personally came Rupert HD Swindells and Warren Eichhorn, to me known to be Assistant Secretary and Vice President, respectively, of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY, the companies which executed the foregoing Power of Attorney, and the said Rupert HD Swindells and Warren Eichhorn, being by me duly sworn, severally and each for himself did depose and say that they are Assistant Secretary and Vice President, respectively, of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY and know the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of said Companies; and that their signatures as such officers were duly affixed and subscribed by like authority.

Notarial Seal

Albert Contursi
NOTARY PUBLIC OF NEW JERSEY
No 50202369
Commission Expires August 22, 2027

Notary Public

## CERTIFICATION

Resolutions adopted by the Boards of Directors of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY on August 30, 2016; WESTCHESTER FIRE INSURANCE COMPANY on December 11, 2006; and ACE AMERICAN INSURANCE COMPANY on March 20, 2009:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into in the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such person's written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing to any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested."

I, Rupert HD Swindells, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY (the "Companies") do hereby certify that

(i) the foregoing Resolutions adopted by the Board of Directors of the Companies are true, correct and in full force and effect,

(ii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Whitehouse Station, NJ, this **October 29, 2025**

Rupert HD Swindells, Assistant Secretary

| IN THE EVENT YOU WISH TO VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT: |
| Telephone (908) 903-3493      Fax (908) 903-3656      e-mail: surety@chubb.com |

Combined: FED-VIG-PI-WFIC-AAIC (rev. 11-19)

**FILED FOR RECORD**

11-6-2025 @
12:04 PM

*Nicole Crocku*

COUNTY CLERK, CALLAHAN COUNTY, TEXAS

BY NC

STATE OF TEXAS
COUNTY OF CALLAHAN    252652

I hereby certify that this instrument was FILED FOR
RECORD on the date and at the time stamped hereon by
me and was duly RECORDED in the
Official Public Records of Callahan County, Texas.

*Nicole Crocku*

County Clerk, Callahan County, Texas

RECORDED 11-6-25 PAGES 8

fed EX #49

Callahan Law PLLC
4407 S. Interstate Hwy 35
Ste 201
Georgetown, TX 78626

