# AFFIDAVIT OF SERVICE

| Case: 1:26-cv-00236-H | Court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS ABILENE DIVISION | County: | Job: 15918236 (1:26-cv-00236-H) |
|---|---|---|---|
| **Plaintiff / Petitioner:** JTH WIND LLC | | **Defendant / Respondent:** PACIFIC INDEMNITY COMPANY AND ROSENDIN ELECTRIC, INC | |
| **Received by:** Kayla Martinez (Contractor) | | **For:** Attorney's Service Bureau of Texas | |
| **To be served upon:** PACIFIC INDEMNITY COMPANY, BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM | | | |

I, KAYLA MARTINEZ, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  PACIFIC INDEMNITY COMPANY, BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, accepted by Intake Specialist: Elizabeth West, 1999 BRYAN STREET SUITE 900, DALLAS, TX 75201

**Manner of Service:**  Authorized, May 15, 2026, 2:36 pm CDT

**Documents:**  Summons in a Civil Action and PLAINTIFF'S ORIGINAL COMPLAINT (Received May 15, 2026 at 1:05pm CDT)

**Additional Comments:**
1) Successful Attempt: May 15, 2026, 2:36 pm CDT at 1999 BRYAN STREET SUITE 900, DALLAS, TX 75201 received by PACIFIC INDEMNITY COMPANY, BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, accepted by Intake Specialist: Elizabeth West.
accepted by Intake Specialist: Elizabeth West

_____      5/15/2026
KAYLA MARTINEZ                        **Date**
PSC- 28295

Kayla Martinez (Contractor)
655 NORTH PARK BOULEVARD APT 298
GRAPEVINE, TX 76051
817-791-1647

### AFFIDAVIT OF SERVICE

| Case:<br>1:26-cv-00236-H | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS ABILENE DIVISION | County: | Job:<br>15918225 (1:26-cv-00236-H) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>JTH WIND LLC | | **Defendant / Respondent:**<br>PACIFIC INDEMNITY COMPANY AND ROSENDIN ELECTRIC, INC | |
| **Received by:**<br>Kayla Martinez (Contractor) | | **For:**<br>Attorney's Service Bureau of Texas | |
| **To be served upon:**<br>Rosendin Electric, Inc, BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM | | | |

I, KAYLA MARTINEZ, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    Rosendin Electric, Inc, BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, 1999 BRYAN STREET SUITE 900, DALLAS, TX 75201

**Manner of Service:**    Authorized, May 15, 2026, 2:36 pm CDT

**Documents:**    Summons in a Civil Action and PLAINTIFF'S ORIGINAL COMPLAINT (Received May 15, 2026 at 1:05pm CDT)

**Additional Comments:**
1) Successful Attempt: May 15, 2026, 2:36 pm CDT at 1999 BRYAN STREET SUITE 900, DALLAS, TX 75201 received by Rosendin Electric, Inc, BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM.
accepted by Intake Specialist: Elizabeth West

_____          05/15/2026
KAYLA MARTINEZ                           **Date**
PSC- 28295

Kayla Martinez (Contractor)
655 NORTH PARK BOULEVARD APT 298
GRAPEVINE, TX 76051
817-791-1647